PROSKAUER ROSE LLP
Laura Reathaford (SBN 254751)
lreathaford@proskauer.com
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206
Telephone:    310.557.2900
Facsimile:    310.557.2193

PROSKAUER ROSE LLP
Elise M. Bloom (admitted pro hac vice)
Neil H. Abramson (admitted pro hac vice)
Adam M. Lupion (admitted pro hac vice)
11 Times Square
New York, NY 10036
Telephone:    (212) 969-3000
Facsimile:    (310) 969-2900

Attorneys for Consenting Defendants

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON SENNE, MICHAEL LIBERTO, OLIVER ODLE, BRAD MCATEE, CRAIG BENNIGSON, MATT LAWSON, KYLE WOODRUFF, RYAN KIEL, KYLE NICHOLSON, BRAD STONE, MATT DALY, AARON MEADE, JUSTIN MURRAY, JAKE KAHAULELIO, RYAN KHOURY, DUSTIN PEASE, JEFF NADEAU, JON GASTON, BRANDON HENDERSON, TIM PAHUTA, LES SMITH, JOSEPH NEWBY, RYAN HUTSON, MATT FREVERT, ROBERTO ORTIZ, WITER JIMENEZ, KRIS WATTS, MITCH HILLIGOSS, MATT GORGEN, BRETT NEWSOME, JAKE OPITZ, and DANIEL BRITT, Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL; ALLAN HUBER "BUD" SELIG; KANSAS CITY ROYALS BASEBALL CORP.; MIAMI MARLINS, L.P.; SAN FRANCISCO BASEBALL ASSOCIATES LLC; BOSTON RED SOX BASEBALL CLUB L.P.; ANGELS BASEBALL LP; CHICAGO WHITE SOX LTD.; ST. LOUIS CARDINALS, LLC; | Case No. CV 14-00608 JCS<br><br>Hon. Joseph C. Spero<br><br>**CLASS ACTION**<br><br>**CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE**<br><br>Complaint filed: February 7, 2014<br><br>First Amended Complaint filed: March 5, 2014 |

| | |
|---|---|
| 1 | COLORADO ROCKIES BASEBALL CLUB, LTD.; BASEBALL CLUB OF SEATTLE, LLP; |
| 2 | THE CINCINNATI REDS, LLC; HOUSTON BASEBALL PARTNERS LLC; ATHLETICS |
| 3 | INVESTMENT GROUP, LLC; ROGERS BLUE JAYS BASEBALL PARTNERSHIP; |
| 4 | CLEVELAND INDIANS BASEBALL CO., L.P.; CLEVELAND INDIANS BASEBALL |
| 5 | CO., INC.; PADRES L.P.; SAN DIEGO PADRES BASEBALL CLUB, L.P.; |
| 6 | MINNESOTA TWINS, LLC; WASHINGTON NATIONALS BASEBALL CLUB, LLC |
| 7 | DETROIT TIGERS, INC.; LOS ANGELES DODGERS, LLC; LOS ANGELES DODGERS |
| 8 | HOLDING CO.; STERLING METS L.P.; ATLANTA NATIONAL LEAGUE |
| 9 | BASEBALL CLUB, INC.; AZPB L.P., BALTIMORE ORIOLES, INC.; BALTIMORE |
| 10 | ORIOLES , L.P.; THE PHILLIES L.P.; PITTSBURGH BASEBALL, INC., |
| 11 | PITTSBURGH BASEBALL P'SHIP; NEW YORK YANKEES P'SHIP; TAMPA BAY |
| 12 | RAYS BASEBALL LTD; RANGERS BASEBALL EXPRESS, LLC; RANGERS |
| 13 | BASEBALL, LLC; CHICAGO BASEBALL HOLDINGS, LLC; MILWAUKEE BREWERS |
| 14 | BASEBALL CLUB, INC.; and MILWAUKEE BREWERS BASEBALL CLUB, L.P. |
| 15 | |
| 16 | Defendants. |

Case No. 14-cv-00608 JCS
CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE

**CONSENT TO MAGISTRATE JUDGE JURISDICTION**

In accordance with the provisions of 28 U.S.C. § 636(c), the Defendants Boston Red Sox Baseball Club L.P.; Angels Baseball LP; Chicago White Sox LTD.; St. Louis Cardinals, LLC; Colorado Rockies Baseball Club, LTD.; The Baseball Club of Seattle, LLLP erroneously sued as Baseball Club of Seattle, LLP; The Cincinnati Reds, LLC; Houston Baseball Partners LLC; Athletics Investment Group, LLC; Rogers Blue Jays Baseball Partnership; Cleveland Indians Baseball Co., L.P.; Cleveland Indians Baseball Co., Inc.; Padres L.P.; San Diego Padres Baseball Club, L.P.; Minnesota Twins, LLC; and Washington Nationals Baseball Club, LLC voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. Defendants understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

April 29, 2014

PROSKAUER ROSE LLP
ELISE M. BLOOM (*pro hac vice*)
NEIL H. ABRAMSON (*pro hac vice*)
ADAM M. LUPION (*pro hac vice*)
LAURA REATHAFORD

By  /s/ Elise Bloom
      ELISE BLOOM
Attorneys for Consenting Defendants

2677/48789-052
current/43023971v1

1.  Case No. 14-cv-00608 JCS
CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE,