UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON SENNE, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>KANSAS CITY ROYALS BASEBALL CORP., et al.,<br><br>        Defendants. | Case No.  14-cv-00608-JCS<br><br>**ORDER GRANTING MOTION FOR VENUE AND JURISDICTIONAL DISCOVERY**<br><br>Re: Dkt. No. 143 |

Plaintiffs seek jurisdictional and venue discovery to oppose pending motions to dismiss for lack of personal jurisdiction and to transfer venue to the Middle District of Florida. *See* Docket No. 143 (joint discovery letter). The Court finds that the subject matter covered by Plaintiffs' document requests and interrogatories relating to jurisdiction and venue is, *in general*, appropriate for discovery. Therefore, the Court GRANTS Plaintiffs' request. The Court further finds, however, that the parties have not seriously met and conferred as to the appropriate scope of the venue and jurisdiction document requests and interrogatories. Accordingly, the parties are directed to meet and confer to address this issue. The parties shall also negotiate: 1) a schedule for the venue and jurisdictional discovery; 2) a new hearing date for the pending motions; and 3) dates for filing the opposition and reply briefs on those motions. These dates shall be submitted to the Court in the form of a stipulation. The hearing dates on the pending motions (docket nos. 115,

118 and 129) are vacated, as are the dates for filing the opposition and reply briefs on those motions.

**IT IS SO ORDERED.**

Dated: June 27, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge

2