PROSKAUER ROSE LLP
Laura Reathaford (SBN 254751)
lreathaford@proskauer.com
2049 Century Park East, 32nd Floor
Los Angelos, CA  90067-3206
Telephone:    310.557.2900
Facsimile:     310.557.2193

RIFKIN, WEINER, LIVINGSTON,
LEVITAN & SILVER, LLC

Alan M. Rifkin (admitted *pro hac vice*)
Joyce E. Smithey (admitted *pro hac vice*)
225 Duke of Gloucester Street
Annapolis, Maryland 21401
Telephone:    410.269.5066
Facsimile:     410.269.1235

M. Celeste Bruce (admitted *pro hac vice*)
7979 Old Georgetown Road, Suite 400
Bethesda, Maryland 20814
Telephone:    301.951.0150
Facsimile:     301.951.0172

Attorneys for Defendants, Baltimore Orioles, Inc. and
Baltimore Orioles Limited Partnership

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AARON SENNE, *et al.* | \* | Case No. 14-00608 JCS |
| | \* | |
| Plaintiffs, | \* | Hon. Joseph C. Spero |
| | \* | |
| vs. | \* | **CLASS ACTION** |
| | \* | |
| | \* | **DEFENDANTS' BALTIMORE** |
| OFFICE OF THE COMMISSIONER | \* | **ORIOLES LIMITED PARTNERSHIP** |
| BASEBALL, *et al.* | \* | **AND BALTIMORE ORIOLES, INC.,** |
| | \* | **RESPONSE TO MARTI PLAINTIFFS'** |
| | \* | **ADMINISTRATIVE MOTION TO** |
| | \* | **RELATE CASES** |
| Defendants. | \* | |

## STATEMENT OF NON-OPPOSITION

Defendants, Baltimore Orioles Limited Partnership and Baltimore Orioles, Inc. do not oppose the *Marti* plaintiffs' administrative motion to relate the *Marti* action to the *Senne* action.

STATEMENT OF NON-OPPOSITION OF DEFENDANTS BALTIMORE ORIOLES LIMITED PARTNERSHIP
AND BALTIMORE ORIOLES, INC.
CASE NO. 3:14-cv-00608-JCS

1

Defendants concur with Defendants' Response to the *Marti* Plaintiffs' Administrative Motion to Relate Cases, Document 193.

                                                Respectfully submitted,

                                                RIFKIN, WEINER, LIVINGSTON,
                                                LEVITAN & SILVER, LLC
                                                ALAN M. RIFKIN
                                                M. CELESTE BRUCE
                                                JOYCE E. SMITHEY

                                                        /S/
                                                M. Celeste Bruce
                                                7979 Old Georgetown Road, Suite 400
                                                Bethesda, Maryland 20814
                                                (301) 951-0150 (phone)
                                                (301) 951-0172 (facsimile)

                                                Attorneys for Defendants, Baltimore Orioles, Inc.
                                                and Baltimore Orioles Limited Partnership

Dated: July 25, 2014

STATEMENT OF NON-OPPOSITION OF DEFENDANTS BALTIMORE ORIOLES LIMITED PARTNERSHIP AND BALTIMORE ORIOLES, INC.
CASE NO. 3:14-cv-00608-JCS