1
2
3
4       IN THE UNITED STATES DISTRICT COURT
5       FOR THE NORTHERN DISTRICT OF CALIFORNIA
6       SAN FRANCISCO DIVISION
7
        AARON SENNE ET AL,                          No. C 14-00608 RS
8
                    Plaintiff,
9
        v.                                          **CLERK'S NOTICE**
10
        OFFICE OF THE COMMISSIONER OF
11      BASEBALL ET AL,
12                  Defendant.
13      _____/
14
15      TO ALL PARTIES AND COUNSEL OF RECORD:
16          A Case Management Conference in the instant case shall be held on **December 11, 2014
17      at 10:00 a.m.** in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden
18      Gate Avenue, San Francisco.  The parties shall file a Joint Case Management Statement at least
19      one week prior to the Conference.  *See* Standing Order Re: Initial Case Management (*available
20      at* http://www.cand.uscourts.gov/pages/424).  Parties or counsel may appear personally or file a
21      request to appear by telephone.  If any party files such a request, the Case Management
22      Conference shall be moved to **11:00 a.m.**  All parties shall appear telephonically and must
23      contact Court Conference at 866/582-6878 at least one week prior to the Conference.
24
        Dated: 8/11/14                              For the Court,
25                                                  RICHARD W. WIEKING, Clerk
26
27
28                                                  Courtroom Deputy Clerk

**United States District Court**
For the Northern District of California