STEPHEN M. TILLERY *(pro hac vice)*
stillery@koreintillery.com
GARRETT R. BROSHUIS *(pro hac vice)*
gbroshuis@koreintillery.com
GIUSEPPE S. GIARDINA *(pro hac vice)*
ggiardina@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

GEORGE A. ZELCS *(pro hac vice)*
gzelcs@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750

BRUCE L. SIMON (Bar No. 96241)
bsimon@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008)

DANIEL L. WARSHAW (Bar No. 185365)
dwarshaw@pswlaw.com
BOBBY POUYA (Bar No. 245527)
bpouya@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

Attorneys for all Plaintiffs, individually and on behalf of all those similarly situated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL, et al.,<br><br>Defendants. | CASE NO. 3:14-cv-00608-RS<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' RE-NOTICE OF MOTION FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL**<br><br>Date:    September 11, 2014<br>Time:   1:30 p.m.<br>Crtrm:  3 -17th Floor |

**1** TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**2** PLEASE TAKE NOTICE THAT pursuant to the August 12, 2014 order reassigning the above entitled action to the Honorable Richard Seeborg, Plaintiffs[1] hereby re-notice their Motion for Appointment of Co-Lead Counsel ("Motion for Lead Counsel") for September 11, 2014 at 1:30 p.m. or as soon thereafter as the matter may be heard, before the Honorable Richard Seeborg of the United States District for the Northern District of California, San Francisco Division, located at 450 Golden Gate Avenue, San Francisco, California, Courtroom 3, 17th Floor.[2]

The Motion for Lead Counsel, previously filed by Plaintiffs on July 7, 2014 (Dkt. 180), is fully briefed and ready for immediate disposition by the Court. Specifically, plaintiffs in the related case, *Marti, et al. v. Office of the Commissioner of Baseball, et al.*, No. 3:14-cv-03289-RS ("*Marti*"), filed their Response to the Motion for Lead Counsel on July 21, 2014 (Dkt. 190); and the *Senne* plaintiffs filed their reply in support of the Motion for Lead Counsel on July 25, 2014 (Dkt. 194). No other related case exists and no one other than the attorneys for the *Marti* plaintiffs opposes the Motion for Lead Counsel.

Magistrate Judge Spero previously vacated the hearing on the Motion for Lead Counsel and ordered that the motion should be decided on the papers. (*See* Dkt. 191). The *Senne* plaintiffs believe that the Motion for Lead Counsel is suited for determination without oral argument pursuant to Local Rule 7-1(b) and are providing the Court with courtesy copies of all pleadings and filings related to the Motion for Lead Counsel.

/ / /

/ / /

/ / /

/ / /

---

[1] The term "Plaintiffs" collectively refers to all Plaintiffs named in the operative Second Amended Complaint in the *Senne* action.

[2] *See* Reassignment Order (Dkt. 198) ("[a]ll… motions should be renoticed for hearing before the judge to whom the case has been reassigned.").

860340.1    2    3:14-cv-00608-RS
PLAINTIFFS' RE-NOTICE OF MOTION FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL

The Motion for Lead Counsel shall be based on all pleadings, supportive declarations and papers filed in support of the motion, the pleadings and papers on file in this action, and such other matters as the Court may consider.

DATED: August 19, 2014                           Respectfully submitted,

*/s/ Daniel L. Warshaw*
Daniel L. Warshaw (Bar No. 185365)
dwarshaw@pswlaw.com
Bobby Pouya (Bar No. 245527)
bpouya@pswlaw.com
PEARSON, SIMON & WARSHAW LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

Bruce L. Simon (Bar No. 96241)
bsimon@pswlaw.com
PEARSON, SIMON & WARSHAW LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

Stephen M. Tillery (*pro hac vice*)
stillery@koreintillery.com
Garrett R. Broshuis (*pro hac vice*)
gbroshuis@koreintillery.com
Giuseppe S. Giardina (*pro hac vice*)
ggiardina@koreintillery.com
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 62101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

George A. Zelcs (*pro hac vice*)
gzelcs@koreintillery.com
KOREIN TILLERY, LLC
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (314) 241-3525

Kelly M. Dermody (State Bar No. 171716)
kdermody@lchb.com
Anne B. Shaver (State Bar No. 255928)
ashaver@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor

San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Rachel Geman (*pro hac vice*)
rgeman@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592

Randall K. Pulliam (*pro hac vice*)
rpulliam@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
11311 Arcade Drive
Little Rock, AR 72212
Telephone: 501.312.8500
Facsimile: 501.312.8505

Brian P. Murray (*pro hac vice*)
bmurray@glancylaw.com
Lee Albert (*pro hac vice*)
lalbert@glancylaw.com
GLANCY BINKOW & GOLDBERG LLP
122 East 42nd Street
Suite 2920
New York, NY 10168
Telephone: (212) 682-5340
Facsimile: (212) 884-0988

*Attorneys for Plaintiffs in the Senne action, Individually and All Those Similarly Situated*