IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated,<br><br>　　　Plaintiffs,<br><br>　vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association d/b/a MAJOR LEAGUE BASEBALL, et al.,<br><br>　　　Defendant.<br>_____/ | No. C 14-0608 RS<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE** |

　　Plaintiff has informed the Court that a discovery dispute has arisen in this matter. Pursuant to Northern District Local Rule 72-1, the Court HEREBY REFERS this matter to a randomly assigned Magistrate Judge for resolution of this and any further discovery disputes. The parties shall comply with any standing orders or procedures of the Magistrate Judge upon assignment.

　　IT IS SO ORDERED.

Dated: August 21, 2014

　　　　　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

No. C 13-2546 RS
ORDER