SAMUEL KORNHAUSER, Esq., California Bar No. 083528
LAW OFFICES OF SAMUEL KORNHAUSER
155 Jackson Street, Suite 1807
San Francisco, California 94111
Telephone:   (415) 981-6281
Facsimile:   (415) 981-7616

BRIAN DAVID, Esq., Illinois ARDC No. 0582468 *(pro hac vice)*
LAW OFFICES OF BRIAN DAVID
33 North LaSalle Street, Suite 3200
Chicago, Illinois 60602
Telephone:   (847) 778-7528
Facsimile:   (312) 346-8469

Attorneys for all Plaintiffs, individually
and on behalf of all those similarly situated,
in the related case *Marti et al. v. Office of the
Commissioner of Baseball et al.*, Case No. 3:14-cv-03289-RS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL, et al.,<br><br>Defendants. | **Case No. 3:14-cv-00608-RS**<br><br>**CLASS ACTION**<br><br>**MARTI PLAINTIFFS' OPPOSITION TO RE-NOTICED MOTION OF SENNE PLAINTIFFS' COUNSEL FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL**<br><br>Date:  September 11, 2014<br>Time:  1:30 p.m.<br>Crtrm:  3 – 17th Floor |

The *Marti* Plaintiffs (without waiving their opposition to the motion of plaintiffs' counsel in *Senne, et al. v. Office of the Commissioner of Baseball, et al.*, Case No. 3:14-cv-00608-RS, to consolidate that action with the case of *Marti, et al. v. Office of the Commissioner of Baseball, et al.*, Case No. 3:14-cv-03289-RS) oppose the appointment of Korein Tillery, LLC and Pearson, Simon & Warshaw, LLP law firms as interim co-lead counsel in the event the *Senne* and *Marti* cases are consolidated. As set forth in the *Marti* Plaintiffs' July 21, 2014 Response to Motion for Appointment of Interim Co-Lead Counsel, Docket No. 190, and as set forth in the *Marti* Plaintiffs' Memorandum in Opposition To Consolidate filed September 2, 2014, the *Marti* Plaintiffs believe that they and their class of minor league baseball players would be better served and served at less cost by having counsel for the *Marti* Plaintiffs act as interim lead counsel or, at a minimum, as interim co-lead counsel with the Tillery/Pearson firms. As set forth in more detail in the *Marti* Plaintiffs' Memorandum in Opposition To Consolidate, it would be inappropriate and prejudicial to the *Marti* Plaintiffs to consolidate the *Marti* and *Senne* cases or to have the Tillery/Pearson firms appointed as sole interim lead plaintiffs' counsel in both cases since the *Senne* Plaintiffs are not asserting some of the state claims being asserted by the *Marti* Plaintiffs. *Horizon Asset Management Inc. v. H & R Block, Inc.* 580 F. 3d 755, 768-769 (8th Cir. 2009).

In addition, as set forth in the *Marti* Plaintiffs' July 21, 2014 response (Docket No. 190), appointing Law Offices of Samuel Kornhauser and Law Offices of Brian David as interim lead or co-lead counsel with Tillery/Pearson would better ensure that the cases would be prosecuted expeditiously and more efficiently with an eye on minimizing the litigation costs and attorneys' fees and maximizing the recovery for the class by avoiding unnecessary duplication or excessive effort and costs of the numerous attorneys representing the *Senne* Plaintiffs.

DATED: September 2, 2014                    LAW OFFICES OF SAMUEL KORNHAUSER

                                                       and

                                       LAW OFFICES OF BRIAN DAVID


By:     /s/ Samuel Kornhauser
Samuel Kornhauser
Attorneys for Plaintiffs in
*Marti, et al. v. Office of the Commissioner of Baseball, et al.*, Case No. 3:14-cv-03289-RS

LAW OFFICES
SAMUEL KORNHAUSER
155 Jackson Street, Suite 1807
San Francisco, CA 94111

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the forgoing **MARTI PLAINTIFFS' OPPOSITION TO RE-NOTICED MOTION OF SENNE PLAINTIFFS' COUNSEL FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL** has been filed electronically with the U.S. District Court, Northern District of California this 2nd day of September, 2014. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system.

          /s/ Jefferson Lai
          Jefferson Lai