

STEPHEN M. TILLERY *(pro hac vice)*
stillery@koreintillery.com
GARRETT R. BROSHUIS *(pro hac vice)*
gbroshuis@koreintillery.com
GIUSEPPE S. GIARDINA *(pro hac vice)*
ggiardina@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone:  (314) 241-4844
Facsimile: (314) 241-3525

GEORGE A. ZELCS *(pro hac vice)*
gzelcs@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750

BRUCE L. SIMON (Bar No. 96241)
bsimon@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone:  (415) 433-9000
Facsimile: (415) 433-9008

DANIEL L. WARSHAW (Bar No. 185365)
dwarshaw@pswlaw.com
BOBBY POUYA (Bar No. 245527)
bpouya@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone:  (818) 788-8300
Facsimile: (818) 788-8104

(*Additional Counsel Listed on Signature Page*)

Attorneys for all Plaintiffs, individually and on behalf of all those similarly situated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL; et al.;<br><br>Defendants. | CASE NO. 3:14-cv-00608-RS-EDL<br><br>**CLASS ACTION**<br><br>**DECLARATION OF GARRETT R. BROSHUIS IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL**<br><br>Requested hearing date: Sept. 23, 2014, 9:00 a.m.<br>Regular hearing date: Oct. 14, 2014, 2:00 p.m.<br>Courtroom: E, 15th Floor<br>Judge: Honorable Elizabeth D. Laporte |

859163.1

Garrett R. Broshuis declares:

1. I am one of the attorneys principally responsible for the handling of this matter. I am personally familiar with the facts set forth in this declaration. If called as a witness I could and would competently testify to the matters stated herein.

2. On May 23, 2014, certain Defendants filed a motion to dismiss based on lack of personal jurisdiction. (Dkt. 115). On the same day, Defendants filed a motion to transfer venue pursuant to 28 U.S.C. § 1404(a). (Dkt. 118). The Baltimore Orioles joined these motions a short time later. (Dkt. 129).

3. Plaintiffs met and conferred with Defendants regarding their intent to pursue jurisdictional and venue discovery, and Plaintiffs requested that the Court compel such discovery on June 25, 2014. (Dkt. 143). The Court granted Plaintiffs' request on June 27, 2014, (Dkt. 144), and Plaintiffs formally served interrogatories and document requests on July 9, 2014. Defendants provided objections and responses on August 8, which failed to sufficiently respond to Plaintiffs' requests.

4. Jurisdictional and venue discovery is currently scheduled to close on September 26, 2014, and a briefing schedule has been set. (Dkt. 183). Under the briefing schedule, Plaintiffs must file their oppositions to Defendants' motions by October 10, 2014. Since all parties and the Court will benefit from expedited proceedings, the parties are filing a stipulated request for an expedited hearing concurrent with the filing of Plaintiffs' motion to compel.

5. Before filing the Motion to Compel Discovery, Plaintiffs met and conferred with counsel for Defendants numerous times. On May 27, 2014, Plaintiffs indicated their intention to take jurisdictional and venue discovery via email. On May 28, 2014, we met and conferred via a telephone conversation. We indicated that our jurisdictional and venue discovery would focus on Defendants' connections to California, such as employees in California, business travel to California, and business connections to California. On June 12, 2014, Plaintiffs informally forwarded the jurisdictional and venue discovery sought to Defendants' counsel for their review.

6. After Plaintiffs formally served Defendants with the discovery on July 9, 2014, the parties again met and conferred—in-person, with lead trial counsel present—on July 11. After Defendants responded and objected on August 8, the parties again met and conferred via telephone

859163.1

1

DECLARATION OF GARRETT R. BROSHUIS IN SUPPORT OF PLAINTIFFS'
MOTION TO COMPEL DISCOVERY

and email several times. The parties narrowed some disputes, and Plaintiffs are not currently seeking to compel responses on many requests for which Defendants failed to respond (as detailed in the memorandum in support of the motion). The parties engaged in a final meet and confer on September 2, 2014, but disputes remain.

7. The attached exhibits constitute samples of the discovery served on Defendants. Exhibits A and B to this declaration are the Sample PJ Interrogatories and Requests for Production of Documents (those interrogatories and requests for production sent to those Defendants moving to dismiss for lack of personal jurisdiction). Exhibits C and D to this declaration are Sample MLB Interrogatories and Requests for Production of Documents (interrogatories and requests for production sent to MLB). Exhibits E and F to this declaration are Sample Responses to PJ Interrogatories and Requests for Production of Documents (an example of the responses from one of the Defendants moving to dismiss for lack of personal jurisdiction).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 3, 2014, at St. Louis, Missouri.

_____
Garrett R. Broshuis

859163.1

2

DECLARATION OF GARRETT R. BROSHUIS IN SUPPORT OF PLAINTIFFS'
MOTION TO COMPEL DISCOVERY