# Exhibit C

1  STEPHEN M. TILLERY (pro hac vice)
     stillery@koreintillery.com
2  GARRETT R. BROSHUIS (pro hac vice)
     gbroshuis@koreintillery.com
3  GIUSEPPE S. GIARDINA (pro hac vice)
     ggiardina@koreintillery.com
4  **KOREIN TILLERY, LLC**
   505 North 7th Street, Suite 3600
5  St. Louis, MO 63101
   Telephone: (314) 241-4844
6  Facsimile: (314) 241-3525

7  GEORGE A. ZELCS (pro hac vice)
     gzelcs@koreintillery.com
8  **KOREIN TILLERY, LLC**
   205 North Michigan, Suite 1950
9  Chicago, IL  60601
   Telephone: (312) 641-9750
10

11 BRUCE L. SIMON (Bar No. 96241)          DANIEL L. WARSHAW (Bar No. 185365)
     bsimon@pswlaw.com                       dwarshaw@pswlaw.com
   **PEARSON, SIMON & WARSHAW, LLP**      BOBBY POUYA (Bar No. 245527)
12 44 Montgomery Street, Suite 2450          bpouya@pswlaw.com
   San Francisco, CA 94104                 **PEARSON, SIMON & WARSHAW, LLP**
13 Telephone: (415) 433-9000              15165 Ventura Boulevard, Suite 400
   Facsimile: (415) 433-9008              Sherman Oaks, California 91403
14                                          Telephone: (818) 788-8300
                                            Facsimile: (818) 788-8104
15

16 (*Additional Counsel Listed on Signature Page*)

17 Attorneys for all Plaintiffs, individually and on
   behalf of all those similarly situated

18            **UNITED STATES DISTRICT COURT**

19   **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| 20  AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated; | CASE NO. 3:14-cv-00608-JCS |
| 21 | |
| 22          Plaintiffs, | **CLASS ACTION** |
| 23          vs. | **PLAINTIFFS' FIRST SET OF INTERROGATORIES TO OFFICE OF THE COMMISSIONER OF BASEBALL REGARDING VENUE** |
| 24  OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL; et al.; | |
| 25 | |
| 26          Defendants. | |

27

28

859761.1

Pursuant to Fed. R. Civ. P. 33, Plaintiffs hereby request Office of the Commissioner of Baseball to respond to the following Interrogatories within thirty (30) days of the date of these Interrogatories:

## DEFINITIONS

1.     The term "Communication" (or any variant thereof) means any contact between or among two or more Persons, including but not limited to written contact by means such as letters, memoranda, telegrams, telecopies, telexes, e-mail, instant message, or any other Document; the transmittal of information by any means; any oral contact such as face-to-face meetings or telephone conversations; and any writings memorializing such oral contact.

2.     The term "Document" or "Documents" means "any designated documents or electronically stored information—including writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations—stored in any medium from which information can be obtained either directly or, if necessary, after translation by the responding party into a reasonably usable form. Fed. R. Civ. P. 34(a)(1)(A).

3.  The term "Identify" with respect to a natural person, shall require You to state the Person's name, residential address, business addresses, title and scope of duties, if applicable.

4.  The term "Identify" with respect to corporation, firm, company, sole proprietorship, partnership, joint venture, association, institute, or other business, legal or governmental entity or association shall require you to state its, state of incorporation, the address it maintains for its principal place of business, headquarters, and each of its offices.

5.     The term "Person" means natural person, corporation, firm, company, sole proprietorship, partnership, joint venture, association, institute, or other business, legal or governmental entity or association, including any directors, officers, employees, agents, successors, predecessors, assignees, or representatives thereof.

6.  As used herein "You" or "Your" means Office of the Commissioner of Baseball, including its agents, subsidiaries, related entities, affiliated companies, predecessors, successors, assigns, officers, directors, partners, employees, representatives (in their individual or representative capacities), affiliates of any kind or nature, or any person or entity acting on its behalf.

1

PLAINTIFFS' FIRST SET OF INTERROGATORIES TO OFFICE
OF THE COMMISSIONER OF BASEBAL REGARDING VENUE

7.     Unless otherwise specified herein, the terms and phrases used in these Interrogatories shall have the same meaning as applied to them when used in the Basic Agreement of the Major League Players Association or the Major League Rules, as applicable, or their commonsense, dictionary meaning. If You contend that a term or phrase is vague or ambiguous You shall answer the Interrogatory based on Your interpretation of the term or phrase and provide an description of Your understanding.

