STEPHEN M. TILLERY *(pro hac vice)*
  stillery@koreintillery.com
GARRETT R. BROSHUIS *(pro hac vice)*
  gbroshuis@koreintillery.com
GIUSEPPE S. GIARDINA *(pro hac vice)*
  ggiardina@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

GEORGE A. ZELCS *(pro hac vice)*
  gzelcs@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750

BRUCE L. SIMON (Bar No. 96241)
  bsimon@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pswlaw.com
BOBBY POUYA (Bar No. 245527)
  bpouya@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

(*Additional Counsel Listed on Signature Page*)

Attorneys for all Plaintiffs, individually and on behalf of all those similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL; et al.;<br><br>Defendants. | CASE NO. 3:14-cv-00608-RS-EDL<br><br>**CLASS ACTION**<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER CHANGING TIME PER LOCAL RULE 6-2 FOR HEARING PLAINTIFFS' MOTION TO COMPEL** |

859163.1

STIPULATED REQUEST AND [PROPOSED] ORDER SHORTENING THE HEARING DATE AND SETTING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO COMPEL—CASE NO: 3:14-CV-00608-RS-EDL

1   IT IS HEREBY STIPULATED between Plaintiffs and Defendants, by and through their

2   respective counsel (collectively, the "Parties"), pursuant to Local Rule 6-2, as follows:

3   WHEREAS, Defendants filed motions to dismiss for lack of personal jurisdiction (Dkt. Nos.

4   115, 129) and to transfer venue (Dkt. No. 118) ("Defendants' Pending Motions");

5   WHEREAS, Plaintiffs sought discovery in order to respond to Defendants' Pending Motions;

6   WHEREAS, On June 27, 2014, the Court stated that the subject matter of Plaintiffs' request

7   was "*in general* appropriate," and ordered the parties to continue to meet and confer over the scope of

8   that jurisdictional and venue discovery (Dkt. No. 144);

9   WHEREAS, Plaintiffs formally served jurisdictional and venue discovery to Defendants on

10  July 9, 2014, and Defendants provided objections and responses on August 8;

11  WHEREAS, pursuant to the parties' stipulation (Dkt. 183), jurisdictional and venue discovery

12  is currently scheduled to close on September 26, 2014, and, under the current stipulated briefing

13  schedule for Defendants' Pending Motions, (Dkt. 183), Plaintiffs must file their oppositions to

14  Defendants' motions by October 10, 2014 and Defendants must file their replies by November 14,

15  2014;

16  WHEREAS, a discovery dispute remains, so concurrent with this Stipulation to Shorten Time,

17  Plaintiffs are seeking to compel responses to their jurisdictional and venue discovery requests

18  ("Plaintiffs' Motion to Compel");

19  WHEREAS, all parties seek to resolve Plaintiffs' Motion to Compel in an expedited manner

20  so that the briefing schedule for Defendants' Pending Motions will be disrupted as minimally as

21  possible and the Court can adjudicate Defendants' Pending Motions quickly;

22  WHEREAS, pursuant to a stipulation, the Court previously ordered a time modification on

23  April 10, 2014 that extended the time for Defendants to respond to the First Amended complaint and

24  also moved the Initial Case Management Conference to a later date (Dkt. 33); pursuant to an

25  additional stipulation, Plaintiffs filed a motion for leave to file a Second Amended Complaint, which

26  Defendants did not oppose, and on May 12, 2014 the Court extended the time for certain Defendants

27  to respond to the Second Amended Complaint and further ordered that Plaintiffs would have until

28  July 11, 2014 to oppose any pre-answer motions (Dkt. 53); on May 21, 2014, the Court ordered, again

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

859163.1

1

STIPULATED REQUEST AND [PROPOSED] ORDER SHORTENING THE HEARING DATE AND SETTING
BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO COMPEL—CASE NO: 3:14-CV-00608-RS-EDL

pursuant to a stipulation, a modified response date for the Baltimore Orioles, Inc. and Baltimore Orioles, L.P. (Dkt. 63); pursuant to another stipulation, the parties also stipulated to a new briefing schedule for Defendants' Pending Motions to account for jurisdictional and venue discovery (Dkt. 183);

NOW THEREFORE, it is hereby stipulated and agreed by all parties' counsel in this action that the hearing date for Plaintiffs' Motion to Compel should be shortened to September 23, 2014, or as soon thereafter as is practicable for the Court;

FURTHER, the parties stipulate and agree that Plaintiffs will file a Motion to Compel by September 3, 2014; Defendants will file any opposition to Plaintiffs' Motion to Compel by September 12, 2014, and Plaintiffs will file any reply to Plaintiffs' Motion to Compel by September 16, 2014;

FURTHER, in the event that the Court grants Plaintiffs' Motion to Compel in whole or in part, the parties stipulate and agree that Plaintiffs will be granted a short extension on the date for filing an opposition to Defendants' Pending Motions, and the parties will promptly meet and confer in an attempt to stipulate to a new briefing schedule for Defendants' Pending Motions, provided, however, that Defendants shall have at least as much time to submit a reply as contemplated in the briefing schedule currently in effect (Dkt. 183).

