STEPHEN M. TILLERY *(pro hac vice)*
  stillery@koreintillery.com
GARRETT R. BROSHUIS *(pro hac vice)*
  gbroshuis@koreintillery.com
GIUSEPPE S. GIARDINA *(pro hac vice)*
  ggiardina@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

GEORGE A. ZELCS *(pro hac vice)*
  gzelcs@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750

BRUCE L. SIMON (Bar No. 96241)
  bsimon@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone:  (415) 433-9000
Facsimile:   (415) 433-9008)

DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pswlaw.com
BOBBY POUYA (Bar No. 245527)
  bpouya@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone:  (818) 788-8300
Facsimile:  (818) 788-8104

Attorneys for all Plaintiffs, individually and on
behalf of all those similarly situated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL, et al.,<br><br>Defendants. | CASE NO. 3:14-cv-00608-RS<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL IN SUPPORT OF THEIR MOTION TO COMPEL (L.R. 7-11, 79-5)** |

1  Pursuant to Civil Local Rule 79-5(b), Plaintiffs respectfully submit this administrative
2  motion for an order permitting the filing under seal of redacted portions of Defendant Tampa Bay
3  Rays Baseball, Ltd's Objections and Answers to Plaintiffs' First Set of Interrogatories to Personal
4  Jurisdictional Defendants Regarding Personal Jurisdiction and Venue ("PJ Interrogatory
5  Responses").  The PJ Interrogatory Responses are being filed in support of Plaintiffs' concurrently
6  filed Motion to Compel Venue and Jurisdictional Discovery.  The PJ Interrogatory Responses
7  have been redacted and filed under seal because Defendant Tampa Bay Rays Baseball, Ltd.
8  ("Tampa Bay Rays") have designated certain information contained therein as Confidential.
9  Although, a protective order has not yet been entered in this case, the parties reached an agreement
10 that Defendants could designate discovery responses as "Confidential" and they would be treated
11 as such by Plaintiffs.  Prior to filing this Motion the parties met and conferred regarding the scope
12 of Defendants' confidential designations to the PJ Interrogatory Responses.  Pursuant to these
13 meet and confer efforts, Counsel for the Tampa Bay Rays confirmed that Plaintiffs could publicly
14 file the PJ Interrogatory Responses while redacting the following information: (1) the city of
15 residence for certain Tampa Bay Rays employees; and (2) financial information regarding certain
16 taxes paid by the Tampa Bay Rays.  These redactions were applied to the PJ Interrogatory
17 Responses and approved by the counsel for the Tampa Bay Rays.
18 This request is supported by the accompanying Declaration of Bobby Pouya in support
19 thereof.  In compliance with Civil Local Rule 79-5(d), Plaintiffs submit herewith a proposed order
20 and redacted and unredacted copies of the PJ Interrogatory Responses and will provide a courtesy
21 copy of the administrative motion, declaration, proposed order, and both the redacted and
22 unredacted versions of all documents sought to be sealed to the Court.  Pursuant to Civil Local
23 Rule 79-5(e) Plaintiffs will serve a copy of this motion on the Tampa Bay Rays.  Pursuant to Local
24 Rule 79-5(e)(1) within 4 days of the filing of the Administrative Motion to File Under Seal, the
25 Tampa Bay Rays must file a declaration as required by subsection 79-5(d)(1)(A) establishing that
26 / / /
27 / / /
28 / / /

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

1 all of the designated material is sealable.

2

3 DATED: September 3, 2014  Respectfully submitted,

4

5  */s/ Bobby Pouya*
Daniel L. Warshaw (Bar No. 185365)
dwarshaw@pswlaw.com
6 Bobby Pouya (Bar No. 245527)
bpouya@pswlaw.com
7 PEARSON, SIMON & WARSHAW LLP
15165 Ventura Boulevard, Suite 400
8 Sherman Oaks, CA 91403
Telephone: (818) 788-8300
9 Facsimile: (818) 788-8104

10 Bruce L. Simon (Bar No. 96241)
bsimon@pswlaw.com
11 PEARSON, SIMON & WARSHAW LLP
44 Montgomery Street, Suite 2450
12 San Francisco, CA 94104
Telephone: (415) 433-9000
13 Facsimile: (415) 433-9008

14 Stephen M. Tillery (*pro hac vice*)
stillery@koreintillery.com
15 Garrett R. Broshuis (*pro hac vice*)
gbroshuis@koreintillery.com
16 Giuseppe S. Giardina (*pro hac vice*)
ggiardina@koreintillery.com
17 KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
18 St. Louis, MO 62101
Telephone: (314) 241-4844
19 Facsimile: (314) 241-3525

20 George A. Zelcs (*pro hac vice*)
gzelcs@koreintillery.com
21 KOREIN TILLERY, LLC
205 North Michigan, Suite 1950
22 Chicago, IL 60601
Telephone: (312) 641-9750
23 Facsimile: (314) 241-3525

24 Kelly M. Dermody (State Bar No. 171716)
kdermody@lchb.com
25 Anne B. Shaver (State Bar No. 255928)
ashaver@lchb.com
26 LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
27 275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
28 Telephone: 415.956.1000

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

|   |   |
|---|---|
| 1 | Facsimile:  415.956.1008 |
| 2 | Rachel Geman  (*pro hac vice*)<br>rgeman@lchb.com |
| 3 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 4 | 250 Hudson Street, 8th Floor<br>New York, NY  10013-1413 |
| 5 | Telephone:  212.355.9500<br>Facsimile:  212.355.9592 |
| 6 | |
| 7 | Randall K. Pulliam (*pro hac vice*)<br>rpulliam@cbplaw.com |
| 8 | CARNEY BATES & PULLIAM, PLLC<br>11311 Arcade Drive<br>Little Rock, AR 72212 |
| 9 | Telephone:  501.312.8500<br>Facsimile:  501.312.8505 |
| 10 | |
| 11 | Brian P. Murray (*pro hac vice*)<br>bmurray@glancylaw.com |
| 12 | Lee Albert (*pro hac vice*)<br>lalbert@glancylaw.com |
| 13 | GLANCY BINKOW & GOLDBERG LLP<br>122 East 42nd Street<br>Suite 2920 |
| 14 | New York, NY  10168<br>Telephone: (212) 682-5340 |
| 15 | Facsimile: (212) 884-0988 |
| 16 | *Attorneys for Plaintiffs in the Senne action, Individually and All Those Similarly Situated* |

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403