STEPHEN M. TILLERY *(pro hac vice)*
 stillery@koreintillery.com
GARRETT R. BROSHUIS *(pro hac vice)*
 gbroshuis@koreintillery.com
GIUSEPPE S. GIARDINA *(pro hac vice)*
 ggiardina@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

GEORGE A. ZELCS *(pro hac vice)*
 gzelcs@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750

BRUCE L. SIMON (Bar No. 96241)
 bsimon@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone:  (415) 433-9000
Facsimile:   (415) 433-9008)

DANIEL L. WARSHAW (Bar No. 185365)
 dwarshaw@pswlaw.com
BOBBY POUYA (Bar No. 245527)
 bpouya@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone:  (818) 788-8300
Facsimile:  (818) 788-8104

Attorneys for all Plaintiffs, individually and on behalf of all those similarly situated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL, et al.,<br><br>Defendants. | CASE NO. 3:14-cv-00608-RS<br><br>**CLASS ACTION**<br><br>**DECLARATION OF BOBBY POUYA IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL IN SUPPORT OF THEIR MOTION TO COMPEL (L.R. 7-11, 79-5)** |

Bobby Pouya declares:

1. I am an attorney duly admitted to practice before this Court. I am an associate with the firm of Pearson, Simon & Warshaw, LLP, attorneys of record for Plaintiffs.

2. I am personally familiar with the facts set forth in this declaration. If called as a witness I could and would competently testify to the matters stated herein.

3. I submit this declaration in support of Plaintiffs' administrative motion to file under seal redacted portions of Defendant Tampa Bay Rays Baseball, Ltd's ("Tampa Bay Rays") Objections and Answers to Plaintiffs' First Set of Interrogatories to Personal Jurisdictional Defendants Regarding Personal Jurisdiction and Venue ("PJ Interrogatory Responses").

4. The PJ Interrogatory Responses are being filed in support of Plaintiffs' concurrently filed Motion to Compel Venue and Jurisdictional Discovery.

5. The PJ Interrogatory Responses have been redacted and filed under seal because Defendant Tampa Bay Rays Baseball, Ltd. have designated certain information therein as Confidential.

6. Although, a protective order has not been entered in this case the parties reached an agreement that the Defendants could designate their discovery responses as "Confidential" and would be treated as such by Plaintiffs.

7. On September 3, 2014, I met and conferred with Counsel for the Tampa Bay Rays regarding the scope of the confidential designations in the PJ Interrogatory Responses. Pursuant to these meet and confer efforts, counsel for the Tampa Bay Rays advised me that Plaintiffs could publicly file PJ Interrogatory Responses while redacting the following information: (1) the city of residence for certain Tampa Bay Rays employees; and (2) financial information regarding certain taxes paid by the Tampa Bay Rays. These redactions were applied to the PJ Interrogatory Responses and approved by counsel for the Tampa Bay Rays.

8. Attached to this declaration as Exhibit "A" is a redacted version of the PJ Interrogatory Responses, which was filed in support of Plaintiffs' Motion to Compel Venue and Jurisdictional Discovery.

9. Attached to the Declaration as Exhibit "B" is an unredacted version of the PJ Interrogatory Responses, which is being lodged conditionally under seal. Pursuant to Civil Local Rule 79-5(d) the portions of Exhibit B, which have been omitted from the redacted version have been highlighted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 3, 2014, at Sherman Oaks, California.

*/s/ Bobby Pouya*
Bobby Pouya