**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL, et al.,<br><br>Defendants. | CASE NO. 3:14-cv-00608-RS<br><br>**CLASS ACTION**<br><br>**PROPOSED [ORDER] IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL IN SUPPORT OF THEIR MOTION TO COMPEL (L.R. 7-11, 79-5)** |

860542.1

3:14-cv-00608-RS

PROPOSED [ORDER] IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL IN SUPPORT OF THEIR MOTION TO COMPEL (L.R. 7-11, 79-5)

1   The Court having read and considered Plaintiffs' Administrative Motion to File Certain
2   Documents Under Seal ("Motion"), the papers and arguments submitted in support thereof, and
3   good cause appearing hereby GRANTS the Motion and holds that:
4   Defendant Tampa Bay Rays Baseball, Ltd's Objections and Answers to Plaintiffs' First Set
5   of Interrogatories to Personal Jurisdictional Defendants Regarding Personal Jurisdiction and
6   Venue, have properly been filed under seal in support of Plaintiffs' concurrently filed Motion to
7   Compel Venue and Jurisdictional Discovery.
8   **IT IS SO ORDERED**
9
10  DATED: _____
11                                              HON. RICHARD SEEBORG