STEPHEN M. TILLERY *(pro hac vice)*
  stillery@koreintillery.com
GARRETT R. BROSHUIS *(pro hac vice)*
  gbroshuis@koreintillery.com
GIUSEPPE S. GIARDINA *(pro hac vice)*
  ggiardina@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

GEORGE A. ZELCS *(pro hac vice)*
  gzelcs@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750

BRUCE L. SIMON (Bar No. 96241)
  bsimon@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone:  (415) 433-9000
Facsimile:   (415) 433-9008)

DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pswlaw.com
BOBBY POUYA (Bar No. 245527)
  bpouya@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone:  (818) 788-8300
Facsimile:  (818) 788-8104

Attorneys for all Plaintiffs, individually and on behalf of all those similarly situated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL, et al.,<br><br>Defendants. | CASE NO. 3:14-cv-00608-RS<br><br>**CLASS ACTION**<br><br>**PROOF OF SERVICE OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL IN SUPPORT OF THEIR MOTION TO COMPEL (L.R. 79-5(e))** |

860543.1                                                                 3:14-cv-00608-RS
PROOF OF SERVICE OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL IN SUPPORT OF THEIR MOTION TO COMPEL (L.R. 79-5(e))

1  Bobby Pouya declares,

2  I am an attorney duly admitted to practice before this Court. I am employed in the County
3  of Los, Angeles, State of California. My business address is 15165 Ventura Boulevard, Suite 400,
4  Sherman Oaks, California 91403. I am over the age of eighteen years and am not a party to the
5  within action.

6  Pursuant to Civil Local Rule 79-5(e), on September 3, 2014 I served an unredacted version
7  of Plaintiffs' Administrative Motion to File Certain Documents Under Seal in Support of their
8  Motion To Compel (Dkt. 210) and all supporting documents on the below listed Counsel for the
9  Tampa Bay Rays Ltd. via electronic mail transmission from bpouya@pswlaw.com on, by
10 transmitting a PDF format copy of such document(s) to each such person at the e-mail address
11 listed below their addresses. The documents were transmitted by electronic transmission and such
12 transmission was reported as complete and without error.

14 I declare under penalty of perjury under the laws of the United States of America that the
15 foregoing is true and correct.

16 Executed on September 3, 2014, at Sherman Oaks, California.

   */s/ Bobby Pouya*
   Bobby Pouya

860543.1                                                                          3:14-cv-00608-RS
PROOF OF SERVICE OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENTS
UNDER SEAL IN SUPPORT OF THEIR MOTION TO COMPEL (L.R. 79-5(e))

**COUNSEL FOR THE TAMPA BAY RAYS BASEBALL, LTD.**

| | |
|---|---|
| Elise M Bloom<br>Neil H. Abramson<br>Adam M Lupion<br>Howard L Ganz<br>PROSKAUER ROSE LLP<br>11 Times Square<br>New York, NY 10036<br>Telephone: (212) 969-3000<br>Facsimile: (212) 969-2900<br>E-Mail: ebloom@proskauer.com<br>nabramson@proskauer.com<br>alupion@proskauer.com<br>hganz@proskauer.com | Counsel for Defendant Tampa Bay Rays Baseball Ltd. |
| Laura Reathaford<br>PROSKAUER ROSE LLP<br>2049 Century Park East<br>Suite 3200<br>Los Angeles, CA 90067-3206<br>Telephone: (310) 557-2900<br>Facsimile: (310) 557-2193<br>E-Mail: lreathaford@proskauer.com | Counsel for Defendant Tampa Bay Rays Baseball Ltd. |