STEPHEN M. TILLERY *(pro hac vice)*
  stillery@koreintillery.com
GARRETT R. BROSHUIS *(pro hac vice)*
  gbroshuis@koreintillery.com
GIUSEPPE S. GIARDINA *(pro hac vice)*
  ggiardina@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

GEORGE A. ZELCS *(pro hac vice)*
  gzelcs@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750

BRUCE L. SIMON (Bar No. 96241)
  bsimon@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pswlaw.com
BOBBY POUYA (Bar No. 245527)
  bpouya@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

(*Additional Counsel Listed on Signature Page*)

Attorneys for all Plaintiffs, individually and on behalf of all those similarly situated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL; et al.;<br><br>  Defendants. | CASE NO. 3:14-cv-00608-RS-EDL<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE THE HEARING ON PLAINTIFFS' MOTION TO APPOINT INTERIM CO-LEAD COUNSEL** |

IT IS HEREBY STIPULATED between Plaintiffs and Defendants, by and through their respective counsel, as follows:

WHEREAS, on August 19, 2014 Plaintiffs renoticed their Motion for Appointment of Interim Co-Lead Class Counsel to be heard on September 11, 2014; and

WHEREAS, the Court is scheduled to hear Plaintiffs' Motion to Consolidate Related Actions on October 9, 2014 at 1:30 p.m.

NOW THEREFORE, IT IS STIPULATED that in the interest of judicial economy the hearing on Plaintiffs' Motion for Appointment of Interim Co-Lead Counsel should be continued until October 9, 2014 at 1:30 p.m. or as soon thereafter as the matter may be heard by the Court.

Dated: September 4, 2014　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Bobby Pouya*

Bruce L. Simon (Bar No. 96241)
PEARSON, SIMON & WARSHAW LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
(415) 433-9000

Daniel L. Warshaw (Bar No. 185365)
Bobby Pouya (Bar No. 245527)
PEARSON, SIMON & WARSHAW LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
(818) 788-8300

Stephen M. Tillery (*pro hac vice*)
Garrett R. Broshuis (*pro hac vice*)
Giuseppe S. Giardina (*pro hac vice*)
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 62101
(314) 241-4844

George A. Zelcs (*pro hac vice*)
KOREIN TILLERY, LLC
205 North Michigan, Suite 1950
Chicago, IL 60601
(312) 641-9750

Kelly M. Dermody (State Bar No. 171716)
kdermody@lchb.com

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

860524.2　　　　　　　　　　1　　　　　　　　　　3:14-cv-00608-RS-EDL
STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING ON PLAINTIFFS' MOTION TO APPOINT INTERIM CO-LEAD COUNSEL

Anne B. Shaver (State Bar No. 255928)
ashaver@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Rachel Geman  (*pro hac vice*)
rgeman@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592

Randall K. Pulliam (*pro hac vice*)
rpulliam@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
11311 Arcade Drive
Little Rock, AR 72212
Telephone: 501.312.8500
Facsimile: 501.312.8505

Brian P. Murray  (*pro hac vice*)
bmurray@glancylaw.com
Lee Albert (*pro hac vice*)
lalbert@glancylaw.com
GLANCY BINKOW & GOLDBERG LLP
122 East 42nd Street
Suite 2920
New York, NY  10168
Telephone: (212) 682-5340
Facsimile: (212) 884-0988

*Attorneys for Plaintiffs*

      /s/ *Celeste Bruce*
Alan M. Rifkin (*pro hac vice*)
Joyce E. Smithey (*pro hac vice*)
Celeste Bruce (*pro hac vice*)
RIFKIN, WEINER, LIVINGTSON, LEVTAN
& SILVER, LLC
225 Duke of Gloucester
Annapolis, MD 21401
(410) 269-5066

*Attorneys for Baltimore Orioles Inc. and
Baltimore Orioles, L.P.*

860524.2

2                            3:14-cv-00608-RS-EDL
STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING ON PLAINTIFFS' MOTION TO APPOINT INTERIM CO-LEAD COUNSEL

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

                        */s/ Elise M. Bloom*
Elise M. Bloom (*pro hac vice*)
Howard L. Ganz
Neil H. Abramson (*pro hac vice*)
Adam M. Lupion (*pro hac vice*)
PROSKAUER ROSE LLP
11 Times Square
New York, NY 10036
(212) 969-3000

Laura L. Reathaford (Bar No. 254751)
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067
(310) 557-2900

*Attorneys for Defendants(except Baltimore Orioles, Inc. and Baltimore Orioles, L.P.)*

**Filer's Attestation**

    I, Bobby Pouya, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order to Continue the Hearing on Plaintiffs' Motion to Appoint Interim Co-Lead Counsel. In compliance with Local Rule 5-1(i)(3), I hereby attest that the counsel listed above concur in this filing. I will maintain an executed copy of this stipulation in our files that can be made available for inspection upon request.

Dated: September 4, 2014                            */s/ Bobby Pouya*
                                                                             Bobby Pouya

## [~~PROPOSED~~] ORDER

The Court, having considered the papers and pleadings on file, and cause appearing, PURSUANT TO STIPULATION:

HEREBY GRANTS the Parties' Stipulation.

IT IS ORDERED that the hearing on Plaintiffs' Motion for Appointment of Interim Co-Lead Counsel shall be continued until October 9, 2014 at 1:30 p.m.

DATED: 9/4/14

_____
HONORABLE RICHARD SEEBORD

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403