STEPHEN M. TILLERY *(pro hac vice)*
    stillery@koreintillery.com
GARRETT R. BROSHUIS *(pro hac vice)*
    gbroshuis@koreintillery.com
GIUSEPPE S. GIARDINA *(pro hac vice)*
    ggiardina@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

GEORGE A. ZELCS *(pro hac vice)*
    gzelcs@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750

BRUCE L. SIMON (Bar No. 96241)
    bsimon@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

DANIEL L. WARSHAW (Bar No. 185365)
    dwarshaw@pswlaw.com
BOBBY POUYA (Bar No. 245527)
    bpouya@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

(*Additional Counsel Listed on Signature Page*)

Attorneys for all Plaintiffs, individually and on behalf of all those similarly situated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated,<br><br>          Plaintiffs,<br><br>     vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL; et al.;<br><br>          Defendants. | CASE NO. 3:14-cv-00608-RS<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER TOLLING FLSA CLAIMS** |

Plaintiffs and Defendants ("the Parties"), by and through their respective counsel, enter into the following stipulation.

WHEREAS, Plaintiffs, former minor league baseball players, filed this action in the United States District Court for the Northern District of California, alleging, among other things, that Defendants failed and continue to fail to meet the requirements of the Fair Labor Standards Act ("FLSA") in their treatment of Plaintiffs;

WHEREAS, Plaintiffs seek to bring a nationwide FLSA collective on behalf of those similarly-situated minor leaguers;

WHEREAS, Defendants deny engaging in the unlawful activities alleged by Plaintiffs under the FLSA and deny that certification of any class or collective action is appropriate;

WHEREAS, the Parties await resolution of a Motion to Dismiss for Lack of Personal Jurisdiction, filed by certain Defendants, and a Motion to Transfer Venue, filed by other Defendants (the "Defendants' Pending Motions") on May 23, 2014;

WHEREAS, the Initial Case Management Conference was held on July 11, 2014;

WHEREAS, the Parties agree that Plaintiffs will not move for conditional certification of the proposed FLSA collective until resolution of the Defendants' Pending Motions;

THEREFORE, the Parties stipulate and agree as follows:

**STIPULATION AND AGREEMENT**

1. Plaintiffs will not move for conditional certification of the proposed FLSA collective until resolution of the Defendants' Pending Motions.

2. The Parties will continue to meet and confer on the briefing schedules for any motion for conditional certification and for any motion for class certification under state laws.

3. The Plaintiffs will not request, through interrogatories or other discovery mechanisms, the contact information for similarly-situated minor leaguers before resolution of Defendants' Pending Motions.

4. The statute of limitations under the FLSA applicable to all current or former similarly-situated minor leaguers shall be tolled from July 11, 2014 until 45 days after the Court's resolution of

both of the Defendants' Pending Motions. In the event the Court resolves one motion before the other, tolling will continue until 45 days after the later resolution.

5. This Stipulation is without prejudice to Plaintiffs moving the Court, pursuant to the doctrine of equitable tolling, to toll the FLSA statute of limitations for periods before July 11, 2014 or after the end of the tolled period. Yet Plaintiffs agree not to use Defendants' Pending Motions as a basis for moving for equitable tolling. Defendants reserve the right to oppose any such request.

6. Except as expressly set forth in this Stipulation, this Stipulation does not constitute a waiver of Plaintiffs' or Defendants' legal positions, rights, or remedies, including any defense under any statute of limitations or any other defense relating to the passage of time.

7. This Stipulation is not intended as an admission by any Party that any other Party has or does not have a valid claim or defense.

8. This stipulation is also without prejudice to the Parties reaching further agreement about additional tolling.

DATED: September 30, 2014                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　  /s/ *Garrett R. Broshuis*
　　　　　　　　　　　　　　　　　　　　　　　　Bruce L. Simon (Bar No. 96241)
　　　　　　　　　　　　　　　　　　　　　　　　bsimon@pswlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　PEARSON, SIMON & WARSHAW LLP
　　　　　　　　　　　　　　　　　　　　　　　　44 Montgomery Street, Suite 2450
　　　　　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94104
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (415) 433-9000
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (415) 433-9008

　　　　　　　　　　　　　　　　　　　　　　　　Daniel L. Warshaw (Bar No. 185365)
　　　　　　　　　　　　　　　　　　　　　　　　dwarshaw@pswlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　Bobby Pouya (Bar No. 245527)
　　　　　　　　　　　　　　　　　　　　　　　　bpouya@pswlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　PEARSON, SIMON & WARSHAW LLP
　　　　　　　　　　　　　　　　　　　　　　　　15165 Ventura Boulevard, Suite 400
　　　　　　　　　　　　　　　　　　　　　　　　Sherman Oaks, CA 91403
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (818) 788-8300
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (818) 788-8104

