UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated;<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL; et al.;<br><br>Defendants. | CASE NO. 3:14-cv-00608-~~JCS~~ RS<br><br>**CLASS ACTION**<br><br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL** |

1  The Court, having received and considered the Motion for Appointment of Interim Co-Lead Counsel filed by Korein Tillery LLC ("KT") and Pearson, Simon & Warshaw, LLP ("PSW"), the declarations filed in support thereof, the pleadings and papers on file herein, and the arguments of counsel and the parties, hereby GRANTS the Motion and appoints KT and PSW as Interim Co-Lead Counsel.  In making its appointment, the Court has considered the factors outlined in Federal Rule of Civil Procedure 23(g) and finds that KT and PSW satisfy the criteria necessary to serve as Interim Co-Lead Class Counsel in this matter.  Specifically, the Court finds that KT and PSW: are qualified, including by way of their experience in handling complex litigation and employment class actions; are highly knowledgeable about the applicable law; have done significant work in researching and investigating the claims in this action; are willing and able to dedicate the time and resources necessary to prosecute this action; and are able, and have committed, to work cooperatively with others.

Interim Co-Lead Class Counsel shall be responsible for the overall conduct and management of the litigation on behalf of the proposed plaintiff classes.  This will include, but is not limited to, conducting all proceedings on behalf of the proposed class; signing any pleadings, motions, briefs, discovery requests or responses, subpoenas or notices on behalf of the proposed class; and making and supervising all work assignments.

Finally, any agreement reached between Defendant(s) and Interim Co-Lead Class Counsel shall be binding on all other respective plaintiffs' counsel in this matter.

IT IS SO ORDERED.

DATED: 10/10/14              _____
                             ~~HON. JOSEPH C. SPERO~~
                             Hon. Richard Seeborg