UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON SENNE, et al.,<br><br>　　　　Plaintiffs.<br><br>　　v.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-00608-JCS<br>Consolidated with 14-cv-3289 JCS<br><br>**ORDER WITHDRAWING DISCOVERY REFERRAL TO MAGISTRATE JUDGE LAPORT.**<br><br>**RE: DKT. NO. 202** |

　　　On August 21, 2014, this matter was referred to Chief Magistrate Judge Elizabeth D. Laporte for discovery purposes.

　　　IT IS HEREBY ORDERED that the referral is now WITHDRAWN. The parties shall comply with Judge Spero's standing over on discovery issues.

　　　IT IS SO ORDERED.

Dated: November 5, 2014

　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge