| | |
|---|---|
| 1 | PROSKAUER ROSE LLP |
| | Elise M. Bloom (*pro hac vice*) |
| 2 | Howard L. Ganz |
| | Neil H. Abramson (*pro hac vice*) |
| 3 | Adam M. Lupion (*pro hac vice*) |
| | 11 Times Square |
| 4 | New York, NY 10036 |
| | Telephone: (212) 969-3000 |
| 5 | Facsimile: (212) 969-2900 |
| 6 | PROSKAUER ROSE LLP |
| | Laura Reathaford (SBN 254751) |
| 7 | lreathaford@proskauer.com |
| | 2049 Century Park East, 32nd Floor |
| 8 | Los Angeles, CA 90067-3206 |
| | Telephone: (310) 557-2900 |
| 9 | Facsimile: (310) 557-2193 |
| 10 | *Attorneys for Defendants (except Baltimore Orioles, Inc. and Baltimore Orioles, L.P.)* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENNE, *et al.* | Case No. 3:14-cv-00608-JCS (consolidated with 3:14-cv-03289-JCS) |
| Plaintiffs, | |
| | Hon. Joseph C. Spero |
| vs. | **CLASS ACTION** |
| | **DEFENDANTS' STATEMENT OF NONOPPOSITION TO PLAINTIFFS' OBJECTION TO THE *MARTI* ATTORNEYS' IMPROPERLY FILED CASE MANAGEMENT STATEMENT** |
| OFFICE OF THE COMMISSIONER OF BASEBALL, *et al.* | |
| Defendants. | |

DEFENDANTS' STATEMENT OF NONOPPOSITION TO PLAINTIFFS' OBJECTION TO THE *MARTI* ATTORNEYS' IMPROPERLY FILED CASE MANAGEMENT STATEMENT – CASE No. 14-00608-JCS
(Consolidated with 14-03289-JCS)

1  Pursuant to Civil L.R. 7-3(b), Defendants[1] file this Statement of Non-Opposition to Plaintiffs'[2] Objection to the *Marti* Attorneys'[3] Improperly Filed Case Management Statement, which was filed on December 4, 2014. (Dkt. 288) Defendants do not oppose Plaintiffs' Objection, and respectfully request that the Court grant the relief sought. Specifically, Defendants ask that the Court "take appropriate action to stop the *Marti* Attorneys from continuing to file documents, pleadings and participating in this litigation without the consent of Interim Co-Lead Counsel," (*id.* at 5), and respectfully request that the Court strike the improperly filed Case Management Statement by the *Marti* Attorneys, as well as *Marti* Dkt. 76, which purports to be an Amended Complaint.

Dated: December 5, 2014

BY:  /s/ Elise M. Bloom
Elise M. Bloom (*pro hac vice*)
Howard L. Ganz
Neil H. Abramson (*pro hac vice*)
Adam M. Lupion (*pro hac vice*)
PROSKAUER ROSE LLP
11 Times Square
New York, NY 10036
(212) 969-3000

 /s/ Laura Reathaford
Laura L. Reathaford (Bar No. 254751)
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067
(310) 557-2900

---

[1] "Defendants" refers to all Defendants in this action.

[2] "Plaintiffs" refers to Interim Co-Lead Counsel Korein Tillery LLC and Pearson, Simon & Warshaw, LLP.

[3] "*Marti* Attorneys" refers to Samuel Kornhauser and Brian David.

*Attorneys for Defendants*
*(except Baltimore Orioles, Inc. and*
*Baltimore Orioles, L.P.)*

/s/ Marie Celeste Bruce

Marie Celeste Bruce (*pro hac vice*)
RIFKIN, WEINER, LIVINGTSON,
LEVITAN & SILVER, LLC
7979 Old Georgetown Road, Suite 400
Bethesda, Maryland 20814
Telephone:  (301) 951-0150
Facsimile:  (301) 951-0172

Alan M. Rifkin (*pro hac vice*)
Joyce E. Smithey (*pro hac vice*)
RIFKIN, WEINER, LIVINGTSON,
LEVITAN & SILVER, LLC
225 Duke of Gloucester Street
Annapolis, Maryland 21401
Telephone:  (410) 269-5066
Facsimile:  (410) 269-6274

*Attorneys for Defendants Baltimore Orioles,*
*Inc. and Baltimore Orioles, L.P.*

DEFENDANTS' STATEMENT OF NONOPPOSITION TO PLAINTIFFS' OBJECTION TO THE *MARTI* ATTORNEYS' IMPROPERLY FILED CASE MANAGEMENT STATEMENT – CASE No. 14-00608-JCS
(Consolidated with 14-03289-JCS)

**FILER'S ATTESTATION**

I, Elise M. Bloom, am the ECF user whose identification and password are being used to file this Defendants' Statement of Nonopposition to Plaintiffs' Objection to the *Marti* Attorneys' Improperly Filed Case Management Statement. In compliance with Local Rule 5-1(i)(3), I hereby attest that the counsel listed above concur in this filing. I will maintain an executed copy of this stipulation in our files that can be made available for inspection upon request.

Dated: December 5, 2014  /s/ *Elise M. Bloom*
Elise M. Bloom