STEPHEN M. TILLERY (*pro hac vice*)
  stillery@koreintillery.com
GARRETT R. BROSHUIS (*pro hac vice*)
  gbroshuis@koreintillery.com
GIUSEPPE S. GIARDINA (*pro hac vice*)
  ggiardina@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone:  (314) 241-4844
Facsimile: (314) 241-3525

GEORGE A. ZELCS (*pro hac vice*)
  gzelcs@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750

BRUCE L. SIMON (Bar No. 96241)
  bsimon@pswlaw.com
BENJAMIN E. SHIFTAN (Bar No. 265767)
  bshiftan@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone:  (415) 433-9000
Facsimile: (415) 433-9008

DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pswlaw.com
BOBBY POUYA (Bar No. 245527)
  bpouya@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone:  (818) 788-8300
Facsimile: (818) 788-8104

Plaintiffs' Interim Co-Lead Class Counsel

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated,<br><br>              Plaintiffs,<br><br>       vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL; et al.;<br><br>              Defendants. | CASE NO. 3:14-cv-00608-RS-EDL<br><br>**<u>CLASS ACTION</u>**<br><br>**DECLARATION OF GARRETT R. BROSHUIS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO CERTAIN DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br>Hearing date: Feb. 13, 2015, 2:00 p.m.<br>Courtroom: G, 15th Floor<br>Judge: Honorable Joseph C. Spero |

859163.1

Garrett R. Broshuis declares:

1.        I am one of the attorneys principally responsible for the handling of this matter. I submit this declaration on behalf of all Plaintiffs and in my capacity as interim co-lead class counsel. I am personally familiar with the facts set forth in this declaration. If called as a witness I could and would competently testify to the matters stated herein.

2.        On November 17, 2014, 11 of MLB's franchises moved to dismiss based on an alleged lack of personal jurisdiction. (Dkt. 281, 282). This declaration is being filed in support of Plaintiffs' opposition to those motions.

3.        The attached Exhibit A is a true and accurate copy of documents produced to Plaintiffs by Defendant Baltimore Orioles Limited Partnership and Baltimore Orioles, Inc. on October 9, 2014. The document is a December 14, 2011 memo sent by the Orioles to their minor league players. Since it was marked as "Confidential" pursuant to a protective order, it has been filed under seal, and an administrative motion has been filed concurrent with this opposition.

4.        The attached Exhibit B is a true and accurate copy of documents produced to Plaintiffs by Defendant Tampa Bay Rays Baseball, Ltd.. on October 10, 2014. The documents are materials sent to Plaintiff Matthew Gorgen at his address in Concord, California, with Bates stamps of TBR000004–011. Since the materials were marked as "Confidential—Attorney's Eyes Only" pursuant to a protective order, they have been filed under seal, and an administrative motion has been filed concurrent with this opposition.

5.        The attached Exhibit C is a true and accurate copy of documents produced to Plaintiffs by Defendants Cleveland Indians Baseball, Co., L.P. and Cleveland Indians Baseball Co., Inc. on October 18, 2014, with Bates stamps of CLE000001–002. The document is a memo sent by the Indians, dated December of 2013, that was sent to their minor league position players. Since it was marked as "Confidential—Attorneys' Eyes Only" pursuant to a protective order, it has been filed under seal, and an administrative motion has been filed concurrent with this opposition.

6.        The Attached Exhibit D is a true and accurate copy of documents entitled *Dodgers Franchise Timeline*. They were downloaded from Defendants' own website of MLB.com on December

859163.1
                                                                1
DECLARATION OF GARRETT R. BROSHUIS IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

15, 2014 by entering the web address http://mlb.mlb.com/la/history/timeline.jsp into Firefox. A PDF of the page was then captured without altering the page.

7.    The Attached Exhibit E is a true and accurate copy of documents entitled *Giants Franchise Timeline*. They were downloaded from Defendants' own website of MLB.com on December 15, 2014 by entering the web address http://mlb.mlb.com/sf/history/timeline.jsp into Firefox. A PDF of the page was then captured without altering the page.

8.    The Attached Exhibit F is a true and accurate copy of documents entitled *Padres Franchise Timeline*. They were downloaded from Defendants' own website of MLB.com on December 15, 2014 by entering the web address http://sandiego.padres.mlb.com/sd/history/timeline.jsp into Firefox. A PDF of the page was then captured without altering the page.

9.    The Attached Exhibit G is a true and accurate copy of documents entitled *Team-by-Team Information*. They were downloaded from Defendants' own website of MLB.com on December 15, 2014 by entering the web address http://mlb.mlb.com/team/ into Firefox. A PDF of the page was then captured without altering the page.

10.    The Attached Exhibit H is a true and accurate copy of documents showing web traffic for MLB.com's merchandise shop. They were downloaded from the website alexa.com on December 15, 2014 by entering the web address http://www.alexa.com/siteinfo/shop.mlb.com into Firefox. A PDF of the page was then captured without altering the page.

11.    The Attached Exhibit I is a true and accurate copy of documents entitled *Injury claims by professional athletes*. They were downloaded from the L.A. Times' site on December 15, 2014 by entering the web address http://graphics.latimes.com/workers-comp-interactive/?q=*&p=1&s=mlb&c=lastname&o=asc into Firefox. A PDF of the page was then captured without altering the page.

12.    The Attached Exhibit J is a true and accurate copy of documents entitled *California limits workers' comp sports injury claims*. They were downloaded from the L.A. Times' site on December 15, 2014 by entering the web address http://www.latimes.com/business/la-fi-workers-comp-nfl-20131009-story.html into Firefox. A PDF of the page was then captured without altering the page.

DECLARATION OF GARRETT R. BROSHUIS IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

13.    The Attached Exhibit K is a true and accurate copy of documents entitled *2014 Baseball Winter Meetings returns to San Diego after three decades.* They were downloaded from the MiLB.com site on December 15, 2014 by entering the web address http://www.milb.com/milb/events/wintermeetings.jsp into Firefox. A PDF of the page was then captured without altering the page.

14.    The Attached Exhibit L is a true and accurate copy of an excerpt from the book THE GOLDEN GAME by Kevin Nelson, published in 2004. Page xiii was copied on December 15, 2014 using a standard copying machine, and a PDF was made without altering the page.

15.    The Attached Exhibit M is a true and accurate copy of documents entitled *California is top producer of major league players.* They were downloaded from the L.A. Times' site on December 15, 2014 by entering the web address http://articles.latimes.com/2010/jul/12/sports/la-sp-0713-player-producers-20100713 into Firefox and searching for each PJ Defendant. A PDF of the page was then captured without altering the page, except to highlight the PJ Defendants' names and number of cases per PJ Defendant.

16.    The Attached Exhibit N is a true and accurate copy of documents entitled *Major League Baseball Scouting Bureau Overview Q&A.* They were downloaded from Defendants' own website of MLB.com on December 15, 2014 by entering the web address http://mlb.mlb.com/mlb/official_info/about_mlb/scouting_overview.jsp into Firefox. A PDF of the page was then captured without altering the page.

17.    The Attached Exhibit O is a true and accurate copy of Article XXIV of the *2012-2016 Basic Agreement.* They were downloaded from Defendants' own website of MLB.com on December 15, 2014 by entering the web address http://mlb.mlb.com/pa/pdf/cba_english.pdf into Firefox. A PDF of Article XXIV was then captured without altering the pages. Due to the length of the document, only Article XXIV is attached, but Plaintiffs can send the entire Basic Agreement upon request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

859163.1

3

Executed on December 15, 2014, at St. Louis, Missouri.


Garrett R. Broshuis

DECLARATION OF GARRETT R. BROSHUIS IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

# Exhibit A

## Filed Under Seal

# Exhibit B

## Filed Under Seal

# Exhibit C

## Filed Under Seal

# Exhibit D

# TIMELINE

| |
|---|
| 1890s |
| 1900s |
| 1910s |
| 1920s |
| 1930s |
| 1940s |
| 1950s |
| 1960s |
| 1970s |
| 1980s |
| 1990s |
| 2000s |

## 1950s



In the 1950s, the Brooklyn Dodgers became the Los Angeles Dodgers as the team made its historic move to the West Coast in 1958. Despite the change in location, the Dodgers dominated the National League, winning five National League pennants (1952, 1953, 1955, 1956, 1959) and World Championships in 1955 and 1959.

In eight of the 10 years, the Dodgers never finished lower than second place while winning 913 games, the most wins in a decade in Dodger history.

As the decade started, the Dodgers had a new president, Walter O'Malley, who was originally appointed as the club's attorney in 1941. In October of 1950, O'Malley became president and chief stockholder of the Dodgers, a position he would hold for 20 years.



O'Malley saw his team take back-to-back pennants in 1952 and 1953 under Manager Charlie Dressen. In 1953, the Dodgers won a club record 105 games with the well-known "Boys of Summer," including Jackie Robinson, Pee Wee Reese, Roy Campanella, Gil Hodges, Carl Furillo, Don Newcombe, Carl Erskine, Jim Gilliam, Duke Snider, Preacher Roe and Clem Labine.

Walter O'Malley

Walter Alston became manager in 1954 and guided the Dodgers for 23 seasons, putting together a great list of achievements: 2,042 wins, four World Championships, seven N.L. pennants, nine All-Star appearances and a Hall of Fame induction in 1983.

In 1955, the Dodgers defeated the Yankees and won their first-ever World Championship in a seven-game World Series. The Dodgers took Game 7 at Yankee Stadium as Series MVP Johnny Podres shut out the Yankees, 2-0.



The Dodgers repeated as National League champions in 1956 and once again faced the Yankees. In another heart-stopping World Series, the Yankees prevailed in seven games.

Dodger right-hander Don Newcombe made baseball history in 1956 when he became the first player to win Cy Young and MVP awards in the same season.

Gil Hodges

As the 1957 season rolled around, the team on the field was overshadowed by the publicity of the team's possible move to the West Coast. Since the early part of the decade, O'Malley had wanted to build a more modern stadium for his ballclub in Brooklyn. New York officials were unable to come up with a suitable site.



On October 8, 1957, O'Malley announced that after 68 seasons in Brooklyn, the Dodgers would be moving to Los Angeles. In a move to bring baseball to all parts of the country, the Giants also decided to relocate from New York to San Francisco. On April 18, 1958, the Dodgers played their first game in Los Angeles, defeating the Giants, 6-5, before 78,672 fans at the Coliseum.

Don Newcombe

In their final season of the decade, the Dodgers, a team in transition, finished in a first-place tie with the Milwaukee Braves. Two days later, the Dodgers had the N.L. pennant as they swept the Braves in a best-of-three playoff.

The Dodgers then faced the Chicago White Sox in their fifth World Series of the 1950s. Using timely hitting and outstanding pitching, the Dodgers brought their first championship to Los Angeles and beat the Sox in six games. Larry Sherry was impressive, winning two games and saving two, earning MVP honors. Charlie Neal and Chuck Essegian had two home runs apiece.

# Exhibit E

# TIMELINE

1800s
1900s
1910s
1920s
1930s
1940s
1950s
1960s
1970s
1980s
1990s
2000s
2010s

## 1950s

### 1951

The Giants' revitalization under Durocher comes to fruition in a storybook finish. After trailing the Dodgers by 13 1/2 games on Aug. 11, the Giants end up forcing a three-game playoff, culminated by the most famous home run in history.

After trailing the Dodgers by 13 1/2 games on Aug. 11, manager Leo Durocher's troops rattled off 16 straight victories and won 37 of their final 44 regular-season contests to force a tie with Brooklyn.

New York won the first game and Brooklyn captured the second before they met for a decisive contest at the Polo Grounds.

With the Giants trailing 4-2 with one out and two on in the bottom of the ninth, Dodgers pitcher Don Newcombe removed himself from the game in favor of reliever Ralph Branca. Thomson drilled an 0-1 pitch to left field and jumped onto home plate to put an exclamation on "The Miracle of Coogan's Bluff," as called by legendary Giants announcer Russ Hodges.



Bobby Thomson is mobbed by his Giants teammates after his three-run homer secured the pennant.

"Brooklyn leads it, 4-2. Hartung down the line at third, not taking any chances. Lockman without too big of a lead at second, but he'll be running like the wind if Thomson hits one. Branca throws. There's a long drive. It's gonna be, I believe -- The Giants win the pennant! The Giants win the pennant! The Giants win the pennant! The Giants win the pennant! Bobby Thomson hits into the lower deck of the left-field stands! The Giants win the pennant! And they're going crazy! They're going crazy! Oh-ho!"

The momentum seemed to carry over to the next day for the opener of the World Series as Monte Irvin stole home in the first inning to register the first swipe of home since the Yankees' Bob Meusel did it in 1928. The Giants' left fielder finished the contest 4-for-5 and spearheaded a 5-1 victory.

Irvin would once again lead the National Leaguers' offense in Game 2, but his three hits weren't enough to overcome the Yankees in a 3-1 defeat.

Shortstop Eddie Stanky inspired a five-run, fifth-inning rally in Game 3 when he kicked the ball out of Phil Rizzuto's glove on a failed stolen-base attempt and scrambled to third. The Giants would move on to a 6-2 triumph at the Polo Grounds.

Despite holding a two-games-to-one Series lead, the Giants couldn't finish off the Yankees as the American Leaguers ran off three straight victories to claim the title.

1951 also marked the beginning of a legendary career, as Willie Mays made his debut. He was called up from the minors batting .477 but went 0-for-12 to start his inaugural Major League season. He then crushed a Warren Spahn pitch completely out of the Polo Grounds, the first of 20 longballs he would stroke in his Rookie of the Year campaign.

### 1954

After a season without Monte Irvin (who broke his leg in a 1952 preseason games) and two campaigns without Willie Mays (who entered the Army), the Giants are back at full strength and capture the world championship.

Willie Mays got the National League champion Giants off to a great start in the 1954 World Series when he made perhaps the greatest defensive play in baseball history.

With New York and Cleveland tied, 2-2, in the eighth inning of Game 1 at the Polo Grounds and two Indians runners on base, the Hall of Fame center fielder made an over-the-shoulder catch of a 460-foot smash off the bat of the Indians' Vic Wertz.

The Giants went on to win, 5-2, when pinch-hitter Dusty Rhodes hit a three-run, 10th-inning home run off Indians starter Bob Lemon. Ironically, the game-winning clout went only 260 feet.

The Giants would go on to sweep the Indians in four games to register their last world championship in an upset over the highly touted American League champs, winners of 111 games.



Not only did Willie Mays make a spectacular catch on Vic Wertz's drive, he spun and threw the ball back so quickly that the runners could not advance.

Rhodes, who hit .341 in part-time duty and as a pinch-hitter

deluxe during the regular season, also delivered the game-winning hits in both Games 2 and 3. However, his services weren't needed in the fourth and final contest as New York jumped out to a 7-0 advantage and coasted to the 7-4 championship-clinching victory.

New York was the surprise National League champion. After finishing fifth in 1953, the Giants were led by Mays, who won the NL batting title with a  345 mark that included 41 home runs and 110 RBI. The center fielder, named Most Valuable Player and The Sporting News' Player of the Year, had returned to the Giants after missing two campaigns due to military service.

Another "newcomer" Johnny Antonelli, who was acquired from Milwaukee in exchange for Bobby Thomson in the offseason, won 21 games and recorded a league-best 2.29 ERA to help New York to the NL flag.

### 1957

Following two disappointing seasons and increasing dissatisfaction with his tenure in New York, owner Horace Stoneham considers moving his club to Minnesota before being convinced to join the rival Dodgers in a historic move to the West Coast.

The 1955 Giants slipped to third place despite 51 homers from Willie Mays and down to sixth in '56 under new manager Bill Rigney. With the Polo Grounds slated to be demolished and replaced by a housing development, Giants owner Horace Stoneham began looking for a site to which to relocate. Giants attendance had fallen from 1.2 million in 1954 to less than 633,000 in 1956.



In the meantime, San Francisco mayor George Christopher had designs on luring a Major League Baseball team to his city. He heard about Stoneham's unhappiness and Dodgers owner Walter O'Malley's threats to move, and through conversations with O'Malley and the mayor of Los Angeles, Christopher discovered the Dodgers were considering a move to L.A.

O'Malley and Christopher convinced Stoneham that the two clubs should move West together, and on Aug. 19, 1957, Stoneham announced that the Giants would be moving to the Bay Area for the 1958 season.

**Despite two straight losing seasons, manager Bill Rigney came West to lead the Giants in San Francisco.**

When asked how he felt about taking the Giants away from New York's children, Stoneham replied, "I feel bad about the kids, but I haven't seen many of their fathers lately."

### 1958

San Francisco greets its new baseball team with a huge parade and a raucous opener at cozy Seals Stadium.

Fans packed Seals Stadium from the first day of big league ball on the West Coast. On April 15, in that historic opener, Ruben Gomez shut out the Dodgers, 8-0, and a rookie first baseman from Puerto Rico hit a home run in his second Major League at-bat.



Orlando Cepeda, "the Baby Bull," went on to win Rookie of the Year honors and overshadowed the astounding Willie Mays, whom many fans viewed as New York's star, not their own.

Mays still turned in a brilliant season, batting a career-best  347 and hitting 29 homers. But without the spacious outfield of the Polo Grounds,

**The Dodgers' Gino Cimoli awaits the first pitch in San Francisco Giants history from Ruben Gomez.**

the "Say Hey Kid" had few chances to show off the unbelievable catches for which he had been known. Fans voted Cepeda as team MVP over Mays.

Although the Giants finished 12 games out in third place, they still tallied a respectable 80-74 record. More importantly, they beat the transplanted Dodgers 16 out of 22 times, keeping alive a 75-year-old rivalry.

### 1959

Future Hall of Famer Willie McCovey goes 4-for-4 in his Major League debut en route to Rookie of the Year honors. Sam Jones and Mike McCormick both toss rain-shortened no-hitters.



# Exhibit F

Case 3:14-cv-00608-JCS     Document 297-1     Filed 12/15/14     Page 15 of 122

| 1960s |
| 1970s |
| 1980s |
| 1990s |
| 2000s |

## 1960s

1968 - San Diego is awarded a National League franchise during owners meetings in Chicago. Preston Gomez is named the first Padres manager. The Padres select 30 players in the expansion draft, with Ollie Brown the first choice.

**1969** - The Padres make their major league debut on April 8 with a 2-1 victory over Houston in front of 23,370 fans at San Diego Stadium.

# Exhibit G

Case 3:14-cv-00608-JCS     Document 297-1     Filed 12/15/14     Page 17 of 122

 Team

Information

Broadcasters

Official Team Sites



# Team-by-Team Information



 American League

 National League

## Baltimore Orioles

Oriole Park
333 West Camden Street
Baltimore, MD 21201
Phone: (410) 685-9800
**orioles.com**



## Arizona Diamondbacks

Chase Field
401 East Jefferson Street
Phoenix, AZ 85004
Phone: (602) 462-6500
**dbacks.com**
**losdbacks.com**



## Boston Red Sox

Fenway Park
4 Yawkey Way
Boston, MA 02215
Phone: (617) 267-9440
**redsox.com**
**redsox.com/beisbol**



## Atlanta Braves

Turner Field
755 Hank Aaron Drive
Atlanta, GA 30315
Phone: (404) 522-7630
**braves.com**
**bravesbeisbol.com**



## Chicago White Sox

U.S. Cellular Field
333 West 35th Street
Chicago, IL 60616
Phone: (312) 674-1000
**whitesox.com**
**orgullosox.com**



## Chicago Cubs

Wrigley Field
1060 West Addison
Chicago, IL 60613-4397
Phone: (773) 404-2827
**cubs.com**
**loscubs.com**



## Cleveland Indians

Progressive Field
2401 Ontario Street
Cleveland, OH 44115
Phone: (216) 420-4200
**indians.com**



## Cincinnati Reds

Great American Ball Park
100 Main Street
Cincinnati, OH 45202-4109
Phone: (513) 765-7000
**reds.com**



## Detroit Tigers

Comerica Park
2100 Woodward Avenue
Detroit, MI 48201
Phone: (313) 471-2000
**tigers.com**



## Colorado Rockies

Coors Field
2001 Blake Street
Denver, CO 80205-2000
Phone: (303) 292-0200
**Rockies.com**



## Houston Astros

Minute Maid Park
501 Crawford Street
Houston, TX 77002
Phone: (713) 259-8000
**astros.com**
**astrosdehouston.com**



## Los Angeles Dodgers

Dodger Stadium
1000 Elysian Park Avenue
Los Angeles, CA 90012-1199
Phone: (323) 224-1500
**dodgers.com**
**losdodgers.com**



## Kansas City Royals

Kauffman Stadium
One Royal Way
Kansas City, MO 64129
Phone: (816) 921-8000
**royals.com**
**losroyals.com**

## Miami Marlins

Marlins Park
501 Marlins Way
Miami, FL 33125
Phone: (305) 480-1300
**marlins.com**
**marlinsbeisbol.com**



Get **30% off** a single item on your next purchase when you checkout with MasterPass™

Shop Now

MasterPass ●●

**Connected to MasterCard**

Offer ends 12/25/2014
11:59PM ET. Qualifying
purchasers will receive
30% off code via email 10-14
days after promotional period
has ended.

MasterCard

### Los Angeles Angels

Angel Stadium
2000 Gene Autry Way
Anaheim, CA 92806
Phone: (714) 940-2000
**angels.com**
**angelsbeisbol.com**



### Minnesota Twins

Target Field
1 Twins Way
Minneapolis, MN 55403
Phone: (612) 659-3400
**twinsbaseball.com**



### New York Yankees

Yankee Stadium
One East 161st Street
Bronx, NY 10451
Phone: (718) 293-4300
**yankees.com**
**yankeesbeisbol.com**



### Oakland Athletics

O.co Coliseum
7000 Coliseum Way
Oakland, CA 94621
Phone: (510) 638-4900
**athletics.com**
**losatleticos.com**



### Seattle Mariners

Safeco Field
P.O. Box 4100
Seattle, WA 98104
Phone: (206) 346-4000
**Mariners.com**
**losmarineros.com**



### Tampa Bay Rays

Tropicana Field
One Tropicana Drive
St. Petersburg, FL 33705
Phone: (727) 825-3137
**raysbaseball.com**
**raysbeisbol.com**



### Texas Rangers

Globe Life Park in Arlington
1000 Ballpark Way
Arlington, TX 76011
Phone: (817) 273-5222
**texasrangers.com**



### Toronto Blue Jays

Rogers Centre
1 Blue Jays Way, Suite 3200
Toronto, Ontario, Canada
M5V1J1
Phone: (416) 341-1000
**bluejays.com**




### Milwaukee Brewers

Miller Park
One Brewers Way
Milwaukee, WI 53214
Phone: (414) 902-4400
**brewers.com**



### New York Mets

Citi Field
Flushing, NY 11368
Phone: (718) 507-6387
**mets.com**
**losmets.com**



### Philadelphia Phillies

Citizens Bank Park
One Citizens Bank Way
Philadelphia, PA 19148
Phone: (215) 463-6000
**phillies.com**



### Pittsburgh Pirates

PNC Park
115 Federal Street
Pittsburgh, PA 15212
Phone: (412) 323-5000
**pirates.com**



### San Diego Padres

Petco Park
100 Park Boulevard
San Diego, CA 92101
Phone: (619) 795-5000
**padres.com**
**padresbeisbol.com**



### San Francisco Giants

AT&T Park
24 Willie Mays Plaza
San Francisco, CA 94107
Phone: (415) 972-2000
**SFGiants.com**
**sfgigantes.com**



### St. Louis Cardinals

Busch Stadium
700 Clark Street
St. Louis, MO 63102
Phone: (314) 345-9600
**cardinals.com**

### Washington Nationals

Nationals Park
1500 South Capitol Street, SE
Washington, DC 20003-1507
Phone: (202) 675-6287
**nationals.com**
**losnacionales.com**



# Exhibit H

Important Information About EU Customer SubscriptionsLearn more

Starting 1 December 2014, subscribers in the European Union will have Value-Added Tax (VAT) added to their monthly charges.

If you are VAT-registered and don't want to have VAT added to your monthly charges, please provide your VAT Registration Number by updating your Payment Information.

For more information, please see our FAQ.

