BRUCE L. SIMON (Bar No. 96241)
  bsimon@pswlaw.com
BENJAMIN E. SHIFTAN (Bar No. 265767)
  bshiftan@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 7433-9008

DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pswlaw.com
BOBBY POUYA (Bar No. 245527)
  bpouya@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

STEPHEN M. TILLERY *(pro hac vice)*
  stillery@koreintillery.com
GARRETT R. BROSHUIS *(pro hac vice)*
  gbroshuis@koreintillery.com
GIUSEPPE S. GIARDINA *(pro hac vice)*
  ggiardina@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile:  (314) 241-3525

GEORGE A. ZELCS *(pro hac vice)*
  gzelcs@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile:  (312) 641-9751

*Plaintiffs' Interim Co Lead Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL, et al.,<br><br>                    Defendants. | CASE NO. 3:14-cv-00608-JCS<br>Consolidated with 14-cv-3289 JCS<br><br>**CLASS ACTION**<br><br>**DECLARATION OF DANIEL L. WARSHAW IN SUPPORT OF PLAINTIFFS' OPPOSITION TO CERTAIN DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Hearing date: Feb. 13, 2015<br>Time: 2:00 p.m.<br>Courtroom: G, 15th Floor<br>Judge: Honorable Joseph C. Spero |

861598.1

DECLARATION OF DANIEL L. WARSHAW IN SUPPORT OF PLAINTIFFS' OPPOSITION TO CERTAIN
DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Daniel L. Warshaw declares:

1.      I am an attorney duly admitted to practice before this Court.  I am a partner with the firm of Pearson, Simon & Warshaw, LLP, Interim Co-Lead Counsel for Plaintiffs.

2.      I am personally familiar with the facts set forth in this declaration.  If called as a witness I could and would competently testify to the matters stated herein.

3.      Attached hereto at Exhibit "A" is a true and correct copy of the application by The Baltimore Orioles Limited Partnership to do business in California dated September 21, 1993, and the amended application by Baltimore Orioles Limited Partnership to do business in California dated June 2, 1994.  Exhibit "A" was obtained at my direction from the California Secretary of State by the document filing and retrieval company, Parasec.

4.      On December 14, 2014 I visited the business entity portal on the California Secretary of State website, http://kepler.sos.ca.gov/, and performed a business search for the Baltimore Orioles Limited Partnership.  Through this search, I confirmed that Baltimore Orioles Limited Partnership, is still actively registered to do business in California.  A copy of the Baltimore Orioles' current business registration status in California is attached hereto as Exhibit "B."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 15, 2014, at Sherman Oaks, California.

Daniel L. Warshaw

861598.1

2

3:14-cv-00608-JCS

DECLARATION OF DANIEL L. WARSHAW IN SUPPORT OF PLAINTIFFS' OPPOSITION TO CERTAIN DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

# EXHIBIT A



# State of California
## March Fong Eu
### Secretary of State

Form LP-5

# APPLICATION FOR REGISTRATION, FOREIGN LIMITED PARTNERSHIP

### IMPORTANT—Read instructions on back before completing this form

This Application is presented for filing pursuant to Chapter 3, Article 9, Section 15692, California Corporations Code.

**1. NAME UNDER WHICH THIS FOREIGN LIMITED PARTNERSHIP PROPOSES TO REGISTER AND TRANSACT BUSINESS IN CALIFORNIA**
THE BALTIMORE ORIOLES LIMITED PARTNERSHIP

**2. NAME OF FOREIGN LIMITED PARTNERSHIP**
The Home Team Limited Partnership

**3. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE** | **CITY  STATE/COUNTRY  ZIP CODE**
5905 Harford Road | Baltimore, MD  21214

**4. STREET ADDRESS OF PRINCIPAL OFFICE IN CALIFORNIA (IF ANY)** | **CITY  ZIP CODE**
| CALIF.

**5.**
THIS FOREIGN LIMITED PARTNERSHIP WAS FORMED ON **August** (MONTH) **13** (DAY) **1993** (YEAR) IN
**Maryland** (STATE) OR (COUNTRY) AND IS AUTHORIZED TO EXERCISE ITS POWERS AND PRIVILEGES AS
A LIMITED PARTNERSHIP IN SUCH STATE OR COUNTRY.

