STEPHEN M. TILLERY (pro hac vice)
    stillery@koreintillery.com
GARRETT R. BROSHUIS (pro hac vice)
    gbroshuis@koreintillery.com
GIUSEPPE S. GIARDINA (pro hac vice)
    ggiardina@koreintillery.com
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

GEORGE A. ZELCS (pro hac vice)
    gzelcs@koreintillery.com
KOREIN TILLERY, LLC
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750

BRUCE L. SIMON (Bar No. 96241)
    bsimon@pswlaw.com
BENJAMIN E. SHIFTAN (Bar No. 265767)
    bshiftan@pswlaw.com
PEARSON, SIMON & WARSHAW, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

DANIEL L. WARSHAW (Bar No. 185365)
    dwarshaw@pswlaw.com
BOBBY POUYA (Bar No. 245527)
    bpouya@pswlaw.com
PEARSON, SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-810

Plaintiffs' Interim Co-Lead Class Counsel

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL; et al.; <br><br> Defendants. | CASE NO. . 3:14-cv-00608-JCS (consolidated with 3:14-cv-03289-JCS) <br><br> **CLASS ACTION** <br><br> **DECLARATION OF BRAD MCATEE REGARDING JURISDICTION AND VENUE** <br><br> Hearing date: Feb. 13, 2015, 2:00 p.m. <br> Courtroom: G, 15th Floor <br> Judge: Honorable Joseph C. Spero |

8591163.1

DECLARATION OF BRAD MCATEE REGARDING JURISDICTION AND VENUE

Brad McAtee declares:

1.     I am personally familiar with the facts set forth in this declaration. If called as a witness I could and would competently testify to the matters stated herein.

2.     I was previously employed as a minor league baseball player by the Colorado Rockies from June of 2008 to June of 2011.

3.     MLB teams began scouting me while I attended a high school in California. Several teams talked to me, and many came to my games. Once in college at the University of California-Davis, MLB teams continued to scout me. I received a lot of paperwork from many MLB teams and filled out many questionnaires. They also administered tests, such as eye exams and personality exams. They often talked to me before and after games, and many called me and texted me. They also talked to my coaches. They even tried to talk to my athletic trainers about me.

4.     The area scout for the MLB Scouting Bureau also talked to me and administered exams. He also recorded an interview with many questions so others could listen to it.

5.     Having gone to high school and college in California, I saw firsthand that California is heavily scouted by MLB teams. It was not unusual for between 20 and 30 scouts to attend some of our college games. Multiple, different scouts, crosscheckers, and other employees for the teams would sometimes watch and evaluate us.

6.     After being drafted by the Rockies, the area scout for the Rockies called me while I was at UC Davis. A couple of days later, I returned to my parents' house in San Diego. Another Rockies area scout came to my parents' house. He presented a contract and I signed it in my parents' dining room in San Diego.

7.     Once the seasons ended, I performed winter training work at home. I returned to California both of my first two winters, and I split time between California and New York during my third winter. The Rockies provided me and my teammates with winter work packets for the off-season and they expected us to perform substantial winter training work. Thus, I performed much work in California for the Rockies without being paid for the work.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

859163.1

1

**DECLARATION OF BRAD MCATEE REGARDING JURISDICTION AND VENUE**

Executed on December 10, 2014, in Brooklyn, New York.

_____
Brad McAtee

DECLARATION OF BRAD MCATEE REGARDING JURISDICTION AND VENUE