STEPHEN M. TILLERY *(pro hac vice)*
  stillery@koreintillery.com
GARRETT R. BROSHUIS *(pro hac vice)*
  gbroshuis@koreintillery.com
GIUSEPPE S. GIARDINA *(pro hac vice)*
  ggiardina@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone:  (314) 241-4844
Facsimile: (314) 241-3525

GEORGE A. ZELCS *(pro hac vice)*
  gzelcs@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750

BRUCE L. SIMON (Bar No. 96241)           DANIEL L. WARSHAW (Bar No. 185365)
  bsimon@pswlaw.com                          dwarshaw@pswlaw.com
BENJAMIN E. SHIFTAN (Bar No. 265767)     BOBBY POUYA (Bar No. 245527)
  bshiftan@pswlaw.com                        bpouya@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**        **PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450         15165 Ventura Boulevard, Suite 400
San Francisco, CA 94104                  Sherman Oaks, California 91403
Telephone:  (415) 433-9000               Telephone:  (818) 788-8300
Facsimile: (415) 433-9008                Facsimile: (818) 788-810

Plaintiffs' Interim Co-Lead Class Counsel

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL; et al.;<br><br>Defendants. | CASE NO. . 3:14-cv-00608-JCS (consolidated with 3:14-cv-03289-JCS)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF BRANDON HENDERSON REGARDING JURISDICTION AND VENUE**<br><br>Hearing date: Feb. 13, 2015, 2:00 p.m.<br>Courtroom: G, 15th Floor<br>Judge: Honorable Joseph C. Spero |

859163.1

DECLARATION OF BRANDON HENDERSON REGARDING JURISDICTION AND VENUE

Brandon Henderson declares:

1. I am personally familiar with the facts set forth in this declaration. If called as a witness I could and would competently testify to the matters stated herein.

2. I currently reside in Madera, California, and I was previously employed as a minor league baseball player by the Minnesota Twins from June of 2010 to October, 2011.

3. I was scouted by MLB teams while at a California junior college. Scouts for teams would come to games to evaluate me and other players. They would talk to me after games and call me, and they asked that I fill out questionnaires. They also talked to my coaches.

4. After being drafted, the area scout for the Twins came to my parents' house a couple days later. He presented me with the contract, and I signed it in my parents' dining room in Madera, California.

5. Once the season ended, I returned to my home state of California to perform winter work. The Twins provided me with winter work packets for the off-season and they expected us to perform substantial winter work for them. Thus, I performed much work in California for the Twins without being paid for the work. I also provided the Twins with my off-season address, which needed to be correct so that they could communicate with me or drug test me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 10, 2014, in Madera, California.

_____
Brandon Henderson