STEPHEN M. TILLERY *(pro hac vice)*
  stillery@koreintillery.com
GARRETT R. BROSHUIS *(pro hac vice)*
  gbroshuis@korcintillery.com
GIUSEPPE S. GIARDINA *(pro hac vice)*
  ggiardina@korcintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

GEORGE A. ZELCS *(pro hac vice)*
  gzelcs@korcintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750

BRUCE L. SIMON (Bar No. 96241)
  bsimon@pswlaw.com
BENJAMIN E. SHIFTAN (Bar No. 265767)
  bshiftan@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pswlaw.com
BOBBY POUYA (Bar No. 245527)
  bpouya@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-810

Plaintiffs' Interim Co-Lead Class Counsel

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL; et al.;<br><br>Defendants. | CASE NO. 3:14-cv-00608-JCS (consolidated with 3:14-cv-03289-JCS)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF CRAIG BENNIGSON REGARDING JURISDICTION AND VENUE**<br><br>Hearing date: Feb. 13, 2015, 2:00 p.m.<br>Courtroom: G, 15th Floor<br>Judge: Honorable Joseph C. Spero |

859163.1

DECLARATION OF CRAIG BENNIGSON REGARDING JURISDICTION AND VENUE

Craig Bennigson declares:

1. I am personally familiar with the facts set forth in this declaration. If called as a witness I could and would competently testify to the matters stated herein.

2. I currently reside in Benicia, California, and I was previously employed as a minor league baseball player by the Colorado Rockies from June of 2008 to March of 2013.

3. Before signing my contract with the Rockies, they and many other MLB franchises scouted and recruited me while I played at the University of California-Berkeley. The Rockies and the other MLB franchises sent many scouts and other officials to my games and asked that I fill out questionnaires. I met with many of them in person at the stadium in Berkeley, and we also met at times at coffee shops. They would also call on the phone to try to obtain as much information as possible from me. Many would talk to my coaches and some would call my parents. This recruitment began during my sophomore year of college and continued throughout my junior year.

4. In June of 2008, the Rockies selected me in MLB's Rule 4 amateur draft. After the draft, the Rockies' area scout called me while I resided in California. We then met at my parent's house in Benicia shortly thereafter. It was a brief meeting. The scout told me the terms of employment, and I quickly signed the contract while at my parent's house in Benicia.

5. The Rockies had a minor league affiliate in Modesto, California in the California league. They assigned me there in 2012, and I worked almost the entire season there—often traveling to San Jose to play.

6. In addition to the work performed during the season, I also performed work on the Rockies' behalf during the months outside the championship season. The Rockies provided a winter work packet to me and my teammates (the other minor leaguers employed by them) and expected us to perform that work at home. I returned to California to perform this winter work. Thus, I performed much winter work without pay—at the Rockies' direction—in the Bay Area (often in Benicia or Berkeley).

7. The Rockies communicated with us to ensure that our winter training work was being performed adequately. They also communicated with us about other employment matters while we

859163.1

DECLARATION OF CRAIG BENNIGSON REGARDING JURISDICTION AND VENUE

resided at our winter residencies. We had to provide our winter addresses and they needed to be accurate to facilitate this communication; they also needed to be accurate for drug-testing purposes.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 11, 2014, in Benicia, California.

_____
Craig Bennigson

859163.1

2

DECLARATION OF CRAIG BENNIGSON REGARDING JURISDICTION AND VENUE