STEPHEN M. TILLERY (pro hac vice)
stillery@koreintillery.com
GARRETT R. BROSHUIS (pro hac vice)
gbroshuis@koreintillery.com
GIUSEPPE S. GIARDINA (pro hac vice)
ggiardina@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

GEORGE A. ZELCS (pro hac vice)
gzelcs@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750

BRUCE L. SIMON (Bar No. 96241)
bsimon@pswlaw.com
BENJAMIN E. SHIFTAN (Bar No. 265767)
bshiftan@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

DANIEL L. WARSHAW (Bar No. 185365)
dwarshaw@pswlaw.com
BOBBY POUYA (Bar No. 245527)
bpouya@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-810

Plaintiffs' Interim Co-Lead Class Counsel

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL; et al ;<br><br>Defendants. | CASE NO. 3:14-cv-00608-JCS (consolidated with 3:14-cv-03289-JCS)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JAKE KAHAULELIO REGARDING JURISDICTION AND VENUE**<br><br>Hearing date: Feb. 13, 2015, 2:00 p.m.<br>Courtroom: G, 15th Floor<br>Judge: Honorable Joseph C. Spero |

859163.1

DECLARATION OF JAKE KAHAULELIO REGARDING JURISDICTION AND VENUE

Jake Kahaulelio declares:

1. I am personally familiar with the facts set forth in this declaration. If called as a witness I could and would competently testify to the matters stated herein.

2. I reside in Windsor, California, and I was previously employed as a minor league baseball player by the Cincinnati Reds from June of 2007 to October of 2011.

3. I was first scouted by MLB teams in high school while playing in California. The scouting continued while I attended college. From my experience, California is scouted heavily by MLB teams.

4. After being drafted in 2007, the Reds' area scout for California came to my house. He presented me with the contract, and I signed it in my parents' living room in Windsor, California.

5. The Reds had an affiliate in Bakersfield, California, and I played there some during the 2011 season. I also performed winter work in California. After all, I would return to California once the seasons ended, and I would perform substantial winter training work there without pay. The Reds provided me with a workout packet for this winter work.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 11, 2014, in Windsor, California.

Jake Kahaulelio

859163.1

DECLARATION OF JAKE KAHAULELIO REGARDING JURISDICTION AND VENUE