STEPHEN M. TILLERY (pro hac vice)
  stillery@koreintillery.com
GARRETT R. BROSHUIS (pro hac vice)
  gbroshuis@koreintillery.com
GIUSEPPE S. GIARDINA (pro hac vice)
  ggiardina@koreintillery.com
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

GEORGE A. ZELCS (pro hac vice)
  gzelcs@koreintillery.com
KOREIN TILLERY, LLC
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750

BRUCE L. SIMON (Bar No. 96241)
  bsimon@pswlaw.com
BENJAMIN E. SHIFTAN (Bar No. 265767)
  bshiftan@pswlaw.com
PEARSON, SIMON & WARSHAW, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pswlaw.com
BOBBY POUYA (Bar No. 245527)
  bpouya@pswlaw.com
PEARSON, SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-810

Plaintiffs' Interim Co-Lead Class Counsel

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL; et al.; <br><br> Defendants. | CASE NO. . 3:14-cv-00608-JCS (consolidated with 3:14-cv-03289-JCS) <br><br> CLASS ACTION <br><br> DECLARATION OF JAKE OPITZ REGARDING JURISDICTION AND VENUE <br><br> Hearing date: Feb. 13, 2015, 2:00 p.m. <br> Courtroom: G, 15th Floor <br> Judge: Honorable Joseph C. Spero |

859163.1

DECLARATION OF JAKE OPITZ REGARDING JURISDICTION AND VENUE

Jake Opitz declares:

1.     I am personally familiar with the facts set forth in this declaration. If called as a witness I could and would competently testify to the matters stated herein.

2.     I currently reside in Centennial, Colorado, and I was previously employed as a minor league baseball player by the Chicago Cubs from June of 2008 to March of 2012, and by the Philadelphia Phillies from August of 2012 until November of 2012.

3.     I was first scouted by MLB teams in high school and was drafted by the Seattle Mariners in 2004. After the draft, a Mariners scout came to my house to talk to my parents about the benefits of playing professional baseball. I instead went to college, and the scouting continued during my college career. They often talked to me and my coaches at weekly meetings hosted by my coaches, they talked to me over the phone, and they would come to both games and practices to evaluate me. I also went through eye exams and personality exams.

4.     Once I was drafted in 2008, the area scout came to my parents' house. He presented me with the contract, and I signed it in my parent's house in Colorado.

5.     I returned to my home state to perform winter training work when the seasons ended. Both the Cubs and Phillies provided me and my teammates with winter work packets for the off-season, and they expected us to perform substantial winter training work. I worked with many teammates from California, and most of those that I knew and stayed in touch with returned to California during the winter for this winter work. We were not paid for this winter work. We also provided the teams with our off-season addresses, which needed to be correct so the team could communicate with us or, if needed, perform a drug test on us.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 10, 2014, in Centennial, Colorado.

_____
Jake Opitz