STEPHEN M. TILLERY *(pro hac vice)*
  stillery@koreintillery.com
GARRETT R. BROSHUIS *(pro hac vice)*
  gbroshuis@koreintillery.com
GIUSEPPE S. GIARDINA *(pro hac vice)*
  ggiardina@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone:  (314) 241-4844
Facsimile: (314) 241-3525

GEORGE A. ZELCS *(pro hac vice)*
  gzelcs@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750

BRUCE L. SIMON (Bar No. 96241)
  bsimon@pswlaw.com
BENJAMIN E. SHIFTAN (Bar No. 265767)
  bshiftan@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone:  (415) 433-9000
Facsimile: (415) 433-9008

DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pswlaw.com
BOBBY POUYA (Bar No. 245527)
  bpouya@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone:  (818) 788-8300
Facsimile: (818) 788-810

Plaintiffs' Interim Co-Lead Class Counsel

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL; et al.;<br><br>    Defendants. | CASE NO. 3:14-cv-00608-JCS (consolidated with 3:14-cv-03289-JCS)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JORDAN WYCKOFF** |

859163.1

DECLARATION OF JORDAN WYCKOFF REGARDING JURISDICTION AND VENUE

Jordan Wyckoff declares:

1.      I am personally familiar with the facts set forth in this declaration. If called as a witness I could and would competently testify to the matters stated herein.

2.      I was previously employed as an amateur area scout by the Kansas City Royals from 2012 to 2013. Before my employment as a scout, I did video and other work in the Kansas City Royals' minor league system.

3.      While employed as a scout, I interacted with other scouts from all thirty MLB franchises, including scouts from the Atlanta Braves, Boston Red Sox, Cleveland Indians, Chicago White Sox, Detroit Tigers, New York Yankees, Philadelphia Phillies, Pittsburgh Pirates, Tampa Bay Rays, Washington Nationals, and Baltimore Orioles. I also interacted with scouts from the MLB Scouting Bureau. Thus, I am familiar with the industry practices and policies for scouting and recruiting amateur minor league baseball players. The industry practices and policies identified below are applied throughout the United States.

4.      The recruitment of a future minor league baseball player usually begins long before the signing of the player to a contract. It first begins when a teams' scout identifies an amateur player as a potential prospect to "follow."

5.      Scouts will then reach out to the player's coaches, and often to the player and his parents. Scouts determine when the player performs, watch the player perform, and evaluate him. Scouts write reports that grade baseball skills, and the report is sent to the MLB franchise. Depending on the franchise's level of interest in the player, several other team employees—such as cross checkers, directors of scouting, and even vice presidents or general managers—may also evaluate the player and write reports. The franchise and its employees might target and scout a player for years before the player enters professional baseball.

6.      For high-level amateur players, scouts will see the player several times during the Fall, Winter, and Spring preceding the amateur player draft. In addition to games, the scout might attend practices, workouts, and exposure camps. Several other employees—such as the high-level employees previously identified—will also watch the player. A very high-level amateur player will have scouts from almost every team watching him every week in the months preceding the amateur draft.

859163.1

1

DECLARATION OF JORDAN WYCKOFF REGARDING JURISDICTION AND VENUE

7.    When dealing with high school athletes and non-senior college athletes, scouts will also try to assess the player's level of interest in signing a professional baseball contract. Part of a scout's job is to "sell" the benefits of professional baseball—and especially the benefits of signing with his particular franchise/employer—instead of remaining in school. A scout often talks to the players and coaches several times. Particularly when dealing with high school athletes, a scout also might enter homes to discuss professional baseball with the parents and to portray his employer in a positive light. In the month preceding the amateur draft, scouts talk to many players, coaches, and parents. Most of these communications and recruiting efforts occur in the state or location in which the players are located. Some high-level players are even invited to a team's major league stadium for pre-draft workouts.

8.    In addition to the evaluations of baseball skills and raw physical skills, other tests are also common in the industry, such as psychological tests and eye exams. The one-on-one discussions with the player and his coaches are also part of assessing the player's emotional and psychological "character." These tests and evaluations also occur in the state in which the player is located.

9.    Once the player is selected by a team in the draft, the scout for that area will usually contact the player. For many draftees, the scout goes to the signee's home and presents a contract. The contract and all the paperwork is then signed in the player's home. During my time as a scout, it was thus a common practice across the industry to sign contracts within the player's home—including when the player lived in California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 11, 2014, in Brooklyn, New York.

_____
Jordan Wyckoff

859163.1

2

DECLARATION OF JORDAN WYCKOFF REGARDING JURISDICTION AND VENUE