STEPHEN M. TILLERY (*pro hac vice*)
  stillery@koreintillery.com
GARRETT R. BROSHUIS (*pro hac vice*)
  gbroshuis@koreintillery.com
GIUSEPPE S. GIARDINA (*pro hac vice*)
  ggiardina@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone:  (314) 241-4844
Facsimile: (314) 241-3525

GEORGE A. ZELCS (*pro hac vice*)
  gzelcs@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750

BRUCE L. SIMON (Bar No. 96241)
  bsimon@pswlaw.com
BENJAMIN E. SHIFTAN (Bar No. 265767)
  bshiftan@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone:  (415) 433-9000
Facsimile: (415) 433-9008

DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pswlaw.com
BOBBY POUYA (Bar No. 245527)
  bpouya@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone:  (818) 788-8300
Facsimile: (818) 788-810

Plaintiffs' Interim Co-Lead Class Counsel

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated,<br><br>                Plaintiffs,<br><br>        vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL; et al.;<br><br>                Defendants. | CASE NO. . 3:14-cv-00608-JCS (consolidated with 3:14-cv-03289-JCS)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF KRIS WATTS REGARDING JURISDICTION AND VENUE**<br><br>Hearing date: Feb. 13, 2015, 2:00 p.m.<br>Courtroom: G, 15th Floor<br>Judge: Honorable Joseph C. Spero |

859163.1

DECLARATION OF KRIS WATTS REGARDING JURISDICTION AND VENUE

Kris Watts declares:

1.      I am personally familiar with the facts set forth in this declaration. If called as a witness I could and would competently testify to the matters stated herein.

2.      I currently reside in Fremont, California. I was previously employed as a minor league baseball player by the Pittsburgh Pirates from June of 2006 to June of 2012. I was also employed as a minor league baseball player by the Washington Nationals from June of 2012 to September of 2013.

3.      Before signing my contract with the Pirates, the Pirates and many other MLB franchises recruited me while I played at Santa Clara. The Pirates and the other MLB franchises sent many scouts and other officials to my games, asked that I fill out questionnaires, and sometimes elicited information directly from me or my coaches. Many franchises and scouts also sent me letters and called me while I resided in Santa Clara.

4.      In June of 2006, the Pittsburgh Pirates selected me in MLB's Rule 4 amateur draft. After the draft, a Pirates scout met with me while I resided in Santa Clara, California. The Pirates scout presented me with a uniform player contract ("UPC") while in Santa Clara, and I recall signing the UPC while in Santa Clara.

5.      Following the 2012 season, I signed a free agent contract with the Nationals. I believe that the Nationals sent me this UPC via mail during the winter of 2012/2013, and I believe that I signed and returned it via mail.

6.      While employed by the Pirates and Nationals, I performed work on their behalf not only during the season but also during the months outside the championship season. Both the Pirates and Nationals provided a winter work packet to me and my teammates (the other minor leaguers employed by them) and expected us to perform that work at home.

7.      Both the Pirates and Nationals requested that we provide our off-season addresses so that they knew where we lived during these winter work months. Knowing where we lived was important for two reasons: the team needed to send us communications during these months, and MLB needed to know where we were for drug testing purposes. Per the drug testing policy, our whereabouts had to be known at all times, so the winter addresses had to be accurate.

859163.1

1

DECLARATION OF KRIS WATTS REGARDING JURISDICTION AND VENUE

8.    From 2006 until the winter of 2011/2012, I resided in California during the winter training period. The Pirates provided me with a winter work packet and expected that I perform its requirements. Some of the activities they expected us to perform included throwing, hitting, fielding, running, weightlifting, conditioning, and speed and agility training. Thus, I performed extensive winter training work in California for the Pirates.

9.    The Nationals similarly provided winter work packets and expected that we follow the requirements. The Nationals' packets included essentially the same categories of activities. While employed by the Nationals, I performed much of the winter training work in Arizona, but also in California.

10.    While employed by both the Nationals and the Pirates, I worked with many minor league teammates from California. Of those that I knew and kept in touch with, most returned to California to perform their winter work.

11.    Both the Pirates and Nationals communicated with me (often via phone or texting) to ensure that our winter training work was being performed adequately. Both the Nationals and Pirates also sent other work-related communications to my winter address.

12.    One type of communication sent to my off-season address concerned my salary for the upcoming year. Each winter, I was mailed a contract addendum (an "Addendum C") establishing my salary, and I was instructed to sign and return it. A few other forms were also included. In compliance with their instructions, I signed the contract addendum and the other forms before reporting to spring training. I would not have been able to participate in spring training or the season without signing the forms.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 11, 2014, in Fremont, California.

_____
Kris Watts

859163.1

2

DECLARATION OF KRIS WATTS REGARDING JURISDICTION AND VENUE