STEPHEN M. TILLERY (*pro hac vice*)
stillery@koreintillery.com
GARRETT R. BROSHUIS (*pro hac vice*)
gbroshuis@koreintillery.com
GIUSEPPE S. GIARDINA (*pro hac vice*)
ggiardina@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

GEORGE A. ZELCS (*pro hac vice*)
gzelcs@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750

BRUCE L. SIMON (Bar No. 96241)
bsimon@pswlaw.com
BENJAMIN E. SHIFTAN (Bar No. 265767)
bshiftan@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

DANIEL L. WARSHAW (Bar No. 185365)
dwarshaw@pswlaw.com
BOBBY POUYA (Bar No. 245527)
bpouya@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-810

Plaintiffs' Interim Co-Lead Class Counsel

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL; et al.;<br><br>Defendants. | CASE NO. 3:14-cv-00608-JCS (consolidated with 3:14-cv-03289-JCS)<br><br>CLASS ACTION<br><br>**DECLARATION OF KYLE WOODRUFF REGARDING JURISDICTION AND VENUE**<br><br>Hearing date: Feb. 13, 2015, 2:00 p.m.<br>Courtroom: G, 15th Floor<br>Judge: Honorable Joseph C. Spero |

859163.1

Kyle Woodruff declares:

1.    I am personally familiar with the facts set forth in this declaration. If called as a witness I could and would competently testify to the matters stated herein.

2.    I currently reside in San Jose, California, and I was previously employed as a minor league baseball player by the San Francisco Giants from June of 2008 to March of 2011.

3.    MLB teams began scouting me while I attended a high school in San Jose. Several teams talked to me personally, and many more came to my games. The Astros drafted me in 2004 out of high school. An Astros scout came to my house in San Jose to discuss the benefits of professional baseball and how well the Astros would treat me, but I elected to go to college.

4.    Once in college, MLB teams continued to scout me. I filled out many more questionnaires and talked to more scouts. They would come to games to evaluate me and other players, and the Giants eventually drafted me while I attended Chico State. The Giants' area scout called me, and I then met him at Santa Clara University, where the scout was scouting a game. I signed the contract in Santa Clara.

5.    Once the seasons ended, I returned to my home state of California to perform winter work. The Giants provided me and my teammates with winter work packets for the off-season, and they expected us to perform substantial winter training work. Thus, I performed much work in California for the Giants without being paid for the work.

6.    The Giants also assigned me to work at their affiliate in San Jose in 2010. Based on the low pay I received and the long hours I worked there, I believe I worked for below minimum wage and no overtime pay.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 10, 2014, in San Jose, California.

Kyle Woodruff

859163.1

DECLARATION OF KYLE WOODRUFF REGARDING JURISDICTION AND VENUE