STEPHEN M. TILLERY (*pro hac vice*)
  stillery@koreintillery.com
GARRETT R. BROSHUIS (*pro hac vice*)
  gbroshuis@koreintillery.com
GIUSEPPE S. GIARDINA (*pro hac vice*)
  ggiardina@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

GEORGE A. ZELCS (*pro hac vice*)
  gzelcs@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750

BRUCE L. SIMON (Bar No. 96241)
  bsimon@pswlaw.com
BENJAMIN E. SHIFTAN (Bar No. 265767)
  bshiftan@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pswlaw.com
BOBBY POUYA (Bar No. 245527)
  bpouya@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-810

Plaintiffs' Interim Co-Lead Class Counsel

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL; et al.;<br><br>Defendants. | CASE NO. 3:14-cv-00608-JCS (consolidated with 3:14-cv-03289-JCS)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF LES SMITH REGARDING JURISDICTION AND VENUE**<br><br>Hearing date: Feb. 13, 2015, 2:00 p.m.<br>Courtroom: G, 15th Floor<br>Judge: Honorable Joseph C. Spero |

859163.1

Les Smith declares:

1.     I am personally familiar with the facts set forth in this declaration. If called as a witness I could and would competently testify to the matters stated herein.

2.     I was previously employed as a minor league baseball player by the Detroit Tigers from June of 2010 to March of 2012.

3.     MLB teams began scouting me while I attended high school, primarily after I attended a showcase in Long Beach, California where many scouts were present. The scouting and recruiting continued while I attended junior college.

4.     When the seasons ended, I returned to my home state to perform winter work. The Tigers provided me and my teammates with winter work packets for the off-season, and they expected us to do a considerable amount of work over the winter. I had many teammates from California, and most of those that I knew and stayed in touch with returned to California to perform this winter work. We were not paid for the winter work.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 10, 2014, in Murfreesboro, Tennessee.

Les Smith

859163.1

1

DECLARATION OF LES SMITH REGARDING JURISDICTION AND VENUE