STEPHEN M. TILLERY (*pro hac vice*)
  stillery@koreintillery.com
GARRETT R. BROSHUIS (*pro hac vice*)
  gbroshuis@koreintillery.com
GIUSEPPE S. GIARDINA (*pro hac vice*)
  ggiardina@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone:  (314) 241-4844
Facsimile: (314) 241-3525

GEORGE A. ZELCS (*pro hac vice*)
  gzelcs@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750

BRUCE L. SIMON (Bar No. 96241)
  bsimon@pswlaw.com
BENJAMIN E. SHIFTAN (Bar No. 265767)
  bshiftan@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone:  (415) 433-9000
Facsimile: (415) 433-9008

DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pswlaw.com
BOBBY POUYA (Bar No. 245527)
  bpouya@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone:  (818) 788-8300
Facsimile: (818) 788-810

Plaintiffs' Interim Co-Lead Class Counsel

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL; et al.;<br><br>Defendants. | CASE NO. . 3:14-cv-00608-JCS (consolidated with 3:14-cv-03289-JCS)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF MATT LAWSON REGARDING JURISDICTION AND VENUE**<br><br>Hearing date: Feb. 13, 2015, 2:00 p.m.<br>Courtroom: G, 15th Floor<br>Judge: Honorable Joseph C. Spero |

859163.1

Matt Lawson declares:

1. I am personally familiar with the facts set forth in this declaration. If called as a witness I could and would competently testify to the matters stated herein.

2. I currently reside in Springfield, Missouri and I was previously employed as a minor league baseball player by the Texas Rangers from June of 2007 to July of 2010; by the Seattle Mariners from July of 2010 to March of 2011; and by the Cleveland Indians from March of 2011 until the spring of 2014.

3. Before signing my contract with the Rangers, they and many other MLB franchises scouted and recruited me while I played in college. The recruitment began immediately following my sophomore year and continued throughout my junior year. They often talked to me and my coaches to gain as much information as possible.

4. I am now a coach at Missouri State University, and I often interact with scouts. Scouts will often talk to coaches, trainers, and players to assess player's attitude and character. They also come to games, practices, and workouts to evaluate players. They require players to fill out informational forms; they sometimes administer eye exams or short written exams; and they fill out formal reports on players. Before a player is drafted, an MLB organization will usually have multiple scouts, crosscheckers, and higher level employees evaluate a player and write reports.

5. Once I was drafted in 2007, the area scout came to my house. He presented me with the contract, and I signed it at my house. In my experience, this is fairly common.

6. The Rangers had an affiliate in Bakersfield, California. They assigned me there in 2009, and I worked the entire season there—sometimes traveling to San Jose to play.

7. In addition to the work performed during the season, I performed work on the teams' behalf throughout the calendar year. During the months outside the championship season, I performed extensive winter training work at their direction. All three teams (the Mariners, Rangers, and Indians) provided a winter work packet to me and my teammates (the other minor leaguers employed by them) and expected us to perform that work at home.

8. I returned to the state where I was drafted (Missouri) to perform this winter work. I worked with many teammates from California, and most of those that I knew and kept in touch with

859163.1    1

returned to California during the winter (including those Californians employed by the Indians who I knew) to perform this winter work. We were not paid for this winter work. Also, we had to provide our off-season addresses to the teams, and they needed to be correct so the teams could communicate with us or drug test us during the winter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 11, 2014, in Springfield, Missouri.


Matt Lawson

859163.1