STEPHEN M. TILLERY *(pro hac vice)*
  stillery@koreintillery.com
GARRETT R. BROSHUIS *(pro hac vice)*
  gbroshuis@koreintillery.com
GIUSEPPE S. GIARDINA *(pro hac vice)*
  ggiardina@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

GEORGE A. ZELCS *(pro hac vice)*
  gzelcs@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750

BRUCE L. SIMON (Bar No. 96241)
  bsimon@pswlaw.com
BENJAMIN E. SHIFTAN (Bar No. 265767)
  bshiftan@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pswlaw.com
BOBBY POUYA (Bar No. 245527)
  bpouya@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-810

Plaintiffs' Interim Co-Lead Class Counsel

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL; et al.;<br><br>                    Defendants. | CASE NO. . 3:14-cv-00608-JCS (consolidated with 3:14-cv-03289-JCS)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF MATT LEWIS REGARDING JURISDICTION AND VENUE**<br><br>Hearing date: Feb. 13, 2015, 2:00 p.m.<br>Courtroom: G, 15th Floor<br>Judge: Honorable Joseph C. Spero |

859163.1

DECLARATION OF MATT LEWIS REGARDING JURISDICTION AND VENUE

Matt Lewis declares:

1. I am personally familiar with the facts set forth in this declaration. If called as a witness I could and would competently testify to the matters stated herein.

2. I am a resident of California. I was previously employed as a minor league baseball player by the Atlanta Braves from June of 2010 to August of 2011.

3. MLB teams thoroughly scouted and recruited me while I attended college at the University of California-Davis. During the Fall of my first year in college, scouts came to our school's "scout day," and afterwards I began receiving questionnaires and forms from MLB teams. Over the next couple of years at UC-Davis, I filled out numerous questionnaires and talked with scouts an uncountable number of times. We met at coffee shops, before or after games, and we often talked over the phone. Scouts also talked to my coaches, and they administered exams such as personality tests.

4. After being drafted by the Braves, their area scout called me and we quickly agreed to terms. I was at my parents' house in Redding, California, and my dad and I drove to Chico, California to meet the Braves' scout. He was scouting a high school tournament there. We met at a brewery in Chico, and I signed my contract at the brewery.

5. When the season ended, I returned to my home state of California to perform winter training work. I had many other California teammates, and most of those that I knew and kept in touch with also returned to California during the winter. Like my teammates, I provided the Braves with my address, which had to be accurate for both communication and drug-testing purposes. The Braves provided me and my teammates with winter work packets for the off-season, and they expected us to do a substantial amount of work over the winter. Thus, I performed considerable work in California on behalf of the Braves, and I was not paid for this work.

6. Before spring training, the Braves sent us packets with many employment forms (such as a form establishing my salary for the upcoming season), and they asked us to sign and return those forms. I filled out, signed, and returned those forms from California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

859163.1

DECLARATION OF MATT LEWIS REGARDING JURISDICTION AND VENUE

Executed on December 10, 2014, in San Francisco, California.


Matt Lewis