STEPHEN M. TILLERY *(pro hac vice)*
  stillery@koreintillery.com
GARRETT R. BROSHUIS *(pro hac vice)*
  gbroshuis@koreintillery.com
GIUSEPPE S. GIARDINA *(pro hac vice)*
  ggiardina@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone:  (314) 241-4844
Facsimile: (314) 241-3525

GEORGE A. ZELCS *(pro hac vice)*
  gzelcs@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750

BRUCE L. SIMON (Bar No. 96241)
  bsimon@pswlaw.com
BENJAMIN E. SHIFTAN (Bar No. 265767)
  bshiftan@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone:  (415) 433-9000
Facsimile: (415) 433-9008

DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pswlaw.com
BOBBY POUYA (Bar No. 245527)
  bpouya@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone:  (818) 788-8300
Facsimile: (818) 788-810

Plaintiffs' Interim Co-Lead Class Counsel

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL; et al.; <br><br> Defendants. | CASE NO. . 3:14-cv-00608-JCS (consolidated with 3:14-cv-03289-JCS) <br><br> **CLASS ACTION** <br><br> **DECLARATION OF NICK GIARRAPUTO REGARDING JURISDICTION AND VENUE** <br><br> Hearing date: Feb. 13, 2015, 2:00 p.m. <br> Courtroom: G, 15th Floor <br> Judge: Honorable Joseph C. Spero |

859163.1

DECLARATION OF NICK GIARRAPUTO REGARDING JURISDICTION AND VENUE

Nick Giarraputo declares:

1.      I am personally familiar with the facts set forth in this declaration. If called as a witness I could and would competently testify to the matters stated herein.

2.      I am a resident of California. I was previously employed as a minor league baseball player by the New York Mets from June of 2006 to April of 2010, and by the Chicago White Sox from January 9, 2013 to April of 2013.

3.      MLB teams began scouting me heavily while I attended a California high school. I filled out numerous questionnaires, hosted in-house visits with scouts, and talked to scouts in-person and over the phone. Scouts also talked to my coaches, and they talked to my parents about the benefits of professional baseball.

4.      After being drafted by the Mets, their area scout called me. He then came to my parents' home in California and presented me with a contract. I signed the contract at my parents' house.

5.      I returned to my home state of California to perform winter work once the seasons ended. I had many teammates from California, and most of those California teammates that I knew and kept in touch with returned to California. I (and my teammates) had to provide my address for this time period, and it needed to be correct in case the teams needed to communicate with us, or in case I needed to be drug tested.

6.      In January of 2013, I signed my contract with the White Sox. They mailed the contract to me and I signed it at home in California. From the time that I signed my contract until the time that I reported for spring training, the White Sox expected me to do training work to prepare for the upcoming season. Being a California resident, the White Sox knew that I would perform the work in California, and expected me to perform it in California. Thus, I performed substantial work before spring training on behalf of the White Sox in California and was not paid for this work.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

859163.1

1

DECLARATION OF NICK GIARRAPUTO REGARDING JURISDICTION AND VENUE

Executed on December 10, 2014, in Simi Valley, California.

_____
Nick Giarraputo

DECLARATION OF NICK GIARRAPUTO REGARDING JURISDICTION AND VENUE