STEPHEN M. TILLERY (*pro hac vice*)
  stillery@koreintillery.com
GARRETT R. BROSHUIS (*pro hac vice*)
  gbroshuis@koreintillery.com
GIUSEPPE S. GIARDINA (*pro hac vice*)
  ggiardina@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone:  (314) 241-4844
Facsimile: (314) 241-3525

GEORGE A. ZELCS (*pro hac vice*)
  gzelcs@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750

BRUCE L. SIMON (Bar No. 96241)
  bsimon@pswlaw.com
BENJAMIN E. SHIFTAN (Bar No. 265767)
  bshiftan@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone:  (415) 433-9000
Facsimile: (415) 433-9008

DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pswlaw.com
BOBBY POUYA (Bar No. 245527)
  bpouya@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone:  (818) 788-8300
Facsimile: (818) 788-810

Plaintiffs' Interim Co-Lead Class Counsel

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL; et al.; <br><br> Defendants. | CASE NO. . 3:14-cv-00608-JCS (consolidated with 3:14-cv-03289-JCS) <br><br> **CLASS ACTION** <br><br> **DECLARATION OF MITCH HILLIGOSS REGARDING JURISDICTION AND VENUE** <br><br> Hearing date: Feb. 13, 2015, 2:00 p.m. <br> Courtroom: G, 15th Floor <br> Judge: Honorable Joseph C. Spero |

859163.1

DECLARATION OF MITCH HILLIGOSS REGARDING JURISDICTION AND VENUE

Mitch Hilligoss declares:

1.      I am personally familiar with the facts set forth in this declaration. If called as a witness I could and would competently testify to the matters stated herein.

2.      I was previously employed as a minor league baseball player by the New York Yankees from June of 2006 to December of 2011.

3.      Before being selected by the Yankees, scouts began recruiting me while I attended Purdue University. In addition to coming to my games, many talked to me over the phone, and I also received letters and had to fill out forms.

4.      When the seasons ended, I returned to my home state to perform winter training work. The Yankees provided me and my teammates with winter work packets for the off-season, and they expected us to perform substantial winter training work. I had many Yankees teammates from California, and most of those that I knew and stayed in touch with returned to California during the winter for this winter work. We were not paid for this winter work. We also provided the teams with our off-season addresses, which needed to be correct so the team could communicate with us or, if needed, perform a drug test on us.

5.      Attached as Exhibit A to this declaration is a true and accurate copy of a winter work packet provided to me by the New York Yankees in 2009. It is entitled "Player Development Off-Season Program 2009." I was provided similar winter materials during subsequent years of working for the Yankees.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 12, 2014, in Windsor, Illinois.

Mitch Hilligoss

1

DECLARATION OF MITCH HILLIGOSS REGARDING JURISDICTION AND VENUE

# Exhibit A

# Filed Under Seal