STEPHEN M. TILLERY (*pro hac vice*)
  stillery@koreintillery.com
GARRETT R. BROSHUIS (*pro hac vice*)
  gbroshuis@koreintillery.com
GIUSEPPE S. GIARDINA (*pro hac vice*)
  ggiardina@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone:  (314) 241-4844
Facsimile: (314) 241-3525

GEORGE A. ZELCS (*pro hac vice*)
  gzelcs@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750

BRUCE L. SIMON (Bar No. 96241)
  bsimon@pswlaw.com
BENJAMIN E. SHIFTAN (Bar No. 265767)
  bshiftan@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone:  (415) 433-9000
Facsimile: (415) 433-9008

DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pswlaw.com
BOBBY POUYA (Bar No. 245527)
  bpouya@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone:  (818) 788-8300
Facsimile: (818) 788-810

Plaintiffs' Interim Co-Lead Class Counsel

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL; et al.;<br><br>Defendants. | CASE NO. . 3:14-cv-00608-JCS (consolidated with 3:14-cv-03289-JCS)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF TIM PAHUTA REGARDING JURISDICTION AND VENUE**<br><br>Hearing date: Feb. 13, 2015, 2:00 p.m.<br>Courtroom: G, 15th Floor<br>Judge: Honorable Joseph C. Spero |

859163.1

DECLARATION OF TIM PAHUTA REGARDING JURISDICTION AND VENUE

Tim Pahuta declares:

1.    I am personally familiar with the facts set forth in this declaration. If called as a witness I could and would competently testify to the matters stated herein.

2.    I recently moved to California, and I currently reside in Los Angeles, California. I was previously employed as a minor league baseball player by the Washington Nationals from June of 2005 to November of 2012.

3.    Before signing my contract with the Nationals, many MLB franchises recruited me while I played at Seton Hall. Many scouts and other officials to my games, asked that I fill out questionnaires, and sometimes elicited information directly from me or my coaches. The recruitment began while I was in high school and it continued while in college.

4.    In June of 2005, the Nationals selected me in MLB's Rule 4 amateur draft. After the draft, the Nationals called me. We agreed to the terms over the phone, and I was sent to my first minor league assignment with the Nationals.

5.    I performed work on the Nationals' behalf throughout the calendar year. During the months outside the championship season, I performed extensive winter training work at their direction. The Nationals provided a winter work packet to me and my teammates (the other minor leaguers employed by them) and expected us to perform substantial winter work. Some of the activities they expected us to perform included throwing, hitting, fielding, running, weightlifting, conditioning, and speed and agility training.

6.    The Nationals communicated with us to ensure that our winter training work was being performed adequately. Before spring training, the Nationals also sent us a packet with spring training information and employment forms.

7.    I returned to my home state (New Jersey) to perform this winter work. I worked with many teammates from California, and, of those that I knew and kept in touch with, most returned to California during the winter.  The Nationals requested that my teammates and I provide our off-season addresses so that they knew where we lived during these winter work months. This allowed the team to communicate with us during these months, and it also provided MLB with a winter address for drug testing purposes. Per the drug testing policy, our whereabouts had to be known, so the

859163.1

1

DECLARATION OF TIM PAHUTA REGARDING JURISDICTION AND VENUE

winter addresses had to be accurate, and we had to update our whereabouts if we traveled away from our winter addresses.

8.   Attached as Exhibit A to this declaration is a true and accurate copy of a winter work packet provided to me by the Washington Nationals in 2007. It is entitled "Strength & Conditioning, Position Player, Off Season 2007–2008." I was provided similar winter materials during subsequent years of working for the Nationals.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 12, 2014, in Los Angeles, California.

Tim Pahuta

859163.1

2

DECLARATION OF TIM PAHUTA REGARDING JURISDICTION AND VENUE

# Exhibit A

# Filed Under Seal