**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated,<br><br>        Plaintiffs,<br>vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL, et al.,<br><br>        Defendants. | CASE NO. 3:14-cv-00608-JCS<br>Consolidated with 14-cv-3289 JCS<br><br>**CLASS ACTION**<br><br>**PROPOSED [ORDER] IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS AND TRANSFER VENUE (L.R. 7-11, 79-5)**<br><br>Honorable Joseph C. Spero |

The Court having read and considered Plaintiffs' Administrative Motion to File Certain Documents Under Seal in Support of Their Oppositions to Defendants' Motions to Dismiss and Transfer Venue ("Motion"), all papers and arguments submitted in support thereof, and good cause appearing hereby GRANTS the Motion and holds that the below listed documents have properly been properly redacted as set forth below.

| Dkt. No. | Document Description |
|---|---|
| 297-18 | Declaration of Tim Pahuta Regarding Jurisdiction and Venue (Exhibit A redacted and filed under seal) |

**IT IS SO ORDERED**

DATED: _____

HON. JOSEPH C. SPERO