1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated,<br><br>             Plaintiffs,<br><br>      vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL, et al.,<br><br>             Defendants. | CASE NO. 3:14-cv-00608-JCS<br>Consolidated with 14-cv-3289 JCS<br><br>**CLASS ACTION**<br><br>**PROPOSED [ORDER] IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS AND TRANSFER VENUE (L.R. 7-11, 79-5)**<br><br>Honorable Joseph C. Spero |

1  The Court having read and considered Plaintiffs' Administrative Motion to File Certain
2  Documents Under Seal in Support of Their Oppositions to Defendants' Motions to Dismiss and
3  Transfer Venue ("Motion"), all papers and arguments submitted in support thereof, and good
4  cause appearing hereby GRANTS the Motion and holds that the below listed documents have
5  properly been properly redacted as set forth below.

| Dkt. No. | Document Description |
|---|---|
| 297-18 | Declaration of Tim Pahuta Regarding Jurisdiction and Venue (Exhibit A redacted and filed under seal) |

**IT IS SO ORDERED**

DATED: 2/13/15



HON. _____
Judge Joseph C. Spero