1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated,<br><br>                    Plaintiffs,<br>          vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL, et al.,<br><br>                    Defendants. | CASE NO. 3:14-cv-00608-JCS<br>Consolidated with 14-cv-3289 JCS<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER REGARDING PLAINTIFFS' SECOND CONSOLIDATED AMENDED COMPLAINT**<br><br>Honorable Joseph C. Spero |

1  On February 17, 2015, this Court entered a Civil Minute Order ordering Plaintiffs to submit a proposed amended complaint by March 16, 2015. Pursuant to the Court's Order, Plaintiffs filed their Proposed Second Consolidated Amended Complaint on March 16, 2015, which added certain named plaintiffs and class representatives to the action.

The Court has reviewed the Proposed Second Consolidated Amended Complaint and ORDERS that it shall be deemed the Second Consolidated Amended Complaint. The Court further ORDERS that it shall be deemed filed and served upon all Defendants named in this action as of the date of this Order.

**IT IS SO ORDERED**

DATED: _____

HON. JOSEPH C. SPERO