1 | STEPHEN M. TILLERY *(pro hac vice)*
stillery@koreintillery.com
2 | GARRETT R. BROSHUIS *(pro hac vice)*
gbroshuis@koreintillery.com
3 | GIUSEPPE S. GIARDINA *(pro hac vice)*
ggiardina@koreintillery.com
4 | **KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
5 | St. Louis, MO 63101
Telephone: (314) 241-4844
6 | Facsimile:  (314) 241-3525

7 | GEORGE A. ZELCS *(pro hac vice)*
gzelcs@koreintillery.com
8 | **KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
9 | Chicago, IL 60601
Telephone: (312) 641-9750
10 | Facsimile:  (312) 641-9751

11 | BRUCE L. SIMON (Bar No. 96241)        DANIEL L. WARSHAW (Bar No. 185365)
bsimon@pswlaw.com                          dwarshaw@pswlaw.com
12 | AARON M. SHEANIN (Bar No. 214472)  BOBBY POUYA (Bar No. 245527)
asheanin@pswlaw.com                        bpouya@pswlaw.com
13 | BENJAMIN E. SHIFTAN (Bar No. 265767) MICHAEL H. PEARSON (Bar No. 277857)
bshiftan@pswlaw.com                         mpearson@pswlaw.com
14 | **PEARSON, SIMON & WARSHAW, LLP**  **PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450           15165 Ventura Boulevard, Suite 400
15 | San Francisco, CA 94104                  Sherman Oaks, CA 91403
Telephone:  (415) 433-9000                  Telephone:  (818) 788-8300
16 | Facsimile:  (415) 433-9008              Facsimile:  (818) 788-8104

17 | Attorneys for all Plaintiffs, individually and on behalf of all those similarly situated

18 |

19 | **UNITED STATES DISTRICT COURT**

20 | **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

21 | AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated,   CASE NO. 3:14-cv-00608-RS

22 |                                                **CLASS ACTION**
         Plaintiffs,
23 |    vs.                                          **NOTICE OF APPEARANCE**

24 | OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association
25 | doing business as MAJOR LEAGUE BASEBALL, et al.,

26 |
         Defendants.
27 |

28 |

865004.1                                                                 3:14-cv-00608-RS

NOTICE OF APPEARANCE

**TO THE CLERK OF THE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Michael H. Pearson of the law firm of PEARSON, SIMON & WARSHAW, LLP, hereby enters an appearance as counsel of record for select plaintiffs and the proposed class. All pleadings and other documents should be addressed and served upon Michael H. Pearson as follows:

> Michael H. Pearson
> PEARSON, SIMON & WARSHAW, LLP
> 15165 Ventura Boulevard, Suite 400
> Sherman Oaks, CA 91403
> Telephone: (818) 788-8300
> Facsimile: (818) 788-8104
> E-Mail: mpearson@pswlaw.com

DATED: August 19, 2014

**PEARSON, SIMON & WARSHAW, LLP**
BRUCE L. SIMON
DANIEL L. WARSHAW
AARON M. SHEANIN
BOBBY POUYA
BENJAMIN E. SHIFTAN
MICHAEL H. PEARSON


By: */s/ Michael H. Pearson*

Attorneys for all Plaintiffs, individually and on behalf of all those similarly situated