UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON SENNE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KANSAS CITY ROYALS BASEBALL CORP., et al.,<br><br>　　　　Defendants. | Case No. 14-cv-00608-JCS<br><br>**FURTHER CASE MANAGEMENT AND PRETRIAL ORDER** |

Following a further case management conference held on **October 2, 2015,**

IT IS HEREBY ORDERED THAT:

1. The parties shall meet and confer on a joint reminder notice.

2. The parties stipulated on the record to new limits on third party depositions from ten (10) per side to a total of fifteen (15) per side, resulting in fifteen (15) third party depositions for Plaintiffs and fifteen (15) for Defendants, provided that, with respect to any Rule 30(b)(6) subpoena for a dismissed MLB Club, each deponent shall count toward the fifteen (15) third-party deposition limit.

3. The parties shall meet and confer and file a Joint Letter regarding the Motion to Compel the Production of Documents that is pending from the Northern District of Ohio by October 9, 2015[1].

4. An updated joint case management conference statement shall be due by **January 22, 2016,** which shall include ADR, status, and any outstanding issues to be addressed by

---

[1] On October 6, 2015, this Court received from the Northern District of Ohio Minutes of Teleconference and Order from United States District Judge Dan Polster transferring the Motion to Compel to the Northern District of California.

the Court.

5. The parties shall meet and confer on a forum and schedule for mediation.

6. A further case management conference is set for **January 29, 2016, at 2:00 PM.** Any party may appear by phone and shall consult Judge Spero's website for information on telephonic appearances.

7. The non-expert discovery date of April 4, 2016, is extended to June 13, 2016.

8. The expert disclosure date of May 9, 2016, is extended to June 13, 2016.[2]

9. The rebuttal expert disclosure date of June 6, 2016, is extended to June 27, 2016.

10. The expert discovery date of July 8, 2016, is extended to July 15, 2016.

11. Plaintiffs' Motion for Class Certification shall be filed and served on or before **March 4, 2016**.

12. Defendants' Motion to Decertify FLSA Collective shall be filed and served on or before **March 4, 2016**.

13. The oppositions to the Motion for Class Certification , and the Motion to Decertify FLSA Collective shall be filed and served on or before **April 1, 2016.**

14. The reply briefs to the Motion for Class Certification, and Motion to Decertify FLSA Collective shall be filed and served on or before **April 15, 2016.**

15. The hearing on the Motion for Class Certification, and Motion to Decertify FLSA Collective shall be heard on **May 20, 2016, at 9:30 AM.**

IT IS SO ORDERED.

Dated: October 7, 2015

_____
JOSEPH C. SPERO
Chief Magistrate Judge

---

[2] The parties may meet and confer on new dates for expert disclosures and expert rebuttal and submit a new schedule by October 9, 2015.