

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

Elise M. Bloom
Member of the Firm
d 212.969.3410
f 212.969.2900
ebloom@proskauer.com
www.proskauer.com

January 22, 2016

*Via ECF*

Hon. Joseph C. Spero
Chief Magistrate Judge
U.S. District Court, Northern District of California
San Francisco Courthouse, Courtroom G - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:   *Senne, et al. v. Office of the Commissioner of Baseball, et al.*
              No. 3:14-cv-00608-JCS

Dear Judge Spero:

      We are writing on behalf of Defendants with regard to the January 29, 2016 Case Management Conference and hearing on pending discovery matters. Pursuant to the email from Karen Hom dated January 5, 2016, Adam Lupion and I intend to participate by telephone. We can be reached at (212) 969-3410. To the extent any other parties wish to appear by phone, we would be happy to provide a conference call number under separate cover.

Respectfully submitted,

*/s/ Elise M. Bloom*

Elise M. Bloom

Dated: 1/22/16



Beijing | Boca Raton | Boston | Chicago | Hong Kong | London | Los Angeles | New Orleans | New York | Newark | Paris | São Paulo | Washington, DC