LAW OFFICES
# PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403
(818) 788-8300
FAX (818) 788-8104
WWW.PSWLAW.COM

SAN FRANCISCO OFFICE
44 MONTGOMERY STREET, SUITE 2450
SAN FRANCISCO, CALIFORNIA 94104
(415) 433-9000
FAX (415) 433-9008

WRITER'S DIRECT CONTACT
(818) 205-2818
BPOUYA@PSWLAW.COM

January 27, 2016

Honorable Joseph C. Spero
United States District Court
Northern District of California
Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Senne, et al., v. Office of the Commissioner of Baseball, et al.*
      Case No.:              3:14-CV-00608-JCS (consolidated with 3:14-cv-03289)

Dear Judge Spero:

Pursuant to the email from Karen Hom dated January 5, 2016, I intend to participate by telephone during the January 29, 2016 Case Management Conference and hearing on pending discovery matters. Additional attorneys representing Plaintiffs' Interim Co-Lead Counsel from Pearson, Simon & Warshaw, LLP and Korein Tillery, LLP will attend the hearing in person. Since multiple attorneys are attending this hearing telephonically, I will coordinate with defense counsel to distribute a conference call number.

Respectfully Submitted,

PEARSON, SIMON & WARSHAW, LLP

*/s/ Bobby Pouya*

BOBBY POUYA,
*Interim Co-Lead Counsel for Plaintiffs*

Dated: 1/28/16



IT IS SO ORDERED
Judge Joseph C. Spero

867778.1