# Exhibit B-Part 1

# THE OFFICIAL
# PROFESSIONAL BASEBALL
# RULES BOOK



Office of the Commissioner of Baseball
245 Park Avenue
New York, New York 10167

Copyright © 1988, 1995, 1996, 1998, 1999, 2001, 2003, 2005, 2008, 2009,
2010, 2011, 2012, 2013, 2014  The Commissioner of Baseball

MLB001663

# MAJOR LEAGUE RULES
## TABLE OF CONTENTS

**Page**

RULE 1—Circuits .................................................... 1

  (a)  Conditions to Relocation to Another Club's Territory ................ 1

  (b)  Number of Clubs .................................................... 1

  (c)  Notice ............................................................. 2

  (d)  Definition ......................................................... 2

RULE 2—Player Limits and Reserve Lists ...................................... 2

  (a)  Reserve Lists ...................................................... 2

  (b)  Maximum Number of Reserved Players ............................ 4

  (c)  Active Lists ....................................................... 5

  (d)  Voluntarily Retired, Restricted, Disqualified and Ineligible Lists ..... 7

  (e)  Military List....................................................... 8

  (f)  Suspended List .................................................... 9

  (g)  Major League Disabled List ......................................... 9

  (h)  Minor League Disabled List and Temporarily Inactive List........... 11

  (i)  Players Signed after Selection ...................................... 13

  (j)  Players Signed for Future Services.................................. 13

  (k)  Designated Players ................................................. 14

  (l)  Re-Signing of Coach or Manager as Player .......................... 14

  (m)  Limitations on Coaches, Player-Coaches and Player-Managers....... 14

  (n)  Major League Bereavement / Family Medical Emergency List ....... 16

  (o)  Major League Paternity Leave List ................................. 17

RULE 3—Eligibility to Sign Contract, Contract Terms,
     and Contract Tenders ............................................. 17

  (a)  Eligibility to Sign Major League or Minor League Contracts......... 17

  (b)  Uniform Contracts................................................. 25

i

MLB001664

**Page**

(c)    Contract Terms for First-Year Player Contracts ...................... 26

(d)    Acceptance .................................................................. 38

(e)    Reporting and Filing of Contracts .................................. 38

(f)    Contracts in Violation ................................................. 39

(g)    Contacts and Tryouts .................................................. 39

(h)    Tender of Contract Renewals or Salary Addendums ................. 42

(i)    Uniform Manager's and Employee's Contracts ...................... 43

(j)    Certain Payments Forbidden ........................................... 43

(k)    Tampering ................................................................. 44

RULE 4—First-Year Player Draft .......................................... 44

(a)    Players Subject .......................................................... 44

(b)    Selection Meeting ....................................................... 45

(c)    Order of Selection ...................................................... 45

(d)    Effect of Selection on Player ......................................... 47

(e)    Negotiation Rights ...................................................... 49

(f)    Closed Period ............................................................ 49

(g)    Effect on Player Limits ................................................ 49

(h)    If Selected Player Does Not Sign .................................... 50

(i)    If Player Is Not Selected .............................................. 50

(j)    Medical Information .................................................... 50

(k)    Draft Lotteries .......................................................... 52

(l)    Interpretation ........................................................... 54

RULE 5—Annual Selection of Players ..................................... 55

(a)    Meetings .................................................................. 55

(b)    Method and Priority of Selections .................................. 55

(c)    Players Subject to Selection .......................................... 56

(d)    Consideration, Payment, and Responsibility ......................... 57

ii

MLB001665

MLB001663

|  |  |  | Page |
|---|---|---|---|
| (e) | Player-Managers | | 58 |
| (f) | Covering Up | | 58 |
| RULE 6—Selected Players | | | 58 |
| (a) | Restrictions | | 58 |
| (b) | Offer of Outright Assignment—Procedures | | 59 |
| (c) | Active List Restrictions | | 60 |
| (d) | Salary on Return | | 60 |
| (e) | Draft-Excluded Players | | 60 |
| RULE 7—Termination of Player-Club Relation | | | 61 |
| RULE 8—Major League Unconditional Release | | | 61 |
| (a) | Waiver Requirements | | 61 |
| (b) | Procedures for Obtaining Waivers | | 61 |
| (c) | Restrictions on Unconditional Release Waiver Requests | | 61 |
| (d) | Effect on Player Limits | | 61 |
| (e) | Waiver Claims and Consideration | | 62 |
| (f) | Notice to Player of Waiver Claims, and Right of Player to Terminate Contract | | 62 |
| (g) | Notice of Termination If No Claims | | 62 |
| (h) | Salary Obligations | | 62 |
| (i) | Re-Signing of Released Players | | 63 |
| RULE 9—Assignment of Player Contracts | | | 63 |
| (a) | Notice | | 63 |
| (b) | Time Limit | | 65 |
| (c) | Assignee Club's Responsibility for Bonus Provisions in Player's Contract | | 65 |
| (d) | Veteran Players | | 65 |
| (e) | Consent to Assignment | | 65 |
| (f) | Injury Rehabilitation | | 65 |

iii

MLB001666

MLB001663

| | | Page |
|---|---|---|
| RULE 10—Major League Waivers | | 66 |
| (a) | Definitions | 66 |
| (b) | When Waivers Are Required for Assignment | 68 |
| (c) | The Procedures for Obtaining Waivers | 68 |
| (d) | Waiver Claims and Awarding of Contracts | 74 |
| (e) | Restrictions on Waiver Requests | 78 |
| (f) | Effect on Waivers of Transfer of Optional Assignment | 80 |
| (g) | Penalties | 80 |
| (h) | Player Limit | 80 |
| RULE 11—Optional Agreements | | 80 |
| (a) | Definition | 80 |
| (b) | Limitations on Recall | 81 |
| (c) | Limitations on Optional Assignments | 82 |
| (d) | Number | 83 |
| (e) | Closed Period | 83 |
| (f) | Salary Arrears | 83 |
| (g) | Salary on Option or Recall | 83 |
| (h) | Salary Between Season Openings | 83 |
| (i) | Player Loans | 83 |
| (j) | Reacquiring Player | 84 |
| RULE 12—Transfer Agreements | | 85 |
| (a) | Requirements | 85 |
| (b) | Penalties | 85 |
| (c) | Promulgation | 85 |
| (d) | Payment | 86 |
| (e) | Consideration Must Be in Definite Terms | 86 |
| (f) | Transfers—When Void | 86 |
| (g) | Salary Between Season Openings | 87 |

iv

MLB001667

MLB001663

                                                                                **Page**

(h)   Transportation ...................................................... 87

RULE 13—Suspended Players.............................................. 87

(a)   Misconduct or Insubordination .................................... 87

(b)   Player Not in Condition .......................................... 88

(c)   Appeal ........................................................... 88

RULE 14—Retired Players ................................................ 88

(a)   Application....................................................... 88

(b)   Playing While Retired ............................................ 88

RULE 15—Restricted, Disqualified and Ineligible Lists...................... 89

(a)   Restricted List .................................................. 89

(b)   Disqualified List................................................. 89

(c)   Ineligible List .................................................. 89

(d)   Action by Commissioner or the Commissioner's Designee ........... 90

(e)   Player Status .................................................... 90

(f)   Effect on Player Limits .......................................... 91

(g)   Reservations...................................................... 91

(h)   Promulgation ..................................................... 91

(i)   Assignment........................................................ 91

RULE 16—Reinstatement of Players ....................................... 91

(a)   Application....................................................... 91

(b)   Player on Restricted List......................................... 92

(c)   Player on Voluntarily Retired, Disqualified or Ineligible List......... 92

(d)   Player Limits .................................................... 92

(e)   Reinstatement Before Release ..................................... 93

RULE 17—Player Salaries ................................................ 93

(a)   First-Year Player ................................................ 93

(b)   Part-Season Salary............................................... 93

v

MLB001668

MLB001663

|  |  | Page |
|---|---|---|
| (c) | Delay in Reporting | 93 |
| (d) | Minimum Salary | 93 |
| (e) | Renewal of Contract | 93 |
| **RULE 18—Playing Otherwise than for Club** | | 94 |
| (a) | Winter Leagues | 94 |
| (b) | Exhibition Games | 94 |
| (c) | Penalty | 95 |
| (d) | All-Star Game | 95 |
| (e) | Hall of Fame Game | 95 |
| (f) | In Japan | 95 |
| (g) | In Korea | 95 |
| (h) | In Taiwan | 95 |
| **RULE 19—Umpires and Official Scorers** | | 96 |
| (a) | Staffing | 96 |
| (b) | Duties | 96 |
| (c) | Control of Employment | 96 |
| (d) | Official Scorers | 96 |
| (e) | Umpire Claims | 97 |
| (f) | Umpires Acting as Scouts | 97 |
| **RULE 20—Conflicting Interests** | | 97 |
| (a) | Ownership and Financial Interests | 97 |
| (b) | Loans to and Relationships with Players | 98 |
| (c) | Loans to Clubs and Other Individuals | 98 |
| (d) | League Officials | 98 |
| (e) | Within Club | 98 |
| (f) | Winter Leagues | 99 |
| (g) | Application to Major League Clubs | 99 |

vi

MLB001663

**Page**

(h)  Information to Commissioner . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   99

RULE 21—Misconduct . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   100

(a)  Misconduct in Playing Baseball  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   100

(b)  Gift for Defeating Competing Club . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   100

(c)  Gifts to Umpires . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   100

(d)  Gambling . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   101

(e)  Violence or Misconduct . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   101

(f)  Other Misconduct . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   101

(g)  No Discrimination  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   102

(h)  Rule to Be Kept Posted . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   102

RULE 22—Claim Presentation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   102

(a)  Discipline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   102

(b)  Disputes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   102

(c)  Time for Presentation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   102

RULE 23—Holidays . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   102

RULE 24—Suspended Personnel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   103

(a)  Discipline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   103

(b)  Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   103

(c)  Effect . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   103

RULE 25—Uniform Playing Rules . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   104

(a)  Official Baseball Rules . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   104

(b)  Playing Rules Committee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   104

(c)  Duties of Playing Rules Committee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   105

(d)  Official Scoring Rules Committee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   106

(e)  Duties of Official Scoring Rules Committee . . . . . . . . . . . . . . . . . . . . . . .   106

(f)  Copyright and Publication . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   106

vii

MLB001670

MLB001663

**Page**

RULE 26—Gate Receipts ................................................ 106

   (a)  Paid Attendance .................................................... 106

   (b)  Assessment of Paid Attendance Receipts ........................... 106

   (c)  Establishing Admissions Total ...................................... 106

   (d)  Free Admissions.................................................... 107

RULE 27—[Reserved] .................................................... 108

RULE 28—Voting........................................................ 108

RULE 29—Major League Disaster Plan .................................... 108

   (a)  Event Qualifying as a Disaster...................................... 108

   (b)  Procedures ......................................................... 108

   (c)  Insurance........................................................... 112

RULE 30—Finances...................................................... 112

   (a)  Checks ............................................................. 112

   (b)  Audit............................................................... 112

   (c)  Budget ............................................................. 112

   (d)  Funds .............................................................. 113

RULE 31—Bulletins ..................................................... 113

RULE 32—Schedules .................................................... 113

   (a)  Major Leagues ..................................................... 113

   (b)  Minor Leagues ..................................................... 113

RULE 33—Qualification for Post-Season Series ............................ 116

   (a)  Division Champions................................................. 116

   (b)  Wild Cards ......................................................... 116

   (c)  Tie-Breaking Procedures ........................................... 116

RULE 34—Post-Season Series ............................................ 130

   (a)  Wild Card Game ................................................... 130

MLB001663

MLB001671

**Page**

(b)  Division Series ...................................................... 131

(c)  League Championship Series ........................................ 133

(d)  World Series......................................................... 133

RULE 35—Post-Season Supervision by the Commissioner ................... 133

RULE 36—Pennant and Memento ............................................ 134

(a)  World Series......................................................... 134

(b)  Presentation ........................................................ 134

(c)  League Champions ................................................... 134

RULE 37—Post-Season Schedule ........................................... 134

(a)  Order of Games ...................................................... 134

(b)  Postponed and Suspended Games...................................... 135

RULE 38—Post-Season Series Termination................................. 135

(a)  By Victory .......................................................... 135

(b)  By Commissioner .................................................... 136

RULE 39—Post-Season Playing Rules ...................................... 135

RULE 40—Players Eligible for Post-Season................................ 136

(a)  Players Eligible..................................................... 136

(b)  Coaches Eligible .................................................... 138

(c)  Players Eligible—Minor League Post-Season ......................... 138

RULE 41—[Reserved] ..................................................... 139

RULE 42—Post-Season Expenses ........................................... 139

(a)  Paid by Commissioner................................................ 139

(b)  Clubs' Expenses..................................................... 139

RULE 43—Post-Season Playing Grounds..................................... 139

RULE 44—Post-Season Admissions.......................................... 139

(a)  Rates ............................................................... 139

ix

MLB001672

MLB001663

**Page**

(b)   Free List Suspended ............................................... 140

(c)   Tickets ........................................................... 140

(d)   Seat Diagram ..................................................... 140

(e)   Ticket Priorities ................................................. 140

(f)   Daily Settlement.................................................. 140

RULE 45—Division of Post-Season Receipts ................................ 141

(a)   Commissioner ..................................................... 141

(b)   Players ........................................................... 141

(c)   Clubs—Commissioner's Office ...................................... 144

(d)   Guarantee of Players' Pool ........................................ 145

RULE 46—Bonus Forbidden ................................................. 146

(a)   Prohibition ....................................................... 146

(b)   Penalties ......................................................... 146

RULE 47—Exhibition Games ................................................ 146

RULE 48—Obligations of Participants....................................... 147

RULE 49—[Reserved] ...................................................... 147

RULE 50—Enforcement of Major League Rules ............................. 147

(a)   Penalties ......................................................... 147

(b)   Payment of Fines.................................................. 147

(c)   Continuity of Assignments, Agreements and Transactions ........... 147

RULE 51—Classification of Minor Leagues .................................. 148

(a)   League Classifications............................................. 148

(b)   Composition....................................................... 148

RULE 52—Major and Minor League Territorial Rights ...................... 149

(a)   Home Territory .................................................... 149

(b)   New Territories.................................................... 150

(c)   Overlapping Territories ............................................ 151

x

MLB001663

MLB001673

**Page**

(d)   Exceptions ........................................................ 151

(e)   Recognition of Future Rights ....................................... 153

(f)   Approval of Minor League Territorial Rights ....................... 153

(g)   Loss of Territorial Rights .......................................... 153

RULE 53—Minor League Expansion, Contraction, Relocation,
         and Reclassification ............................................... 154

(a)   Expansions or Contractions of Minor Leagues ...................... 154

(b)   Relocation of Minor League Clubs ................................. 156

(c)   Change in Classification(s) of Minor Leagues or League
       Affiliations of Minor League Clubs ................................ 157

(d)   Admission of New Leagues to a Minor League Association .......... 158

RULE 54—Regulation of Minor League Franchises ......................... 159

(a)   Approval of Control Interest Transfers ............................. 159

(b)   Monitoring Continued Financial Viability of Minor League Clubs ... 168

RULE 55—Minor League Free Agency ..................................... 171

(a)   Eligibility for Free Agency ......................................... 171

(b)   Successor Contract ................................................. 171

(c)   List of Eligible Players ............................................ 171

(d)   Petitions for Changes to List ....................................... 171

(e)   Final List .......................................................... 172

(f)   Restrictions on Outrighting Potential Minor League Free Agent ...... 172

RULE 56—Standard Player Development Contract ........................... 172

(a)   Exclusivity ........................................................ 172

(b)   Applicable Authority and Incorporated Agreements ................. 173

(c)   Duration and Termination .......................................... 174

(d)   Negotiation of New PDC Affiliations ............................... 174

(e)   Other Affiliation Changes .......................................... 176

(f)   Assignability ...................................................... 177

xi

MLB001674

**Page**

(g)   Rights and Obligations ............................................ 178

(h)   Scheduling ...................................................... 182

(i)   Playing Facility................................................. 182

(j)   Relocation or Change in League Affiliation of
      Minor League Club.......................................... 182

(k)   National Emergencies ............................................ 183

(l)   Extent of Club's Obligations...................................... 183

(m)   Notices ......................................................... 183

(n)   Filing.......................................................... 183

RULE 57—Travel Standards for Minor League Clubs ........................ 183

(a)   Transportation ................................................... 184

(b)   Hotel .......................................................... 184

RULE 58—Standards for Minor League Playing Facilities..................... 185

(a)   Standards........................................................ 185

(b)   Monitoring of Compliance......................................... 185

(c)   Failure to Meet Ballpark Standards ................................. 185

RULE 59—Lien on Territory ............................................ 186

(a)   Amount and Priority of Liens...................................... 186

(b)   Deductions ...................................................... 187

(c)   Effect of Assignments ............................................ 187

RULE 60—Definitions .................................................. 187

ATTACHMENT 3—Minor League Uniform Player Contract .................. 191

Addendum A .......................................................... 209

Addendum B .......................................................... 212

Addendum C .......................................................... 213

Addendum D .......................................................... 216

ATTACHMENT 4 ....................................................... 217

xii

MLB001675

MLB001663

**Page**

(a)   Player's Acknowledgment of Receipt of Contract Tender ............ 217

(b)   Declaration of Club Official ......................................... 218

ATTACHMENT 12—Notice to Player of Release or Transfer ................. 219

ATTACHMENT 52—Major and Minor League Territories .................... 221

(a)   National League Circuit ............................................. 221

(b)   American League Circuit ............................................ 222

(c)   International League (AAA) Circuit ................................ 224

(d)   Mexican League (AAA) Circuit .................................... 225

(e)   Pacific Coast League (AAA) Circuit ............................... 226

(f)   Eastern League (AA) Circuit ...................................... 227

(g)   Southern League (AA) Circuit ..................................... 228

(h)   Texas League (AA) Circuit ........................................ 228

(i)   California League (A) Circuit ...................................... 229

(j)   Carolina League (A) Circuit ....................................... 229

(k)   Florida State League (A) Circuit .................................. 230

(l)   Midwest League (A) Circuit ....................................... 231

(m)   South Atlantic League (A) Circuit ................................. 232

(n)   New York-Pennsylvania League (Short-Season A) Circuit .......... 233

(o)   Northwest League (Short-Season A) Circuit ....................... 234

(p)   Appalachian League (Rookie) Circuit .............................. 234

(q)   Pioneer League (Rookie) Circuit ................................... 235

(r)   Gulf Coast League (Rookie) Circuit ................................ 235

ATTACHMENT 54—Standard Minor League Financial Disclosure ........... 236

ATTACHMENT 56—Standard Form Letter Establishing PDC ................ 248

ATTACHMENT 58—Minor League Facility Standards and Compliance
Inspection Procedures .................................... 249

xiii

MLB001676

**MAJOR LEAGUE RULES**
**MLR 1(a) to 1(b)**

**IMPORTANT NOTE: TO THE EXTENT OF ANY CONFLICT
BETWEEN THE PROVISIONS OF THESE RULES AND THE
PROVISIONS OF THE CURRENTLY EFFECTIVE BASIC
AGREEMENT BETWEEN THE MAJOR LEAGUE CLUBS AND THE
MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION, THE BASIC
AGREEMENT SHALL IN ALL RESPECTS CONTROL.**

**Rule 1**

**CIRCUITS**

**(a)  CONDITIONS TO RELOCATION TO ANOTHER CLUB'S TERRITORY**.
A Major League Club, in order to relocate within the home territory of another Major
League Club, must comply with the following conditions:

**(1)**    The Major League Club intending to so relocate shall give notice of such
intention to the Commissioner not later than midnight of October 31 of the year
next preceding the first year it proposes to operate a second Major League Club in
such home territory.

**(2)**    Such Major League Club shall satisfy the Commissioner as to the bona fides
of such Club's intention to operate in such home territory on a long-term basis and
as to the financial ability and character of the owners of such Club to maintain such
Club for a period of five years.

**(3)**    Any park owned or occupied by such second Major League Club in such home
territory shall be located not less than five air miles distant from the park of the Club
first located in such home territory, unless the two Clubs mutually agree otherwise.

**(4)**    Such second Major League Club, before commencing its first year of
operation in such home territory, shall pay to the Club already located in such
home territory such sum of money as the Commissioner deems appropriate under the
circumstances and in addition shall pay to the latter Club one-half of all sums paid
by the latter Club to Minor Leagues or Clubs as compensation for inclusion of such
home territory in a Major League. Any disputes as to the amounts paid as such
compensation shall be determined by the Commissioner.

**(b)  NUMBER OF CLUBS**.   In no event shall any home territory in either Major
League circuit have more than two Major League Clubs.

1

MLB001677

MLB001663

## MAJOR LEAGUE RULES
### MLR 1(c) to 2(a)

**(c)  NOTICE**.

**(1)**  A Major League Club desiring to locate in a home territory in which a Minor League Club is operating must file notice of its intention to do so with the Commissioner between October 1 and October 31 (both inclusive) next preceding the first season it proposes to operate in such city.

**(2)**  If a Major League Club transfers its location to another home territory after approval is obtained under the Major League Constitution, such Club shall notify the Commissioner of the transfer as soon as the agreements or proceedings necessary to effect such transfer and relocation have been completed. Fifteen days after delivery of such notice, but in no event later than February 1 next preceding the first season such Club proposes to operate in its new location, the Major League circuits set forth in the Major League Constitution shall be deemed amended to reflect such relocation and the city from which such Major League Club transferred shall be deemed vacated by such Club unless another Major League Club has located in such home territory prior to the expiration of 15 days after the delivery of such notice.

**(d)  DEFINITION**.   For the purposes of this Rule 1, "home territory" shall refer to the operating territories described in Article VIII, Section 8 of the Major League Constitution, and in Attachment 52 to these Rules in the case of Minor League Clubs.

### Rule 2

### PLAYER LIMITS AND RESERVE LISTS

**(a)  RESERVE LISTS**.

**(1)**  Filing of Reserve Lists.   On a date designated by the Commissioner or the Commissioner's designee (which shall be no later than November 20, or the last business day preceding November 20, if November 20 is not a business day), each Major League Club shall file Major League and Minor League Reserve Lists with the Commissioner or the Commissioner's designee. A Major League Club shall include on its Major League Reserve List all players, player-managers and player-coaches who are currently under Major League Uniform Player's Contracts (unless they have been assigned outright to a Minor League Club) or who have been promoted to Major League status and must be tendered a Major League Uniform Player's Contract for the following championship season by December 2.

A Major League Club also must file a separate Minor League Reserve List for each Minor League classification in which it desires to reserve Minor League players. A Major League Club, however, may reserve players only in classifications in which it owned or had a PDC with a Minor League Club during the previous

2

MLB001678

MLB001663

## MAJOR LEAGUE RULES
### MLR 2(a)

season. The Minor League Reserve Lists filed by a Major League Club must contain all players, player-managers and player-coaches that it has under Minor League Uniform Player Contracts, including players whose Major League Uniform Player's Contracts have been assigned outright to Minor League Clubs. All players on one of the Minor League Reserve Lists filed by a Major League Club shall be reserved only to the Major League Club, which shall have the exclusive contractual right to the services of the players on such a list.

On the same date designated by the Commissioner for the filing of Minor League Reserve Lists by Major League Clubs, each independent Minor League Club shall file with the Commissioner or the Commissioner's designee a Minor League Reserve List containing the names of all players, player-managers and player-coaches that it has under Minor League Uniform Player Contracts. The composition of each Minor League Reserve List shall comply with the length of prior Minor League service limitations described in Rule 51(b) (Composition). A Minor League Club that is party to a PDC may not file a Minor League Reserve List and/or retain any sort of reserve or contractual rights to a player.

**(2)**   Maintenance of and Changes to Reserve Lists.   The Commissioner or the Commissioner's designee shall continuously maintain and update the Reserve Lists filed by Major League and Minor League Clubs. As part of this process, the Commissioner or the Commissioner's designee shall promptly record any transactions or player transfers permitted by these Rules and shall make them available to all Major League and Minor League Clubs through computer terminals and/or other means of electronic communication. Both Major League and Minor League Clubs shall immediately notify the Commissioner or the Commissioner's designee of any changes to their Reserve Lists. Such Reserve List changes shall not take effect until approved by the Commissioner or the Commissioner's designee and the Commissioner may establish procedures for notifying the Commissioner or the Commissioner's designee of such changes. Except for outright assignments from the Major League Reserve List in accordance with Rule 9 (Assignment of Player Contracts), outright assignments of players not subject to selection at the next Rule 5 Selection Meeting or the addition of players signed as Major League or Minor League free agents, Minor League Reserve Lists may not be amended during the period between the latest date designated by the Commissioner for filing Minor League Reserve Lists and the conclusion of the Rule 5 Selection Meeting.

**(3)**   Effect of Placement on Reserve List.   No player on a Reserve List filed by a Major League or Minor League Club shall be eligible to play or negotiate with any other Major League or Minor League Club until the player is removed from the Reserve List because the player's contract has been terminated or assigned.

3

MLB001679

MLB001663

**MAJOR LEAGUE RULES**
**MLR 2(b)**

**(b)  MAXIMUM NUMBER OF RESERVED PLAYERS**.

**(1)**  Major League Club Limits.   A Major League Club may place a maximum number of

**(A)**  40 players on its Major League Reserve List;

**(B)**  38 players on its Class AAA Reserve List for each Class AAA Club that it owned or with which it had a PDC during the previous season;

**(C)**  37 players on its Class AA Reserve List for each Class AA Club that it owned or with which it had a PDC during the previous season;

**(D)**  35 players on its Class A Reserve List for each Class A or Short-Season A Club that it owned or with which it had a PDC during the previous season; and

**(E)**  35 players on its Rookie Reserve List for each Rookie classification Club that it owned or with which it had a PDC during the previous season.

If two or more Major League Clubs shared a PDC with a single Minor League Club during the previous season, those Major League Clubs may place additional players on their Minor League Reserve Lists for the shared Minor League Club's classification. The number of players so reserved by each Major League Club sharing a PDC, however, shall not exceed the number of players that each Major League Club had placed on the Active and Inactive Lists of the shared Minor League Club as of the last day of the most recently concluded championship season.

**(2)**   Minor League Club Limits.   If a Minor League Club is not owned by a Major League Club and is not party to a PDC, the maximum number of players that it may place on its Minor League Reserve List shall be the same as the maximum number of players that a Major League Club could place on a Minor League Reserve List in the same classification for each Minor League Club that it owned or with which it had a PDC.

**(3)**   Reserve List Limits.   As used in these Rules, the maximum limits on the number of players that a Major League or Minor League Club may place on the various Major and Minor League Reserve Lists shall be referred to as "Reserve List" limits. A Major or Minor League Reserve List may contain more than the maximum number of players if the additional players are on a List (Voluntarily Retired, Disqualified, Restricted, Ineligible, or Military) that does not count against the Reserve List limits or these Rules otherwise provide that such additional players in excess of the maximum number may be placed on a Major or Minor League Reserve

4

MLB001680

MLB001663

**MAJOR LEAGUE RULES**
**MLR 2(b) to MLR 2(c)**

List. See Rule 2(g)(3) (Major League Disabled List; Effect on Limits), Rule 2(j)(1) (Players Signed for Future Services) and Rule 4(g) (Effect on Player Limits).

**(c)   ACTIVE LISTS.**

**(1)**   Filing and Maintenance.   Each Major League Club must file and maintain an Active List with the Commissioner or the Commissioner's designee for the Major League Club itself and for all Minor League Clubs that it owns or with which it has a PDC. If a Minor League Club is not owned by a Major League Club and does not have a PDC, it must file its own Active List with the Commissioner or the Commissioner's designee. The Active List of a Minor League Club owned by a Major League Club or under a PDC may include only players who are reserved to and under Major League Uniform Player's Contracts or Minor League Uniform Player Contracts with a Major League Club.

An Active List must include all players who are currently eligible to play in a championship season game for the Major League or the Minor League Club for which the list was filed. All Major League Active Lists must be filed by such time or times on the opening date of the Major League championship season as the Commissioner or the Commissioner's designee may set forth, provided, however, that any such filing time shall be no later than one hour before the scheduled start of the first game of the championship season on such opening date. All Minor League Active lists must be filed by the opening date of the championship season of the Minor League Club to which the list applies.

An optional player who has been recalled shall not be counted against the Major League Active List until the player physically reports to the recalling Club.

**(2)**   Numerical Limits.

**(A)**   Major League Club Active List.

**(i)**   Except as provided herein, the maximum number of players who may be placed on an Active List for a Major League Club shall be 25 from opening day until midnight on August 31 of the same championship season, at which time the number of players on the Active List of a Major League Club may be increased to 40. With the exceptions of unconditional releases, designations for assignment, and assignments of a Major League contract to another Major League Club, Clubs may not change their Active Lists once a game has commenced, unless the game is suspended (in which case Clubs may change their Active Lists prior to the resumption of the game).

5

MLB001681

MLB001663

# MAJOR LEAGUE RULES
## MLR 2(c)

**(ii)**  Prior to September 1, a Club may expand its 25-man Active Roster to 26 players for any split or regular doubleheader (including doubleheaders in which the first game is a continuation of a suspended game) that is contained in the regular season schedule or created to reschedule games, as follows:

**(aa)**  The additional roster spot is not available in the first game of a doubleheader that is scheduled as a result of a postponed game earlier in the same series if the rescheduled game takes place the day following the postponed game. The additional roster spot would he available in the second game of a split doubleheader.

**(bb)**  The additional roster spot shall not be available in the continuation of a suspended game.

**(cc)**  A player added to the 25-man Active Roster for these purposes must be on the 40-man Roster (or reinstated from a Major League Inactive List in accordance with the applicable Rule), and, except as set forth in Rule 2(c)(2)(A)(ii)(aa) and (bb) above, will be eligible to play in both scheduled games of the doubleheader (such player will be referred to as the "26th Player"). If a Club adds more than one player to the Active Roster, and one of the players is added pursuant to this Rule 2(c)(2)(A)(ii), it must identify the 26th Player at the time he is added to the roster.

**(dd)**  Any Club that expands its roster for these purposes must return to a 25-man Active Roster immediately after the conclusion of the second game (i.e., a post-game roster adjustment). The recall and waiver requirements and limitations contained in these Rules shall not apply to the 26th Player if returned to his previous Minor League club for these purposes. Moreover, a player's addition to the 25-man Active roster for these purposes shall not affect the expiration of any 10-day period that may be required by Rule 11(b)(1). The return of the player to his previous Minor League club shall not be considered an assignment (i.e., to a Minor League club, an optional assignment under these Rules, or otherwise). A Club may return to a 25-man Active Roster by removing a player other than the 26th Player only if the Club's call-up of the 26th Player complied with all applicable Rules and the Basic Agreement, and the Club's subsequent removal of the other player from its roster complied with all applicable Rules and the Basic Agreement (and both of those transactions will not be covered by the exception created by this Rule 2(c)(2)(A)(ii)).

6

MLB001682

MLB001663

# MAJOR LEAGUE RULES
## MLR 2(c) to 2(d)

**(ee)**   The 26th Player shall be paid one day of Major League salary and shall receive one day of Major League service. Such day shall not be counted for purposes of counting days on option pursuant to the Articles XIX(E) and XXI(B) of the Basic Agreement or Rule 11(c).

**(ff)**   The addition of the 26th Player must be consistent with the Prohibition on Taxi Squads contained in Article XV(E)(3) of the Basic Agreement.

**(gg)**   A Club's addition of the 26th Player pursuant to this Rule 2(c)(2)(A)(ii) is not intended to preclude a Club from making other player transactions that are permissible under these Rules or the Basic Agreement.

**(B)**  The maximum number of players on the Active List of a Class AAA Club shall be 25.

**(C)**  The maximum number of players on the Active List of a Class AA Club shall be 25.

**(D)**  The maximum number of players on the Active List of a Class A Club shall be 25.

**(E)**  The maximum number of players on the Active List of a Short-Season A Club shall be 35.

**(F)**  The maximum number of players on the Active List of a Rookie Club shall be 35.

**(3)**   For purposes of applying the limits in Rule 2(c)(2) (Numerical Limits), a player-manager or player-coach shall be considered an active player.

**(d) VOLUNTARILY RETIRED, RESTRICTED, DISQUALIFIED AND INELIGIBLE LISTS**.  Players on the Voluntarily Retired, Restricted, Disqualified or Ineligible Lists shall not count against either the Reserve List or Active List limits. A player under a Major League Uniform Player's Contract or Minor League Uniform Player Contract who has been reserved for two consecutive years on the Voluntarily Retired, Restricted, Disqualified or Ineligible Lists shall be omitted from further Reserve Lists and shall not be eligible to play until the player is first reinstated in accordance with Rule 16 (Reinstatement of Players). Upon reinstatement, the Major League or Minor League Club to which the player is reserved shall restore the player to the same status that the player had at the time when the player retired or became ineligible.

7

MLB001683

**MAJOR LEAGUE RULES**
**MLR 2(e)**

**(e)  MILITARY LIST**.   Players under reserve to Major or Minor League Clubs may be placed on the Military List subject to conditions and strictures set forth in this Rule 2(e).

**(1)**   If a player has received definite orders to report for military service, the player may be placed on the Military List within 15 days of the date on which the player is to report. A player may not be placed on the Military List, however, unless the player has left the player's Major League or Minor League Club in preparation for reporting for military service.

**(2)**   A player on the Military List shall not count against any Reserve List or Active List limits as of the date the player commences active military service if the player and the player's Major or Minor League Club advise the Commissioner or the Commissioner's designee in writing of the exact date that the player began active military service, the unit with which the player is serving and the player's serial number.

**(3)**   Upon discharge from military service a player will count against Reserve List and Active List limits after the player has completed a 15-day trial period or has participated in a championship season game, whichever comes first. This trial period shall begin when the player physically reports during either spring training or the championship season to the Major or Minor League Club for which the player has been directed to perform. A player on the Military List who is discharged from military service after the Rule 5 Selection Meeting, however, shall not count against any Reserve List or Active List limit until the opening day of the following championship season and such a player shall not count against any Reserve List limit in any event until the player has had a trial period of at least 15 days or has played in a championship season game.

**(4)**   Upon learning that a player has been separated from military service, the Major or Minor League Club to which the player is under reserve must immediately transmit such information to the Commissioner or the Commissioner's designee.

**(5)**   A player who is required to return for additional military service, but who may be available to the player's Major or Minor League Club while still in military service, shall be counted against the player's Club's Active List limit from the day the player participates in a championship season game and for the balance of the season. Any time accumulated by such player during spring training or the championship season shall be charged against the 15-day trial period that the player's Club must give the player.

8

MLB001684

MLB001663

## MAJOR LEAGUE RULES
## MLR 2(f) to 2(g)

**(f) SUSPENDED LIST**.

    **(1)**   Suspension by Club.   A player placed on the Suspended List by his Major or Minor League Club shall be excluded from all player limits until the player is reinstated.

    **(2)**   Suspension by League.   A player placed on the Suspended List by the Commissioner, Senior Vice President, Standards and On-Field Operations, a Minor League or a Minor League Association, shall count against both Reserve List and Active List limits.

**(g) MAJOR LEAGUE DISABLED LIST**.   Upon appropriate application to the Commissioner or the Commissioner's designee, a Major League Club may request that a player on its Major League Active List, who is unable to render services because of a specific injury or ailment, be placed on one of the Disabled Lists set forth in this Rule 2(g).

    **(1)**   Lists.   The Major League Disabled Lists shall consist of 7-day, 15-day and 60-day lists, which shall be the minimum period of inactivity for a player placed on such a list, as follows:

        **(A)**  15-day and 60-day lists.   The application for placement on the 15-day or 60-day list shall be accompanied by a Standard Form of Diagnosis completed by the Major League Club physician, and a copy of this completed form shall be given to the player. At the time of the request, the player's Club must designate the specific list on which the player is to be placed. The Commissioner or the Commissioner's designee may approve such requests after having received the Standard Form of Diagnosis.

        **(B)** 7-day list.   A player is only eligible for the 7-day list if he has suffered an acute concussion. The application for placement on the 7-day list shall be documented through an Event Form in the Electronic Medical Records System and accompanied by a concussion-specific Standard Form of Diagnosis, signed by the home or visiting Club physician and the home Club head certified athletic trainer. The completed diagnostic form and supporting information must be submitted to the Commissioner's Office and the Players Association prior to the player's placement on the 7-day list. A copy of the completed diagnostic form also shall be given to the player. Upon submission of the diagnostic form to the Commissioner's Office, Major League Baseball's Medical Director will review the form and any available supporting information, and, if appropriate, approve the placement of the player on the 7-day list.

    **(2)**   Transfers.   Subject to the restrictions above, a player may be transferred from the 7-day list to the 15-day, or from the 7-day or 15-day lists to the 60-day list. A

9

MLB001685

MLB001663

## MAJOR LEAGUE RULES
### MLR 2(g)

player on the 7-day list who is recertified after the initial 7-day list placement shall automatically be transferred to the 15-day list in the event the player is not able to return to play after an initial 14-day period of inactivity. Time spent on the 7-day or 15-day lists prior to any such transfer shall count towards the 15-day or 60-day minimum inactivity periods, whichever is applicable.

**(3)**   Effect on Limits.   There shall be no limit on the number of players placed on any list; provided, however, that:

**(A)**  a player may not be placed on or transferred to the 60-day list unless the Major League Reserve List of the player's Club is at the maximum limit of 40 or the player's Club acquires a player by waiver claim for its Major League Reserve List who otherwise would cause the 40-player Reserve List limit to be exceeded;

**(B)**  players on the 7-day and 15-day lists shall count against the Reserve List limits, but not against the Active List limits;

**(C)**  players on the 60-day list shall not count against either the Reserve List or Active List limits;

**(D)**  after the conclusion of the championship season, a player may not be placed on the 7-day Disabled List earlier than the fourth day before the start of the next championship season;

**(E)**  after the conclusion of the championship season, a player may not be placed on the 15-day Disabled List earlier than the ninth day before the start of the next championship season;

**(F)**  after the conclusion of the championship season, a player may not be placed on the 60-day Disabled List earlier than the first date that Clubs may invite injured players, pitchers and catchers to attend spring training workouts in accordance with Article XIV(A)(1) of the Basic Agreement;

**(G)**  except for players on the 60-day Disabled List, all players on the Disabled List must be removed from the Disabled List on or before the day following the conclusion of the championship season;

**(H)**  Clubs must remove all players from the 60-day Disabled List no later than the fifth day following the day that the last game of the World Series starts; and

10

MLB001686

MLB001663

**MAJOR LEAGUE RULES**
**MLR 2(g) to 2(h)**

    **(I)**   Clubs may not place players on or transfer players to the 60-day Disabled List after August 31 unless the Club adds a player to its Reserve List.

