1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated;<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL; et al.;<br><br>Defendants. | CASE NO. 3:14-cv-00608-JCS (consolidated with 3:14-cv-03289-JCS)<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CHANGE TIME** |

868376.1

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CHANGE TIME

1  The Court, having considered Plaintiffs' Unopposed Motion to Change Time, and good cause
2  appearing, hereby orders that Plaintiffs' motion is GRANTED. Plaintiffs' deadline for moving for
3  class certification will be retroactively extended to Saturday, March 5, 2016, meaning that the Broshuis
4  Declaration and its exhibits (and the administrative motion seeking its filing under seal) filed in
5  support of Plaintiffs' Motion for Class Certification (Dkt. 496) will be deemed timely filed.
6  IT IS SO ORDERED.
7  DATED: _____
8  HON. JOSEPH C. SPERO