UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON SENNE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>KANSAS CITY ROYALS BASEBALL CORP., et al.,<br><br>    Defendants. | Case No. 14-cv-00608-JCS<br><br>**ORDER FOR RESPONSE TO MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 590 |

Two Defendants, Pittsburgh Associates, L.P. and Detroit Tigers, Inc., have filed a motion for leave to file a motion for partial reconsideration ("Motion for Leave") of the Court's May 20, 2015 Order Granting in Part and Denying in Part the Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. No. 379). Plaintiffs are requested to file a response to the Motion for Leave by March 21, 2016.

**IT IS SO ORDERED.**

Dated: March 14, 2016

JOSEPH C. SPERO
Chief Magistrate Judge