1  STEPHEN M. TILLERY (pro hac vice)
     stillery@koreintillery.com
2  GARRETT R. BROSHUIS (pro hac vice)
     gbroshuis@koreintillery.com
3  AARON ZIGLER (pro hac vice)
     azigler@koreintillery.com
4  **KOREIN TILLERY, LLC**
   505 North 7th Street, Suite 3600
5  St. Louis, MO 63101
   Telephone: (314) 241-4844
6  Facsimile: (314) 241-3525

7  BRUCE L. SIMON (Bar No. 96241)          DANIEL L. WARSHAW (Bar No. 185365)
     bsimon@pswlaw.com                         dwarshaw@pswlaw.com
8  BENJAMIN E. SHIFTAN (Bar No. 265767)    BOBBY POUYA (Bar No. 245527)
     bshiftan@pswlaw.com                       bpouya@pswlaw.com
9  ALEXANDER L. SIMON (Bar No. 305734)     MICHAEL H. PEARSON (Bar No. 277857)
     asimon@pswlaw.com                         mpearson@pswlaw.com
10 **PEARSON, SIMON & WARSHAW, LLP**       **PEARSON, SIMON & WARSHAW, LLP**
   44 Montgomery Street, Suite 2450        15165 Ventura Boulevard, Suite 400
11 San Francisco, CA 94104                 Sherman Oaks, CA 91403
   Telephone: (415) 433-9000               Telephone: (818) 788-8300
12 Facsimile: (415) 433-9008               Facsimile: (818) 788-8104

13 *Plaintiffs' Interim Co Lead Counsel*

14                  **UNITED STATES DISTRICT COURT**

15       **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

16 AARON SENNE, et al., Individually and on      CASE NO. 3:14-cv-00608-JCS
   Behalf of All Those Similarly Situated,
17                                               **DECLARATION OF STANLEY**
                  Plaintiffs,                    **PRESSER, Ph.D., IN SUPPORT OF**
18                                               **PLAINTIFFS' OPPOSITION TO**
                  vs.                            **MOTION TO EXCLUDE THE**
19                                               **TESTIMONY OF J. MICHAEL DENNIS,**
   OFFICE OF THE COMMISSIONER OF                 **Ph.D.**
20 BASEBALL, an unincorporated association
   doing business as MAJOR LEAGUE
21 BASEBALL; et al.;

22                Defendants.

23

24

25

26

27

28

DECLARATION OF STANLEY PRESSER IN SUPPORT OF OPPOSITION TO MOTION TO EXCLUDE

Stanley Presser declares:

1.      I have personal knowledge of the facts set forth in this declaration, except where otherwise specified.  If called to testify to these facts as a witness in this action, I would so testify.

2.      I have been retained by plaintiffs' counsel to evaluate the September 14, 2016 Declaration of Eugene P. Ericksen in Support of Defendants' Motion to Exclude the Declaration and Testimony of J. Michael Dennis, Ph.D.

## I.     Qualifications.

3.      My evaluation is informed by 40 years of experience as a survey methodologist.  I received my Ph.D. in 1977 from the University of Michigan, where I was trained at the Michigan Survey Research Center.  I am presently a Distinguished University Professor at the University of Maryland, where I teach in the Sociology Department and the Joint Program in Survey Methodology. From 1989 to 2000, I was director of the Maryland Survey Research Center.  In 1992, with colleagues at the University of Michigan and Westat Inc., I founded the Joint Program in Survey Methodology, the first graduate-level training program in the United States to offer both master's and doctoral degrees in survey methodology.  During 1993-94, I was president of the American Association for Public Opinion Research (AAPOR), the main professional association for survey researchers, and from 1993 to 1997 I was editor of *Public Opinion Quarterly*, the leading scholarly journal in the field.  In 1994, I was elected a fellow of the American Statistical Association in recognition of my contributions to survey methodology.  In 2011, I received the AAPOR Award for exceptionally distinguished achievement, and, in 2012, I received the Paul F. Lazarsfeld Award for a career of outstanding contributions to methodology from the American Sociological Association's Methodology Section. My books and articles (listed in Appendix 1) are among the most cited in survey methodology and my research is generally regarded as central to understanding surveys.

## II.     Introduction.

4.      Dr. Ericksen claims that the Dennis survey should not be relied upon because (a) "Dr. Dennis has … not solved the problem of recall bias"; (b) "Dr. Dennis has not demonstrated that the main survey data are free from non-response bias"; and (c) "Dr. Dennis has also not solved the problem of self-interest bias" (p. 5).  These claims, which are speculative and based on faulty

DECLARATION OF STANLEY PRESSER IN SUPPORT OF OPPOSITION TO MOTION TO EXCLUDE

1   assumptions, are apt to mislead readers who are not survey researchers.  The claims about recall bias

2   and "self-interest bias" simply assume (without evidence) that the Dennis survey suffers from such

3   biases.  Indeed, the existence of "self-interest bias" has – to my knowledge – never been scientifically

4   demonstrated in any survey. By contrast, the claim about nonresponse bias could be made about

5   virtually every survey, including those that have no nonresponse bias.  And Dr. Ericksen provides no

6   evidence there is such bias (or any other kind of bias) in the Dennis survey.  Moreover, the Dennis

7   survey followed generally accepted recommendations in survey research about these problems,

8   recommendations based on the results of scientific studies of recall error and nonresponse bias.

