# EXHIBIT 5



Exhibit 5

**Number of Days Minor League Baseball Players Were Assigned to a California League Affiliate
For Players Who Were Assigned to Affiliates in Multiple States During the Same Championship Season[1]
2010 Championship Season**

Total Number of Players = 364

**Note**: [1] These amounts include players who were assigned to both a California League affiliate and a Pacific Coast League ("PCL") affiliate based in California (i.e., the Sacramento River Cats and/or the Fresno Grizzlies) during the same Championship Season. 4 players assigned to a California League affiliate were also assigned to a California based PCL affiliate during the 2010 Championship Season. The PCL includes affiliates in 12 states other than California.

Sources: MLB0003903 - 923; MLB0006627; <http://www.milb.com/index.jsp>; <http://www.baseball-reference.com>.

1



**Number of Days Minor League Baseball Players Were Assigned to a California League Affiliate For Players Who Were Assigned to Affiliates in Multiple States During the Same Championship Season**[1]
**2011 Championship Season**

Exhibit 5

Total Number of Players = 334

Note: [1] These amounts include players who were assigned to both a California League affiliate and a Pacific Coast League ("PCL") affiliate based in California (i.e., the Sacramento River Cats and/or the Fresno Grizzlies) during the same Championship Season. 4 players assigned to a California League affiliate were also assigned to a California based PCL affiliate during the 2011 Championship Season. The PCL includes affiliates in 12 states other than California.

Sources: MLB0003903 - 923; MLB0006627; <http://www.milb.com/index.jsp>; <http://www.baseball-reference.com>.



**Number of Days Minor League Baseball Players Were Assigned to a California League Affiliate For Players Who Were Assigned to Affiliates in Multiple States During the Same Championship Season[1] 2012 Championship Season**

Exhibit 5

Total Number of Players = 353

Note: [1] These amounts include players who were assigned to both a California League affiliate and a Pacific Coast League ("PCL") affiliate based in California (i.e., the Sacramento River Cats and/or the Fresno Grizzlies) during the same Championship Season. 7 players assigned to a California League affiliate were also assigned to a California based PCL affiliate during the 2012 Championship Season. The PCL includes affiliates in 12 states other than California.

Sources: MLB0003903 - 923; MLB0006627; <http://www.milb.com/index.jsp>; <http://www.baseball-reference.com>.

3



**Number of Days Minor League Baseball Players Were Assigned to a California League Affiliate For Players Who Were Assigned to Affiliates in Multiple States During the Same Championship Season[1] 2013 Championship Season**

Exhibit 5

Total Number of Players = 331

Note: [1] These amounts include players who were assigned to both a California League affiliate and a Pacific Coast League ("PCL") affiliate based in California (i.e., the Sacramento River Cats and/or the Fresno Grizzlies) during the same Championship Season. 7 players assigned to a California League affiliate were also assigned to a California based PCL affiliate during the 2013 Championship Season. The PCL includes affiliates in 12 states other than California.

Sources: MLB0003903 - 923; MLB0006627; <http://www.milb.com/index.jsp>; <http://www.baseball-reference.com>.

4



Exhibit 5

**Number of Days Minor League Baseball Players Were Assigned to a California League Affiliate For Players Who Were Assigned to Affiliates in Multiple States During the Same Championship Season[1] 2014 Championship Season**

Total Number of Players = 369

Note: [1] These amounts include players who were assigned to both a California League affiliate and a Pacific Coast League ("PCL") affiliate based in California (i.e., the Sacramento River Cats and/or the Fresno Grizzlies) during the same Championship Season. 8 players assigned to a California League affiliate were also assigned to a California based PCL affiliate during the 2014 Championship Season. The PCL includes affiliates in 12 states other than California.

Sources: MLB0003903 - 923; MLB0006627; <http://www.milb.com/index.jsp>; <http://www.baseball-reference.com>.



**Number of Days Minor League Baseball Players Were Assigned to a California League Affiliate For Players Who Were Assigned to Affiliates in Multiple States During the Same Championship Season[1] 2015 Championship Season**

Exhibit 5

Note: [1] These amounts include players who were assigned to both a California League affiliate and a Pacific Coast League ("PCL") affiliate based in California (i.e., the Sacramento River Cats and/or the Fresno Grizzlies) during the same Championship Season. 2 players assigned to a California League affiliate were also assigned to a California based PCL affiliate during the 2015 Championship Season. The PCL includes affiliates in 12 states other than California.

Sources: MLB0003903 - 923; MLB0006627; <http://www.milb.com/index.jsp>; <http://www.baseball-reference.com>.