UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON SENNE, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>KANSAS CITY ROYALS BASEBALL CORP., et al.,<br><br>　　　　Defendants. | Case No. 14-cv-00608-JCS<br><br>**ORDER** |

Any motion addressed to the legal issues raised by the Save America's Pastime Act will be heard at the same time as the Motions for Summary Judgment.

**IT IS SO ORDERED.**

Dated: March 22, 2021

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　Chief Magistrate Judge