**PROSKAUER ROSE LLP**
ELISE M. BLOOM (admitted *pro hac vice*)
ebloom@proskauer.com
NEIL H. ABRAMSON (admitted *pro hac vice*)
nabramson@proskauer.com
ADAM M. LUPION (admitted *pro hac vice*)
alupion@proskauer.com
RACHEL PHILION (admitted *pro hac vice*)
rphilion@proskauer.com
NOA M. BADDISH (admitted *pro hac vice*)
nbaddish@proskauer.com
JOSHUA S. FOX (admitted *pro hac vice*)
jfox@proskauer.com
11 Times Square
New York, NY 10036
Telephone:   (212) 969-3000
Facsimile:   (212) 969-2900

**PROSKAUER ROSE LLP**
SAMANTHA R. MANELIN (admitted *pro hac vice*)
One International Place
Boston, MA 02110-2600
Telephone:  (617) 526-9600
Facsimile:   (617) 526-9899

**PROSKAUER ROSE LLP**
PHILIPPE A. LEBEL (SBN 274032)
plebel@proskauer.com
2029 Century Park East, 24th Floor
Los Angeles, CA  90067-3010
Telephone: (310) 557-2900
Facsimile:   (310) 557-2193

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON SENNE, *et al*.,<br><br>                    Plaintiffs,<br><br>vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, *et al.*<br><br>                    Defendants. | Case No. 3:14-cv-00608 JCS (consolidated with 3:14-cv-03289-JCS)<br><br>Hon. Joseph C. Spero<br><br>**CLASS ACTION**<br><br>**DEFENDANTS' STATEMENT OF NONOPPOSITION TO PLAINTIFFS' MOTION TO INTERVENE ON BEHALF OF BRYAN HENRY** |

1

Pursuant to Civil Local Rule 7-3(b), Defendants respectfully submit this Statement of Nonopposition to Plaintiffs' Motion to Intervene on Behalf of Bryan Henry (the "Proposed Intervenor"), filed on April 22, 2021 (Dkt. No. 922) (the "Motion to Intervene").

Prior to filing the Motion to Intervene, the Parties met and conferred, and Defendants agreed that they would not oppose the Motion to Intervene, provided that Defendants are entitled to depose the Proposed Intervenor, at a mutually convenient time, and to seek written discovery from him that is similar in scope to the written discovery agreed to be provided by the Named Plaintiffs. (*See* Declaration of Garrett Broshuis (Dkt. No. 922-1) ("Broshuis Decl."), at ¶ 3.) Defendants' Statement of Nonopposition is expressly conditioned on the Parties' foregoing agreement.

Defendants submit herewith a Joint Stipulation and Declaration memorializing the Parties' agreement, and respectfully request that the Court enter the accompanying Proposed Order approving the Joint Stipulation.

DATED: May 6, 2021

Respectfully submitted,

 */s/ Elise M. Bloom*
Elise M. Bloom (*pro hac vice*)
Neil H. Abramson (*pro hac vice*)
Adam M. Lupion (*pro hac vice*)
Rachel Philion (*pro hac vice*)
Noa M. Baddish (*pro hac vice*)
Joshua S. Fox (*pro hac vice*)
PROSKAUER ROSE LLP
11 Times Square
New York, NY 10036
(212) 969-3000

*/s/ Samantha R. Manelin*
Samantha R. Manelin (*pro hac vice*)
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110-2600
(617) 526-9600

*/s/ Philippe A. Lebel*
Philippe A. Lebel (Bar No. 274032)
PROSKAUER ROSE LLP
2049 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 557-2900

*Attorneys for Defendants*