UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON SENNE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>KANSAS CITY ROYALS BASEBALL CORP., et al.,<br><br>    Defendants. | Case No. 14-cv-00608-JCS<br><br>**ORDER DENYING JOINT LETTER**<br><br>Re: Dkt. No. 932 |

The parties have filed a joint letter in which the plaintiffs ask the Court to interpret the Court's order, docket no. 439, regarding depositions of nonparty MLB clubs (the "Motion"). The Motion is **DENIED**. Each individual that is deposed pursuant to a Rule 30(b)(6) subpoena to a dismissed MLB club shall count towards the fifteen (15) third party deposition limit.

**IT IS SO ORDERED.**

Dated: May 27, 2021

JOSEPH C. SPERO
Chief Magistrate Judge