STEPHEN M. TILLERY (*pro hac vice*)
　stillery@koreintillery.com
GARRETT R. BROSHUIS (Bar No. 329924) (*pro hac vice*)
　gbroshuis@koreintillery.com
JAMIE L. BOYER (*pro hac vice*)
　jboyer@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

CLIFFORD H. PEARSON (Bar No. 108523)
　cpearson@pswlaw.com
DANIEL L. WARSHAW (Bar No. 185365)
　dwarshaw@pswlaw.com
BOBBY POUYA (Bar No. 245527)
　bpouya@pswlaw.com
THOMAS J. NOLAN (Bar No. 66992)　　　　　BENJAMIN E. SHIFTAN (Bar No. 265767)
　tnolan@pswlaw.com　　　　　　　　　　　　　bshiftan@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**　　**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400　　　　　350 Sansome Street, Suite 680
Sherman Oaks, CA 91403　　　　　　　　　　San Francisco, CA 94104
Telephone:  (818) 788-8300　　　　　　　　　Telephone:  (415) 433-9000
Facsimile:  (818) 788-8104　　　　　　　　　Facsimile:  (415) 433-9008

Plaintiffs' Interim Co-Lead Class Counsel

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL; et al.;<br><br>　　　　Defendants. | Case No. 3:14-cv-00608-JCS<br>(consolidated with No. 3:14-cv-03289-JCS)<br>Assigned to: Hon. Joseph C. Spero<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING RULE 23(B)(2) CLASS DEFINITION** |

960584.1　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 3:14-cv-00608-JCS
STIPULATION AND [PROPOSED] ORDER REGARDING RULE 23(B)(2) CLASS DEFINITION

Plaintiffs[1] and Defendants[2] hereby stipulate, by and through their attorneys, as follows:

Whereas, in the July 23, 2021 Order Granting in Part and Denying in Part Plaintiffs' Motion for Rule 23(b)(2) Class Certification (the "Order"), the Court certified a Rule 23(b)(2) class only as to Defendant The Office of the Commissioner of Baseball under Arizona law and Florida law and declined to certify a Rule 23(b)(2) class as to any claims asserted against the Franchise Defendants or under California law against any Defendants (Dkt. 946);

Whereas, the Court directed the parties to "meet and confer to address the specific wording of the Rule 23(b)(2) class definition that the Court has approved, incorporating the limitations discussed" in the Order;

Whereas, the parties have agreed on the wording of the Rule 23(b)(2) class definition that the Court has approved;

Whereas, the parties agreement on the wording of the Rule 23(b)(2) class definition is pursuant to the Court's Order to meet and confer on this issue, and is without prejudice to or waiver of any right to appeal or otherwise respond to the ruling, including but not limited to Defendants' petition for permission to appeal pursuant to Fed. R. Civ. P 23(f) or or any motion to decertify the Rule 23(b)(2) class;

Now, therefore:

It is hereby stipulated, by and between counsel to the parties, that the wording of the Rule 23(b)(2) class definition that the Court has approved, consistent with the limitations discussed in the Order, is as follows:

> Any person who is or will in the future be signed to a Minor League Uniform Player Contract and participates in spring training, extended spring training, the championship season, or instructional leagues in Florida or Arizona.

---

[1] The term Plaintiffs refers collectively to all the plaintiffs named in the Second Consolidated Amended Class Action Complaint (ECF No. 382) who have not withdrawn, along with the intervening plaintiffs.

[2] The term Defendants refers collectively to all the defendants named in the Second Consolidated Amended Class Action Complaint (ECF No. 382), with the exception of those Defendants that have been dismissed from this action.

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

|   |   |
|---|---|
| | Respectfully submitted, |
| DATED: August 24, 2021 | /s/ Bobby Pouya |
| | PEARSON, SIMON & WARSHAW LLP |
| | Clifford H. Pearson |
| | Thomas J. Nolan |
| | Daniel L. Warshaw |
| | Bobby Pouya |
| | Benjamin E. Shiftan |
| | Michael H. Pearson |
| | |
| | KOREIN TILLERY, LLC |
| | Stephen M. Tillery (Pro Hac Vice) |
| | Garrett R. Broshuis |
| | Jamie Boyer (Pro Hac Vice) |
| | |
| | *Co-Lead Class Counsel* |
| | |
| Dated: August 24, 2021 | /s/ Elise M. Bloom |
| | Elise M. Bloom (pro hac vice) |
| | ebloom@proskauer.com |
| | Neil H. Abramson (pro hac vice) |
| | nabramson@proskauer.com |
| | Adam M. Lupion (pro hac vice) |
| | alupion@proskauer.com |
| | PROSKAUER ROSE LLP |
| | Eleven Times Square |
| | New York, New York 10036-8299 |
| | Telephone: (212) 969-3000 |
| | Facsimile: (212) 969-2900 |
| | |
| | Philippe A. Lebel |
| | plebel@Proskauer.com |
| | PROSKAUER ROSE LLP |
| | 2029 Century Park East, Suite 2400 |
| | Los Angeles, California 90067-3206 |
| | Telephone: (310) 284-4558 |
| | Facsimile: (310) 557-2193 |
| | |
| | *Attorneys for all Defendants* |

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatories above.

Dated:  August 24, 2021                 */s/ Bobby Pouya*
                                                   Bobby Pouya

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

**[PROPOSED] ORDER**

The Court, having considered the parties stipulation, and cause appearing, IT IS HEREBY ORDERED that the Rule 23(b)(2) Class in the above referenced action is defined as follows:

Any person who is or will in the future be signed to a Minor League Uniform Player Contract and participates in spring training, extended spring training, the championship season, or instructional leagues in Florida or Arizona.

DATED: August 24, 2021

_____
HONORABLE JOSEPH C. SPERO
Chief Magistrate Judge