UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br>vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL, et al.,<br><br>Defendants. | CASE NO. 3:14-cv-00608-JCS<br>Consolidated with 14-cv-3289 JCS<br><br>**CLASS ACTION**<br><br>**[~~PROPOSED~~] ORDER APPOINTING CLASS COUNSEL**<br><br>Honorable Joseph C. Spero |

1   In accordance with the Court's Order dated July 23, 2021 (ECF No. 946), the parties hereby submit this agreed-upon proposed order appointing Korein Tillery, LLC and Pearson, Simon & Warshaw, LLP as class counsel for all classes certified in the above-entitled action, including the Arizona, Florida and California Classes certified pursuant to Federal Rule of Civil Procedure 23(b)(3), and the class certified pursuant to Federal Rule of Civil Procedure 23(b)(2).

**IT IS SO ORDERED.**

DATED: 8/26/2021

_____
HONORABLE JOSEPH C. SPERO
Chief Magistrate Judge