# EXHIBIT 4
# TO THE DECLARATION OF ELISE M. BLOOM IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' EXPERT DECLARATIONS AND TESTIMONY OF J. MICHAEL DENNIS, PH.D

# CONFIDENTIAL EXHIBIT FILED UNDER SEAL