# EXHIBIT 427

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

```
AARON SENNE, et al.,           )
Individually and on Behalf     )
of All Those Similarly         )
Situated,                      )
                               ) Case No.
          Plaintiffs,          ) 3:14-cv-00608-JCS
                               ) (consolidated with
     vs.                       ) 3:14-cv-03289-JCS)
                               )
OFFICE OF THE COMMISSIONER OF  ) CLASS ACTION
BASEBALL, an unincorporated    )
association doing business as  )
MAJOR LEAGUE BASEBALL, et al., )
                               )
          Defendants.          )
_____)
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF
GABE KAPLER
THURSDAY, FEBRUARY 4, 2016

Reported by:  Gale M. Lucas, RPR, RMR, CRR, CLR
              CSR No. 7899

Page 25

1    A.    I would be responsible for hiring all of
2    our minor league field staff members and many of our
3    player development front office staff members.
4    Q.    Are you the highest-ranking employee of
5    the player development department for the Dodgers?
6    A.    Yes.
7    Q.    And what is the player development
8    department?  What's it responsible for?
9    A.    Developing players.
10   Q.    Developing minor league players?
11   A.    Developing minor league players, developing
12   minor league staff members.
13   Q.    Developing minor league players into major
14   league players?
15   A.    Developing human beings.  It's actually --
16   like baseball is really interesting, for me anyways.
17   Player development is a human development job, sort
18   of masquerading as a job in baseball.
19   Q.    And what do you mean?
20         Go ahead.
21   A.    Sure.
22   Q.    What do you mean by that?
23   A.    I mean our job is to make human beings as
24   strong as they possibly can be.  So we understand
25   that most of our minor league players will not reach

1  the major league level.
2          So our responsibility is to help them
3  become more equipped to navigate the world through
4  sharpening them in the way of communication,
5  sharpening them in the way of emotional and
6  intellectual well-being, while also raising the bar
7  for them athletically, bigger, stronger, faster, all
8  of those things.
9          So we -- like I said, 90 percent of them,
10 give or take, will not find their way onto a major
11 league field; and, therefore, if we can send them
12 out into the world as better, stronger human beings,
13 we've done -- we've done our job.  And I feel -- I
14 feel really good about that.
15      Q.   Okay.  What -- you estimated that
16 10 percent, give or take, other players --
17      A.   That's a really, really rough estimation
18 and -- and probably one that I wouldn't -- I would
19 have to do some research to understand that better.
20 But a -- I should say a large portion of our guys,
21 our players, will not reach a major league level.
22      Q.   All right.  In -- as director of player
23 development, are you responsible for assigning minor
24 leaguers to affiliates?
25      A.   Yes.