# EXHIBIT 234
# TO THE DECLARATION OF ELISE M. BLOOM IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

# CONFIDENTIAL EXHIBIT FILED UNDER SEAL