**PROSKAUER ROSE LLP**
ELISE M. BLOOM (admitted *pro hac vice*)
ebloom@proskauer.com
NEIL H. ABRAMSON (admitted *pro hac vice*)
nabramson@proskauer.com
ADAM M. LUPION (admitted *pro hac vice*)
alupion@proskauer.com
RACHEL S. PHILION (admitted *pro hac vice*)
rphilion@proskauer.com
NOA M. BADDISH (admitted *pro hac vice*)
nbaddish@proskauer.com
JOSHUA S. FOX (admitted *pro hac vice*)
jfox@proskauer.com
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

**PROSKAUER ROSE LLP**
PHILIPPE A. LEBEL (SBN 274032)
plebel@proskauer.com
2029 Century Park East, 24th Floor
Los Angeles, CA 90067-3010
Telephone: (310) 557-2900
Facsimile: (310) 557-2193

**PROSKAUER ROSE LLP**
SAMANTHA R. MANELIN (admitted *pro hac vice*)
smanelin@proskauer.com
One International Place
Boston, MA 02110-2600
Telephone: (617) 526-9600
Facsimile: (617) 526-9899

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AARON SENNE, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL, *et al.*<br><br>Defendants. | Case No. CV 14-00608 JCS (consolidated with 3:14-cv-03289-JCS)<br><br>Hon. Joseph C. Spero<br><br>**CLASS ACTION**<br><br>**SUPPLEMENTAL DECLARATION OF ALLAN H. ("BUD") SELIG** |

I, Allan H. ("Bud") Selig, declare as follows:

1. I served as the Commissioner of Baseball from July 9, 1998 until January 25, 2015. I make this supplemental declaration in support of Defendants' Motion for Partial Summary Judgment. I have personal knowledge of the following facts, and if called as a witness, I could and would competently testify to them.

2. During my tenure as Commissioner, I was employed by the Office of the Commissioner of Baseball, not by any of the Clubs. Since 2008, I have not held an ownership interest in the Commissioner's Office or any Club.

3. As Commissioner, I played no role in setting the specific hours or scheduling for any minor league player, nor did I interact with minor league players on a daily (or even less frequent) basis.

4. As Commissioner, I never contributed monetarily to the wages of any minor league players, nor did I record the hours of work, payroll processing, or issuance of their wages. I also did not personally maintain any employment records for any minor league player.

5. As Commissioner, I was not involved in negotiating individual minor league players' compensation, or the decision to pay minor league players a salary, as opposed to paying them hourly. I understand that minor league players were paid by their respective Clubs, who are responsible for issuing wage statements, and neither I nor the Commissioner's Office was involved in processing minor league players' paychecks.

6. As Commissioner, I never provided minor league players with any tools, equipment, or uniforms, and since 2008, I had no ownership interest in any of the facilities where minor league players played or practiced.

7. As Commissioner, I did not exercise any direct authority with respect to decisions as to which minor league players Clubs selected in the amateur draft, signed to a contract, and/or were released from their contracts by the Clubs. I did not have the power to hire or fire any minor league player, other than for certain rule violations.

8. As Commissioner, I was not involved in any decisions regarding the termination of any minor league player.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of October, 2021.

_Allan H. ("Bud") Selig_
Allan H. ("Bud") Selig