**PROSKAUER ROSE LLP**
ELISE M. BLOOM (admitted *pro hac vice*)
ebloom@proskauer.com
NEIL H. ABRAMSON (admitted *pro hac vice*)
nabramson@proskauer.com
ADAM M. LUPION (admitted *pro hac vice*)
alupion@proskauer.com
RACHEL S. PHILION (admitted *pro hac vice*)
rphilion@proskauer.com
NOA M. BADDISH (admitted *pro hac vice*)
nbaddish@proskauer.com
JOSHUA S. FOX (admitted *pro hac vice*)
jfox@proskauer.com
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

**PROSKAUER ROSE LLP**
PHILIPPE A. LEBEL (SBN 274032)
plebel@proskauer.com
2029 Century Park East, 24th Floor
Los Angeles, CA 90067-3010
Telephone: (310) 557-2900
Facsimile: (310) 557-2193

**PROSKAUER ROSE LLP**
SAMANTHA R. MANELIN (admitted *pro hac vice*)
One International Place
Boston, MA 02110-2600
Telephone: (617) 526-9600
Facsimile: (617) 526-9899

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON SENNE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, and unincorporated association doing business as MAJOR LEAGUE BASEBALL, *et al.*<br><br>Defendants. | Case No. 3:14-cv-00608 JCS (consolidated with 3:14-cv-03289-JCS)<br><br>**DECLARATION OF ADAM TYHURST, CONTROLLER, ATHLETICS INVESTMENT GROUP LLC** |

**DECLARATION OF ADAM TYHURST -** Case No. 3:14-cv-00608 JCS (consolidated with 3:14-cv-03289-JCS)

I, Adam Tyhurst, declare as follows:

1. I am employed as the Controller for Athletics Investment Group LLC (d/b/a "Oakland Athletics"), a Major League Baseball Club (the "Oakland Athletics" or the "Club"). As Controller, my responsibilities include overseeing payroll for minor league players. I have personal knowledge of the facts contained in this declaration, and have provided the information below based on my review of certain documents and information. If called to testify, I could and would testify competently thereto.

2. I reviewed the payroll records that the Club has produced in connection with this action (bearing Bates Numbers OAK0010353 – OAK0010354; OAK0010246), and it is my understanding that such records were kept by the Club in the normal course of business.

3. In the produced payroll records referenced in Paragraph 2 above, the names of certain minor league players were replaced with eBis identifiers. All such players signed a Minor League Uniform Player's Contract ("UPC") to play minor league baseball for the Club, and the UPCs reflect the salary rate to be paid to such players during the championship season. All such players were paid in accordance with their UPCs, and the records of their salary payments are reflected on the payroll records produced by the Club and referenced in Paragraph 2 above.

4. Based on my review of the payroll records referenced in Paragraph 2 above, all minor league baseball players who played for the Club during the 2018 and/or 2019 championship seasons were compensated at a rate of at least two-hundred and ninety dollars ($290) per week during the championship season.

5. In 2020, due to the COVID-19 pandemic, no minor league championship season was held. However, the Club compensated all minor league baseball players who were signed to UPCs with the Club in 2020 with an allowance of at least four hundred dollars ($400) per week at least during the period that would have comprised the 2020 championship season.

6. The Club has also compensated minor league baseball players who have signed UPCs with and played for the Club during the 2021 championship season at a salary of at least

DECLARATION OF ADAM TYHURST - Case No. 3:14-cv-00608 JCS (consolidated with 3:14-cv-03289-JCS)

1 | four hundred dollars ($400) per week during the 2021 championship season.

2 |       I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th

3 | day of September, 2021.

_____
ADAM TYHURST

28 | DECLARATION OF ADAM TYHURST - Case No. 3:14-cv-00608 JCS (consolidated with 3:14-cv-03289-JCS)