PROSKAUER ROSE LLP
ELISE M. BLOOM (admitted *pro hac vice*)
ebloom@proskauer.com
NEIL H. ABRAMSON (admitted *pro hac vice*)
nabramson@proskauer.com
ADAM M. LUPION (admitted *pro hac vice*)
alupion@proskauer.com
RACHEL S. PHILION (admitted *pro hac vice*)
rphilion@proskauer.com
NOA M. BADDISH (admitted *pro hac vice*)
nbaddish@proskauer.com
JOSHUA S. FOX (admitted *pro hac vice*)
jfox@proskauer.com
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

PROSKAUER ROSE LLP
PHILIPPE A. LEBEL (SBN 274032)
plebel@proskauer.com
2029 Century Park East, 24th Floor
Los Angeles, CA 90067-3010
Telephone: (310) 557-2900
Facsimile: (310) 557-2193

PROSKAUER ROSE LLP
SAMANTHA R. MANELIN (admitted *pro hac vice*)
One International Place
Boston, MA 02110-2600
Telephone: (617) 526-9600
Facsimile: (617) 526-9899

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON SENNE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, and unincorporated association doing business as MAJOR LEAGUE BASEBALL, et al.<br><br>Defendants. | Case No. 3:14-cv-00608 JCS (consolidated with 3:14-cv-03289-JCS)<br><br>DECLARATION OF AMANDA PARK, PAYROLL MANAGER, CHICAGO CUBS BASEBALL CLUB, LLC |

DECLARATION OF AMANDA PARK - Case No. 3:14-cv-00608 JCS (consolidated with 3:14-cv-03289-JCS)

I, Amanda Park, declare as follows:

1. I am employed as the Finance and Accounting Manager and served as the Payroll manager for Chicago Cubs Baseball Club, LLC (d/b/a "Chicago Cubs"), a Major League Baseball Club (the "Chicago Cubs" or the "Club"). As the Payroll manager, my responsibilities included overseeing payroll for minor league players. I have personal knowledge of the facts contained in this declaration, and have provided the information below based on my review of certain documents and information. If called to testify, I could and would testify competently thereto.

2. I reviewed the payroll records that the Club has produced in connection with this action (bearing Bates Numbers CHC0032691 – CHC0032692), and it is my understanding that such records were kept by the Club in the normal course of business.

3. In the produced payroll records referenced in Paragraph 2 above, the names of certain minor league players were replaced with eBis identifiers. All such players signed a Minor League Uniform Player's Contract ("UPC") to play minor league baseball for the Club, and the UPCs reflect the salary rate to be paid to such players during the championship season. It is the Club's practice to pay all players in accordance with their UPCs, and the records of their salary payments are reflected on the payroll records produced by the Club and referenced in Paragraph 2 above.

4. Based on my review of the payroll records referenced in Paragraph 2 above, all minor league baseball players assigned to a domestic affiliate who played for the Club during the 2018 and/or 2019 championship seasons were compensated at a rate of at least two-hundred and ninety dollars ($290) per week during the championship season.

5. In 2020, due to the COVID-19 pandemic, no minor league championship season was held. However, the Club compensated all minor league baseball players assigned to a domestic affiliate in 2020 who were signed to UPCs with the Club in 2020 with an allowance of at least four hundred dollars ($400) per week, subject to a few limited exceptions, during the period that would have comprised the 2020 championship season.

DECLARATION OF AMANDA PARK - Case No. 3:14-cv-00608 JCS (consolidated with 3:14-cv-03289-JCS)

6. The Club has also compensated minor league baseball players assigned to a domestic affiliate who have signed UPCs with and played for the Club during the 2021 championship season at a salary of at least four hundred dollars ($400) per week during the 2021 championship season, except that four (4) players were paid at a salary rate of twenty-hundred and ninety dollars ($290) per week during the 2021 championship season.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of October, 2021.

*Amanda Park*
AMANDA PARK