STEPHEN M. TILLERY *(pro hac vice)*
  stillery@koreintillery.com
GARRETT R. BROSHUIS (Bar No. 329924)
  gbroshuis@koreintillery.com
MARC A. WALLENSTEIN *(pro hac vice)*
  mwallenstein@koreintillery.com
DIANE MOORE (Bar No. 214903)
  dmoore@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone:  (314) 241-4844
Facsimile: (314) 241-3525


CLIFFORD H. PEARSON (Bar No. 108523)
  cpearson@pswlaw.com
DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pswlaw.com
BOBBY POUYA (Bar No. 245527)
  bpouya@pswlaw.com
THOMAS J. NOLAN (Bar No. 66992)        BENJAMIN E. SHIFTAN (Bar No. 265767)
  tnolan@pswlaw.com                       bshiftan@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**      **PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400      350 Sansome Street, Suite 680
Sherman Oaks, CA 91403                  San Francisco, CA 94104
Telephone: (818) 788-8300               Telephone: (415) 433-9000
Facsimile: (818) 788-8104               Facsimile: (415) 433-9008

Plaintiffs' Co-Lead Class Counsel

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL, et al.,<br><br>Defendants. | CASE NO. 3:14-cv-00608-JCS (consolidated with 3:14-cv-03289-JCS)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF GARRETT R. BROSHUIS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date and Time: Feb. 11, 2022, 9:30 PST<br>Courtroom: G, 15th Floor<br>Judge: Honorable Joseph C. Spero |

I, Garrett R. Broshuis, hereby declare as follows:

1. I am one of the attorneys principally responsible for the handling of this matter. I submit this Declaration in support of Plaintiffs' Motion for Partial Summary Judgment.

2. I am personally familiar with the facts set forth in this Declaration. If called as a witness, I could and would competently testify to the matters stated herein.

3. As set forth in the concurrently filed Motion for Partial Summary Judgment, there is extensive evidence in the record to support granting Plaintiffs' summary judgment in this case. This evidence, including documents produced in the litigation and depositions taken to date, represents only a small portion of the evidence supporting Plaintiffs' claims.

4. The exhibits cited in support of Plaintiffs' Motion for Partial Summary Judgment are set forth in the table below. True and correct copies of these exhibits are attached hereto (Exhibits 1 through 115).

5. The exhibits corresponding to any deposition transcripts have been limited to the relevant pages cited in Plaintiffs' brief.

6. Pursuant to the parties' Stipulated Protective Order (ECF 233), and further set forth in Plaintiffs' Administrative Motion to File Certain Documents Under Seal in Connection with Plaintiffs' Motion for Partial Summary Judgment, any exhibits that have been designated as confidential are being filed under seal and are denoted as such in the following table.

| EXHIBIT NO. | DESCRIPTION | CONFIDENTIAL DESIGNATION |
|---|---|---|
| 1 | MLB002003 | No |
| 2 | MLB001663 | No |
| 3 | Deposition of Colorado Rockies | Yes |
| 4 | Deposition of San Francisco Giants (May 19, 2016) | Yes |
| 5 | MLB0008914 | Yes |
| 6 | MLB0031357 | Yes |
| 7 | Deposition of Seattle Mariners | Yes |
| 8 | Deposition of Roy Krasik | Yes |
| 9 | MIA0017084 | Yes |
| 10 | Deposition of John Vuch | Yes |
| 11 | Deposition of Texas Rangers | Yes |
| 12 | CHC0000088 | Yes |
| 13 | MLB000039 | No |
| 14 | Deposition of Fred Seymour | Yes |
| 15 | MLB003901 | Yes |
| 16 | Deposition of Larry Broadway | Yes |
| 17 | Deposition of Los Angeles Dodgers | Yes |
| 18 | Deposition of MLB, Office of the Commissioner | Yes |
| 19 | Deposition of New York Yankees (June 3, 2016) | Yes |
| 20 | Deposition of Toronto Blue Jays | Yes |
| 21 | Deposition of Oakland Athletics (May 17, 2016) | Yes |
| 22 | MLB0007431 | Yes |
| 23 | Deposition of New York Mets | Yes |
| 24 | MLBBENN0000174 | No |
| 25 | MLB0007449 | Yes |
| 26 | Deposition of Ian Levin | Yes |
| 27 | Deposition of Pittsburgh Pirates | Yes |
| 28 | Deposition of Chicago Cubs | Yes |
| 29 | MLB003340 | No |
| 30 | MLBKAHA0000005 | No |
| 31 | MLBODLE0000493 | No |
| 32 | MLBODLE0000020 | No |
| 33 | BOS0000001 | Yes |
| 34 | MIL0003559 | Yes |
| 35 | Deposition of Bobby Scales | Yes |
| 36 | Deposition of Dave Owen | Yes |
| 37 | Deposition of Bill Bavasi | Yes |
| 38 | Deposition of Brian Harper | Yes |
| 39 | Deposition of Scott Sharp | Yes |
| 40 | Deposition of Quinton McCracken | Yes |

