# EXHIBIT 64

Page 1

```
                UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
                   SAN FRANCISCO DIVISION
  ------------------------------------------x
  AARON SENNE, et al., Individually and on
  Behalf of All Those Similarly Situated;

                Plaintiffs,
                              CASE NO.
          -against-     3:14-cv-00608-JCS

  OFFICE OF THE COMMISSIONER OF
  BASEBALL, an unincorporated association
  doing business as MAJOR LEAGUE
  BASEBALL, et al.;
                Defendants.
  ------------------------------------------x
                     May 10, 2021
                     10:04 a.m.
   VIRTUAL VIDEO DEPOSITION of CODY SEDLOCK,
  taken by counsel for the Defendants, via
  Zoom before Amy Klein Campion, a Shorthand
  Reporter and Notary Public within and for
  the State of New York.



  JOB NO.: NY4564257
```

```
 1              - Proceedings -
 2      this remote video arrangement and the
 3      court reporter swearing in the witness
 4      remotely.
 5              Go ahead and swear the witness,
 6      court reporter.
 7              (The witness was sworn.)
 8              MR. LUPION:  On behalf of the
 9      Defendants, Adam Lupion with the
10      Proskauer Rose Law Firm.
11              Also joining us on Zoom from
12      Proskauer is Elise Bloom, Noa Baddish
13      and Samantha Manelin.
14              MR. BROSHUIS:  Hi, this is
15      Garrett Broshuis on behalf of
16      Plaintiffs from Korein Tillery, and I
17      have with me Jamie Boyer from Korein
18      Tillery and Bobby Pouya from Pearson
19      Simon & Warshaw.
20              C O D Y   S E D L O C K,
21   residing at 718 South Cherry Grove
22   Avenue, Annapolis, Maryland, having been
23   first duly sworn by the Notary Public via
24   Zoom (Amy Klein Campion) via Zoom, was
25   examined and testified as follows:
```

```
                                              Page 317
 1                  - C. Sedlock -
 2    no, that you haven't lived in poverty,
 3    correct?
 4         A.    Please rephrase the question.
 5         Q.    Okay.  My question is, yes or
 6    no, have you lived in poverty during your
 7    time as a Minor League Baseball Player,
 8    yes or no?
 9         A.    No.  However --
10         Q.    It's a yes or no, thank you.
11    I'll move on.
12               MR. BROSHUIS:  I'll object that
13          you're not allowing the witness to
14          explain his answer.
15               MR. LUPION:  It doesn't require
16          an explanation, Garrett.  It's a yes
17          or no question.
18               MR. BROSHUIS:  Same objection.
19         Q.    Mr. Sedlock, have you ever
20    struggled to buy food?
21               MR. BROSHUIS:  Objection; form.
22         A.    I have not.  However, many of my
23    colleagues have struggled to be able to
24    eat even enough to sustain their body.
25         Q.    Okay, but you haven't had that
```

Page 318

1             - C. Sedlock -
2  experience, right?
3     A.    No, and I think that speaks
4  words on why I am participating in this
5  case.  Because I do have a signing bonus
6  so I'm one of the lucky ones where many,
7  many, many of my teammates live in poverty
8  throughout the entire year.
9     Q.    Mr. Sedlock, remembering that
10 you're under oath, when was the first time
11 that you learned that the trial in this
12 case was scheduled for next June --
13           MR. BROSHUIS:  Objection to
14      form.
15    Q.    -- and July of 2020?
16           MR. BROSHUIS:  Objection; form
17      and to the extent it requires
18      divulging attorney-client
19      communications I would instruct --
20           MR. LUPION:  Garrett, I'm not
21      asking for an attorney-client
22      privilege.  I asked for a date.
23           MR. BROSHUIS:  That's why I said
24      to the extent that it is requiring
25      attorney-client privileged