# EXHIBIT 73

```
1           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
2                   SAN FRANCISCO DIVISION

3    _____
     AARON SENNE, et al.,         )
4        Plaintiffs,              )
     vs.                          )
5    OFFICE OF THE COMMISSIONER)  CASE NO.
     OF BASEBALL, an              )  3:14-cv-00608-JCS
6    unincorporated               )  (consolidated with
     association doing business)  3:14-cv-03289-JCS)
7    as MAJOR LEAGUE BASEBALL, )
     et al.,                      )
8        Defendants.              )
     _____)
9

10

11              ORAL VIDEOTAPED DEPOSITION

12                   MATTHEW LAWSON

13                   DECEMBER 2, 2015

14

15      ORAL VIDEOTAPED DEPOSITION OF MATTHEW LAWSON,

16   produced as a witness at the instance of the Defendants

17   and duly sworn, was taken in the above-styled and

18   numbered cause on the 2nd day of December, 2015, from

19   9:13 a.m. to 4:00 p.m., before Melinda Barre, Certified

20   Shorthand Reporter in and for the State of Texas,

21   reported by computerized stenotype machine at the

22   offices of Regus, 100 South 4th Street, St. Louis,

23   Clayton County, Missouri, pursuant to the Federal Rules

24   of Civil Procedure and the provisions stated on the

25   record or attached hereto.
```

Matthew Lawson - December 2, 2015

Page 8

| | |
|---|---|
| 1 | MATTHEW LAWSON, |
| 2 | having been first duly sworn, testified as follows: |
| 3 | EXAMINATION |
| 4 | QUESTIONS BY MS. WEISMAN: |
| 5 | Q.   Good morning, Mr. Lawson. |
| 6 | A.   Good morning. |
| 7 | Q.   We met a few minutes ago off the record, but |
| 8 | I'm going to reintroduce myself on the record.  My name |
| 9 | is Jackie Weisman.  I'm here representing the defendants |
| 10 | in the lawsuit that you have filed in the Northern |
| 11 | District of California.  We're here today in regard to |
| 12 | your deposition. |
| 13 |           I'm sure your counsel has done this with |
| 14 | you already, but I'm just going to run through a few of |
| 15 | the ground rules and the expectations so that we can |
| 16 | make things run as smoothly as possible today. |
| 17 | A.   Okay. |
| 18 | Q.   As you see, there's a court reporter who's |
| 19 | recording everything that I'm saying and will record |
| 20 | everything that you say.  In order to make her job as |
| 21 | easy as possible, I would ask that you give clear, oral |
| 22 | responses to all of my questions instead of a nod or a |
| 23 | shake of the head or instead of an "uh-huh" or an |
| 24 | "huh-uh." |
| 25 | A.   Okay. |

1    any furniture in it.  So I put an air mattress there.
2         Q.   And what about Mr. Stoneburner and Mr. Stowell,
3    where did they sleep?
4         A.   In beds in their rooms.
5         Q.   They each had their own bedroom?
6         A.   Yes.
7         Q.   Now, you retired from baseball in June of 2011,
8    correct?
9         A.   Yes.
10        Q.   What prompted your decision?
11        A.   Unfortunately in 2011 when we moved to Akron,
12   it was much different than in Frisco because the economy
13   was a lot less successful.
14             MR. RASIN:  Could you keep your voice up,
15   please?
16             THE WITNESS:  Yes, sir.
17        A.   Yes, sir.  The economy made it more difficult
18   for my wife to get a job in Akron.  Therefore, we were
19   accounting for multiple bills with only one income.
20   That wasn't a situation I wanted to be in with her.
21        Q.   (By Ms. Weisman)  Was there anything else that
22   contributed to your decision to retire in 2011?
23        A.   Well, that was the biggest reason.  I was also
24   struggling with some injuries that were making it
25   painful for me to play.

| | | |
|---|---|---|
| 1 | Q. | What were those? |
| 2 | A. | I believe I had a little ankle tweak and |
| 3 | | chronic patella tendinopathy. |
| 4 | Q. | Is it fair to say that these were not injuries |
| 5 | | that required you to go on the disabled list? |
| 6 | A. | I believe so. |
| 7 | Q. | So what did you do when you retired? |
| 8 | A. | I went back to school and became a volunteer |
| 9 | | assistant at Missouri State. |
| 10 | Q. | When you say you went back to school, you went |
| 11 | | back to school at Missouri State? |
| 12 | A. | Correct. |
| 13 | Q. | And was this -- how much time did you spend at |
| 14 | | Missouri State? Did you get a degree when you returned? |
| 15 | A. | I just spent a semester there. |
| 16 | Q. | Was that paid for under your college |
| 17 | | scholarship plan with the UPC that we discussed? |
| 18 | A. | Yes, it was. |
| 19 | Q. | And why did you only go for one semester? |
| 20 | A. | Because my wife and I were in a much better |
| 21 | | situation once we moved back. She was able to acquire a |
| 22 | | job. I had more time off than I would typically have in |
| 23 | | an off-season, and overuse injuries were healed. So I |
| 24 | | was in a position where playing didn't become a burden |
| 25 | | to me anymore. |

Matthew Lawson - December 2, 2015

Page 99

1     Q.   So, in other words, you returned to baseball.
2     Is that what you're referring to?
3     A.   Yes.
4     Q.   You came out of retirement?
5     A.   Yes.  I did come out of retirement that year.
6     Q.   So I want to talk for a little bit about what
7     else you did during the time you were retired.  And you
8     retired, it was in June, you said, correct?
9     A.   Yes.
10    Q.   And you came out of retirement in March of
11    2012?
12    A.   I made the decision to come out of retirement
13    in October.  Major League Baseball allowed me to come
14    back on the date that you just suggested.
15    Q.   You made the decision in October, you said?
16    A.   Yes.
17    Q.   Did you communicate that decision to anyone at
18    either MLB or at a Major League Baseball club?
19    A.   Both.
20    Q.   To whom?
21    A.   So my agent's job was to communicate with
22    administrations; and he communicated with both the
23    Indians and I believe any legal teams or anybody that
24    would help, that would facilitate that transfer with
25    Major League Baseball.

```
 1        Q.    Do you know who at the Indians your agent spoke
 2   to?
 3        A.    No.  I believe he spoke with the farm director.
 4        Q.    And you said you're not sure whether he spoke
 5   to anyone at Major League Baseball?
 6        A.    I'm pretty sure that there were some legal
 7   discussions through Major League Baseball, yes.
 8        Q.    What do you mean by "legal discussions"?
 9        A.    The way I understand it is that Major League
10   Baseball did not want to set a precedent for players
11   coming out of retirement that would give more players
12   that idea.  So it didn't just come from the Indians,
13   from my understanding.  It was also a decision made by
14   Major League Baseball as well to make that process a
15   difficult one to come back.
16        Q.    Do you know the name of anyone at Major League
17   Baseball with whom your agent spoke?
18        A.    No.
19        Q.    Now, what happened in March of 2012 that you
20   were ultimately permitted to come out of retirement?
21        A.    In my understanding, there were certain
22   requirements asked of me that I would have to agree upon
23   to come back; and one of them was to not break camp, not
24   break spring training with any affiliated team.  I would
25   have to stay in extended spring training.
```