## INSTRUCTIONS

1.     To the fullest extent, each Interrogatory shall be deemed continuing so as to require further and supplemental responses if You receive, discover, become aware of or create additional responsive information subsequent to the date of Your response to these Interrogatories.

2.     If You object to or otherwise refuse to comply with any portion of an Interrogatory, please (i) state the objection or reason for such refusal, and (ii) provide all information called for by that portion of the Interrogatory to which You do not object or which You do not decline to answer as follows:

  a.  If You object to a Interrogatory on the ground that to respond would constitute an undue burden, then You shall respond as fully as possible without undertaking such asserted undue burden; and

  b.  If You object to any portion of an Interrogatory on the ground that it is vague or indefinite, You shall set forth Your good faith understanding of the allegedly vague or indefinite term and shall then respond to the Interrogatory based upon that stated understanding.

3.     If You refuse to answer any Interrogatory on the ground of privilege, please provide a statement of the claim of privilege and all facts relied upon in support of that claim. Fed. R. Civ. P. 26(b)(5).

4.     Unless otherwise stated, the time period for each interrogatory is January 1, 2008 through the present.

2
PLAINTIFFS' FIRST SET OF INTERROGATORIES TO OFFICE
OF THE COMMISSIONER OF BASEBAL REGARDING VENUE

1

**INTERROGATORIES**

2    1.    Identify each Person (including but not limited to executives, scouts, or any other

3   employees) employed or contracted by You who has any responsibility for minor league operations

4   and has (i) lived in California, (ii) worked in California, (iii) made a business trip to California, or (iv)

5   recruited any baseball player living in California or attending High School, College or Junior College in

6   California.

7    2.    For each Person Identified in Interrogatory number 2(i), state:

8       a.   The Person's city of residence;

9       b.   The city in which the Person has maintained his place of business; and

10      c.   The Person's title and scope of responsibility.

11   3.    For each Person Identified in response to Interrogatory number 2(ii)-(iv), state:

12      a.   The Person's city of residence;

13      b.   The city in which the Person has maintained his place of business;

14      c.   The purpose and duration of the Person's presence in California for each occasion he

15          or she was in California; and

16      d.   The Person's title and scope of responsibility.

17   4.    Identify each possible witness who you contend will be inconvenienced by a trial of

18  this case in the Northern District of California, the reason each will be inconvenienced, and the

19  Person's city of residence and address at which the Person maintains his place of business.

20   5.    Identify any revenue You have generated based on any activity occurring in California,

21  whether the activity was performed by You or not, including revenue from licensing, merchandising,

22  televised baseball games, ticket sales, the Base Plan (Article XXIV of the Basic Agreement), the

23  Revenue Sharing Plan (Article XXIV of the Basic Agreement), the Supplemental Plan (Article XXIV

24  of the Basic Agreement), the Commissioner's Discretionary Fund (Article XXIV of the Basic

25  Agreement), Major League Baseball Properties, Inc., or Major League Baseball Advanced Media, and

26  state:

27      a.   The amount of the revenue by Revenue Sharing Year or calendar year ;

28      b.   The source of the revenue by Revenue Sharing Year or calendar year.

859761.1

3

6.      Identify each of Your employees for whom You have paid payroll taxes to the state of California due to work performed on Your behalf.

7.      Have You ever been qualified, licensed or registered to do business in California? If yes, identify the years in which You were registered to do business in California and the reason You terminated the registration or otherwise failed to continue to be registered to do business in California.

8.      Identify each first year player that You permitted to alter or change his Uniform Player Contract, identify each term of the contract (other than information provided in the addenda, such as the personal information of the draftee, the signing bonus, if any, and college scholarship plan, if any).