Dated: September 3, 2014                    Respectfully submitted,

_/s/ Garrett R. Broshuis_

Bruce L. Simon (Bar No. 96241)
PEARSON, SIMON & WARSHAW LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
(415) 433-9000

Daniel L. Warshaw (Bar No. 185365)
Bobby Pouya (Bar No. 245527)
PEARSON, SIMON & WARSHAW LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
(818) 788-8300

Stephen M. Tillery (*pro hac vice*)
Garrett R. Broshuis (*pro hac vice*)
Giuseppe S. Giardina (*pro hac vice*)

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 62101
(314) 241-4844

George A. Zelcs (*pro hac vice*)
KOREIN TILLERY, LLC
205 North Michigan, Suite 1950
Chicago, IL 60601
(312) 641-9750

Kelly M. Dermody (State Bar No. 171716)
kdermody@lchb.com
Anne B. Shaver (State Bar No. 255928)
ashaver@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Rachel Geman  (*pro hac vice*)
rgeman@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592

Randall K. Pulliam (*pro hac vice*)
rpulliam@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
11311 Arcade Drive
Little Rock, AR 72212
Telephone: 501.312.8500
Facsimile: 501.312.8505

Brian P. Murray  (*pro hac vice*)
bmurray@glancylaw.com
Lee Albert (*pro hac vice*)
lalbert@glancylaw.com
GLANCY BINKOW & GOLDBERG LLP
122 East 42nd Street
Suite 2920
New York, NY  10168
Telephone: (212) 682-5340
Facsimile: (212) 884-0988

*Attorneys for Plaintiffs*

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

859163.1

3

STIPULATED REQUEST AND [PROPOSED] ORDER SHORTENING THE HEARING DATE AND SETTING
BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO COMPEL—CASE NO: 3:14-CV-00608-RS-EDL

                         */s/ Joyce E. Smithey*
                         Alan M. Rifkin (*pro hac vice*)
                         Joyce E. Smithey (*pro hac vice*)
                         RIFKIN, WEINER, LIVINGTSON, LEVTAN & SILVER, LLC
                         225 Duke of Gloucester
                         Annapolis, MD 21401
                         (410) 269-5066

                         *Attorneys for Baltimore Orioles Inc. and Baltimore Orioles, L.P.*

                         */s/ Elise M. Bloom*
                         Elise M. Bloom (*pro hac vice*)
                         Howard L. Ganz
                         Neil H. Abramson (*pro hac vice*)
                         Adam M. Lupion (*pro hac vice*)
                         PROSKAUER ROSE LLP
                         11 Times Square
                         New York, NY 10036
                         (212) 969-3000

                         Laura L. Reathaford (Bar No. 254751)
                         PROSKAUER ROSE LLP
                         2049 Century Park East, 32nd Floor
                         Los Angeles, CA 90067
                         (310) 557-2900

                         *Attorneys for Defendants(except Baltimore Orioles, Inc. and Baltimore Orioles, L.P.)*

### Filer's Attestation

I, Garrett R. Broshuis, am the ECF user whose identification and password are being used to file this Stipulated Request and [Proposed] Order Changing Time Per Local Rule 6-2. In compliance with Local Rule 5-1(i)(3), I hereby attest that the counsel listed above concur in this filing. I will maintain an executed copy of this stipulation in our files that can be made available for inspection upon request.

Dated: September 3, 2014                                  */s/ Garrett R. Broshuis*
                                                                                  Garrett R. Broshuis

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

859163.1

4

STIPULATED REQUEST AND [PROPOSED] ORDER SHORTENING THE HEARING DATE AND SETTING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO COMPEL—CASE NO: 3:14-CV-00608-RS-EDL

# [PROPOSED] ORDER

The Court, having considered the papers and pleadings on file, and cause appearing, PURSUANT TO STIPULATION:

HEREBY GRANTS the Parties' Stipulation.

IT IS ORDERED that the hearing date for Plaintiffs' Motion to Compel will be September 23, 2014 at 9:00 a.m. or as soon thereafter as is practicable for the Court;

IT IS FURTHER ORDERED that Plaintiffs will file a Motion to Compel by September 3, 2014; Defendants will have until September 12, 2014 to file any opposition to Plaintiffs' Motion to Compel, and Plaintiffs will have until September 16, 2014 to file any reply to the Motion to Compel.

DATED: _____

HON. ELIZABETH D. LAPORTE

859163.1

5

STIPULATED REQUEST AND [PROPOSED] ORDER SHORTENING THE HEARING DATE AND SETTING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO COMPEL—CASE NO: 3:14-CV-00608-RS-EDL