　　　　　　　　　　　　　　　　　　　　　　　　Stephen M. Tillery (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　　stillery@koreintillery.com
　　　　　　　　　　　　　　　　　　　　　　　　Garrett R. Broshuis (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　　gbroshuis@koreintillery.com
　　　　　　　　　　　　　　　　　　　　　　　　Giuseppe S. Giardina (*pro hac vice*)

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

| | |
|---|---|
| 1 | ggiardina@koreintillery.com |
| | KOREIN TILLERY, LLC |
| 2 | 505 North 7th Street, Suite 3600 |
| | St. Louis, MO 62101 |
| 3 | Telephone: (314) 241-4844 |
| | Facsimile: (314) 241-3525 |
| 4 | |
| | George A. Zelcs (*pro hac vice*) |
| 5 | gzelcs@koreintillery.com |
| | KOREIN TILLERY, LLC |
| 6 | 205 North Michigan, Suite 1950 |
| | Chicago, IL 60601 |
| 7 | Telephone: (312) 641-9750 |
| | Facsimile: (314) 241-3525 |
| 8 | |
| | Kelly M. Dermody (State Bar No. 171716) |
| 9 | kdermody@lchb.com |
| | Anne B. Shaver (State Bar No. 255928) |
| 10 | ashaver@lchb.com |
| | LIEFF CABRASER HEIMANN & |
| 11 | BERNSTEIN, LLP |
| 12 | 275 Battery Street, 29th Floor |
| | San Francisco, CA  94111-3339 |
| 13 | Telephone:  415.956.1000 |
| | Facsimile:  415.956.1008 |
| 14 | |
| | Rachel Geman  (*pro hac vice*) |
| 15 | rgeman@lchb.com |
| | LIEFF CABRASER HEIMANN & |
| 16 | BERNSTEIN, LLP |
| 17 | 250 Hudson Street, 8th Floor |
| | New York, NY  10013-1413 |
| 18 | Telephone:  212.355.9500 |
| | Facsimile:  212.355.9592 |
| 19 | |
| 20 | Randall K. Pulliam (*pro hac vice*) |
| | rpulliam@cbplaw.com |
| 21 | CARNEY BATES & PULLIAM, PLLC |
| | 11311 Arcade Drive |
| 22 | Little Rock, AR 72212 |
| | Telephone:  501.312.8500 |
| 23 | Facsimile:  501.312.8505 |
| 24 | |
| | Brian P. Murray  (*pro hac vice*) |
| 25 | bmurray@glancylaw.com |
| | Lee Albert (*pro hac vice*) |
| 26 | lalbert@glancylaw.com |
| | GLANCY BINKOW & GOLDBERG LLP |
| 27 | 122 East 42nd Street |
| | Suite 2920 |
| 28 | New York, NY  10168 |
| | Telephone: (212) 682-5340 |

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

1  Facsimile: (212) 884-0988

2  *Attorneys for Plaintiffs, Individually and All Those Similarly Situated*

3

4

5  ____/s/   Elise M. Bloom_____
Elise M. Bloom (*pro hac vice*)
ebloom@proskauer.com
Howard L. Ganz
hganz@proskauer.com
Neil H. Abramson (*pro hac vice*)
nabramson@proskauer.com
Adam M. Lupion (*pro hac vice*)
alupion@proskauer.com
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036-8299
Telephone:  (212) 969-3000
Facsimile:  (212) 969-2900

Laura Reathaford (State Bar No. 254751)
lreathaford@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, California 90067-3206
Telephone:  (310) 557-2900
Facsimile:  (310) 557-2193

*Attorneys for Defendants (with the exception of Baltimore Orioles, Inc. and Baltimore Orioles, L.P.)*

____/s/M. Celeste Bruce_____
Marie Celeste Bruce (*pro hac vice*)
cbruce@rwlls.com
RIFKIN, WEINER, LIVINGTSON,
LEVITAN & SILVER, LLC
7979 Old Georgetown Road, Suite 400
Bethesda, Maryland 20814
Telephone:  (301) 951-0150
Facsimile:  (301) 951-0172

Alan M. Rifkin (*pro hac vice*)
Joyce E. Smithey (*pro hac vice*)
RIFKIN, WEINER, LIVINGTSON,
LEVITAN & SILVER, LLC
225 Duke of Gloucester Street
Annapolis, Maryland 21401
Telephone:  (410) 269-5066
Facsimile:  (410) 269-6274

*Attorneys for Defendants Baltimore Orioles, Inc. and Baltimore Orioles, L.P.*

**Filer's Attestation**

I, Garrett R. Broshuis, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order Tolling FLSA Claims. In compliance with Local Rule 5-1(i)(3), I hereby attest that the counsel listed above concur in this filing. I will maintain an executed copy of this stipulation in our files that can be made available for inspection upon request.

Dated: September 30, 2014                           /s/ *Garrett R. Broshuis*
                                                        Garrett R. Broshuis

**[Proposed] Order**

The foregoing stipulation is approved, and IT IS SO ORDERED.

Dated: 10/1/14                           _____
                                         Hon. Richard Seeborg
                                         United States District Court Judge