Update Now



**Browse Top Sites** or

Enter a site    Find

Menu▾

- Home
- Plans and Pricing
- Features
- My Dashboard
- Toolbar
- About Us
- Support
- Blog

**Sign In**
Create an Account

- Home
- Plans and Pricing
- Features
- My Dashboard
- Toolbar
- About Us
- Support
- Blog
- Browse Top Sites
- Enter a site    Find

## Competitive Intelligence

# Site Overview

- mlb.com

Is this your site? <u>Certify your site's metrics.</u>

- Site Overview
- Site ComparisonsSite Comparisons

  To access this feature please Sign In to your account

  <u>Sign In</u> <u>Create an Account</u>
- Sites Linking inSites Linking in

  The Sites Linking In tool is available in the Alexa Pro Basic Plan.

  <u>View Plans & Pricing</u>
- Site KeywordsSite Keywords

  The Keyword Research tool is available in the Alexa Pro Advanced Plans.

  <u>View Plans & Pricing</u>

|||

Certified Site Metrics are metrics that are directly-measured from the website instead of estimated. The website owner has installed an Alexa Certify Code on the pages of their site and chosen to show the metrics publicly.

For the website owner Certified Metrics provide:

- A more accurate Alexa Rank
- A private metrics Dashboard for On-Site Analytics
- The ability to publish unique visitor and pageview counts if desired

Certified Metrics are available with all Alexa Pro plans.

<u>View Plans and Pricing</u> <u>Learn More</u>

Not all websites implement our on-site analytics and publish the results. For these sites, we show estimated metrics based on traffic patterns across the web as a whole. We identify these patterns by looking at the activity of millions of web users throughout the world, and using data normalization to correct for any biases.

The more traffic a site gets, the more data we have to calculate estimated metrics. Estimates are more reliable the closer a site is to being ranked #1. Global traffic ranks of 100,000+ are subject to large fluctuations and should be considered rough estimates.

If a site has Certified Metrics instead of estimated, that means its owner has installed code allowing us to directly measure their traffic. These metrics have a greater level of accuracy, no matter what the ranking.

<u>Learn more about Alexa's Data</u>

<u>View Plans and Pricing</u>

**How popular is mlb.com?**

?

## Alexa Traffic Ranks

How is this site ranked relative to other sites?



**Global Rank** ? **Alexa Traffic Rank**
**An estimate of this site's popularity.**

**The rank is calculated using a combination of average daily visitors to this site and pageviews on this site over the past 3 months. The site with the highest combination of visitors and pageviews is ranked #1.**

**Updated Daily**

🌐**611** 215

- 215%

**Rank in [United States](#)** ? **Traffic Rank in Country**
**An estimate of this site's popularity in a specific country.**

**The rank by country is calculated using a combination of average daily visitors to this site and pageviews on this site from users from that country over the past month. The site with the highest combination of visitors and pageviews is ranked #1 in that country.**

**Updated Daily**

🇺🇸**405**

- %

**Alexa Traffic Ranks**
The global and country traffic ranks show how popular a site is relative to other sites.

- [Learn more about Alexa's Data](#)
- [Traffic Metrics FAQs](#)

Case 3:14-cv-00608-JCS    Document 297-1    Filed 12/15/14    Page 23 of 122

**Unique Visitors and Pageviews**

The number of people who visit this site and the number of pages they view. Site owners who install the Alexa Certify Code on their website can choose to display their Certified Metrics, such as Monthly Unique Visitors and Pageviews, if they wish. Coming soon, estimated metrics will be displayed for many sites if Certified Metrics are not available.

- Learn more about Certified Metrics
- Certified Site Metrics FAQs

**How engaged are visitors to mlb.com?**



**Bounce Rate**

**41.20%** 43.00%

- 43%

**Daily Pageviews per Visitor**

**3.86** 3.50%

- 3.5%

**Daily Time on Site**

**4:38** 9.00%

- -9%

**How engaged are visitors to this site?**

Engagement metrics help you understand how interested a site's visitors are with the site's content. The metrics are updated daily based on the trailing 3 months.

**Bounce Rate (%)**

Percentage of visits to the site that consist of a single pageview.

**Daily Pageviews per Visitor**

Estimated daily unique pageviews per visitor on the site.

**Daily Time on Site**

Estimated daily time on site (mm:ss) per visitor to the site.

**Who visits mlb.com?**

Case 3:14-cv-00608-JCS     Document 297-1     Filed 12/15/14     Page 24 of 122

## Audience Demographics

How similar is this site's audience to the general internet population?

### Gender

Internet Average
Male
⍰ Relative to the general internet population, Males are **under-represented** at this site.

**Confidence:** high
Female
⍰ Relative to the general internet population, Females are **over-represented** at this site.

**Confidence:** high
Below Above

### Education

Internet Average
No College
⍰ Relative to the general internet population, people who did not go to college are **over-represented** at this site.

**Confidence:** high
Some College
⍰ Relative to the general internet population, people with some college education are **over-represented** at this site.

**Confidence:** high
Graduate School
⍰ Relative to the general internet population, people who went to graduate school are **under-represented** at this site.

**Confidence:** high
College
⍰ Relative to the general internet population, people who went to college are **over-represented** at this site.

**Confidence:** high
Below Above

### Browsing Location

Internet Average
Home
⍰ Relative to the general internet population, people browsing from home are **under-represented** at this site.

**Confidence:** high
School
  ⑦ Relative to the general internet population, people browsing from school are **greatly over-represented** at this site.

**Confidence:** high
Work
  ⑦ The audience for this site among people browsing from work is similar to the general internet population.

**Confidence:** high
Below Above

Upgrade to the **Alexa Pro Insight Plan** to view all demographics including age, income, ethnicity and children. Upgrade to View

# Upgrade to view all demographics

## Gain access to:

- - Age, income, children, ethnicity
    in additon to gender, education and browsing location.
- - Comparisons of website demographics.

Upgrade to the **Alexa Pro Insight Plan** to
view all demographics.

Upgrade

# Already have a subscription?

Login with your Alexa Account

| Email | |
|---|---|
| Password | Forgot your password?  Login |

Or Login with Facebook



**Signing in means you'll see the new Alexa site from now on.**

**Please confirm that you're ready to switch.**

Yes, switch me over now   No, I'll wait to switch

[Go back to old site](#)

**We're sorry, there was a problem. Please try again.**

Try again   No, I'll wait to switch

[Go back to old site](#)

**Login with Facebook**

### Audience Demographics

The audience demographics data comes from voluntary demographics information submitted by people in our global traffic panel. The data is for the past 12 months, updated monthly. [Learn more](#)

The demographics data consists of:

- Gender, education, browsing location - available to everyone.
- Age, income, ethnicity and children - only available to subscribers of the Alexa Pro Insight or Advanced plans.

### Audience Geography

The audience geography data describes where visitors to this site over the past month are located, and how the site is ranked in popular countries. If a country is not listed, it is because Alexa does not have enough data for this site to rank/measure the site's popularity among that country's online population. These metrics are updated monthly.

## Audience Geography

Where are this site's visitors located?

### Visitors by Country



**Country     Percent of VisitorsRank in Country**

| Country | Percent of Visitors | Rank in Country |
|---|---|---|
| 🇺🇸 United States | 72.7% | 405 |
| 🇨🇦 Canada | 3.6% | 715 |
| 🇰🇷 South Korea | 3.5% | 445 |
| 🇯🇵 Japan | 2.7% | 2,223 |
| 🇨🇳 China | 2.4% | 5,070 |

Upgrade to the **Alexa Pro** to view audience geography. Upgrade to View

## Upgrade to view audience geography

### Gain access to:

Upgrade to the **Alexa Pro** to
view audience geography.

Upgrade

## Already have a subscription?

Login with your Alexa Account

| Email | |
|---|---|
| Password | Forgot your password?  Login |

Or Login with Facebook



**Signing in means you'll see the new Alexa site from now on.**
**Please confirm that you're ready to switch.**

Yes, switch me over now   No, I'll wait to switch

Go back to old site

**We're sorry, there was a problem. Please try again.**

Try again   No, I'll wait to switch

Go back to old site

**Login with Facebook**

**Where do mlb.com's visitors come from?**



## Search Traffic

What percentage of visits to this site come from a search engine?



**Search Visits**

**10.40%** 19.00%

- -19%

## Top Keywords from Search Engines

Which search keywords send traffic to this site?

| | Keyword | Percent of Search Traffic |
|---|---|---|
| 1. | mlb | 8.16% |
| 2. | sf giants | 2.35% |
| 3. | mlb standings | 2.16% |
| 4. | dodgers | 1.63% |
| 5. | giants | 1.45% |

Upgrade to the **Alexa Pro Advanced Plan** to view all keyword data.     [Upgrade to View](#)

# Upgrade to view all keyword data

Get more insight into your competitors' keyword strategy.

## Gain access to:

- - Top organic keywords.
- - Top paid keywords.
- - Keyword competition.

- - Keyword opportunities.

Upgrade to the **Alexa Pro Advanced Plan** to
view all keyword data.

Upgrade

## Already have a subscription?

Login with your Alexa Account

| Email | |
|---|---|
| Password | Forgot your password?   Login |

Or Login with Facebook



**Signing in means you'll see the new Alexa site from now on.
Please confirm that you're ready to switch.**

Yes, switch me over now   No, I'll wait to switch

Go back to old site
**We're sorry, there was a problem. Please try again.**

Try again   No, I'll wait to switch

Go back to old site
**Login with Facebook**

**Search Traffic**
The percentage of traffic, both free and paid, that come to this site from a search engine over the past 3
months, updated daily. The change number shows the difference versus the previous 3 month period.

**Top Keywords from Search Engines**
The table shows the top keywords that sent traffic to this site from major search engines over the past 6
months. The list is updated monthly.

**Upstream Sites**
Upstream sites are sites that people visited just before they visited this site. Note that this list is not the same
as referrals from upstream sites. There is not necessarily a link between the upstream site and this site.

## Upstream Sites

Case 3:14-cv-00608-JCS     Document 297-1     Filed 12/15/14     Page 30 of 122

Which sites did people visit immediately before this site?

| Site | Percent of Unique Visits |
|---|---|
| 1. google.com | 30.0% |
| 2. facebook.com | 6.6% |
| 3. yahoo.com | 3.5% |
| 4. espn.go.com | 3.0% |
| 5. t.co | 2.1% |

Upgrade to the **Alexa Pro** to view upstream sites. Upgrade to View

# Upgrade to view upstream sites

### Gain access to:

Upgrade to the **Alexa Pro** to
view upstream sites.

Upgrade

# Already have a subscription?

Login with your Alexa Account

| Email | |
|---|---|
| Password | Forgot your password?  Login |

Or Login with Facebook



**Signing in means you'll see the new Alexa site from now on.**
**Please confirm that you're ready to switch.**

Yes, switch me over now   No, I'll wait to switch

Go back to old site
**We're sorry, there was a problem. Please try again.**

Try again   No, I'll wait to switch

Go back to old site
 **Login with Facebook**

**Where do mlb.com's visitors go next?**



Upgrade to the **Alexa Pro Insight Plan** to view downstream sites. Upgrade to View

## Upgrade to view downstream sites

### Gain access to:

- - The top 10 sites visitors went to next.

Upgrade to the **Alexa Pro Insight Plan** to
view downstream sites.

Upgrade

## Already have a subscription?

Login with your Alexa Account



| Email | |
| --- | --- |
| Password | Forgot your password?  Login |

Or Login with Facebook



**Signing in means you'll see the new Alexa site from now on.
Please confirm that you're ready to switch.**

Yes, switch me over now   No, I'll wait to switch

　　Go back to old site
**We're sorry, there was a problem. Please try again.**

Try again   No, I'll wait to switch

　　Go back to old site
　　**Login with Facebook**

Downstream sites are sites that people visit immediately after visiting this site. Note this does not necessarily
mean that people are directed to the downstream site by this site

**What sites link to mlb.com?**



**Total Sites Linking In**

36,707

| Site | Page |
| --- | --- |
| 1. youtube.com | youtube.com/channel/UCIKgHtEPB3Xi4cRS4... |
| 2. amazon.com | amazon.com/gp/baby-reg?ie=UTF8&lid=3GK... |
| 3. yahoo.com | 2010.yearinreview.yahoo.com/2010/us_go... |
| 4. ebay.com | ebay.com/itm/141420917277? |
| 5. wikipedia.orgar.wikipedia.org/wiki/بيب روث |

Upgrade to the **Alexa Pro Basic Plan** to view all **36,707** sites linking in. Upgrade to View

# Upgrade to view all 36,707 sites linking in

Subscribe to view all sites linking in

## Gain access to:

- - Get the full list of sites linking in for any site.
- - Benchmark your link-building efforts.
- - See who is linking to your competitors.

Upgrade to the **Alexa Pro Basic Plan** to
view all **36,707** sites linking in.

Upgrade

# Already have a subscription?

Login with your Alexa Account

| Email | |
| --- | --- |
| Password | Forgot your password? Login |

Or Login with Facebook



**Signing in means you'll see the new Alexa site from now on.**
**Please confirm that you're ready to switch.**

Yes, switch me over now    No, I'll wait to switch

Go back to old site
**We're sorry, there was a problem. Please try again.**

Try again    No, I'll wait to switch

Go back to old site

**Login with Facebook**

The "Sites Linking In" count shows the number of sites that Alexa found that link to this site. For more information please see this explanation of how Alexa determines the number of sites linking in.

The complete list of sites linking to this site is available to Alexa Pro subscribers.

**What sites are related to mlb.com?**

?

### Related Links

1. espn.go.com
2. foxsports.com
3. nhl.com
4. nfl.com
5. nba.com
6. minorleaguebaseball.com
7. sportsline.com
8. sportingnews.com
9. baseball.com
10. sportsillustrated.cnn.com

More

### Categories with Related Sites

Sports > Baseball > Major League
Regional > North America > United States > New York > Localities > N > New York City > Manhattan >
Recreation and Sports > Baseball
World > Español > Deportes > Béisbol

### Other Sites Owned

1. bronxbombersonline.com
2. clevelandindians.com
3. cubs.com
4. diamondbacks.com
5. donor-match.org
6. dunedinbluejays.com
7. e-gold-forex.biz
8. fenwaypark.com

Case 3:14-cv-00608-JCS    Document 297-1    Filed 12/15/14    Page 34 of 122

**Other Sites Owned**

9. iliveforthis.com
10. majorleaugebaseball.com

More

**Related Links**

These are sites that are related to this site in some way. For example, they receive traffic from similar keywords, have a similar audience, or are frequently cited together on web pages. Learn more.

**Other Sites Owned**

These are other sites with the same registered owner as this site.

**Sites with Similar Names**

There are domain names that are similar to this site.

**Categories with Related Sites**

These are the categories that this site is in. Click on the category to browse other sites in that category.

**Where do visitors go on mlb.com?**



| Subdomain | Percent of Visitors |
| --- | --- |
| mlb.mlb.com | 43.17% |
| m.mlb.com | 21.23% |
| shop.mlb.com | 14.31% |
| mlb.com | 9.37% |
| redsox.mlb.com | 5.72% |

Upgrade to the **Alexa Pro** to view subdomain. Upgrade to View

# Upgrade to view subdomain

## Gain access to:

Upgrade to the **Alexa Pro** to
view subdomain.

Upgrade

# Already have a subscription?

Login with your Alexa Account

Email

| Password | Forgot your password? | Login |
| --- | --- | --- |

Or Login with Facebook



**Signing in means you'll see the new Alexa site from now on.
Please confirm that you're ready to switch.**

Yes, switch me over now   No, I'll wait to switch

Go back to old site
**We're sorry, there was a problem. Please try again.**

Try again   No, I'll wait to switch

Go back to old site
**Login with Facebook**

The table shows the top subdomains for this site ordered by the percentage of visitors that visited the subdomain over a month. Note that the percentages can add up to more than 100% because a visitor can visit multiple subdomains during the month.

Updated Monthly.

**How fast does mlb.com load?**



Average (1.867 Seconds), 60% of sites are faster.

The reported load time for a website is the median time it takes to load pages from that site in a real users' web browsers.

Alexa takes the median of all the page load times we observe for a site and then compares that to the same figure for all other sites. For example, a site in the 98th percentile (Very Fast) has a median load time faster than 98% of all measured sites, while a site in the 2nd percentile (Very Slow) loads more quickly than only 2% of all sites and is slower than 97% of all sites.

The load time of an individual page is how long it takes for the DOM - the structure of the page - to be loaded. This time doesn't include the time to load all images and stylesheets, for example.

The load time metric is updated monthly.

**Where can I find more info about mlb.com?**

Case 3:14-cv-00608-JCS    Document 297-1    Filed 12/15/14    Page 36 of 122

Official Major League Baseball

## Site Description

Coverage includes audio and video clips, interviews, statistics, schedules and exclusive stories.

How did mlb.com look in the past?

## Contact

Major League Baseball Properties, Inc., Inc. Major League Baseball Properties
245 Park Ave
New York, NY 10167
US
orlinsky [at] majorleaguebaseball.com

Edit Site Info

To edit your site's public information you need to verify ownership of your site.

Sign In Create an Account

Customize your site overview page with your logo, plus add links back to your site and much more! An Enhanced Site Overview is just one of the features you get with an **Alexa PRO** subscription.

View Plans and Pricing

**Site Description**
A short description of the site.

**Contact**
How to contact the owner of the site.

To edit your site's public information you need to sign in and verify ownership of your site.



Founded in 1996, Alexa has a rich history of providing deep analytical insights to benchmark, compare and optimize businesses on the web.

**Products**

- For Digital Marketers
- For Site Owners

Case 3:14-cv-00608-JCS     Document 297-1     Filed 12/15/14     Page 37 of 122

- For Content Strategists
- Plans And Pricing

**Company**

- About
- Team
- Careers
- Support

**Connect with us**

- Blog
- Facebook
- LinkedIn
- Twitter

© Alexa Internet, Inc. 1996 - 2014

Privacy Terms

# Exhibit I

(HTTP://WWW.LATIMES.COM/)



ADVERTISEMENT

# Injury claims by professional athletes

**By TIMES STAFF**

FEB. 1, 2014

Since 1990, professional athletes have filed more than 6,300 workers' compensation claims in California against NFL teams and 3,100 claims against teams from other professional sports leagues alleging acute injuries, such as broken bones, as well as cumulative injuries incurred over time. Cumulative filings, most involving head or brain trauma, have increased markedly since 2006.

Names may appear more than once because players often make multiple claims.

**This graphic is featured in**



(http://www.latimes.com /business/la-fi-nfl-claims-20140201-dto,0,6484587.htmlstory)

### NFL workers' comp victory comes at a price (http://www.latimes.com /business/la-fi-nfl-claims-20140201-dto,0,6484587.htmlstory)

| NFL | MLB | NBA | NHL | MLS | WNBA |
|---|---|---|---|---|---|

**CLAIMS:**

| All | Cumulative injuries | Cumulative head injuries | Teams outside California |
|---|---|---|---|



| Search by name, position or team | Q | Reset |

⟨  1  2  3  4  …  ⟩    **1708** results

| Last name | First name | Position | Injury date | Cumulative injury* | Head injury | Application date | Detail |
|---|---|---|---|---|---|---|---|
| Abbott | Kurt | SS-2B-LF | 06/15/1989 - 11/03/2000 | | | 2013-08-05 | |
| Abeyta | Scott | | 06/01/1997 - 12/31/2000 | | | 2012-06-18 | |
| Abraham | Paul | P | 06/30/2007 | | | 2009-04-20 | |
| Abreu | Winston | P | 01/12/2004 - 10/16/2006 | | | 2013-09-12 | |
| Adams | Willie | P | 08/15/1994 | | | 1995-06-14 | |

(http://www.latimes.com/)

Terms of Service (http://www.latimes.com/lat-terms,0,7974802.story) | Privacy Policy (http://privacy.tribune.com) | About Our Ads (http://www.latimes.com/lat-about-our-ads,0,5679412.htmlstory) | © 2014 (http://www.latimes.com/services/site/la-reprint-request-splash,0,6731163.htmlstory) | About This Site (http://www.latimes.com/about/)

Case 3:14-cv-00608-JCS   Document 297-1   Filed 12/15/14   Page 40 of 122

| Last name | First name | Position | Injury date | Cumulative injury* | Head injury | Application date | Detail |
|---|---|---|---|---|---|---|---|
| Adams | Michael | P | 06/21/1991 | | | | |
| Adams | Terry | P | 06/01/1991 - 09/05/2006 | | | 2011-06-28 | |
| Adams | Mike | | 04/30/1986 | | | 1991-11-08 | |
| Adams | Art | P | 06/01/1991 - 12/31/1993 | | | 2012-12-14 | |
| Agosto | Stevenson | P | 01/01/1994 - 09/14/2004 | | | 2013-09-03 | |
| Aguilera | Adrian | P | 04/25/1999 | | | | |
| Aguilera | Adrian | P | 03/08/2002 | | | | |
| Aguilera | Adrian | P | 03/13/1999 | | | | |
| Aguilera | Adrian | P | 03/10/2001 | | | | |
| Ahmady | Alan | | 05/15/2012 | | | 2013-03-13 | |
| Ahmady | Alan | | 03/08/2010 - 09/04/2012 | | | 2013-03-11 | |
| Ahmady | Alan | | 08/13/2012 - 03/10/2013 | | | 2013-03-13 | |
| Alcantara | Jose | | 06/29/1996 | | | 1997-02-04 | |
| Alcantara | Israel | OF-PH-1B | 07/02/1990 - 07/29/2007 | | | 2013-09-13 | |
| Aldridge | Cory | OF | 07/01/1997 - 12/31/2012 | | | 2013-09-13 | |
| Alexander | Robert | P | 07/09/1989 | | | | |
| Alexander | Robert | P | 08/06/1989 | | | | |
| Alexander | Manny | SS-2B-3B | 06/01/1988 - 10/01/2007 | | | 2013-09-09 | |
| Alfonseca | Antonio | P | 07/01/1991 - 09/23/2007 | | | 2013-09-25 | |
| Alfonzo | Edgardo | 3B-2B | 02/19/1991 - 06/12/2006 | | | 2012-06-14 | |
| Alicea | Luis | 2B-3B | 04/01/1993 - 10/15/2002 | | | 2012-12-12 | |
| Allegra | Matt | | 06/01/2000 - 09/30/2007 | | | 2013-02-04 | |
| Allen | Dick | | 04/11/1990 | | | 1990-04-11 | |
| Allen | Patrick | | 04/04/2006 | | | 2008-04-02 | |
| Allen | Dick | 1B-3B-LF | 06/03/1960 - 06/11/1978 | | | 1988-08-05 | |
| Allen | Dick | 1B-3B-LF | 06/03/1960 - 06/11/1978 | | | 1988-08-25 | |
| Allen | Dick | 1B-3B-LF | 12/20/1984 - 10/15/1985 | | | 1990-04-11 | |
| Aloi | David | | 06/01/1973 - 12/31/1978 | | | 2011-10-06 | |
| Alomar | Sandy | C | 09/11/1988 - 09/30/2007 | | | 2012-11-29 | |
| Alvarez | Orlando | PH-LF | 01/01/1970 - 03/20/1979 | | | 2013-06-24 | |

Case 3:14-cv-00608-JCS     Document 297-1     Filed 12/15/14     Page 41 of 122

| Last name | First name | Position | Injury date | Cumulative injury* | Head injury | Application date | Detail |
|-----------|-----------|----------|-------------|--------------------|-------------|------------------|--------|
| Alvarez II | Jose | P | 07/01/1978 - 04/30/1995 | | | 2013-09-09 | |
| Amaral | Rich | OF-2B-1B | 06/06/1983 - 10/18/2000 | | | 2004-10-13 | |
| Ambort | Michael | C-1B | 06/01/2007 - 12/31/2010 | | | 2013-08-30 | |
| Anderson | Brian | P | 06/01/2005 - 03/23/2011 | | | 2012-08-28 | |
| Anderson | Marlon | 2B-PH-OF | 02/01/1995 - 05/30/2009 | | | 2012-11-16 | |
| Anderson | Derek | | 01/01/1999 - 12/31/2005 | | | 2009-10-05 | |
| Anderson | Dwain | SS-3B-2B | 06/01/1965 - 09/15/1974 | | | 2013-09-10 | |
| Anderson | Bill | P | 05/13/1994 - 09/15/1999 | | | 2000-01-12 | |
| Anderson | Garrett | LF | 03/05/1999 | | | | |
| Andujar | Luis | P | 06/01/1990 - 10/01/2000 | | | 2013-09-13 | |
| Applegate | Russell | | 08/15/1985 - 08/15/1986 | | | 1987-10-06 | |
| Applegate | Russell | | 08/15/1986 | | | 1987-10-06 | |
| Aquino | Luis | P | 06/15/1981 - 04/15/1998 | | | 2011-01-03 | |
| Arias | Alex | SS-PH-3B | 06/06/1987 - 10/28/2002 | | | 2011-04-18 | |
| Armas | Tony | OF | 03/15/1977 - 10/31/1989 | | | 2013-06-07 | |

**Notes:**

Cumulative injury* - an injury or injuries incurred over time

Concussion lawsuit** - plaintiff of a concussion-related lawsuit filed against the National Football League

The compensation claims were obtained by The Times through a California Public Records Act request filed with the California Division of Workers' Compensation.