**6. NAMES AND ADDRESSES OF ALL GENERAL PARTNERS:** (CONTINUE ON SECOND PAGE IF NECESSARY)

A. NAME: Baltimore Professional Baseball, Inc.   NUMBER OF PAGES ATTACHED: [  ]
ADDRESS: 5905 Harford Road
CITY: Baltimore    STATE/COUNTRY: Maryland    ZIP CODE: 21214

B. NAME: HG, Inc.
ADDRESS: 300 Main Street
CITY: Cincinnati    STATE/COUNTRY: Ohio    ZIP CODE: 45202

C. NAME:
ADDRESS:
CITY:    STATE/COUNTRY:    ZIP CODE:

**7. NAME AND ADDRESS OF AGENT FOR SERVICE OF PROCESS:**
NAME: The Prentice-Hall Corporation System, Inc.
ADDRESS:
CITY:    STATE: CALIF.    ZIP CODE:

IN THE EVENT THE ABOVE DESIGNATED AGENT FOR SERVICE OF PROCESS RESIGNS AND IS NOT REPLACED OR IF THE AGENT CANNOT BE FOUND OR SERVED WITH THE EXERCISE OF REASONABLE DILIGENCE, THEN IN EITHER EVENT THE SECRETARY OF STATE IS HEREBY APPOINTED AS THE AGENT FOR SERVICE OF PROCESS.

**8.** I HEREBY DECLARE THAT I AM A GENERAL PARTNER IN THE ABOVE NAMED LIMITED PARTNERSHIP AND THAT THE EXECUTION OF THIS APPLICATION FOR REGISTRATION IS MY ACT AND DEED.

Baltimore Professional Baseball, Inc.
General Partner
By: _____    9/10/93 DATE
Peter G. Angelos, President

THIS SPACE FOR FILING OFFICER USE
9326500003

**FILED**
In the office of the Secretary of State
of the State of California

SEP 2 1 1993
*March Fong Eu*
MARCH FONG EU
SECRETARY OF STATE

**9. RETURN ACKNOWLEDGMENT TO:**
NAME: Margaret R. Roberts
ADDRESS: Legal Assistant
CITY: Piper & Marbury
STATE: 36 South Charles Street
ZIP CODE: Baltimore, Maryland 21201

SOS REV 6/87    FORM LP-5—FILING FEE: $70
Approved by the Secretary of State



# State of California

## March Fong Eu
### Secretary of State

Form LP-6

# AMENDMENT TO APPLICATION FOR REGISTRATION AS A FOREIGN LIMITED PARTNERSHIP

## IMPORTANT—Read instructions on back before completing this form

This Amendment is presented for filing pursuant to Chapter 3, Article 9, Section 15695, California Corporations Code.

1. SECRETARY OF STATE FILE NO. (ORIGINAL APPLICATION FOR REGISTRATION—FORM LP-5)

    9326500003

2. NAME UNDER WHICH THIS FOREIGN LIMITED PARTNERSHIP IS CONDUCTING BUSINESS IN CALIFORNIA

    The Baltimore Orioles Limited Partnership

3. NAME OF FOREIGN LIMITED PARTNERSHIP

    The Home Team Limited Partnership

4. THE APPLICATION FOR REGISTRATION AS A FOREIGN LIMITED PARTNERSHIP IS AMENDED AS FOLLOWS:

    A. THE NAME UNDER WHICH THIS FOREIGN LIMITED PARTNERSHIP CONDUCTS BUSINESS IN CALIFORNIA IS CHANGED TO:

    Baltimore Orioles Limited Partnership

    B. THE NAME OF THE FOREIGN LIMITED PARTNERSHIP HAS BEEN CHANGED AS FOLLOWS AND HAS BEEN RECORDED IN THE HOME STATE OR COUNTRY