For the effect of the minimum activity period on post-season rosters, see Rule 40(a)(2) (Submission of Rosters).

    **(4)**   Recertifications.  The Club physician must complete and submit to the Commissioner's Office and the Players Association the appropriate Standard Form of Diagnosis for Recertification for a player on the 7-day list when the player first becomes eligible for reinstatement to active status, and then again 7 days following the date upon which the player first becomes eligible for reinstatement. A player on the 7-day list who is recertified for an additional 7 days shall automatically, without any additional recertification necessary, be transferred to the 15-day list in the event the player is not able to return to play after an initial 14-day period of inactivity. Except as provided herein, the Club physician must complete and submit the appropriate Standard Form of Diagnosis for Recertification for a player on the 15-day list when the player first becomes eligible for reinstatement to active status, and then every 15 days following the date upon which the player first becomes eligible for reinstatement. No recertification shall be required for players on the 60-day Disabled List.

    **(5)**   Return to Play.  Prior to the reinstatement of a concussed player from any Disabled List, and before the player may consent to and undergo an injury rehabilitation pursuant to Rule 9(f), the player's Club must submit a Return to Play Form and supporting information to the Medical Director and the Players Association.

    **(6)**   Disposition of Disabled Players.  Except as set forth in Rule 9(f) and Article XIX(C) of the Basic Agreement, a Major League Club may not direct, assign or otherwise transfer a player on a Major League Disabled List to a Minor League Club. A Major League player on a rehabilitation assignment shall not count against the Active List limit of either the Major or the Minor League Club to which the player is assigned but shall continue to count against the Reserve List limit for the Major League Reserve List unless the player is on the 60-day Disabled List.

**(h)**  **MINOR LEAGUE DISABLED LIST AND TEMPORARILY INACTIVE LIST**.

    **(1)**   If a Minor League Player is unable to render services because of a specific injury, the player may be placed on the Disabled List for that particular Minor League Club. If the Minor League Club is not owned by a Major League Club and is not party to a PDC, the Minor League Club may submit a written application to the President of its Minor League Association requesting that a player on its active list

11

MLB001663

MLB001687

## MAJOR LEAGUE RULES
### MLR 2(h)

be placed on the Disabled List. The two lists a Minor League player may be placed on during the championship season are:

**(A)** Regular Disabled List.  Minimum period of placement on a Minor League Disabled List shall be seven consecutive days.

**(B)** Emergency Disabled List.  Minimum period of placement on an Emergency Disabled List shall be 60 consecutive days. A player on this list shall not count against either a Minor League Club's Active or Reserve List limit.

<u>Effect on Limits</u>:   A player on a Regular Minor League Disabled List shall count against the player's Minor League Club's Reserve List limit but not against the Club's Active List limit. A player assigned on rehabilitation while on the Disabled List shall count towards the Reserve List limit of the assignor Club and shall not count against the player limits of the assignee Club.

**(2)**    Placement on Temporarily Inactive List. If a Minor League player is

**(A)**  not in position to render active service to the player's Club due to any of the following:

**(i)**   necessary temporary absence during the playing season on account of a family member's bona-fide illness;

**(ii)**   absence excused for the performance of any personal obligation; or

**(iii)**  the player not being in condition to render services as a result of an absence described in Rules 2(h)(2)(A) or 2(h)(2)(B), or as a result of having reported recently for service in that season; or

**(B)**  awaiting completion of the player's unconditional release for the purpose of allowing the player to sign with a club in a foreign league, provided the player's Club submits documentation of the transaction with the foreign club satisfactory to the Commissioner or the Commissioner's designee,

the player may be placed on the Minor League Club's Temporarily Inactive List. If the placement is pursuant to Rule 2(h)(2)(A), the Player's salary entitlement shall be at the Club's discretion until such player returns to the Club in physical condition to render services. A Player may not be placed on the Temporarily Inactive List prior to the start of the championship season.

The minimum period of placement on the Temporarily Inactive List shall be three consecutive days, during which the player will not be allowed in uniform during

12

MLB001688

MLB001663

**MAJOR LEAGUE RULES**
**MLR 2(h) to 2(j)**

a game. No assignment of a Temporarily Inactive List player shall be permitted until after reinstatement, following expiration of the minimum period. However, a Temporarily Inactive List player may be unconditionally released at any time, provided the player has first been reinstated from the Temporarily Inactive List.

Effect on Limits:   A Temporarily Inactive player shall not be counted on a Minor League Club's Active List, but the player shall be included in the Reserve List limit. Written notice of placement upon the Temporarily Inactive List must be given to the player. A player cannot be carried on the Reserve List as Temporarily Inactive.

**(i)   PLAYERS SIGNED AFTER SELECTION**.   Players who are signed after selection in the Rule 4 draft shall count against Reserve List and Active List limits only as provided in Rule 4(g) (Effect on Player Limits).

**(j)   PLAYERS SIGNED FOR FUTURE SERVICES**.   No Major or Minor League Club may sign an eligible player if the player has no previous Major or Minor League experience and if the contract is for services to commence after the current calendar year, except as provided for in subparagraphs (1) or (2) of this Rule 2(j).

   **(1)**   A Major League Club may sign, after July 1, a player who has no previous Major or Minor League experience to a contract for the succeeding year, provided, however, that the number of players so signed shall not exceed 12 for each Class A, Short-Season A or Rookie League Club that the Major League Club owns or with which it has a PDC during the current season. Each such additional player signed to a Minor League Uniform Player Contract shall be placed on either a Class A, Short-Season A or Rookie Reserve List, but the player shall not count against Reserve List or Active List limits until the opening day of the succeeding championship season of the Club to which the player is assigned. The Club shall be obligated to take such player to its spring training camp (Major League, Minor League or a combination of both) for a minimum 15-day trial period. Each such additional player signed to a Major League Uniform Player's Contract shall be placed on a Major League Reserve List, shall count against such Reserve List limits immediately, shall be directed not to report until Major League spring training camp and shall not count against Active List limits until the opening day of the succeeding championship season of the Club to which the player is assigned. The Club shall be obligated to take such player to its spring training camp (Major League, Minor League or a combination of both) for a minimum 15-day trial period.

   **(2)**   A player who has no previous Major or Minor League experience and who is in the Armed Services may contract, regardless of the date on which the player is scheduled to be discharged, for either the current or next succeeding season if the player is signed between the Rule 4 draft and the Winter Meetings, or for the season following the Winter Meetings if the player is signed between the Winter Meetings

13

MLB001689

MLB001663

# MAJOR LEAGUE RULES
## MLR 2(j) to 2(m)

and the next Rule 4 draft. A player so signed shall not be eligible for placement on the Military List and shall be counted against the signing Club's Major or Minor League Reserve List limits. Players signed pursuant to this Rule 2(j)(2) shall not be charged for player classification purposes with any time between the date of the contract and the date of reporting.

**(k)  DESIGNATED PLAYERS**.   When the Active List and/or Reserve List limits of a particular Major League Club have been reached, and the Club desires to acquire, sign, transfer, recall from an optional assignment or reinstate an additional player, notice must first be given to the Commissioner or the Commissioner's designee of the Club's intention to release or assign an equal number of designated players. The player(s) so designated shall be released or their contracts assigned within 10 days after such notice is given, and they shall not be eligible to participate in a championship season game after having been so designated until they are released or assigned to another Major or Minor League Club. No player obtained from a waiver claim award may be designated if such designation would violate Rule 10(h) (Player Limit).

**(*l*)  RE-SIGNING OF COACH OR MANAGER AS PLAYER**.   Any Major League Reserve List player who has been unconditionally released and signed as a coach or manager after midnight on August 1 of any championship season cannot be re-signed as a player by the releasing Major League Club until May 15 of the following championship season.

**(m) LIMITATIONS ON COACHES, PLAYER-COACHES AND PLAYER-MANAGERS**.

 **(1)**   Major League.

   **(A)**  A person employed as a coach shall not count against the Reserve List or Active List limits unless and until the person signs a contract as a player. Upon signing as a player the person cannot be re-employed as a coach during the same season, unless any applicable waivers are first secured and the person is unconditionally released as a player.

   **(B)**  A person signed as a player or a player-manager cannot be re-employed as a manager or coach until any applicable waivers are first secured and the person is unconditionally released as a player. If the person is then employed under a coach's or manager's contract, a Major League Club cannot release the person as coach or manager and subsequently re-sign the person as a player during the same championship season.

   **(C)**  No contract shall be approved unless a Major League Club indicates in the contract whether the person is to be employed as a player or as a coach.

14

MLB001690

**MAJOR LEAGUE RULES**
**MLR 2(m)**

**(D)** **(i)** From opening day through August 31 and during the post-season, a Major League Club shall be permitted no more than seven on-field uniformed coaches, instructors or bullpen coaches (including honorary coaches or instructors) during an official Major League Baseball game. Prior to substituting for a manager or coach who has left the Club on a temporary basis, the team must notify the Commissioner's Office, as well as the opposing Club and umpire crew, of the temporary change prior to the start of the game.

**(ii)** From September 1 through the conclusion of the championship season, a Major League Club shall be permitted one additional on-field uniformed coach, instructor or bullpen coach during an official Major League Baseball game, so long as such additional coach is a full-time employee who has spent a significant amount of time during the championship season as a uniformed manager, coach or instructor of that Major League Club or a Minor League Club or Clubs affiliated with that Major League Club and so long as the Major League Club provides such coach's name to the Commissioner or the Commissioner's designee before such coach appears in uniform during a Major League game. A Major League Club may designate a different additional coach from game to game, so long as the Major League Club complies with all other requirements of this Rule 2(m)(1)(D). A Certified Athletic Trainer or a registered strength and conditioning coach may be allowed to sit on the bench as an additional trainer during this period.

**(iii)** There shall be no limit on the number of coaches or instructors who may work with players during any pre-game or post-game practice; however, additional coaches and/or instructors who participate in pre-game activities must leave the dugout, field and bullpen areas during the game.

**(2)** Minor League.

**(A)** A person employed as a manager or coach shall not count against the Reserve List or Active List limits unless and until the person signs a contract as a player. Upon signing as a player the person cannot be re-employed as a manager or coach during the same season, unless the person is unconditionally released as a player. During the same championship season, a manager or coach who has been signed and subsequently released as a player may not be re-signed as a player.

**(B)** A person signed as a player, player-manager or player-coach cannot be re-employed as a manager or coach until the person is unconditionally

15

MLB001691

MLB001663

## MAJOR LEAGUE RULES
### MLR 2(m) to 2(n)

released as a player. If the person is then employed under a coach's or manager's contract, a Major or Minor League Club cannot release the person as coach or manager of a Minor League Club and subsequently re-sign the person as a player during the same championship season.

**(C)**  No contract shall be approved unless a Major or Minor League Club indicates in the contract whether the person is to be employed as a player or as a manager or coach.

**(n)  MAJOR LEAGUE BEREAVEMENT / FAMILY MEDICAL EMERGENCY LIST.**   Upon written application to the Commissioner or the Commissioner's designee, a Major League Club may request that a player be placed on the Major League Bereavement / Family Medical Emergency List. No player may be placed on the Major League Bereavement / Family Medical Emergency List unless such player is unable to render services because of the serious or severe illness or death of a member of such player's immediate family (spouse, parent, grandparent, sibling, child or grandchild) or a member of such player's spouse's immediate family (parent, grandparent, sibling, child or grandchild).

A player on the Major League Bereavement / Family Medical Emergency List shall be paid salary while on such List. For each day that the player receives salary while on the Major League Bereavement / Family Medical Emergency List, the player shall receive one day of Major League service.

The minimum period of placement on the Major League Bereavement / Family Medical Emergency List shall be three consecutive days and the maximum period of placement shall be seven consecutive days, during which placement the player is not permitted to be with the player's Club. No assignment of a Major League Bereavement / Family Medical Emergency List player shall be permitted until after reinstatement. However, a Major League Bereavement / Family Medical Emergency List player may be unconditionally released with the prior approval of the Commissioner or the Commissioner's designee.

If a player's absence from the player's Major League Club continues past the maximum period of Major League Bereavement / Family Medical Emergency List placement, the player's Club may submit written application to the Commissioner or the Commissioner's designee to place the player on the Restricted List. See Rule 15(a) (Restricted, Disqualified and Ineligible Lists).

Effect on Limits:   A Major League Bereavement / Family Medical Emergency List player shall not be counted on a Major League Club's Active List, but the player shall be included in the Reserve List limit. Written notice of placement upon the Major League Bereavement / Family Medical Emergency List must be given to the player. A player may not be carried on the Major League Bereavement / Family Medical Emergency List after the conclusion of the championship season.

16

MLB001692

## MAJOR LEAGUE RULES
### MLR 2(o) to 3(a)

**(o)   MAJOR LEAGUE PATERNITY LEAVE LIST**.   Upon written application to the Commissioner or the Commissioner's designee, a Major League Club may request that a player be placed on the Major League Paternity Leave List. No player may be placed on the List unless that player is the father of a child whose delivery or adoption is imminent or has occurred within the prior 48 hours.

A player on the Major League Paternity Leave List shall be paid salary while on such List. For each day that the player receives salary while on the Major League Paternity Leave List, the player shall receive one day of Major League service.

The minimum period of placement on the Major League Paternity Leave List shall be one day and the maximum period of placement shall be three consecutive days, during which placement the player is not to be permitted to be with the player's Club. No assignment of a Major League Paternity List player shall be permitted until after reinstatement.

If a player's absence from the player's Major League Club continues past the maximum period of Major League Paternity Leave List placement, the player's Club may submit written application to the Commissioner or the Commissioner's designee to place the player on the Restricted List, see Rule 15(a) (Restricted, Disqualified and Ineligible Lists), or, if the player's absence is as a result of a serious illness or death arising from the delivery of the child, the player's Club may submit written application to the Commissioner or the Commissioner's designee to transfer the player to the Major League Bereavement / Family Medical Emergency List, provided that any time spent on the Paternity Leave List shall count towards the minimum inactivity period. See Rule 2(n).

Effect on Limits:   A Major League Paternity Leave List player shall not be counted on the Major League Club's Active List, but the player shall be included in the Reserve List limit. Written notice of placement upon the Major League Paternity Leave List must be given to the player. A player may not be carried on the Major League Paternity Leave List after the conclusion of the championship season.

### Rule 3

### ELIGIBILITY TO SIGN CONTRACT, CONTRACT TERMS, AND CONTRACT TENDERS

**(a)   ELIGIBILITY TO SIGN MAJOR LEAGUE OR MINOR LEAGUE CONTRACTS**.

**(1)**   General Rules.   Subject to the High School, College and Junior College Rules listed in this Rule 3(a), a Major or Minor League Club may contract with a

17

MLB001693

MLB001693

**MAJOR LEAGUE RULES**
**MLR 3(a)**

player under the conditions and restrictions set forth in this Rule 3. A player may be subject to one or more of the following Rules and may contract with a Major or Minor League Club only if the conditions and restrictions of all Rules applicable to the player are satisfied. It is the responsibility of the contracting Club to determine that a player is eligible to sign in accordance with this Rule 3. For purposes of this Rule 3, the term "United States" shall mean the 50 States of the United States of America, the District of Columbia, Puerto Rico, and any other Commonwealth, Territory or Possession of the United States of America.

**(A)** A player who has not previously contracted with a Major or Minor League Club, and who is a resident of the United States or Canada, may be signed to a contract only after having been eligible for selection in the immediately preceding First-Year Player Draft.

**(i)** A player shall be considered a "resident of the United States or Canada" if the player enrolls in a United States or Canadian high school, junior college, or college or establishes a legal residence in the United States or Canada within one year prior to the date of the player's contract. In determining residency, the Office of the Commissioner will consider all relevant factors, including, but not limited to, how long the player has lived at his current address, where the player intends to live permanently in the future, where the player has resided in the past, what passports the player holds, the player's citizenship, and the player's place of birth.

**(ii)** Except for players who become free agents pursuant to Rule 4(j)(3)(B), a player who is eligible for selection in the Draft may only sign a Minor League Uniform Player Contract. If such a player does not sign a Minor League contract with the selecting Club before being removed from the selecting Club's Negotiation List pursuant to Rule 4(d), he may not sign with any Major or Minor League Club until after the next First-Year Player Draft for which the player is eligible for selection.

**(B)** A player who has not previously contracted with a Major or Minor League Club, who is not a resident of the United States or Canada, and who is not subject to the High School, College or Junior College Rules, may be signed to a contract if the player:

**(i)** is at least 17 years old at the time of signing, or

**(ii)** is 16 at the time of signing, but will attain age 17 prior to September 1 of the first season covered by the contract.

18

MLB001694

MLB001663

**MAJOR LEAGUE RULES**
**MLR 3(a)**

Proof of age in the form of a birth certificate or other appropriate documentation, issued by an appropriate government agency, shall accompany the filing of such player's first Minor League contract. Notwithstanding any other provision of the Major League Rules (including, but not limited to, Rule 3(f)(1)), any Minor League contract made in violation of this Rule 3(a)(1)(B) may be declared null and void only in the discretion of the Commissioner or the Commissioner's designee, and the Major or Minor League Club and any official, scout or employee of the offending Major or Minor League Club who participated in the violation shall be subject to such penalties or such other action as the Commissioner or the Commissioner's designee may from time to time deem appropriate under the circumstances. A Major League or Minor League Club that recruits such a player may not sign or encourage such a player to sign a professional baseball contract other than with a Major or Minor League Club.

**(C)** A Player covered under Rule 3(a)(1)(B) may not be signed to a Major League contract unless he qualifies as a Foreign Professional. A Foreign Professional is a player who, at the time of signing, is at least 23 years of age and has played as a professional in a foreign professional league recognized by the Commissioner's Office for a minimum of five seasons. During the 2012-2013 signing period (July 2, 2012-June 15, 2013) and 2013-2014 signing period (July 2, 2013-June 15, 2014), Cuban players who, at the time of signing, are at least 23 years of age and have played as a professional in a Cuban professional league for a minimum of three seasons will be considered Foreign Professionals. In all signing periods following the 2013-2014 signing period, Cuban players will be considered Foreign Professionals if, at the time of signing, they are at least 23 years of age and have played as a professional in a Cuban professional league for a minimum of five seasons.

**(D)** A player who has previously contracted with a Major or Minor League Club, and is currently reserved by such Club or by another assignee Club, may be signed to a contract only by the Club that currently holds reservation rights to the player's contract.

**(E)** A player who has previously contracted with a Major or Minor League Club, but who is no longer subject to reservation by that Club, may contract with any Major or Minor League Club subject to the limitations on resigning with a prior Club in Rule 8(i) (Re-Signing of Released Players).

**(F)** No player is permitted to, directly or indirectly, provide to a Major or Minor League Club, or to the Commissioner or the Commissioner's designee, any false material information or documentation in regard to the player's age,

19

MLB001695

MLB001663

**MAJOR LEAGUE RULES**
**MLR 3(a)**

identity, citizenship, residence or scholastic standing in connection with the player signing with a Major or Minor League Club. Any player found to have violated this Rule 3(a)(1)(F) shall be declared ineligible to sign with any Major or Minor League Club for a period of one year, if the player does not have an approved contract with a Major or Minor League Club, or shall be placed on the Disqualified List for a period of one year, if the player does have an approved Minor League Uniform Player Contract with a Major or Minor League Club. The Commissioner or the Commissioner's designee shall have the discretion to reduce the mandatory sanctions described in this Rule 3(a)(1)(F) only if the Commissioner or the Commissioner's designee concludes that extraordinary circumstances exist that call for the exercise of such discretion. If a complaint is first made to the Commissioner or the Commissioner's designee more than one year following the player's first appearance in a game in a Major or Minor League in the United States or Canada and the Commissioner or the Commissioner's designee concludes that a player has violated this Rule 3(a)(1)(F), then the mandatory sanctions described in this Rule 3(a)(1)(F) shall not apply and, instead, the Commissioner or the Commissioner's designee may impose such sanctions as may be deemed appropriate, in the discretion of the Commissioner or the Commissioner's designee. If the false information or documentation is in regard to a Major League Uniform Player's Contract, or if the disclosure of evidence of false information or documentation in regard to a player is made to the Commissioner or the Commissioner's designee while such player is on a Major League Reserve List, whether or not the false information or documentation is in regard to a Minor League Uniform Player Contract, then the mandatory sanctions described in this Rule 3(a)(1)(F) shall not apply and, instead, Rule 21(f) (Other Misconduct) shall apply. Any person employed by or affiliated with any Major or Minor League Club who participates in, aids or abets any violation of this Rule 3(a)(1)(F) shall be subject to such sanctions as may be deemed appropriate, in the discretion of the Commissioner or the Commissioner's designee.

**(G)** The mandatory sanctions described in Rule 3(a)(1)(F) shall neither abrogate nor supersede any rights or remedies a Club may have, whether under a Minor League Uniform Player Contract, under a Major League Uniform Player's Contract, at law, in equity or otherwise, against a player who has engaged in conduct prohibited by Rule 3(a)(1)(F). Rule 3(a)(1)(F) shall not be admissible in any arbitration or other litigation involving a Club contention that a player induced the Club to execute a Major League Uniform Player's Contract by, among other things, providing false information or documentation in regard to the player's age, identity, citizenship, residence or scholastic standing.

20

MLB001696

**MAJOR LEAGUE RULES**
**MLR 3(a)**

(2)    High School Rules.

(A)  Definitions:

(i)    The term "high school" for purposes of Rules 3 and 4 shall mean a secondary school that confers a diploma on a student after the completion of three or four years of academic study, typically referred to as grades 9, 10, 11 or 12, or freshman, sophomore, junior and senior. The term "high school" also shall include institutions that provide post-graduate high school courses and allow enrolled students to participate on a baseball team that competes with other high schools.

(ii)  The terms "graduation" or "graduate" for purposes of Rule 3(a)(2) and Rule 4 shall mean the issuance of a diploma to a student by his high school signifying that the student has completed the academic requirements of the high school as determined by the school, the school district, or state or local government bodies, whichever is applicable. The terms "graduation" or "graduate" does not include the receipt by the player of a general equivalency diploma or degree.

(B)  A high school student (or a student eligible to attend a high school) may only be signed to a contract upon the conclusion of the fourth school year following the date that the student's class entered its freshman year of high school (i.e., 9th grade). A player will be eligible to sign a contract prior to the expiration of the four-year period described in the preceding sentence only if he satisfies each of the following:

(i)    the player has graduated from high school after having attended for a minimum of three full academic years (e.g., 9th, 10th, and 11th grades);

(ii)   the player will be 17 years old within 45 days of the conclusion of the First-Year Player Draft;

(iii)  the player will not play baseball for any high school baseball team following his graduation (except to complete a season that commenced prior to his date of graduation); and

(iv)  the player provided the Office of the Commissioner with written notice by January 15 of his desire to be eligible for the next First-Year Player Draft as a result of his early graduation from high school.

21

MLB001697

MLB001663

## MAJOR LEAGUE RULES
### MLR 3(a)

No player will be eligible to sign a contract prior to the expiration of the four-year period described herein unless and until the player provides the Office of the Commissioner with a sworn affidavit by May 1 that he has satisfied or will satisfy each of the foregoing criteria within 45 days of the conclusion of the First-Year Player Draft.

**(C)**  A high school player who is eligible to sign a contract under this Rule 3(a)(2) may do so only after the player has been subject to selection in the immediately preceding First-Year Player Draft in accordance with Rule 4. If a player is selected in the First-Year Player Draft, the player may sign a contract until being removed from the selecting Club's Negotiation List in accordance with Rule 4(d). If a player is not selected, the player shall remain eligible to sign a contract until the start of the next Closed Period. Notwithstanding the above, if the player enrolls in junior college or college, or the player returns to high school, the right of the player to sign a contract shall immediately terminate on the day of the first scheduled class of the fall semester of the institution in which the player enrolls, in which case the player will be ineligible to sign a contract until the conclusion of the next First-Year Player Draft for which the player is eligible under the applicable High School, Junior College or College Rules.

**(D)**  A Club may require a signed high school player to report for service prior to his graduation date only with the written consent of the player and approval from the Office of the Commissioner.

**(3)**   College Rules.

**(A)**  Definitions.

**(i)**   The term "college" for purposes of Rules 3 and 4 shall mean any university or other institution of higher education located in the United States or Canada that confers degrees upon students following completion of sufficient credit hours to equal a four-year course. To fall within this definition, the institution must be represented by a baseball team which participates in inter-collegiate competition. This definition includes but is not limited to all members of the National Collegiate Athletic Association ("NCAA") and the National Association of Intercollegiate Athletics ("NAIA").

**(ii)**   The term "potential college baseball eligibility" for purposes of Rules 3 and 4 shall mean that the player has not exhausted his four years of eligibility for participation in college baseball competitions under the

22

MLB001663

**MAJOR LEAGUE RULES**
**MLR 3(a)**

rules of the NCAA, NAIA or applicable governing body (in addition to any extensions that may be granted to the player), irrespective of whether the player has enrolled in college, joins the baseball team or is permitted or eligible to participate on such team by his college, the NCAA, the NAIA or applicable governing body.

**(iii)** The term "college junior" for purposes of Rules 3 and 4 shall mean any student who has completed three years of college baseball eligibility (i.e., has one year of remaining potential college baseball eligibility), or has completed six academic semesters of full-time coursework (or nine academic quarters of full-time coursework).

**(B)** Except as set forth in Rule 3(a)(3)(C), a player who enrolls in a college may not be signed by a Major or Minor League Club during the period beginning on the day of the first scheduled class of the fall semester of the institution in which the player is enrolled and ending with the graduation of the class with which the player originally entered college or with the graduation of the college's undergraduate class in a later year if the player retains potential college baseball eligibility in such later year. The prohibition set forth in this Rule 3(a)(3)(B) shall apply irrespective of whether the player is a member of his college's baseball team or is permitted to participate on such team by his college, the NCAA, the NAIA or applicable governing body.

**(C)** A player who is covered by Rule 3(a)(3)(B) may be permitted to sign a contract with a Major or Minor League Club only in the following circumstances:

**(i)** the player is at least 21 years old and is currently between school years;

**(ii)** the player has completed his junior year and is currently between school years;

**(iii)** the player has no potential college baseball eligibility remaining;

**(iv)** the Commissioner grants the player's written application to be declared eligible for the next First-Year Player Draft as a result of his termination from his college for scholastic deficiency; or

**(v)** the player has withdrawn from his college and remains out for at least 120 days (including the date of withdrawal).

23

MLB001699

MLB001663

**MAJOR LEAGUE RULES**
**MLR 3(a)**

**(D)**  A college player who is eligible to sign a contract under Rule 3(a)(3)(C) above may do so only after having been subject for selection in the immediately preceding First-Year Player Draft in accordance with Rule 4.

**(E)**  A player who is selected in the First-Year Player Draft may sign a contract with the selecting Club until the earlier of: (i) the player's removal from the selecting Club's Negotiation List in accordance with Rule 4(d); (ii) the player's return to college in the fall or spring semester (if the player has remaining potential college baseball eligibility on the day of the first scheduled class of that semester); or (iii) the first scheduled class of the fall semester at a junior college in which the player is enrolled. A player who is not selected in the First-Year Player Draft may sign a contract with any Club until the earlier of: (i) the commencement of the next Closed Period; (ii) the player's return to college in the fall or spring semester (if the player has remaining potential college baseball eligibility on the day of the first scheduled class of that semester); or (iii) the first scheduled class of the fall semester at a junior college in which the player is enrolled.

**(F)**  A college player with remaining potential college baseball eligibility who returns to college is not permitted to sign a contract until the conclusion of the next First-Year Player Draft for which the player is eligible.

**(G)**  A college player whose team is eligible for the national tournaments conducted by the NCAA and NAIA may not be signed until the day after the player's team has been eliminated from such tournament.

**(H)**  A student enrolled in a college without a baseball team who claims he is eligible to sign a contract because his college does not have a baseball team that participates in inter-collegiate competitions, or a college student who claims that he qualifies for the exception set forth in Rule 3(a)(3)(C)(iv), shall make written application to the Commissioner setting forth the relevant facts with supporting documentation. If the Commissioner determines that the player is eligible to sign a contract, the player and all Major and Minor League Clubs will be notified that the player is authorized to sign a contract following the conclusion of the next First-Year Player Draft.

**(4)**   Junior College Rules.   A student at a junior college in the United States or Canada may not be signed during the period commencing with the day of the first scheduled class of the fall semester of the institution in which the student enrolls and ending after the conclusion of the next First-Year Player Draft.

24

MLB001700

MLB001663

**MAJOR LEAGUE RULES**
**MLR 3(a) to 3(b)**

**(5)** Time Period for Determining Eligibility to Contract. A player who will become eligible to sign a contract under the High School, College or Junior College Rules within 45 days of the conclusion of the First-Year Player Draft (and thus is eligible for selection in the draft under Rule 4(a)) will be deemed eligible to sign a contract with his selecting Club upon selection, or with any Club if not selected upon the conclusion of the First-Year Player Draft.

**(b) UNIFORM CONTRACTS**.

**(1)** Uniform Contract for Major League Players. To preserve morale among Major League players and to produce the similarity of conditions necessary for keen competition, the contracts between all Major League Clubs and their players on the Major League Reserve List shall be in the form prescribed by any Basic Agreement in effect between the Major Leagues and the Major League Baseball Players Association.

**(2)** Uniform Contract for Minor League Players. To preserve morale among Minor League players and to produce the similarity of conditions necessary for keen competition, all contracts between either Major or Minor League Clubs and players on Minor League Reserve Lists shall be in the form of the Minor League Uniform Player Contract that is appended to these Rules as Attachment 3. All Minor League Uniform Player Contracts between either a Major or a Minor League Club and a player (except a Foreign Professional as defined in Rule 3(a)(1)(C)) who has not previously signed a contract with a Major or Minor League Club shall be for a term of seven Minor League playing seasons. A Minor League Uniform Player Contract between either a Major or a Minor League Club and a player who has previously signed a contract with a Major or Minor League Club (or otherwise qualifies as a Foreign Professional as defined in Rule 3(a)(1)(C)) may be for any term not to exceed seven Minor League playing seasons that is mutually acceptable to the signing Club and the player. The minimum salary in each season covered by a Minor League Uniform Player Contract shall be the minimum amount established from time to time by the Major League Clubs for each Minor League classification or League.

**(3)** Except with the written approval of the Commissioner, no Major or Minor League Club shall enter into a contract with a player that differs from the Major League Uniform Player's Contracts or Minor League Uniform Player Contracts. All contracts shall be in duplicate and the player shall retain a counterpart original. All Major League Uniform Player's Contracts and all Minor League Uniform Player Contracts must be filed with the Commissioner or the Commissioner's designee for approval.

**(4)** No player shall participate in any championship season game until the player has signed a contract in the form prescribed by this Rule 3(b) for services during the

25

MLB001701

MLB001663

**MAJOR LEAGUE RULES**
**MLR 3(b) to 3(c)**

current season. Use of an ineligible player shall subject the offending Club to such penalties as the Commissioner may impose, including, without limitation, forfeiture of any game won by the Club that uses an ineligible player.

**(5)**   No Major League Uniform Player's Contract or Minor League Uniform Player Contract shall be approved if it contains a bonus for playing, pitching or batting skill or if it provides for the payment of a bonus contingent on the standing of the signing Club at the end of the championship season.

**(6)**   The contract of a first-year player (i.e., a player who has not previously contracted with a Major or Minor League Club) selected in the First-Year Player draft may not be assigned to another non-affiliated Major or Minor League Club until a period of one year has passed from the date of the player's original contract.

**(c)   CONTRACT TERMS FOR FIRST-YEAR PLAYER CONTRACTS**.

**(1)**   First Contract Season.   First-year players must contract for either the current or the following season.

**(2)**   Salary Rates.

**(A)   Major League Uniform Player's Contracts.**   The minimum salary for Major League service in all Major League Uniform Player's Contracts is set forth in the Basic Agreement.

**(B)   Minor League Uniform Player Contracts.**   The salary in each Minor League Uniform Player Contract between a Major League Club and a first-year player shall be the amount established by the Major Leagues for each Minor League classification or League. The salary in each Minor League Uniform Player Contract between an independent Minor League Club and a first-year player shall be the amount established by the Minor League Association for each Minor League classification or League. On a pro rata basis, a first-year player must receive the minimum salary in a particular Minor League classification for each day that the player spends on the Active List or Disabled List in that classification.

**(3)**   Trial Period.   Unless the contract is terminated or voided pursuant to Paragraphs XVII(B) or XIX(B)(1)(2)(3) or (5) of the Minor League Uniform Player Contract, each player must receive a trial of 15 days during the championship season if the player signs for the current season or during the spring training period if the player signs for the succeeding season. Participation in any Instructional League shall not count against the 15-day trial period.

26

MLB001702

MLB001663

# MAJOR LEAGUE RULES
## MLR 3(c)

(4)    Signing Bonuses For Drafted and Undrafted Players.

**(A)  Signing Bonus Pool.**

Each Major League Club will be assigned a Signing Bonus Pool for each First-Year Player Draft. A Club's Signing Bonus Pool will comprise the sum of Signing Bonus Values that have been assigned to each of a Club's selections in the first ten rounds of the draft (including any compensation rounds). A Club will be assessed the penalties set forth in Rule 3(c)(4)(B) if the aggregate amount in signing bonuses it provides to players selected in the First-Year Player Draft or undrafted players ("Total Signing Bonuses") exceeds its Signing Bonus Pool. Each Club's preliminary Signing Bonus Pool will be distributed by April 1, and final Signing Bonus Pools will be distributed no later than the day prior to the first day of the First-Year Player Draft. The following rules will be used to determine whether a Club's Total Signing Bonuses exceed its Signing Bonus Pool:

**(i)**    The full amount of any Signing Bonus provided to players selected through the conclusion of the tenth round of the First-Year Player Draft will count toward a Club's Total Signing Bonuses. The term "Signing Bonus" shall include all compensation provided to the player in connection with the execution of the contract. Notwithstanding the foregoing, the following compensation will not be considered part of the Signing Bonus (and will not count toward a Club's Total Signing Bonuses): (i) the Contingent Payment set forth in Rule 3(c)(5)(B); (ii) the Incentive Bonus Plan set forth in Rule 3(c)(5)(C); (iii) the College Scholarship Plan set forth in Rule 3(c)(5)(D); and (iv) salary paid to the player for performing services during the playing season pursuant to Addendum C of the Minor League contract.

**(ii)**    The portion of any Signing Bonus in excess of $100,000 provided to players selected after the tenth round will count toward a Club's Total Signing Bonuses. The first $100,000 of the Signing Bonus provided to such players will not count toward a Club's Total Signing Bonuses.

**(iii)**    The portion of any Signing Bonus in excess of $100,000 provided to players who were eligible for, but not selected, in the First-Year Player Draft will count toward a Club's Total Signing Bonuses for the most recent draft in which the player was not selected (irrespective of when the player is signed). The first $100,000 of the Signing Bonus paid to such players will not count toward a Club's Total Signing Bonuses.

27

MLB001703

## MAJOR LEAGUE RULES
### MLR 3(c)

**(iv)** If a Club fails to sign a player selected before the conclusion of the tenth round, or passes on a selection prior to the conclusion of the tenth round, the Club's Signing Bonus Pool will be reduced by the Signing Bonus Value assigned to the draft selection.

**(v)** The total amount of the Signing Bonus contained in a Minor League contract (including dual-sport contracts) will count toward a Club's Total Signing Bonuses irrespective of when the Signing Bonus is scheduled to be paid and without any discounting of the face amount of the bonus.

**(vi)** The total amount of the Signing Bonus contained in a Minor League contract (including dual-sport contracts) that a player may be eligible to receive will count toward a Club's Total Signing Bonuses even if a player's entitlement to a portion of the Signing Bonus is contingent on future events.

**(B)**   Penalties for Exceeding Signing Bonus Pool.

A Club whose Total Signing Bonuses exceed its Signing Bonus Pool will be assessed the following penalties:

**(i)**   0-5% in excess of Pool—75% tax on all of the Pool overage;

**(ii)**   >5-10% in excess of Pool—75% tax on all of the Pool overage and loss of first-round pick in the next succeeding First-Year Player Draft;

**(iii)** >10-15% in excess of Pool—100% tax on all of the Pool overage and loss of first and second-round picks in the next succeeding First-Year Player Draft; and

**(iv)** >15% in excess of Pool—100% tax on all of the Pool overage and loss of first-round picks in the next two succeeding First-Year Player Drafts.

If a Club's Total Signing Bonuses exceed its Signing Bonus Pool, and it does not possess the draft selections that are subject to forfeiture, the Club will forfeit the applicable first and/or second round draft choices in the next First-Year Player Draft in which it possesses those selections. Any draft selections forfeited under this Rule 3(c)(4)(B) will be awarded to other Clubs through the lottery system set forth in Rule 4(k)(1). The forfeiture of selections pursuant to this Rule 3(c)(4)(B) will be determined prior to accounting for any selections forfeited by the Club pursuant to Article XX(B)(4) of the Basic Agreement.

28

MLB001704

MLB001663

**MAJOR LEAGUE RULES**
**MLR 3(c)**

**(C)**  Distribution of Tax Proceeds.

The proceeds collected by the Office of the Commissioner from Clubs whose Total Signing Bonuses exceed their Signing Bonus Pools will be distributed to Net Revenue Sharing Payee Clubs, as defined in Article XXIV of the Basic Agreement, that are not in the top 15 in Market Rank as set forth in Attachment 26 of the Basic Agreement, and that did not exceed their Signing Bonus Pool in the First-Year Player Draft. To the extent that no Clubs qualify to receive any tax proceeds, such proceeds will be split among the six Net Revenue Sharing Payee Clubs (that are not in the top 15 in Market Rank) whose Total Signing Bonuses exceeded their Signing Bonus Pools by the lowest percentage. The Oakland Athletics shall not be subject to the requirement that tax proceeds recipients cannot be in the top 15 in Market Rank until the first draft conducted after they begin play in a new stadium.