9   Finally, Dr. Ericksen claims that Dr. Dennis departed from one of the guidelines listed in the chapter

10  on survey research in the Federal Judicial Center's *Reference Manual on Scientific Evidence*, but this claim is

11  based on a misunderstanding of the *Manual.*

12      **III.    Recall Bias.**

13          5.       Dr. Ericksen acknowledges, in a quote from the book *Asking Questions* by Sudman and

14  Bradburn (p. 10 of his report) that memory about salient events is generally good over relatively long

15  periods of time.  As Sudman and Bradburn note, the more salient events are, the more likely they will

16  be remembered.  Thus Dr. Ericksen's assertion that the Dennis survey suffers from recall bias

17  depends entirely on his claim that work arrival and departure times were not salient to respondents.

18  According to Dr. Ericksen, "While the experience of playing minor league baseball is likely to have

19  been salient to many respondents, the experiences of arrival and departure times for various training

20  events and games are not salient events" (p. 10).   Dr. Ericksen goes even further by claiming "it is

21  unlikely that a respondent who played in 15 spring training games would ever had encoded his arrival

22  and departure times on those days" (p. 12).  Both these claims – that arrival and departure times were

23  not encoded and that they were not salient – are purely speculative.  Dr. Ericksen presents neither

24  evidence nor argument to support the claims.  Furthermore, both claims are wrong.

25          6.       In the Sudman and Bradburn book from which Dr. Ericksen quotes, the authors

26  define salience as "The importance of the topic or question to the respondent as indicated by the

27  thought that has been given to it by the respondent prior to the interview" (p. 301).  To say, as Dr.

28  Ericksen does, that "playing minor league baseball is likely to have been salient to many respondents"

DECLARATION OF STANLEY PRESSER IN SUPPORT OF OPPOSITION TO MOTION TO EXCLUDE

1   is a considerable understatement.  Playing minor league baseball was unquestionably salient to all the

2   respondents – indeed it was central to their lives.  Almost every day during spring training (as well as

3   during the other playing seasons) the respondents must have thought about arrival time at the ballpark

4   to ensure they were on time, something that the testimony from depositions makes clear was

5   important to them.[1]  And if they were late in arriving there were consequences that would have led to

6   further thought about the matter.[2]  Similar considerations apply to the time they left the ballpark.

7   Consequently, there can be little doubt that Dr. Ericksen is wrong in claiming that minor league

8   baseball players' arrival and departure times were not even encoded (which means respondents never

9   processed or attended to the information) and that arrival and departure times were not salient (which

10  means the information was not important to them).  To the contrary, both logic and evidence show

11  these times were both encoded and salient.

12          7.      Although salient events are generally recalled accurately, survey researchers

13  recommend using aided recall strategies in asking about events in the past because that approach has

14  been shown to maximize accuracy.[3]  Dr. Erickson correctly notes that such "aided prompts or cues

---

16  [1] For example, "you should be on time" (Rantz deposition p. 20); "Get there on time" (Viola
    deposition p. 40); "Q…it's vital that Marlins players and staff are on time for early work. Would you
17  agree with that?  A. Agree that it's important they're on time?  Q. Yes.  A. Yes" (Chattin deposition, p.
    194); "A. Yes, we had a specific designated stretch time that we had to be there by. You also had to be
18  there an hour prior to that, was the true requirement. Q. Did somebody tell you that you had to show
    up an hour before stretch time?  A. Yes.  Q. Who told you that?  A. It was either the pitching coach
19  or head coach" (Daly deposition, p. 101); "A: our Manager would write on the board, be here by, you
    know, a certain time.  But everyone knows that if you show up at that time, you're not early, that's not
20  – it doesn't look good, and they're going to question you, 'Why aren't you here early?  Do you not
    want to get better?'" (Gaston deposition, p. 186).
21

22  [2] *Id.*

23  [3] Studies that demonstrate the effect of aided recall include "An Alternative Approach to Obtaining
    Personal History Data" by B. Means, G. Swan, J. Jobe, & J. Esposito, Chapter 10 in *Measurement Errors*
24  *in Surveys* edited by P. Biemer, R. Groves, L. Lyberg, N. Mathiowetz and S. Sudman, Wiley: 1991;
    Event History Calendars and Question List Surveys: A Direct Comparison of Interviewing Methods,"
25  by R. Belli, W. Shay, and F. Stafford, *Public Opinion Quarterly*, v. 65 (2001): 45–74; "The Time-Line as a
    Device to Enhance Recall in Standardized Research Interviews: A Split Ballot Study" by W. van der
26  Vaart, *Journal of Official Statistics*, v. 20 (2004): 301–317; and "Methodological Comparisons between
    CATI Event History Calendar and Standardized Conventional Questionnaire Instruments," by R.
27  Belli, L. Smith, P. Andreski, and S. Agrawal, *Public Opinion Quarterly*, v. 71 (2007): 603–622.