| EXHIBIT NO. | DESCRIPTION | CONFIDENTIAL DESIGNATION |
|---|---|---|
| 41 | Deposition of Doug Davis | Yes |
| 42 | Deposition of Jim Rantz | Yes |
| 43 | MIN0009362 | Yes |
| 44 | MIN0002319 | Yes |
| 45 | KAN000277 | Yes |
| 46 | PHI0000535 | Yes |
| 47 | WAS0000141 | Yes |
| 48 | TOR0002728 | Yes |
| 49 | MLB0007488 | Yes |
| 50 | ARI0035184 | Yes |
| 51 | MLB0007485 | Yes |
| 52 | MLB003208 | No |
| 53 | MIA000649 | Yes |
| 54 | MLB002671 | No |
| 55 | MLB002655 | No |
| 56 | MLB0006628 | Yes |
| 57 | CIN0010748 | Yes |
| 58 | MLBSENN0000323 | No |
| 59 | ARI0011305 | Yes |
| 60 | TOR0010583 | Yes |
| 61 | MIN0003625 | Yes |
| 62 | MLB002634 | Yes |
| 63 | MLB Press Release (Feb. 12, 2021) | No |
| 64 | Deposition of Cody Sedlock | No |
| 65 | NYY0000105 | Yes |
| 66 | MLBODLE0000004 | Yes |
| 67 | MLBSMIT0000448 | No |
| 68 | Deposition of Kansas City Royals | Yes |
| 69 | MLB0031373 | Yes |
| 70 | MLB0031368 | Yes |
| 71 | Deposition of Barret Loux (Apr. 26, 2016) | Yes |
| 72 | MLB003352 | No |
| 73 | Deposition of Matthew Lawson | No |
| 74 | MLB0007486 | Yes |
| 75 | MLB003310 | No |
| 76 | CWS0000194 | Yes |
| 77 | Deposition of Brian Chattin | Yes |
| 78 | Deposition of Los Angeles Angels | Yes |
| 79 | Deposition of Bryan Henry | No |
| 80 | MLBHENRB0000117 | No |

| EXHIBIT NO. | DESCRIPTION | CONFIDENTIAL DESIGNATION |
|---|---|---|
| 81 | MLB0030710 | Yes |
| 82 | MLB0007429 | Yes |
| 83 | MLB0030694 | Yes |
| 84 | MLB0030741 | Yes |
| 85 | MLB0027457 | Yes |
| 86 | MLBMEAD0000182 | No |
| 87 | MLBMEAD0000183 | No |
| 88 | MLBSMIT0000334 | No |
| 89 | MLBSMIT0000335 | No |
| 90 | MLB001973 | No |
| 91 | Deposition of Baltimore Orioles | Yes |
| 92 | Deposition of Michael Liberto | No |
| 93 | Deposition of Tim Pahuta | No |
| 94 | Supplemental Expert Report of Brian Kriegler, Ph.D. | Yes |
| 95 | Deposition of Jody Reed | Yes |
| 96 | Deposition of Milwaukee Brewers | Yes |
| 97 | Deposition of Miami Marlins | Yes |
| 98 | Deposition of Aaron Dott | No |
| 99 | SFG0028633 | Yes |
| 100 | Deposition of Oakland Athletics (May 19, 2016) | Yes |
| 101 | Expert Rebuttal Report of Erica Groshen, Ph.D. | No |
| 102 | Deposition of Keith Lieppman | Yes |
| 103 | Deposition of Peter Woodfork | Yes |
| 104 | PIT0000098 | Yes |
| 105 | Deposition of Christopher Gwynn | Yes |
| 106 | Deposition of Tony Diggs | Yes |
| 107 | Letter from E. Bloom to G. Broshuis (Nov. 9, 2020) | No |
| 108 | Deposition of Frank Viola | Yes |
| 109 | Deposition of Gabe Kapler | Yes |
| 110 | Deposition of Ricky Bennett | Yes |
| 111 | Deposition of Arizona Diamondbacks | Yes |
| 112 | Deposition of Casey Candaele | Yes |
| 113 | Deposition of San Diego Padres | Yes |
| 114 | Deposition of Denise Martin, Ph.D. (Sept. 9, 2021) | No |
| 115 | Rebuttal Report of Jonathan Guryan, Ph.D. | Yes (select parts) |

4                                                    NO. 3:14-cv-00608-JCS
Declaration of Garrett R. Broshuis in Support of Plaintiffs' Motion for Partial Summary Judgment

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 29, 2021, in St. Louis, Missouri

                                                    /s/ Garrett R. Broshuis