1   Dated: July 9, 2014

2

3                          Respectfully submitted,

4                          */s/ Giuseppe S. Giardina*

Bruce L. Simon (Bar No. 96241)      Stephen M. Tillery (*pro hac vice*)

5   bsimon@pswlaw.com            stillery@koreintillery.com

PEARSON, SIMON & WARSHAW LLP  Giuseppe S. Giardina (*pro hac vice*)

6   44 Montgomery Street, Suite 2450   ggiardina@koreintillery.com

San Francisco, CA 94104        Garrett R. Broshuis (*pro hac vice*)

7   Telephone: (415) 433-9000      gbroshuis@koreintillery.com

Facsimile: (415) 433-9008       KOREIN TILLERY, LLC

8                          505 North 7th Street, Suite 3600

Daniel L. Warshaw (Bar No. 185365)  St. Louis, MO 62101

9   dwarshaw@pswlaw.com        Telephone: (314) 241-4844

Bobby Pouya (Bar No. 245527)    Facsimile: (314) 241-3525

10  bpouya@pswlaw.com

PEARSON, SIMON & WARSHAW LLP  George A. Zelcs (*pro hac vice*)

11  15165 Ventura Boulevard, Suite 400  gzelcs@koreintillery.com

Sherman Oaks, CA 91403       KOREIN TILLERY, LLC

12  Telephone: (818) 788-8300     205 North Michigan, Suite 1950

Facsimile: (818) 788-8104      Chicago, IL 60601

13                       Telephone: (312) 641-9750

Randall K. Pulliam (*pro hac vice*)   Facsimile: (314) 241-3525

14  rpulliam@cbplaw.com

CARNEY BATES & PULLIAM, PLLC  Kelly M. Dermody (State Bar No. 171716)

15  11311 Arcade Drive          kdermody@lchb.com

Little Rock, AR 72212        Anne B. Shaver (State Bar No. 255928)

16  Telephone:  501.312.8500      ashaver@lchb.com

Facsimile:  501.312.8505       LIEFF CABRASER HEIMANN &

17                          BERNSTEIN, LLP

Brian P. Murray  (*pro hac vice*)    275 Battery Street, 29th Floor

18  bmurray@glancylaw.com       San Francisco, CA  94111-3339

Lee Albert (*pro hac vice*)       Telephone:  415.956.1000

19  lalbert@glancylaw.com        Facsimile:  415.956.1008

GLANCY BINKOW & GOLDBERG LLP

20  122 East 42nd Street

Suite 2920                Rachel Geman  (*pro hac vice*)

21  New York, NY  10168       rgeman@lchb.com

Telephone: (212) 682-5340     LIEFF CABRASER HEIMANN &

22  Facsimile: (212) 884-0988      BERNSTEIN, LLP

23                          250 Hudson Street, 8th Floor

New York, NY  10013-1413

24                          Telephone:  212.355.9500

Facsimile:  212.355.9592

25

26                  *Attorneys for Plaintiffs, Individually and All Those Similarly Situated*

27

28

PLAINTIFFS' FIRST SET OF INTERROGATORIES TO OFFICE
OF THE COMMISSIONER OF BASEBAL REGARDING VENUE

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July, 2014, a true and accurate copy of the foregoing was served via electronic mail on the following:

Howard L. Ganz
Elise M. Bloom
Adam M Lupion
Neil H. Abramson
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
Telephone: 212-969-3000
Facsimile: 212-969-2900
hganz@proskauer.com
ebloom@proskauer.com
alupion@proskauer.com
nabramson@proskauer.com

Laura L Reathaford
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067
Telephone: 310-557-2900
Facsimile: 310-557-2193
lreathaford@proskauer.com

Alan Mark Rifkin
Joyce Elizabeth Smithey
RIFKIN, WEINER, LIVINGSTON,
LEVITAN AND SILVER, LLC
225 Duke of Gloucester Street
Annapolis, MD 21401
Telephone: 410- 269-5066
Facsimile: 410- 269-6274
arifkin@rwlls.com
jsmithey@rwlls.com

Marie Celeste Bruce
RIFKIN, WEINER, LIVINGSTON,
LEVITAN AND SILVER, LLC
7979 Old Georgetown Road, Suite 400
Bethesda, MD 20814
Telephone: 301- 951-0150
Facsimile: 301- 951-0172
cbruce@rwlls.com

D. Gregory Valenza
SHAW VALENZA LLP
300 Montgomery Street, Suite 788
San Francisco, California 94104
Tel: (415) 983-5960
Fax: (415) 983-5963
gvalenza@shawvalenza.com


/s/ Giuseppe S. Giardina