There are two groups of claims included in the sortable table – did not include an application date and submitted prior to 1990 – that were excluded from The Times analysis and above bar chart.

The Times has also identified more than 3,100 retired NFL players who also filed concussion-related lawsuits against the National Football League.

Sources: California Division of Workers' Compensation (http://www.dir.ca.gov/dwc/), National Football League Players Assn., Sports-Reference.com (http://www.sports-reference.com/), Times research, Washington Times (http://www.washingtontimes.com/footballinjuries/)

Credits: Ken Bensinger, Armand Emamdjomeh, Maloy Moore, Sandra Poindexter

(HTTP://WWW.LATIMES.COM/)

ADVERTISEMENT

# Injury claims by professional athletes

**By TIMES STAFF**

FEB. 1, 2014

Since 1990, professional athletes have filed more than 6,300 workers' compensation claims in California against NFL teams and 3,100 claims against teams from other professional sports leagues alleging acute injuries, such as broken bones, as well as cumulative injuries incurred over time. Cumulative filings, most involving head or brain trauma, have increased markedly since 2006.

Names may appear more than once because players often make multiple claims.

**This graphic is featured in**



(http://www.latimes.com /business/la-fi-nfl-claims- 20140201- dto,0,6484587.htmlstory)

**NFL workers' comp victory comes at a price (http://www.latimes.com /business/la-fi- nfl-claims-20140201- dto,0,6484587.htmlstory)**

| NFL | MLB | NBA | NHL | MLS | WNBA |
|---|---|---|---|---|---|

**CLAIMS:**

All | Cumulative injuries | Cumulative head injuries | Teams outside California



Atlanta Braves 🔍 Reset

‹ 1 2 › **64** results

| Last name | First name | Position | Injury date | Cumulative injury* | Head injury | Application date | Detail |
|---|---|---|---|---|---|---|---|
| Allen | Dick | 1B-3B-LF | 06/03/1960 - 06/11/1978 | | | 1988-08-25 | |
| Amaral | Rich | OF-2B-1B | 06/06/1983 - 10/18/2000 | | | 2004-10-13 | |
| Berroa | Geronimo | RF-DH | 12/05/1988 - 10/14/2000 | | | 2012-02-24 | |
| Bielecki | Mike | P | 03/01/1979 - 10/01/1997 | | | 2013-09-06 | |

Case 3:14-cv-00608-JCS    Document 297-1    Filed 12/15/14    Page 43 of 122

Terms of Service (http://www.latimes.com/lat-terms,0,7374802.story) | Privacy Policy (http://privacy.tribune.com) | About Our Ads (http://www.latimes.com/about-our-ads,0,5879472.htmlstory) | © 2014 (http://www.latimes.com/services/site/la-reprint-request-splash,0,6731163.htmlstory) | About This Site (http://www.latimes.com/about/)

| Last name | First name | Position | Injury date | Cumulative injury* | Head injury | Application date | Detail |
|---|---|---|---|---|---|---|---|
| Brown | Darold | | 07/01/1993 - 12/31/2001 | | | 2012-01-04 | |
| Cabrera | Francisco | PH-1B-C | 03/01/1986 - 10/01/1995 | | | 2013-09-12 | |
| Carty | Rico | LF-DH-1B | 11/15/1979 - 11/15/1980 | | | 1987-09-29 | |
| Childers | Matt | P | 06/01/1997 - 10/01/2005 | | | 2013-09-13 | |
| Cunnane | Will | P | 06/01/1993 - 09/30/2011 | | | 2012-01-24 | |
| Devereaux | Mike | CF | 05/29/2002 | | | 2002-05-29 | |
| Donato | Greg | | 06/10/2001 | | | 2005-01-20 | |
| Donato | Greg | | 02/05/2001 | | | 2005-01-20 | |
| Donato | Greg | | 05/31/2002 | | | 2005-01-20 | |
| Eaglin | Mike | | 04/07/1992 - 10/03/1999 | | | 2012-02-01 | |
| Eichelberger | Juan | P | 07/29/1992 | | | 1992-07-29 | |
| Evans | Darrell | 3B-1B | 06/15/1975 | | | 1998-04-23 | |
| Evans | Darrell | 3B-1B | 06/15/1989 | | | 1998-04-23 | |
| Evans | Darrell | 3B-1B | 04/01/1989 - 04/01/1990 | | | 2001-03-08 | |
| Ewin | Ryan | | 09/15/2003 | | | 2008-07-24 | |
| Ewin | Ryan | | 03/28/2003 - 03/28/2004 | | | 2008-07-24 | |
| Garcia | Steven | | 06/24/2005 - 06/08/2012 | | | 2013-04-09 | |
| Giles | Marcus | 2B | 06/01/1997 - 04/30/2009 | | | 2012-06-18 | |
| Gilkey | Bernard | LF | 06/22/1990 - 10/05/2001 | | | 2012-05-03 | |
| Gomez | Pat | P | 10/01/1994 - 10/01/1995 | | | 1997-06-01 | |
| Hall | Lamar | | 07/01/1991 | | | 2012-10-22 | |
| Heath | Mike | | 06/03/1973 - 12/31/1992 | | | 2011-11-08 | |
| Holmes | Darren | P | 06/10/1984 - 09/27/2003 | | | 2013-08-27 | |
| Hrabosky | Al | P | 02/01/1969 - 10/01/1983 | | | 2012-02-06 | |
| Hunter | Brian | 1B-PH-LF | 02/01/1991 - 10/01/2002 | | | 2012-09-13 | |
| Johnson | Joaquin | | 06/01/1994 - 08/31/1997 | | | 2011-12-20 | |
| Johnson | Marcel | | 01/01/1993 - 12/31/1993 | | | 2013-01-07 | |
| Kelly | Roberto | OF | 02/21/1982 - 03/30/2001 | | | 2013-09-06 | |
| Langford | Derrick | | 01/01/1995 - 12/31/1997 | | | 2012-12-13 | |

| Last name | First name | Position | Injury date | Cumulative injury* | Head injury | Application date | Detail |
|---|---|---|---|---|---|---|---|
| Lontayo | Alex | | 01/01/1999 - 07/01/2005 | | | 2011-12-06 | |
| Mann | Kelly | C | 01/01/1985 - 10/31/1996 | | | 2012-04-10 | |
| McDowell | Oddibe | CF | 06/04/1984 - 10/21/1994 | | | 2011-12-14 | |
| Moreno | Omar | CF | 03/01/1969 - 10/05/1986 | | | 2013-08-07 | |
| Morrison | Jim | 3B-2B | 06/14/1987 - 11/04/1988 | | | 2013-09-13 | |
| Moss | Damian | P | 04/26/2001 - 09/01/2010 | | | 2013-07-29 | |
| Navarro | Julio | P | 03/01/1955 - 10/01/1974 | | | 2013-09-12 | |
| Nettles | Graig | 3B | 09/01/1967 - 10/01/1996 | | | 2013-08-15 | |
| Nixon | Otis | CF | 06/09/1980 - 10/03/1999 | | | 2013-06-24 | |
| Olson | Gregg | P | 06/01/1988 - 06/29/2001 | | | 2002-07-12 | |
| Puleo | Charlie | P | 01/01/1978 - 12/31/1999 | | | 2013-09-13 | |
| Pulliam | Harvey | OF-PH | 06/01/1986 - 06/30/2001 | | | 2012-10-15 | |
| Ramey | John | | 04/01/2002 | | | 2004-06-01 | |
| Reed | Darren | OF-PH | 01/15/1995 - 10/15/1995 | | | 1996-11-06 | |
| Roberts | Lonell | | 06/01/1989 - 09/01/1999 | | | 2011-05-16 | |
| Roenicke | Gary | | 04/15/2004 | | | 2004-04-15 | |
| Shibilo | Andy | P | 01/01/1998 - 10/15/2008 | | | 2011-10-26 | |

**Notes:**

Cumulative injury* - an injury or injuries incurred over time

Concussion lawsuit** - plaintiff of a concussion-related lawsuit filed against the National Football League

The compensation claims were obtained by The Times through a California Public Records Act request filed with the California Division of Workers' Compensation.

There are two groups of claims included in the sortable table – did not include an application date and submitted prior to 1990 – that were excluded from The Times analysis and above bar chart.

The Times has also identified more than 3,100 retired NFL players who also filed concussion-related lawsuits against the National Football League.

Sources: California Division of Workers' Compensation (http://www.dir.ca.gov/dwc/), National Football League Players Assn., Sports-Reference.com (http://www.sports-reference.com/), Times research, Washington Times (http://www.washingtontimes.com/footballinjuries/)

Credits: Ken Bensinger, Armand Emamdjomeh, Maloy Moore, Sandra Poindexter

(HTTP://WWW.LATIMES.COM/)

ADVERTISEMENT

f  𝕏  ➡  ✉  🖨

# Injury claims by professional athletes

**By TIMES STAFF**

FEB. 1, 2014

Since 1990, professional athletes have filed more than 6,300 workers' compensation claims in California against NFL teams and 3,100 claims against teams from other professional sports leagues alleging acute injuries, such as broken bones, as well as cumulative injuries incurred over time. Cumulative filings, most involving head or brain trauma, have increased markedly since 2006.

Names may appear more than once because players often make multiple claims.

**This graphic is featured in**



(http://www.latimes.com /business/la-fi-nfl-claims- 20140201- dto,0,6484587.htmlstory)

**NFL workers' comp victory comes at a price (http://www.latimes.com /business/la-fi- nfl-claims-20140201- dto,0,6484587.htmlstory)**

| NFL | MLB | NBA | NHL | MLS | WNBA |

**CLAIMS:**

All | Cumulative injuries | Cumulative head injuries | Teams outside California



| Boston Red Sox | 🔍 | Reset |

‹  1  2  ›     **63** results

| Last name | First name | Position | Injury date | Cumulative injury* | Head injury | Application date | Detail |
|-----------|-----------|----------|-------------|-------------------|-------------|------------------|--------|
| Adams | Terry | P | 06/01/1991 - 09/05/2006 | | | 2011-06-28 | |
| Aquino | Luis | P | 06/15/1981 - 04/15/1998 | | | 2011-01-03 | |
| Armas | Tony | OF | 03/15/1977 - 10/31/1989 | | | 2013-06-07 | |
| Arrojo | Rolando | P | 09/22/2001 - 09/22/2002 | | | 2011-01-31 | |

(http://www.latimes.com/)

Terms of Service (http://www.latimes.com/lat-terms,0,7374802.story) | Privacy Policy (http://privacy.tribune.com) | About Our Ads (http://www.latimes.com/lat-about-our-ads,0,3873472.htmlstory) | © 2014 (http://www.latimes.com/services/site/la-reprint-request-splash,0,6731163.htmlstory) | About This Site (http://www.latimes.com/about/)

| Last name | First name | Position | Injury date | Cumulative injury* | Head injury | Application date | Detail |
|-----------|-----------|----------|-------------|-----------|--------|------------------|--------|
| Ashley | Billy | LF-PH | 04/02/1998 - 10/01/1998 | | | 2002-02-14 | |
| Baerga | Carlos | 2B-3B | 11/04/1985 - 10/28/2005 | | | 2011-09-14 | |
| Bell | Juan | 2B-SS | 06/01/1984 - 08/25/1995 | | | 2013-09-12 | |
| Benjamin | Michael | SS-3B-2B | 03/01/1987 - 10/01/2002 | | | 2013-09-13 | |
| Bennett | Gary | C | 06/04/1990 - 11/05/2008 | | | 2012-10-08 | |
| Bosio | Chris | P | 01/12/1982 - 04/15/1998 | | | 2009-06-16 | |
| Brandenburg | Mark | P | 06/02/1992 - 10/01/1997 | | | 2013-09-12 | |
| Byrd | Paul | P | 06/10/1991 - 10/03/2009 | | | 2013-09-11 | |
| Chamberlain | Wes | OF | 06/12/1987 - 06/21/2004 | | | 2013-09-13 | |
| Cole | Mark | 2B-SS | 06/01/1989 - 10/15/1994 | | | 2013-10-21 | |
| Cordero | Wil | LF-SS-1B | 07/24/1992 - 07/18/2005 | | | 2013-02-12 | |
| Correll | Brad | | 06/01/2002 - 09/30/2010 | | | 2013-01-08 | |
| Crawford | Paxton | P | 06/01/1995 - 10/15/2004 | | | 2013-05-06 | |
| Crouch | Zach | P | 05/16/1989 | | | 1990-11-20 | |
| Cumberland | John | P | 03/01/1967 - 10/01/2005 | | | 2013-09-13 | |
| Daeges | Zach | OF-3B | 06/01/2006 - 10/01/2011 | | | 2013-09-12 | |
| Deer | Rob | RF-1B | 06/08/1978 - 08/10/2007 | | | 2008-08-08 | |
| Diaz | Mario | SS-2B-3B | 12/21/1978 - 10/16/1995 | | | 2011-06-30 | |
| Florie | Bryce | P | 09/08/2000 | | | 2011-10-19 | |
| Francisco | Franki | P | 02/01/1995 - 10/01/2001 | | | 2013-01-11 | |
| Garrabrants | Steve | | 06/01/2003 - 09/01/2007 | | | 2011-10-12 | |
| Gomes | Wayne | P | 07/27/1993 - 09/15/2004 | | | 2012-07-12 | |
| Gutierrez | Ricky | SS-2B-3B | 07/21/2004 - 07/21/2005 | | | 2011-02-10 | |
| Harris | Greg | P | 06/01/1976 - 10/29/1995 | | | 2013-09-13 | |
| Henry | Rabbit | OF | 06/01/1991 - 04/01/1996 | | | 2013-08-15 | |
| Holdzkom | Lincoln | | 06/05/2001 - 09/01/2009 | | | 2010-05-26 | |
| Jefferson | Reggie | DH-1B-LF | 04/01/1986 - 10/03/1999 | | | 2013-07-16 | |

| Last name | First name | Position | Injury date | Cumulative injury* | Head injury | Application date | Detail |
|-----------|------------|----------|-------------|--------------------|-------------|-----------------|--------|
| Leskanic | Curt | P | 08/12/1989 - 10/02/2004 | | | 2013-09-06 | |
| Liniak | Cole | 3B-PH | 01/01/1995 - 10/31/2004 | | | 2010-01-14 | |
| Lopez | Javy | C | 09/18/1992 - 09/02/2006 | | | 2013-01-16 | |
| Loyd | Brian | | 04/26/2005 | | | 2005-04-26 | |
| Loyd | Brian | | 04/21/2003 | | | 2005-09-14 | |
| McCarty | Dave | | 06/15/1991 - 05/01/2005 | | | 2011-09-12 | |
| Meacham | Rusty | P | 05/11/1988 - 10/08/2001 | | | 2011-04-04 | |
| Merced | Orlando | RF-1B-PH | 01/01/1985 - 09/28/2003 | | | 2012-08-28 | |
| Miller | Rick | OF | 03/01/1969 - 10/01/1985 | | | 2013-09-12 | |
| Mirabelli | Doug | C | 08/27/1996 - 09/30/2007 | | | 2013-10-14 | |
| O'Leary | Troy | OF | 06/02/1987 - 10/20/2003 | | | 2012-07-17 | |
| Offerman | Jose | SS-2B-1B | 07/24/1986 - 10/16/2006 | | | 2012-05-01 | |
| Peters | Gary | P | 09/10/1959 - 09/23/1972 | | | 2013-08-03 | |
| Rainey | Chuck | P | 07/07/2003 | | | 2003-07-07 | |
| Rawley | Shane | | 04/15/2004 | | | 2004-04-15 | |
| Riles | Ernie | SS-3B-DH | 06/01/1981 - 10/01/1995 | | | 2013-05-13 | |
| Rivera | Mike | C | 01/20/1997 - 12/03/2012 | | | 2013-04-05 | |
| Rochford | Mike | P | 02/01/1978 - 11/01/1990 | | | 2013-09-12 | |
| Romine | Kevin | OF | 08/15/1990 - 08/15/1991 | | | 1993-07-27 | |

**Notes:**

Cumulative injury* - an injury or injuries incurred over time

Concussion lawsuit** - plaintiff of a concussion-related lawsuit filed against the National Football League

The compensation claims were obtained by The Times through a California Public Records Act request filed with the California Division of Workers' Compensation.

There are two groups of claims included in the sortable table – did not include an application date and submitted prior to 1990 – that were excluded from The Times analysis and above bar chart.

The Times has also identified more than 3,100 retired NFL players who also filed concussion-related lawsuits against the National Football League.

Sources: California Division of Workers' Compensation (http://www.dir.ca.gov/dwc/), National Football League Players Assn., Sports-Reference.com (http://www.sports-reference.com/), Times research, Washington Times (http://www.washingtontimes.com/footballinjuries/)

Credits: Ken Bensinger, Armand Emamdjomeh, Maloy Moore, Sandra Poindexter

(HTTP://WWW.LATIMES.COM/)

ADVERTISEMENT

# Injury claims by professional athletes

**By TIMES STAFF**

FEB. 1, 2014

Since 1990, professional athletes have filed more than 6,300 workers' compensation claims in California against NFL teams and 3,100 claims against teams from other professional sports leagues alleging acute injuries, such as broken bones, as well as cumulative injuries incurred over time. Cumulative filings, most involving head or brain trauma, have increased markedly since 2006.

Names may appear more than once because players often make multiple claims.

**This graphic is featured in**



(http://www.latimes.com /business/la-fi-nfl-claims- 20140201- dto,0,6484587.htmlstory)

**NFL workers' comp victory comes at a price (http://www.latimes.com /business/la-fi- nfl-claims-20140201- dto,0,6484587.htmlstory)**

| NFL | MLB | NBA | NHL | MLS | WNBA |
|-----|-----|-----|-----|-----|------|

**CLAIMS:**

| All | Cumulative injuries | Cumulative head injuries | Teams outside California |
|-----|--------------------|-------------------------|--------------------------|



Chicago White Sox    🔍  Reset

**48** results

| Last name | First name | Position | Injury date | Cumulative injury* | Head injury | Application date | Detail |
|-----------|-----------|----------|-------------|--------------------|-------------|------------------|--------|
| Allen | Dick | 1B-3B-LF | 06/03/1960 - 06/11/1978 | | | 1988-08-25 | |
| Allen | Dick | 1B-3B-LF | 12/20/1984 - 10/15/1985 | | | 1990-04-11 | |
| Amaral | Rich | OF-2B-1B | 06/06/1983 - 10/18/2000 | | | 2004-10-13 | |
| Barcelo | Lorenzo | P | 05/23/1994 - 07/09/2003 | | | 2005-06-02 | |

(http://www.latimes.com/)

Terms of Service (http://www.latimes.com/lat-terms,0,7374802.story) | Privacy Policy (http://privacy.tribune.com) | About Our Ads (http://www.latimes.com/la-about-our-ads,0,5673412.htmlstory) | © 2014 (http://www.latimes.com/services/site/la-reprint-request-splash,0,6731163.htmlstory) | About This Site (http://www.latimes.com/about/)

| Last name | First name | Position | Injury date | Cumulative injury* | Head injury | Application date | Detail |
|---|---|---|---|---|---|---|---|
| Casanova | Raul | C | 06/11/1990 - 09/30/2008 | | | 2012-02-24 | |
| Cintron | Alex | SS-2B-3B | 06/03/1997 - 05/24/2011 | | | 2012-10-01 | |
| Colbern | Mike | C | 06/15/1976 - 10/01/1979 | | | 2013-09-09 | |
| Cora | Joey | 2B-SS | 06/05/1985 - 09/27/1998 | | | 2013-08-14 | |
| Cordero | Wil | LF-SS-1B | 07/24/1992 - 07/18/2005 | | | 2013-02-12 | |
| Costello | Fred | | 06/01/1986 - 09/30/1995 | | | 2013-03-04 | |
| D'Acquisto | John | | 06/26/1986 | | | 1986-06-26 | |
| Davis | Joel | P | 03/01/1983 - 07/05/1988 | | | 2013-09-05 | |
| Devereaux | Mike | CF | 05/29/2002 | | | 2002-05-29 | |
| Eaglin | Mike | | 04/07/1992 - 10/03/1999 | | | 2012-02-01 | |
| Ellis | Sammy | P | 03/01/1961 - 10/01/1990 | | | 2013-08-23 | |
| Essian | Jim | C | 08/29/1969 - 03/31/1985 | | | 2013-08-12 | |
| Fitzpatrick | Luke | P | 02/01/1998 - 05/01/1999 | | | 2003-11-05 | |
| Ford | Yusef | | 06/01/1992 - 12/31/1992 | | | 2013-03-19 | |
| Guinn | Brian | | 06/01/1983 - 10/15/1992 | | | 2012-09-10 | |
| Harrison | Brian | P | 03/08/1991 | | | 1993-08-23 | |
| Herrmann | Ed | C | 10/17/1989 | | | 1989-10-17 | |
| Hopper | Norris | OF-PH | 06/01/1998 - 07/19/2012 | | | 2013-01-07 | |
| Hrabosky | Al | P | 02/01/1969 - 10/01/1983 | | | 2012-02-06 | |
| Jackson | Bo | LF | 04/19/1991 - 10/03/1993 | | | 1996-12-06 | |
| Jimenez | D'Angelo | 2B-SS-3B | 06/23/2001 - 10/27/2007 | | | 2013-07-16 | |
| Johnstone | Jay | OF-PH | 10/31/1984 - 10/31/1985 | | | 1994-08-29 | |
| Jones | Deacon | 1B | 03/01/1956 - 10/01/1956 | | | 2013-09-12 | |
| Lavalliere | Mike | C | 02/01/1981 - 10/15/1995 | | | 2011-12-20 | |
| Law | Rudy | OF | 10/06/1985 - 10/06/1986 | | | 1990-10-23 | |
| Leflore | Ron | CF | 07/02/1973 - 04/02/1983 | | | 2013-05-24 | |
| Levine | Al | P | 06/03/1991 - 12/18/1997 | | | 2013-08-26 | |
| Lyons | Barry | C | 04/01/1982 - 06/01/1996 | | | 2013-04-26 | |

| Last name | First name | Position | Injury date | Cumulative injury* | Head injury | Application date | Detail |
|---|---|---|---|---|---|---|---|
| McDowell | Jack | P | 01/01/1987 - 12/31/1999 | | | 2010-03-03 | |
| Moore | Alvin | OF | 06/01/1971 - 10/01/1983 | | | 2013-09-09 | |
| Nelson | Jeff | P | 02/01/1984 - 10/15/2006 | | | 2011-12-20 | |
| Ortiz | Junior | C-OF | 01/18/1977 - 03/30/1995 | | | 2013-09-07 | |
| Paciorek | Tom | OF-1B | 04/15/2004 | | | 2004-04-15 | |
| Perez | Melido | P | 12/10/1987 - 01/15/1996 | | | 2013-09-06 | |
| Politte | Cliff | P | 07/01/1996 - 06/01/2008 | | | 2013-05-15 | |
| Reuss | Jerry | P | 06/06/1967 - 07/31/1989 | | | 2013-08-15 | |
| Sierra | Ruben | RF | 11/21/1982 - 07/10/2006 | | | 2012-10-26 | |
| Sirotka | Mike | P | 06/13/1993 - 01/14/2001 | | | 2013-05-01 | |
| Spivey | Junior | 2B | 04/01/1996 - 08/25/2009 | | | 2012-07-10 | |
| Thomas | Larry | P | 06/20/1991 - 10/01/2000 | | | 2013-09-12 | |
| Tracey | Sean | P | 06/10/2002 - 06/18/2009 | | | 2010-04-14 | |
| Vizquel | Omar | SS-3B | 04/01/1984 - 10/04/2012 | | | 2013-04-09 | |
| Washington | Claudell | OF | 10/04/1989 - 10/04/1990 | | | 1993-09-27 | |
| Willard | Jerry | C-DH | 03/01/1980 - 10/06/1994 | | | 2013-03-18 | |

**Notes:**

Cumulative injury* - an injury or injuries incurred over time

Concussion lawsuit** - plaintiff of a concussion-related lawsuit filed against the National Football League

The compensation claims were obtained by The Times through a California Public Records Act request filed with the California Division of Workers' Compensation.