    Baltimore Orioles Limited Partnership

| C. PRINCIPAL OFFICE ADDRESS CHANGE—EXECUTIVE/CALIFORNIA: (CIRCLE ONE) | | F. GENERAL PARTNER ADDED: | |
| --- | --- | --- | --- |
| ADDRESS: | | NAME: | |
| | | ADDRESS: | |
| CITY/STATE: | ZIP CODE: | CITY/STATE: | ZIP CODE: |
| D. GENERAL PARTNER ADDRESS CHANGE: | | G. GENERAL PARTNER WITHDRAWN: | |
| NAME: | | NAME: | |
| ADDRESS: | | ADDRESS: | |
| CITY/STATE: | ZIP CODE: | CITY/STATE: | ZIP CODE: |
| E. GENERAL PARTNER NAME CHANGE: | | H. INFORMATION CONCERNING THE AGENT FOR SERVICE OF PROCESS HAS BEEN CHANGED TO: | |
| FROM: Baltimore Professional Baseball, Inc. | | NAME: | |
| | | ADDRESS: | |
| TO: Baltimore Orioles, Inc. | | CITY: STATE: CALIF. ZIP CODE: | |

5. ANY OTHER MATTERS IN ACCORDANCE WITH CORPORATIONS CODE SECTION 15695 THAT THE GENERAL PARTNERS DESIRE TO INCLUDE IN THIS AMENDMENT MAY BE NOTED ON SEPARATE PAGES.

    NUMBER OF PAGES ATTACHED: ☐

6. THE FOREIGN LIMITED PARTNERSHIP NAMED ABOVE, IS AS OF THE DATE THIS AMENDMENT IS EXECUTED, AUTHORIZED TO EXERCISE ITS POWERS AND PRIVILEGES AS A LIMITED PARTNERSHIP IN ITS HOME STATE OR COUNTRY

7. I HEREBY DECLARE THAT I AM A GENERAL PARTNER IN THE ABOVE NAMED LIMITED PARTNERSHIP AND THAT THE EXECUTION OF THIS AMENDMENT IS MY ACT AND DEED.

    Baltimore Orioles, Inc.
    (formerly Baltimore Professional Baseball, Inc.)

    By: _____    April 12, 1994
    DATE
    GENERAL PARTNER
    Peter G. Angelos, President

THIS SPACE FOR FILING OFFICER USE

93 2650003

**FILED**
In the office of the Secretary of State
of the State of California

**JUN 0 2 1994**

Tony Miller
TONY MILLER
ACTING SECRETARY OF STATE

8. RETURN ACKNOWLEDGMENT TO:

    NAME ⌐
    ADDRESS
    CITY
    STATE
    ZIP CODE ⌐

SOS REV. 6/87

FORM LP-6—FILING FEE: $15
Approved by the Secretary of State



I hereby certify that the foregoing
transcript of___**2.**___page(s)
is a full, true and correct copy of the
original record in the custody of the
California Secretary of State's office.

JUN 2 6 2014

Date:_____ HSD

DEBRA BOWEN, Secretary of State

# EXHIBIT B

Case 3:14-cv-00608-JCS     Document 297-2     Filed 12/15/14     Page 7 of 8

# California Secretary of State Debra Bowen

Secretary of State    Administration    Elections    **Business Programs**    Political Reform    Archives    Registries

## Business Entities (BE)

Online Services
- E-File Statements of Information for Corporations
- Business Search
- Processing Times
- Disclosure Search

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Statements of Information**
(annual/biennial reports)

**Filing Tips**

**Information Requests**
(certificates, copies & status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
- **Business Resources**
- **Tax Information**
- **Starting A Business**

Customer Alerts
- **Business Identity Theft**
- **Misleading Business Solicitations**

## Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Friday, December 12, 2014. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| **Entity Name:** | BALTIMORE ORIOLES LIMITED PARTNERSHIP |
| **Entity Number:** | 199326500003 |
| **Date Filed:** | 09/21/1993 |
| **Status:** | ACTIVE |
| **Jurisdiction:** | MARYLAND |
| **Entity Address:** | 5905 HARFORD ROAD |
| **Entity City, State, Zip:** | BALTIMORE MD 21214 |
| **Agent for Service of Process:** | PRENTICE-HALL CORPORATION SYSTEM, INC., THE |
| **Agent Address:** | * |
| **Agent City, State, Zip:** | * |

* Indicates the information is not contained in the California Secretary of State's database.

* **Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search**    **New Search**    **Printer Friendly**    **Back to Search Results**

**Privacy Statement** | **Free Document Readers**

Copyright © 2014    California Secretary of State