Proceeds from the Pool will be distributed evenly among the Clubs entitled to receive a distribution under this Rule. The final accounting of the amount Clubs will be penalized for providing Total Signing Bonuses exceeding their Signing Bonus Pools, and the Clubs that will receive a distribution of the proceeds, will be made during the next Closed Period.

**(D)**  Circumvention.

No Club or player (including their designated representatives) may enter into any understanding, agreement, or transaction, or make any representation, whether implied or explicit, that is designed to defeat or circumvent the provisions of Rule 3(c)(4). A non-exclusive list of conduct that is strictly prohibited includes: (i) providing, paying or promising a player, his advisor or his family members anything of value other than the compensation and benefits contained in the Minor League contract; (ii) promising, representing, or committing that the player will be placed on the Major League Roster by a particular date (including, for example, guaranteeing a September call-up); and (iii) promising, representing, or committing to sign the player to another Minor League contract or Major League contract in the future, or to provide additional compensation or benefits under the extant contract. Any Club or Club representative that is found to have violated this Rule 3(c)(4)(D) will be subject to sanctions by the Commissioner. Such sanctions may include the loss of future selections in the First-Year Player Draft; the loss of negotiating or reserve rights to the player; and other penalties or sanctions that the Commissioner deems appropriate.

29

MLB001705

MLB001663

## MAJOR LEAGUE RULES
### MLR 3(c)

**(5)**    Permissible Special Covenants.    A Minor League Uniform Player Contract with a first-year player (except a Foreign Professional as defined in Rule 3(a)(1)(C)) may include no special covenants, except the following:

    **(A)**  Bonus Payments for Signing Contract.

        **(i)**    All payments due the player or any other person in connection with the player's signing shall be set forth in the contract and must be stated in a fixed dollar amount at the time of the signing of the contract. Any bonus payment for signing a contract for a player subject to selection in the First-Year Player Draft must be paid before the conclusion of the calendar year following the date of the contract, provided, however, that any bonus payment for signing a contract for a player not subject to selection in the First-Year Player Draft is permitted to be paid before the conclusion of the third calendar year following the date of the contract if the total amount of all such bonus payments to such player is $1 million or more. Within the time periods set forth in this Rule 3(c)(5)(A) for the payment of bonuses, all or part of any bonus payment for signing a contract for a player not subject to selection in the First-Year Player Draft is permitted to be made contingent upon the player's ability to obtain successfully a visa to work for the player's Club in the United States, if the player is directed to perform in the United States.

        **(ii)**   Notwithstanding any other provision of this Rule 3(c)(5)(A), any bonus payment for signing a contract may be made in installments extending no more than five years following the date of the contract if

            **(aa)**  the player and Club agree that the player shall be permitted to participate in or shall refrain from participating in specified professional or amateur sports during the period of the installment payments; and

            **(bb)** the Commissioner determines, in the Commissioner's sole discretion, that the player has the legitimate potential to become a professional athlete in at least one of the sports specified by the player and Club in the Minor League Uniform Player Contract, pursuant to Rule 3(c)(5)(A)(i).

        **(iii)** Clubs and players may not agree to include signing bonus forfeiture clauses that extend the period of recoupment: beyond five years after the effective date of the contract for bonuses in excess of $1 million; beyond four years after the effective date of the contract for bonuses of $1 million

30

MLB001706

MLB001663

**MAJOR LEAGUE RULES**
**MLR 3(c)**

or less but in excess of $250,000; and beyond three years after the effective date of the contract for bonuses of $250,000 or less. Notwithstanding the above, the period of recoupment will be coextensive with the length of the contract for players who receive bonuses in excess of $1 million if the player retires but subsequently signs a contract with another professional baseball club during the period covered by the contract. If a player suffers an injury that in the opinion of the Club physician prevents him from continuing as a productive professional baseball player, and the player desires to retire from professional baseball, the Club will waive any contractual right it may have to recoup the signing bonus. Any disputes regarding whether a player qualifies for the exception contained in the preceding sentence will be resolved with finality by the Commissioner.

**(B)** Contingent Payments.   A first-year player may be offered a specified sum of no more than $2,500 contingent upon the player's being retained by the signing Major or Minor League Club for a period that may not exceed 90 days of one Minor League playing season. If a player whose contract contains such a contingent bonus provision is selected under Rule 5 (Annual Selection of Players) before the date the bonus becomes payable, the bonus shall become due immediately and shall be paid by the Club from which the contract was selected.

**(C)** Incentive Bonus Plan.   A Major or Minor League Club may agree to make standard "incentive bonus payments" in a contract with a first-year player if such payments are conditioned on the player being on the Active List in a certain classification for 90 days of any one championship season, including any official play-off or other post-season series in which the player might be eligible to participate. The amount of such incentive bonus payments and the classification in which they are to be paid shall be as follows:

    **(i)**   the sum of $1,000 for the Class AA classification;

    **(ii)**   the sum of $1,500 for the Class AAA classification; and,

    **(iii)**   the sum of $5,000 for the Major League level.

Time spent on any Inactive List shall not count toward the 90 days to be served before an incentive bonus payment becomes payable. However, a player shall be credited with Disabled List time if the player is placed on the Disabled List after the player has accumulated 60 or more days of service in any particular season.

31

MLB001707

MLB001663

**MAJOR LEAGUE RULES**
**MLR 3(c)**

A player who has received the incentive bonus payment applicable to a particular classification shall not be entitled to another such payment for service in the same classification, regardless of whether such service occurs in the same or a subsequent season. A player who qualifies for the Major League or Class AAA incentive bonus payment shall also receive the incentive payment(s) for the lower classification(s) if the player has not previously received the incentive payment(s) for that classification(s). The Major or Minor League Club that holds a player's contract at the time an incentive bonus payment becomes due shall pay the bonus to the player. An unconditional release or free agency shall terminate the incentive bonus plan for the player.

**(D)** College Scholarship Plan.   A Major or Minor League Club may agree through the College Scholarship Plan to pay on behalf of a first-year player any dollar amount incident to the player's attendance in pursuit of an undergraduate degree at an accredited college or university of the player's choice for tuition, room, board, books and fees. Such amount, however, may not exceed the actual cost of such attendance. The amount also shall be stated per semester or quarter, shall be allocated into two categories (one for the cost of tuition, fees and textbooks and the other for the cost of room and board) and shall state the number of semesters, not to exceed eight, or quarters, not to exceed 12. A Club shall reimburse a player after the end of any semester or quarter for room and board expenses that the player actually incurs during such semester or quarter (less withholding for applicable income and employment taxes), subject to such uniform requirements that the Commissioner or the Commissioner's designee may require to be set forth in the College Scholarship Plan special covenant of the player's contract. If a payment is made for a semester or quarter (or portion of a semester or quarter, for part-time attendance), any amount remaining for such semester or quarter (or portion of a semester or quarter, for part-time attendance) shall be forfeited and may not be carried over to any future semester or quarter. The Commissioner or the Commissioner's designee may establish procedures to convert semester allowances to quarter allowances and vice-versa, should the player attend a college or university with an academic calendar that differs from the type of calendar described in the player's Minor League Uniform Player Contract, and the amount available to the player shall be pro-rated accordingly. The Commissioner or the Commissioner's designee may unilaterally amend the College Scholarship Plan to the extent that the Commissioner or the Commissioner's designee determines is necessary or appropriate to comply with any applicable law (including any tax law), so long as such amendment does not reduce the aggregate amount payable to a player under the College Scholarship Plan.

32

MLB001708

MLB001663

**MAJOR LEAGUE RULES**
**MLR 3(c)**

**(i)** Players Eligible.   Payments shall be made only for players who are:

**(aa)** Enrolled in a full-time course (a minimum of 10 credit hours if on a quarter system or 12 credit hours if on a bi-semester system) in pursuit of an undergraduate degree at an accredited college or university; or

**(bb)** Enrolled in a part-time course (minimum of five credit hours if on a quarter system or six credit hours if on a bi-semester system) in pursuit of an undergraduate degree at an accredited college or university. Based on a 12-credit-hour semester system or a 10-credit-hour quarter system, if the amount is expressed per quarter, the Club shall make a pro-rata reduction in the remaining semesters or quarters of eligibility and maximum bonus payments allowable for each credit hour in a part-time enrollment.

**(ii)** Tuition Allowance.   For a player under the College Scholarship Plan, a Club shall make (or cause to be made) payments or reimburse such player for the cost that such player actually incurs for tuition, fees and textbooks (less withholding for applicable income and employment taxes) for any covered semester, up to the tuition allowance for such covered semester, if the following requirements are satisfied for such covered semester:

**(aa)** The first day of such covered semester must begin before the Club is relieved of its obligation to make payments pursuant to the College Scholarship Plan;

**(bb)** For such covered semester, the player must be enrolled at an accredited college or university, either:

**(I)**   as a full-time student (minimum of 10 credit hours if on the quarter system; 12 credit hours if on the bi-semester system) in pursuit of an undergraduate degree; or

**(II)**   part-time in courses (minimum of five credit hours if on a quarter system; or six credit hours if on a bi-semester system) in pursuit of an undergraduate degree. Based on a 12-credit-hour semester system (or 10-credit-hour quarter system), a Club shall make a pro-rata reduction in the remaining covered semesters and tuition allowance for each credit hour in a part-time enrollment; and

33

MLB001709

MLB001663

**MAJOR LEAGUE RULES**
**MLR 3(c)**

**(cc)**  The courses for which the player seeks reimbursement must be required as part of an undergraduate degree program or satisfy an elective requirement for an undergraduate degree. A Club shall not be required to reimburse the player for any amount that is paid or reimbursed by an outside source, such as another scholarship.

**(iii)** Living Allowance.   For a player under the College Scholarship Plan, the player shall be reimbursed after the end of any semester for room and board expenses that the player actually incurs during such semester (less withholding for applicable income and employment taxes), up to the living allowance for such semester (and subject to the limits set forth below), if the following requirements are satisfied for such semester:

**(aa)**  The first day of such semester must occur before

**(I)**   the Club is relieved of its obligation to make payments pursuant to the College Scholarship Plan; and

**(II)**  the 10th anniversary of the date the player executes the Major League Uniform Player contract or Minor League Uniform Player's Contract containing the College Scholarship Program special covenant;

**(bb)**  The expenses to be reimbursed must be for room and board to live away from the home (or homes) of the player's parents (custodial and noncustodial) and/or guardian for the purpose of attending classes;

**(cc)**  For such semester, the player must complete a minimum of six credit hours (or five credit hours if on the quarter system) toward an undergraduate degree and not finish the semester on academic probation. If the player is enrolled less than full-time (based on a 12-credit-hour semester system or 10-credit-hour quarter system) for any semester, the Club shall make a pro-rata reduction in the living allowance for such semester; and

**(dd)**  the player must request reimbursement in writing, and provide a copy of the receipt for each reimbursable expense, within 90 days after the last day of such semester.

If a player lives off campus for a semester, such player's living allowance for such semester shall not exceed the cost of living on

34

MLB001710

MLB001663

**MAJOR LEAGUE RULES**
**MLR 3(c)**

campus. If a player attends a college that does not have facilities for on-campus residence, such player's living allowance shall not exceed the per diem amount established by the Commissioner or the Commissioner's designee from time to time.

A Club shall not be required to reimburse a player for any amount that is paid or reimbursed by an outside source, such as another scholarship.

A Club shall pay any reimbursement of room and board expenses for any semester within 90 days after the later of

(ee)  the last day of such semester; or

(ff)  the date the player submits the player's written request for reimbursement (with all required documentation).

(iv)  Non-covered Expenses.   In no case shall a player be reimbursed for, among other things, transportation, parking charges, medical insurance or infirmary charges, laundry or garment cleaning, clothing, umbrellas, furniture, lamps, calculators, book bags, computer hardware or software, typewriters, or any other tools or supplies (other than textbooks) that a player may keep after completing the applicable course.

(v)  When Club Is Relieved of the Obligation to Make Payments.   An unconditional release of the player or the player's placement on the Military List shall not relieve the Club of the obligation to make such payments but the Club shall be relieved of such obligations under the following circumstances:

(aa)  if the player fails to commence studies within two years after the date the player ceases to be reserved by a Major League or Minor League Club, voluntarily retires or is reserved on an Inactive List, whichever comes first, unless the player again becomes reserved to a Major League or Minor League Club (not on an Inactive List) within such two-year period;

(bb)  if, after commencement of studies and after the player retires or is released by a Major League or Minor League Club and is not signed again as a player by a Major League or Minor League Club within the two years following the player's release, the player fails

35

MLB001711

MLB001663

# MAJOR LEAGUE RULES
## MLR 3(c)

to attend college within two consecutive years of the player's most recent college enrollment;

**(cc)** if the player is placed on the Ineligible List; or

**(dd)** a Major League player for whom there is in effect on or after January 1, 1989 a valid and unexpired scholarship under the College Scholarship Plan may commence or resume studies under the Plan at any time within two years after the player's last day of Major League service. If the player's college studies have not commenced under the Plan by that date, the player's scholarship shall terminate. If the player has commenced studies by that date, the player's scholarship shall continue unless the player shall fail to attend college for more than two consecutive years after that date, without proper reason. Participation in Winter League or Instructional League play shall constitute proper reason for tolling the time limitation in the preceding sentence.

In addition, a Club shall not be obligated to make payments for room and board for any semester or quarter that starts after the 10th anniversary of the date the player executes the Minor League Uniform Player Contract.

**(vi)** Liability for Payment.   The original signatory Club shall continue to be liable to make College Scholarship Plan payments even if the player's contract is selected by, or assigned to, another Club; provided, however, that, in case of assignment otherwise than by selection or on waiver claim, the assignee Club may agree, through a statement set forth in the assignment agreement, to undertake to make any payments that accrue subsequent to the date of such assignment. For purposes of the College Scholarship Plan, all rights and obligations of "Club" shall be held and borne by the Club liable for payments in accordance with this Rule 3(c)(4)(D)(vi).

All payments made under the College Scholarship Plan shall be made by the Club liable for the payments in accordance with this Rule 3(c)(4)(D)(vi). To the extent possible, all payments under the College Scholarship Plan shall be made to the college attended by the player.

**(vii)** Procedure.   A Club that agrees to the participation of a player in the College Scholarship Plan shall include as a special covenant such College Scholarship Plan provisions as may be prescribed by the Commissioner

36

MLB001712

MLB001663

**MAJOR LEAGUE RULES**
**MLR 3(c)**

or the Commissioner's designee, consistent with this Rule 3(c)(4)(D). Upon receipt of notification that the contract has been approved, the Club shall notify the player of the procedures to be followed.

**(viii)** Coordination of Benefits.   In the event that a first-year player contract contains both an Incentive Bonus Plan and a College Scholarship Plan, the following coordination of benefits shall apply:

> **(aa)**  If a player receives a payment under the Incentive Bonus Plan, the player's aggregate remaining allowance for tuition, fees and textbooks shall be reduced by the amount of such Incentive Bonus payment. Such reduction shall be allocated on a pro rata basis to each of the player's remaining covered semesters or quarters.

> **(bb)**  If a player receives one or more payments under the College Scholarship Plan, any amount subsequently due under the Incentive Bonus Plan shall be reduced sequentially by the aggregate amount of payments that the player received under the College Scholarship Plan. Any remaining Incentive Bonus Plan balance earned by the player in excess of the payments received under the College Scholarship Plan shall be paid directly to the player.

> It is the intent of this coordination of benefits provision that, to the extent earned, the cumulative benefits received under either the College Scholarship Plan or the Incentive Bonus Plan (before withholding) will offset any cumulative amounts due under the other Plan.

**(E)**  Age and Identity Fraud.   A Club may include a special covenant in a first-year Minor League contract providing the Club with the right to void the contract *ab initio* if it determines within six (6) months of the signing date that the player falsified his age or identity in connection with signing the contract. In the event a Club voids a player's contract pursuant to such a provision, the resolution of any related dispute shall be resolved pursuant to an alternate dispute resolution process that will provide for binding arbitration before a neutral arbitrator in a forum that is convenient for the player.

**(6)**  Each contract for a first-year player who is not subject to selection in the First-Year Player Draft shall include an addendum in a form promulgated by the Commissioner or the Commissioner's designee in which the player and the player's parent (or legal guardian), if the player is under 21 years old, swear under oath

37

MLB001713

MLB001663

**MAJOR LEAGUE RULES**
**MLR 3(c) to 3(e)**

**(A)**  to the accuracy of the player's age and identity as stated in Addendum A to the Minor League Uniform Player Contract

**(B)**  that neither the player nor the player's parent (or legal guardian) provided money or other valuable consideration to any Club representative in connection with the signing of the Minor League Uniform Player Contract and

**(C)**  that neither the player nor the player's parent (or legal guardian) has received any money or other valuable consideration from any Club employee for securing the Minor League Uniform Player Contract.

**(d)  ACCEPTANCE**.   Any agreement for service between a Major or Minor League Club and a player, evidenced by either written acceptance, whether by letter or electronic communication, or by the player's receipt of money advanced to the player to bind the player to such an agreement, shall be construed to be a contract and held to be binding if the player declines to enter into a formal contract. The player's refusal to sign a formal contract shall disqualify the player from playing with the contracting Club or entering the service of any Major or Minor League Club unless the player is released or assigned.

**(e)  REPORTING AND FILING OF CONTRACTS**.

**(1) Reporting.**   The terms of any agreement between a Major or Minor League Club and a player must be reported to the Commissioner or the Commissioner's designee within 24 hours of the time the agreement is reached. In addition, the terms of any agreement between an independent Minor League Club and a player must be reported to the President of the Minor League Association.

**(2)  Filing.**   The validity of any contract, arrangement or agreement for service between a Major or Minor League Club and a player not on its Reserve List(s) will not be recognized unless written proof thereof is submitted to the Commissioner or the Commissioner's designee within 20 days after such agreement is made, for promulgation in the next official bulletin, and unless the agreement is actually approved. A Minor League player who is not on a Major League Reserve List and whose contract, arrangement or agreement for service with a Major or Minor League Club is not received by the Commissioner or the Commissioner's designee within 20 days after such agreement is made may be declared a free agent, in the sole discretion of the Commissioner. In addition, written proof of any contract, arrangement or agreement for service between an independent Minor League Club and a player must be reported to the President of the Minor League Association.

38

MLB001714

MLB001663

**MAJOR LEAGUE RULES**
**MLR 3(f) to 3(g)**

**(f)  CONTRACTS IN VIOLATION.**

**(1)**   Any written or oral contract made in violation of these Rules (including any agreement between a Major or Minor League Club and a player that is not embodied in a Major League Uniform Player's Contract or Minor League Uniform Player Contract) shall be declared null and void, and the official, scout or employee of the offending Major or Minor League Club who participated in the violation shall be subject to such penalties as the Commissioner or the Commissioner's designee may impose.

**(2)**   In addition, if the violation is of the High School, College or Junior College Rule, the offending Club shall be prohibited from signing such player for a period of three years from the date that such contract is declared void, and shall be fined by the Commissioner or the Commissioner's designee.

**(g)  CONTACTS AND TRYOUTS.**   The following rules shall govern contacts with and tryouts of all amateur players:

**(1)**   Contacts.   Nothing herein shall be construed as prohibiting any Major or Minor League Club, or its officers, agents or employees, from talking to any player, who is not on another Club's Negotiation List, at any time concerning a career in professional baseball and discussing the merits of the player's contracting, when eligible, with any particular Club. However, no discussions shall be held with players during practice sessions or during the progress of games.

Any Club or Club official, employee, agent or representative who suggests, procures or otherwise influences a student to withdraw from high school, college or junior college, or to refrain from playing high school, college or junior college baseball, other than in connection with negotiations to sign such student to a contract that are permitted under these Rules, or to transfer to another school, shall be held in violation of this Rule 3(g) and subject to penalties.

**(2)**   Tryouts.   Tryouts may be held in accordance with the following:

**(A)  High School Students.**

**(i)**   During Summer Vacation and One Week Prior to First-Year Player Draft.   "Tryouts" of high school students may be conducted during the summer vacation period and during the one-week period immediately preceding the first day of the First-Year Player Draft by any Major or

39

MLB001663

MLB001715

**MAJOR LEAGUE RULES**
**MLR 3(g)**

Minor League Club without permission of any high school official or other restriction.

**(ii)** During School Year. Except during the one-week period immediately preceding the first day of the First-Year Player Draft, for which Rule 3(g)(2)(A)(i) applies, a student may be invited to a tryout during the school year, provided that the athletic director or baseball coach of the player's high school, if not employed by the Major or Minor League Club conducting the tryout, shall have approved such participation in writing.

**(B)** College and Junior College Players.

**(i)** During Summer Vacation.   Tryouts of college players by Major and Minor League Clubs may be conducted during the summer vacation periods falling between school years, without the permission of any college official or other restriction.

**(ii)** During School Year.   Major or Minor League Clubs may not try out college players during the school year but may observe players in intercollegiate competition as frequently as they desire.

**(iii)** Participation in Summer Baseball.   Consistent with the principle that this Rule 3 protects the eligibility of college players during the college year and at the same time affords such players every opportunity to develop for possible future professional play, a College Player Committee is hereby empowered to act on behalf of professional baseball to:

**(aa)** survey and investigate the existence of and conditions in summer amateur baseball leagues available to college players;

**(bb)** cooperate with the NCAA and NAIA or committees representing those bodies; and

**(cc)** recommend action or legislation to the Commissioner or the Commissioner's designee, all with the objective of extending, liberalizing, and improving the summer amateur baseball program for college age players in the United States and Canada.

**(C)** Player on Negotiation List.

40

MLB001716

MLB001663

**MAJOR LEAGUE RULES**
**MLR 3(g)**

**(i)**   If a Major League Club selects a player in the Rule 4 Draft who was eligible for selection pursuant to Rule 3(a)(2) (High School Rules), and if the player has not yet enrolled in a college, the Major League Club may pay for the expenses of the player in connection with a tryout with the Major League Club, provided that the tryout visit is no longer than 48 hours.

**(ii)**   If a Major League Club selects a player in the Rule 4 Draft who was eligible for selection pursuant to Rule 3(a)(3) (College Rules), the Major League Club may pay for the expenses of the player in connection with a tryout with the Major League Club, provided that the tryout visit is no longer than 48 hours.

**(D)**  Prohibition of Expense Payments and Future Service Agreements. Unless Rule 3(g)(2)(C) (Player on Negotiation List) applies, no Major or Minor League Club shall

**(i)**   reimburse, directly or indirectly, any amateur player for any travel expenditure in connection with a tryout unless the player is signed at the tryout;

**(ii)**   pay or give anything whatsoever to any high school, college or junior college student, directly or indirectly, in connection with any tryout; or

**(iii)**   enter into an agreement for the future services of any high school, college or junior college student unless such student is eligible to sign at the tryout.

Notwithstanding the prohibition in Rule 3(g)(2)(D)(i), a Club may advance to, or reimburse, a player who is not a resident of the United States or Canada within the meaning of Rule 3(a) (Eligibility to Sign Major League or Minor League Contracts) or a high school, college or junior college student within the meaning of Rule 3(a) (Eligibility to Sign Major League or Minor League Contracts) for

**(iv)**   ground transportation in connection with a tryout at a Club facility outside the United States and Canada, in an amount not to exceed a maximum amount set forth from time to time by the Commissioner or the Commissioner's designee; and

41

MLB001717

MLB001663

**MAJOR LEAGUE RULES**
**MLR 3(g) to 3(h)**

(v)  air transportation in connection with a tryout at a Club facility in the Dominican Republic or Venezuela for the player and one family member or guardian, so long as such Club has obtained the prior approval of the Commissioner or the Commissioner's designee and so long as such player is not yet eligible to sign a player contract pursuant to Rule 3(a) (Eligibility to Sign Major League or Minor League Contracts) but is eligible to participate in a program at a Club facility pursuant to regulations set forth from time to time by the Commissioner or the Commissioner's designee.

**(h)  TENDER OF CONTRACT RENEWALS OR SALARY ADDENDUMS.**

**(1)**   Major League Tenders.   On or before December 2 (or, if December 2 is a Saturday or Sunday, then on the preceding business day), each Major League Club must tender a Major League Uniform Player's Contract to each player on its Major League Reserve List. A Major League Club must tender a contract to each player on its Major League Reserve List who is on the Restricted List, or is on a Disqualified List for failure to render services to a Club. Should a Club fail to so tender or renew a contract, the player shall become a free agent without any restrictions or qualifications, and the player automatically shall be removed from the Restricted or Disqualified List.

With regard to any player who is on a Disqualified List for a reason other than that stated in the preceding paragraph or who is on the Suspended, Ineligible, Voluntarily Retired or Military List, a Club shall not be obligated to tender or renew a contract until the player is removed from such list and reinstated to active status. If a player is removed from such list during a period beginning on November 22 and extending through the next championship season, the Club shall tender a contract to the player within 10 days following such removal. Thereafter, should the Club and the player fail to agree upon the terms of a new contract within 10 days after the player's receipt of the tendered contract, the Club shall be obligated, within the next five days, to renew the player's prior Major League Contract, provided, however, that if the tender is made during the period beginning on November 22 and ending on the next March 1, the renewal period shall be as set forth in paragraph 10(a) of the Major League Uniform Player's Contract. Should a Club fail to tender or renew a contract as provided in this paragraph, the Player shall become a free agent without any restrictions or qualifications.

**(2)**   Minor League Tenders and Salary Addendums.

**(A)**  Between the conclusion of the Rule 5 Selection Meeting and January 15 (or if a Saturday or Sunday, then on the preceding business day), each Major

42

MLB001718

MLB001663

## MAJOR LEAGUE RULES
### MLR 3(h) to 3(j)

League Club must tender a Minor League Uniform Player Contract to each player who has been assigned outright to a Minor League Club and who has either not previously signed a Minor League Uniform Player Contract or has previously signed a Minor League Uniform Player Contract that has expired. Such tender may be made to the player in person or by mail addressed to the player's last address of record with the Major League Club.

**(B)**  Between the conclusion of the Rule 5 Selection Meeting and March 15 (or, if a Saturday or Sunday, then on the preceding business day), each Major or Minor League Club must tender a Salary Addendum to each player on its Minor League Reserve Lists.

A Club shall not tender an addendum to a player whose name appears on its Minor League Reserve Lists as a Voluntarily Retired, Ineligible, Disqualified or Restricted List Player, but a Club may, at its discretion, tender a contract to a player on the Military List.

**(C)**  No player shall participate in any championship season game until the player has signed an addendum in the form prescribed by this Rule 3(h) for services during the current season. (See Rule 3(b)(4) (Uniform Contracts)).

**(i)   UNIFORM MANAGER'S AND EMPLOYEE'S CONTRACTS**.   Managers, coaches, trainers and salaried scouts must sign contracts on forms prescribed by the Commissioner before rendering services to a Major or Minor League Club. (So-called "Bird Dog" scouts and scouts whose compensation is conditional upon performance of players are not required to sign one of the uniform contracts. However, such "Bird Dog" and sub-scouts are required to be signed to a contract or agreement drafted by the Major or Minor League Club.) An executed copy of each uniform manager's or employee's contract shall be filed with the Commissioner or the Commissioner's designee for approval within 10 days after the execution of the contract.

**(j)   CERTAIN PAYMENTS FORBIDDEN**.

**(1)**   Gift to Employee for Securing Employment.   No scout, player, employee or official of any Major or Minor League Club, or any umpire, employee or official of any Major or Minor League, or any other person with any relationship to any of the aforementioned persons, shall demand or receive any money or other valuable consideration, whether gratuitous or otherwise, for or because of services rendered, or to be rendered, or supposed to have been rendered, in securing the employment of any person with any Major or Minor League Club. Such money or other valuable consideration shall be returned immediately upon its receipt, and if not so returned, the Commissioner may impose such penalties, including ineligibility, as the Commissioner may deem proper.

43

MLB001719

MLB001663

**MAJOR LEAGUE RULES**
**MLR 3(j) to 4(a)**

(2)    Payment to Player's Trainer.   No Major or Minor League Club shall make any payment or convey anything of value to any firm or person for services provided to a player in connection with preparing such player for professional baseball.

(3)    Payment of Finder's Fee.   No Major or Minor League Club shall make any payment or convey anything of value to any firm or person not retained or employed by such Club for bringing such player to the attention of such Club as a prospective player. Any firm or person who is retained or employed by a Major or Minor League Club and who brings unsigned players to the attention of such Club as prospective players (for example, as a so-called "Bird Dog" scout) shall disclose to any player the relationship with the Club, shall not act as agent or representative for any player and shall not establish or maintain with more than one Club at a time any relationship with respect to scouting or signing players.

(4)    Payment to Player's Representative.   No Major or Minor League Club shall make any payment or convey anything of value to any firm or person for legal, representational or other services provided by such firm or person to a player in connection with the negotiation of a contract between the signing Club and the player.

(k)   **TAMPERING**.   To preserve discipline and competition, and to prevent the enticement of players, coaches, managers and umpires, there shall be no negotiations or dealings respecting employment, either present or prospective, between any player, coach or manager and any Major or Minor League Club other than the Club with which the player is under contract, or acceptance of terms, or by which the player is reserved or which has the player on its Negotiation List, or between any umpire and any baseball employer other than the baseball employer with which the umpire is under contract, or acceptance of terms, unless the Club or baseball employer with which the person is connected shall have, in writing, expressly authorized such negotiations or dealings prior to their commencement.

## Rule 4

### FIRST-YEAR PLAYER DRAFT

(a)   **PLAYERS SUBJECT**.   A Major League or Minor League Club may contract with a player who is a resident of the United States or Canada and who has not previously contracted with a Major League or Minor League Club only if the player was selected, or eligible for selection, in the immediately preceding First-Year Player Draft in accordance with this Rule 4. Players are eligible to be selected in the First-Year Player Draft if they are eligible to sign a contract under the provisions of the applicable High School, College or Junior College Rules on the date of the First-Year Player Draft, or within 45 days of the conclusion of the draft . For purposes of this Rule 4, the term "United States" shall mean the

44

MLB001720

MLB001663

**MAJOR LEAGUE RULES**
**MLR 4(a) to 4(c)**

50 states of the United States of America, the District of Columbia, Puerto Rico, and any other Commonwealth, Territory or Possession of the United States of America.

**(b)  SELECTION MEETING**.   One selection meeting shall be conducted each year in June and shall be known as the First-Year Player Draft or the Rule 4 draft. The Commissioner or the Commissioner's designee shall, before August 31 each year, announce the date of the commencement of the next year's First-Year Player Draft. The Commissioner or the Commissioner's designee shall choose the place where each First-Year Player Draft shall be conducted and may determine that such First-Year Player Draft be conducted by telephone conference or electronic means. Only Major League Clubs may make selections at the First-Year Player Draft. The Commissioner shall preside over all selections at the First-Year Player Draft and shall resolve all procedural questions in connection with the First-Year Player Draft, including, but not limited to, all questions regarding eligibility.

The First-Year Player Draft shall conclude after 40 selection rounds. Selections made pursuant to Rules 4(c)(2) (Supplemental Selections) and 4(k)(2) (Competitive Balance Draft Lottery) shall not constitute a selection round. Selections made as free agent compensation selections pursuant to Article XX(B) of the Basic Agreement shall be part of the first round of the draft. Each Major League Club shall designate a representative to act on its behalf. As the Major League Club's turn is called in each selection round, such representative may select a player for the Major League Club's Negotiation List.

The Commissioner or the Commissioner's designee may impose time limits for the exercise of a selection. A Major League Club shall forfeit its right to make a particular selection in the event that it is the Club's turn to select and the Club fails to respond to a call within the time limit announced by the Commissioner or the Commissioner's designee, after having received a warning from the Commissioner or the Commissioner's designee. If a Major League Club announces a "pass" when it is such Club's turn to select, such Club shall forfeit its right to make that selection, but will not forfeit its right to make any other selections in the First-Year Player Draft.

The selecting Major League Club shall be responsible for determining the eligibility of selected players. Except as provided in the Draft Lotteries (see Rule 4(k) below), no Major League Club may transfer to another Club its right to select.

**(c)  ORDER OF SELECTION**.   The following order of priorities shall govern the Major League Clubs' selections at each First-Year Player Draft.

  **(1)**   Standard Selection Order.   The Major League Clubs shall be placed in the reverse order of their percentages of games won at the close of the preceding championship season. For purposes of this Rule 4(c)(1), each Club's winning

45

MLB001721

MLB001663

**MAJOR LEAGUE RULES**
**MLR 4(c)**

percentage at the close of the preceding championship season shall be determined by the percentage of games won in the championship season, without regard to standings within any Division or League and without regard to post-season results. If two or more Clubs had an identical winning percentage at the close of the preceding championship season, the selection order of those Clubs shall be determined by the percentage of games won in the next prior championship season, with any remaining ties resolved by continuing to examine the tied Clubs' respective championship season winning percentages in each preceding prior year, until the tie is broken. The Commissioner or the Commissioner's designee shall announce to the Major League Clubs the standard selection order produced by operation of this Rule 4(c), and that order shall govern each round.

(2)    Supplemental Selections.   If a Major League Club selects a player before the fourth round of a First-Year Player Draft and such Club fails to sign such player before such player is removed from such Club's Negotiation List pursuant to Rule 4(d) (Effect of Selection on Player), then such Club shall have the right to make an additional selection, called a supplemental selection, in the next First-Year Player Draft, as follows:

(A)  If the unsigned player had been selected before the third round of the First-Year Player Draft, the supplemental selection awarded shall be exercised immediately after the numbered position overall that corresponds with the numbered position overall at which the unsigned player had been selected in the previous First-Year Player Draft. For example, if the unsigned player had been the 30th selection in the First-Year Player Draft, the supplemental selection awarded shall be the 31st selection in the next First-Year Player Draft.

(B)  If the unsigned player had been selected in the third round of the First-Year Player Draft, the supplemental selection awarded shall be exercised after the completion of the third round. If more than one Club is in this category, the supplemental selections shall be made in the same order as the selections giving rise to the supplemental selections had been made in the previous First-Year Player Draft.

(C)  If a Major League Club fails to sign a player who was selected with a draft selection awarded pursuant to this Rule 4(c)(2) before the player is removed from the Club's Negotiation List pursuant to Rule 4(d) (Effect of Selection on Player), the Club again shall receive a supplemental selection in the next First-Year Player Draft as compensation for failing to sign its original supplemental selection, as follows:

46

MLB001722

MLB001663

**MAJOR LEAGUE RULES**
**MLR 4(c) to 4(d)**

**(i)**   If the unsigned supplemental selection was selected prior to the third round, the Club shall receive a supplemental selection in the next First-Year Player Draft at the same numbered position as its unsigned supplemental selection. In the event that the same numbered position is awarded to another Club as supplemental compensation pursuant to Rule 4(c)(2)(A) above, the Club awarded the supplemental selection for the second time shall be awarded the selection following the selection awarded to the other Club pursuant to Rule 4(c)(2)(A) above.

**(ii)**   If the unsigned supplemental selection was selected in the third round, the Club shall receive a supplemental selection after the completion of the third round, and shall select after all of the Clubs awarded selections pursuant to Rule 4(c)(2)(B) above. If more than one Club is awarded a second supplemental selection under this paragraph, the Clubs shall select in the same order as the original draft selections that resulted in the Club being awarded supplemental compensation pursuant to Rule 4(c)(2)(B) above.

**(3)**   Free Agent Compensation.   Selections in the First-Year Player Draft that are awarded to Clubs pursuant to Article XX(B) of the Basic Agreement shall immediately follow the last regular selection in the first round, and shall be part of the first round.

**(4)**   Competitive Balance Draft Lottery.   Selections of players awarded to Clubs pursuant to the first round of the Competitive Balance Draft Lottery contained in Rule 4(k)(2)(A) ("Lottery Round A") shall immediately follow the first round of the First-Year Player Draft. Selections of players awarded to Clubs pursuant to the second round of the Competitive Balance Draft Lottery contained in Rule 4(k)(2)(B) ("Lottery Round B") shall immediately follow the second round of the First-Year Player Draft.

**(d)   EFFECT OF SELECTION ON PLAYER**.   A selected player shall be placed on the Major League Club's Negotiation List and shall remain on such Negotiation List until:

**(1)**   such player signs a Major or Minor League contract that is approved at any time by the Commissioner or the Commissioner's designee pursuant to Rule 3(e)(2);

**(2)**   such player is removed because of ineligibility for selection;

**(3)**   such player is removed because the Major League Club's Negotiation Right has been revoked under Rule 4(e) (Negotiation Rights);

47

MLB001723

MLB001663

**MAJOR LEAGUE RULES**
**MLR 4(d)**

**(4)**   the Signing Deadline for the First-Year Player Draft that is set forth below if such player has not utilized all of his potential college baseball eligibility:

    **(A)**   July 13, 2012 at 5:00 p.m. Eastern Time

    **(B)**   July 12, 2013 at 5:00 p.m. Eastern Time

    **(C)**   July 18, 2014 at 5:00 p.m. Eastern Time

    **(D)**   July 17, 2015 at 5:00 p.m. Eastern Time

    **(E)**   July 15, 2016 at 5:00 p.m. Eastern Time; or

**(5)**   the start of the next year's Closed Period, as defined in Rule 4(f), if such player has utilized all of such player's potential college baseball eligibility. For purposes of this Rule 4(d)(5), a player shall be deemed to have utilized all of his potential college baseball eligibility if he satisfies each of the following criteria:

    **(A)**   the player is selected in the First-Year Player Draft after his junior year of college pursuant to Rule 3(a)(3)(C)(ii);

    **(B)**   the player does not sign a contract with the selecting Club prior to being removed from the Club's Negotiation List in accordance with Rule 4(d)(4) above;

    **(C)**   the player signs a professional baseball contract in a league that is not affiliated with MLB or any MLB Club; and

    **(D)**   the player does not attend college or junior college between his removal from the selecting Club's Negotiation List and the next First-Year Player Draft.