28

DECLARATION OF STANLEY PRESSER IN SUPPORT OF OPPOSITION TO MOTION TO EXCLUDE

1   have the potential to lead to an improvement in recall" (p. 12).  He then claims that "whether or not

2   they [the aided recall strategies] create actual gains needs to be demonstrated empirically, which

3   Dennis failed to do" (p. 24).  However, Dr. Ericksen fails to mention that – with the exception of

4   research studies undertaken solely for methodological purposes – researchers never have the data

5   needed to demonstrate that aided recall led to reduced error in their particular survey.[4]  The important

6   point is that aided recall is recommended practice based on scientific research that has demonstrated

7   its efficacy in improving the accuracy of respondents' reports and therefore Dr. Dennis appropriately

8   adopted it.[5]

9   _____

10  [4] Similarly, Dr. Ericksen cannot demonstrate that aided recall did not reduce recall error.

11  [5] Dr. Ericksen opines that the purported recall error in the Dennis survey is also connected to the
    questionnaire's being burdensome.  He claims that to answer the arrival and departure time questions

12  "the respondent needed to:

13      a) Recall all of the home game days during spring training
        b) Count up all of the times that he arrived for a spring training home game and place them

14         in each of the 7 categories listed in the question
        c) Recall all of the away game days during spring training

15      d) Count up all of the times that he arrived for a spring training away game and place them
           in each of the 7 categories listed in the question

16      e) Combine the two numbers, for home and away game days for each of the 7 categories

17      f) Make sure that the total numbers for each of the 7 categories add up to the total number of
           spring training game days

18      g) Decide which of the 7 categories had the highest frequency of occurrences" (p. 8).

19  Yet Dr. Ericksen offers no reason to believe that performing all these operations is necessary to arrive

20  at an approximately correct answer to the following question about arrival time (or to the very similar
    question about departure time):

21   "Think about game days for your home and away games during Spring Training [**in YEAR/this**

22  **year**].   On such game days, please select the time that you would most often **arrive** at your team's
    Spring training complex at the start of the work day.

23  o 5:00 AM – 5:59 AM          o 6:00 AM – 6:59 AM
    o 7:00 AM – 7:59 AM          o 8:00 AM – 8:59 AM

24  o 9:00 AM – 9:59 AM          o 10:00 AM – 10:59 AM

25  o 11:00 AM – 11:59 AM"

26  In my judgment, this is not a difficult question and can be answered accurately without unusual effort.

27  And it is much less burdensome than questions posed in many high-quality surveys, for example,
    those about the details of consumer transactions posed by the Bureau of Labor Statistics' Consumer
    Expenditure Survey that plays a key role in the measurement of the Consumer Price Index.

28

DECLARATION OF STANLEY PRESSER IN SUPPORT OF OPPOSITION TO MOTION TO EXCLUDE

1

**IV.    Nonresponse Bias.**

2          8.      As is true of most surveys, many of the individuals who were randomly selected to

3    participate in the Dennis survey were nonrespondents.  Over the past few decades survey

4    nonresponse rates have grown dramatically.[6]  However, the major concern for the quality of survey

5    estimates is not the nonresponse rate, which is usually known, but the nonresponse bias, which is

6    almost never known.[7]  Most importantly, although a high nonresponse rate increases the potential for

7    nonresponse bias, in practice high nonresponse rates are not typically related to high nonresponse

8    bias.  This is counter to what survey researchers believed for decades but has now been conclusively

9    demonstrated.[8]

10         9.      Dr. Ericksen writes that "Dr. Dennis attempted to assess the possibility of non-

11   response bias by comparing those members of his selected sample who did and did not choose to

12

---

13   [6] For example, the University of Michigan Survey of Consumer Attitudes experienced a decline in
     response rate from 72 percent in 1979 to 60 percent in 1996 (or about three-quarters of a percentage
14   point per year) followed by a further decline to 48 percent in 2003 (or an additional decline of about
     one and a half percentage points per year).  See "Changes in Telephone Survey Nonresponse over the
15   Past Quarter Century," by R. Curtin, S. Presser, and E. Singer, *Public Opinion Quarterly,* 69 (2005): 87-
     98.  Other surveys experienced similar declines ((see, for example, "Gauging the Impact of Growing
16   Nonresponse on Estimates from a National RDD Telephone Survey," by S. Keeter, C. Kennedy, M.
     Dimmock, J. Best, and P. Craighill,  *Public Opinion Quarterly* v. 70 (2006): 759-779)) so that by 2012 the
17   major media surveys were obtaining response rates in only the high single digits (see, for example,
     http:www.people-press.org/2012/05/15/assessing-the-representativeness-of-public-opinion-
18   surveys/).
19