There are two groups of claims included in the sortable table – did not include an application date and submitted prior to 1990 – that were excluded from The Times analysis and above bar chart.

The Times has also identified more than 3,100 retired NFL players who also filed concussion-related lawsuits against the National Football League.

Sources: California Division of Workers' Compensation (http://www.dir.ca.gov/dwc/), National Football League Players Assn., Sports-Reference.com (http://www.sports-reference.com/), Times research, Washington Times (http://www.washingtontimes.com/footballinjuries/)

Credits: Ken Bensinger, Armand Emamdjomeh, Maloy Moore, Sandra Poindexter

(HTTP://WWW.LATIMES.COM/)

ADVERTISEMENT

# Injury claims by professional athletes

**By TIMES STAFF**

FEB. 1, 2014

Since 1990, professional athletes have filed more than 6,300 workers' compensation claims in California against NFL teams and 3,100 claims against teams from other professional sports leagues alleging acute injuries, such as broken bones, as well as cumulative injuries incurred over time. Cumulative filings, most involving head or brain trauma, have increased markedly since 2006.

Names may appear more than once because players often make multiple claims.

**This graphic is featured in**



(http://www.latimes.com /business/la-fi-nfl-claims- 20140201- dto,0,6484587.htmlstory)

**NFL workers' comp victory comes at a price (http://www.latimes.com /business/la-fi- nfl-claims-20140201- dto,0,6484587.htmlstory)**

| NFL | MLB | NBA | NHL | MLS | WNBA |

**CLAIMS:**

All | Cumulative injuries | Cumulative head injuries | Teams outside California



Cleveland Indians    🔍    Reset

**45** results

| Last name | First name | Position | Injury date | Cumulative injury* | Head injury | Application date | Detail |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Anderson | Dwain | SS-3B-2B | 06/01/1965 - 09/15/1974 | | | 2013-09-10 | |
| Atherton | Keith | P | 07/01/1978 - 10/01/1989 | | | 2013-05-06 | |
| Ayala | Benny | PH-LF-DH | 01/28/1971 - 11/12/1985 | | | 2012-10-02 | |
| Baerga | Carlos | 2B-3B | 11/04/1985 - 10/28/2005 | | | 2011-09-14 | |

(http://www.latimes.com/)

Case 3:14-cv-00608-JCS    Document 297-1    Filed 12/15/14    Page 53 of 122

Terms of Service (http://www.latimes.com/lat-terms,0,7374802.story) | Privacy Policy (http://privacy.tribune.com) | About Our Ads (http://www.latimes.com/lat-about-our-ads,0,5675412.htmlstory) | © 2014 (http://www.latimes.com/services/site/la-reprint-request-splash,0,6731163.htmlstory) | About This Site (http://www.latimes.com/about)

| Last name | First name | Position | Injury date | Cumulative injury* | Head injury | Application date | Detail |
|---|---|---|---|---|---|---|---|
| Berroa | Geronimo | RF-DH | 12/05/1988 - 10/14/2000 | | | 2012-02-24 | |
| Brohamer | Jack | 2B-3B | 03/01/1972 - 10/01/1980 | | | 2013-09-12 | |
| Candiotti | Tom | P | 01/05/1980 - 04/15/2000 | | | 2013-04-25 | |
| Carty | Rico | LF-DH-1B | 11/15/1979 - 11/15/1980 | | | 1987-09-29 | |
| Clark | Ronald | 3B-SS-2B | 06/01/1961 - 10/01/1994 | | | 2013-09-10 | |
| Cordero | Wil | LF-SS-1B | 07/24/1992 - 07/18/2005 | | | 2013-02-12 | |
| Curtis | Randy | OF | 06/01/1991 - 09/01/1998 | | | 2013-05-15 | |
| Davis | Kane | P | 06/11/1993 - 12/31/2010 | | | 2012-05-25 | |
| Eichelberger | Juan | P | 07/29/1992 | | | 1992-07-29 | |
| Essian | Jim | C | 08/29/1969 - 03/31/1985 | | | 2013-08-12 | |
| Fowlkes | Alan | P | 06/01/1980 - 05/01/1994 | | | 2013-09-10 | |
| Gonzalez | Juan | OF | 05/30/1986 - 10/28/2004 | | | 2011-06-24 | |
| Gonzalez | Denny | 3B-SS-LF | 06/25/1981 - 10/01/1989 | | | 2013-09-10 | |
| Gordnier | Aaron | | 05/01/1998 - 06/07/2000 | | | 2001-03-05 | |
| Graves | Danny | P | 07/05/1994 - 05/01/2009 | | | 2013-09-05 | |
| Grudzielanek | Mark | 2B-SS | 01/01/2010 - 12/31/2010 | | | 2013-01-10 | |
| Kinkade | Mike | LF-PH-1B | 06/01/1995 - 08/01/2008 | | | 2011-02-22 | |
| Lacey | Bob | P | 01/12/1972 - 06/25/1985 | | | 2013-09-04 | |
| Laker | Tim | C | 08/18/1992 - 06/18/2006 | | | 2012-12-18 | |
| Maldonado | Candy | OF | 06/06/1978 - 11/02/1995 | | | 2012-03-01 | |
| McCraw | Tommy | 1B-OF | 03/01/1960 - 06/24/1975 | | | 2013-09-05 | |
| McDowell | Oddibe | CF | 06/04/1984 - 10/21/1994 | | | 2011-12-14 | |
| McDowell | Jack | P | 01/01/1987 - 12/31/1999 | | | 2010-03-03 | |
| McDowell | Sam | P | 03/01/1961 - 06/15/1975 | | | 2013-09-09 | |
| Moore | Marcus | P | 06/01/1988 - 08/15/2000 | | | 2001-03-01 | |
| Najera | Noe | P | 06/22/1999 | | | 1999-06-22 | |
| Olson | Gregg | P | 06/01/1988 - 06/29/2001 | | | 2002-07-12 | |

| Last name | First name | Position | Injury date | Cumulative injury* | Head injury | Application date | Detail |
|-----------|-----------|----------|-------------|-------------------|-------------|-----------------|--------|
| Ortiz | Junior | C-OF | 01/18/1977 - 03/30/1995 | | | 2013-09-07 | |
| Santana | Rafael | SS | 04/15/2004 | | | 2004-04-15 | |
| Sierra | Ruben | RF | 11/21/1982 - 07/10/2006 | | | 2012-10-26 | |
| Sims | Duke | C-1B-OF | 04/01/1959 - 01/23/1975 | | | 2013-08-02 | |
| Turner | Christopher | | 06/06/1991 - 11/21/2000 | | | 2013-03-19 | |
| Van Dusen | Derrick | | 05/15/2000 - 09/01/2005 | | | 2010-05-24 | |
| Veres | Randy | P | 06/19/1991 - 04/15/1998 | | | 1998-11-12 | |
| Vizquel | Omar | SS-3B | 04/01/1984 - 10/04/2012 | | | 2013-04-09 | |
| Vukovich | George | RF | 03/01/1978 - 10/01/1988 | | | 2013-09-13 | |
| Whiten | Mark | RF | 06/01/1986 - 12/31/2003 | | | 2013-02-22 | |
| Williams | Eddie | 1B-3B | 12/15/1999 | | | 1999-12-15 | |
| Winfield | Dave | RF | 02/01/1973 - 10/01/1995 | | | 2013-01-24 | |
| Wright | Jaret | P | 06/01/1994 - 03/31/2008 | | | 2012-05-24 | |
| Zerbe | Chad | P | 06/06/1991 - 08/10/2005 | | | 2013-08-12 | |

**Notes:**

Cumulative injury* - an injury or injuries incurred over time

Concussion lawsuit** - plaintiff of a concussion-related lawsuit filed against the National Football League

The compensation claims were obtained by The Times through a California Public Records Act request filed with the California Division of Workers' Compensation.

There are two groups of claims included in the sortable table – did not include an application date and submitted prior to 1990 – that were excluded from The Times analysis and above bar chart.

The Times has also identified more than 3,100 retired NFL players who also filed concussion-related lawsuits against the National Football League.

Sources: California Division of Workers' Compensation (http://www.dir.ca.gov/dwc/), National Football League Players Assn., Sports-Reference.com (http://www.sports-reference.com/), Times research, Washington Times (http://www.washingtontimes.com/footballinjuries/)

Credits: Ken Bensinger, Armand Emamdjomeh, Maloy Moore, Sandra Poindexter

(HTTP://WWW.LATIMES.COM/)

ADVERTISEMENT

# Injury claims by professional athletes

**By TIMES STAFF**

FEB. 1, 2014

Since 1990, professional athletes have filed more than 6,300 workers' compensation claims in California against NFL teams and 3,100 claims against teams from other professional sports leagues alleging acute injuries, such as broken bones, as well as cumulative injuries incurred over time. Cumulative filings, most involving head or brain trauma, have increased markedly since 2006.

Names may appear more than once because players often make multiple claims.

**This graphic is featured in**



(http://www.latimes.com
/business/la-fi-nfl-claims-
20140201-
dto,0,6484587.htmlstory)

**NFL workers' comp victory comes at a price (http://www.latimes.com /business/la-fi- nfl-claims-20140201- dto,0,6484587.htmlstory)**

| NFL | MLB | NBA | NHL | MLS | WNBA |
|-----|-----|-----|-----|-----|------|

**CLAIMS:**

All | Cumulative injuries | Cumulative head injuries | Teams outside California



Detroit Tigers    🔍  Reset

‹  1  2  ›    **57** results

| Last name | First name | Position | Injury date | Cumulative injury* | Head injury | Application date | Detail |
|-----------|-----------|----------|-------------|--------------------|-------------|------------------|--------|
| Adams | Art | P | 06/01/1991 - 12/31/1993 | | | 2012-12-14 | |
| Aquino | Luis | P | 06/15/1981 - 04/15/1998 | | | 2011-01-03 | |
| Ashley | Billy | LF-PH | 04/02/1998 - 10/01/1998 | | | 2002-02-14 | |
| Beamon | Trey | PH-OF | 02/01/1992 - 10/01/1998 | | | 2013-01-15 | |

Terms of Service (http://www.latimes.com/lat-terms,0,7374802.story) | Privacy Policy (http://privacy.tribune.com) | About Our Ads (http://www.latimes.com/lat-about-our-ads,0,3879472.htmlstory) | © 2014 (http://www.latimes.com/services/site/la-reprint-request-splash,0,6731163.htmlstory) | About This Site (http://www.latimes.com/about)

| Last name | First name | Position | Injury date | Cumulative injury* | Head injury | Application date | Detail |
|---|---|---|---|---|---|---|---|
| Bergman | Dave | 1B-PH-LF | 06/01/1974 - 10/04/1992 | | | 2011-07-13 | |
| Berroa | Geronimo | RF-DH | 12/05/1988 - 10/14/2000 | | | 2012-02-24 | |
| Buller | Sean | | 06/01/1998 - 10/01/2001 | | | 2003-06-26 | |
| Casanova | Raul | C | 06/11/1990 - 09/30/2008 | | | 2012-02-24 | |
| Cowens | Al | RF | 01/15/1969 - 12/15/1985 | | | 1987-08-31 | |
| Crabtree | Tim | P | 09/19/2008 | | | 2008-12-03 | |
| Crabtree | Tim | P | 02/15/2006 - 03/30/2006 | | | 2009-02-05 | |
| Creek | Doug | P | 06/01/1991 - 10/01/2005 | | | 2013-08-29 | |
| Darensbourg | Vic | P | 06/11/1992 - 12/31/2009 | | | 2011-02-03 | |
| Davis | Eric | OF | 04/01/1980 - 10/07/2001 | | | 2011-02-10 | |
| De Jesus | Ivan | SS | 06/01/1969 - 07/19/1988 | | | 2013-09-11 | |
| Deer | Rob | RF-1B | 06/08/1978 - 08/10/2007 | | | 2008-08-08 | |
| Felix | Junior | OF | 09/15/1985 - 12/23/1994 | | | 2013-07-01 | |
| Finley | Brian | | 01/01/1982 - 04/01/1995 | | | 2011-12-20 | |
| Freeman | Lavel | DH | 06/01/1983 - 10/15/1990 | | | 2012-09-24 | |
| Garcia | Pedro | 2B | 04/06/1973 - 06/27/1977 | | | 2013-04-15 | |
| Gil | Benji | SS-2B-1B | 04/05/1993 - 03/31/2006 | | | 2012-11-20 | |
| Gomez | Alexis | OF | 02/01/2005 - 10/01/2006 | | | 2013-09-13 | |
| Gonzalez | Juan | OF | 05/30/1986 - 10/28/2004 | | | 2011-06-24 | |
| Grater | Mark | P | 12/16/1992 - 07/19/1993 | | | 2013-09-11 | |
| Hannah | Shawn | P | 03/01/2001 - 09/05/2001 | | | 2002-03-26 | |
| Heath | Mike | | 06/03/1973 - 12/31/1992 | | | 2011-11-08 | |
| Hudson | Charles | P | 06/09/1981 - 08/11/1989 | | | 2013-09-06 | |
| Karnuth | Jason | P | 08/30/2005 - 08/30/2006 | | | 2011-02-10 | |
| Krueger | Bill | P | 02/01/1980 - 10/01/1995 | | | 2012-03-28 | |
| Leflore | Ron | CF | 07/02/1973 - 04/02/1983 | | | 2013-05-24 | |
| Leuenberger | Jeff | | 07/01/2000 - 05/17/2002 | | | 2003-04-01 | |

| Last name | First name | Position | Injury date | Cumulative injury* | Head injury | Application date | Detail |
|---|---|---|---|---|---|---|---|
| Levine | Al | P | 06/03/1991 - 12/18/1997 | | | 2013-08-26 | |
| Lontayo | Alex | | 01/01/1999 - 07/01/2005 | | | 2011-12-06 | |
| Madlock | Bill | 3B-2B | 10/03/1986 - 10/03/1987 | | | 1990-03-26 | |
| Meacham | Rusty | P | 05/11/1988 - 10/08/2001 | | | 2011-04-04 | |
| Mercado | Hector | P | 12/15/1997 - 07/07/2006 | | | 2013-02-04 | |
| Paquette | Craig | 3B-OF-1B | 06/05/1989 - 04/29/2003 | | | 2012-01-18 | |
| Parent | Mark | C | 09/15/1999 - 09/15/2000 | | | 2002-05-30 | |
| Patterson | Danny | P | 05/14/1990 - 08/13/2004 | | | 2013-09-11 | |
| Rivera | Mike | C | 01/20/1997 - 12/03/2012 | | | 2013-04-05 | |
| Roberts | Marquis | | 06/02/1997 - 09/30/2001 | | | 2011-12-15 | |
| Santana | Julio | P | 02/18/1990 - 10/11/2006 | | | 2012-06-12 | |
| Sasser | Rob | DH | 06/08/1993 - 06/13/2006 | | | 2012-02-07 | |
| Schwabe | Mike | P | 07/01/1991 - 07/01/1992 | | | 1993-10-06 | |
| Sierra | Ruben | RF | 11/21/1982 - 07/10/2006 | | | 2012-10-26 | |
| Simon | Randall | 1B | 07/17/1992 - 10/15/2006 | | | 2013-07-31 | |
| Sims | Duke | C-1B-OF | 04/01/1959 - 01/23/1975 | | | 2013-08-02 | |
| Springer | Steve | 3B-PH-2B | 02/15/1994 - 09/15/1994 | | | 1998-11-30 | |
| Springer | Steve | 3B-PH-2B | 02/15/1994 - 09/15/1994 | | | 1998-08-26 | |
| Summers | Champ | | 10/05/1983 - 10/05/1984 | | | 1994-01-31 | |

**Notes:**

Cumulative injury* - an injury or injuries incurred over time

Concussion lawsuit** - plaintiff of a concussion-related lawsuit filed against the National Football League

The compensation claims were obtained by The Times through a California Public Records Act request filed with the California Division of Workers' Compensation.

There are two groups of claims included in the sortable table – did not include an application date and submitted prior to 1990 – that were excluded from The Times analysis and above bar chart.

The Times has also identified more than 3,100 retired NFL players who also filed concussion-related lawsuits against the National Football League.

Sources: California Division of Workers' Compensation (http://www.dir.ca.gov/dwc/), National Football League Players Assn., Sports-Reference.com (http://www.sports-reference.com/), Times

Case 3:14-cv-00608-JCS   Document 297-1   Filed 12/15/14   Page 58 of 122

research, Washington Times (http://www.washingtontimes.com/footballinjuries/).

Credits: Ken Bensinger, Armand Emamdjomeh, Maloy Moore, Sandra Poindexter

(HTTP://WWW.LATIMES.COM/)

ADVERTISEMENT

f  𝕏  ➔  ✉  🖶

# Injury claims by professional athletes

**By TIMES STAFF**

FEB. 1, 2014

Since 1990, professional athletes have filed more than 6,300 workers' compensation claims in California against NFL teams and 3,100 claims against teams from other professional sports leagues alleging acute injuries, such as broken bones, as well as cumulative injuries incurred over time. Cumulative filings, most involving head or brain trauma, have increased markedly since 2006.

Names may appear more than once because players often make multiple claims.

**This graphic is featured in**



(http://www.latimes.com /business/la-fi-nfl-claims-20140201-dto,0,6484587.htmlstory)

**NFL workers' comp victory comes at a price (http://www.latimes.com /business/la-fi-nfl-claims-20140201-dto,0,6484587.htmlstory)**

| NFL | MLB | NBA | NHL | MLS | WNBA |
|-----|-----|-----|-----|-----|------|

**CLAIMS:**

| All | Cumulative injuries | Cumulative head injuries | Teams outside California |
|-----|---------------------|--------------------------|--------------------------|



New York Yankees  🔍  Reset

‹  1  2  ›    **72** results

| Last name | First name | Position | Injury date | Cumulative injury* | Head injury | Application date | Detail |
|-----------|------------|----------|-------------|--------------------|-------------|------------------|--------|
| Arias | Alex | SS-PH-3B | 06/06/1987 - 10/28/2002 | | | 2011-04-18 | |
| Arocha | Rene | P | 11/21/1991 - 08/23/2000 | | | 2011-04-14 | |
| Barfield | Jesse | RF | 06/01/1977 - 10/15/1992 | | | 2012-12-10 | |
| Blomberg | Ron | DH-1B-RF | 06/06/1967 - 05/01/1982 | | | 2013-09-12 | |

(http://www.latimes.com/)

Case 3:14-cv-00608-JCS    Document 297-1    Filed 12/15/14    Page 60 of 122

Terms of Service (http://www.latimes.com/lat-terms,0,7374802.story) | Privacy Policy (http://privacy.tribune.com) | About Our Ads (http://www.latimes.com/lat-about-our-ads,0,5873412.htmlstory) | © 2014 (http://www.latimes.com/services/site/la-reprint-request-splash,0,6731163.htmlstory) | About This Site (http://www.latimes.com/about/)

| Last name | First name | Position | Injury date | Cumulative injury* | Head injury | Application date | Detail |
|---|---|---|---|---|---|---|---|
| Boardman | Eric | | 05/20/1999 | | | 1999-05-20 | |
| Boardman | Eric | | 05/20/1999 | | | 1999-05-20 | |
| Brower | Bob | OF | 01/01/1982 - 12/31/1990 | | | 2009-11-04 | |
| Coleman | Michael | CF | 02/01/1994 - 11/01/2001 | | | 2012-12-07 | |
| Davis | Chili | OF-DH | 04/10/1981 - 10/03/1999 | | | 2013-01-15 | |
| Davis | Mike | RF | 01/15/1990 | | | 1998-04-22 | |
| Davis | Ron | P | 06/10/1978 - 05/15/1989 | | | 2013-08-19 | |
| De Paula | Jose | P | 06/01/1997 - 06/16/2012 | | | 2013-09-13 | |
| Destrade | Orestes | 1B | 05/17/1981 - 06/02/1994 | | | 2013-05-13 | |
| Duncan | Mariano | 2B-SS-LF | 04/15/2004 | | | 2004-04-15 | |
| Durazo | Erubiel | DH-1B | 12/16/1998 - 10/29/2007 | | | 2013-01-28 | |
| Harris | Greg | P | 06/01/1976 - 10/29/1995 | | | 2013-09-13 | |
| Heath | Mike | | 06/03/1973 - 12/31/1992 | | | 2011-11-08 | |
| Herrmann | Ed | C | 10/17/1989 | | | 1989-10-17 | |
| Hirsh | Jason | P | 06/03/2003 - 11/06/2010 | | | 2013-08-26 | |
| Hobson | Butch | 3B-2B | 03/01/1973 - 10/01/1985 | | | 2013-09-09 | |
| Holland | Al | P | 06/28/1975 - 11/02/1987 | | | 2013-06-10 | |
| John | Tommy | P | 04/01/1963 - 05/30/1989 | | | 2012-08-24 | |
| Johnstone | Jay | OF-PH | 10/31/1984 - 10/31/1985 | | | 1994-08-29 | |
| Kelly | Roberto | OF | 02/21/1982 - 03/30/2001 | | | 2013-09-06 | |
| Kemp | Steve | LF | 06/01/1976 - 12/31/1988 | | | 2013-07-22 | |
| Kinkade | Mike | LF-PH-1B | 06/01/1995 - 08/01/2008 | | | 2011-02-22 | |
| Lapoint | Dave | P | 10/01/1977 - 10/15/1991 | | | 2013-09-06 | |
| Lawrence | Horace | | 04/01/2003 - 12/31/2005 | | | 2011-11-14 | |
| Ledee | Ricky | OF-DH | 06/07/1990 - 10/04/2007 | | | 2013-02-04 | |
| Lohry | Adin | | 06/01/1989 - 09/30/1994 | | | 2011-12-14 | |
| Luke | Matt | OF-1B | 09/15/2001 - 09/15/2002 | | | 2003-05-27 | |
| Malone | Todd | P | 06/15/1988 - 03/31/1994 | | | 1994-05-10 | |

| Last name | First name | Position | Injury date | Cumulative injury* | Head injury | Application date | Detail |
|---|---|---|---|---|---|---|---|
| Marsonek | Sam | P | 01/01/1997 - 12/31/2008 | | | 2009-12-14 | |
| Martinez | Michael | 3B-CF-2B | 06/01/2004 - 12/01/2007 | | | 2012-07-05 | |
| Masset i | Luke | | 06/01/2006 - 09/15/2010 | | | 2011-12-20 | |
| May | Rudy | P | 03/01/1963 - 09/21/1983 | | | 2013-09-10 | |
| Mayberry | John | 1B | 06/01/1967 - 04/01/1983 | | | 2013-08-30 | |
| McDowell | Jack | P | 01/01/1987 - 12/31/1999 | | | 2010-03-03 | |
| Militello | Sam | P | 06/01/1990 - 10/01/1993 | | | 2013-09-12 | |
| Montefusco | John | P | 01/01/1986 - 12/31/1986 | | | 1994-04-21 | |
| Montefusco | John | P | 04/01/1985 | | | 1995-01-17 | |
| Moreno | Omar | CF | 03/01/1969 - 10/05/1986 | | | 2013-08-07 | |
| Nelson | Jeff | P | 02/01/1984 - 10/15/2006 | | | 2011-12-20 | |
| Nelson | Tray | OF-P | 08/15/1994 | | | 1997-03-17 | |
| Nokes | Matt | C | 07/01/1981 - 12/31/2002 | | | 2013-10-18 | |
| Office | Rowland | CF | 06/01/1971 - 04/04/1984 | | | 2013-10-21 | |
| Oliver | Joe | C | 11/13/1987 - 10/06/2001 | | | 2011-07-21 | |
| Padilla | Juan | P | 07/08/1998 - 07/13/2008 | | | 2012-03-20 | |
| Perez | Melido | P | 12/10/1987 - 01/15/1996 | | | 2013-09-06 | |
| Polonia | Luis | LF | 01/03/1984 - 10/30/2000 | | | 2013-09-09 | |

**Notes:**

Cumulative injury* - an injury or injuries incurred over time

Concussion lawsuit** - plaintiff of a concussion-related lawsuit filed against the National Football League

The compensation claims were obtained by The Times through a California Public Records Act request filed with the California Division of Workers' Compensation.