If the Commissioner or the Commissioner's designee disapproves a contract that a player on a Negotiation List and the Club that had selected such player each signed before the Signing Deadline, the player and Club shall have the opportunity to cure any defect in the contract, resubmit such contract for approval and continue to have such contract deemed signed before the Signing Deadline for purposes of this Rule 4(d), so long as the contract originally submitted contained the material permissible special covenants, if any, of the agreement between the player and Club. It is the intent of this paragraph not to permit a player and Club to extend the Signing Deadline by submitting an incomplete contract in order to continue negotiations after the Signing Deadline.

48

MLB001724

MLB001663

MAJOR LEAGUE RULES
MLR 4(e) to 4(g)

**(e)   NEGOTIATION RIGHTS**.

**(1)**   Tender of Contract.   Immediately upon the close of the First-Year Player Draft, the Major League Club that has selected the right to negotiate exclusively with a player shall be deemed to have tendered the player an executed Minor League Uniform Player Contract. The terms of such tendered Minor League contract shall not include any signing bonus or other special covenants.

**(2)**   A Major League Club shall have the exclusive right to contract with a player on its Negotiation List and negotiations must be conducted by the selecting Club in accordance with Rule 3 (Eligibility to Sign Contract and Contract Terms).

**(3)**   A Major League Club may not transfer its Negotiation Right to any other Club.

**(4)**   Players on the Negotiation List shall not count against any player limits.

**(5)**   Players who join the Armed Forces while on the Negotiation List shall continue to be subject to this Rule 4 in the same manner as all other selected players.

**(f)   CLOSED PERIOD**.   The period of time beginning at 12:01 a.m. Eastern Time of the seventh day prior to the date of a First-Year Player Draft and concluding with the beginning of such First-Year Player Draft shall be called the Closed Period. The right to contract with a player selected at the preceding First-Year Draft, who is not subject to the signing deadline set forth in Rule 4(d)(4), or with a player eligible to sign who was not selected at the preceding First-Year Draft, shall terminate at the beginning of the Closed Period unless such player becomes ineligible to sign at an earlier date by operation of the applicable High School, College or Junior College Rule.

**(g)   EFFECT ON PLAYER LIMITS**.

**(1)**   A player who signs a Minor League contract for the current season with a Major League Club following the player's selection at the First-Year Player Draft shall be excluded from the Minor League under control limits of the signing Major League Club until 15 days have elapsed from the date of the contract or when the player has appeared in a championship season game, whichever occurs first.

**(2)**   A player who signs a Minor League contract for the succeeding season with a Major League Club following the player's selection at the First-Year Player Draft (see Rule 2(j)(1) (Players Signed for Future Services)) shall count against the Minor League under control limits of the signing Major League Club when 15 days have elapsed from the date of contract. However, if the signing Major League Club places the player on one of its under control lists in the Class A, Short-Season A or Rookie classifications,

49

MLB001725

MLB001663

**MAJOR LEAGUE RULES**
**MLR 4(g) to 4(j)**

the player may be carried as one of the 12 "extra" players that a Major League Club may place on under control lists in those classifications under Rule 2(b) (Maximum Number of Reserved Players) and Rule 2(j)(1) (Players Signed for Future Services).

**(h)   IF SELECTED PLAYER DOES NOT SIGN**.   A player who is selected at a First-Year Player Draft and who does not sign a Minor League contract before being removed from the selecting Club's Negotiation List, see Rule 4(d) (Effect of Selection on Player), shall be subject to selection at the next First-Year Player Draft at which the player is eligible for selection. A selected player who does not sign may not be selected by the same Major League Club at any subsequent First-Year Player Draft unless the player has notified the Commissioner or the Commissioner's designee in writing that the player has no objection to such re-selection.

**(i)   IF PLAYER IS NOT SELECTED**.   A player who is eligible for selection and who is not selected may be signed to a Minor League contract by any Major League or Minor League Club after the conclusion of the First-Year Player Draft. Such player shall remain eligible for signing until the start of the next Closed Period, unless such player becomes ineligible to sign at an earlier date by operation of the applicable High School, College or Junior College Rule.

**(j)   MEDICAL INFORMATION.**

    **(1)**   The Pre-Draft Medical Information Program.

        **(A)**   The Major League Baseball Scouting Bureau ("MLBSB") will select the 200 potential top prospects in the First-Year Player Draft to participate in the Pre-Draft Medical Information Program ("the Program"). If named to participate in the Program, players will be required to submit to the MLBSB all of their pre-existing medical records relating to their physical condition, including, but not limited to, MRIs, X-Rays and CT Scans. Players are not required to provide records relating to conditions that would not reasonably affect their ability to perform services as a baseball player. Each player will be required to certify in writing that he has submitted a complete copy of all of the medical records required to be submitted to the MLBSB pursuant to this Rule 4(j)(1)(A). The player also will be required to submit any updated medical information to the MLBSB by the May 15 immediately preceding the Draft, to the extent such information exists. Clubs may review the players' medical records through Major League Baseball's Electronic Medical Records system ("EMR"). Immediately upon the conclusion of the Draft, a Club's access to such medical records will be revoked except with respect to the Club's Draft selections.

50

MLB001726

MLB001663

**MAJOR LEAGUE RULES**
**MLR 4(j)**

(B)  A player named to participate in the Program may not provide additional medical information to one Club without first providing such information to the MLBSB for placement on the EMR. In addition, a player may not submit to a pre-draft physical conducted by a Club unless he agrees to submit to a pre-draft physical for any Club that requests it.

(C)  If a player named to participate in the Program refuses to comply with the Program, the player will be prohibited from submitting medical information, whether orally or in writing, to any Club. The MLBSB will notify all Clubs of a player's refusal. A Club may not obtain medical information from a non-compliant player until the player complies with the Program.

(2)  Drug Testing.

All players eligible for selection in the First-Year Player Draft will be subject to Major League Baseball's Drug Prevention Program for Potential Selections in the First-Year Player Draft ("Prospect Drug Testing Program"). All players named to participate in the Pre-Draft Medical Information Program (i.e., the top 200 prospects) described in Rule 4(j)(1)(A) above will be subject to a random, unannounced drug test prior to the First-Year Player Draft. Any player subject to random drug testing under the Prospect Drug Testing Program who refuses to be tested shall be deemed ineligible for selection in the First-Year Player Draft, and shall not be eligible to sign a contract with a Major or Minor League Club, as fully set forth in the terms of that Program.

(3)  Physical Examinations.

(A)  Major League Clubs shall waive their rights under Paragraph XVII(B) of the Minor League Uniform Player Contract when signing drafted players if one of the following conditions is met:

(i)  The drafted player submits to a complete physical examination conducted by the Club before an agreement is reached on the terms of a Minor League contract; or

(ii)  The player and the Club reach a tentative agreement on a Minor League contract that is contingent on the Player passing a physical examination conducted by the Club, and the Player passes that physical examination (including the reporting of all test results) prior to the applicable deadline for submitting terms of an agreement to the Commissioner's Office.

51

MLB001727

MLB001663

**MAJOR LEAGUE RULES**
**MLR 4(j) to 4(k)**

**(B)** If a drafted player fails a Club-administered physical examination, and the Club does not subsequently offer the player a bonus equal to or greater than 40% of the player's Signing Bonus Value (or $40,000 if the player was selected after the 10th round), the player will become a free agent if no agreement is reached by the time the player is removed from the Club's Negotiation List pursuant to Rule 4(d). In such case, the Club shall not receive a supplemental selection pursuant to Rule 4(c)(2) for failing to sign such player, and, for players selected prior to the 11th round, the Club's Signing Bonus Pool (described in Rule 3(c)(4)(A)) shall be reduced by the Signing Bonus Value attributable to his selection. If the Club does subsequently offer the player a bonus equal to or greater than 40% of the player's Signing Bonus Value, but no agreement is reached, the player's status will be determined pursuant to Rule 4(h), the Club will receive, if applicable, a supplemental selection pursuant to Rule 4(c)(2) for failing to sign such player, and the Club's Signing Bonus Pool (described in Rule 3(c)(4)(A)) shall be reduced by the Signing Bonus Value attributable to that player. This Rule 4(j)(3)(B) applies only if a Club does not sign a player based on the results of a Club-administered physical examination, and does not apply to a Club's failure to sign a player, or its decision not to offer a signing bonus of a particular amount, for reasons other than the player's failure of a Club-administered physical examination.

**(k)   DRAFT LOTTERIES.**

**(1)**   Forfeited Draft Selection Lottery.

**(A)**   The Office of the Commissioner will award to other Clubs through a lottery any selections in the First-Year Player Draft that are forfeited by Clubs whose Total Signing Bonuses exceed their Signing Bonus Pools (as described in Rule 3(c)(4)). Any Club whose Total Signing Bonuses did not exceed its Signing Bonus Pool in the applicable First-Year Player Draft will be eligible for entry in the lottery. A Club's odds of winning the lottery will be based on its prior season's winning percentage and prior season's Net Defined Local Revenue ("NDLR") under Article XXIV of the Basic Agreement, each weighted equally in a formula that will be distributed to eligible Clubs prior to the lottery. A Club may be awarded only one selection in the Forfeited Draft Selection Lottery until such time as all Clubs eligible for the lottery have been awarded a selection.

**(B)**   The Forfeited Draft Selection Lottery will be held on the first Wednesday following the Signing Deadline, and any Club that had not exceeded its Signing Bonus Pool as of that date will be entered into the lottery. A Club that is awarded a selection in the Forfeited Draft Selection Lottery and subsequently exceeds its Signing Bonus Pool will itself forfeit the selection it

MLB001728

MLB001663

# MAJOR LEAGUE RULES
## MLR 4(k)

was awarded. During the Closed Period following the First-Year Player Draft, a Supplemental Forfeited Draft Selection Lottery will be held, if necessary, to redistribute: (i) any selections awarded to a Club in the original lottery that the Club forfeited pursuant to this Rule 4(k)(1)(B) by exceeding its Signing Bonus Pool between the date of the lottery and the beginning of the Closed Period; and/or (ii) any selections that a Club forfeited pursuant to Rule 3(c)(4)(B) for exceeding its Signing Bonus Pool between the date of the original lottery and the beginning of the Closed Period. All Clubs that did not exceed their Signing Bonus Pool as of the beginning of the Closed Period will be eligible to participate in the Supplemental Forfeited Draft Selection Lottery, with the odds of winning based on the same formula as set forth in Rule 4(k)(1)(A) above. A Club previously awarded a selection in the Forfeited Draft Selection Lottery will not be eligible to be awarded a selection in the Supplemental Forfeited Draft Selection Lottery until such time as all Clubs eligible for the Supplemental Forfeited Draft Selection Lottery have been awarded a selection.

**(2)**   Competitive Balance Draft Lottery.

**(A)** Lottery Round A.  The ten Clubs with the lowest NDLR in the preceding year that are not in the top 15 in Market Rank as set forth in Attachment 26 to the Basic Agreement, and to the extent not included in that group, the ten Clubs in the smallest markets as set forth in Attachment 26 to the Basic Agreement, will be entered into a lottery for the six draft selections immediately following the completion of the first round of the First-Year Player Draft, as set forth in Rule 4(c)(4) above. Clubs shall select in Lottery Round A in the order that they are selected in the lottery, with the Club that wins the lottery selecting first in Lottery Round A.

**(B)** Lottery Round B.  The eligible Clubs that did not receive draft selections in Lottery Round A, and all other Net Revenue Sharing Payee Clubs in the current Revenue Sharing Year under Article XXIV of the Basic Agreement that were not eligible for Lottery Round A (excluding Clubs in the top 15 in Market Rank as set forth in Attachment 26 to the Basic Agreement), will be entered into a second lottery for the six draft selections immediately following the completion of the second round of the First-Year Player Draft. Clubs shall select in Lottery Round B in the order that they are selected in the lottery, with the Club that wins the lottery selecting first in Lottery Round B.

**(C)** A Club's odds of winning Round A or Round B of the Competitive Balance Draft Lottery will be in inverse proportion to its winning percentage the prior season compared to the other entrants in that Lottery Round. The Office of the Commissioner will distribute to Clubs their odds of winning the

53

MLB001729

MLB001663

**MAJOR LEAGUE RULES**
**MLR 4(k)**

first selection in the Lottery prior to the Lottery. A Club may be awarded only one selection in the Competitive Balance Lottery, until each eligible Club has received at least one selection.

**(D)** For purposes of this Rule 4(k), the Oakland Athletics will not be considered a top-15 Market Rank Club until the first Competitive Balance Lottery conducted after they begin play in a new stadium.

**(E)** Both rounds of the Competitive Balance Draft Lottery will be held each year on the first Wednesday following the Signing Deadline.

**(3)** All selections in the Forfeited Draft Selection and Competitive Balance Draft Lotteries are assignable as follows:

**(A)** Selections are only assignable by the Club that was originally awarded the selection in the lottery (i.e., the selections may be assigned only once).

**(B)** Cash consideration of any kind may not be included in an assignment involving a Club's assignable draft selections unless the cash consideration is included directly to offset the salary obligations of another player included in the assignment (and is no greater than such obligations), subject to the Commissioner's approval.

**(C)** A Club may only assign selections in the next succeeding First-Year Player Draft, and may assign such selections only during the championship season. The periods in which selections may be assigned shall commence at 12:01 a.m. Eastern Time on the day following the day the lotteries are conducted, shall end at midnight Eastern Time on the last day of the championship season, shall resume on the first day of the championship season, and shall end at either 5:00 p.m. Eastern Time on the day of the First-Year Player Draft, or two hours prior to the scheduled commencement of the Draft, whichever is earlier.

**(D)** A Club that is awarded a selection in the Forfeited Draft Selection Lottery and assigns such selection to another Club may not subsequently provide an unsigned player (i.e., a player not subject to the Signing Deadline) with a Signing Bonus that would cause it to exceed its Signing Bonus Pool. In addition, a Club may not assign a selection awarded in the Forfeited Draft Selection Lottery to another Club if it has yet to sign one or more players selected in the first ten rounds of the draft, and its failure to sign one or more of those players would cause it to exceed its Signing Bonus Pool.

**(*l*)  INTERPRETATION.**   Official interpretations of this Rule 4 may be made from time to time by the Commissioner or the Commissioner's designee.

54

MLB001730

MLB001663

MAJOR LEAGUE RULES
MLR 5(a) to 5(b)

**Rule 5**

**ANNUAL SELECTION OF PLAYERS**

**(a)  MEETINGS**.   A selection meeting shall be held each year at such time and place as the Commissioner shall designate and shall be known as the Rule 5 Selection Meeting. At the Rule 5 Selection Meeting, Major League Clubs may claim the contracts of players who are on Minor League Reserve Lists (filed pursuant to Rule 2) and who are subject to selection as set forth in this Rule 5. If any Major League or Minor League Club shall fail to file Minor League Reserve Lists in accordance with Major League Rule 2, its players on Minor League Reserve Lists shall be subject to selection under this Rule 5 without any restrictions. The Commissioner shall decide all procedural questions that may arise during the Rule 5 Selection Meeting.

**(b)  METHOD AND PRIORITY OF SELECTIONS**.   Selections under this Rule 5 shall be made in three separate phases: the Major League phase, the Class AAA phase and the Class AA phase. A player selected in one of the three phases must be placed on the Major League Club's Reserve List in the same classification of the phase in which the player was selected. Within each phase, only players from a Reserve List of a lower classification Club are eligible for selection. Thus, a player selected from a Class AAA Reserve List must be placed on the Major League Reserve List of the selecting Major League Club. Similarly, a player selected from a Class AA Reserve List must be placed on either the Major League or Class AAA Reserve List of the selecting Major League Club, and a player selected from a Class A, Short-Season A or Rookie Reserve List must be placed on either the Major League, Class AAA, or Class AA Reserve List of the selecting Major League Club.

Within each phase, selections shall be made according to the following order and conditions:

**(1)**   Major League Clubs shall select in reverse order of their winning percentages at the close of the preceding championship season, without regard to standings within any Division or League and without regard to post-season results. If two or more Clubs had an identical percentage of games won at the close of the preceding championship season, the selection order of those Clubs shall be determined by the percentage of games won in the next prior championship season, with any remaining ties resolved by continuing to examine the tied Clubs' respective championship season winning percentages in each preceding prior year, until the tie is broken.

**(2)**   As called in the above order of priority in a phase, each Major League Club shall have a right to select one player subject to selection under this Rule 5. If a Club does not exercise its right of selection when called, or if its right of selection in that phase has ceased because its Reserve List(s) for the classification covered by the

55

MLB001731

MLB001663

**MAJOR LEAGUE RULES**
**MLR 5(b) to 5(c)**

phase has reached the allowable limit under Rule 2, the next Club in order shall be called. When a round has been completed, the process of selection shall be repeated until all Major League Clubs have no further right of selection in that phase. A Club having announced its selection in proper order cannot later cancel the selection.

**(3)**   In any year in which one or more new members have been admitted to a Major League for operations in the next championship season, each such new member may select player contracts under this Rule 5. The procedures and regulations governing such selections shall be as agreed upon by the Major League Clubs.

**(4)**   Any Major League Club may authorize (in writing or by electronic communication) any employee, the Commissioner, or an employee of the Commissioner's Office to announce its selection or selections at the meeting. Such authorized selections shall be as binding and effective as if announced by a Major League Club official.

**(c)   PLAYERS SUBJECT TO SELECTION**.   All players on the Minor League Reserve Lists of Major League and Minor League Clubs, except players on the Voluntarily Retired, Disqualified or Ineligible Lists, shall be subject to selection by other Major League Clubs at the Rule 5 Selection Meeting in accordance with the following:

**(1)**   A player without previous Major or Minor League service who signs with a Major League or independent Minor League Club shall be subject to selection based on the following:

**(A)**  if 18 years of age or under on the June 5 immediately preceding the player's signing, the player shall be subject to selection at the fifth Rule 5 Selection Meeting that follows the signing date of the player's first Major or Minor League contract, unless Rule 5(c)(1)(C) applies;

**(B)**  if 19 years of age or over on the June 5 immediately preceding the player's signing, the player shall be subject to selection at the fourth Selection Meeting that follows the signing date of the player's first Major or Minor League contract, unless Rule 5(c)(1)(C) applies;

**(C)**  if the signing date of a player's first Major or Minor League contract is between

**(i)**   the conclusion of the championship season for the Major or Minor League Club to which the player is assigned on such contract and

**(ii)**   the next Rule 5 Selection Meeting,

56

MLB001732

MLB001663

**MAJOR LEAGUE RULES**
**MLR 5(c) to 5(d)**

then the player shall be deemed to have signed after the next Rule 5 Selection Meeting, for purposes of this Rule 5(c)(1).

**(2)** A player who is re-signed by a Club within one year from the date the Club released the player or voided the player's contract pursuant to the terms of such contract shall be subject to draft at the Rule 5 Selection Meeting following the date of the latest contract with that Club.

**(3)** A player who has been subject to draft at a Rule 5 Selection Meeting shall be subject to draft at any subsequent Rule 5 Selection Meeting if the player is on a Minor League Reserve List (filed pursuant to Rule 2 (Player Limits and Reserve Lists)) at the time of the Rule 5 Selection Meeting.

**(4)** A player

**(A)** whose contract has been assigned outright by a Major League Club to a Minor League Club,

**(B)** who has been signed as a free agent to a Minor League Uniform Player Contract for services in the following year and is otherwise subject to selection pursuant to Rule 5(c)(1) or Rule 5(c)(2), or

**(C)** who has been released unconditionally from a Minor League roster and is otherwise subject to selection pursuant to Rule 5(c)(1) or Rule 5(c)(2),

shall be subject to selection at any subsequent Rule 5 Selection Meeting if the player is on a Minor League Reserve List (filed pursuant to Rule 2 (Player Limits and Reserve Lists)) at the time of the Rule 5 Selection Meeting.

**(5)** A Major League or independent Minor League Club may designate any player on one of its Minor League Reserve Lists to be subject to selection who otherwise would not be selectable under this Rule 5.

**(d)  CONSIDERATION, PAYMENT, AND RESPONSIBILITY**.   The consideration for a selection under this Rule 5 shall be as follows:

**(1)** $50,000, if selected player is placed on a Major League Reserve List;

**(2)** $12,000, if the selected player is placed on a Class AAA Reserve List;

**(3)** $ 4,000, if the selected player is placed on a Class AA Reserve List.

57

MLB001733

MLB001663

**MAJOR LEAGUE RULES**
**MLR 5(d) to 6(a)**

In addition to the compensation set forth in this paragraph, an independent Minor League Club shall be reimbursed by a selecting Major League Club for all compensation (including salary, bonuses and benefits) that it has paid to a selected player if the player is selected at the first selection meeting following the first year of the player's initial Minor League Uniform Player Contract.

Payment of the consideration due the selectee Club shall be made in the same manner as provided in Rule 12 (Transfer Agreements) regarding other assignments of player contracts.

The selector Major League Club must assume all responsibility for the player's physical condition and for the player's reporting.

**(e)   PLAYER-MANAGERS**.   A Player-Manager shall be subject to selection if the player would otherwise be selectable under Rule 5(c) (Players Subject to Selection). However, a player-manager shall be subject to selection as a player only and the player-manager selected may reject such selection by giving written or electronic notification of such rejection to the Commissioner within 30 days from the date that the player-manager receives notification of such selection from the Commissioner. A player-manager contract that has been executed within 30 days before the close of the season shall not be changed to a player contract during the season following execution of such player-manager contract unless the Commissioner approves such change in writing.

**(f)   COVERING UP**.   No agreement shall be made for the purpose or with the effect of covering up a player from selection. If the Commissioner shall be of opinion that any such agreement has been made, the Commissioner may impose a fine upon each party to such an agreement.

**Rule 6**

**SELECTED PLAYERS**

**(a)   RESTRICTIONS**.   From the date of selection to the close of the subsequent Major League championship season, no player selected in the Major League phase of the Rule 5 Selection Meeting shall be released or directed to perform for or otherwise transferred to any Minor League Club until:

**(1)**   the player has received a 15-day trial period during spring training;

58

MLB001734

MLB001663

# MAJOR LEAGUE RULES
## MLR 6(a) to 6(b)

**(2)**   Outright Assignment waivers have first been granted on the player's contract in accordance with Rule 10 (Major League Waivers) (<u>see, e.g.</u>, Rule 10(e)(5) (Restrictions on Waiver Requests)); and

**(3)**   outright assignment of the player has then been offered to and rejected by the Major or Minor League Club from which the player's contract was selected.

**(b) OFFER OF OUTRIGHT ASSIGNMENT—PROCEDURES.**   An offer of outright assignment to the Major or Minor League Club from which a player's contract was selected shall be made through the Commissioner and the consideration shall be 50 percent of the price paid for the selection. Upon receiving notice of the selecting Major League Club's intention to make such an offer, the Commissioner or the Commissioner's designee shall communicate by electronic means to the Major or Minor League Club from which the player was selected that it has

**(1)**   72 hours from the time of dispatch of the electronic message to accept or reject assignment of the contract, unless Rule 6(b)(2) applies. Sundays and national holidays shall not be counted in computing said 72 hours; or

**(2)**   24 hours after the Club from which the player was selected is notified by the Commissioner or the Commissioner's designee of the selected player's decision whether to accept the proposed return assignment, if the player was selected to a Major League Reserve List and has the right to elect free agency after an outright assignment.

Failure to accept the offer within such period shall constitute a rejection. Should such an offer be rejected, all obligations of the selecting Major League Club to the Major or Minor League Club from which the player was selected shall be fulfilled.

If the player was selected to a Major League Reserve List and if such player has the right to elect free agency after an outright assignment, the selecting Club shall provide the player any written notice of the contemplated outright assignment to the player's former Minor League Club that the collective bargaining agreement with the players' union may require and shall provide a copy of such notice to the Club from which the player's contract was selected. If the selecting Club fails to provide the selected player with such written notice, and the selected player elects free agency in lieu of the return outright assignment, then the selecting Club may be subject to a fine by the Commissioner or the Commissioner's designee, which the Commissioner or the Commissioner's designee may order to be paid, in whole or in part, to the Club from which the player's contract was selected. The selecting Club shall communicate immediately to the Commissioner or the Commissioner's designee the player's decision whether to accept the return outright

59

MLB001735

MLB001663

**MAJOR LEAGUE RULES**
**MLR 6(b) to 6(e)**

assignment, and the Commissioner or the Commissioner's designee shall communicate such decision promptly to the Club from which the player's contract was selected.

**(c)  ACTIVE LIST RESTRICTIONS**.   If the selected player is not carried on the Active List of the selecting Major League Club for 90 days of the season following the selection, the restrictions in Rule 6(a) shall continue to apply until the player has been on the Active List for an aggregate of 90 days during a championship season or seasons.

**(d)  SALARY ON RETURN**.   If a selected player was under a Minor League Uniform Player's Contract for the entire championship season before the player's selection, a Major League Club that returns such a player through tender of an outright assignment to the Major or Minor League Club from which the player was selected shall be liable for any salary set forth in its Major League Uniform Player's Contract with the player in excess of the salary amount in the player's Minor League Uniform Player Contract for the season before selection.

If a selected player was under a Major League Uniform Player's Contract for all or part of the season preceding the player's selection, a Major League Club that returns such a player to the Major or Minor League Club from which the player was selected shall be liable for any salary set forth in its Major League Uniform Player's Contract with the player in excess of the total salary the player received (under both a Major League Uniform Player's Contract and a Minor League Uniform Player Contract) for the previous championship season.

**(e)  DRAFT-EXCLUDED PLAYERS**.   A player who is excluded from selection in a Rule 5 Selection Meeting because the player was promoted to a Major League Reserve List after August 15 of the championship season preceding the selection meeting and remains on a Major League Reserve List through the conclusion of such selection meeting shall be referred to as a "draft-excluded player." A draft-excluded player shall not be directed to perform for, assigned to, or otherwise transferred to a Minor League Club unless the player first receives a trial with the player's Major League Club lasting until 20 days before the opening day of the following Major League season. See Rule 10(e)(6) (Restrictions on Waiver Requests) for rules concerning when waivers may be requested on a player who would become a draft-excluded player and Rule 10(d)(5)(B) (Consideration for Assignment of Player; Selected or Draft-Excluded Player) for rules concerning the waiver claim price for a draft-excluded player.

60

MLB001736

MLB001663

**MAJOR LEAGUE RULES**
**MLR 7 to 8(d)**

**Rule 7**

**TERMINATION OF PLAYER-CLUB RELATION**

The relation between a Club and a player created by contract may be terminated before the expiration of the specified term either by the Club (by release or assignment or, in the case of a Minor League Uniform Player Contract, by other termination) or by the player as provided in the contract.

**Rule 8**

**MAJOR LEAGUE UNCONDITIONAL RELEASE**

(a)  **WAIVER REQUIREMENTS**.  No Major League Club may unconditionally release a player unless it has tendered and received a waiver of the contract from all other Major League Clubs.

(b)  **PROCEDURES FOR OBTAINING WAIVERS**.  The procedures for obtaining unconditional release waivers are as follows:

    (1)  A waiver request may be made at any time during the year, and must state that it is for the purpose of unconditional release.

    (2)  Waiver requests will be processed in accordance with the procedures in Rule 10 (Major League Waivers) and may not be withdrawn after being registered with the Commissioner or the Commissioner's designee.

    (3)  Waiver claims must be entered in accordance with Rule 10(d) (Waiver Claims and Awarding of Contracts).

(c)  **RESTRICTIONS ON UNCONDITIONAL RELEASE WAIVER REQUESTS**.

    (1)  No Major League Club may release a player on the Military or Ineligible Lists unless the player is first reinstated from such list to the Active List.

    (2)  No Major League Club may release a player on the Voluntarily Retired List without first having obtained the approval of the Commissioner.

(d)  **EFFECT ON PLAYER LIMITS**.  On the day of the waiver request, the player shall be advised in writing that the Major League Club has requested waivers for the purpose of unconditional release and the date on which the waiver request will expire.

61

MLB001737

MLB001663

**MAJOR LEAGUE RULES**
**MLR 8(d) to 8(h)**

The player shall be removed from all player limits at the time that the waiver request is transmitted to the Commissioner or the Commissioner's designee.

**(e)   WAIVER CLAIMS AND CONSIDERATION.**   Any other Major League Club may claim the contract at a waiver price of $1 and the priority of claim shall be determined in accordance with Rule 10(d)(4) (Waiver Claims and Awarding of Contracts).

**(f)   NOTICE TO PLAYER OF WAIVER CLAIMS, AND RIGHT OF PLAYER TO TERMINATE CONTRACT.**   At the expiration of the waiver period, the player may make a collect call to the Major League Club to determine whether the player's contract has been claimed.

If the player's contract is claimed, the Major League Club shall promptly and before any assignment notify the player that the contract has been claimed.

Within five days after receipt of notice from a Major League Club that a player's contract has been claimed, the player shall be entitled by written notice to the Major League Club to terminate the player's contract on the date of the player's notice of termination. If the player fails to notify the Major League Club, the player's contract shall be assigned to the claiming Major League Club entitled to the assignment under Rule 10(d)(4) (Waiver Claims and Awarding of Contracts).

**(g)   NOTICE OF TERMINATION IF NO CLAIMS.**   If the player's contract is not claimed, the player is a free agent, and the Major League Club shall give the player notice of termination.

**(1)**   Telephone notice shall be effective immediately upon communication with the player.

**(2)**   Written notice, if handed to the player personally, shall be effective immediately upon delivery to the player.

**(3)**   Written notice, if mailed to the player, shall be effective three days from the date of mailing to the last address that the player has supplied to the Major League Club.

Other procedures for unconditional release may be agreed upon from time to time and set out in the current Basic Agreement between the Major League Clubs and the Players Association.

**(h)   SALARY OBLIGATIONS.**   If a contract is terminated by the player, as provided in Rule 8(f) (Notice to Player of Waiver Claims, and Right of Player to Terminate Contract), the player shall be entitled to compensation through the date of the player's

62

MLB001738

MLB001663

**MAJOR LEAGUE RULES**
**MLR 8(h) to 9(a)**

notice of termination and not thereafter.

If the player's contract is not claimed, upon effective termination of the contract according to Rule 8(g) (Notice of Termination If No Claims), the player shall be entitled to termination pay in accordance with the terms of the contract.

If the player's contract is claimed and not terminated by the player, the Major League Club shall give notice to the player of the assignment of the player's contract. The assignee Major League Club shall be liable to the player for payments accruing after the date of such notice of assignment.

**(i)    RE-SIGNING OF RELEASED PLAYERS**.    A player may be re-signed by the releasing Major League Club, except that:

**(1)**    A player released during the playing season shall not again be placed on the Active List of the Major League Club during the 30-day period that starts on the date of the waiver request, unless the Major League Club has had less than the full complement of active players at all times from the date of the waiver request to the date player is resigned; and,

**(2)**    Absent an intervening Major League contract with another Club, any player who has been unconditionally released between midnight, August 31 of any championship season and the opening day of the following championship season, may not be re-signed to a Major League Uniform Player's Contract by the releasing Major League Club until May 15 of that following championship season.

**Rule 9**

**ASSIGNMENT OF PLAYER CONTRACTS**

**(a)  NOTICE**.    A Club may assign to another Club an existing contract with a player. The player, upon receipt of written notice of such assignment, is by the player's contract bound to serve the assignee Club.

The date of assignment shall be deemed to be the date upon which notice of assignment is delivered to the player.

After the date of such assignment, all rights and obligations of the assignor Club under the contract shall become the rights and obligations of the assignee Club, except as otherwise provided in Rule 3 (Eligibility to Sign Contract, Contract Terms, and Contract Tenders), and the assignee Club shall be liable to the player for payments accruing from

63

MLB001739

MLB001663

**MAJOR LEAGUE RULES**
**MLR 9(a)**

the date of assignment and shall not be liable (but the assignor Club shall remain liable) for payments accrued prior to and including that date.

In the event that a player physically reports to the assignee Club on the same date as the player's assignment, the assignee Club shall be responsible for salary starting with that date and the assignor Club shall not be required to pay salary for that day. EXCEPTION: In the event the player plays or is available to play for the assignor Club on the day of assignment, the assignor shall pay the player's salary for that day.

If at any time the assignee is a Major League Club, it shall be liable to pay the player at the full rate stipulated in the player's contract for the remainder of the term thereof and all prior assignors and assignees shall be relieved of liability for any payment during the remainder of the player's contract, except as otherwise provided in Rule 3 (Eligibility to Sign Contract, Contract Terms, and Contract Tenders).

Unless the assignor and assignee Clubs agree otherwise, if the assignee Club is a Minor League Club, the assignee Club shall be liable only to pay the player at the rate usually paid by said assignee Club to its players of similar skill and ability in its classification and the assignor Club shall be liable to pay the player for the remainder of the player's contract the difference between the amount payable to the player under the player's contract and the amount paid to the player by the assignee Club.

If a player's contract is assigned by a Major League Club to another Major League Club, any transportation, travel, and moving allowances shall be governed by the Basic Agreement.

In the event such player is unconditionally released by the Minor League Club to which the player's contract has been assigned and the player would have been entitled to severance pay had the player been so released under the player's contract with the assignor (Major League Club), then the assignor is liable to pay the player an additional amount equal to the termination pay provided for in the player's Major League contract and the reasonable travelling expenses of the player, including first-class jet air fare and meals en route, to the player's home city.

Written notice of assignment of a player's contract shall be given to a player. Such notice shall not be given until the Club has been formally advised by the Commissioner or the Commissioner's designee that waivers have been granted by all Clubs entitled to claim the player as set forth in these Rules, and if notice is given prior to the granting of all waivers, the notice shall be void and the Commissioner shall collect a fine from the Club giving such void notice.

64

MLB001740

MLB001663

## MAJOR LEAGUE RULES
### MLR 9(b) to 9(f)

**(b)  TIME LIMIT**.   No Minor League Club shall assign a player contract to any other professional baseball club during the period commencing on the date that the Commissioner or the Commissioner's designee designates for the filing of Reserve Lists and ending upon the conclusion of the Rule 5 Selection Meeting. No contract of a Major League player shall be assigned to a Club of lower classification during the period from 5:00 p.m. Eastern Time of the third day prior to the start of the Rule 5 Selection Meeting until the Rule 5 Selection Meeting has been concluded.

**(c)  ASSIGNEE CLUB'S RESPONSIBILITY FOR BONUS PROVISIONS IN PLAYER'S CONTRACT**.   If a Major League player's contract is assigned to another Major League Club and there are unearned bonuses in the player's Major League Uniform Player's Contract at the time of the assignment, the standard-form Major League Uniform Player's Contract sets forth the allocation of responsibility between the assignor and assignee Clubs for payment of such bonuses, when such bonuses are earned. The assignor and assignee Clubs may include cash consideration in a transfer agreement that is contingent upon whether such bonuses become earned. <u>See</u> MLR 12(e)(1)(B) (Consideration Must Be in Definite Terms).

**(d)  VETERAN PLAYERS**.   The contract of a player with five or more years of Major League service, not including service while on the Military List (or seven or more years of Major League service, including service while on the Military List) shall not, without the player's written consent, be assigned other than to another Major League Club. In ascertaining such service, part-season shall be computed at the rate of 172 days to a full season. Service preceding or succeeding a championship season shall not be included.

**(e)  CONSENT TO ASSIGNMENT**.   The contract of a player with 10 or more years of Major League service, the last five of which have been with one Club, shall not be assignable to another Major League Club without the player's written consent.

**(f)  INJURY REHABILITATION**.

    **(1)**   Major League.   With the written consent of the player and the prior approval of the Commissioner or the Commissioner's designee, the contract of a Major League player on a Disabled List may be assigned to a Minor League Club for the purpose of injury rehabilitation for a maximum period of 20 days in the case of non-pitchers and 30 days in the case of pitchers. In accordance with Rule 2(g), a concussed player on the 7-day Disabled List who has been cleared to return to play may then consent to a rehabilitation assignment for a maximum period of 5 days in the case of non-pitchers and 8 days in the case of pitchers, provided, however, that if the concussed player is transferred to the 15-day or 60-day Disabled List, the maximum periods shall be 20 days for non-pitchers and 30 days for pitchers. A player so assigned shall continue to receive his Major League salary. The rights and benefits of such player that do and do

65

MLB001741

MLB001663

### MAJOR LEAGUE RULES
### MLR 9(f) to 10(a)

not follow the player to the Minor League Club shall be in accordance with past practices. Any such service with a Minor League Club shall be deemed to be Major League service. An assignment made under the provisions of this Rule 9(f) shall not be counted as an optional assignment under Rule 11 (Optional Agreements). Waivers, pursuant to Rule 10, shall not be required for assignments made under this Rule 9(f). If the player sustains a new injury or a reoccurrence of an injury while on a rehabilitation assignment, separate written consent from the player and approval from the Commissioner's Office is required for a subsequent rehabilitation assignment. The Office of the Commissioner will carefully scrutinize any claim by a Club that a new rehabilitation assignment period is warranted if the player has not been returned from the original rehabilitation assignment for at least five days for a position player and seven days for a pitcher. A Club that decides to return a player from an injury assignment should notify the Commissioner's Office at the time a decision is made to end the rehabilitation assignment. If it was determined that a new injury or reoccurrence of the player's original injury occurred, the player's five or seven day "down" period would begin on the date the Commissioner's Office was originally notified. The player would then be eligible for a new 20 or 30 days rehabilitation assignment, pending the completion of the five- or seven-day period and the completion of a new SFD. If it was determined that there was no new injury or reoccurrence of the player's original injury, then the player would return on rehabilitation assignment without any interruption.

**(2)   Minor League.**   The contract of a Minor League player on a Disabled List in a higher classification may be assigned to a Club in the Short-Season A, Rookie or Rookie-Advanced classification, for the purpose of rehabilitation of an injury; provided, however, there shall not be more than three such players on a Short-Season A, Rookie or Rookie-Advanced Club at any one time. Rehabilitation assignments, per disability, shall not exceed 20 days in the case of non-pitchers or 30 days in the case of pitchers. Effect on Limits: The player shall continue to be counted towards the Reserve List limit of the assignor Club and will continue to receive salary and benefits as such. The player shall not count against the player limits of the assignee Club.