20   [7] This is because, as noted in a recent National Academy of Science's report, "nonresponse bias is a
     function of both the nonresponse rate and the difference between respondents and nonrespondents
21   on the statistic of interest, so high nonresponse rates could yield low nonresponse errors if the
     difference between respondents and nonrespondents is quite small" (p. 41 of *Nonresponse in Social*
22   *Science Surveys* edited by R. Tourangeau and T. Plewes, The National Academies Press: 2013).
23

24   [8] For examples of studies showing that nonresponse bias is usually unrelated to nonresponse rate, see
     "Consequences of Reducing Nonresponse in a National Telephone Survey," by S. Keeter, C. Miller,
25   A. Kohut, R. Groves, and S. Presser, *Public Opinion Quarterly*, v. 64 (2000): 125-148; "Effects of
     Response Rate Changes on the Index of Consumer Sentiment," by R. Curtin, S. Presser, and E.
26   Singer, *Public Opinion Quarterly* v. 64 (2000): 413-428; and "The Impact of Nonresponse Rates on
     Nonresponse Bias: A Meta-Analysis" by R. Groves and E. Peytcheva *Public Opinion Quarterly*, v. 72
27   (2008): 167-189.

28

DECLARATION OF STANLEY PRESSER IN SUPPORT OF OPPOSITION TO MOTION TO EXCLUDE

1    participate in his survey" (p. 19).[9]  Dr. Dennis' comparison of respondents with nonrespondents

2    followed generally accepted principles of survey methodology, but Dr. Ericksen criticizes Dr. Dennis

3    for making the comparison with only three variables: age, fielding position, and most recent year

4    played.  Dr. Ericksen says that the lack of difference on these variables does not preclude a difference

5    on other variables.  This argument applies to nonresponse analysis in all surveys.  Researchers rarely

6    have many variables with which to compare respondents and nonrespondents because very little is

7    typically known about the nonrespondents by virtue of their not having responded to the survey.  Dr.

8    Dennis used the available variables, which is standard practice.

9            10.     Dr. Ericksen's further claim that "Dr. Dennis has not demonstrated that the main

10   survey data are free from non-response bias" (p. 5), likewise applies to virtually all surveys, including

11   those that produce U.S. official statistics costing tens of millions of dollars.  This is because the

12   absence of a difference between respondents and nonrespondents on even a large number of

13   characteristics cannot prove there is no nonresponse bias as, in principle, a difference might exist on

14   some other characteristic that is related to the survey estimate.  Nevertheless, although no survey can

15   meet Dr. Ericksen's standard, it bears repeating that Dr. Dennis implemented generally accepted

16   recommendations in testing for nonresponse bias and found no evidence of it.  Moreover, although

17   Dr. Ericksen speculates about the presence of nonresponse bias in the Dennis survey, he provides no

18   evidence that such bias actually exists in the survey.

19           11.     Finally, even if there were nonresponse bias in the Dennis survey, it could lead to

20   either an underestimate of hours worked or an overestimate.  Dr. Ericksen claims "It is reasonable to

21   believe that those minor leaguers, whether or not they chose to opt into the collective, who felt most

22   dissatisfied with their minor league experience were more likely to participate in the survey.  To the

23   extent that these players did 'work' longer hours or were motivated to report longer hours, Dr.

24

25   [9] This is partly misleading, as what Dr. Dennis actually did was compare those who decided to
     participate with those who were not heard from, which, for some, was because they chose not to
26   participate but, for others, was because they never saw the invitation – e.g., the survey invitation was
     sent to an incorrect email address or the address was correct and the invitation was caught by a spam
27   filter or otherwise not read by the recipient.  Thus nonresponse to the Dennis survey had two very
     different components: refusals and noncontacts.
28

DECLARATION OF STANLEY PRESSER IN SUPPORT OF OPPOSITION TO MOTION TO EXCLUDE

1  Dennis' survey results would be biased upward" (p. 20).  Yet this is nothing but Dr. Ericksen's guess.

2  It would be equally reasonable to believe that the minor leaguers who were most dissatisfied would –

3  because of their dissatisfaction – be most likely to work shorter hours and therefore the survey results

4  would be biased downward.

5  **V.     Self-Interest Bias.**

6  12.     Although he labels it separately, some of Dr. Ericksen's references to "self-interest

7  bias" occur in the context of his discussion of nonresponse bias.  To the extent it differs from

8  nonresponse bias, "self-interest bias" (unlike both nonresponse bias and recall error) has not – to my

9  knowledge – been scientifically studied and thus I know of no scientific evidence that it occurs in

10  surveys.  Indeed I don't ever remember seeing the term used in the survey methods literature.