There are two groups of claims included in the sortable table – did not include an application date and submitted prior to 1990 – that were excluded from The Times analysis and above bar chart.

The Times has also identified more than 3,100 retired NFL players who also filed concussion-related lawsuits against the National Football League.

Sources: California Division of Workers' Compensation (http://www.dir.ca.gov/dwc/), National Football League Players Assn., Sports-Reference.com (http://www.sports-reference.com/), Times research, Washington Times (http://www.washingtontimes.com/footballinjuries/)

Credits: Ken Bensinger, Armand Emamdjomeh, Maloy Moore, Sandra Poindexter

Case 3:14-cv-00608-JCS    Document 297-1    Filed 12/15/14    Page 62 of 122

(HTTP://WWW.LATIMES.COM/)

ADVERTISEMENT

f   𝕏   ↱   ✉   🖨

# Injury claims by professional athletes

**By TIMES STAFF**
FEB. 1, 2014

Since 1990, professional athletes have filed more than 6,300 workers' compensation claims in California against NFL teams and 3,100 claims against teams from other professional sports leagues alleging acute injuries, such as broken bones, as well as cumulative injuries incurred over time. Cumulative filings, most involving head or brain trauma, have increased markedly since 2006.

Names may appear more than once because players often make multiple claims.

**This graphic is featured in**



(http://www.latimes.com /business/la-fi-nfl-claims- 20140201- dto,0,6484587.htmlstory)

**NFL workers' comp victory comes at a price (http://www.latimes.com /business/la-fi- nfl-claims-20140201- dto,0,6484587.htmlstory)**

| NFL | MLB | NBA | NHL | MLS | WNBA |

**CLAIMS:**
All | Cumulative injuries | Cumulative head injuries | Teams outside California



| Philadelphia Phillies | 🔍 | Reset |

‹  1  2  ›    **77** results

| Last name | First name | Position | Injury date | Cumulative injury* | Head injury | Application date | Detail |
|---|---|---|---|---|---|---|---|
| Adams | Terry | P | 06/01/1991 - 09/05/2006 | | | 2011-06-28 | |
| Alfonseca | Antonio | P | 07/01/1991 - 09/23/2007 | | | 2013-09-25 | |
| Allen | Dick | 1B-3B-LF | 06/03/1960 - 06/11/1978 | | | 1988-08-25 | |
| Alvarez | Orlando | PH-LF | 01/01/1970 - 03/20/1979 | | | 2013-06-24 | |

Terms of Service (http://www.latimes.com/lat-terms,0,7374802.story) | Privacy Policy (http://privacy.tribune.com) | About Our Ads (http://www.latimes.com/lat-about-our-ads,0,3876412.htmlstory) | © 2014 (http://www.latimes.com/services/site/la-reprint-request-splash,0,6731163.htmlstory) | About This Site (http://www.latimes.com/about/)

| Last name | name | Position | Injury date | Cumulative injury* | Head injury | Application date | Detail |
|---|---|---|---|---|---|---|---|
| Arias | Alex | SS-PH-3B | 06/06/1987 - 10/28/2002 | | | 2011-04-18 | |
| Bako | Paul | C | 03/01/1998 - 10/01/2009 | | | 2013-09-10 | |
| Bayless | Pat | P | 05/15/1971 | | | 1990-10-19 | |
| Beech | Matt | P | 04/01/1994 - 09/30/2007 | | | 2013-01-30 | |
| Benjamin | Michael | SS-3B-2B | 03/01/1987 - 10/01/2002 | | | 2013-09-13 | |
| Bennett | Gary | C | 06/04/1990 - 11/05/2008 | | | 2012-10-08 | |
| Beverly | Shomari | | 01/01/1997 - 12/31/2000 | | | 2012-06-18 | |
| Billingsley | Brent | P | 04/15/2003 | | | 2007-03-12 | |
| Billingsley | Brent | P | 03/02/2007 | | | 2007-03-02 | |
| Blaine | Justin | P | 06/01/2005 - 03/01/2008 | | | 2012-12-28 | |
| Bootay | Kevin | | 04/18/1989 | | | 1990-06-26 | |
| Bootay | Kevin | OF | 04/15/1988 - 05/15/1989 | | | | |
| Bruntlett | Eric | SS-OF-2B | 03/01/2001 - 10/01/2009 | | | 2013-09-11 | |
| Carter | Andy | P | 06/07/1987 - 09/01/1998 | | | 2013-07-17 | |
| Casillas | Uriel | | 06/01/1997 - 09/01/2003 | | | 2010-10-26 | |
| Chamberlain | Wes | OF | 06/12/1987 - 06/21/2004 | | | 2013-09-13 | |
| Combs | Pat | P | 09/05/1989 - 05/01/1996 | | | 2013-08-13 | |
| Cook | Dennis | P | 06/03/1985 - 09/29/2002 | | | 2013-03-27 | |
| Cowley | Joe | P | 07/22/1976 - 05/03/1988 | | | 2013-08-13 | |
| De Jesus | Ivan | SS | 06/01/1969 - 07/19/1988 | | | 2013-09-11 | |
| Duarte | Justin | | 06/01/1999 - 09/01/2002 | | | 2011-02-28 | |
| Ducey | Bob | OF-PH | 05/01/1987 - 06/05/2001 | | | 2012-11-01 | |
| Durant | Michael | C | 06/01/2005 - 10/15/2011 | | | 2013-06-24 | |
| Dykstra | Lenny | CF | 07/03/1981 - 05/01/1998 | | | 2013-08-05 | |
| Essian | Jim | C | 08/29/1969 - 03/31/1985 | | | 2013-08-12 | |
| Fernandez | Sid | P | 07/13/1995 - 10/28/1996 | | | 2013-09-13 | |
| Fisher | Kiel | | 06/15/2002 - 03/15/2004 | | | 2006-04-13 | |
| Frost | Dave | P | 12/05/1977 - 09/15/1983 | | | 1996-11-18 | |

| Last name | First name | Position | Injury date | Cumulative injury* | Head injury | Application date | Detail |
|-----------|------------|----------|-------------|--------------------|-------------|-----------------|--------|
| Garcia | Kiko | SS | 06/01/1971 - 10/01/1985 | | | 2013-09-12 | |
| Giles | Marcus | 2B | 06/01/1997 - 04/30/2009 | | | 2012-06-18 | |
| Houston | Tyler | 3B-PH-C | 06/01/1989 - 09/01/2003 | | | 2013-07-08 | |
| Hume | Tom | P | 07/01/1972 - 10/02/1987 | | | 2013-09-04 | |
| Hunter | Brian | CF | 02/01/1989 - 09/28/2003 | | | 2012-07-11 | |
| Hunter | Brian | 1B-PH-LF | 02/01/1991 - 10/01/2002 | | | 2012-09-13 | |
| Jackson | Danny | P | 02/01/1983 - 08/10/1997 | | | 2012-11-27 | |
| Jacquez | Thomas | P | 06/16/1997 - 06/11/2004 | | | 2012-02-15 | |
| Johnstone | Jay | OF-PH | 10/31/1984 - 10/31/1985 | | | 1994-08-29 | |
| Jones | Terry | OF | 07/05/2002 | | | 2006-06-20 | |
| Jones | Terry | OF | 03/11/2006 | | | 2006-06-20 | |
| Jones | Terry | OF | 09/15/2004 | | | 2008-07-01 | |
| Jordan | Ricky | 1B-PH | 10/05/1994 - 10/05/1995 | | | 1996-08-21 | |
| Longmire | Tony | PH-OF | 03/30/1990 - 12/31/1998 | | | 2013-02-19 | |
| Lundberg | Spike | | 06/01/1997 - 12/31/2009 | | | 2012-06-22 | |
| Mason | Roger | P | 03/01/1980 - 08/11/1994 | | | 2013-06-03 | |
| Mazone | Brian | | 02/01/1998 - 11/06/2010 | | | 2012-04-25 | |
| Mercado | Hector | P | 12/15/1997 - 07/07/2006 | | | 2013-02-04 | |

**Notes:**

Cumulative injury* - an injury or injuries incurred over time

Concussion lawsuit** - plaintiff of a concussion-related lawsuit filed against the National Football League

The compensation claims were obtained by The Times through a California Public Records Act request filed with the California Division of Workers' Compensation.

There are two groups of claims included in the sortable table – did not include an application date and submitted prior to 1990 – that were excluded from The Times analysis and above bar chart.

The Times has also identified more than 3,100 retired NFL players who also filed concussion-related lawsuits against the National Football League.

Sources: California Division of Workers' Compensation (http://www.dir.ca.gov/dwc/), National Football League Players Assn., Sports-Reference.com (http://www.sports-reference.com/), Times research, Washington Times (http://www.washingtontimes.com/footballinjuries/)

Credits: Ken Bensinger, Armand Emamdjomeh, Maloy Moore, Sandra Poindexter

Case 3:14-cv-00608-JCS    Document 297-1    Filed 12/15/14    Page 66 of 122

(HTTP://WWW.LATIMES.COM/)

ADVERTISEMENT

# Injury claims by professional athletes

**By TIMES STAFF**

FEB. 1, 2014

Since 1990, professional athletes have filed more than 6,300 workers' compensation claims in California against NFL teams and 3,100 claims against teams from other professional sports leagues alleging acute injuries, such as broken bones, as well as cumulative injuries incurred over time. Cumulative filings, most involving head or brain trauma, have increased markedly since 2006.

Names may appear more than once because players often make multiple claims.

**This graphic is featured in**



(http://www.latimes.com
/business/la-fi-nfl-claims-
20140201-
dto,0,6484587.htmlstory)

**NFL workers' comp victory comes at a price (http://www.latimes.com /business/la-fi-nfl-claims-20140201-dto,0,6484587.htmlstory)**

| NFL | MLB | NBA | NHL | MLS | WNBA |
|-----|-----|-----|-----|-----|------|

**CLAIMS:**

| All | Cumulative injuries | Cumulative head injuries | Teams outside California |
|-----|---------------------|--------------------------|--------------------------|



Pittsburgh Pirates    🔍    Reset

‹  1  2  ›    **56** results

| Last name | First name | Position | Injury date | Cumulative injury* | Head injury | Application date | Detail |
|-----------|-----------|----------|-------------|--------------------|-------------|------------------|--------|
| Baptist | Travis | P | 08/14/1990 - 10/01/1999 | | | 2013-09-10 | |
| Benjamin | Michael | SS-3B-2B | 03/01/1987 - 10/01/2002 | | | 2013-09-13 | |
| Bowers | Jason | | 06/01/1998 - 12/31/2009 | | | 2012-04-04 | |
| Candelaria | John | P | 02/01/1972 - 10/01/1993 | | | 2013-02-07 | |

(http://www.latimes.com/)

Terms of Service (http://www.latimes.com/lat-terms,0,7374802.story) | Privacy Policy (http://privacy.tribune.com) | About Our Ads (http://www.latimes.com/lat-about-our-ads,0,3879412.htmlstory) | © 2014 (http://www.latimes.com/services/site/la-reprint-request-splash,0,6731163.htmlstory) | About This Site (http://www.latimes.com/?about001/)

| Last name | First name | Position | Injury date | Cumulative injury* | Head injury | Application date | Detail |
|---|---|---|---|---|---|---|---|
| Crudale | Mike | P | 04/01/1999 - 12/31/2005 | | | 2011-11-14 | |
| D'Amico | Jeff | P | 06/01/1995 - 05/10/2004 | | | 2011-07-15 | |
| Davis | Dick | OF-DH | 07/01/1972 - 12/31/1983 | | | 2013-10-11 | |
| Destrade | Orestes | 1B | 05/17/1981 - 06/02/1994 | | | 2013-05-13 | |
| Ericks | John | P | 06/02/1988 - 04/28/1997 | | | 2012-01-09 | |
| Felder | Mike | OF | 06/01/1981 - 10/15/1996 | | | 2012-09-10 | |
| Figueroa | Luis | | 06/01/1995 - 09/30/2009 | | | 2013-01-08 | |
| Freitas | Mike | | 06/01/1989 - 05/15/1997 | | | 2011-08-11 | |
| Garner | Phil | 2B-3B | 10/05/1987 - 10/05/1988 | | | 1990-04-18 | |
| Gott | Jim | P | 10/06/1994 - 10/06/1995 | | | 1996-10-01 | |
| Guinn | Brian | | 06/01/1983 - 10/15/1992 | | | 2012-09-10 | |
| Guy | Brad | P | 03/01/1997 - 08/01/2003 | | | 2010-02-17 | |
| Hackman | Luther | P | 06/04/1994 - 03/18/2009 | | | 2011-12-08 | |
| Hermansen | Chad | OF | 01/01/1995 - 12/31/2008 | | | 2012-08-27 | |
| Hernandez | Jose | SS-3B-OF | 08/09/1991 - 10/01/2006 | | | 2012-12-24 | |
| Holdzkom | Lincoln | | 06/05/2001 - 09/01/2009 | | | 2010-05-26 | |
| Hope | John | P | 03/01/1990 - 10/01/1996 | | | 2013-09-11 | |
| House | J.R. | PH-C-1B | 06/01/1999 - 12/31/2011 | | | 2013-01-30 | |
| Hunter | Brian | 1B-PH-LF | 02/01/1991 - 10/01/2002 | | | 2012-09-13 | |
| Jackson | Danny | P | 02/01/1983 - 08/10/1997 | | | 2012-11-27 | |
| Jones | Randy | P | 03/01/1982 - 03/01/1983 | | | 1990-08-01 | |
| Jordan | Ricky | 1B-PH | 10/05/1994 - 10/05/1995 | | | 1996-08-21 | |
| Kemp | Steve | LF | 06/01/1976 - 12/31/1988 | | | 2013-07-22 | |
| Lacy | Lee | OF-2B | 03/28/1987 - 03/28/1988 | | | 1988-09-20 | |
| Lamp | Dennis | P | 06/11/1971 - 06/11/1992 | | | 2013-07-18 | |
| Landreth | Jason | OF-1B | 01/01/1998 - 10/30/2002 | | | 2013-09-11 | |

| Last name | First name | Position | Injury date | Cumulative injury* | Head injury | Application date | Detail |
|---|---|---|---|---|---|---|---|
| Lavalliere | Mike | C | 02/01/1981 - 10/15/1995 | | | 2011-12-20 | |
| Leon | Jose | 1B-3B | 06/02/1994 - 10/15/2005 | | | 2013-03-14 | |
| Loiselle | Rich | P | 06/03/1991 - 10/15/2001 | | | 2013-09-12 | |
| Madlock | Bill | 3B-2B | 10/03/1986 - 10/03/1987 | | | 1990-03-26 | |
| Mangual | Angel | OF | 06/15/1966 - 11/05/1976 | | | 2013-03-06 | |
| Manzanillo | Josias | P | 01/01/2001 - 12/31/2004 | | | 2011-02-04 | |
| McDonald | Keith | C-PH | 06/11/1994 - 04/24/2006 | | | 2012-03-01 | |
| Meacham | Rusty | P | 05/11/1988 - 10/08/2001 | | | 2011-04-04 | |
| Merced | Orlando | RF-1B-PH | 01/01/1985 - 09/28/2003 | | | 2012-08-28 | |
| Olivares | Omar | P | 08/18/1990 - 09/28/2001 | | | 2013-01-07 | |
| Oliver | Bob | OF-1B-2B-3B | 09/05/1980 | | | 1980-09-05 | |
| Oliver | Al | OF-1B | 10/15/1984 - 10/15/1985 | | | 1988-10-07 | |
| Oliver | Bob | | 09/15/1976 - 09/15/1977 | | | 1980-09-05 | |
| Olsen | Kevin | P | 06/06/1998 - 04/18/2007 | | | 2007-07-09 | |
| Ortiz | Junior | C-OF | 01/18/1977 - 03/30/1995 | | | 2013-09-07 | |
| Page | Mitchell | | 03/06/1989 | | | 1989-03-06 | |
| Redman | Tike | CF | 06/30/2000 - 09/30/2009 | | | 2013-04-09 | |
| Redus | Gary | OF-1B | 08/19/1988 - 10/24/1994 | | | 2008-05-13 | |
| Reuss | Jerry | P | 06/06/1967 - 07/31/1989 | | | 2013-08-15 | |
| Reynolds | R.J. | OF-DH | 06/01/1958 - 10/15/1991 | | | 2012-09-14 | |

**Notes:**

Cumulative injury* - an injury or injuries incurred over time

Concussion lawsuit** - plaintiff of a concussion-related lawsuit filed against the National Football League

The compensation claims were obtained by The Times through a California Public Records Act request filed with the California Division of Workers' Compensation.

There are two groups of claims included in the sortable table – did not include an application date and submitted prior to 1990 – that were excluded from The Times analysis and above bar chart.

The Times has also identified more than 3,100 retired NFL players who also filed concussion-related lawsuits against the National Football League.

Sources: California Division of Workers' Compensation (http://www.dir.ca.gov/dwc/), National

Football League Players Assn., Sports-Reference.com (http://www.sports-reference.com/), Things research, Washington Times (http://www.washingtontimes.com/footballinjuries/)

Credits: Ken Bensinger, Armand Emamdjomeh, Maloy Moore, Sandra Poindexter

(HTTP://WWW.LATIMES.COM/)

ADVERTISEMENT

# Injury claims by professional athletes

**By TIMES STAFF**

FEB. 1, 2014

Since 1990, professional athletes have filed more than 6,300 workers' compensation claims in California against NFL teams and 3,100 claims against teams from other professional sports leagues alleging acute injuries, such as broken bones, as well as cumulative injuries incurred over time. Cumulative filings, most involving head or brain trauma, have increased markedly since 2006.

Names may appear more than once because players often make multiple claims.

**This graphic is featured in**



(http://www.latimes.com /business/la-fi-nfl-claims- 20140201- dto,0,6484587.htmlstory)

**NFL workers' comp victory comes at a price (http://www.latimes.com /business/la-fi- nfl-claims-20140201- dto,0,6484587.htmlstory)**

| NFL | MLB | NBA | NHL | MLS | WNBA |
|---|---|---|---|---|---|

**CLAIMS:**

| All | Cumulative injuries | Cumulative head injuries | Teams outside California |
|---|---|---|---|



Tampa Bay Rays    🔍    Reset

**30** results

| Last name | First name | Position | Injury date | Cumulative injury* | Head injury | Application date | Detail |
|---|---|---|---|---|---|---|---|
| Anderson | Derek | | 01/01/1999 - 12/31/2005 | | | 2009-10-05 | |
| Bierbrodt | Nick | P | 06/01/1996 - 12/31/2011 | | | 2012-11-26 | |
| Bowers | Jason | | 06/01/1998 - 12/31/2009 | | | 2012-04-04 | |
| Canseco | Jose | OF-DH | 01/01/1998 - 12/31/2006 | | | 2011-02-04 | |

(http://www.latimes.com/)

Case 3:14-cv-00608-JCS    Document 297-1    Filed 12/15/14    Page 72 of 122

Terms of Service (http://www.latimes.com/lat-terms,0,7374802.story) | Privacy Policy (http://privacy.tribune.com) | About Our Ads (http://www.latimes.com/lat-about-our-ads,0,3673472.htmlstory) | © 2014 (http://www.latimes.com/services/site/la-reprint-request-splash,0,6731163.htmlstory) | About This Site (http://www.latimes.com/about/)

| Last name | name | Position | Injury date | Cumulative injury* | Head injury | application date | Detail |
|---|---|---|---|---|---|---|---|
| Casanova | Raul | C | 06/11/1990 - 09/30/2008 | | | 2012-02-24 | |
| Chris ianson | Ryan | | 07/14/2008 | | | 2008-07-14 | |
| Cormier | Lance | P | 06/19/2004 - 05/21/2011 | | | 2013-05-21 | |
| Cortez | Fernando | 2B-PH-SS | 05/03/2003 | | | 2013-05-07 | |
| Cortez | Fernando | 2B-PH-SS | 06/12/2001 - 11/06/2010 | | | 2013-05-07 | |
| Dukes | Elijah | OF | 08/21/2002 - 10/04/2009 | | | 2013-05-23 | |
| Guzman | Juan | P | 04/15/2004 | | | 2004-04-15 | |
| Hunter | Brian | 1B-PH-LF | 02/01/1991 - 10/01/2002 | | | 2012-09-13 | |
| Jacobs | John | | 06/02/1998 - 03/31/2003 | | | 2011-11-14 | |
| Johnson | Charles | C | 05/06/1994 - 06/11/2005 | | | 2010-11-17 | |
| Kent | Steven | P | 01/01/1999 - 12/31/2011 | | | 2012-11-06 | |
| Kofler | Ed | P | 01/01/1996 - 12/31/2002 | | | 2009-08-03 | |
| Ledesma | Aaron | SS-3B-2B | 01/01/1990 - 11/15/2000 | | | 2011-11-07 | |
| Levine | Al | P | 06/03/1991 - 12/18/1997 | | | 2013-08-26 | |
| Lewis | Scott | P | 02/01/1990 - 04/01/1998 | | | 2008-05-13 | |
| Luke | Matt | OF-1B | 09/15/2001 - 09/15/2002 | | | 2003-05-27 | |
| Martin | Chris | | 04/01/1997 - 09/01/1999 | | | 2009-09-21 | |
| Meacham | Rusty | P | 05/11/1988 - 10/08/2001 | | | 2011-04-04 | |
| Paul | Josh | C | 06/25/1996 - 04/01/2008 | | | 2013-05-06 | |
| Riggans | Shawn | C | 06/05/2000 - 11/02/2011 | | | 2013-07-22 | |
| Roberts | Marquis | | 06/02/1997 - 09/30/2001 | | | 2011-12-15 | |
| Rolls | Damian | OF-3B-2B | 02/01/1996 - 10/01/2004 | | | 2012-12-21 | |
| Santana | Julio | P | 02/18/1990 - 10/11/2006 | | | 2012-06-12 | |
| Shumpert | Terry | 2B-DH-LF | 06/02/1987 - 12/31/2003 | | | 2012-05-16 | |
| Wade | Terrell | P | 01/01/1997 - 10/31/2002 | | | 2011-02-08 | |
| Wade | Terrell | P | 04/22/1997 | | | 2011-03-02 | |

**Notes:**

Cumulative injury* - an injury or injuries incurred over time

Case 3:14-cv-00608-JCS   Document 297-1   Filed 12/15/14   Page 73 of 122

* Concussion lawsuit = plaintiff of a concussion-related lawsuit filed against the National Football League

The compensation claims were obtained by The Times through a California Public Records Act request filed with the California Division of Workers' Compensation.

There are two groups of claims included in the sortable table – did not include an application date and submitted prior to 1990 – that were excluded from The Times analysis and above bar chart.

The Times has also identified more than 3,100 retired NFL players who also filed concussion-related lawsuits against the National Football League.

Sources: California Division of Workers' Compensation (http://www.dir.ca.gov/dwc/), National Football League Players Assn., Sports-Reference.com (http://www.sports-reference.com/), Times research, Washington Times (http://www.washingtontimes.com/footballinjuries/)

Credits: Ken Bensinger, Armand Emamdjomeh, Maloy Moore, Sandra Poindexter

(HTTP://WWW.LATIMES.COM/)

ADVERTISEMENT

# Injury claims by professional athletes

**By TIMES STAFF**

FEB. 1, 2014

Since 1990, professional athletes have filed more than 6,300 workers' compensation claims in California against NFL teams and 3,100 claims against teams from other professional sports leagues alleging acute injuries, such as broken bones, as well as cumulative injuries incurred over time. Cumulative filings, most involving head or brain trauma, have increased markedly since 2006.

Names may appear more than once because players often make multiple claims.