### Rule 10

### MAJOR LEAGUE WAIVERS

**(a)   DEFINITIONS.**

**(1)   Generally.**   A waiver is a permission granted for certain assignments of player contracts or for the unconditional release of a Major League player (see Rule 8). There are four types of waivers: Trade assignment waivers, Outright assignment waivers, Optional assignment waivers and Unconditional Release waivers.

66

MLB001742

MLB001663

**MAJOR LEAGUE RULES**
**MLR 10(a)**

**(2)**    Trade Assignment Waivers.   Trade assignment waivers must be sought and obtained in order for a Major League Club to assign a Major League player to another Major League Club, during the period set forth in Rule 10(b)(1). A Trade assignment waiver request may be revocable or irrevocable, as set forth in Rule 10(e)(4) (Restrictions on Waiver Requests). Once obtained during a waiver period set forth in Rule 10(c)(4) (Grant of Waivers and Effective Periods), Trade assignment waivers are effective for that entire waiver period, unless the player is on an optional assignment. See Rule 10(c)(4)(D) (Grant of Waivers and Effective Periods).

**(3)**    Outright Assignment Waivers.   Outright assignment waivers must be sought and obtained in order for a Major League Club to assign a Major League player outright (i.e., without right of recall) to a Minor League Club during the period set forth in Rule 10(b)(2). An Outright assignment waiver request is always irrevocable. See Rule 10(e)(4)(B) (Restrictions on Waiver Requests). Once obtained during a waiver period set forth in Rule 10(c)(4) (Grant of Waivers and Effective Periods), outright assignment waivers are effective either for that entire waiver period or for seven days (depending upon the time the waivers are obtained), unless the player is on an optional assignment. See Rule 10(c)(4)(D) (Grant of Waivers and Effective Periods).

**(4)**    Optional Assignment Waivers.   Optional assignment waivers must be sought and obtained in order for a Major League Club to assign a Major League player optionally (i.e., with right of recall) to a Minor League Club, if required by Rule 10(b)(3). An Optional assignment waiver request may be revocable or irrevocable, as set forth in Rule 10(e)(4) (Restrictions on Waiver Requests). Once obtained during a waiver period set forth in Rule 10(c)(4) (Grant of Waivers and Effective Periods), Optional assignment waivers are effective for that entire waiver period.

**(5)**    Unconditional Release Waivers.   Unconditional Release waivers must be sought and obtained in order for a Major League Club to unconditionally release a Major League player at any time. See Rule 8 (Major League Unconditional Release). Unconditional Release waivers are always irrevocable. Once Unconditional Release waivers are obtained, the player is released in accordance with Rule 8(g) (Notice of Termination If No Claims).

**(6)**    Assignment Waivers.   Trade assignment waivers, Outright assignment waivers and Optional assignment waivers may be referred to, collectively, as Assignment waivers.

With regard to Assignment waivers, such permission is granted for a specific period, noted in Rule 10(c)(4) (Grant of Waivers and Effective Periods), and only after each Major League Club has been given the opportunity to accept the assignment of that player contract, and none has filed a claim requesting assignment of that contract. Waivers may be

67

MLB001743

MLB001663

**MAJOR LEAGUE RULES**
**MLR 10(a) to 10(c)**

requested and obtained in regard to a player who is on an optional assignment, without the requesting Club having to recall such player. Any waiver request in regard to a player on an optional assignment shall include a notation that the player is on an optional assignment.

**(b)   WHEN WAIVERS ARE REQUIRED FOR ASSIGNMENT**.

**(1)**   Trade assignment waivers.   Trade assignment waivers are required for any assignment of a player from a Major League Club to another Major League Club during the period commencing 4:00 p.m. Eastern Time on July 31 and ending at the close of the championship season. Trade assignment waivers may not be obtained between the close of a championship season and 4:00 p.m. Eastern Time on the following July 31.

**(2)**   Outright assignment waivers.   Outright assignment waivers are required for any outright assignment of a player from a Major League Club to a Minor League Reserve List.

**(3)**   Optional assignment waivers.   Optional assignment waivers are required for an optional assignment from a Major League Club to a Minor League Club only if the date of assignment is three or more years after the date the player first reported to a Major League Club during a championship season. One year shall be deducted from the above three-year period for each season in which the player may have been charged with an option prior to the championship season in which the player first reports to a Major League Club. Notwithstanding any other provision of this Rule 10(b)(3), Optional assignment waivers shall not be required in the following circumstances:

**(A)**   The Major League Club is seeking to assign the player to a Minor League Club on a fourth optional assignment. See Rule 11(c) (Limitations on Optional Assignments) for players subject to a fourth option.

**(B)**   The assignor Club is making an assignment with the right of recall, the assignment is being made within 24 hours of having acquired the player in an assignment from another Major League Club, the player had been on an optional assignment at the time the player was recalled by the other Major League Club for the purpose of such acquisition and the acquiring Club does not place the acquired player on its Major League Active List during such 24-hour period.

**(c)   THE PROCEDURES FOR OBTAINING WAIVERS**.   The procedures for obtaining waivers are as follows:

**(1)**   Request.   A Club desiring a waiver notifies the Commissioner or the Commissioner's designee, in writing or by approved electronic means, by 2:00 p.m.

68

MLB001744

MLB001663

**MAJOR LEAGUE RULES**
**MLR 10(c)**

Eastern Time during any permissible day, as set forth in Rules 10(c)(1)(A), (B), and (C), designating in its notice which of the four types of waivers (Trade, Outright, Optional or Unconditional Release) it is requesting. No Club may give notice of its request by telephone. Once registered with the Commissioner or the Commissioner's designee, no waiver request may be canceled except in accordance with Rule 10(d)(3) (Withdrawal of Request). See Rule 10(e) for certain restrictions on waiver requests.

**(A)** Spring Training/In-Season Waivers.   During the period beginning with the earliest date that a Major League Club is permitted to invite a Major League player to spring training pursuant to the Basic Agreement with the Major League Baseball Players Association ("Spring Training Voluntary Report Date") and ending with the last day of the championship season for any Major League Club, inclusive, any day, including Saturdays, Sundays and holidays, shall be a permissible day, within the meaning of Rule 10(c)(1), except as provided for in Rule 10(c)(1)(C).

**(B)** Off-Season Waivers.   During the period between the last day of the championship season for any Major League Club and the Spring Training Voluntary Report Date, a permissible day within the meaning of Rule 10(c)(1) shall be any Monday to Friday. Notices received after 2:00 p.m. on Friday shall be considered as received on Monday morning. Waiver requests will not be accepted on Saturdays, Sundays or holidays as published by notice from the Commissioner's Office. Such requests shall be deemed received the morning of the following business day.

**(C)** End-of-Spring Training Waivers.   During the four-day period ending with the day that the first championship season game is played by any Major League Club (unless the first championship season game is played on a Wednesday, in which case a five-day period shall apply), a permissible day within the meaning of Rule 10(c)(1) shall be any Monday to Friday. Notices received after 2:00 p.m. on Friday shall be considered as received on Monday morning. Waiver requests shall not be accepted on Saturdays, Sundays or holidays as published by notice from the Commissioner's Office. Such requests shall be deemed received the morning of the following business day.

Once a Club requests waivers with respect to a player, the Club is permitted to make certain transactions and not permitted to make certain other transactions with respect to such player before the expiration of the waiver claiming period, as set forth in Rule 10(c)(3) (Claiming Period) with respect to irrevocable waivers (see Rule 10(e)(4) (Restrictions on Waiver Requests)), or before the expiration of the waiver withdrawal

69

MLB001745

MLB001663

**MAJOR LEAGUE RULES**
**MLR 10(c)**

period, as set forth in Rule 10(d)(3) (Withdrawal of Request) with respect to revocable waivers (see Rule 10(e)(4) (Restrictions on Waiver Requests)), as follows:

**(D)**   If a Club requests Assignment waivers with respect to a player, such Club is permitted to designate such player for assignment during such period, subject to all other rules and restrictions contained in the Major League Rules. See Rule 2(k) (Designated Players).

**(E)**   If a Club requests Trade assignment waivers or Outright assignment waivers with respect to a player, such Club is permitted, during such time period and subject to all other rules and restrictions contained in the Major League Rules and the Basic Agreement in effect between the Major League Clubs and the Major League Baseball Players Association, to option such player, recall such player from optional assignment, transfer such player's optional assignment from an affiliated Minor League Club to another affiliated Minor League Club or transfer such player's rehabilitation assignment from an affiliated Minor League Club to another affiliated Minor League Club. See Rule 10(c)(4)(D) (Grant of Waivers and Effective Periods) for the duration of waivers that are obtained while a player is on an optional assignment.

**(F)**   If a Club requests Optional assignment waivers with respect to a player, such Club is permitted, during such time period and subject to all other rules and restrictions contained in the Major League Rules and the Basic Agreement in effect between the Major League Clubs and the Major League Baseball Players Association, to transfer such player's rehabilitation assignment from an affiliated Minor League Club to another affiliated Minor League Club.

**(G)**   If a Club requests Assignment waivers with respect to a player, such Club is permitted, during such time period and subject to all other rules and restrictions contained in the Major League Rules and the Basic Agreement in effect between the Major League Clubs and the Major League Baseball Players Association, to reinstate such player from the Disabled List. See Rules 2(g) (Major League Disabled List) and 10(e)(8) (Restrictions on Waiver Requests).

**(H)**   If a Club requests Unconditional Release waivers while a different type of waiver request is pending, the Commissioner or the Commissioner's designee shall cancel the different type of waiver request. The Unconditional Waiver request shall remain.

**(I)**   If a Club requests Assignment waivers with respect to a player, such Club is not permitted during such time period to assign such player outright to a Minor League Club or to another Major League Club.

70

MLB001746

MLB001663

**MAJOR LEAGUE RULES**
**MLR 10(c)**

(J)   If a Club requests waivers with respect to a player on the Disabled List, such Club is not permitted to assign such player on a rehabilitation assignment. See Rules 9(f)(1) (Injury Rehabilitation; Major League) and 10(e)(8) (Restrictions on Waiver Requests).

**Permitted Transactions While a Waiver Request Is Pending***

| Contemplated Transaction | Type of Waiver Request | | |
|---|---|---|---|
| | Trade | Optional | Outright |
| Designate for assignment | Permitted | Permitted | Permitted |
| Option | Permitted | Not permitted | Permitted |
| Recall from optional assignment | Permitted | Not applicable | Permitted |
| Transfer optional assignment | Permitted | Not applicable | Permitted |
| Transfer injury rehabilitation assignment | Permitted | Permitted | Permitted |
| Reinstate from Disabled List | Permitted | Permitted | Permitted |
| Unconditional Release | Permitted (waiver request cancelled) | Permitted (waiver request cancelled) | Permitted (waiver request cancelled) |
| Outright to Minor League Club | Not permitted | Not permitted | Not permitted |
| Outright to Major League Club (i.e., trade) | Not permitted | Not permitted | Not permitted |
| Injury rehabilitation assignment | Not permitted | Not permitted | Not permitted |

* In each instance, a contemplated transaction is permitted only to the extent that it is permitted by all other rules and restrictions contained in the Major League Rules and the Basic Agreement in effect between the Major League Clubs and the Major League Baseball Players Association.

(2)   Notification to Clubs.   The Commissioner or the Commissioner's designee shall notify all other Major League Clubs of the request for waivers, noting which

71

MLB001747

MLB001663

**MAJOR LEAGUE RULES**
**MLR 10(c)**

of the four types of waivers (Trade, Outright, Optional or Unconditional Release) are being requested.

**(3)** Claiming Period.   The period in which a Club may claim a player on whom waivers have been sought is as follows:

**(A)** Spring Training/In-Season Waivers.   Except as provided for in Rule 10(c)(3)(B), the period in which a Club may claim a player on whom waivers have been sought is as follows:

| Waivers Requested by 2:00 p.m. Eastern Time on: | Waiver Claim Must Be Entered by 1:00 p.m. Eastern Time on: |
| --- | --- |
| Monday | Wednesday |
| Tuesday | Thursday |
| Wednesday | Friday |
| Thursday | Saturday |
| Friday | Sunday |
| Saturday | Monday |
| Sunday | Tuesday |

**(B)** Off-Season and End-of-Spring Training Waivers.   When waivers are requested during the periods set forth in Rules 10(c)(1)(B) and 10(c)(1)(C), the period in which a Club may claim a player on whom waivers have been sought is as follows:

| Waivers Requested by 2:00 p.m. Eastern Time on: | Waiver Claim Must Be Entered by 1:00 p.m. Eastern Time on: |
| --- | --- |
| Monday | Wednesday |
| Tuesday | Thursday |
| Wednesday | Friday |
| Thursday | Monday |
| Friday | Tuesday |

The Commissioner's Office may publish a notice of holidays for which the waiver claiming period may be extended, if the last date on which a waiver claim may be entered would otherwise fall on such a holiday.

**(4)** Grant of Waivers and Effective Periods.   In the event no claims are made before the deadline, waivers of the type requested are obtained, and the

72

MLB001748

MLB001663

**MAJOR LEAGUE RULES**
**MLR 10(c)**

commissioner or the Commissioner's designee shall so notify the requesting Club. Such waivers shall be in effect as follows:

**(A)** Trade waivers obtained on and after August 1 shall be in effect until the conclusion of the championship season.

**(B)** Optional waivers obtained on and after

**(i)** February 16 shall be in effect until the 30th day (as determined by the first scheduled championship season game) of the following championship season. Such waivers shall expire at 5:00 p.m. Eastern Time on such 30th day;

**(ii)** the 31st day of the championship season shall be in effect until July 31, inclusive. Such waivers shall expire at 5:00 p.m. Eastern Time on July 31; and

**(iii)** August 1 shall be in effect until October 1. Such waivers shall expire at 5:00 p.m. Eastern Time on October 1. No player may be assigned on an optional assignment during the closed period set forth in Rule 11(e) (Closed Period).

**(C)** Outright assignment waivers obtained on and after

**(i)** November 11 shall be in effect until 1:00 p.m. Eastern Time on the seventh day after the date they were obtained, or until 5:00 p.m. Eastern Time on February 15, whichever comes first;

**(ii)** February 16 shall be in effect until 1:00 p.m. Eastern Time on the seventh day after the date they were obtained, or until 5:00 p.m. Eastern Time on the 30th day (as determined by the first scheduled championship season game) of the following championship season, whichever comes first;

**(iii)** the 31st day of the championship season shall be in effect until July 31, inclusive. Such waivers shall expire at 5:00 p.m. Eastern Time on July 31;

**(iv)** August 1 shall be in effect until midnight, Eastern Time on August 31, inclusive. Such waivers shall expire at midnight Eastern Time on August 31; and

**(v)** September 1 shall be in effect until 1:00 p.m. Eastern Time on the seventh day after the date they were obtained, or until 5:00 p.m. Eastern Time on November 10, whichever comes first.

73

MLB001749

MLB001663

## MAJOR LEAGUE RULES
## MLR 10(c) to 10(d)

**(D)**  Notwithstanding the provisions of Rules 10(c)(4)(A) through 10(c)(4)(C), waivers obtained while a player is on an optional assignment shall be in effect only until 72 hours after the expiration of the waiver claiming period.

The expiration date of Assignment waivers shall be stated in the waiver notice.

The following table summarizes the expiration of different types of assignment waivers that are obtained, organized by the time period in which they were obtained (all times are Eastern Time):

### Duration of Assignment Waivers Obtained

| Time period: | Trade | Optional | Outright |
|---|---|---|---|
| 11/11 through 2/15 | Not applicable | Not applicable* | 1 p.m. on 7th day, or 5 p.m. on 2/15** |
| 2/16 through 30th day of season | Not applicable | 5 p.m., 30th day of season or | 1 p.m. on 7th day, 5 p.m. on 30th day of season** |
| 31st day of season through July 31 | Not applicable | 5 p.m., 7/31 | 5 p.m., 7/31 |
| 8/1 through 8/31 | End of season | 5 p.m., 10/1*** | Midnight, 8/31 |
| 9/1 through end of season | End of season | 5 p.m., 10/1*** | 1 p.m. on 7th day, or 5 p.m. on 11/10** |
| Day following end of season through 11/10 | Not applicable | Not applicable* | 1 p.m. on 7th day, or 5 p.m. on 11/10** |

* See Rule 11(e) (Closed Period), which provides that no player may be transferred on an optional assignment during the off-season.

** Whichever comes first.

*** See Rule 11(a) (Definition), which provides that the recall of a player on an Optional assignment must occur on or before October 1.

Notwithstanding the table above, waivers obtained while a player is on an optional assignment shall be in effect only until 72 hours after the expiration of the waiver claiming period. See Rule 10(c)(4)(D) (Grant of Waivers and Effective Periods).

**(d)  WAIVER CLAIMS AND AWARDING OF CONTRACTS**.

**(1)**  Notice of Claim by Club.   A Club desiring assignment of a player contract on which waivers have been requested shall notify the Commissioner or the Commissioner's designee, in writing or by approved electronic means, of its claim before the claiming deadline published in the waiver bulletin in which the player's name appeared. No Club

74

MLB001750

MLB001663

**MAJOR LEAGUE RULES**
**MLR 10(d)**

may give notice of its claim by telephone. Once a claim is registered with the Commissioner or the Commissioner's designee, it may not be canceled.

**(2)**    Notice to Requesting Club.    At the conclusion of the claiming period, the Commissioner or the Commissioner's designee shall notify the requesting Club of any claims.

**(3)**    Withdrawal of Request.    In the event of one or more claims, unless otherwise prohibited by these Rules, the Commissioner or the Commissioner's designee shall enter a withdrawal automatically, on behalf of the requesting Club, at the conclusion of the withdrawal period, unless the requesting Club has notified the Commissioner or the Commissioner's designee, in writing or by approved electronic means, before the expiration of the withdrawal period that the requesting Club does not wish the request to be withdrawn. (See schedule below.) In the case of a withdrawal, the claim is null and void. If a Club has notified the Commissioner or the Commissioner's designee pursuant to this Rule 10(d)(3) that it does not wish the request to be withdrawn, the Club may not rescind such notice and the contract shall be assigned pursuant to Rule 10(d)(4) for the consideration described in Rule 10(d)(5) (Consideration). No Club may give notice by telephone that it does not wish the request to be withdrawn. Requests for waivers on a player may not be withdrawn more than once on behalf of the same Club during any one waiver period (see Rule 10(c)(4) (Grant of Waivers and Effective Periods)). The period after which the Commissioner or the Commissioner's designee shall, on behalf of the requesting Club (unless notified to the contrary pursuant to the requirements of this Rule 10(d)(3)), withdraw a waiver request is as follows:

> **(A)** Spring Training/In-Season Waivers.    Except as provided for in Rule 10(d)(3)(B), the period after the Commissioner or the Commissioner's designee shall, on behalf of the requesting Club (unless notified to the contrary pursuant to the requirements of this Rule 10(d)(3)), withdraw a waiver request is as follows:

| If Claim Notice Is Given by 1:00 p.m. Eastern Time on: | Withdrawal (If Any) Shall Be Entered by the Commissioner's Designee at 1:30 p.m. Eastern Time on: |
|---|---|
| Monday | Wednesday |
| Tuesday | Thursday |
| Wednesday | Friday |
| Thursday | Saturday |
| Friday | Sunday |
| Saturday | Monday |
| Sunday | Tuesday |

75

MLB001751

MLB001663

**MAJOR LEAGUE RULES**
**MLR 10(d)**

**(B)  Off-Season and End-of-Spring Training Waivers.**   When waivers are requested during the periods set forth in Rules 10(c)(1)(B) and 10(c)(1)(C), the period after the Commissioner or the Commissioner's designee shall, on behalf of the requesting Club (unless notified to the contrary pursuant to the requirements of this Rule 10(d)(3)), withdraw a waiver request is as follows:

| If Claim Notice Is Given by 1:00 p.m. Eastern Time on: | Withdrawal (If Any) Shall Be Entered by the Commissioner's Designee at 1:30 p.m. Eastern Time on: |
|---|---|
| Monday | Wednesday |
| Tuesday | Thursday |
| Wednesday | Friday |
| Thursday | Monday |
| Friday | Tuesday |

The Commissioner's Office may publish a notice of holidays for which the waiver withdrawal period may be extended, if the withdrawal entry date would otherwise fall on such a holiday.

**(4)**   Assignment of Player If No Withdrawal.   If a waiver claim is made, and the request is not withdrawn, the contract shall be assigned in the following manner:

**(A)**  If only one claim is entered, assignment shall be made to that claiming Club.

**(B)**  If the waiver request is for Trade assignment waivers and more than one Club makes a claim, assignment shall be to the claiming Club in the League of the requesting Club with the lowest percentage of games won, or, if all claims are from Clubs in the other League, assignment shall be to the claiming Club in such other League with the lowest percentage of games won. Percentages of games won shall be based on the result of play through the date prior to the expiration of the claiming period.

If two or more claiming Clubs within a League are tied with the lowest percentage of games won, the Commissioner or the Commissioner's designee shall make the award to the tied Club with the lower percentage of games won in the prior championship season, without regard to post-season results. If the tied Clubs had an identical percentage of games won at the close of the preceding championship season, the award shall be made to the tied Club with the lower percentage of games won in the next prior championship season,

76

MLB001752

MLB001663

### MAJOR LEAGUE RULES
### MLR 10(d)

without regard to post-season results, with any remaining ties resolved by
continuing to examine the tied Clubs' respective championship season
winning percentages in each preceding prior year, until the tie is broken.

**(C)** If the waiver request is for Outright assignment waivers, Optional
assignment waivers or Unconditional Release waivers, and more than one
Club makes a claim, assignment shall be to the Club with the lowest winning
percentage among the claiming Clubs, without regard to the League of the
claiming Clubs.

During the first 30 days of a championship season (as determined by
the date of the first game scheduled for either Major League in that season),
percentages of games won at the close of the preceding championship
season, without regard to post-season results, shall be used instead of the current
championship season percentages of games won. At all other times during the
championship season, percentages of games won shall be based on the result of
play through the date prior to the expiration of the claiming period. During the
off-season, the final percentages of games won at the close of the last preceding
championship season shall control, without regard to post-season results.

If two or more claiming Clubs are tied with the lowest percentage of
games won, the Commissioner or the Commissioner's designee shall make the
award

**(i)** to the tied Club that is in the same League as the Club making the
waiver request; or,

**(ii)** if the tied Clubs are in the same League, then to the tied Club
with the lower percentage of games won at the close of the prior
championship season, without regard to post-season results. If the tied Clubs
had an identical percentage of games won at the close of the preceding
championship season, the award shall be made to the tied Club with the
lower percentage of games won in the next prior championship season,
without regard to post-season results, with any remaining ties resolved by
continuing to examine the tied Clubs' respective championship season
winning percentages in each preceding prior year, until the tie is broken.

**(5)** Consideration for Assignment of Player.

**(A)** When Unconditional Release Waivers Are Requested.   The consideration
for a player claimed after Unconditional Release waivers are requested shall
be the consideration set forth in Rule 8(e) (Waiver Claims and Consideration).

77

MLB001753

MLB001663

**MAJOR LEAGUE RULES**
**MLR 10(d) to 10(e)**

**(B)**  Selected or Draft-Excluded Player.   The consideration to be paid for an award on waiver claim, when such claim is not an Unconditional Release waiver claim, of the contract of a player selected at the preceding Rule 5 Selection Meeting or excluded from draft at such meeting in accordance with Rule 6(e) shall be 50 percent of the price paid for selection under Rule 5.

**(C)**  Other Player.   The consideration for the assignment on waiver claim of any player contract other than ones described in Rules 10(d)(5)(A) (When Unconditional Release Waivers Are Requested) and 10(d)(5)(B) (Selected or Draft-Excluded Player) shall be $20,000, if the waiver request was irrevocable, and shall be set by agreement between the assignor and assignee Clubs if the waiver request was revocable, provided, however, that the consideration (if no player contracts are assigned from the claiming Club as all or part of the consideration in the waiver claim transaction) shall be at least $20,000 and, in the absence of any agreement, the waiver price shall be $20,000. Notwithstanding the foregoing, if both Clubs agree that the waiver claim assignment satisfies the portion of a transfer agreement that provides for the assignment of the contract of an unnamed player from an earlier assignment pursuant to Rule 12(e)(2), there shall be no consideration for the waiver claim.

**(e)**  **RESTRICTIONS ON WAIVER REQUESTS.** The following restrictions on waiver requests shall apply:

**(1)**   A Club shall not request any type of waivers on more than seven players on any one day.

**(2)**   No optional assignment waivers may be requested during the period starting on October 1 and ending on February 15. See Rule 11(e) (Closed Period).

**(3)**   When a request for Trade assignment or Optional assignment waivers is withdrawn on any player under the provisions of Rule 10(d) (Waiver Claims and Awarding of Contracts), no Assignment waivers on that player may again be requested by the same Club until 30 days after the withdrawal date of such waiver request.

**(4)**   A waiver request shall state that it is irrevocable and that it may not be withdrawn in response to a claim by another Club if

**(A)**  the request follows a request on the same player that had been previously withdrawn by the same Club in the same waiver period (see Rule 10(c)(4) (Grant of Waivers and Effective Periods)); or

**(B)**  the request is for Outright assignment waivers.

78

MLB001754

MLB001663

**MAJOR LEAGUE RULES**
**MLR 10(e)**

Any request for Unconditional Release waivers is irrevocable.

**(5)**     Assignment waivers may not be requested on the contract of a player selected pursuant to Rule 5 during the period beginning with the player's selection and ending 25 days prior to the opening of the championship season of the year following the player's selection. If waivers are obtained, no assignment may be made pursuant to such waivers until 20 days prior to the opening of the championship season of said year.

**(6)**     Assignment waivers may not be requested on the contract of a player who stands to become a draft-excluded player, as described in Rule 6(e), during the period beginning five days following the last day of the World Series and ending 25 days prior to the opening of the championship season of the year following the year the player became a draft-excluded player. If waivers are obtained, no assignment may be made pursuant to such waivers until 20 days prior to the opening of the championship season of said year.

**(7)**     Assignment waivers may not be requested on a player who appears on the Military, Voluntarily Retired, Bereavement / Family Medical Emergency, Paternity, Restricted, Suspended, Disqualified or Ineligible List until the player has been reinstated to the Active List of the player's Club. See Rule 8(c) for restrictions on Unconditional Release waiver requests.

**(8)**     Assignment waivers may not be requested on a Major League Disabled List player unless the minimum period of inactivity as prescribed in Rule 2 (Player Limits and Reserve Lists) has expired and the requesting Club guarantees that the player has recovered from the player's ailment and is capable of performing at the player's accustomed level. If waivers are obtained on such a player, the requesting Club shall, within 72 hours, assign the player either outright or with right of recall (assuming such assignment is otherwise permissible with respect to such player), or restore the player to its Active List. If a claim is entered and a request is withdrawn, the player shall immediately be placed on the Club's Active List.

**(9)**     Assignment waivers of the same type, as defined in Rule 10(a) (Definitions), shall not be requested on a player during any period in which waivers are already in effect, with the exception that waivers may be requested two permissible days prior to the date on which such existing waivers expire, so that waivers, if secured, will be in effect as early as possible in the subsequent waiver period. A waiver claim made on any waiver request permitted by this Rule 10(e)(9) shall immediately cancel the waivers existing when the subsequent waiver request was made.

79

MLB001755

MLB001663

**MAJOR LEAGUE RULES**
**MLR 10(f) to 11(a)**

**(f)   EFFECT ON WAIVERS OF TRANSFER OF OPTIONAL ASSIGNMENT**. No waivers are required when a Major League Club assigns a player who is on an optional assignment from one Minor League Club to another Minor League Club.

**(g)   PENALTIES**.   The waiver rules are for the benefit of the players as well as the Clubs. No Club, therefore, shall solicit another Club, directly or indirectly, to claim or not to claim a player on whom waivers have been requested or to withdraw a request for waivers that has been made, nor shall a Club otherwise act in concert with any Club or Clubs in the operation of the waiver system. In addition to any remedy that players injured by a violation of this Rule 10(g) may be awarded pursuant to remedies afforded by a collective bargaining agreement between players and Major League Clubs, the Commissioner shall have authority to impose penalties for such conduct.

**(h)   PLAYER LIMIT**.

   **(1)**   In the case of award of a player on waiver claim to another Club already having the limit of players prescribed by Rule 2(b) (Maximum Number of Reserved Players), such Club must immediately upon notice of award give notice of its intention to release or assign the contract of a designated player or players in accordance with Rule 2(k) (Designated Players) or transfer to or place on the 60-day Disabled List, in accordance with Rule 2(g), a disabled player, or a combination thereof. Such designated player or players may not be the same player obtained from the waiver claim award. The Commissioner's Office will prohibit any transaction (or series of transactions) that, in the judgment of the Commissioner's Office, appears (or appear) designed to circumvent the designated player prohibition contained herein.

   **(2)**   In the case of award of a player on waiver claim to another Club already having the limit of players prescribed by Rule 2(c) (Active Lists), such Club must, upon the reporting of the player claimed, give notice of its intention to release or assign the contract of a designated player(s) in accordance with Rule 2(k) (Designated Players). Such designated player may not be the same player obtained from the waiver claim award.

**Rule 11**

**OPTIONAL AGREEMENTS**

**(a)   DEFINITION**.   An assignment of a player contract must in general be an absolute assignment, but in a limited number of cases, as specified in Rule 11(c), the assignor Club may reserve the right to recall, which must be exercised on or before the day following the last day of the Major League championship season. Such an assignment shall be designated as an optional assignment and is permitted between a Major League Club and a Minor

80

MLB001663

MLB001756

**MAJOR LEAGUE RULES**
**MLR 11(a) to 11(b)**

League Club. An optional assignment must be filed with and approved by the Commissioner.

**(b)  LIMITATIONS ON RECALL**.

**(1)**  Ten-Day Rule.   A Major League Club may not recall to the Active Roster a player who is on optional assignment until 10 days of the championship season have elapsed from the date of the optional assignment (see Article XXI(B) of the Basic Agreement regarding counting days on option), unless the Club obtains prior approval from the Commissioner or the Commissioner's designee and one of the following conditions applies:

**(A)**  the optional player's contract is being recalled for the purpose of replacing on a Club's Active List a player placed on a Major League Disabled List, the Major League Bereavement / Family Medical Emergency List, the Major League Paternity Leave List or the Restricted List pursuant to the Major or Minor League Drug Treatment and Prevention Programs subsequent to the date the optional player's contract had been assigned to the optionee Club;

**(B)**  the optionee Club's season, including any playoffs, has concluded prior to the expiration of the 10-day period;

**(C)**  the optional player is being assigned to the Active List of another Major League Club; or

**(D)**  the Major League Club had assigned the player on the optional assignment within 24 hours after having acquired the player in an assignment from another Major League Club, the player had been on optional assignment with the other Major League Club at the time of the assignment and the Major League Club had not placed the player on its Major League Active List during the 24-hour period following the assignment. See MLR 10(b)(3)(B) (When Waivers Are Required for Assignment).

**(2)**  Certain Optionee Clubs.   The recall of an optional player for immediate service during the optionee's championship season shall be prohibited in any case in which the recalling Club owns or is otherwise affiliated with any other Club in the League of which the optionee Club is a member, unless the Commissioner approves the recall.

**(3)**  Waivers.   The recall of an optional player's contract for purposes of requesting waivers under Rule 10 is not required. Waivers may be requested in regard to a player on an optional assignment, see Rule 10(a) (Definitions), without

81

MLB001757

MLB001663

**MAJOR LEAGUE RULES**
**MLR 11(b) to 11(c)**

requiring recall of the player and without making the player ineligible to participate in games for the Minor League Club to which such player is assigned.

**(4)**   Recall Not to Report.   A Major League Club may recall a player not to report for the purpose of assigning such player to another Major League Club. A Major League Club may recall a player not to report after the conclusion of the championship season of the Minor League Club to which the player is on optional assignment but no later than the day following the last day of the Major League championship season. See Rule 11(a) (Definition).

**(5)**   Notice to Player.   A Major League Club recalling an optioned player shall give the player written notice of such recall. The notice shall be on a form approved by the Major League Executive Council. A copy of such notices shall be given to the Commissioner or the Commissioner's designee.

**(c)   LIMITATIONS ON OPTIONAL ASSIGNMENTS**.   An optional assignment of a player contract shall be permitted for not more than three seasons between Major League Clubs and Minor League Clubs; provided that if the player is optioned for less than a total of 20 days in one season, as determined by the date(s) of the optional assignment(s) and recall(s), respectively, the player shall not be charged with an optional transfer in connection with the foregoing limitation.

EXCEPTION:   Contracts of Major League players who, prior to commencement of the current season, have been credited with less than five seasons in the Major and Minor Leagues (excluding service on the Military, Disqualified, Restricted, Voluntarily Retired and Ineligible Lists) shall be eligible for a fourth optional assignment, without waivers, during that season. For purposes of this Rule 11(c), 90 days or more on the Active List during a championship season shall constitute a "season of service." While time spent on any Inactive List shall not be counted toward the 90 days required before a season's service is credited, if a player is placed on the Disabled List after the player has been credited with 30 or more days of service in any particular season, the Disabled List time shall be counted to the player's credit.

No optional agreement shall be permitted between Major League Clubs. No optional assignment shall be permitted for a player unless the player is under contract for service in the season for which the optional agreement is effective.

If, prior to an optional assignment, a player had at least three months active service in a Minor League classification, the player may not be optionally assigned to a lower classification unless the player is paid at the salary rate for the higher classification from which the player entered the Major Leagues.

82

MLB001663

MLB001758

### MAJOR LEAGUE RULES
### MLR 11(d) to 11(i)

**(d)   NUMBER**.   The maximum number of optional agreements that any Major League Club may have in effect at any one time shall be 16. In addition, players who sign following selection under Rule 4 may be assigned optionally by the signing Club during the player's first season without counting against the Club's limit of optional players, but players so assigned shall count immediately against the Active List of the optionee Club.

**(e)   CLOSED PERIOD**.   No player shall be transferred to a Minor League Club on an optional assignment during the period from the close of the regularly scheduled season of the optionee Club, including playoffs, and the first permissible date in Spring training for the next season as determined under the terms of the basic agreement.

Nothing herein nor in the rules of any Minor League shall be construed as prohibiting a Major League Club from assigning a player's contract to a Minor League Club at any time for the purpose of injury rehabilitation as provided in Rule 9(f).

**(f)   SALARY ARREARS**.   A Club assigning the contract of a player optionally shall be responsible to such player for salary due to the player.

**(g)   SALARY ON OPTION OR RECALL**.   Upon optional assignment, a player shall be paid at the rate stated in the player's Major League contract for Minor League service, or at the minimum Minor League service rate set forth in the Basic Agreement, whichever is applicable. Upon the recall of an optional player, the player's contract with the recalling Club, which was the subject of the optional assignment, shall be in full force and effect as to all of its terms and conditions.

**(h)   SALARY BETWEEN SEASON OPENINGS**.   A Club that, after contracting with a player for a season, makes an optional assignment of such contract to a Minor League Club whose championship season commences after that of the assigning Club must pay the player at the rate of the player's assigned contract from the time it would have become effective (but for the assignment) up to the day the player's salary starts with the player's new Club, provided the player promptly reports and gives service to the Club to which the player's contract is assigned. A Club that assigns a player's contract optionally to a Minor League Club whose championship season commences prior to start of the assignor Club's season must pay the player at the rate of salary for service with the assignee from the date the player reports to the assignee Club.

**(i) PLAYER LOANS**.

**(1)**   Prohibited at Major League Level.   All right or claim of a Major League Club to a player, unless it is under an optional agreement approved by the Commissioner, shall cease upon outright assignment to another organization. No arrangement between Clubs for the loan or return of a player shall be binding between the parties

83

MLB001759

MLB001663

**MAJOR LEAGUE RULES**
**MLR 11(i) to 11(j)**

to it or recognized by other Clubs. This Rule 11(i) does not authorize the selection of such players, or other players, from an owned or affiliated Club under Rule 5.

**(2)** Permitted at Minor League Level. With the prior approval of the Commissioner, Clubs may arrange for the loan and return, prior to September 30 of the same year, for players under Minor League contracts during the championship season.

**(j) REACQUIRING PLAYER.**

**(1)** If the player's contract has been assigned outright by a Major League Club to a Minor League Club, the player's contract may be reacquired at any time during the year by the assignor Major League Club without restrictions, except:

**(A)** during the closed period set forth in Rule 9(b) (Time Limit); or

**(B)** within 10 days from the date of the outright assignment to the Minor League Club, if the assignment was made during the championship season.

**(2)** The restriction in Rule 11(j)(1)(B) shall not apply, and a Major League Club may reacquire for immediate service the contract of an outrighted player prior to the expiration of the 10-day period from the date the player had physically reported to the assignee Club, if the Major League Club obtains prior approval from the Commissioner or the Commissioner's designee and one of the following conditions applies:

**(A)** the outrighted player's contract is being reacquired for the purpose of replacing on a Club's Active List a player placed on a Major League Disabled List, the Major League Bereavement / Family Medical Emergency List, or the Paternity List subsequent to the date the outrighted player's contract had been assigned to the assignee Club;

**(B)** the assignee Club's season, including any playoffs, has concluded prior to the expiration of the 10-day period; or

**(C)** the outrighted player is being assigned to the Active List of another Major League Club.

**(3)** In the event that a player has Major League options remaining at the time of the player's assignment to a Minor League Club and the contract is reacquired by the assignor Club after 20 or more days of the Major League championship season have elapsed from the date of the assignment, such player shall be credited with a Major League option.

84

MLB001760

MLB001663

**MAJOR LEAGUE RULES**
**MLR 11(j) to 12(c)**

**(4)**   A player will not be credited with a year's optional service until commencement of that year's closed period prohibiting optional assignment of player contracts, regardless of the number of times the player's contract may be optioned during that year.

**(5)**   No player shall be credited with more than one season of optional service in a single season regardless of the number of times the player's contract may be assigned optionally for service in a single season.