11  Furthermore, Dr. Ericksen has offered no evidence that "self-interest bias" exists in the Dennis

12  survey and no evidence that such bias would have a substantial effect on the conclusions drawn from

13  the Dennis survey if the bias did exist.

14  **VI.     Guidelines of the *Reference Manual on Scientific Evidence***

15  13.     The chapter on survey research in the Federal Judicial Center's *Reference Manual on*

16  *Scientific Evidence* provides guidelines for litigation surveys.  These guidelines involve key features of

17  surveys such as properly identifying the appropriate population, using a sampling frame that

18  approximates the population, employing random selection in drawing a sample from the frame, and

19  pretesting the questionnaire.  At only one point in his declaration (p. 23) does Dr. Ericksen invoke

20  these guidelines.  He claims that Dr. Dennis violated the *Manual*'s injunction not to identify the survey

21  sponsor to interviewers.  Before explaining why Dr. Dennis did *not* violate this guideline, it is worth

22  observing that Dr. Ericksen's not having invoked any of the *Manual*'s other guidelines in his critique

23  of Dr. Dennis is consistent with my judgment that the Dennis survey abided by these guidelines.

24  14.     Dr. Ericksen's claim that Dr. Dennis violated the guideline to "avoid telling

25  interviewers who is sponsoring the survey" misinterprets the *Manual*.  It is clear from the context in

26  this guideline ("To ensure objectivity in the administration of the survey") that the *Manual* is referring

27  to interviewers who collect the survey data—not persons conducting tests to evaluate the

28  questionnaire.  Dr. Ericksen's claim about a departure from the guideline refers to the fact that Dr.

DECLARATION OF STANLEY PRESSER IN SUPPORT OF OPPOSITION TO MOTION TO EXCLUDE

1   Dennis, who knew the identity of the survey sponsor, conducted cognitive interviews – interviews

2   done in advance of a survey (not as part of it) to see what, if any, problems respondents might have

3   with the questionnaire.  This is a common procedure in pretesting a questionnaire (which is referred

4   to as good practice in the *Manual* on p. 388) and such cognitive interviews, whose properties differ

5   greatly from standardized survey interviews, are never included in the survey data.  Moreover, it is

6   common for the person who designed the questionnaire – in this case Dr. Dennis – to conduct the

7   cognitive interviews because that person is uniquely positioned to understand how to carry out these

8   interviews.[10]

9   **VII.   Conclusion.**

10      15.      The three claims Dr. Ericksen makes about biases in the Dennis survey should be

11  discounted as (a) I know of no scientific evidence that "self-interest bias" has ever been observed in a

12  survey, (b) Dr. Ericksen presents no evidence that any of the biases are actually present in the Dennis

13  survey, and (c) Dr. Ericksen presents no evidence that any of the biases – if they were present –

14  would substantially change the survey's results.  In addition, Dr. Ericksen's claim that Dr. Dennis's

15  survey departed from the guidelines for surveys set out in the Federal Judicial Center's *Reference Manual*

16  *on Scientific Evidence* is simply a misinterpretation of the *Manual.*  In fact, the Dennis survey was

17  conducted in accordance with the recommendations of the *Manual.*

18      I declare under penalty of perjury under the laws of the United States of America that the

19  foregoing is true and correct.

20

21

22

23                                                            _____

                                                              Stanley Presser, Ph.D.

24  Dated:          October 14, 2016

25

26

27  _____

[10] See, e.g., "The Practice of Cognitive Interviewing," by P. Beatty and G. Willis, *Public Opinion*
28  *Quarterly*, v. 71 (2007): pp. 296-298.

**APPENDIX 1**
STANLEY PRESSER

PROFESSIONAL EMPLOYMENT

Distinguished University Professor, University of Maryland (2012- ) and Professor, Sociology Department, University of Maryland (1989- ), and Joint Program in Survey Methodology, University of Maryland--University of Michigan--Westat (1992- ).

Director, Survey Research Center, University of Maryland, 1989-2000.

Director, Joint Program in Survey Methodology, 1992-1995.

Director, Sociology Program, National Science Foundation, 1987-1988 (Associate Director, 1985-1987).

Director, Detroit Area Study, Sociology Department, University of Michigan, 1983-1985.

Head, Field Office, Survey Research Center, University of Michigan, 1981-1983.

OTHER PROFESSIONAL ACTIVITIES

Editor, *Public Opinion Quarterly*, 1993-1997 (Chair, Advisory Committee, 1999-2001).

President, American Association for Public Opinion Research, 1993-1994

Chair, Committee on Professional Ethics, American Sociological Association, 1999-2001.

Member, Board of Overseers, General Social Survey, University of Chicago, 1984-1985 and 1993-1997.

Member, Board of Directors, Roper Center for Public Opinion Research, 2006-2008.

Member, Board of Directors, Consortium of Social Science Associations, 2007-2008.