**This graphic is featured in**



(http://www.latimes.com /business/la-fi-nfl-claims- 20140201- dto,0,6484587.htmlstory)

**NFL workers' comp victory comes at a price (http://www.latimes.com /business/la-fi- nfl-claims-20140201- dto,0,6484587.htmlstory)**

| NFL | MLB | NBA | NHL | MLS | WNBA |

**CLAIMS:**

| All | Cumulative injuries | Cumulative head injuries | Teams outside California |



Washington Nationals    🔍  Reset

‹  1  2  ›    **61** results

| Last name | First name | Position | Injury date | Cumulative injury* | Head injury | Application date | Detail |
|---|---|---|---|---|---|---|---|
| Aquino | Luis | P | 06/15/1981 - 04/15/1998 | | | 2011-01-03 | |
| Batista | Tony | 3B-SS-2B | 06/01/1991 - 09/30/2007 | | | 2013-09-10 | |
| Bennett | Gary | C | 06/04/1990 - 11/05/2008 | | | 2012-10-08 | |
| Bouknight | Kip | | 06/01/2001 - 12/31/2009 | | | 2013-02-26 | |

(http://www.latimes.com/)

Case 3:14-cv-00608-JCS    Document 297-1    Filed 12/15/14    Page 75 of 122

Terms of Service (http://www.latimes.com/lat-terms,0,7374802.story) | Privacy Policy (http://privacy.tribune.com) | About Our Ads (http://www.latimes.com/lat-about-our-ads,0,5679412.htmlstory) | © 2014 (http://www.latimes.com/services/site/la-reprint-request-splash,0,6731163.htmlstory) | About This Site (http://www.latimes.com/about/)

| Last name | First name | Position | Injury date | Cumulative injury* | Blead injury | Application date | Detail |
|-----------|-----------|----------|-------------|--------------------|--------------|------------------|--------|
| Bowers | Jason | | 06/01/1998 - 12/31/2009 | | | 2012-04-04 | |
| Carrasco | Hector Pacheco | P | 09/10/1993 - 07/11/2007 | | | 2013-07-02 | |
| Castro | Bernie | 2B-LF | 06/01/1998 - 10/01/2008 | | | 2013-09-09 | |
| Cintron | Alex | SS-2B-3B | 06/03/1997 - 05/24/2011 | | | 2012-10-01 | |
| Cordero | Wil | LF-SS-1B | 07/24/1992 - 07/18/2005 | | | 2013-02-12 | |
| Dilks | Darren | | 06/01/1981 - 10/01/1984 | | | 2013-01-30 | |
| Drese | Ryan | P | 06/01/1998 - 12/31/2011 | | | 2013-05-06 | |
| Dukes | Elijah | OF | 08/21/2002 - 10/04/2009 | | | 2013-05-23 | |
| Duncan | Chris | LF-1B | 03/01/2005 - 09/05/2010 | | | 2011-09-07 | |
| Fick | Robert | 1B-RF-C | 07/05/1996 - 09/29/2007 | | | 2012-10-15 | |
| Fraser | Willie | P | 06/13/1985 - 04/01/1996 | | | 2013-05-07 | |
| Granger | Wayne | P | 03/01/1965 - 09/01/1979 | | | 2013-09-02 | |
| Guerrero | Jason | | 06/02/1997 - 09/01/1999 | | | 2013-01-22 | |
| Hammonds | Jeffrey | OF | 07/11/1992 - 05/22/2005 | | | 2010-11-18 | |
| Handy | Russ | P | 01/01/2000 - 12/31/2000 | | | 2010-05-03 | |
| Harper | Brandon | C | 06/01/1997 - 10/01/2007 | | | 2013-09-09 | |
| Holman | Brian | P | 03/01/1983 - 10/01/1994 | | | 2013-09-12 | |
| Hopper | Norris | OF-PH | 06/01/1998 - 07/19/2012 | | | 2013-01-07 | |
| Houston | Mel | OF-SS-2B-P | 06/01/1984 - 09/30/1991 | | | 2013-09-11 | |
| Hughes | Travis | P | 06/01/1998 - 12/31/2011 | | | 2012-09-17 | |
| Hunt | Ron | 2B-3B | 01/01/1959 - 09/04/1974 | | | 2013-09-04 | |
| Jimenez | D'Angelo | 2B-SS-3B | 06/23/2001 - 10/27/2007 | | | 2013-07-16 | |
| Kelly | Kenny | PH-OF | 06/03/1997 - 10/29/2007 | | | 2011-10-13 | |
| Kelly | Roberto | OF | 02/21/1982 - 03/30/2001 | | | 2013-09-06 | |
| King | Ray | P | 02/01/1995 - 10/01/2008 | | | 2013-02-01 | |
| Larson | Brandon | 3B-PH-LF | 06/22/1997 - 09/30/2008 | | | 2011-11-08 | |

| Last name | First name | Position | Injury date | Cumulative injury* | Head injury | Application date | Detail |
|-----------|-----------|----------|-------------|-------------------|-------------|-----------------|--------|
| Lontayo | Alex | | 01/01/1999 - 07/01/2005 | | | 2011-12-06 | |
| Lopez | Luis | 3B-1B | 06/01/1995 - 10/01/2004 | | | 2013-09-13 | |
| McDavid | Ray | OF-PH | 01/01/1990 - 10/01/1996 | | | 2012-01-10 | |
| Melo | Juan | 2B-PH | 11/18/2000 - 06/08/2007 | | | 2012-01-23 | |
| Mercedes | Jose | P | 08/10/1989 - 10/15/2003 | | | 2013-09-09 | |
| Mock | Garrett | P | 08/07/2006 - 08/18/2013 | | | 2013-09-03 | |
| O'Leary | Troy | OF | 06/02/1987 - 10/20/2003 | | | 2012-07-17 | |
| Offerman | Jose | SS-2B-1B | 07/24/1986 - 10/16/2006 | | | 2012-05-01 | |
| Paredes | Johnny | 2B | 01/12/1984 - 12/03/1989 | | | 2013-05-09 | |
| Pate | Bob | RF-DH | 01/01/1980 - 10/01/1983 | | | 2012-06-25 | |
| Perez | Carlos Gross | P | 01/07/1988 - 10/31/2001 | | | 2013-09-06 | |
| Perez | Odalis | P | 06/01/1994 - 09/28/2008 | | | 2013-09-09 | |
| Raines | Tim | CF | 06/30/1998 - 12/31/2011 | | | 2013-01-31 | |
| Santana | Julio | P | 02/18/1990 - 10/11/2006 | | | 2012-06-12 | |
| Scott | Rodney | 2B-SS-3B | 06/25/1972 - 05/08/1982 | | | 2013-05-30 | |
| Sledge | Terrmel | LF-PH | 06/02/1999 - 06/13/2012 | | | 2013-08-15 | |
| Smi h | Lee | P | 06/03/1975 - 05/01/1998 | | | 2012-08-07 | |
| Spivey | Junior | 2B | 04/01/1996 - 08/25/2009 | | | 2012-07-10 | |
| Stanifer | Rob | P | 06/04/1994 - 10/15/2004 | | | 2013-09-13 | |
| Tavarez | Julian | P | 06/01/1990 - 10/01/2009 | | | 2013-09-09 | |

**Notes:**

Cumulative injury* - an injury or injuries incurred over time

Concussion lawsuit** - plaintiff of a concussion-related lawsuit filed against the National Football League

The compensation claims were obtained by The Times through a California Public Records Act request filed with the California Division of Workers' Compensation.

There are two groups of claims included in the sortable table – did not include an application date and submitted prior to 1990 – that were excluded from The Times analysis and above bar chart.

The Times has also identified more than 3,100 retired NFL players who also filed concussion-related lawsuits against the National Football League.

Case 3:14-cv-00608-JCS   Document 297-1   Filed 12/15/14   Page 77 of 122

Sources: California Division of Workers' Compensation (http://www.dir.ca.gov/dwc/), National Football League Players Assn., Sports-Reference.com (http://www.sports-reference.com/), Times research, Washington Times (http://www.washingtontimes.com/footballinjuries/)

Credits: Ken Bensinger, Armand Emamdjomeh, Maloy Moore, Sandra Poindexter

Case 3:14-cv-00608-JCS    Document 297-1    Filed 12/15/14    Page 78 of 122

(HTTP://WWW.LATIMES.COM/)

ADVERTISEMENT

# Injury claims by professional athletes

**By TIMES STAFF**

FEB. 1, 2014

Since 1990, professional athletes have filed more than 6,300 workers' compensation claims in California against NFL teams and 3,100 claims against teams from other professional sports leagues alleging acute injuries, such as broken bones, as well as cumulative injuries incurred over time. Cumulative filings, most involving head or brain trauma, have increased markedly since 2006.

Names may appear more than once because players often make multiple claims.

**This graphic is featured in**



(http://www.latimes.com /business/la-fi-nfl-claims-20140201-dto,0,6484587.htmlstory)

**NFL workers' comp victory comes at a price (http://www.latimes.com /business/la-fi-nfl-claims-20140201-dto,0,6484587.htmlstory)**

| NFL | MLB | NBA | NHL | MLS | WNBA |
|-----|-----|-----|-----|-----|------|

**CLAIMS:**

All | Cumulative injuries | Cumulative head injuries | Teams outside California



Baltimore Orioles    🔍   Reset

‹  1  2  ›    **52** results

| Last name | First name | Position | Injury date | Cumulative injury* | Head injury | Application date | Detail |
|-----------|-----------|----------|-------------|--------------------|-------------|------------------|--------|
| Abreu | Winston | P | 01/12/2004 - 10/16/2006 | | | 2013-09-12 | |
| Amaral | Rich | OF-2B-1B | 06/06/1983 - 10/18/2000 | | | 2004-10-13 | |
| Aquino | Luis | P | 06/15/1981 - 04/15/1998 | | | 2011-01-03 | |
| Arias | Alex | SS-PH-3B | 06/06/1987 - 10/28/2002 | | | 2011-04-18 | |

Terms of Service (http://www.latimes.com/lat-terms,0,7374802.story) | Privacy Policy (http://privacy.tribune.com) | About Our Ads (http://www.latimes.com/lat-about-our-ads0,36794412.htmlstory) | © 2014 (http://www.latimes.com/services/site/la-reprint-request-splash,0,6731163.htmlstory) | About This Site (http://www.latimes.com/about)

Case 3:14-cv-00608-JCS     Document 297-1     Filed 12/15/14     Page 79 of 122

| Last name | First name | Position | Injury date | Cumulative injury* | Head injury | Application date | Detail |
|---|---|---|---|---|---|---|---|
| Ayala | Benny | PH-LF-DH | 01/28/1971 - 11/12/1985 | | | 2012-10-02 | |
| Bass | Kevin | RF | 02/01/1977 - 10/01/1999 | | | 2012-07-16 | |
| Berroa | Geronimo | RF-DH | 12/05/1988 - 10/14/2000 | | | 2012-02-24 | |
| Bowers | Jason | | 06/01/1998 - 12/31/2009 | | | 2012-04-04 | |
| Carrasco | Hector Pacheco | P | 09/10/1993 - 07/11/2007 | | | 2013-07-02 | |
| Cintron | Alex | SS-2B-3B | 06/03/1997 - 05/24/2011 | | | 2012-10-01 | |
| Coppinger | Rocky | P | 06/03/1993 - 05/15/2002 | | | 2003-12-10 | |
| Daal | Omar | P | 04/23/1993 - 03/30/2004 | | | 2010-10-07 | |
| Davis | Eric | OF | 04/01/1980 - 10/07/2001 | | | 2011-02-10 | |
| De Cinces | Doug | 3B | 02/05/1990 | | | 1990-02-05 | |
| De Cinces | Doug | 3B | 06/15/1981 | | | 1989-12-04 | |
| De Cinces | Doug | 3B | 04/15/1979 | | | 1989-12-04 | |
| Dejean | Mike | P | 04/10/1996 - 09/01/2006 | | | 2008-12-16 | |
| Deshields | Delino | 2B-LF | 01/01/1990 - 09/28/2002 | | | 2012-02-24 | |
| Devereaux | Mike | CF | 05/29/2002 | | | 2002-05-29 | |
| Dubose | Eric | P | 03/01/1997 - 10/01/2008 | | | 2013-09-10 | |
| Garcia | Karim | RF | 09/02/1995 - 08/24/2004 | | | 2013-04-17 | |
| Guzman | Juan | P | 04/15/2004 | | | 2004-04-15 | |
| Hubbard | Trent | OF-PH | 02/01/1986 - 10/01/2005 | | | 2012-05-04 | |
| Kinkade | Mike | LF-PH-1B | 06/01/1995 - 08/01/2008 | | | 2011-02-22 | |
| Kolodny | Tyler | | 06/01/2007 - 06/02/2012 | | | 2012-11-02 | |
| Lacy | Lee | OF-2B | 03/28/1987 - 03/28/1988 | | | 1988-09-20 | |
| Larocca | Todd | | 06/01/1994 - 12/31/1996 | | | 2012-07-16 | |
| Ledesma | Aaron | SS-3B-2B | 01/01/1990 - 11/15/2000 | | | 2011-11-07 | |
| Leon | Jose | 1B-3B | 06/02/1994 - 10/15/2005 | | | 2013-03-14 | |
| Martinez | Tippy | P | 03/01/1972 - 10/01/1988 | | | 2013-09-14 | |
| Mata | Frank | P | 03/25/2010 - 11/05/2010 | | | 2013-09-09 | |
| Matos | Luis | CF | 06/04/1996 - 08/10/2006 | | | 2013-09-13 | |

Case 3:14-cv-00608-JCS     Document 297-1     Filed 12/15/14     Page 80 of 122

| Last name | First name | Position | Injury date | Cumulative injury* | Head injury | Application date | Detail |
|-----------|-----------|----------|-------------|-------------------|-------------|------------------|--------|
| May | Derrick | LF-PH | 03/01/1986 - 10/01/1999 | | | 2013-04-09 | |
| McDowell | Oddibe | CF | 06/04/1984 - 10/21/1994 | | | 2011-12-14 | |
| McGuire | Ryan | 1B-OF-PH | 06/01/1993 - 07/14/2002 | | | 2013-09-10 | |
| Moreno | Chris | | 12/11/2001 | | | 2003-09-22 | |
| Nettles | Jeff | 3B-OF-SS-1B | 03/01/1998 - 09/01/2012 | | | 2013-09-10 | |
| Newhan | David | OF-PH-2B | 02/01/1997 - 10/31/2009 | | | 2010-09-08 | |
| Palmer | Jim | P | 03/01/1964 - 10/01/1984 | | | 2013-09-14 | |
| Parent | Mark | C | 09/15/1999 - 09/15/2000 | | | 2002-05-30 | |
| Raines | Tim | CF | 06/30/1998 - 12/31/2011 | | | 2013-01-31 | |
| Relaford | Desi | SS-2B-3B | 07/05/1994 - 10/05/2007 | | | 2012-08-21 | |
| Roenicke | Gary | | 04/15/2004 | | | 2004-04-15 | |
| Sasser | Rob | DH | 06/08/1993 - 06/13/2006 | | | 2012-02-07 | |
| Smith | Lee | P | 06/03/1975 - 05/01/1998 | | | 2012-08-07 | |
| Tettleton | Mickey | C-RF-1B | 04/15/2004 | | | 2004-04-15 | |
| Thompson | Fletcher | | 06/01/1990 - 09/01/1996 | | | 2011-11-10 | |
| Trachsel | Steve | P | 06/10/1991 - 06/07/2008 | | | 2013-09-09 | |
| Washington | Kyle | | 07/01/1993 - 12/31/1999 | | | 2012-03-22 | |
| Williams | Todd | P | 06/04/1990 - 10/29/2007 | | | 2012-05-09 | |

**Notes:**

Cumulative injury* - an injury or injuries incurred over time

Concussion lawsuit** - plaintiff of a concussion-related lawsuit filed against the National Football League

The compensation claims were obtained by The Times through a California Public Records Act request filed with the California Division of Workers' Compensation.

There are two groups of claims included in the sortable table – did not include an application date and submitted prior to 1990 – that were excluded from The Times analysis and above bar chart.

The Times has also identified more than 3,100 retired NFL players who also filed concussion-related lawsuits against the National Football League.

Sources: California Division of Workers' Compensation (http://www.dir.ca.gov/dwc/), National Football League Players Assn., Sports-Reference.com (http://www.sports-reference.com/), Times research, Washington Times (http://www.washingtontimes.com/footballinjuries/)

Credits: Ken Bensinger, Armand Emamdjomeh, Maloy Moore, Sandra Poindexter

Case 3:14-cv-00608-JCS     Document 297-1     Filed 12/15/14     Page 81 of 122

# Exhibit J

# California limits workers' comp sports injury claims

By **KEN BENSINGER AND MARC LIFSHER**

OCTOBER 8, 2013, 10:31 PM

After more than a year of intense lobbying by professional sports leagues, California has slammed the door on most athletes looking to file injury claims in the state, including those with serious brain injuries.

Gov. Jerry Brown on Tuesday signed legislation that significantly limits workers' compensation claims by pro players. It's a significant victory for the National Football League, which has been trying to reduce its financial exposure to concussions and other brain injuries that former players allege are the result of repeated blows to the head.

In August, the league agreed to a $765-million settlement with more than 4,500 former players. They had sued the NFL in federal court over the lasting effects of concussions, which have been linked to dementia and other debilitating illnesses. That landmark deal was viewed as a bargain for the league, considering the gravity of the injuries and the bad publicity the lawsuit generated for the sport.

The NFL's legislative win in Sacramento could be far more valuable over the long term. It allows the league to sidestep exposure to thousands of serious head and brain trauma claims by out-of-state players who are no longer eligible to file in California.

The bill, signed without comment by the governor, was the subject of nearly 18 months of lobbying by the NFL, Major League Baseball and other major sports leagues and workers' compensation insurers. It ultimately found the backing of nearly every member of the Legislature; just five voted against it.

Supporters said the system was being abused by greedy athletes looking for a big payday. The bill's sponsor, Assemblyman Henry T. Perea (D-Fresno), said that the athletes' claims place a heavy burden on California and its employers and should be lodged elsewhere.

"Our workers' compensation system will no longer be unfairly targeted by out-of-state professional athletes," he said.

But critics said it allowed wealthy teams and their insurers to duck responsibility for employees injured on the job.

"It's a sellout to the billionaire owners" of professional teams, said Melissa Brown, a workers' compensation attorney in Sacramento. "Players are suffering these terrible injuries, especially the older ones. They are going to be without a remedy."

Since 2006, more than 3,400 former NFL players have filed for workers' compensation in California

alleging head or brain injuries, with many claiming dementia and other incurable neurological conditions. Some of the game's greatest players — including Earl Campbell, Deion Sanders and Tony Dorsett — are among those who have made head injury claims.

Under terms of the new law, such filings will no longer be permitted from athletes who did not play on a California team for at least two complete seasons. In addition, those who spent seven or more seasons playing outside the state will also be unable to file, even if they meet the two-season California requirement.

The bill is retroactive to Sept. 15, meaning that any claims filed by affected athletes from that date are invalid.

Workers' compensation is an employer-paid insurance system administered by states. It pays benefits to workers injured on the job, who in turn are precluded from suing their employers.

Critics contend that the new law benefits a very profitable special interest and will have little tangible benefit for the state as a whole.

Modesto Diaz, a Santa Ana workers' compensation attorney specializing in athletes, said the leagues capitalized on the widespread — and mistaken — belief that taxpayers bear the costs of successful claims.

The lobbying campaign took advantage of "an unsuspecting Legislature and an uninformed general public," Diaz said. He said the irony is that hundreds if not thousands of seriously injured former players may now have to turn to Social Security Disability Insurance, Medicaid and other forms of government aid.

"Taxpayers are going to wind up footing the bill for the treatment these people are going to need down the road," Diaz said.

At the center of the debate is California's unusual workers' compensation system, which has become a refuge to many injured athletes.

California is one of only a handful of states to recognize cumulative trauma, a category of injuries that are incurred over time. Those include arthritis, back injuries and terminal brain disease such as chronic traumatic encephalopathy, which has been linked to contact sports.

In addition, California's statute of limitations for workers' compensation filings includes a provision allowing some workers to file long after retirement. Most states have stricter time limits for filing.

That has made California a magnet for claims from players who develop serious brain injuries years or even decades after their careers have ended.

Since 2006, more than two-thirds of all cumulative trauma filings by athletes in California have come

from those who played for out-of-state teams, state data show.

Successful workers' compensation claims are paid by either the employer or its insurer. In addition to cash, awards often include lifetime medical coverage for injuries, which can run into the hundreds of thousands of dollars for serious debilitating injuries.

In most major sports, insurance premiums are included in the salary cap, meaning the players in effect absorb the costs of their own coverage. But because the NFL does not offer lifetime healthcare to its players, those who cannot file workers' compensation claims despite having legitimate injuries may be forced to pay for their own medical costs.

And only a small portion of former players made enough money during their careers to be able to afford private insurance. The average career of a football player is fewer than four years, and many of those making claims in California played in the 1970s and 1980s, when salaries were far lower.

The new law, AB 1309, applies only to professional football, baseball, basketball, ice hockey and soccer. In addition to major league athletes, it also covers minor league players whose compensation can be as low as a few hundred dollars a week.

Organized labor opposed the bill on concerns that it could embolden employers and insurers to propose legislation barring claims from other out-of-state workers, including flight attendants, truckers and salespeople whose jobs bring them to California.

"This is a terrible precedent for players and a more dangerous precedent for all workers," said Angie Wei, legislative director of the California Labor Federation.

*ken.bensinger@latimes.com*

*marc.lifsher@latimes.com*

*Times staff writer Armand Emamdjomeh contributed to this report.*

Copyright © 2014, Los Angeles Times

# Exhibit K



**Saint Charles MO - 4 bd/3.0 ...**
$230,000



**Ballwin MO - 2 bd/1.0 ba**
$145,300



**Wildwood MO - 1 bd/2.0 ba**
$420,980



THE OFFICIAL SITE OF MINOR LEAGUE BASEBALL

Search    Register    Login

SCORES   STATS   STANDINGS   SCHEDULE   MILB.TV   NEWS   EVENTS   INFO       TICKETS   SHOP   MOBILE   FANS   TEAMS & LEAGUES

Home | Register | General Info | Agenda/Events | Awards | Hotel/Travel | Sponsors | Rules | Contact

# 2014 Baseball Winter Meetings returns to San Diego after three decades

Beautiful beaches, warm breezes and sun-filled days are calling from San Diego, and we're inviting you to answer the call! Join us at the Hilton San Diego Bayfront from December 7-11, as "America's Finest City" will welcome the 113th annual Baseball Winter Meetings for the first time in nearly three decades. With a breathtaking, downtown waterfront location, the 30-story host hotel captures the essence of the city's distinctive coastal culture and lifestyle. Spend your days mingling in the heart of baseball's premier off-season event, and at night, walk to the Gaslamp Quarter and East Village for dining, world-class shopping, entertainment and recreational venues. With a location adjacent to the San Diego Convention Center, across the street from the San Diego Padres' Petco Park, and minutes from San Diego International Airport (SAN), you will be in the midst of all the week's action. Don't miss your opportunity to experience five days of everything this world-class city has to offer!

The Baseball Winter Meetings is the annual gathering of members of The National Association of Professional Baseball Leagues, Inc. d/b/a Minor League Baseball, Major League Baseball and their affiliated parties. Known as the largest gathering of baseball executives in the world, the Baseball Winter Meetings brings together front office personnel, trade show exhibitors and job seekers in one place for five days of seminars, league meetings and organizational meetings. Among the week's notable events are the Baseball Trade Show, PBEO Job Fair and other special events, such as the Banquet, Awards Luncheon and Gala. Check out the special events description section on the **Agenda/Events** page for complete details. Stay up-to-date on all Baseball Winter Meetings information by visiting **www.BaseballWinterMeetings.com**.

To view the Baseball Winter Meetings Registration Brochure, click **here**.
Para ver el Folleto de Registro y Alojamiento de los Baseball Winter Meetings, clique **aquí**.



San Diego Waterfront (Photo courtesy of the San Diego Convention & Visitors Bureau)



© 2014. Minor League Baseball™, MiLB™, Minor League Baseball™ Promotional Seminar, MiLB™ Charities, Baseball Winter Meetings™, Baseball Trade Show™ and PBEO® Job Fair trademarks and copyrights are the property of Minor League Baseball. All rights reserved.