**(6)**   No Club shall be charged with more than one optional assignment of a player's contract regardless of the number of times the contract is optionally assigned for service in a single season.

## Rule 12

### TRANSFER AGREEMENTS

**(a)  REQUIREMENTS**.   The Commissioner or the Commissioner's designee shall prescribe the form of assignments and of the optional agreements between Major League Clubs and Minor League Clubs and no such transaction shall be recognized as valid unless within 15 days after execution a counterpart original of the document is filed with and approved by the Commissioner or the Commissioner's designee.

**(b)  PENALTIES**.   Penalties may be imposed in case anything except the actual consideration, terms and conditions are stipulated or in case agreements are made that are not embodied in the document as filed. Penalties shall also be imposed in the event a player plays in a game for the assignor Club after notice of the player's assignment or pending assignment on any basis has been given to the press for announcement. Such penalties shall be imposed by the Commissioner and the amount shall be subject to the Commissioner's judgment.

**(c)  PROMULGATION**.   Assignments and optional agreements shall be promulgated by the Commissioner or the Commissioner's designee.

Assignment agreements shall be executed whenever title to a player's services is transferred from one Club to another under any condition—outright, optionally, by waiver claim, by selection, by recall of an optional player, or by injury rehabilitation assignment. Official notice of such transfer, and in the case of unconditional release, shall in each instance promptly be given by the Club to the player, the President of the Minor League Association in the case of a Minor League player and the Commissioner or the Commissioner's designee in case of a Major League player.

85

MLB001761

MLB001663

**MAJOR LEAGUE RULES**
**MLR 12(d) to 12(f)**

**(d)   PAYMENT.**   All payments by a claiming Club must accompany agreement papers on all transactions in which a player's contract has been assigned on waiver claim. Failure to include such payments may result in a fine.

Payments for all other transactions may not be deferred for more than one year from the date of assignment. Any agreement providing for the deferral of payment beyond one year shall subject the offending parties to such penalties as the Commissioner in the Commissioner's judgment shall deem proper.

**(e) CONSIDERATION MUST BE IN DEFINITE TERMS.**

**(1)   (A)**  Every transfer agreement shall express the consideration for the transfer in definite terms, unless Rule 12(e)(1)(B) applies.

**(B)**  If a transfer agreement includes the assignment of a Major League Uniform Player's Contract that includes unearned performance bonuses, then the assignor and assignee Club may include in such transfer agreement cash consideration that is contingent upon the player earning all or a portion of such performance bonuses. The transfer agreement must state with specificity all performance-bonus contingencies. The assignor and assignee Club are not permitted to alter their respective responsibilities to the player to pay performance bonuses. Such responsibilities to the player are covered by the standard-form Major League Uniform Player's Contract. See MLR 9(c) (Assignee Club's Responsibility for Bonus Provisions in Player's Contract).

**(2)**  A transfer agreement may provide for the assignment of the contract of an unnamed player, provided:

**(A)**  the assignment must be made on or before a specified date, which shall be within six months from the date of the agreement;

**(B)**  the agreement permits a stated cash consideration in lieu of the assignment; and

**(C)**  the player has not been on the Active List of any Major League Club during any part of a championship season between the date of the agreement and the date of the assignment.

**(f)   TRANSFERS—WHEN VOID.**   The death or permanent incapacitation of a player following assignment of the player's contract, or the player's failure to report to the assignee Club, shall not void the assignment, unless the agreement provides otherwise.

In the event of the bona fide retirement of a player following assignment of the

86

MLB001762

MLB001663

**MAJOR LEAGUE RULES**
**MLR 12(f) to 13(a)**

player's contract, the player shall be placed on the Voluntarily Retired List of the assignee Club, unless the agreement provides otherwise.

A player who enters the Armed Forces after assignment of the player's contract and before the date the player normally would report to the assignee Club shall be placed on the Military List of the Assignee Club, unless the agreement provides otherwise.

**(g)   SALARY BETWEEN SEASON OPENINGS**.   A Club that, after commencement of its championship season, assigns a player's contract to a Club whose season commences after that of the assigning Club, must pay the player at the rate of the player's assigned contract up to the day the player's salary with the player's new Club begins, provided the player promptly reports to the latter.

**(h)   TRANSPORTATION**.   A Club assigning the contract of a player in its active service to another Major League Club or to a Minor League Club shall, at the time of notifying the player of the assignment, deliver to the player transportation to the city designated by the assignee Club and the assignee Club shall reimburse the assignor within 10 days for the cost of such transportation.

**Rule 13**

**SUSPENDED PLAYERS**

**(a)   MISCONDUCT OR INSUBORDINATION**.

**(1)**   Suspension by Club.   A Major or Minor League Club may suspend a player that it has under a Major League Uniform Player's Contract or Minor League Uniform Player Contract for insubordination or other misconduct or for violation by the player of any regulation or other provision of the player's contract. At its discretion, the Major or Minor League Club with which the player is under contract may impose a reasonable fine and deduct the amount of the fine from the player's salary or may suspend the player without salary for a reasonable period, or both. Written notice of the fine, or suspension, or both, and of the reason for the fine and/or suspension shall in every case be given to the player. During the period of suspension the player shall be ineligible to play with any other Major or Minor League Club.

**(2)**   Suspension by Minor League or Minor League Association.   A Minor League or Minor League Association may discipline a player assigned to such Minor League if authorized by the Commissioner or the Commissioner's designee to consider discipline as a general matter in such circumstances, including, without limitation, pursuant to any on-field behavior policy promulgated by the

87

MLB001763

**MAJOR LEAGUE RULES**
**MLR 13(a) to 14(b)**

Commissioner or the Commissioner's designee. Such discipline may include a fine and/or suspension. Written notice of the fine, or suspension, or both, and of the reason for the fine and/or suspension shall in every case be given to the player. During the period of suspension the player shall be ineligible to play with any other Minor League Club.

**(b)  PLAYER NOT IN CONDITION**.   A player under a Major League Uniform Player's Contract or Minor League Uniform Player Contract who fails to get into playing condition within 60 days after the commencement of the training season of the player's Club may be suspended without pay until the player is in condition to play.

**(c)  APPEAL**.   A player suspended by a Major or Minor League Club or a Major or Minor League for a term longer than 10 days shall have the right to appeal to the Commissioner or the Commissioner's designee. The Commissioner or the Commissioner's designee may order the player's reinstatement and afford the player adequate redress if the Commissioner or the Commissioner's designee holds that the punishment is excessive or not merited.

**Rule 14**

**RETIRED PLAYERS**

**(a)  APPLICATION**.   A player under a Major League Uniform Player's Contract or a Minor League Uniform Player Contract who desires to retire from the profession shall make written application to the player's Major or Minor League Club, stating fully the player's reasons for retiring. The Major League Club shall forward the application and the Club's recommendation to the Commissioner or the Commissioner's designee. If the Commissioner or the Commissioner's designee deems it proper to do so, the Commissioner or the Commissioner's designee may grant an application for voluntary retirement upon the conditions set forth in this Rule 14 and upon such other terms and conditions as the facts and circumstances may warrant, in the judgment of the Commissioner or the Commissioner's designee. However, no player shall be reinstated within 60 calendar days of the championship season or seasons from the date that the player filed the application for voluntary retirement with the Commissioner or the Commissioner's designee.

**(b)  PLAYING WHILE RETIRED**.   If a voluntarily retired player, during the player's retirement, shall desire to play baseball for hire, otherwise than for the Major or Minor League Club entitled to the player's services, the player shall first obtain written consent of the player's Club. The player then must file an application with the Commissioner or the Commissioner's designee requesting permission to play otherwise than for the Major or Minor League Club to which the player is under contract. The player's application

88

MLB001764

MLB001663

**MAJOR LEAGUE RULES**
**MLR 14(b) to 15(c)**

shall specify the teams with and against which the player desires to play, and their locations, and shall be transmitted with the player's Club's consent to the Commissioner for approval or denial.

**Rule 15**

**RESTRICTED, DISQUALIFIED AND INELIGIBLE LISTS**

**(a)  RESTRICTED LIST**.   If, without permission from a player's Major or Minor League Club, a player fails, within 10 days of the opening of the player's Club's championship season, to report to, or contract with, the player's Club, the player may be reported by the Club to the Commissioner or the Commissioner's designee for placement on the "Restricted List." A player on the Restricted List shall not be eligible to play for any Major or Minor League Club.

Before the start of the championship season but not before January 1, a Major or Minor League Club also may report for placement on the Restricted List any player, whether or not under contract for the current season, who has given the Club written or electronic notification that the player will not report until 30 days or more after the opening of the championship season. Requests to the Commissioner or the Commissioner's designee shall be accompanied by the notification which the Club received from the player.

The Commissioner or the Commissioner's designee may place a Major or Minor League Reserve List player on the Restricted List if the player's Club certifies that unusual circumstances exist.

**(b)  DISQUALIFIED LIST**.   A player who violates a player contract or reservation may be reported to the Commissioner or the Commissioner's designee for placement on the "Disqualified List." A player on the Disqualified List shall not be eligible to play with any Major or Minor League Club. In addition, a player shall be placed on the Disqualified List pursuant to Rule 15(c)(2) (Ineligible List).

**(c)  INELIGIBLE LIST**.

  **(1)**   A player or other person found guilty of misconduct or other acts mentioned in Rule 21, or convicted of a crime involving moral turpitude, may be placed on the "Ineligible List" by the Commissioner or the Commissioner's designee. A player or other person on the Ineligible List shall not be eligible to play or associate with any Major or Minor League Club.

89

MLB001765

MLB001663

**MAJOR LEAGUE RULES**
**MLR 15(c) to 15(e)**

(2)    No Major or Minor League player shall knowingly play with or against a team with which, during the current season, any ineligible player or person has had any connection. Should a player knowingly play with or against any such team, the player shall be placed on the Disqualified List.

**(d)   ACTION BY COMMISSIONER OR THE COMMISSIONER'S DESIGNEE.** In all cases the Commissioner or the Commissioner's designee may determine, at any time, either on his or her own motion or at the request of a Major or Minor League, Major or Minor League Club or player, that the best interests of Baseball require that a player, Club or League official or employee, or other person, be placed on the Ineligible List and may also, in his or her sole discretion and upon such terms and conditions as he or she may deem proper, reinstate any such person from the Ineligible List or transfer the person from the Ineligible List to the Disqualified List.

**(e)   PLAYER STATUS.**   With respect to a player under a Major League Uniform Player's Contract:

(1)    A Club's obligations to tender and renew a contract, as set forth in paragraph 10(a) of the Major League Uniform Player's Contract, shall apply with regard to any player who, at the applicable time, is on the Restricted List, or is on the Disqualified List for failure to render the player's services to the Club. Should a Club fail to so tender or renew a contract, the player shall become a free agent without any restrictions or qualifications, and the player shall be removed from the Restricted or Disqualified List. Notwithstanding the foregoing, a Player who properly has been placed on the Restricted List for a violation of the Joint Drug Program shall be eligible to become a free agent as provided in Article XX of the Basic Agreement, if otherwise qualified as set forth therein, but shall remain on the Restricted List until he completes his suspension.

(2)    With regard to any player who is on the Disqualified List for a reason other than stated in Rule 15(e)(1), or is on the Suspended, Ineligible, Voluntarily Retired or Military List, a Club shall not be obligated to tender or renew a contract until the player is removed from such list and reinstated to active status. If a player is removed from such list during a period beginning on November 22 and extending through the next championship season, the Club shall tender a contract to the player within 10 days following such removal. Thereafter, should the Club and the player agree upon the terms of a new contract within 10 days after the player's receipt of the tendered contract, the Club shall be obligated, within the next five days, to renew the player's prior Major League contract, provided, however, that if the tender is made during the period beginning on November 22 and ending on the next March 1, the renewal period shall be as set forth in paragraph 10(a) of the Major League Uniform Player's Contract. Should

90

MLB001766

MLB001663

**MAJOR LEAGUE RULES**
**MLR 15(e) to 16(a)**

a Club fail to tender or renew a contract as provided in this paragraph, the player shall become a free agent without any restrictions or qualifications.

**(3)**   A player on the Restricted, Disqualified or Ineligible List

**(A)**  shall not be unconditionally released, and

**(B)**  shall not be entitled to salary while on any such list, nor after reinstatement from any such list, until such date (not exceeding 30 days after reinstatement) as the player is in condition to participate in championship games to the satisfaction of the player's Club, unless the Commissioner or the Commissioner's designee approves otherwise in regard to a player on the Restricted or Disqualified Lists.

**(f)   EFFECT ON PLAYER LIMITS.**   A player on the Voluntarily Retired, Restricted, Disqualified or Ineligible List shall be excluded from all player limits until the player is reinstated.

**(g)   RESERVATIONS.**   A player on the Restricted, Disqualified or Ineligible List may be reserved as such for two consecutive years. At the expiration of that two-year period, the player need not be reported on the player's Major or Minor League Club's annual Reserve List and will automatically be transferred to a General Restricted List, General Disqualified List or General Ineligible List.

**(h)   PROMULGATION.**   Whenever a player is placed on the Restricted, Disqualified or Ineligible List, such fact shall be promulgated by the Commissioner or the Commissioner's designee to all Major League Clubs in the form of a transaction bulletin.

**(i)   ASSIGNMENT.**   The contract of a player on the Restricted or Disqualified List may be assigned, but the assignee Club shall assume all responsibility for the player's reporting. The contract of a player on the Ineligible List may not be assigned except with the permission of the Commissioner or the Commissioner's designee.

**Rule 16**

**REINSTATEMENT OF PLAYERS**

**(a)   APPLICATION.**   Any player on the Voluntarily Retired, Restricted, Disqualified or Ineligible List may apply for reinstatement, or to have the player's status changed, upon the conditions stated in this Rule 16. Any Major or Minor League Club having a player on the Restricted List may apply for the player's reinstatement. Such application

91

MLB001767

MLB001663

## MAJOR LEAGUE RULES
### MLR 16(a) to 16(d)

shall be filed with the Commissioner or the Commissioner's designee. An application for reinstatement may be granted upon such terms and conditions as the facts may warrant in the judgment of the Commissioner or the Commissioner's designee.

If a player files an application for reinstatement from the Voluntarily Retired, Disqualified or Ineligible Lists after February 1 of any year, the player's Major or Minor League Club shall be entitled to 30 days' written notice prior to the player's reinstatement. No application for reinstatement shall be received from a Voluntarily Retired player within 60 playing days of the player's retirement. No Major League player on the Voluntarily Retired or Ineligible Lists shall be reinstated during the period from August 1 to and including October 31. No Major League player on the Disqualified List shall be reinstated during the period from August 1 to and including October 31, unless the Commissioner or the Commissioner's designee has approved the reinstatement. No Major League player on the Restricted List shall be reinstated during the period from August 1 to and including October 31, unless the Restricted List placement had followed a Bereavement / Family Medical Emergency List placement pursuant to Rule 2(n) (Major League Bereavement / Family Medical Emergency List), had followed a Major League Paternity List Placement pursuant to Rule 2(o) or had been made pursuant to the Major or Minor League Drug Treatment and Prevention Programs, or the Commissioner or the Commissioner's designee has approved the reinstatement. No Minor League player on the Voluntarily Retired, Restricted, Disqualified or Ineligible Lists shall be reinstated during the period from August 1 until the conclusion of the Minor League championship season and playoffs, unless the Restricted List placement had been made pursuant to the Major or Minor League Drug Treatment and Prevention Programs.

**(b)  PLAYER ON RESTRICTED LIST**.   A Restricted List player shall be reinstated immediately upon receipt of application for reinstatement, in writing or by approved electronic means, from the player's Major or Minor League Club.

**(c)  PLAYER ON VOLUNTARILY RETIRED, DISQUALIFIED OR INELIGIBLE LIST**.   Upon proper application, a player on the Voluntarily Retired, Disqualified or Ineligible List may be reinstated by the Commissioner or the Commissioner's designee. However, in the case of an Ineligible List player, no such application may be made until after the lapse of one year from date of placement on the Ineligible List.

**(d)  PLAYER LIMITS**.   A player reinstated from the Voluntarily Retired, Restricted, Disqualified or Ineligible List between the mandatory spring training reporting date and the conclusion of the championship season shall not count against the player limits of the Major or Minor League Club to which the player is reinstated until such date (not exceeding 30 days after reinstatement) as the player is in condition to participate in championship games to the satisfaction of the player's Club. A player reinstated from

92

MLB001768

MLB001663

**MAJOR LEAGUE RULES**
**MLR 16(d) to 17(e)**

such a List between the conclusion of a championship season and the mandatory spring training reporting date shall not count against the player limits of the Major or Minor League Club to which the player is reinstated until the fourteenth calendar day following reinstatement.

**(e)   REINSTATEMENT BEFORE RELEASE.**   A Player on the Military, Restricted, Disqualified or Ineligible Lists must be reinstated before the player can be released unconditionally. A player on the Voluntarily Retired List may be unconditionally released if both approval of the Commissioner and any applicable waivers are first obtained.

**Rule 17**

**PLAYER SALARIES**

**(a)   FIRST-YEAR PLAYER.**   If a Club is assigned a non-drafted player without previous Major or Minor League experience within the first season of the player's service and the Club does not assume the salary stipulated in the player's original contract to the close of the contract's term, the player shall be declared a free agent.

**(b)   PART-SEASON SALARY.**   A player who is in the service of a Club for part of a season only, under a contract fixing a salary at a stipulated rate for the season, shall receive such proportion of the stipulated season's salary as the number of days of the player's actual employment bears to the number of days in the Club's championship season.

**(c)   DELAY IN REPORTING.**   A player who fails to report for spring training as directed by the player's Club in accordance with the player's contract shall be required to get in playing condition to the satisfaction of the team manager, and at his own expense, before the player's salary shall commence.

**(d)   MINIMUM SALARY.**   The minimum rate of payment to each player for each day of service during the Major League season shall be as agreed in the current Basic Agreement between the Major League Clubs and the Players Association.

Minimum rates of payment for a player under a Major League Uniform Player's Contract assigned to a Minor League Club for service shall be as set forth in the current Basic Agreement.

**(e)   RENEWAL OF CONTRACT.**   Upon request by a Major League player to the Commissioner, the Commissioner may, on such conditions as he stipulates, consent to such player accepting a renewal of his contract at a salary rate less than eighty (80)

93

MLB001769

MLB001663

**MAJOR LEAGUE RULES**
**MLR 17(e) to 18(b)**

percent of the rate stipulated for the preceding year, providing the salary rate is mutually agreed upon between the club and the player prior to January 10 and providing the request for consent to accept such salary is made by the player and received by the Commissioner prior to January 10.

### Rule 18

### PLAYING OTHERWISE THAN FOR CLUB

**(a)   WINTER LEAGUES**.   The Major League Clubs may establish one or more Winter Leagues. The Commissioner or the Commissioner's designee may, on behalf of the Major League Clubs, enter into an agreement or agreements with one or more Winter Leagues or associations of Winter Leagues. Such agreements shall set forth the relationship between the Major League Clubs and such Winter Leagues and Winter League clubs and shall set forth the terms and conditions under which Major League players and Minor League players under contract to Major League Clubs may participate in Winter League play.

**(b)   EXHIBITION GAMES**.   No player shall participate in any exhibition game during the period between the close of the Major League championship season and the following training season, except that, with the consent of the player's Club and permission of the Commissioner, a player may participate in exhibition games for a period of not less than 30 days, such period to be designated annually by the Commissioner. Players who participate in barnstorming during this period cannot engage in any Winter League activities.

Player conduct, on and off the field, in connection with such post-season exhibition games shall be subject to the discipline of the Commissioner. The Commissioner shall not approve of more than three players of any one Club on the same team. The Commissioner shall not approve of more than three players from the joint membership of the World Series participants playing in the same game.

No player shall participate in any exhibition game with or against any team which, during the current season or within one year, has had any ineligible player or which is or has been during the current season or within one year, managed and controlled by an ineligible player or by any person who has listed an ineligible player under an assumed name or who otherwise has violated, or attempted to violate, any exhibition game contract; or with or against any team which, during said season or within one year, has played against teams containing such ineligible players, or so managed or controlled. Any player who participates in such a game in violation of this Rule 18 shall be fined not less than $50 nor more than $500, except that in no event

94

MLB001770

MLB001663

**MAJOR LEAGUE RULES**
**MLR 18(b) to 18(h)**

shall such fine be less than the consideration received by such player for participating in such game.

No Club shall participate in any exhibition game with any club that has been expelled or terminated from membership in a Major or Minor League.

**(c)   PENALTY**.   A player who, during the championship season, participates in a game of Baseball with a Club other than the one with which the player has contracted, shall be fined such amount as may be determined by the Commissioner.

**(d)   ALL-STAR GAME**.   No Major League player shall participate in any all-star game, except the official Major League All-Star Game, in the period from the beginning of the training period to the end of the regular season.

No exhibition games shall be played by any Club following the Sunday immediately preceding the All-Star Game until the day following the completion of the All-Star Game.

**(e)   HALL OF FAME GAME**.   On a date designated by the Directors of the National Baseball Hall of Fame and Museum, Inc., subject to the approval of the Commissioner, two Major League Clubs may play in an exhibition game at Cooperstown, New York, under the auspices of the National Baseball Hall of Fame and Museum, Inc. The participating Clubs shall be selected by the Commissioner. Each participating Club's reasonable expenses incurred as a result of the Club's having played the Hall of Fame game shall be reimbursed by the Office of the Commissioner.

**(f)   IN JAPAN**.   Provisions covering a player's participation in Japan (or a Japanese player's participation in the Major or Minor Leagues) are embodied in an agreement available in Clubs' offices. Details may also be obtained from the Commissioner's Office.

**(g)   IN KOREA**.   Provisions covering a player's participation in Korea (or a Korean player's participation in the Major or Minor Leagues) are embodied in an agreement available in Clubs' offices. Details may also be obtained from the Commissioner's Office.

**(h)   IN TAIWAN**.   Provisions covering a player's participation in Taiwan (or a Taiwanese player's participation in the Major or Minor Leagues) are embodied in an agreement available in Clubs' offices. Details may also be obtained from the Commissioner's Office.

95

MLB001771

MLB001663

**MAJOR LEAGUE RULES**
**MLR 19(a) to 19(d)**

**Rule 19**

**UMPIRES AND OFFICIAL SCORERS**

**(a)  STAFFING**.   The Commissioner shall employ a staff of umpires to officiate Major League games. Each Major League Club shall accept the umpire or umpires assigned by the Commissioner or the Commissioner's designee for any game.

**(b)  DUTIES**.   The umpires assigned by the Commissioner or the Commissioner's designee shall be responsible for the conduct of all championship season, Wild Card, Division Series, League Championship Series and World Series games, as well as the All-Star Game, according to the Official Baseball Rules, as described in Rule 25. The umpires shall know thoroughly and obey meticulously the instructions of the Commissioner or the Commissioner's designee as to the mechanics and manner of performing their duties. The umpires shall be thoroughly familiar with and alert to the duties and responsibilities placed on the umpires by the Major League Rules and shall know and follow the interpretations of the Official Baseball Rules of the Commissioner or the Commissioner's designee.

**(c)  CONTROL OF EMPLOYMENT**.   All Major League umpires shall be under the sole control and direction of the Commissioner. They shall receive from the Commissioner or the Commissioner's designee all assignments to duty and all instructions regarding the interpretation of the Official Baseball Rules and performance of their duties. If an umpire does not perform an assignment, the Commissioner or the Commissioner's designee may impose such penalty as the Commissioner or the Commissioner's designee may deem adequate.

**(d)  OFFICIAL SCORERS**.   The Commissioner or the Commissioner's designee shall appoint official scorers for each Major League Club.

The official scorer for each Major League game shall observe the game from a position in the press box. Subject to the Official Baseball Rules, the official scorer shall have sole authority to make all decisions involving judgment, such as whether a batter's advance to first base is the result of a hit or an error. The official scorer shall communicate such decisions to the press box and broadcasting booths and shall advise the ballpark public address announcer of such decisions, if requested. Club officials and players are prohibited from communicating with the official scorer regarding any such decisions.

A player or club may request that the Executive Vice President for Baseball Operations review a judgment call of an official scorer made in a game in which such player or club participated by notifying the Office of the Commissioner in writing within 72 hours of the conclusion or suspension of such game, or within 72 hours of the official

96

MLB001772

MLB001663

**MAJOR LEAGUE RULES**
**MLR 19(d) to 20(a)**

scorer's call, in the event the official scorer changes a call within 24 hours after a game concludes or is suspended, as provided in Official Baseball Rule 10.01(a).

After each Major League game, including drawn and forfeited games, the official scorer shall prepare a report listing the date of the game, where it was played, the names of the competing Clubs and the umpires, the full score of the games, and all records of individual players compiled according to the system specified in the Official Baseball Rules. The official scorer shall forward this report to the Commissioner's Office statistician within 36 hours after the game ends. The official scorer shall forward the report of any suspended game within 36 hours after the game has been completed, or after it becomes an official game because it cannot be completed.

Official scorers shall be paid such fees as the Commissioner or the Commissioner's designee may determine. The Commissioner or the Commissioner's designee shall have authority to discipline or remove any official scorer.

**(e)   UMPIRE CLAIMS**.   The Commissioner shall have jurisdiction to hear and determine finally any claim affecting a Major League umpire's contract or salary upon appeal by the umpire. The Commissioner or the Commissioner's designee shall also have jurisdiction to hear and determine finally any controversy respecting title to an umpire's services.

**(f)   UMPIRES ACTING AS SCOUTS**.   No Major or Minor League umpire shall receive or be offered money or other valuable consideration for services rendered or to be rendered, or supposed to be or to have been rendered, in connection with the acquisition of players by any Club. An umpire or Club violating this Rule 19 shall be fined double the amount received or offered, but in no event shall such fine be less than $500.

**Rule 20**

**CONFLICTING INTERESTS**

**(a)   OWNERSHIP AND FINANCIAL INTERESTS**. No Club, or owner, stockholder, officer, director or employee (including manager or player) of a Club, shall, directly or indirectly, own stock or any other proprietary interest or have any financial interest in any other Club in its League, provided, however, that any owner or stockholder of a Major League Club (who is not also an officer, director or employee of a Club) whose interest does not exceed 5% of such Club and whose interest does not constitute a control interest (as defined in Article V, Section 2(b)(2) of the Major League Constitution) may own a non-control interest not exceeding 5% of any other Club

97

MLB001773

MLB001663

**MAJOR LEAGUE RULES**
**MLR 20(a) to 20(e)**

or Clubs in its League, unless the Commissioner determines that such ownership would not be in the best interests of Baseball.

**(b)  LOANS TO AND RELATIONSHIPS WITH PLAYERS.**   No Club, or owner, stockholder, officer, director or employee (including manager or player) of a Club, shall, directly or indirectly, loan money to or become surety or guarantor for a player of any other Club in any League, nor be an agent or representative of any player in any League. In the event of an assignment of a player's contract to another Club, any debt outstanding between the assignor Club and the player must be settled before there can be a public announcement, before the player can physically report, and before the assignment can be finally approved. All particulars of said debt, whether it is provided for in the contract between the player and the assignor Club or not, must be divulged to the assignee Club before formal negotiations commence. Repayment of that debt must be made by the player to the assignor Club, or the debt may be assumed by the assignee Club in which instance the monies due and owing to the assignor Club now or in the future must be paid on the passing of the contract to the assignee Club. In all instances the assignment papers must reveal all the details of the debt and the arrangements for satisfying same. Loans made against accrued or future deferred compensation must be satisfied in the same manner as any other loan before the contract can pass.   No assignment of a contract will be accepted and approved by the Commissioner's Office if the assignment stipulates that the assignor Club will remain the final guarantor of a contract, or a loan obligation of the player to any third party, after the contract is assigned to another Club.

**(c)  LOANS TO CLUBS AND OTHER INDIVIDUALS.**   No Club, or owner, stockholder, officer, director or employee (including manager or player) of a Club shall, directly or indirectly, loan money to or become surety or guarantor for any Club, officer, employee or umpire of its, his or her League, unless all facts of the transaction shall first have been fully disclosed to all other Clubs in that League, and also to the Commissioner, and the transaction has been approved by them.

**(d)  LEAGUE OFFICIALS.**   No officer, employee or umpire of a League shall, directly or indirectly, own stock or any other proprietary interest or have any financial interest in any Club of his or her League, or loan money to or become surety or guarantor for any such Club.

**(e)  WITHIN CLUB.**   No manager or player on a Club shall, directly or indirectly, own stock or any other proprietary interest or have any financial interest in the Club by which the manager or player is employed except under an agreement approved by the Commissioner, which agreement shall provide for the immediate sale (and the terms thereof) of such stock or other proprietary interest or financial interest in the event of the manager or player's transfer (if a player or playing manager) to or joining another Club. A manager or player having any such interest in the Club by which the manager or player is employed shall be

98

MLB001774

MLB001663

**MAJOR LEAGUE RULES**
**MLR 20(e) to 20(h)**

ineligible to play for or manage any other Club in that League while, in the opinion of the Commissioner, such interest is retained by or for the manager or player, directly or indirectly.

**(f)  WINTER LEAGUES.**   No Major League Club or Minor League Club shall, directly or indirectly, own stock or have any other proprietary or financial interest in a Winter League or Winter League Club, nor may any Major League or Minor League Club loan money to or become a surety or guarantor for any Club, officer, employee or umpire of a Winter League Club or of a Winter League itself.

**(g) APPLICATION TO MAJOR LEAGUE CLUBS.**   As used in this Rule 20, with respect to a Major League or Major League Club, "League" shall mean both the American League and the National League.

**(h) INFORMATION TO COMMISSIONER.**   On or before the first day of the playing season and on such subsequent dates as the information may be requested, each Club shall certify in writing the following information, to the Commissioner:

    **(1)**   A list of the name, address and amount of ownership interest of each owner of stock or other proprietary interest in the filing Club. If the filing Club is a corporation, the list shall state the number of shares of stock held by each stockholder.

    **(2)**   A list of the names and addresses of the officers and directors of the filing Club.

    **(3)**   A list (or an indication on the list of stockholders or owners of the filing Club) stating the kind and amount of each ownership of stock or other proprietary or financial interest in the filing Club by any other Club or by any stockholder, owner, officer, director or employee (including manager or player) of any other Club, to the best knowledge and belief of the filing Club.

    **(4)**   A list stating the kind and amount of each ownership of stock or other proprietary or financial interest in any other Club by the filing Club or by any stockholder, owner, officer, director or employee (including manager or player) of the filing Club, to the best knowledge and belief of the filing Club.

    **(5)**   Each and every agreement and understanding covering the operation of any other Club either in whole or in part by the filing Club, with a certified copy of such agreement.

    **(6)**   Each and every agreement and understanding covering the operation of the filing Club in whole or to any extent by any other Club.

99

MLB001775

MLB001663

MAJOR LEAGUE RULES
MLR 20(h) to 21(c)

**(7)**   Each and every agreement and understanding covering payment by the filing Club to any other Club, of any loss or deficits or share of the profits of any Club.

**(8)**   Each and every agreement and understanding giving any other Club the right to acquire the contract of any player on the filing Club or to be consulted respecting the player's transfer or release, unless such right be covered by a regulation form optional agreement duly filed.

## Rule 21

### MISCONDUCT

**(a)  MISCONDUCT IN PLAYING BASEBALL.**   Any player or person connected with a Club who shall promise or agree to lose, or to attempt to lose, or to fail to give his best efforts towards the winning of any baseball game with which he is or may be in any way concerned, or who shall intentionally lose or attempt to lose, or intentionally fail to give his best efforts towards the winning of any such baseball game, or who shall solicit or attempt to induce any player or person connected with a Club to lose or attempt to lose, or to fail to give his best efforts towards the winning of any baseball game with which such other player or person is or may be in any way concerned, or who, being solicited by any person, shall fail to inform the Commissioner (in the case of a player or person associated with a Major League Club) or the President of the Minor League Association (in the case of a player or person associated with an independent Minor League Club) immediately of such solicitation, and of all facts and circumstances connected therewith, shall be declared permanently ineligible.

**(b)  GIFT FOR DEFEATING COMPETING CLUB.**  Any player or person connected with a Club who shall offer or give any gift or reward to a player or person connected with another Club for services rendered or supposed to be or to have been rendered in defeating or attempting to defeat a competing Club, and any player or person connected with a Club who shall solicit or accept from a player connected with another Club any gift or reward for any such services rendered, or supposed to have been rendered, or who, having been offered any such gift or reward, shall fail to inform the Commissioner or the President of the Minor League Association, as the case may be, immediately of such offer, and of all facts and circumstances connected therewith, shall be declared ineligible for not less than three years.

**(c)  GIFTS TO UMPIRES.**  Any player or person connected with a Club who shall give, or offer to give, any gift or reward to an umpire for services rendered, or supposed to be or to have been rendered, in defeating or attempting to defeat a competing Club, or for the umpire's decision on anything connected with the playing of a baseball game, and any

100

MLB001776

MLB001663

**MAJOR LEAGUE RULES**
**MLR 21(c) to 21(f)**

umpire who shall render, or promise or agree to render, any such decision otherwise than on its merits, or who shall solicit or accept such gift or reward for any such service or decision, or who, having been offered any such gift or reward, or, having been solicited to render any such decision otherwise than on its merits, shall fail to inform the Commissioner or the President of the Minor League Association, as the case may be, immediately of such offer or solicitation, and all facts and circumstances connected therewith, shall be declared permanently ineligible.

**(d)  GAMBLING**.

    **(1)**    Any player, umpire, or Club or League official or employee, who shall bet any sum whatsoever upon any baseball game in connection with which the bettor has no duty to perform, shall be declared ineligible for one year.

    **(2)**    Any player, umpire, or Club or League official or employee, who shall bet any sum whatsoever upon any baseball game in connection with which the bettor has a duty to perform, shall be declared permanently ineligible.

    **(3)**    Any player, umpire, or Club or League official or employee who places bets with illegal book makers, or agents for illegal book makers, shall be subject to such penalty as the Commissioner deems appropriate in light of the facts and circumstances of the conduct. Any player, umpire, or Club or League official or employee who operates or works for an illegal bookmaking business shall be subject to a minimum of a one-year suspension by the Commissioner. For purposes of this provision, an illegal bookmaker is an individual who accepts, places or handles wagers on sporting events from members of the public as part of a gaming operation that is unlawful in the jurisdiction in which the bets are accepted.

**(e)  VIOLENCE OR MISCONDUCT**.   In case of any physical attack or other violence upon an umpire by a player, or by an umpire upon a player, or of other misconduct by an umpire or a player, during or in connection with any Major or Minor League game or any exhibition game of a Major or Minor League Club, the Commissioner shall impose upon the offender or offenders such fine, suspension, ineligibility or other penalty, as the facts may warrant in the judgment of the Commissioner.

**(f)  OTHER MISCONDUCT**.   Nothing herein contained shall be construed as exclusively defining or otherwise limiting acts, transactions, practices or conduct not to be in the best interests of Baseball; and any and all other acts, transactions, practices or conduct not to be in the best interests of Baseball are prohibited and shall be subject to such penalties, including permanent ineligibility, as the facts in the particular case may warrant.

101

MLB001777

MLB001663

**MAJOR LEAGUE RULES**
**MLR 21(g) to 23**

**(g)   NO DISCRIMINATION.**  The provisions of these Major League Rules shall be applied to all individuals covered by the Rules without regard to race, color, religion, national origin, sexual orientation, or any other classification protected under Federal Law.

**(h)   RULE TO BE KEPT POSTED.** A printed copy in English and Spanish of this Rule 21 shall be kept posted in each clubhouse.

## Rule 22

## CLAIM PRESENTATION

**(a)   DISCIPLINE**.   All Clubs and players shall submit themselves to the discipline of the Commissioner as provided in the Major League Constitution and accept the Commissioner's decisions rendered in accordance with the Major League Constitution and these Rules.

**(b)   DISPUTES**.   All disputes between players and Clubs shall be referred to the Commissioner and the Commissioner's decisions shall be accepted by all parties as final. Negotiations between player and Club regarding the player's compensation under the player's contract shall not be referable to the Commissioner.

**(c)   TIME FOR PRESENTATION**.   Any disputed monetary claim, claim for free agency or complaint which any party may desire to submit for consideration, action or decision by the Commissioner must be presented within one year from the date the claim arose.

## Rule 23

## HOLIDAYS

Except as otherwise may be provided in the Basic Agreement or Major League Rules, whenever, by the terms of a player's contract, or of the Major League Constitution or Rules, a particular act or thing is required to be done on or before a designated date, and said date falls on a Sunday, or on a January 1, Memorial Day, July 4, Labor Day, Columbus Day, Veterans Day, Thanksgiving Day, Christmas or any legal holiday, the following business day shall be substituted.

102

MLB001778

MLB001663

**MAJOR LEAGUE RULES**
**MLR 24(a) to 24(c)**

**Rule 24**

**SUSPENDED PERSONNEL**

(a)  **DISCIPLINE**.

(1)   By the Commissioner or a Club.   Both the Commissioner and a Club are entitled to discipline any manager, trainer, coach, scout, or other personnel who is not a player, in case of a violation of contract, the Major League Constitution, the Major League Rules, the Commissioner's regulations, or other rules, policies and guidelines. Such discipline may include fining, dismissing, releasing, suspending or expelling the offender. Any Club dismissing, releasing, suspending or expelling any such person shall at once notify the Commissioner's Office in writing stating the cause of such action.

(2)   By a Minor League or Minor League Association.   A Minor League or Minor League Association may discipline any manager, trainer, coach or other personnel who is not a player and who is assigned to such Minor League if so authorized by the Commissioner or the Commissioner's designee to consider discipline as a general matter in such circumstances, including, without limitation, pursuant to any on-field behavior policy promulgated by the Commissioner or the Commissioner's designee. Such discipline may include a fine and/or suspension. Written notice of the fine, or suspension, or both, and of the reason for the fine and/or suspension shall in every case be given to the person disciplined.

(b)  **APPEALS**.   In the event a Club, Minor League or Minor League Association suspends a person who is not a player for a period in excess of 10 days, or fines such a person in excess of $10,000, such person shall have the right to appeal to the Commissioner. The appealing person must exercise this right to appeal, if at all, within 30 days of the Club action, by filing a written statement with the Commissioner stating that an appeal is being taken and describing the reasons in support of the appeal. The decision of the Commissioner on the appeal shall be final and unappealable.