Member, Social, Behavioral, & Economic Sciences Advisory Committee, NSF, 2009- 14.

Member, Fulbright Scholar Sociology Panel, Council for International Exchange of Scholars, 2010-2011

Member, Board of Scientific Counselors, National Center for Health Statistics, 2011-2014.

Member, Survey Questionnaire Standing Committee, National Assessment of Educational Progress, 2014-

Member, Electorate Nominating Committee, Section on Social, Economic, and Political Sciences, American Association for the Advancement of Science, 2015-

Member, National Academy of Sciences' Panels: Review of the Bureau of Transportation Statistics' Survey Programs, 2002-03 (see *Measuring Personal Travel and Goods Movement*, NRC: 2003); Review of USDA's Agricultural Resource Management Survey, 2006-07 (see *Understanding American Agriculture*, NRC: 2008); Measuring Civic Engagement and Social Cohesion to Inform Policy, 2012-14 (see *Civic Engagement and Social Cohesion*, NRC: 2014; Human Spaceflight, 2012-14 see *Pathways to Exploration: Rationales and Approaches for a U.S. Program of Human Space Exploration*, NRC: 2014).

Editorial Board Member: *Social Psychology Quarterly*, 1979-1982; *Sociological Methods & Research*, 1980-1983; *Public Opinion Quarterly*, 1983-1987 (Poll Reviews co-editor, 1987-1992); *Journal of Survey Statistics and Methodology*, 2012-

HONORS
Paul F. Lazarsfeld Award for a career of outstanding contributions to methodology in sociology
American Sociological Association's Methodology Section, 2012.

AAPOR Award for exceptionally distinguished achievement, American Association for Public
Opinion Research, 2011.

Philip E. Converse Award for outstanding book published at least 5 years before, American Political
Science Association's Elections, Public Opinion and Voting Section, 2005 (with H. Schuman).

Member, Sociological Research Association, 2005- .

Fellow, American Statistical Association, 1994- .

Visiting Scholar, Medical School of the Universidad Autonoma de Madrid, 2014-15.

Fulbright Scholar, Fudan University, Shanghai, People's Republic of China, 2008-2009.

Senior Visiting Fellow, Social and Community Planning Research (now National Centre for Social
Research), London, England, 1995.

Guest Professor, Zentrum fur Umfragen Methoden und Analysen, Mannheim, Germany, 1987.

EDUCATION
Ph.D., Sociology, 1977, University of Michigan.

A.B.,   Sociology, 1971, Brown University.

BOOKS
*Valuing Oil Spill Prevention*. Kluwer, 2004 (with R. Carson, M. Conaway, M. Hanemann, J. Krosnick,
and R. Mitchell).

*Methods for Testing and Evaluating Survey Questionnaires*.  Wiley, 2004 (edited with J. Rothgeb, M.
Couper, J. Lessler, E. Martin, J. Martin, and E. Singer).

*Survey Research Methods*. University of Chicago Press, 1989 (edited with E. Singer).

*Survey Questions: Handcrafting the Standardized Questionnaire*.  Sage Publications, 1986 (with J. M.
Converse). Japanese translation, Tokyo: Hirokawa Publishers, 1992.

*Questions and Answers in Attitude Surveys: Experiments on Question Form, Wording, and Context*.
Academic Press, 1981 (with H. Schuman).  Paperback edition (with revised preface), Sage, 1996.

OTHER PUBLICATIONS

"Assessing the Mechanisms of Misreporting to Filter Questions in Surveys," *Public Opinion Quarterly,*
v.78 (2014): 721-733 (with S. Eckman, F. Kreuter, A. Kirchner, A. Jäckle, and R. Tourangeau).

"The Impact of Partisan Sponsorship on Political Surveys," *Public Opinion Quarterly*, v. 78 (2014):
510-522 (with R. Tourangeau and H. Sun).

"Support for the Survey Sponsor and Nonresponse Bias," *Public Opinion Quarterly*, v.76 (2012): 512-524 (with R. Groves, R. Tourangeau, B. West, M. Couper, E. Singer, and C. Toppe).

"Substance and Method in Public Opinion Quarterly, 1937-2010" *Public Opinion Quarterly*, v. 75 (2011): 839-845.

"The Growth of Survey Research in the United States: Government-Sponsored Surveys, 1984-2004," *Social Science Research*, v. 40 (2011): 1019-1024 (with S. McCulloch).

"The Effects of Asking Filter Questions in Interleafed versus Grouped Format," *Sociological Methods & Research*, v. 40 (2011): 88-104 (with F. Kreuter, S. McCulloch, and R. Tourangeau).

"Question and Questionnaire Design," in P. V. Marsden and J. D. Wright (eds.) *Handbook of Survey Research, 2nd Edition*, Emerald (2010): 263-314 (with J. Krosnick).

"How Social Processes Distort Measurement: The Impact of Survey Nonresponse on Estimates of Volunteer Work in the United States," *American Journal of Sociology*, v. 114 (2009): 1129-1165 (with K. Abraham and S. Helms).