## Playoffs by League

**Triple-A Championship: Sept. 16**
**International: Sept. 3-13**
**Pacific Coast: Sept. 3-14**
**Mexican: Aug. 15-Sept. 14**
**Eastern: Sept. 3-13**
**Southern: Sept. 4-14**
**Texas: Sept. 3-14**
**California: Sept. 3-15**
**Carolina: Sept. 3-12**
**Florida State: Sept. 2-10**
**Midwest: Sept. 3-15**
**South Atlantic: Sept. 3-13**
**New York-Penn: Sept. 3-9**
**Northwest: Sept. 2-8**
**Appalachian: Aug. 31-Sept. 6**
**Pioneer: Sept. 5-11**
**Arizona: Aug. 30-Sept. 1**
**Gulf Coast: Aug. 29-Aug. 31**

## Playoffs

2014 Playoffs
2013 Playoffs
2012 Playoffs
2011 Playoffs
2010 Playoffs
2009 Playoffs
2008 Playoffs
2007 Playoffs
2006 Playoffs
2005 Playoffs

## All-Star Games

2014
2013
2012
2011
2010
2009
2005-2008

## First-Year Player Draft

2014 Draft
2013 Draft
2012 Draft
2011 Draft
2010 Draft
2010 Reports
2009 Reports
2008 Reports
2007 Reports
Rule 5 Draft

## Opening Day

Opening Day 2014



Terms of Use | Privacy Policy (updated 07.08.2011) | About Our Ads

Copyright © 2014 Minor League Baseball.
Minor League Baseball trademarks and copyrights are the property of Minor League Baseball. All Rights Reserved.

MLB.com Sites

## Winter Meetings

2014 home
2013 Coverage
2012 Coverage
2011 Coverage
2010 Coverage
2009 Coverage
2008 Coverage
2007 Coverage
2006 Coverage

## PBEO.com

PBEO Job Fair

## MiLB Promotional Seminar

2014 Seminar

## Business of Baseball

Business of Baseball

AdChoices

# Exhibit L



Kevin Nelson

*Foreword by*
*Hank Greenwald*

the
# GOLDEN
# GAME

The Story of California Baseball

California Historical Society Press, San Francisco, California
Heyday Books, Berkeley, California

xiii

# Introduction

The story of California baseball begins in New York in the years before the Gold Rush. Base Ball—it was two words then—was just getting started, and men from Manhattan Island and Brooklyn were among the earliest to play it. When gold was discovered in the Sierra Nevada foothills and the dream of instant riches swept across America, some of these New Yorkers came to California and brought the game with them. Then, more than a century later, New Yorkers again had a hand in bringing baseball to California. In this case it was major league baseball. Two of New York's major league teams, the Brooklyn Dodgers and the New York Giants, transferred to California, and the state's first big league clubs, the Los Angeles Dodgers and the San Francisco Giants, began play in April 1958.

The Gold Rush begins the story of baseball in California, but the arrival of the Dodgers and Giants certainly does not end it. The Anaheim (originally Los Angeles) Angels, Oakland Athletics, and San Diego Padres all set up shop in the decade that followed, adding still more layers to an already rich story.

For decades California has produced more major league ballplayers than any other state. As impressive as this may be, it is not the central story of California baseball. The central story is the astonishing mix of people—people from all over the United States and all over the planet—who were and are involved in it.

The man who broke organized baseball's color barrier was Jackie Robinson, who grew up in Pasadena, California. Born in Georgia, the man selected by *Time* magazine as one of the one hundred most influential people of the twentieth century came west with his family when he was only a baby. They lived on Pepper Street near Brookside Park and the Rose Bowl, and Robinson attended Pasadena public schools, Pasadena Junior College, and the University of California at Los Angeles. Brooklyn Dodgers executive Branch Rickey chose Robinson to carry the burden and honor of being the first black to play modern major league baseball largely for two reasons: he was educated and he had played all his life on integrated sports teams.



*The Dodgers' welcoming parade, Los Angeles, 1958. Security Pacific Collection/Los Angeles Public Library·*

# Exhibit M

Advertisement

YOU ARE HERE:  LAT Home → Collections → **Pro_baseball**

Adver isement



FREE SHIPPING ON ALL ORDERS

**FROM THE ARCHIVES**

Red Sox are in the market for a catcher
*April 25, 2010*



**MORE STORIES ABOUT**

Pro_baseball

Major League Baseball

Southern California

Texas

# California is top producer of major league players

*The state accounts for 23% of Americans in the big leagues, but Texas and Florida are not far behind, and Georgia is making a big push.*

**July 12, 2010** | By Laura Myers

Email    Share    g+1  0        Tweet  0        Recommend  0

Major league players represent all 50 states and 14 countries, but some much more than others.

California, Florida and Texas are traditional powerhouses when it comes to producing top-quality baseball players in the United States. Now Georgia is making a bid to be a part of that list.

The Peach State had 83 natives selected in Major League Baseball's 2010 amateur draft, including a state-record seven in the first round. Three of those first-round picks were by the Angels.

"The area has gotten a lot better," Angels scouting director Eddie Bane said. "It's not as good as Southern California yet, or probably won't be, but it's really up there with Texas and Florida. You have to include Georgia now."



# Dodgers Tickets

losangelesdodgers.ticketsnow.com

Los Angeles Dodgers Tickets! Official TicketsNow.com® Site!

Bane said the growth could be attributed to the Atlanta Braves' resurgence in the early 1990s.

"Kids kind of emulate what the pro team does," he said.

California remains the top producer of big league talent. As of July 7, 148 Californians (23.23% of American players) appeared on major league rosters and disabled lists. The next highest were Texas with 71 (11.15%) and Florida with 55 (8.63%), according to MLB.

Those numbers are similar to the demographics of the 2010 draft. California yielded 20.4% of all Americans selected, 11.3% came from Texas and 12.9% from Florida.

The Dominican Republic and Venezuela led foreign countries with 86 and 58 major league players, respectively, on opening-day rosters and disabled lists.

As of April 5, 27.7% of major league players were born outside the U.S. However, 48% of minor league players were born abroad.

Several factors could contribute to the disparity, including a lack of infrastructure and a younger signing age, said Logan White, assistant general manager of the Dodgers, who have players from seven countries.

"We have leagues, T-ball, coach-pitch, club ball — we have all of the leagues for kids to play in, receive coaching, and everything else," he said.

However, one-third of the players on this year's All-Star rosters were born in other countries, which is more than the overall proportion of foreign players.

"I think that we're going to put guys in the major leagues and select them for All-Star teams regardless of where they came from," White said.

laura.myers@latimes.com

Case 3:14-cv-00608-JCS    Document 297-1    Filed 12/15/14    Page 96 of 122

## Are You Writing a Book?

iuniverse.com

Get a free guide to professional editing & publishing options.

Email     Share     g+1 ⟨ 0          Tweet ⟨ 0          Recommend ⟨ 0

**FEATURED**



**Johnny Cash's dark California days**

**After dark, the dirty work at Disneyland begins**

**Gang tattoo leads to a murder conviction**

**MORE:**

Seizure Led to FloJo's Death

His 104 scores make his case

Brutal Murder by Teen-Age Girls Adds to Britons' Shock

Comaneci Confirms Suicide Attempt, Magazine Says

*Los Angeles Times*   Copyright 2014 Los Angeles Times          Index by Keyword | Index by Date | Privacy Policy | Terms of Service

# Exhibit N

Case 3:14-cv-00608-JCS     Document 297-1     Filed 12/15/14     Page 98 of 122

 **Official Info**

General

About MLB

About MLB com

Umpires

Reviving Baseball in Inner Cities (RBI)

Urban Youth Academy

Diverse Business Partners

MLB Tryout Camps

Television

Official Rules

Baseball Basics

MLB in the Community

FAQ

Contact Teams

International

MLB Productions

## MLB OFFICIAL INFO

### Major League Baseball Scouting Bureau Q&A

**Frank Marcos of the Major League Baseball Scouting Bureau, recently explained the functions of the Bureau, and revealed what they look for when scouting players.**

**Q  What's the main purpose of the MLB Scouting Bureau?**

A: We try to provide the best information on prospects to help clubs make more educated selections in the draft.

**Q  When was the Scouting Bureau formed?**

A: In 1974, ownership developed the idea to centralize scouting. It was not part of the Commissioner's Office. It was an independent group supported by the clubs. In 1985, [Commissioner] Peter Uebberoth brought the Major League Scouting Bureau under the umbrella of the Commissioner's Office.

**Q  Why was it started?**

A: Cost was a major issue. It allows the club to get information for a fraction of the price of having two full-time scouts of their own. They're getting a lot more bang for the buck.

**Q  How many scouts work at the MLB Scouting Bureau?**

A: We have 34 full-time scouts and 13 part-time scouts across the United States, Canada and Puerto Rico.

**Q  How do your scouts rate prospects?**

A: We have basic generic things that apply to both position players and pitchers and then we have specific things for position players and pitchers. We grade position players on hitting ability, power, running speed, arm strength and fielding. We use a scale of 2-8 in each category to grade our players and come up with an OFP (Overall Future Potential). A total range of 40-80 covers Major League prospects. Forty is the minimum for our category of a Major League prospect. We have fringe, average and definite prospect [categories]. As the number gets higher, the better the prospect is.

We grade pitchers on fastball, curveball, slider and other (if the pitcher throws a knuckler or split-finger). If a pitcher doesn't throw an "other," he gets graded on the three he throws. But that's when a scout's instinct comes into play. If a pitcher only throws two pitches, but the scout sees he has the arm instinct to develop a slider, he'll grade him higher. A scout can move the number up if he feels the potential is higher.

The generic qualities that apply to both position players and pitchers are things like aggressiveness, instinct, dedication, work ethic.

**Q  Predicting who will make a good major league pitcher must be especially difficult.**

A: You can always tell arm strength. We all have radar guns for that, but you can't put a radar gun to a player's heart or head. If you had seen Todd Van Poppel, you would have been sure he was a can't miss. But he did. And then sometimes you have overachievers. Orel Hershiser is a great example. Not too many people were high on him.

**Q  How does somebody become a prospect? How do you decide who to scout?**

A: Every goal of our year is the June draft. After that, we gear up for the summer, when we get a chance to see younger prospects we didn't have time for before the draft (Prior to the draft, MLSB scouts are busy looking at those eligible for that year's draft). We look at what we call "follows," mostly 15 and 16 year-olds. There are showcase events that have been great for younger kids. They have the chance to compete against the top kids in the country. The more visibility [a kid] has to the scouts, the better.

We develop a follow list by the end of the summer or the early fall. We have a list of five to six hundred players that will be eligible for the 2000 draft. In addition, we'll have lists of players eligible for the 2001 and 2002 drafts. We're always trying to stay ahead.

We also get letters, phone calls, faxes from parents, girlfriends, coaches, agents about players and sometimes it is very valuable information. Some guys are creative. We get videotapes, color shots of their swings. I guess they see it as investment in their future and are willing to go to that extent.

You can never have too much information. We will pass information on to the scout in the area. We'll also provide players with a list for tryout camps.We have 35 tryout camps in June throughout the country and the clubs hold camps as well. It's a chance for a player who doesn't have the chance to be seen to show what they can do. Hopefully kids remember it in a positive way, that it was fun and that they had a chance.

**Q  How can players get in touch with the MLSB?**

A: They can write to:

**Major League Scouting Bureau**
**3500 Porsche Way, Suite 100**
**Ontario, CA 91764**
**Fax  909-980-7794**
**Phone  909-980-1881**





© 2014 MLB Advanced Media, LP. All rights reserved.

CONNECT WITH MLB.COM

# Exhibit O

**2012-2016 BASIC AGREEMENT**
**TABLE OF CONTENTS**

ARTICLE I—Intent and Purpose ............................. 1

ARTICLE II—Recognition ................................... 1

ARTICLE III—Uniform Player's Contract .................... 1

ARTICLE IV—Negotiation and Approval of Contracts ........ 2

ARTICLE V—Scheduling .................................... 3

    A.  Length of Season ...................................... 3

    B.  Championship Schedules .............................. 5

    C.  Additional Scheduling Agreements .................... 5

    D.  Interleague Play ...................................... 10

    E.  15/15 Realignment ..................................... 10

ARTICLE VI—Salaries ..................................... 10

    A.  Minimum Salary ....................................... 10

    B.  Maximum Salary Reduction .......................... 12

        (1)  Maximum Salary Cut Rate ....................... 12

        (2)  Calculation of Previous Seasons Salaries .......... 13

        (3)  Disputes ......................................... 17

    C.  Standard Length of Season ............................ 17

    D.  Salary Continuation—Military Encampment ........... 17

    E.  Salary Arbitration ..................................... 17

        (1)  Eligibility ........................................ 17

        (2)  Notice of Submission ............................ 18

        (3)  Withdrawal from Arbitration ..................... 19

i

(4) 25% of the remaining proceeds collected for each Contract Year, with accrued interest, shall be used to defray the Clubs' funding obligations arising from the Major League Baseball Players Benefit Plan Agreements.

## I.  Sunset

There shall be no Competitive Balance Tax in place following the 2016 championship season, and the Parties expressly acknowledge and agree that the provisions of this Article XXIII (except those concerning the collection and distribution of the Competitive Balance Tax proceeds for the 2016 Contract Year) shall not survive the expiration of this Agreement.

## ARTICLE XXIV—The Revenue Sharing Plan

### A.  Definitions

(1)  "Financial Information Questionnaire," or "FIQ," shall mean the questionnaire completed by each of the Major League Clubs and submitted, together with audited financial statements, on an annual basis for each revenue sharing year to the Office of the Commissioner. From time to time, Clubs are also required by the Office of the Commissioner to supplement the FIQ by submitting additional information in a "Supplementary Information Questionnaire" ("SIQ").

(2)  A "Revenue Sharing Year" shall mean the fiscal year of the championship season that falls in that year (and shall be referred to, for any specific Revenue Sharing Year under this Article, as "2012," "2013," "2014," etc., or the "2012 Revenue Sharing Year," the "2013 Revenue Sharing Year," etc.).

(3)  "Defined Gross Revenue" shall mean the aggregate operating revenues from baseball operations received, or to be received on an accrual basis, as reported by each Club on an annual basis in the Club's FIQ. "Baseball Operations" shall mean all activities of a Club that generate revenue, except those wholly unrelated to the business of Major League Baseball. Baseball Operations shall include (by way of example, but not by way of limitation):

(a)  an activity that could be conducted by a non-Club entity but which is conducted by a Club because its affiliation or con-

119

nection with Major League Baseball increases the activity's appeal; and

(b) an activity from which revenue or value is received as a result of a decision or agreement to forego what otherwise would be Defined Gross Revenue.

(4) "Central Revenue" shall mean all of the centrally-generated operating revenues of the Major League Clubs that are administered by the Office of the Commissioner or central baseball including, but not limited to, revenues from national and international broadcasting agreements (television, cable, radio and Internet), Major League Baseball Properties Inc., Baseball Television, Inc., Major League Baseball Enterprises, Major League Baseball Advanced Media, Inc., The MLB Network, LLC, the Copyright Arbitration Royalty Panel, superstation agreements between the Commissioner's Office and the Clubs whose games are transmitted on a distant signal ("Superstation Agreements"), the All-Star Game and national marketing and licensing.

(5) "Local Revenue" shall mean a Club's Defined Gross Revenue less its share of Central Revenue.

(6) "Actual Stadium Expenses" shall mean the "Stadium Operations Expenses" of each Club, as reported on an annual basis in the Club's FIQ.

(7) "Net Local Revenue" shall mean a Club's Local Revenue less its Actual Stadium Expenses.

(8) "Qualified Broadcast Revenue Increase" shall mean: (a) an increase in broadcast revenue that is equal to or greater than 10% of a Club's prior-year broadcast revenue as included in its Net Local Revenue (Part II, Section A of the FIQ); and (b) is attributable to a new, amended, or revised contractual agreement (whether executed or not), or to a related party adjustment of its Net Local Revenue, that was not reflected in the Club's projected 2013 Net Local Revenue that was used to calculate its Performance Factor as set forth in Attachment 26.

(9) "Revenue Sharing Plan" or "Plan" shall mean the local revenue sharing agreement set forth in this Article XXIV and it shall consist of a Base Plan, a Supplemental Plan and the Commissioner's Discretionary Fund.

120

(10) The "Base Plan" shall be a 34% straight pool plan. The amount of net payment or net receipt under the Base Plan for each Major League Club shall be determined as follows: Each Club contributes 34% of its Net Local Revenue from the prior Revenue Sharing Year, net of postseason revenue (line 17 of the FIQ), to a putative pool; that pool is then divided equally among all Clubs, with the difference between each Club's payment into the putative pool and its receipt therefrom producing the net payment or net receipt for that Club. For purposes of the Base Plan in the 2012 Revenue Sharing Year only, the Miami Marlins' Net Local Revenue will be $100 million.

(11) Those Clubs that receive net receipts in a given Revenue Sharing Year under the Base Plan shall be referred to for that year as "Base Plan Payee Clubs." Those Clubs that make net payments in a given Revenue Sharing Year under the Base Plan shall be referred to for that year as "Base Plan Payor Clubs." Clubs that pay more than they receive under the combination of the Base Plan and Supplemental Plan shall be referred to as "Net Revenue Sharing Payor Clubs." Clubs that receive more than they pay under the combination of the Base Plan and Supplemental Plan shall be referred to as "Net Revenue Sharing Payee Clubs."

(12) "Net Transfer Value" of the Revenue Sharing Plan (prior to the operation of the Commissioner's Discretionary Fund and the market disqualification mechanism described in subparagraph 15 below) shall mean the aggregate of the net amounts paid under the combination of the Base Plan and the Supplemental Plan by the Net Revenue Sharing Payor Clubs. In each Revenue Sharing Year, the Net Transfer Value of the Revenue Sharing Plan (prior to the operation of the Commissioner's Discretionary Fund and the market disqualification mechanism described in subparagraph 15 below) shall be the Net Transfer Value that would be produced in that Revenue Sharing Year by a 48% straight pool plan.

(13) The Revenue Sharing Plan shall also have a "Supplemental Plan" which shall be reallocated among the Clubs as follows:

(a) <u>Net Transfer Value</u>. In each Revenue Sharing Year, the Net Transfer Value of the Supplemental Plan shall be the amount necessary, when added to the Net Transfer Value of the Base

121

Plan, to produce the total Net Transfer Value of the Revenue Sharing Plan described in subparagraph 12 above. Any netting that results from a Club having a different status under the Base Plan and the Supplemental Plan (e.g., Base Plan Payor Club and Recipient Club under the Supplemental Plan) will be resolved by increasing the Net Transfer Value of the Supplemental Plan.

(b) Calculation.  In each Revenue Sharing Year, the Supplemental Plan shall be reallocated among the Clubs based on each Club's applicable Performance Factor. The Performance Factors are set forth in Attachment 26 hereto. Clubs with a positive Performance Factor shall be "Contributors" under the Supplemental Plan and Clubs with a negative Performance Factor shall be "Recipients" under the Supplemental Plan.

(i) Contributors.  To determine the amount of money to be reallocated from a Contributor, multiply the Net Transfer Value of the Supplemental Plan by that Contributor's Performance Factor applicable in that Revenue Sharing Year.

(ii) Recipients.  To determine the amount of money to be distributed to a Recipient, multiply the Net Transfer Value of the Supplemental Plan by that Recipient's Performance Factor applicable in that Revenue Sharing Year.

(c) Adjustment of Performance Factors.

(i) Triggering Events.

A Club's Performance Factor may be adjusted, one time during this Agreement, if a Qualified Broadcast Revenue Increase is reported by the Club to or otherwise becomes known by the Office of the Commissioner by November 15, 2014 ("New Broadcast Adjustment"). Depending on the timing of a Club's Qualified Broadcast Revenue Increase (which timing is described in subparagraph c(ii) below), the adjustment will result in a single new Performance Factor for 2015 and 2016 or a new Performance Factor for 2015 and a new Performance Factor for 2016. In the event a Qualified Broadcast Revenue Increase is reported by the Club or otherwise becomes known after November 15, 2014, the New Broadcast Adjustment will be deferred until the end of this Agreement.

122

(ii) Adjustment Mechanism.

The Performance Factor of a Club that is subject to a New Broadcast Adjustment will be recalculated by adding a Qualified Broadcast Revenue Increase to the Net Local Revenue that was used to calculate its original Performance Factor as set forth in Attachment 26. If a Club's Qualified Broadcast Revenue Increase occurs in the 2012, 2013, 2014 or 2015 Revenue Sharing Year, the full amount of the Club's Qualified Broadcast Revenue Increase shall be used for the calculation. If, on the other hand, a Club's Qualified Broadcast Revenue Increase is known by November 15, 2014, but does not take effect until the 2016 Revenue Sharing Year, 50% of the amount of the Qualified Broadcast Revenue Increase will be used to calculate its new Performance Factor for 2015 and 2016.

Once the necessary adjustments are made for all Qualified Broadcast Revenue Increases, the Performance Factors for all Clubs shall then be recalculated using a straight pool formula.

(d) Distribution. The Administrator, with each set of estimated payments under the Base Plan (see Section C(2)(a), below), shall disseminate to the Clubs an estimate of the reallocations and distributions to be made under the Supplemental Plan for that Revenue Sharing Year. Reallocations from the Contributors will be made by reducing the post-season distributions of the Major League Central Fund money those Clubs would have received during that Revenue Sharing Year but for the operation of the Supplemental Plan. Recipients shall receive their distributions of the Supplemental Plan on December 1 of each Revenue Sharing Year. Adjustments to these reallocations and distributions caused by changes in any Net Local Revenue figures shall be made at the time of the next distribution under the Base Plan.

(14) The "Commissioner's Discretionary Fund" shall consist of no more than $15 million in Major League Central Fund money that is raised equally from all Clubs for each Revenue Sharing Year. The Commissioner may make distributions from the Commissioner's Discretionary Fund to a Club or Clubs, in amounts and at times to be determined at the Commissioner's discretion, subject to the following guidelines and procedures.

123

(a) <u>Guidelines</u>.   The Commissioner, in exercising this discretion, shall take no action that is inconsistent with this Agreement. By way of example, but not limitation, the Commissioner may not consider: (i) positions that a Club has taken with respect to any matter before the Clubs, the Executive Council or the Office of the Commissioner; (ii) a Club's contracting decisions with respect to or contemplated offers to free agents or free agent eligible players; or (iii) whether a Club's Actual Club Payroll is or has been above the Competitive Balance Tax threshold established in Article XXIII, above. In addition, the Commissioner shall not, absent agreement of the Parties, distribute more than $4 million to any individual Club in any Revenue Sharing Year.

(b) <u>Procedures</u>.

(i) <u>Written Requests</u>. Any Club seeking a distribution from the Commissioner's Discretionary Fund shall submit a request in writing to the Commissioner. The written request must include, but need not be limited to: (i) the amount requested; (ii) the use(s) to which the Club intends to put the requested distribution; and (iii) an explanation of how, in the Club's view, the requested distribution should improve the Club's performance on the field. The Commissioner shall respond in writing to each request for a distribution from the Commissioner's Discretionary Fund.

(ii) <u>Consultation with the Association</u>.   The Commissioner shall, within 30 days of receiving a request pursuant to subparagraph (b)(i) above, provide to the Association a copy of the written request and his preliminary position on the request (e.g., inclined to grant, might consider if modified, or not inclined to grant). The Commissioner shall, at the Association's request, consult with the Association prior to making any distribution. At the Association's request, the Commissioner shall also consult with the Association regarding a request that he is not inclined to grant in its current form. The Commissioner shall give notice to the Association at least 15 days prior to making any distribution, unless such notice is not possible under the circumstances. In such case, the Commissioner shall provide as much notice to the Association as is possible under these circumstances, but, in no event, shall any

124

distribution be made without at least five (5) days' written notice to the Association. As part of any such consultation process, the Commissioner shall provide the Association with the documents required to be produced pursuant to Section D(2)(k) of this Article and any document reasonably requested by the Association pursuant to Section D(2).

(iii) <u>Timing of Distributions</u>. The Commissioner shall attempt to make distributions for a given Revenue Sharing Year no later than December 1. The Commissioner may make distributions that are contingent on a Club's satisfaction of specified conditions and may carry over funds to the next Revenue Sharing Year if the money is not distributed because the conditions were not fulfilled.