(c)  **EFFECT**.   Unless prior approval of the Commissioner is granted, no person who has been suspended or otherwise declared ineligible shall perform any function for any Club or any other entity related to the Clubs during the duration of the suspension or period of ineligibility.

103

MLB001779

MLB001663

**MAJOR LEAGUE RULES**
**MLR 25(a) to 25(b)**

**Rule 25**

**UNIFORM PLAYING RULES**

**(a)   OFFICIAL BASEBALL RULES**.   Major League and Minor League Clubs shall play all games according to the provisions of the Official Baseball Rules as Recodified, Amended and Adopted at New York City, December 21, 1949, and thereafter amended by the Playing Rules Committee, except as otherwise provided for in this Rule 25(a).

For any Wild Card, Division Series, League Championship Series or World Series game and for any additional Major League championship season game played to break a tie pursuant to Rule 33(c) (Tie-Breaking Procedures), the following modifications to the Official Baseball Rules shall apply:

**(1)**   Official Baseball Rules 4.01(d) (authority to call, suspend or resume a game), 4.10(c) (called game), 4.10(e) ("No Game"), 4.12(a) (causes for a suspended game) and 4.12(b) (place for resumption of a suspended game) shall not apply.

**(2)**   Any called game, including any game that has not progressed to the point of becoming a regulation game, shall become a suspended game that shall be resumed pursuant to Official Baseball Rule 4.12(c).

**(3)**   A suspended game shall be resumed at the same ballpark at which it had begun.

**(4)**   The Commissioner or the Commissioner's designee shall determine, consistent with MLR 37(b) (Postponed and Suspended Games), when a game shall be postponed, suspended or resumed on account of weather or the condition of the playing field.

**(b)   PLAYING RULES COMMITTEE**.   The Playing Rules Committee shall consist of nine members, with three members representing the American League, three members representing the National League, two at-large members and one member representing the Minor League Association. The Commissioner shall appoint the six Major League and the two at-large representatives and the President of the Minor League Association shall appoint the Minor League representative on the Playing Rules Committee. The Commissioner or the Commissioner's designee and the President of the Minor League Association shall certify the names to the committee members to each other on or before December 15 of each year. Should any Committee member be unable to attend a Committee meeting, or vote upon a mail or electronic proposal, the Commissioner or the President of the Minor League Association, as the case may be, shall appoint a substitute to act in the member's stead.

104

MLB001780

MLB001663

**MAJOR LEAGUE RULES**
**MLR 25(c)**

**(c) DUTIES OF PLAYING RULES COMMITTEE**.

**(1)** Meetings.  The Playing Rules Committee shall meet, upon call by the Commissioner, the Commissioner's designee or the President of a Minor League Association. Any Official Baseball Rule may be revised, repealed, or adopted by a two-thirds vote of the Playing Rules Committee. The Chairman of the Committee shall certify to the Commissioner any action taken at any meeting, stipulating the date on which such revision, adoption or repeal shall become effective.

**(2)** Voting Between Meetings.  If, in the judgment of the Commissioner, a situation arises between meetings of the Playing Rules Committee under which it appears desirable to consider an amendment to an Official Playing Rule, the Commissioner shall direct the Chairman to conduct a vote by mail or electronic means. Upon receipt of such direction, the Chairman shall contact each Committee member (by mail or by electronic communication, as directed by the Commissioner), with a request that the member vote within a specified number of days (not to exceed 14) on adoption of the proposed amendment. The affirmative vote of seven members of the Playing Rules Committee shall be required to adopt an amendment by mail or electronic vote.

**(3)** Experimental Rulings. The Playing Rules Committee, by affirmative vote of not less than seven of its members, may authorize a League or Leagues to adopt a rule that does not conform to the Official Playing Rules. Such authorizations shall be known as "experimental rulings" and shall be subject to the following:

**(A)** An application for an experimental ruling must be certified by

**(1)** the Commissioner, in the case of a Major League, as reflecting the desire of not less than three-fourths of the Clubs making up the League; or

**(2)** the President of the League concerned, in the case of a Minor League, as reflecting the desire of not less than three-fourths of the Club Members of the League;

**(B)** Such an application must be received by the Playing Rules Committee before January 1 of the year such experimental ruling is to be effective;

**(C)** Not more than one experimental ruling shall be in effect in any one League at any one time; and

**(D)** The Playing Rules Committee shall fix or extend the period of time during which the experimental ruling is to be effective; however, an

105

MLB001781

MLB001663

### MAJOR LEAGUE RULES
### MLR 25(c) to 26(c)

experimental ruling that is not adopted as a permanent rule after the expiration of such period must be re-submitted to the Playing Rules Committee by any League or Leagues wishing its continuance.

**(d) OFFICIAL SCORING RULES COMMITTEE**.   The Official Scoring Rules Committee shall be a subcommittee of the Playing Rules Committee. It shall consist of seven members: the Chairman of the Playing Rules Committee, five members to be appointed by the Commissioner, and one member to be appointed by the President of the Minor League Association.

**(e) DUTIES OF OFFICIAL SCORING RULES COMMITTEE**.   The Official Scoring Rules Committee shall determine which batting, fielding and pitching records of players, teams and Leagues shall be included in the official statistical records of the Major Leagues and the Minor Leagues, and prescribe minimum standards of performance for individual batting, fielding and pitching champions of the Major Leagues and the Minor Leagues.

**(f) COPYRIGHT AND PUBLICATION**.   The Official Baseball Rules and all amendments thereto shall be copyrighted by the Commissioner who, each year, shall publish or authorize the publication of an official edition of the Official Baseball Rules.

### Rule 26

### GATE RECEIPTS

**(a) PAID ATTENDANCE**.   "Paid attendance receipts" shall be defined as the total sum of gross receipts from tickets sold to each championship season or post-season game, less any admission tax, sales tax or use tax levied on such game tickets. Only taxes that are directly assessed on individual admissions or gate receipts, and paid by the customer as part of that ticket price, are deductible. Taxes on general sources of Club income are not deductible.

**(b) ASSESSMENT OF PAID ATTENDANCE RECEIPTS**.   Each Club shall pay to the Commissioner's Office a percentage of paid attendance receipts for each of its home games in both the championship season and the post-season. Subject to the approval of the Major League Executive Council, the Commissioner shall annually set the percentage to be assessed and establish a reporting and payment process that provides sufficient cash flow to support all umpire-related obligations of the Commissioner's Office.

**(c) ESTABLISHING ADMISSIONS TOTAL**.   Self-registering turnstiles, of a style approved by the Commissioner or the Commissioner's designee, shall be

106

MLB001782

MLB001663

**MAJOR LEAGUE RULES**
**MLR 26(c) to 26(d)**

installed at every entrance to a Major League ballpark on the day a championship game or post-season game is scheduled. Each entrance and its turnstiles shall be numbered for identification. At each turnstile shall be a ticket box or appropriate electronic device.

Police personnel assigned to duty in the ballpark; employees (including managers and players) of the two contesting Major League Clubs; umpires and persons having business with either Club may enter the ballpark on the day of a game through an office entrance, but all other persons, including those entitled to free admission, shall pass in through a turnstile gate. At each paid admission gate, a portion of each patron's ticket shall be deposited in the ticket box or registered with an appropriate electronic device.

Before the gates are opened, the home Club shall make a record of the number registered on each turnstile. When the home Club stops selling tickets for the current day's game, all gates shall be closed, and the home Club shall make a record of the number then registered on each turnstile. The home Club shall prepare a statement listing each gate opened for the day's game; the "opening number" and "closing number" on each turnstile; the number of admissions thus indicated at each gate, and the total number of paid admissions and free admissions. Copies of this statement shall be furnished to the visiting Club and to the Commissioner's Office.

The visiting Club shall have the right to inspect all turnstiles before the gates are opened and to record the "opening number" on each turnstile register. The visiting Club shall have access to all entrances at all times to verify which gates are open. The visiting Club shall have the right to record the "closing number" on each turnstile register. The visiting Club shall have the right to open the ticket boxes and count the retained portions of admission tickets as a check against the turnstile count or for any other reason.

**(d) FREE ADMISSIONS.** The home Club may offer free admission to any championship game to such individuals or groups as it may choose. Any person presenting a pass shall be admitted free. The home Club may admit such persons absolutely free or may impose a service charge. Neither the visiting Club nor the Commissioner's Office shall be paid for such free admissions. Should the visiting Club believe that the number of free admissions is excessive, it may ask the Commissioner to investigate the circumstances, and the Commissioner shall take such action as the Commissioner deems advisable.

A special entrance gate or gates shall be provided for all persons admitted free.

Should any such person admitted free enter through a paid admission gate, inadvertently or otherwise, the visiting Club and the Commissioner shall be paid their shares on such admission. Under no circumstances shall a paid ticket holder be admitted through a free turnstile.

107

MLB001783

MLB001663

MAJOR LEAGUE RULES
MLR 27 to 29(b)

### Rule 27

**[Reserved]**

### Rule 28

**VOTING**

Notwithstanding the provisions of the Major League Constitution, an amendment to any agreement between the Major League Clubs and a Minor League(s) and/or a Minor League Association(s) that has been adopted by the Minor League(s) and/or Minor League Association(s) need not be approved by the Major League Executive Council before submission to the Major League Clubs and shall be submitted to the Major League Clubs immediately upon such adoption for a vote in accordance with Article V, Section 2 of the Major League Constitution.

### Rule 29

**MAJOR LEAGUE DISASTER PLAN**

**(a)  EVENT QUALIFYING AS A DISASTER.**   If a common accident, epidemic illness or other common event (referred to in this Rule 29 as an "occurrence") causes the death, dismemberment or permanent disability from playing professional baseball of

> **(1)**   at least five players on a Major League Club's Active, Disabled or Suspended Lists during the period beginning with the opening date of such Club's championship season through the conclusion of such Club's playing season (including any post-season series); or

> **(2)**   at least six players on a Major League Club's Major League Reserve List during the period beginning with the conclusion of such Club's playing season (including any post-season series) up to the opening date of such Club's next championship season

then this Rule 29 shall apply and the affected Major League Club shall be a "Disabled Club."

**(b)  PROCEDURES.**   The following policies and procedures shall govern in the event that there is a Disabled Club or Clubs:

108

MLB001784

MLB001663

**MAJOR LEAGUE RULES**
**MLR 29(b)**

**(1)**   Mourning Period.   The Commissioner may, after consultation with the Major League Baseball Players Association ("Players Association"), establish a mourning period following the occurrence that leads to a Club becoming a Disabled Club, during which Major League games may be postponed or cancelled.

**(2)**   Continuation of Disabled Club's Season.   The Commissioner shall, after consultation with the Players Association, determine whether the Disabled Club is able to continue play until the conclusion of the championship season and post-season, taking into account the date of the occurrence, the standing of the Disabled Club at the time of the occurrence, the Disabled Club's wishes and the integrity of the game of Baseball. The Commissioner and the Players Association shall jointly resolve all scheduling issues that may arise from prolonged interruption or cancellation of the Disabled Club's season.

**(3)**   Restocking Draft.   The Commissioner may, after consultation with the Players Association, conduct a selection meeting, at which a Disabled Club may claim the contracts of players from other Major League Clubs. Such selection meeting shall be known as a Restocking Draft or Rule 29 draft. In the event the Commissioner decides to conduct a Restocking Draft, the Commissioner or the Commissioner's designee shall fix the time of such Restocking Draft and the procedures described in Rules 29(b)(3)(A) through 29(b)(3)(C) shall apply.

> **(A)** Players Available.

> > **(i)**   Number.   Each Major League Club that is not a Disabled Club shall, on a date determined by the Commissioner or the Commissioner's designee, submit a list of five players who shall be made available for selection by the Disabled Club at a Restocking Draft. Such lists shall be submitted by each non-Disabled Club to the Commissioner or the Commissioner's designee, who promptly shall make such lists available to the Disabled Club. If the Restocking Draft is in response to an in-season occurrence, as described in Rule 29(a)(1), then each non-Disabled Club shall choose the five players to make available from among such Club's Major League Active List as of the date of the Disabled Club's accident, or as of a date determined by the Commissioner or the Commissioner's designee in the event of an occurrence that is not a common accident. If the Restocking Draft is in response to an off-season occurrence, as described in Rule 29(a)(2), then each non-Disabled Club shall choose the five players to make available from among such Club's Major League Reserve List as of the date of the Disabled Club's accident, or as of a date determined by the

109

MLB001785

MLB001663

### MAJOR LEAGUE RULES
### MLR 29(b)

Commissioner or the Commissioner's designee in the event of an occurrence that is not a common accident.

**(ii)** Positions.  Unless otherwise ordered by the Commissioner or the Commissioner's designee, after consultation with the Players Association, each Club's list of available players for a Restocking Draft shall include one pitcher, one catcher, one outfielder, one infielder and a fifth player of any position. The Commissioner or the Commissioner's designee may, after consultation with the Players Association, modify the playing positions at which the Clubs must make players available for a Restocking Draft, depending upon the playing positions of the players lost by the Disabled Club. Notwithstanding any other provisions of this Rule 29(b)(3)(A)(ii), no Club shall be required to make available in a Restocking Draft any player who is primarily a catcher if such Club had, as of the date of the Disabled Club's accident (or as of the date determined by the Commissioner or the Commissioner's designee in the event of an occurrence that is not a common accident), fewer than three catchers who are otherwise eligible to be made available for selection.

**(iii)** Service.  Subject to paragraph (b)(3)(A)(i) above, each Club that is not a Disabled Club shall include in its list of available players for a Restocking Draft at least as many players who have accrued no less than 60 days of Major League service time as of August 31 of the season preceding such Restocking Draft as the Disabled Club lost.

**(iv)** No-Trade Rights.  Any player with a right to consent to an assignment to another Major League Club, including a player

    **(aa)** with a contractual provision that prohibits an assignment to the Club that has become a Disabled Club;

    **(bb)** with a contractual provision that lists Clubs to which the player may be assigned and the Club that has become a Disabled Club is not on such list; or

    **(cc)**  who has a right to consent to an assignment pursuant to Article XIX(A)(1) of the Basic Agreement (Consent to Assignment),

may not be made available for selection at a Restocking Draft, unless such player has waived such rights in writing and in accordance with the provisions of Article XIX(A)(1) of the Basic Agreement, prior to

110

MLB001663

MLB001786

**MAJOR LEAGUE RULES**
**MLR 29(b)**

the time the lists described in Rule 29(b)(3)(A) are required to be submitted. The Club shall provide a copy of the Player's consent to the Players Association contemporaneously upon the Club's receipt of such consent.

(v)  Availability.  Each Club warrants that each player it makes available for selection at a Restocking Draft is physically fit, not on a Suspended, Restricted, Disqualified, or Ineligible List and capable of playing immediately upon selection by a Disabled Club.

**(B)**  Conduct of Restocking Draft. The Commissioner or the Commissioner's designee shall fix the time and place of each Restocking Draft. A Restocking Draft may be conducted by telephone conference or other electronic means, as the Commissioner or the Commissioner's designee may announce in advance of such Restocking Draft. The Players Association shall have an opportunity to have a representative at any Restocking Draft. A Disabled Club shall be entitled to select as many players as it lost in the occurrence, provided that the Disabled Club may select no more than one player from each of the other Major League Clubs.

**(C)**  Effect of Selection.  Each player selected in response to an in-season occurrence, as described in Rule 29(a)(1), shall be assigned to the Major League Active List of the selecting Disabled Club. Each player selected in response to an off-season occurrence, as described in Rule 29(a)(2), shall be assigned to the Major League Reserve List of the selecting Disabled Club. Within 48 hours of selection of a player in a Restocking Draft, the Disabled Club may, in its discretion, conduct a physical examination of such player. If the player is deemed by the Disabled Club's physician not fit to play, the Disabled Club may return the player to the Club from which the player was selected and select, from among the lists submitted pursuant to Rule 29(b)(3)(A), a different player from that Club or from any other Major League Club from which the Disabled Club has yet to make a selection. If a player is returned pursuant to this Rule 29(b)(3)(C), the Club from which the player had been selected may be fined and otherwise sanctioned by the Commissioner or the Commissioner's designee for having made available for selection a physically unfit player.

**(D)**  Confidentiality.  The Commissioner or the Commissioner's designee shall make available only to the Disabled Club and the Players Association the names of the players whose contracts are available for selection in the Restocking Draft. The names of the players whose contracts are not thereafter selected shall be considered privileged material, and shall not be divulged by

111

MLB001787

MLB001663

**MAJOR LEAGUE RULES**
**MLR 29(b) to 30(c)**

the Commissioner (or his designee), the Disabled Club or the Players Association at any time whatsoever.

**(4)** The Commissioner and the Players Association may agree that it is appropriate to provide other relief to a Disabled Club, including, for example, the awarding of additional selections in subsequent Rule 4 or Rule 5 drafts, priority on waiver claims for a set period of time and the modification of the deadline for naming a post-season roster.

**(c)** **INSURANCE**.   The Office of the Commissioner shall exercise best efforts to maintain appropriate insurance to assist in the financial rehabilitation of a Disabled Club and other Major League Clubs affected by the occurrence giving rise to the Disabled Club. The Commissioner shall have sole discretion over the allocation of any resulting insurance proceeds and may elect to distribute such proceeds, in whole or in part, to a Disabled Club, to Clubs that lose a player in a Restocking Draft and to other Clubs whose operations may be affected by an interruption in a Disabled Club's season.

**Rule 30**

**FINANCES**

**(a)** **CHECKS**.   All money received by the Commissioner in the Commissioner's official capacity shall be deposited in such accounts as the Major League Executive Council may direct and the terms of every such deposit shall be such that no check can be honored unless it shall bear the signatures of two persons from a list of employees of the Commissioner's Office approved by the Major League Executive Council, which list shall include the Commissioner; provided, however, that the Major League Executive Council may authorize a deposit account for petty disbursements subject to the check of one person from such list.

**(b)** **AUDIT**.   The audited financial statements of the Office of the Commissioner required by Article II, Section 7 of the Major League Constitution shall be prepared by a certified public accountant to be designated by the Commissioner, and a copy of such statements shall be sent by the Commissioner to each Club president.

**(c)** **BUDGET**.   The proposed budget for the Office of the Commissioner required by Article II, Section 7 of the Major League Constitution shall include all items of administrative expense for the ensuing year, the salaries of the Commissioner and all general and special employees, office rent, equipment, accessories and supplies, traveling expenses, printing, postage, and World Series expenses, and reasonable contingencies. Checks duly countersigned may be drawn for such of these purposes and for additional

112

MLB001663

MLB001788

**MAJOR LEAGUE RULES**
**MLR 30(c) to 32(b)**

amounts as shall be approved by the Major League Executive Council or as the Commissioner shall be required, by law or pre-existing contract, to pay.

**(d) FUNDS**. All funds in the hands of the Commissioner in the Commissioner's official capacity shall be deemed the joint funds of the Major League Clubs, and the Major League Clubs shall, by such means as they shall from time to time decide upon, supply the Commissioner with money needed to meet authorized expenditures to the extent that the funds otherwise available may at any time prove inadequate.

**Rule 31**

**BULLETINS**

The Commissioner or the Commissioner's designee shall transmit bulletins of information covering all releases of players, assignment of players' contracts and all other matters of Major League interest or concern. These bulletins shall be transmitted periodically to all Major League Clubs.

**Rule 32**

**SCHEDULES**

**(a) MAJOR LEAGUES**.

**(1)** Preparation of Schedules. In each year the Commissioner shall prepare or cause to be prepared a draft schedule of championship season games showing proposed game start times. The draft schedule for the next championship season of both Leagues shall be prepared by no later than June 30 of each year so that copies can be provided to the Major League Baseball Players Association by no later than July 1. The Commissioner shall then issue the official schedule for the following season by no later than November 15 and no change shall thereafter be made in the official schedule without the consent of the Commissioner.

**(2)** All-Star Break. No Major League games shall be scheduled during the All-Star break.

**(b) MINOR LEAGUES**. According to its classification, the schedule of each Minor League and Minor League Club shall comply with the standards set forth in this Rule 32(b), unless exceptions are granted to a League by majority vote of the Farm Directors of Major League Clubs with PDCs in the League or that own a Club in the Minor League.

113

MLB001789

MLB001663

**MAJOR LEAGUE RULES**
**MLR 32(b)**

Each Minor League shall, for the purpose of soliciting Farm Director input, submit a final draft of its schedule to the Farm Directors of Major League Clubs with PDCs in the Minor League, or that own a Club in the Minor League, a minimum of 10 business days prior to the adoption of the schedule for such Minor League. Such draft schedule shall indicate, for each game, whether such game is to be a day game (with a start time earlier than 4 p.m.) or a night game. After a schedule is adopted, a day game may be changed to a night game, or a night game may be changed to a day game, so long as the Farm Directors of the Major League Clubs with PDCs with the Minor League Clubs scheduled to play in the changed game or that own a Minor League Club scheduled to play in the changed game are given notice at least three days in advance of the change and so long as the changed schedule complies with the requirements of this Rule 32(b) and Rule 57 (Travel Standards for Minor League Clubs). In the event that the proposed schedule change would cause the schedule to not comply with either this Rule 32(b) or with Rule 57 (Travel Standards for Minor League Clubs), then the schedule change may not be made without the consent of both Farm Directors of the two Major League Clubs involved in the game whose time is proposed to be changed. A Minor League adopting a schedule in violation of this Rule 32(b) shall be subject to a fine imposed at the discretion of the President of the League's Minor League Association and shall revise such schedule as soon as practicable to comply with the requirements of this Rule 32(b).

(1)   Number of Games.   The maximum number of scheduled games per Club during the championship season shall be 140 in Class AAA, AA and A Leagues, 76 in Short-Season A Leagues, 68 in Rookie-Advanced Leagues and 60 in Rookie Leagues.

(2)   Doubleheaders.   No Minor League Club's schedule may contain more than three doubleheaders on its final schedule if playing a "straight-through" season, or two per half if playing a split season, and no such doubleheaders may be scheduled during the final 20 days of a season or half. Additional doubleheaders may be scheduled only with the prior permission of all Farm Directors of Major League Clubs whose players will be affected. No split doubleheader may be scheduled in a Minor League. Minor League Clubs shall not play more than two consecutive doubleheaders or three doubleheaders in a seven-day period. One split doubleheader may be scheduled as a result of a postponement without Farm Director approval, but no Minor League Club may play a second split doubleheader in a season without the approval of the Farm Director of the Major League Club that has a PDC with the Minor League Club, or that owns the Minor League Club.

(3)   Day Games After Travel.   No Minor League Club's schedule may contain a day game (with a start time earlier than 4 p.m. local time) following a night game after which the Minor League Club has had to travel by bus more than 150 road miles.

114

MLB001790

MLB001663

**MAJOR LEAGUE RULES**
**MLR 32(b)**

**(4)**    Opening and Closing Dates.   The opening and closing dates for each Minor League's season shall comply with the following standards:

**(A)**   Class AAA, Class AA, Class A-Advanced, and Full-Season Class A: The opening date for all such Clubs shall be no earlier than the first Thursday after a Major League Club is scheduled to play its first championship season game in its regular home ballpark. The closing date for all such Clubs shall be on or before Labor Day.

**(B)**   Short-Season A, Rookie-Advanced, and Rookie:   The opening date for all such Clubs shall be no earlier than 14 days after the first day of the Rule 4 draft.

**(5)**    Playoff Games.    Playoffs in each Minor League shall be conducted as follows:

**(A)**   Class AAA, Class AA, and Class A-Advanced:   Each League may choose its own format. All playoff series must be completed within 12 days after the end of the season.

**(B)**   Full-Season A:   Each League may choose its own format. If the playoffs are to consist of one tier or series only, it shall be a best-of-five game series to be completed within seven days after the end of the season. If the playoffs are to consist of two tiers, the first round shall consist of best-of-three game series, and the latter round shall be a best-of-five game series, all of which must be completed within 12 days after the end of the season.

**(C)**   Short-Season A:   The playoff series, if any, shall be a best-of-five game series, to be completed within seven days after the end of the season.

**(D)**   Rookie-Advanced: The playoff series, if any, shall be a best-of-three game series, to be completed no later than five days after the end of the season.

**(E)**   Rookie:   Each League may choose its own format, subject to approval by the Office of the Commissioner.

**(6)**    All-Star Games.   Each Minor League shall be permitted to schedule and play no more than one All-Star Game per season, whether interleague or intraleague.

**(7)**    Consecutive Games.   No Minor League Club shall be scheduled, or rescheduled if practicable, to play more than 30 consecutive dates without an open day.

115

MLB001791

MLB001663

MAJOR LEAGUE RULES
MLR 33(a) to 33(c)

**Rule 33**

**QUALIFICATION FOR POST-SEASON SERIES**

**(a)  DIVISION CHAMPIONS.**   The Commissioner's Office shall maintain a tabulated record of championship season games won and lost by each Major League Club as reported by the official scorers. The Commissioner shall award the championship of each Division to the Club in that Division that won the highest percentage of its games during the championship season. If two or more Clubs in a Division are tied in winning percentage at the close of the championship season as scheduled, the championship season may be extended by the playing of a tie-breaking game or games, as provided in Rule 33(c). Tie games shall not count as games played, won or lost for purposes of calculating the percentage of games won and lost during the championship season.

**(b)  WILD CARDS.**   The Commissioner shall award two Wild Cards in each Major League to the Clubs that won the highest percentage of their games during the championship season among the Clubs that were not Division champions. Such Clubs shall be referred to as the Wild Card Clubs in their League. If two or more Clubs are tied for a Wild Card designation at the close of the championship season as scheduled, the championship season may be extended by the playing of a tie-breaking game or games, as provided in Rule 33(c). Tie games shall not count as games played, won or lost for purposes of calculating the percentage of games won and lost during the championship season.

**(c)  TIE-BREAKING PROCEDURES.**   Any additional game played to break a tie pursuant to this Rule 33(c) shall be a championship season game. Statistics from any such game shall count in the official League championship season statistics. Notwithstanding the foregoing, tie-breaking games shall not count as games played, won or lost for purposes of calculating the percentage of games won and lost during the championship season under Rules 33, 34 and 37. Paid attendance for any such game shall be included in the official paid attendance records for the championship season. See Rule 25(a) for modifications to the Official Baseball Rules that apply to any such game. The Commissioner may determine the procedures to break any ties that are not otherwise provided for in this Rule 33(c).

   **(1)**   Division Championship Ties In Which The Non-Division Champion(s) Will Not Qualify For A Wild Card Designation.   If Two or more Clubs in a League are tied for first place in a Division with identical winning percentages at the conclusion of the championship season as originally scheduled (including all rescheduled games), and the Club that is not awarded the Division Championship will not be a Wild Card Club, the Commissioner shall award the Division championship as follows:

116

MLB001792

MLB001663

**MAJOR LEAGUE RULES**
**MLR 33(c)**

**(A)**  Two-Club Tie.   If two Clubs are tied for first place in a Division, the championship season shall be extended to include one additional game between these two Clubs. Such game shall be played the day after the championship season. The site of the game may be determined by mutual agreement among the Clubs and the Commissioner to keep travel at a minimum. In the absence of such an agreement, the Commissioner shall determine the site of the additional game between the tied Clubs as follows:

> **(i)**  The home Club shall be the Club with the higher winning percentage in head-to-head competition between the two tied Clubs during the championship season; or
>
> **(ii)**  if the Clubs remain tied, then the home Club shall be the Club with the higher winning percentage in intradivision games during the championship season; or
>
> **(iii)**  if the Clubs remain tied, then the home Club shall be the Club with the higher winning percentage in the last half of intraleague games during the championship season; or
>
> **(iv)**  if the Clubs remain tied, then the home Club shall be the Club with the higher winning percentage in the last half plus one of intraleague games during the championship season, provided that such additional game was not a game between the tied Clubs.

If the Clubs remain tied, then the procedure described in Rule 33(c)(1)(A)(iv) of adding the immediately preceding intraleague game played by each Club, provided that such added game was not between the tied Clubs, and then considering the winning percentages of the tied Clubs over the period from that game through the end of the championship season, shall be continued until one Club emerges with a better winning percentage in that span of games, and the Club with such better winning percentage shall be the home Club.

The Commissioner shall award the Division championship to the winner of the additional game.

**(B)**  Three-Club Tie.   If three Clubs are tied for first place in a Division, and the Clubs that are not awarded the Division Championship will not be Wild Card Clubs, the Commissioner shall schedule additional championship season games in order to determine the Division championship, as follows:

117

MLB001793

MLB001663

**MAJOR LEAGUE RULES**
**MLR 33(c)**

**(i)**   If the three tied Clubs have identical records against one another in the championship season, their designations as Club "A," "B," or "C," for purposes of Rule 33(c)(1)(B)(iii), shall be determined as follows:

**(aa)**   The Club with the higher winning percentage among the three tied Clubs in intradivision games during the championship season shall choose a designation as Club "A," "B," or "C." The Club among the three tied Clubs with the next highest winning percentage in intradivision games during the championship season shall choose one of the remaining two designations. The remaining Club among the three tied Clubs shall be assigned the remaining designation. If any two of the tied Clubs have identical winning percentages in intradivision games during the championship season, then the Club that would be the home Club in a two-Club tie, according to the procedures of Rule 33(c)(1)(A), shall have priority over the other Club in choosing a designation pursuant to this Rule 33(c)(1)(B)(i)(aa).

**(bb)**   If the three tied Clubs have identical winning percentages in intradivision games during the championship season, then the Club that first chooses a designation as Club "A," "B," or "C" shall be the Club among the three tied Clubs with the higher winning percentage in the last half of intraleague games during the championship season. The Club among the three tied Clubs with the next highest winning percentage in the last half of intraleague games during the championship season shall choose one of the remaining two designations. The remaining Club among the three tied Clubs shall be assigned the remaining designation. If any two of the tied Clubs have identical winning percentages in the last half of intraleague games during the championship season, then the Club that would be the home Club in a two-Club tie, according to the procedures of Rule 33(c)(1)(A), shall have priority over the other Club in choosing a designation pursuant to this Rule 33(c)(1)(B)(i)(bb).

**(cc)**   If the three tied Clubs have identical winning percentages in the last half of intraleague games during the championship season, then the Club that first chooses a designation as Club "A," "B," or "C" shall be the Club with the higher winning percentage in the last half plus one of intraleague games during the championship season, provided that such additional game was not a game between any of the tied Clubs. The Club among the three tied Clubs with the next highest winning percentage in the last half plus one of intraleague

118

MLB001663

**MAJOR LEAGUE RULES**
**MLR 33(c)**

games during the championship season, provided that such additional game was not a game between any of the tied Clubs, shall choose one of the remaining two designations. The remaining Club among the three tied Clubs shall be assigned the remaining designation. If any two of the tied Clubs have identical winning percentages in the last half plus one of intraleague games during the championship season, provided that such additional game was not a game between any of the tied Clubs, then the Club that would be the home Club in a two-Club tie, according to the procedures of Rule 33(c)(1)(A), shall have priority over the other Club in choosing a designation pursuant to this Rule 33(c)(1)(B)(i)(cc).

If the Clubs remain tied, then the procedure described in Rule 33(c)(1)(B)(i)(cc) of adding the immediately preceding game played by each Club, provided that such added game was not between any of the tied Clubs, and then considering the winning percentages of the tied Clubs over the period from that game through the end of the championship season, shall be continued until one Club emerges with a better winning percentage in that span of games or one Club emerges with a worse winning percentage in that span of games, and the Club that first chooses a designation as Club "A," "B," or "C" shall be the Club with such better winning percentage and/or the Club that emerges with such worse winning percentage shall have the last choice, with any two-Club ties at any stage of the process resolved according to the procedures of Rule 33(c)(1)(A).

**(ii)** If the tied Clubs do not have identical records against one another in the championship season, their designations as Club "A," "B," or "C" shall be determined as follows:

**(aa)** If Club 1 has a better record against each of Clubs 2 and 3, and Club 2 has a better record against Club 3, then Club 1 shall choose a designation as Club "A," "B," or "C," and Club 2 shall choose a designation from the remaining two designations. Club 3 shall be assigned the remaining designation.

**(bb)** If Club 1 has a better record against each of Clubs 2 and 3, and Club 2 and Club 3 have the same record against each other, then Club 1 shall choose a designation as Club "A," "B," or "C," and the Club among Clubs 2 and 3 that would be the home Club in a two-Club tie, according to the procedures of Rule 33(c)(1)(A) shall

119

MLB001795

MLB001663

MAJOR LEAGUE RULES
MLR 33(c)

choose one of the remaining two designations. The remaining Club shall be assigned the remaining designation.

**(cc)** If Club 1 and Club 2 have the same record against each other but each has a better record against Club 3, then the Club among Clubs 1 and 2 that would be the home Club in a two-Club tie, according to the procedures of Rule 33(c)(1)(A), shall chose a designation as Club "A," "B," or "C." The Club that would not be the home Club in a two-Club tie between Clubs 1 and 2, according to the procedures of Rule 33(c)(1)(A), shall choose one of the remaining two designations. Club 3 shall be assigned the remaining designation.

**(dd)** If

    **(I)** Club 1 has a better record against Club 2, Club 2 has a better record against Club 3, and Club 3 has a better record against Club 1,

    **(II)** Club 1 has a better record against Club 2, Club 2 and Club 3 have the same record against each other and Club 3 has a better record against Club 1, or

    **(III)** Club 1 and Club 2 have the same record against each other, Club 1 has a better record against Club 3 and Club 2 and Club 3 have the same record against each other,

then the three Clubs shall be ranked on the basis of overall winning percentage within that three-Club group, and the Club with the highest winning percentage from among that three-Club group shall have first choice among designations as Club "A," "B," or "C," the Club with the next highest winning percentage from among that three-Club group shall have the next choice between the two remaining designations, and the Club with the lowest winning percentage from among that three-Club group shall be assigned the remaining designation. If two of the Clubs within such three-Club group have the same winning percentage among the group, then the Club that would be the home Club in a two-Club tie, according to the procedures of Rule 33(c)(1)(A), shall have priority over the other Club in choosing a designation pursuant to this Rule 33(c)(1)(B)(ii)(dd). If all of the Clubs within such three-Club group have the same winning percentage among the group, then the

120

MLB001796

MLB001663

## MAJOR LEAGUE RULES
### MLR 33(c)

procedures of Rule 33(c)(1)(B)(i) shall determine the priority of the Clubs so tied to select among the designations.

**(iii)** Club "A" shall play Club "B" at the ballpark of Club "A" the day after the conclusion of the championship season. The following day, the winner of that first game shall be the home Club in a second game, against Club "C." The site of each game instead may be determined by mutual agreement among the Clubs involved and the Commissioner to keep travel at a minimum. The Commissioner shall award the Division championship to the winner of the game between Club "C" and the Club that won the game between Club "A" and Club "B."

**(C)** Four-Club Tie.   If four Clubs are tied for first place in a Division, the Commissioner shall schedule additional championship season games in order to determine the Division championship, as follows:

**(i)**   The Clubs shall choose a designation as Club "A," "B," "C," and "D" for purposes of Rule 33(c)(1)(C)(ii), as follows:

**(aa)** The Club with the highest winning percentage in games among the tied Clubs in the championship season shall have first choice among designations. The Club with the second-highest winning percentage in games among the tied Clubs in the championship season shall choose one of the remaining three designations. The Club with the third-highest winning percentage in games among the tied Clubs in the championship season shall choose one of the remaining two designations. The remaining Club shall be assigned the remaining designation. In the event there is a three-Club tie in games among the tied Clubs in the championship season, the procedures of Rule 33(c)(1)(B) shall determine the priority of the selections among those tied Clubs. In the event there is a two-Club tie in games among the tied Clubs in the championship season, the Club that would be the home Club in a two-Club tie, according to the procedures of Rule 33(c)(1)(A), shall have priority over the other Club in choosing a designation pursuant to this Rule 33(c)(1)(C)(i)(aa).

**(bb)** If the four tied Clubs have identical records in games among them during the championship season, then the Club among the four tied Clubs with the higher winning percentage in intradivision games during the championship season shall have first choice among designations. The Club among the four tied Clubs with the second-

121

MLB001797

MLB001663

MAJOR LEAGUE RULES
MLR 33(c)

highest winning percentage in intradivision games during the championship season shall choose one of the remaining three designations. The Club among the four tied Clubs with the third-highest winning percentage in intradivision games during the championship season shall choose one of the remaining two designations. The remaining Club among the four tied Clubs shall be assigned the remaining designation. In the event there is a three-Club tie in intradivision games during the championship season, the procedures of Rule 33(c)(1)(B) shall determine the priority of the selections among those tied Clubs. In the event there is a two-Club tie in intradivision games during the championship season, then the Club that would be the home Club in a two-Club tie, according to the procedures of Rule 33(c)(1)(A), shall have priority over the other Club in choosing a designation pursuant to this Rule 33(c)(1)(C)(i)(bb).

**(cc)**  If the four tied Clubs have identical winning percentages in intradivision games during the championship season, then the Club that first chooses a designation as Club "A," "B," "C" or "D" shall be the Club among the four tied Clubs with the higher winning percentage in the last half of intraleague games during the championship season. The Club among the four tied Clubs with the next highest winning percentage in the last half of intraleague games during the championship season shall choose one of the remaining three designations. The Club among the four tied Clubs with the next highest winning percentage in the last half of intraleague games during the championship season shall choose one of the remaining two designations. The remaining Club among the four tied Clubs shall be assigned the remaining designation. In the event there is a three-Club tie in the last half of intraleague games during the championship season, the procedures of Rule 33(c)(1)(B) shall determine the priority of the selections among those tied Clubs. In the event there is a two-Club tie in the last half of intraleague games during the championship season, then the Club that would be the home Club in a two-Club tie, according to the procedures of Rule 33(c)(1)(A), shall have priority over the other Club in choosing a designation pursuant to this Rule 33(c)(1)(C)(i)(cc).