"Social Desirability Bias in CATI, IVR, and Web Surveys: The Effects of Mode and Question Sensitivity," *Public Opinion Quarterly*, v. 72 (2008): 847-865 (with F. Kreuter and R. Tourangeau).

"Is Religious Service Attendance Declining?" *Journal for the Scientific Study of Religion*, v. 46 (2007): 417-423 (with M. Chaves).

"Privacy, Confidentiality, and Respondent Burden as Factors in Telephone Survey Nonresponse," in J. Lepkowski et al. (eds.) *Advances in Telephone Survey Methodology*, New York: Wiley, 2007: 449-470 (with E. Singer).

"Incentives in Random Digit Dial Telephone Surveys," *Journal of Official Statistics*, v. 23 (2007): 91-105 (with R. Curtin and E. Singer).

"Cell Phone Survey Feasibility in the U.S." *Public Opinion Quarterly*, v. 71 (2007): 23-39 (with M. Brick, P. Brick, S. Dipko, C. Tucker, and Y. Yuan).

"Nonresponse Bias in a Dual-Frame Sample of Cell and Landline Numbers," *Public Opinion Quarterly* v. 70 (2006): 780-793 (with M. Brick, S. Dipko, C. Tucker, and Y. Yuan).

"Experiments in Producing Nonresponse Bias," *Public Opinion Quarterly*, v. 70 (2006): 720-736 (with R. Groves, M. Couper, E. Singer, R. Tourangeau, G. Acosta, and L. Nelson).

"Changes in Telephone Survey Nonresponse over the Past Quarter Century," *Public Opinion Quarterly* v. 69 (2005): 87-98 (with R. Curtin and E. Singer).
"The Role of Topic Interest in Survey Participation Decisions," *Public Opinion Quarterly*, v. 68 (2004): 2-31 (with R. Groves and S. Dipko).

"Methods for Testing and Evaluating Survey Questions," *Public Opinion Quarterly*, v. 68 (2004): 109-130 (with M. Couper, J. Lessler, E. Martin, J. Martin, J. Rothgeb, and E. Singer).

"The 'Feminist' Mystique: Feminist Identity in Three Generations of Women," *Gender & Society*, v. 18 (2004): 122-144 (with P. Peltola and M. Milkie).

"The Science of Asking Questions," *Annual Review of Sociology*, v. 29 (2003): 65-88 (with N. C. Schaeffer).

DECLARATION OF STANLEY PRESSER IN SUPPORT OF OPPOSITION TO MOTION TO EXCLUDE

"Contingent Valuation and Lost Passive Use: Damages from the Exxon Valdez Oil Spill," *Environmental and Resource Economics* v. 25 (2003): 257-286 (with R. Carson, R. Mitchell, M. Hanemann, R. Kopp, and P. Ruud).  Reprinted in *Economics of the Environment* R. Stavins (ed.) Norton: 2005.

"Context Effects in Attitude Surveys: Effects on Remote Items and Impact on Predictive Validity," *Sociological Methods & Research*, v. 31 (2003): 486-513 (with R. Tourangeau and E. Singer).

"The Impact of 'No Opinion' Response Options on Data Quality: Non-Attitude Reduction or Invitation to Satisfice?" *Public Opinion Quarterly*, v. 66 (2002): 371-403 (with J. Krosnick, et al.).

"Effects of Response Rate Changes on the Index of Consumer Sentiment," *Public Opinion Quarterly* v. 64 (2000): 413-428 (with R. Curtin and E. Singer).

"Consequences of Reducing Nonresponse in a National Telephone Survey," *Public Opinion Quarterly*, v. 64 (2000): 125-148 (with S. Keeter, C. Miller, A. Kohut, and R. Groves).

"Knowing versus Feeling as Factors in Willingness to Report Information to the Census," *Social Science Research,* v. 29 (2000): 140-147 (with E. Singer and J. Hoewyk).

"Measuring Civilian Defensive Firearm Use: A Methodological Experiment," *Journal of Quantitative Criminology,* v. 16 (2000): 1-19 (with D. McDowall and C. Loftin).

"Data Collection Mode and Social Desirability Bias in Self-Reported Religious Attendance," *American Sociological Review,* v. 63 (1998): 137-145 (with L. Stinson).

"Referendum Design and Contingent Valuation," *Review of Economics and Statistics,* v. 80 (1998): 484-487 (with R. Carson, M. Hanemann, R. Kopp, J. Krosnick, R. Mitchell, P. Ruud, and K. Smith).

"Temporal Reliability of Estimates from Contingent Valuation," *Land Economics,* v. 73 (1997): 151-163 (with R. Carson, M. Hanemann, R. Kopp, J. Krosnick, R. Mitchell, P. Ruud, and K. Smith).

"Sex, Samples, and Response Errors," *Contemporary Sociology*, v. 24 (1995): 296-298.