(15)  As set forth in Attachment 26, the top fifteen Clubs by market rank shall be subject to a revenue sharing disqualification in the 2013-16 Revenue Sharing Years. In 2013, market-disqualified Clubs will forfeit 25% of the net revenue sharing proceeds they otherwise would have been entitled to receive under the combination of the Base Plan and the Supplemental Plan. In 2014, market-disqualified Clubs will forfeit 50% of the net revenue sharing proceeds they otherwise would have been entitled to receive under the combination of the Base Plan and the Supplemental Plan. In 2015, market-disqualified Clubs will forfeit 75% of the net revenue sharing proceeds they otherwise would have been entitled to receive under the combination of the Base Plan and the Supplemental Plan. In 2016, market-disqualified Clubs will forfeit 100% of the net revenue sharing proceeds they otherwise would have been entitled to receive under the combination of the Base Plan and the Supplemental Plan. Beginning with (but not before) their first full season of operation in a new stadium, the Oakland Athletics shall be subject to the same-percentage revenue sharing disqualification that applies to other market-disqualified Clubs in the given Revenue Sharing Year.

(a) <u>Distribution of Market Disqualification Proceeds</u>:  Except as provided by subparagraph 15(b) below, revenue sharing proceeds forfeited by market-disqualified Clubs by operation of this subparagraph 15 shall be refunded to Net Revenue Sharing Payor Clubs. Net Revenue Sharing Payor Clubs shall receive a share of forfeited proceeds in proportion to their paid share of the Net

125

Transfer Value for a given Revenue Sharing Year (referred to as the Club's "Market Disqualification Refund").

(b) <u>Forfeiture of Market Disqualification Refund</u>:  Notwithstanding subparagraph 15(a) above, a Net Revenue Sharing Payor Club may forfeit some or all of its Market Disqualification Refund in a Revenue Sharing Year if its Actual Club Payroll during the same Contract Year exceeds the Tax Threshold under Article XXIII ("CBT Payor Club"). The percentage of the Market Disqualification Refund that a CBT Payor Club shall forfeit, if any, will be determined by the number of consecutive Contract Years that it been a CBT Payor Club, as set forth below and regardless of whether the consecutive Contract Years fell within the term of this or the immediately preceding Basic Agreement. Net Revenue Sharing Payor Clubs shall receive their full Market Disqualification Refund in any year in which they are not a CBT Payor Club even if they were a CBT Payor Club in prior Contract Years.

(i) <u>Tier 1</u>:  Except as provided by subparagraph (vii)(C) below, a Net Revenue Sharing Payor Club shall receive 100% of its Market Disqualification Refund if it is a CBT Payor Club during the Contract Year at issue but was not a CBT Payor Club in the immediately preceding Contract Year.

(ii) <u>Tier 2</u>:  A Net Revenue Sharing Payor Club shall forfeit 25% of its Market Disqualification Refund if, during the Contract Year at issue, it is a CBT Payor Club for a second consecutive Contract Year.

(iii) <u>Tier 3</u>:  A Net Revenue Sharing Payor Club shall forfeit 50% of its Market Disqualification Refund if, during the Contract Year at issue, it is a CBT Payor Club for a third consecutive Contract Year.

(iv) <u>Tier 4</u>:  A Net Revenue Sharing Payor Club shall forfeit 75% of its Market Disqualification Refund if, during the Contract Year at issue, it is a CBT Payor Club for a fourth consecutive Contract Year.

(v) <u>Tier 2</u>:  A Net Revenue Sharing Payor Club shall forfeit 100% of its Market Disqualification Refund if, during the Contract Year at issue, it is a CBT Payor Club for a fifth (or more) consecutive Contract Year.

126

(vi) <u>Initial Assignment of Tier</u>:   For purposes of determining a Club's Tier for the 2012 Revenue Sharing Year -

(A)  A Club that was not a 2011 CBT Payor Club is a Tier 1 Club if it is a CBT Payor Club in 2012.

(B)  A Club that was not a 2010 CBT Payor Club but was a 2011 CBT Payor Club is a Tier 2 Club if it is a CBT Payor Club in 2012.

(C)  A Club that was a CBT Payor Club in 2011 for the second consecutive Contract Year is a Tier 3 Club if it is a CBT Payor Club in 2012.

(D)  A Club that was a CBT Payor Club in 2011 for the third consecutive Contract Year is a Tier 4 Club if it is a CBT Payor Club in 2012.

(E)  A Club that was a CBT Payor Club in 2011 for the fourth (or more) consecutive Contract Year is a Tier 5 Club if it is a CBT Payor Club in 2012.

There will be no distribution of market disqualification proceeds in the 2012 Revenue Sharing Year.

(vii) <u>Subsequent Assignment of Tier</u>:

(A) A Club will move up one Tier for each consecutive Contract Year it remains a CBT Payor Club.

(B) Starting in 2012, a Club that is a CBT Payor Club in a given Contract Year but is not a CBT Payor Club for the next two or more consecutive Contract Years will be a Tier 1 Club in the next Contract Year in which it is a CBT Payor Club.

(C) A Club that is a CBT Payor Club in a given Contract Year but is not a CBT Payor Club for only the next Contract Year will have its assigned Tier reduced by two levels (but in no event to lower than Tier 1) in the next Contract Year in which it is a CBT Payor Club. For example, a Club that is at Tier 5 entering the 2013 Revenue Sharing Year but is not a CBT Payor Club in 2013 will receive its full Market Disqualification Refund in 2013, and will be a Tier 3 Club if it is a CBT Payor Club in 2014.

127

(viii) <u>Distribution of Forfeited Refunds</u>: Amounts forfeited in a given Revenue Sharing Year by operation of this subparagraph 15(b) shall be redistributed as follows.

(A) 50% of forfeited amounts shall be used to fund benefits to Players via the Major League Baseball Players Vanguard Plan.

(B) 50% of forfeited amounts shall be distributed to Net Revenue Sharing Payee Clubs, excluding market-disqualified Clubs, that either are not CBT Payor Clubs in the given Contract Year or are CBT Payor Clubs in the given Contract Year but were not CBT Payor Clubs in the immediately preceding Contract Year. Such distributions shall be made to the qualifying Net Revenue Sharing Payee Clubs in proportion to the amount of revenue sharing proceeds they received.

(16) The "Administrator" shall be the representative (or representatives) responsible, in consultation with the Association, for administration of the Revenue Sharing Plan under this Article XXIV. (See Section C, Administration, below.)

## B.  General Principles

(1)  Intent of the Plan

The intent of the Revenue Sharing Plan is to transfer among the Clubs in each Revenue Sharing Year, by means of a combination of the Base Plan and the Supplemental Plan, the amount of revenue that would have been transferred in that Year by a 48% straight pool plan, plus such transfers as may result from distributions of the Commissioner's Discretionary Fund.

(2)  Other Sharing

(a) <u>Gate Receipts</u>. The functions formerly handled by the League Offices shall be funded in a substantially equivalent fashion as they have been in the past.

(b) <u>Central Revenue</u>.  Except as expressly provided in Sections A(13) and A(14) above, nothing in this Article is intended to alter current agreements among the Clubs pertaining to Central Revenue,

128

including but not limited to, the Major League Central Fund, the Office of the Commissioner, Major League Baseball Properties, Inc., Baseball Television, Inc., Major League Baseball Enterprises, Major League Baseball Advanced Media, Inc., The MLB Network, LLC, the Copyright Arbitration Royalty Panel, Superstation Agreements, the All-Star Game and national marketing and licensing. Notwithstanding the preceding sentence and except as expressly provided in Sections A(13) and A(14) above, the Office of the Commissioner shall take no action regarding the allocation or distribution of Central Revenue that is (i) in response to the operation of the Revenue Sharing Plan or (ii) inconsistent with the manner in which the Commissioner has allocated or distributed Central Revenue in the past.

(3) Accounting Rules

In calculating net payments and net receipts, the Administrator, on behalf of the Clubs, shall use the definitions contained in the 2011 FIQ, subject to the provisions of Section C below. The intention is to continue to follow Generally Accepted Accounting Principles ("the GAAP rules") in the adoption and application of revenue and expense definitions contained in the FIQ and to use GAAP or, in designated situations, federal tax principles, as the "default" standards in the accounting conventions, policies and practices reflected in the FIQ (and in any changes to any of the foregoing). It is acknowledged, however, that specific exceptions to the GAAP rules have been and will be warranted to ensure uniformity, consistency and fair treatment among the Clubs, subject to the provisions of Section C, below.

(4) Interests of the Association

The Revenue Sharing Plan may have a significant impact on the industry globally as well as on individual Clubs. Accordingly, the Parties acknowledge that the Association has a significant interest in any aspect of any of the components of the Revenue Sharing Plan or its operation materially affecting either: (a) the overall industry-wide transfer of revenue among Clubs; or (b) the amounts of payments made by individual Clubs and the amounts of receipts received by individual Clubs. This paragraph shall not be construed

129

to limit the Association's right to assert that it has other legitimate interests in the operation of the Plan.

(5)  Other Undertakings

(a)  A principal objective of the Revenue Sharing Plan is to promote the growth of the Game and the industry on an individual Club and on an aggregate basis. Accordingly, each Club shall use its revenue sharing receipts (from the Base Plan, the Supplemental Plan and the Commissioner's Discretionary Fund) in an effort to improve its performance on the field. The following uses of revenue sharing receipts are not consistent with a Club's obligation under this paragraph 5(a) to use such receipts in an effort to improve its performance on the field: payments to service acquisition debt or any other debt that is unrelated to past or future efforts to improve performance on the field; payments to individuals other than on-field personnel or personnel related to player development; payments to entities that do not have a direct role in improving on-field performance; and distributions to ownership that are not intended to offset tax obligations resulting from Club operations. Consistent with his authority under the Major League Constitution, the Commissioner may impose penalties on any Club that fails to comply with this subparagraph 5(a). The Commissioner, in addition to other penalties he may impose for violations of any aspect of this subparagraph 5(a), may require a Club to submit a plan for its financial performance and competitive effort for the next two years. Such a plan must include a pro forma financial presentation that specifies its attendance, revenues, payroll, player development expenditures, non-player costs, and capital spending. The Commissioner, after consultation with the Players Association, may direct the Club to change aspects of its plan, including the level of competitive effort reflected in the plan, or take other actions as he considers appropriate (including escrow of a portion of a Club's revenue sharing payments).

The Association has the burden in any proceeding under the Grievance Procedure of demonstrating that the Club's use of its revenue sharing receipts was in violation of this subparagraph 5(a). In any such Grievance, the Arbitration Panel shall consider, among other things: (i) the Club's expenditures on scouting, player development, and player payroll; (ii) the Club's long-term strategy for improving

130

competitiveness; (iii) the uses that the Club has historically made of revenue sharing receipts; and (iv) the overall financial position of the Club. Notwithstanding the above, if a Club's Actual Club Payroll pursuant to Article XXIII(C) is equal to less than 125% of its revenue sharing receipts in a given Revenue Sharing Year, the Club shall have the burden of establishing in any Grievance that its use of revenue sharing receipts was consistent with this subparagraph 5(a).

(b)  Each Net Revenue Sharing Payee Club, no later than August 15, shall report on the performance-related uses to which it put its revenue sharing receipts in the current Revenue Sharing Year. That report shall include: a statement of the Club's strategy for competitive improvement, aggregate revenues, payroll, non-payroll costs, and operating profits, both planned and actual, over the recent past and projected for at least two years.

(c)  The Clubs and the Association recognize that the participation of two Clubs is necessary for the production of the on-field competition that the Clubs sell to the public. The net payments and net receipts required by this Article XXIV reflect a continuation of the amounts paid directly to the visiting Clubs and are in recognition of the principle that visiting Clubs should share, and in fact traditionally have shared, in the economic benefits jointly generated by the Game at another Club's home field.

(d)  None of the Parties hereto shall enter into any agreement, or engage in any transaction or other conduct, designed to defeat or circumvent the intentions of the Parties as reflected in this Article XXIV.

## C.  Administration

### (1)  Responsibility

The administration of the Revenue Sharing Plan under this Article XXIV shall be the responsibility of the Administrator in consultation with the Association. The Administrator shall be the Commissioner or, if so designated by the Major League Baseball Executive Council a Committee of Clubs and/or representatives. The Office of the Commissioner shall promptly notify the Association of a change in the Administrator.

131

(2)  Duties of Administrator

The Administrator shall have the following duties and responsibilities, to be performed in consultation with the Association:

(a)  Calculations and Determination of Payment Schedule. The Administrator shall calculate and determine the timing of payment and distribution of net payments and net receipts by (or to) Clubs. In this regard, the Administrator is authorized to require estimated partial payments and distributions during the course of a Revenue Sharing Year and to assess reasonable penalties for intentionally inaccurate estimates by Clubs. Unless altered by the Administrator in consultation with the Association, the Clubs shall make payments under the Base Plan to the Administrator in each year of the Revenue Sharing Plan under the following schedule:

|  | Reporting Date | Payment Date | Distribution Date | Amount of Payment |
|---|---|---|---|---|
| Payment 1 | May 15 | May 25 | June 1 | 33% of Estimated Annual Net Payment |
| Payment 2 | July 15 | July 25 | August 1 | 66% of Estimated Annual Net Payment Less: Payment 1 |
| Payment 3 | September 15 | September 25 | October 1 | 100% of Estimated Annual Net Payment Less: Payments 1 and 2 |
| Payment 4 | November 15 | November 25 | December 1 | Post-Season True-Up, Unaudited |
| Payment 5 | March 31 | June 7 | June 15 | Final Determination of Annual Net Payment Based on Audited Results |

(i)  The "Reporting Date" shall be the date on which the Clubs submit their most recent estimate of Net Local Revenues.

(ii)  The "Payment Date" shall be the date on which the Net Revenue Sharing Payor Clubs pay estimated amounts to the Administrator based on an updated revenue sharing calculation provided to the Clubs.

132

(iii)  The "Distribution Date" shall be the date on which the Administrator distributes estimated amounts to Net Revenue Sharing Payee Clubs based on the updated revenue sharing calculation.

In determining whether to alter the foregoing schedule, the Administrator shall accord substantial weight to the cash flow needs under this Agreement of the industry as a whole, as opposed to any specific Club. The Administrator shall also provide the Association with notice of any inter-Club disputes relating to the payment and distribution of net payments and receipts and the resolution of such disputes.

The Supplemental Plan shall operate as provided in Section A(13), above. The Commissioner's Discretionary Fund shall operate as provided in Section A(14), above.

(b) Review of Accounting and Reporting Practices. The Administrator shall review the accounting and reporting practices of the Clubs, as reflected in Club financial information submitted in connection with the FIQs, audited financial statements, and any SIQs or supplemental information required by the Administrator to be submitted by Clubs. The Administrator shall also conduct regular full independent audits of the Clubs and of particular significant transactions (e.g., related party transactions). The Administrator will continue to conduct full compliance audits of each Club in each year of this Agreement. The Administrator is also authorized to make appropriate changes, in furtherance of the objectives described below in Section C(2)(c), in the definitions, accounting conventions, policies or practices reflected in the FIQ, subject to prior notice to, and consultation with, the Association. The Administrator is also authorized to require a more detailed Club submission of line items as set out in the FIQ.

(c) Objectives. In performing functions under this paragraph (2), the objectives of the Administrator are:

(i) to achieve uniformity and consistency in reporting among Clubs;

(ii)  to achieve uniformity and consistency in reporting from Revenue Sharing Year to Revenue Sharing Year;

133

(iii) to accord fair treatment in the calculation of net payments and net receipts;

(iv) to be fair, impartial and objective in assessing and evaluating new issues that arise in the operation of the Plan; and

(v) to remain faithful to the agreement of the Parties reflected in this Article XXIV.

(3)  Specific Prohibition

In performing duties and responsibilities in the administration of the Revenue Sharing Plan, the Administrator shall not materially affect the agreement of the Parties as reflected in this Article, including, but not limited to:

(a) the industry-wide net transfer of Net Local Revenue among Clubs;

(b) the amounts of contributions made by individual Base Plan Payor Clubs and the amounts of payments received by individual Base Plan Payee Clubs;

(c) the amounts contributed and received by Clubs under the Supplemental Plan; or

(d) the amounts distributed under the Commissioner's Discretionary Fund.

## D.  Participation of the Association

(1)  Consultation

(a) Within 30 days following execution of this Agreement, the Administrator shall promptly notify and consult with the Association in advance with regard to any proposed action the Administrator intends to take pursuant to paragraphs (l), (2)(a) and (2)(b) of Section C above in connection with the administration of the Revenue Sharing Plan. The Administrator and the Association shall thereafter meet regularly on a monthly basis to facilitate administration of the Plan. Further, the Administrator shall regularly notify and consult with the Association with respect to any proposed changes described in Section C(2)(b), or any other proposed changes in the administration of

134

the Plan, preliminary and final estimated partial payment calculations and preliminary and final calculations regarding net payments or net receipts due under any component of the Plan.

(b) Failure by the Association to challenge at the consultation stage with the Administrator or under the Grievance Procedure in Article XI any such proposed actions, changes, or preliminary estimated partial payment calculations or preliminary calculations regarding net payments or net receipts described above in Section D(1)(a) shall not preclude the Association from challenging under the Grievance Procedure in Article XI any action taken, changes made, or final estimated partial payment calculations or final calculations regarding net payments or net receipts made by the Administrator in connection with the administration of the Revenue Sharing Plan. Further, nothing in this Article, including, but not limited to, the consultation rights accorded the Association, is intended to limit either the substantive rights of the Association under this Article or the application of the Grievance Procedure in Article XI as to any complaint involving the existence or interpretation of, or compliance with, this Article or any provision herein.

(c) The filing of a Grievance under Article XI by the Association shall not preclude the Administrator from calculating, collecting or redistributing estimated partial payments or receipts or final net payments or receipts in accordance with this Article, unless the Chair of the Arbitration Panel, upon application by the Association, provides otherwise. Unless the Chair provides otherwise, any adjustments to the calculation, collection or redistribution of estimated partial payments or receipts or of final net payments or receipts pursuant to this Article necessitated by the resolution of an Association Grievance shall be made by the Administrator once the Grievance is finally resolved.

(2) Right to Information

The Administrator shall provide to the Association, upon request, any relevant information necessary to the Association's performance of its functions under this Article as collective bargaining representative. More specifically, and not by way of limitation, the Administrator shall promptly provide to the Association on a regular basis for each Revenue Sharing Year of this Agreement, copies

135

of the following documents (in hard copy and computer readable form, if available) within 10 days following preparation by or receipt by the Administrator of such data, except that (i) copies of documents responsive to subparagraph (k) shall be provided with the notice provided pursuant to Section A(14)(b)(ii) of this Article; (ii) copies of documents responsive to subparagraphs (e), (n) and (p) shall be provided within 30 days following preparation of such data by the Clubs (or the Administrator); and, if requested, (iii) copies of documents responsive to subparagraph (m) shall be provided within 10 days following the Association's request, as the case may be:

(a)  the form FIQ to be submitted by Clubs, together with any form SIQ or other forms requiring the submission of supplemental information to the Administrator by Clubs;

(b)  any proposed changes in the form FIQ, SIQ or other forms to be submitted to the Administrator by the Clubs, together with explanatory reports, if any, regarding such proposed changes;

(c)  completed FIQs, SIQs or other supplemental information forms submitted to the Administrator by each Club;

(d)  audited financial statements submitted by each Club;

(e)  summaries of local media contracts (and/or of any other individual Club contracts) submitted by each Club to, or maintained under the supervision of, the Office of the Commissioner (or the Administrator);

(f)  any industry-wide compilation of revenue and expense data, whether broken out by individual Club or groups of Clubs;

(g)  any completed forms submitted by the Clubs to the Administrator in connection with the preparation of estimates of net payments or net receipts under any component of the Plan;

(h)  any preliminary estimated partial payment calculations or preliminary calculations by the Administrator of net payments and net receipts due under any component of the Plan;

(i)  any document reflecting a distribution to a Club under any component of the Plan;

(j)  any document prepared by or on behalf of the Administrator in connection with a full or partial independent audit of any

136

Club conducted by or on behalf of the Administrator as described in Section C(2)(b) and Section D(3)(a) of this Article;

(k) any correspondence to or from the Administrator or the Office of the Commissioner regarding a contemplated distribution, noticed pursuant to Section A(14)(b)(ii) of this Article, including but not limited to the written request submitted pursuant to subparagraph (b)(i) of that Section and any documents considered by the Commissioner during his review of the request;

(l) reports filed with the Commissioner pursuant to Section B(5)(b) of this Article and any correspondence from or to the Commissioner relating to his enforcement of Section B(5)(a) of this Article;

(m) upon specific request by the Association, any unsuccessful request made pursuant to Section A(14)(b)(i) of this Article, any correspondence responsive to such submission and any document that the Commissioner considered in connection with his rejection of such request;

(n) upon specific request by the Association, any Club document(s) examined or required to be examined by or on behalf of the Administrator in connection with a full or partial independent audit of any Club conducted by or on behalf of the Administrator as described in Section C(2)(b) and Section D(3)(a) of this Article;

(o) any final calculations by the Administrator of estimated partial payments, net payments and net receipts due under the Plan; and

(p) upon specific request by the Association, a description of the methodologies, assumptions and procedures used by the Administrator to calculate and/or reconcile items reported in Club FIQs and Club audited financial statements.

(3) Right to Audit

(a) The Association shall have the right, at any time during this Agreement, to require the Administrator to conduct a full or partial independent audit of any Club for a given Revenue Sharing Year or of any particular transaction, regardless of whether such an audit would have been required by the Administrator under the

137

procedures referred to in Section C(2)(b) above. Further, should the Association require such an audit, the Association shall also have the right to require the Administrator to examine specified transactions, revenue and/or expense items, and/or to require reconciliation of the Club's FIQ and audited financial statements in specified areas. The Association also shall have the right to require the Administrator to examine specified Club document(s). The Administrator shall conduct the audit within a reasonable period of time from the date of a written demand therefor by the Association. To the extent practicable, such audit will be conducted under the same procedures and under the same time schedule as other audits conducted by the Administrator in accordance with Section C(2)(b) above. All expenses for such audits shall be borne solely by the Administrator.

(b) Upon a showing of good cause and written notice to the Administrator, the Association shall have the right to conduct its own full or partial independent audit of any such Club or transaction. The Administrator shall promptly arrange the date for the Association's audit, to be conducted within a reasonable period of time from the date of the Association's notice pursuant to this subparagraph.

(c) Notwithstanding the provisions of Section C(2)(b), Section D(3)(a) and Section D(3)(b) above, and without regard to whether the Administrator has conducted an audit pursuant to Section C(2)(b) or Section D(3)(a) of any Club (or Clubs), the Association, upon written notice to the Administrator, shall have the right to conduct its own full or partial independent audit of six (6) Clubs per year for each Revenue Sharing Year. Notwithstanding the foregoing, upon a showing of good cause, the Association shall have the right to conduct its own full or partial independent audit of more than six (6) Clubs for each Revenue Sharing Year. The Administrator shall promptly arrange the date for the Association's audit, to be conducted within a reasonable period of time from the date of the Association's notice pursuant to this subparagraph.

(d) Any audits conducted by the Association pursuant to subparagraphs (b) or (c) above, may be conducted by representatives of the Association's choice, including accountant(s) employed on the Association's staff, so long as such representatives are working

138

under the supervision of Certified Public Accountant(s) of the Association's choice.

(e)  The Association shall utilize the rights set forth in this paragraph (3) in good faith and only in furtherance of its interest in ensuring compliance with this Agreement. In no event will the Association conduct an unreasonable number of its own audits for any Revenue Sharing Year.

(4)  Confidentiality

Any financial information obtained by the Association from the Clubs (or the Administrator) pursuant to this Article shall be subject to the Confidentiality Agreement appended hereto in Attachment 14.

### ARTICLE XXV—The Industry Growth Fund

### A.  Objective and Purposes

The Parties shall maintain the Industry Growth Fund ("IGF") established under the 1997 Basic Agreement. The objective of IGF is to promote the growth of baseball in the United States and Canada, as well as throughout the world. To this end, IGF will be operated jointly by Players and Clubs in furtherance of the following purposes:

(1)  to enhance fan interest in the game;

(2)  to increase baseball's popularity; and

(3)  to ensure industry growth into the 21st Century.

### B.  Joint Activities

In furtherance of the purposes described above in Section A, the Parties shall make funds available to IGF for joint activities supervised by the Association and the Clubs in the following areas:

(1)  licensing, promotional, advertising and marketing projects;

(2)  international development, including Player tours, licensing, media relations and support for baseball federations throughout the world;

(3)  development and use of new media technology;

139