**(dd)**  If the four tied Clubs have identical winning percentages in the last half of intraleague games during the championship season, then the Club that first chooses a designation as Club "A," "B," "C" or "D" shall be the Club among the four tied Clubs with the higher winning percentage in the last half plus one of intraleague games

122

MLB001798

MLB001663

## MAJOR LEAGUE RULES
### MLR 33(c)

during the championship season, provided that such additional game was not a game between any of the tied Clubs. The Club among the four tied Clubs with the next highest winning percentage in the last half plus one of intraleague games during the championship season, provided that such additional game was not a game between any of the tied Clubs, shall choose one of the remaining three designations. The Club among the four tied Clubs with the next highest winning percentage in the last half plus one of intraleague games during the championship season, provided that such additional game was not a game between any of the tied Clubs, shall choose one of the remaining two designations. The remaining Club among the four tied Clubs shall be assigned the remaining designation. In the event there is a three-Club tie in the last half plus one of intraleague games during the championship season, provided that such additional game was not a game between any of the tied Clubs, the procedures of Rule 33(c)(1)(B) shall determine the priority of the selections among those tied Clubs. In the event there is a two-Club tie in the last half plus one of intraleague games during the championship season, provided that such additional game was not a game between any of the tied Clubs, then the Club that would be the home Club in a two-Club tie, according to the procedures of Rule 33(c)(1)(A), shall have priority over the other Club in choosing a designation pursuant to this Rule 33(c)(1)(C)(i)(dd).

If the Clubs remain tied, then the procedure described in Rule 33(c)(1)(C)(i)(dd) of adding the immediately preceding game played by each Club, provided that such added game was not between any of the tied Clubs, and then considering the winning percentages of the tied Clubs over the period from that game through the end of the championship season, shall be continued until one Club emerges with a better winning percentage in that span of games or one Club emerges with a worse winning percentage in that span of games, and the Club that first chooses a designation as Club "A," "B," "C" or "D" shall be the Club with such better winning percentage and/or the Club that emerges with such worse winning percentage shall have the last choice, with any three-Club or two-Club ties at any stage of the process resolved according to the procedures of Rule 33(c)(1)(B), in the case of three-Club ties, or according to the procedures of Rule 33(c)(1)(A), in the case of two-Club ties.

**(ii)**   Club "B" shall play one game at the ballpark of Club "A." Club "D" shall play one game at the ballpark of Club "C." Each of these two games shall be played on the day after the conclusion of the championship

123

MLB001799

# MAJOR LEAGUE RULES
## MLR 33(c)

season. The following day, the winning Clubs of each of those two games shall play one game, at the ballpark of Club "A" or Club "B," whichever has won the game between the two. The site of each game instead may be determined by mutual agreement among the Clubs involved and the Commissioner to keep travel at a minimum. The Commissioner shall award the Division championship to the winner of the third game, which is contested between the winners of the respective first two games.

Games played for the Division championship pursuant to Rule 33(c)(1) shall nevertheless be included in the final Club standings and in all statistics, as provided for in the first paragraph of this Rule 33(c).

**(2)**   Division Championship Ties Affecting A Wild Card Designation.   If two or more Clubs in a League are tied for first place in a Division and a Wild Card designation with identical winning percentages at the conclusion of the championship season as originally scheduled (including all rescheduled games), and not including additional games to determine the Division champion, the Commissioner shall determine the Division Champion and Wild Card designation as follows:

**(A)**   Two-Club Tie.

**(i)**   If two Clubs from the same Division are tied for a Division championship and a Wild Card designation, then the championship season shall be extended to include one additional game between such Clubs. Such game shall be played the day after the conclusion of the championship season. The site of the game may be determined by mutual agreement among the Clubs and the Commissioner to keep travel at a minimum. In the absence of such an agreement, the Commissioner shall determine the site of the additional game between the tied Clubs according to the procedures of Rule 33(c)(1)(A). The Commissioner shall award the Division championship to the winner of the additional game and declare the loser of the additional game to be a Wild Card Club.

**(ii)**   If two Clubs are tied for a Division championship, and both Clubs are tied with a Club from another division for at least one Wild Card designation, the championship season shall be extended to include two additional games as follows:

**(AA)**   If two Clubs are tied for a Division championship, and both Clubs are tied with a Club from another division for one Wild Card designation, both Clubs shall play a game to determine the Division champion the day after the conclusion of the championship season. The site of the game may be determined by mutual agreement among

124

MLB001800

**MAJOR LEAGUE RULES**
**MLR 33(c)**

the Clubs and the Commissioner to keep travel at a minimum. In the absence of such an agreement, the Commissioner shall determine the site of the additional game between the tied Clubs according to the procedures of Rule 33(c)(1)(A). The Commissioner shall award the Division championship to the winner of the additional game.

**(BB)** If two Clubs are tied for a Division championship, and both Clubs are tied with a Club from another division for one Wild Card designation, the loser of the game described in Rule 33(c)(2)(A)(ii)(AA) shall play one additional game against the Club from another division in that Club's (the Club from another division) home city to determine the Wild Card.

**(CC)** If two Clubs are tied for a Division championship, and both Clubs are tied with a Club from another division for two Wild Card designations, both Clubs shall play a game to determine the Division champion the day after the conclusion of the championship season in accordance with Rule 33(c)(2)(A)(ii)(AA); provided, however, that the loser of that game and the Club from another division both shall be designated Wild Card Clubs and home field advantage for the Wild Card Game will be determined pursuant to Rule 34(a).

**(iii)** If two Clubs are tied for a Division championship, and Clubs are tied with two Clubs from outside their division for at least one Wild Card designation, then the championship season shall be extended to include three additional games as follows:

**(AA)** If two Clubs are tied for a Division championship, and both Clubs are tied with two Clubs from outside their division for one Wild Card designation, then the championship season shall be extended to include three additional games as follows. The day after the conclusion of the championship season the Clubs tied for a Division championship shall play a game to determine the Division champion, and the Clubs from outside their division that are tied for the Wild Card designation shall play a game, the winner of which will play the loser of the Division championship game in the winner's home city to determine the Wild Card designation on the following day. If the Clubs are tied for both Wild Card designations, the winner of the game between the Clubs from another Division tied for the Wild Card designation shall be declared a Wild Card Club, and the loser of that game shall play the loser of the Division

125

MLB001801

MLB001663

**MAJOR LEAGUE RULES**
**MLR 33(c)**

championship game on the following day to determine the other Wild Card Club.

**(BB)** Except as may otherwise be set forth herein, the site of the games described in Rule 33(c)(2)(A)(iii)(AA) may be determined by mutual agreement among the Clubs and the Commissioner to keep travel at a minimum. In the absence of such an agreement, the Commissioner shall determine the site of the additional games between tied Clubs according to the procedures of Rule 33(c)(1)(A).

**(B)** Three-Club Tie.

**(i)** If three Clubs from the same division are tied for a Division championship and at least one Wild Card designation, and the three tied Clubs have identical records against one another in the championship season, their designations as Club "A," "B," or "C," for purposes of Rule 33(c)(2)(B), shall be determined according to the procedures of Rule 33(c)(1)(B)(i). If the tied Clubs do not have identical records against one another in the championship season, their designations as Club "A," "B," or "C" shall be determined according to the procedures of Rule 33(c)(1)(B)(ii). The Commissioner shall schedule additional championship season games as follows:

**(aa)** If three Clubs from the same division are tied for a Division championship and one Wild Card designation, Club "A" shall play Club "B" at the ballpark of Club "A" the day after the conclusion of the championship season. The following day, the winner of that first game shall be the home Club in a second game against Club "C." The site of each game instead may be determined by mutual agreement among the Clubs involved and the Commissioner to keep travel at a minimum. The Commissioner shall award the Division championship to the winner of the second game with Club "C" and declare the loser be a Wild Card Club.

**(bb)** If three Clubs from the same division are tied for a Division championship and both Wild Card designations, the loser of the first game between Club "A" and Club "B" also shall be declared a Wild Card Club.

**(ii)** If three Clubs are tied for a Division championship, and also are tied with a Club from another division for at least one Wild Card designation, and the three Clubs tied for a Division championship have identical

126

**MAJOR LEAGUE RULES**
**MLR 33(c)**

records against one another in the championship season, their designations as Club "A," "B," or "C," for purposes of Rule 33(c)(2)(B)(ii), shall be determined according to the procedures of Rule 33(c)(1)(B)(i). If the three tied Clubs do not have identical records against one another in the championship season, their designations as Club "A," "B," or "C" shall be determined according to the procedures of Rule 33(c)(1)(B)(ii). The Club from another division shall be designated as Club "D" for these purposes. The Commissioner shall schedule additional championship season games as follows:

**(aa)** If three Clubs are tied for a Division championship and also are tied with a Club from another division for one Wild Card designation, Club "B" shall play one game at the ballpark of Club "A." Club "D" shall play one game at the ballpark of Club "C." Each of these two games shall be played on the day after the conclusion of the championship season. If Club "D" wins, the Commissioner shall declare Club "D" to be a Wild Card Club, and the winner of the game between Clubs "A" and "B" shall be awarded the Division championship. If Club "C" wins, the following day Club "C" shall play one game at the ballpark of Club "A" or Club "B," whichever has won the game between the two. The site of each game instead may be determined by mutual agreement among the Clubs involved and the Commissioner to keep travel at a minimum. The Commissioner shall award the Division championship to the winner of the third game and shall declare the loser to be a Wild Card Club.

**(bb)** If three Clubs are tied for a Division championship and also are tied with a Club from another division for both Wild Card designations, Club "B" shall play one game at the ballpark of Club "A." Club "D" shall play one game at the ballpark of Club "C." Each of these two games shall be played on the day after the conclusion of the championship season. If Club "D" wins its game against Club "C", the Commissioner shall declare Club "D" to be a Wild Card Club, the winner of the game between Clubs "A" and "B" shall be awarded the Division championship, and the following day Club "C" shall play one game at the ballpark of Club "A" or Club "B," whichever has lost the game between the two, to determine the second Wild Card designation. If Club "C" wins its game against Club "D", the following day Club "C" shall play one game at the ballpark of Club "A" or Club "B," whichever has won the game between the two, to determine the Division championship and one of the Wild Card designations; on the same day Club "D" will play the loser of the

127

MLB001803

MLB001663

**MAJOR LEAGUE RULES**
**MLR 33(c)**

game between Club "A" and Club "B" at such Club's ballpark to determine the second Wild Card designation. The site of each game instead may be determined by mutual agreement among the Clubs involved and the Commissioner to keep travel at a minimum.

**(C)** Four-Club Tie.   If four Clubs from the same division are tied for the Division championship and at least one Wild Card designation, the Clubs shall choose a designation as Club "A," "B," "C," and "D" for purposes of Rule 33(c)(2)(C) according to the procedures of Rule 33(c)(1)(C), and the Commissioner shall schedule additional championship season games as follows:

**(i)**   If four Clubs from the same division are tied for the Division championship and one Wild Card designation, Club "B" shall play one game at the ballpark of Club "A." Club "D" shall play one game at the ballpark of Club "C." Each of these two games shall be played on the day after the conclusion of the championship season. The following day, the winning Clubs of each of those two games shall play one game, at the ballpark of Club "A" or Club "B," whichever has won the game between the two. The site of each game instead may be determined by mutual agreement among the Clubs involved and the Commissioner to keep travel at a minimum. The Commissioner shall award the Division championship to the winner of the third game (which is contested between the winners of the respective first two games), and declare the loser to be the Wild Card Club.

**(ii)**  If four Clubs from the same division are tied for the Division championship and both Wild Card designations, then in addition to the third game described in Rule 33(c)(2)(C)(i) above, the losers of the respective first two games shall play a game at the ballpark of Club "A" or Club "B", whichever Club lost its first game, on the same day as the third game to determine the second Wild Card designation. The site of this game instead may be determined by mutual agreement among the Clubs involved and the Commissioner to keep travel at a minimum.

**(3)**   Wild Card Ties Not Involving A Tie For A Division Championship.   If two or more Clubs in a League are tied for a Wild Card designation with identical winning percentages at the conclusion of the championship season as originally scheduled (including all rescheduled games), the Commissioner shall determine the Wild Card designation as follows:

**(A)** Two-Club Tie.   If two Clubs are tied for only one of the Wild Card designations then the championship season shall be extended to include one

128

MLB001804

MLB001663

# MAJOR LEAGUE RULES
## MLR 33(c)

additional game between such Clubs. Such game shall be played the day after the conclusion of the championship season. The site of the game may be determined by mutual agreement among the Clubs and the Commissioner to keep travel at a minimum. In the absence of such an agreement, the Commissioner shall determine the site of the additional game between the tied Clubs according to the procedures of Rule 33(c)(1)(A). The Commissioner shall declare the winner of the additional game to be a Wild Card Club. If two Clubs are tied for both Wild Card designations then no additional championship season games shall be played and home field advantage for the Wild Card Game will be determined pursuant to Rule 34(a).

**(B)** Three-Club Tie.  If three Clubs are tied for at least one Wild Card designation, and the three tied Clubs have identical records against one another in the championship season, their designations as Club "A," "B," or "C," for purposes of Rule 33(c)(3)(B), shall be determined according to the procedures of Rule 33(c)(1)(B)(i). If the tied Clubs do not have identical records against one another in the championship season, their designations as Club "A," "B," or "C" shall be determined according to the procedures of Rule 33(c)(1)(B)(ii). The Commissioner shall schedule additional championship season games as follows:

> **(i)**   If three Clubs are tied for one Wild Card designation, Club "A" shall play Club "B" at the ballpark of Club "A" the day after the conclusion of the championship season. The following day, the winner of that first game shall be the home Club in a second game against Club "C." The site of each game instead may be determined by mutual agreement among the Clubs involved and the Commissioner to keep travel at a minimum. The Commissioner shall declare the winner of the game between Club "C" and the Club that won the game between Club "A" and Club "B" to be a Wild Card Club.

> **(ii)**   If three Clubs are tied for both Wild Card designations, then the winner of the game between Club "A" and "B" in Rule 33(c)(3)(B)(i) above shall be a Wild Card Club, and the loser of that first game shall play a second game against Club "C" the following day in the home city of Club "C" to determine the other Wild Card Club.

**(C)** Four-Club Tie.  If four Clubs are tied for at least one Wild Card designation, the Clubs shall choose a designation as Club "A," "B," "C," and "D" for purposes of Rule 33(c)(3)(C) according to the procedures of Rule 33(c)(1)(C), and the Commissioner shall schedule additional championship season games as follows:

129

MLB001805

MLB001663

**MAJOR LEAGUE RULES**
**MLR MLR 33(c) to 34(a)**

**(i)**   If four Clubs are tied for one Wild Card designation, Club "B" shall play one game at the ballpark of Club "A." Club "D" shall play one game at the ballpark of Club "C." Each of these two games shall be played on the day after the conclusion of the championship season. The following day, the winning Clubs of each of those two games shall play one game, at the ballpark of Club "A" or Club "B," whichever has won the game between the two. The site of each game instead may be determined by mutual agreement among the Clubs involved and the Commissioner to keep travel at a minimum. The Commissioner shall declare the winner of the third game, which is contested between the winners of the respective first two games, to be a Wild Card Club.

**(ii)**   If four Clubs are tied for both Wild Card designations, then the Commissioner shall declare the winners of the first two games described in Rule 33(c)(3)(C)(i) above to be the Wild Card Clubs.

**Rule 34**

**POST-SEASON SERIES**

**(a)   WILD CARD GAME**.   A game between the Wild Card Clubs shall take place after the conclusion of the championship season of each year. The Wild Card Game shall be scheduled to be played in the ballpark of the Club with the higher percentage than its opponent of games won and lost in the championship season. In the event the Wild Card Clubs are tied with identical percentages, then the Club deemed to have the higher winning percentage shall be as follows:

**(1)**   the tied Club with the higher winning percentage in head-to-head competition between the two tied Clubs during the championship season; or

**(2)**   if the Clubs remain tied, then the tied Club with the higher winning percentage in intradivision games during the championship season; or

**(3)**   if the Clubs remain tied, then the tied Club with the higher winning percentage in intraleague games during the championship season; or

**(4)**   if the Clubs remain tied, then the tied Club with the higher winning percentage in the last half of intraleague games during the championship season; or

**(5)**   if the Clubs remain tied, then the tied Club with the higher winning percentage in the last half plus one of intraleague games during the championship season.

130

MLB001806

MLB001663

**MAJOR LEAGUE RULES**
**MLR 34(a) to 34(b)**

If the Clubs remain tied, then the procedure described in Rule 34(a)(5) of adding the immediately preceding intraleague game played by each Club and then considering the intraleague winning percentages of the tied Clubs over the period from that game through the end of the championship season, shall be continued until one Club emerges with a better winning percentage in that span of games. Notwithstanding the foregoing, in the event the Wild Card Clubs played an additional championship season game against each other pursuant to Rule 33(c), the Wild Card Game shall be scheduled to be played in the ballpark of the Club that won that game.

**(b)  DIVISION SERIES**.   Two Division Series in each Major League shall take place after the conclusion of the Wild Card Game each year. Each Division Series shall be a best-of-five-games format. In each Major League, the three Division Champions and the winner of the Wild Card Game shall qualify for a Division Series. The Division Series matchups within each Major League shall be:

**(1)**   The Club with the best percentage of games won and lost in the championship season versus the winner of the Wild Card Game.

**(2)**   The two remaining Clubs that have qualified for a Division Series.

**(3)**   For purposes of determining Division Series matchups pursuant to this Rule 34(b) and scheduling pursuant to Rules 37(a)(2) (Division Series) and 37(a)(3) (League Championship Series), if two or more Clubs are tied with identical percentages of games won and lost during the championship season, then the tie shall be broken as follows:

**(A)**  Two-Club Tie.   The Club deemed to have the higher winning percentage shall be

**(i)**   the tied Club with the higher winning percentage in head-to-head competition between the two tied Clubs during the championship season; or

**(ii)**   if the Clubs remain tied, then the tied Club with the higher winning percentage in intradivision games during the championship season; or

**(iii)**  if the Clubs remain tied, then the tied Club with the higher winning percentage in intraleague games during the championship season; or

**(iv)**  if the Clubs remain tied, then the tied Club with the higher winning percentage in the last half of intraleague games during the championship season; or

131

MLB001807

MLB001663

**MAJOR LEAGUE RULES**
**MLR 34(b)**

**(v)**   if the Clubs remain tied, then the tied Club with the higher winning percentage in the last half plus one of intraleague games during the championship season.

If the Clubs remain tied, then the procedure described in Rule 34(b)(3)(A)(v) of adding the immediately preceding intraleague game played by each Club and then considering the intraleague winning percentages of the tied Clubs over the period from that game through the end of the championship season, shall be continued until one Club emerges with a better winning percentage in that span of games, and that Club shall be deemed to have the higher winning percentage for purposes of determining Division Series matchups pursuant to this Rule 34(b) and scheduling pursuant to Rules 37(a)(2) (Division Series) and 37(a)(3) (League Championship Series).

**(B)** Three-Club Ties.  The Club deemed to have the higher winning percentage shall be the tied Club that has a higher winning percentage in head-to-head competition against each of the other Division champions during the championship season, in which case the tie between the two remaining Clubs shall be broken by the procedures set forth in Rule 34(b)(3)(A). If none of the three tied Clubs has a higher winning percentage in head-to-head competition against each of the other Division champions during the championship season, then the Club deemed to have the higher winning percentage shall be

**(i)**   the tied Club with the higher winning percentage in head-to-head competition among the tied Clubs during the championship season; or

**(ii)**   if the Clubs remain tied, then the tied Club with the higher winning percentage in intradivision games during the championship season; or

**(iii)**   if the Clubs remain tied, then the tied Club with the higher winning percentage in intraleague games during the championship season; or

**(iv)**   if the Clubs remain tied, then the tied Club with the higher winning percentage in the last half of intraleague games during the championship season; or

**(v)**   if the Clubs remain tied, then the tied Club with the higher winning percentage in the last half plus one of intraleague games during the championship season.

If the Clubs remain tied, then the procedure described in Rule 34(b)(3)(B)(v) of adding the immediately preceding intraleague game played

132

MLB001808

MLB001663

**MAJOR LEAGUE RULES**
**MLR 34(b) to 35(b)**

by each Club and then considering the intraleague winning percentages of the tied Clubs over the period from that game through the end of the championship season, shall be continued until one Club emerges with a better winning percentage in that span of games, and that Club shall be deemed to have the higher winning percentage for purposes of determining Division Series matchups pursuant to this Rule 34(a) and scheduling pursuant to Rules 37(a)(2) (Division Series) and 37(a)(3) (League Championship Series).

Upon determination of the Club deemed to have the higher winning percentage, the sequence of procedures set forth in Rule 33(b)(3)(A) shall be applied to the two remaining tied Clubs in order to determine which of them shall be deemed to have the better winning percentage for purposes of determining Division Series matchups pursuant to this Rule 34(b) and scheduling pursuant to Rules 37(a)(2) (Division Series) and 37(a)(3) (League Championship Series).

**(c)   LEAGUE CHAMPIONSHIP SERIES.**   One League Championship Series shall be contested in each League between the winners of the two Division Series in that League. Each League Championship Series shall be a best-of-seven-games format.

**(d)   WORLD SERIES**.   The World Series shall take place at the end of the League Championship Series each year. The World Series shall be a best-of-seven-games format.

**Rule 35**

**POST-SEASON SUPERVISION BY THE COMMISSIONER**

**(a)**   The games in each post-season series shall be played under the supervision, control and direction of the Commissioner.

**(b)**   All questions arising out of the playing of the Wild Card Game, Division Series, League Championship Series or World Series not provided for in the Major League Rules, nor covered by the Official Baseball Rules, shall be dealt with and decided by the Commissioner.

133

MLB001809

MLB001663

MAJOR LEAGUE RULES
MLR 36(a) to 37(a)

### Rule 36

### PENNANT AND MEMENTO

**(a) WORLD SERIES**.   The emblem of the World Series championship shall be a pennant, to be presented to the victorious World Series Club each year, and an appropriate memento shall be awarded to each player, the manager, each coach and the general manager of the victorious Club. Both the pennant and the memento shall be selected by the Commissioner. The cost of the mementos for the World Series winner shall not exceed $1,500 each, including tax.

**(b) PRESENTATION**.   The World Series pennant and mementos shall be presented to the victorious Club and its players, each year, by the Commissioner, who is authorized to arrange for all of the details of such presentation.

**(c) LEAGUE CHAMPIONS**.   The victorious Club in each season's League Championship Series shall be entitled to display a pennant symbolizing the Club's League championship.

### Rule 37

### POST-SEASON SCHEDULE

**(a) ORDER OF GAMES**.   The Commissioner shall promulgate a schedule for the Wild Card Game, Division Series, the League Championship Series and the World Series.

    **(1)** Wild Card Game.   The Wild Card Game shall be scheduled to be played in the ballpark of the Club with the higher percentage than its opponent of games won and lost in the championship season as set forth in Rule 34(a).

    **(2)** Division Series.   Games 1, 2 and 5 of each Division Series shall be scheduled to be played in the ballpark of the Club with the higher percentage than its Division Series opponent of games won and lost in the championship season; provided, however, that Games 1, 2 and 5 shall be scheduled in the ballpark of the opponent of the winner of the Wild Card Game, notwithstanding the percentage of games won and lost by such Wild Card Club. Games 3 and 4 shall be scheduled to be played in the ballpark of the Club that is the visiting Club in Games 1, 2 and 5.

    **(3)** League Championship Series.   Games 1, 2, 6 and 7 of each League Championship Series shall be scheduled to be played in the ballpark of the Club with

134

MLB001810

MLB001663

**MAJOR LEAGUE RULES**
**MLR 37(a) to 38(a)**

the higher percentage than its League Championship Series opponent of games won and lost in the championship season; provided, however, that Games 1, 2, 6 and 7 shall be scheduled in the ballpark of the opponent of a Wild Card Club in the League Championship Series, notwithstanding the percentage of games won and lost by such Wild Card Club. Games 3, 4 and 5 shall be scheduled to be played in the ballpark of the Club that is the visiting Club in Games 1, 2, 6 and 7.

**(4)**   World Series.   Games 1, 2, 6 and 7 shall be scheduled in the city of the Club whose League was the winner of that season's All-Star Game, and games 3, 4 and 5 shall be scheduled in the city of the other Club.

**(5)**   Home-field Advantage for Tied Clubs.   In the event two Clubs have identical winning percentages in the championship season, then for purposes of Rules 37(a)(1) (Division Series) and 37(a)(2) (League Championship Series), the Club that shall be scheduled to host the majority of games in the applicable series shall be the Club deemed to have the higher winning percentage pursuant to the procedures set forth Rule 34(b)(3).

**(b)  POSTPONED AND SUSPENDED GAMES**.   A Wild Card, Division Series, League Championship Series or World Series game that is postponed or suspended shall be played or resumed, as the case may be, on the grounds for which it was scheduled or begun before the succeeding scheduled game hosted by the other competing Club shall be contested. The dates assigned for subsequent games shall be adjusted accordingly. The Commissioner or the Commissioner's designee, after consultation with officials of the home and visiting Clubs and, with regard to player health and safety issues, the designee of the Major League Baseball Players Association, shall determine whether, on account of weather or the conditions of the playing field, a Wild Card, Division Series, League Championship Series or World Series game shall be played or resumed or shall be suspended.

**Rule 38**

**POST-SEASON SERIES TERMINATION**

**(a)  BY VICTORY**.   The Clubs participating in the Division Series, League Championship Series, or World Series shall play each day according to the authorized schedule until one of them has won the required number of victories at which time the series shall end. The required number of victories shall be three in the case of each Division Series and four in the case of each League Championship Series or the World Series.

135

MLB001811

MLB001663

MAJOR LEAGUE RULES
MLR 38(b) to 40(a)

**(b)  BY COMMISSIONER**.   The Commissioner shall have the right to terminate a post-season series at any time that the Commissioner deems the interest of Baseball demands it, and to declare one of the contesting Clubs the winner of that series regardless of previous performances.

### Rule 39

### POST-SEASON PLAYING RULES

The games shall be conducted according to the playing rules governing competition for the championship season, except as provided for in Rule 25(a) (Official Baseball Rules). If the playing rules of the two Major Leagues differ, then the playing rules used for each game of the World Series shall be the playing rules of the League of the Club in whose ballpark such World Series game is scheduled to be played.

### Rule 40

### PLAYERS ELIGIBLE FOR POST-SEASON

**(a) PLAYERS ELIGIBLE**.

**(1)**   Major League Roster Players.   To be eligible to play for a Major League Club in a Wild Card Game, Division Series, League Championship Series, or the World Series, a player must

**(A)**  have been on a Major League Active, Disabled, Bereavement / Family Medical Emergency, Paternity, Suspended or Military List of such Major League Club as of Midnight Eastern Time on August 31, or on such date be under control, but on optional assignment, or on assignment from another Major League organization and not yet reported; and

**(B)**  have remained reserved to such Major League Club (at the Major or Minor League levels) through the beginning of the applicable post-season series, unless the player is replacing an injured player pursuant to Rule 40(a)(3).

**(2)**   Submission of Rosters.   Each Major League Club that participates in a postseason series (including the Wild Card Game) must establish for each such series, from its complement of eligible players, an active roster of no more than 25 (and no less than 24) players and transmit such active roster to the Office of the Commissioner at such time before the scheduled start of each post-season series as the Commissioner or the Commissioner's designee may set. Each player named to

136

MLB001812

MLB001663

# MAJOR LEAGUE RULES
## MLR 40(a)

the roster for a series must be expected to be physically able to perform at some point in such series. No player on the Disabled List whose minimum period of inactivity has not yet expired before the scheduled start of the post-season series may be named to the roster for such series or otherwise replaced under this Rule 40. Except as permitted in Rule 40(a)(4), there shall be no substitutions made during a post-season series following a Major League Club's submission of its active roster for that series.

**(3)**    Replacements for Injured Players Before a Series.    With the express consent of the Commissioner or the Commissioner's designee prior to the start of a postseason series (including the Wild Card Game), a Club may name a player in its organization to a roster for such series in order to replace an injured Major League player. A Club will not be permitted to name such a replacement unless

    **(A)**  the injured Major League player is eligible under Rule 40(a)(1);

    **(B)**  the injured Major League player is unable to render service in such series because of a specific injury or ailment;

    **(C)**  the injured Major League player's Club has submitted written proof of the player's disability; and

    **(D)**  the injured Major League player's Club has requested permission from the Commissioner or the Commissioner's designee to name such a replacement.

    If the Commissioner or the Commissioner's designee grants permission to the injured Major League player's Club to make such a replacement, the player named to the roster for the series (including the Wild Card Game) as a replacement must also be an eligible player pursuant to Rule 40(a)(1) or must

    **(E)**  have been on a Minor League Active, Disabled, Temporarily Inactive, Suspended or Military List of such Major League Club as of Midnight Eastern Time on August 31, or on such date be designated for assignment or under control, but not yet reported, on assignment from another Major League organization;

    **(F)**  have remained reserved to such Major League Club (at the Major or Minor League levels) through the time of replacement; and

    **(G)**  be placed on the Club's Major League Reserve List.

**(4)**    Replacements for Injured Players During a Series.    A Club may request permission from the Commissioner or the Commissioner's designee to replace on

137

MLB001813

MLB001663

## MAJOR LEAGUE RULES
### MLR 40(a) to 40(c)

the Club's active roster for the remainder of a post-season series a player who is unable to render service in such post-season series because of a specific injury or ailment that occurred after the Club's roster for such series had been submitted, provided that the Club submits written proof of the disability to the Commissioner or the Commissioner's designee. The Commissioner or the Commissioner's designee may approve or disapprove a request for a roster substitution and may make whatever investigation the Commissioner or the Commissioner's designee deems appropriate in exercising such discretion. The Commissioner or the Commissioner's designee's exercise of discretion may include disapproval of the request for a roster substitution if the Commissioner or the Commissioner's designee determines that the request was not made in a reasonable amount of time in advance of a game to allow for investigation of the facts and circumstances. If the Commissioner or the Commissioner's designee gives express approval for the substitution,

> **(A)** the player added to the roster must also be an eligible player pursuant to Rule 40(a)(1) or Rules 40(a)(3)(E) through (G);

> **(B)** a pitcher may be replaced only by a pitcher and a player other than a pitcher may be replaced only by a player other than a pitcher; and

> **(C)** the injured player being replaced shall be ineligible to play for the remainder of such series, as well as the next subsequent post-season series that year.

**(b) COACHES ELIGIBLE.**   To be eligible for a Wild Card Game, Division Series, League Championship Series, or the World Series, a coach must be a bona fide member of a qualifying team on and after August 31 to the end of the season of the year in which the series is played, under contract or terms of acceptance approved and promulgated by the Commissioner. No additional coaches will be permitted, but coaches may be substituted for, subject to the approval of the Commissioner.

**(c) PLAYERS ELIGIBLE—MINOR LEAGUE POST-SEASON.**  Each Minor League Club that participates in post-season playoffs must establish for such playoffs, from its complement of eligible players, an active roster of no more than the maximum number of Active List players set forth in Rule 2(c)(2) as of the end of the championship season for such Minor League Club's classification. Each Minor League Club that participates in post-season playoffs shall transmit such active roster to the Office of the Commissioner and the president of such Club's Minor League no later than noon local time of the first scheduled date of such playoffs for such Club.

138

MLB001814

**MAJOR LEAGUE RULES**
**MLR 41 to 44(a)**

### Rule 41

**[Reserved]**

### Rule 42

**POST-SEASON EXPENSES**

**(a)  PAID BY COMMISSIONER**.   The expenses of the Commissioner pertaining to these games, the compensation of the umpires, scorers, business representatives, and other miscellaneous and contingent expenses in connection with these games shall be met by the Commissioner. The Commissioner shall also pay expenses incurred by a Club not participating in the Series in the printing of tickets for such a Series, when such printing has been authorized previously by the Commissioner.

**(b)  CLUBS' EXPENSES**.   Except as set forth in Rule 45(b)(1)(D), the expenses of both Clubs, such as hotel bills and traveling expenses, baseballs, advertising, printing of all tickets, policing of grounds, ticket sellers and takers, incidentals, etc., shall be paid by the Club incurring the same. Should any difference arise at any time as to the latter expense, the same shall be submitted to the Commissioner for adjudication, and the Commissioner's findings shall be conclusive.

### Rule 43

**POST-SEASON PLAYING GROUNDS**

Spectators will not be permitted to encroach or stand on the playing field at any time during a Wild Card, Division Series, League Championship Series, or World Series game, unless the Commissioner grants special authority to do so. A Club that plans to accommodate patrons in excess of the regular seating capacity of its plant is required to erect, with the approval of the municipal authorities and permission of the Commissioner, safe temporary stands or seats with a strong railing in front thereof, extending from the grandstand or skirting the outfield.

### Rule 44

**POST-SEASON ADMISSIONS**

**(a)  RATES**.   The rates of admission and the conditions governing the same for Wild

139

**MAJOR LEAGUE RULES**
**MLR 44(a) to 44(e)**

Card, Division Series, League Championship Series and World Series games shall be fixed by and under the control of the Major League Executive Council.

**(b)  FREE LIST SUSPENDED**.   The free list shall be suspended during Wild Card, Division Series, League Championship Series and World Series games, except to representatives of the press and official guests of the Commissioner.

**(c)  TICKETS**.   The sale, distribution of and settlement for tickets for Wild Card, Division Series, League Championship Series and World Series games will be conducted as follows:

    **(1)**   Each Club shall provide its reserved seat and general admission tickets with rain checks attached.

    **(2)**   Reserved seat coupon tickets for home games of the selling Club shall be sold and distributed prior to the opening of the series at a time and in a manner annually approved by the Commissioner, to meet local conditions.

    **(3)**   Clubs shall print post-season tickets if and when the Commissioner or the Commissioner's designee so directs, in a form and manner the Commissioner or the Commissioner's designee may determine. A Club printing post-season tickets shall pay for them in such manner as the Commissioner or the Commissioner's designee may direct.

**(d)  SEAT DIAGRAM**.   Prior to the day of the Wild Card Game, and the first scheduled game of each Division Series, League Championship Series or World Series in its city, each contesting Club shall furnish the representatives of the Commissioner with a numbered diagram of all its reserved seats, whether in permanent or temporary stands, and the settlement therefor by the Club with the representatives of the Commissioner shall be on the basis of the difference between the number of unsold tickets and the number listed on such diagram. The count of all tickets sold for each such game shall be compared by the Commissioner's representatives with the turnstile registers, and the home Club shall settle for the larger number.

**(e)  TICKET PRIORITIES**.   The order in which requests for reserved seat tickets for the World Series shall be filed is as follows:

    **(1)**   Visiting Club.   Five hundred reserved seat tickets for each game to the visiting club, for accommodations of its officials and guests, the same to be paid for by the visiting Club.

MLB001816

MLB001663

**MAJOR LEAGUE RULES**
**MLR 44(e) to 45(b)**

**(2)**    Players.    Five tickets for each eligible player of the visiting team, which shall be delivered to and paid for by each player through the business manager of the player's Club.

**(3)**    Commissioner's Office and Club Officials.    Requests filed by the Commissioner's Office and Major League Club officials or parties of prominence with the Commissioner.

**(4)**    Major League Clubs.    Major League Clubs (other than the visiting Club), 100 reserved seat tickets, 16 of which shall be box seats. Eight of the 16 box seats shall be grouped together in the lower deck between first and third base, and 20 of the remaining 84 reserved seats shall be so situated.

**(f)    DAILY SETTLEMENT**.    A settlement shall be made by the home Club with the representatives of the Commissioner after the close of each Wild Card, Division Series, League Championship Series or World Series game, by turning over to them within 24 hours one check for the gross paid attendance receipts, as defined in Rule 26(a) (Paid Attendance), the same being made payable to the Commissioner's Office.

**Rule 45**

**DIVISION OF POST-SEASON RECEIPTS**

The gate receipts from the World Series, from the first four games of each League Championship Series, from the first three games of each Division Series, and from the Wild Card games (which shall be remitted by the participating Clubs to the Office of the Commissioner within 24 hours after the completion of each game) shall be divided as follows:

**(a)    COMMISSIONER**.    Fifteen percent from all World Series games shall be paid to the Office of the Commissioner. A percentage set annually by the Commissioner, and approved by the Major League Executive Council, in accordance with Rule 26(b) (Assessment of Paid Attendance Receipts), from all League Championship Series, Division Series, and Wild Card games shall be paid to the Office of the Commissioner.

**(b)    PLAYERS**.

**(1)**    Creation of Pool.    One players' pool shall be created from the World Series, the two League Championship Series, the four Division Series, and the two Wild Card games. Contributions shall be made into the pool as follows:

141

MLB001817

MLB001663

**MAJOR LEAGUE RULES**
**MLR 45(b)**

(A)  Sixty percent of the total gate receipts from the first four World Series games;

(B)  Sixty percent of the total gate receipts from the first four games of each League Championship Series; and

(C)  Sixty percent of the total gate receipts from the first three games (four if the Division Series is expanded to the best of seven games) of each Division Series.

(D)  Fifty percent of the total gate receipts from each Wild Card Game after deducting the traveling expenses of the visiting Clubs (up to a maximum of $100,000 per Club) from the total gate.

(2)    Distribution of Pool.   The players' pool shall be apportioned and distributed to the players, by Club, by the Secretary-Treasurer as follows:

(A)  Thirty-six percent to the team winning the World Series.

(B) Twenty-four percent to the team losing the World Series.

(C)  Twenty-four percent to be divided equally between the losing teams in each of the two League Championship Series.

(D)  Thirteen percent to be divided equally among the losing teams in each of the four Division Series.

(E)  Three percent to be divided equally between the losing teams in each of the Wild Card Games.

(3)    How Apportioned.   At meetings presided over by the player representatives, the players' pool shall be apportioned according to the vote of all players of each team referred to in Rule 45(b)(2) who

(A)  are eligible to participate in the World Series for that year under Rule 40 if their team wins its League Championship; and

(B)  have been with their respective teams on and subsequent to June 1 of the current year.

Attendance at each such meeting shall be limited to players, except that the field manager, prior to being excused from such meeting, shall be given first the opportunity to express his views as to the division of the pool. At the invitation of

142

MLB001818

MLB001663