"Survey Pretesting: Do Different Methods Produce Different Results?" *Sociological Methodology 1994*: 73-104 (with J. Blair).

"Informed Consent and Confidentiality in Survey Research" *Public Opinion Quarterly*, v. 58 (1994): 446-459.

"Survey Sponsorship, Response Rates, and Response Effects," *Social Science Quarterly*, v. 73 (1992): 699-702 (with J. Blair and T. Triplett).

"Attributes of Questions and Interviewers as Correlates of Interviewing Performance," *Public Opinion Quarterly*, v. 56 (1992): 236-240 (with S. Zhao).

"Little White Lies and Social Science Models: Correlated Response Errors in a Panel Study of Voting," *Public Opinion Quarterly*, v. 56 (1992): 77-86 (with M. Traugott).

"Can Changes in Context Reduce Vote Overreporting in Surveys?" *Public Opinion Quarterly*, v.54 (1990): 586- 593.

"Measurement Issues in the Study of Social Change," *Social Forces*, v. 68 (1990): 856-868.

DECLARATION OF STANLEY PRESSER IN SUPPORT OF OPPOSITION TO MOTION TO EXCLUDE

"Pretesting: A Neglected Aspect of Survey Research," in F. Fowler (ed.), *Health Survey Methods*, National Center for Health Services Research, 1989: 35-37.

"Collection and Design Issues: Discussion," in D. Kasprzyk, G. Duncan, G. Kalton, and M. Singh (eds.) *Panel Surveys*, New York: Wiley, 1989: 75-79.

"Measuring Public Support for the New Christian Right," *Public Opinion Quarterly*, v. 52 (1988): 325-337 (with L. Sigelman).

"The Use of Survey Data in Basic Research in the Social Sciences," in C. Turner and E. Martin (eds.), *Surveying Subjective Phenomena Vol. 2*, New York: Russell Sage Foundation, 1984: 93-114

"Is Inaccuracy on Factual Survey Items Item-Specific or Respondent-Specific?" *Public Opinion Quarterly*, v. 48 (1984): 344-355.

"Improving the Training of Survey Interviewers," in C. Cannell and R. Groves (eds.), *Health Survey Research Methods*, National Center for Health Services Research, 1984: 301-304.

"Discussion of Computer-Assisted Telephone Interviewing," *Proceedings of the American Statistical Association Survey Research Methods Section*, 1983: 142-143.

"Survey Research Methodology versus Survey Research Practice," *Contemporary Sociology*, v. 12 (1983):   636-638.

"Reviewer Reliability: Confusing Random Error with Systematic Error or Bias," *Behavioral and Brain Sciences*, v. 5 (1982): 234-235.

"Studying Social Change with Survey Data," *Social Indicators Research,* v. 10 (1982): 407-422.

"Context Effects on Survey Responses to Questions about Abortion," *Public Opinion Quarterly*, v. 45 (1981): 216-223 (with H. Schuman and J. Ludwig).

"The Attitude-Action Connection and the Issue of Gun Control," *The Annals of the American Academy of Political and Social Science*, v. 455 (1981): 40-47 (with H. Schuman).

"Comment on Nelson and on Baloyra," *American Political Science Review*, v. 74 (1980): 459-460.

"The Measurement of a Middle Position in Attitude Surveys," *Public Opinion Quarterly*, v. 44 (1980): 70-85 (with H. Schuman).

"Public Opinion and Public Ignorance," *American Journal of Sociology* v.85 (1980):1214-1225 (with H. Schuman).

"Collaboration and the Quality of Research," *Social Studies of Science*, v. 10 (1980): 95-101.

"The Open and Closed Question," *American Sociological Review*, v. 44 (1979): 692-712 (with H. Schuman).  Russian version in the USSR journal *Sociological Research*, July-Sept. 1982: 145-156.

"The Assessment of 'No Opinion' in Attitude Surveys," *Sociological Methodology 1979*: 241-275 (with H. Schuman).

"Attitude Measurement and the Gun Control Paradox," *Public Opinion Quarterly*, v. 41 (1977-78): 427-438 (with H. Schuman).

DECLARATION OF STANLEY PRESSER IN SUPPORT OF OPPOSITION TO MOTION TO EXCLUDE

"Question Wording as an Independent Variable in Survey Analysis," *Sociological Methods & Research*, v. 6 (1977): 151-170 (with H. Schuman).

"On Stimson's Interpretation of Declines in Presidential Popularity," *Public Opinion Quarterly*, v. 40 (1976-77): 538-543 (with J. Converse).

TESTIMONY DURING THE LAST 4 YEARS

Deborah Heart and Lung Center vs. Virtua Health Inc., et al., New Jersey Superior Court, deposition, 2015.

Vaccarino et al., vs. Midland National Life Insurance Co. et al., U.S. District Court, Central District of California, deposition, 2013.

HOURLY BILLING RATE

$1,150