**PROSKAUER ROSE LLP**
ELISE M. BLOOM (admitted *pro hac vice*)
ebloom@proskauer.com
NEIL H. ABRAMSON (admitted *pro hac vice*)
nabramson@proskauer.com
ADAM M. LUPION (admitted *pro hac vice*)
alupion@proskauer.com
RACHEL S. PHILION (admitted *pro hac vice*)
rphilion@proskauer.com
NOA M. BADDISH (admitted *pro hac vice*)
nbaddish@proskauer.com
JOSHUA S. FOX (admitted *pro hac vice*)
jfox@proskauer.com
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
Facsimile:  (212) 969-2900

**PROSKAUER ROSE LLP**
PHILIPPE A. LEBEL (SBN 274032)
plebel@proskauer.com
2029 Century Park East, 24th Floor
Los Angeles, CA  90067-3010
Telephone: (310) 557-2900
Facsimile:  (310) 557-2193

**PROSKAUER ROSE LLP**
MARK W. BATTEN (admitted *pro hac vice*)
mbatten@proskauer.com
SAMANTHA R. MANELIN (admitted *pro hac vice*)
smanelin@proskauer.com
One International Place
Boston, MA 02110-2600
Telephone: (617) 526-9600
Facsimile:  (617) 526-9899

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AARON SENNE, *et al.*,<br><br>                    Plaintiffs,<br><br>vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, *et al.*<br><br>                    Defendants. | Case No. 3:14-cv-00608 JCS (consolidated with 3:14-cv-03289-JCS)<br><br>Hon. Joseph C. Spero<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER CHANGING TIME PER LOCAL RULE 6-2** |

Plaintiffs and Defendants, by and through their respective counsel (collectively, the "Parties"), pursuant to Local Rule 6-2, agree as follows:

WHEREAS, Plaintiffs filed an Administrative Motion to File Documents Under Seal in Connection with Plaintiffs' Notice of Motion and Motion for Partial Summary Judgment (*see* Dkt. No. 981) and an Administrative Motion to File Documents Under Seal in Connection with Plaintiffs' *Daubert* Motion to Exclude Certain Expert Testimony Disclosed by Defendants (*see* Dkt. No. 985) on October 29, 2021; and

WHEREAS, in accordance with Civil Local Rule 79-5(e)(1), Defendants and the Non-Parties who designated material "Confidential" or "Confidential-Restricted" pursuant to the Parties' Stipulated Protective Order (collectively, the "Designating Parties") have until November 2, 2021 to file declarations establishing that the designated material is sealable; and

WHEREAS, given that over ninety (90) documents were filed under seal and that there are a total of thirty-one (31) Designating Parties, the Parties agree that the Designating Parties shall have until November 9, 2021 to submit declarations in accordance with Civil Local Rule 79-5(e)(1); and

WHEREAS, the Court has previously so ordered the Parties' stipulation for time modifications pursuant to its Orders dated April 10, May 12, May 21, July 11, September 4, September 5, November 10, and December 17, 2014; March 4, October 5, 2015; March 10, September 22, 2016; April 20, 2017; December 18, 2020; February 16, 17, and March 23, 2021, April 15, 2021; May 10, 2021; July 12, 2021 and August 27, 2021 respectively.  In particular, the Court has previously so ordered the Parties' stipulation for time modifications in connection with an Administrative Motion to File Documents Under Seal on March 10, 2016 (*see* Dkt. No. 587), whereby the Court granted an additional nine (9) days for the Designating Parties to file a declaration establishing that all of the designated materials were sealable.

WHEREAS, the signature of Plaintiffs' counsel, Garrett R. Broshuis, shall be sufficient to bind all of the Plaintiffs to the terms of this stipulation and any court order resulting therefrom.

NOW, THEREFORE:

STIPULATION AND [PROPOSED] ORDER CHANGING TIME PER LOCAL RULE 6-2

IT IS HEREBY STIPULATED AND AGREED, by and between counsel to the Parties in the above-captioned action, that the Designating Parties shall have until November 9, 2021 to submit declarations in accordance with Civil Local Rule 79-5(e)(1).

DATED: November 1, 2021                              Respectfully submitted,

*/s/ Elise M. Bloom*

Elise M. Bloom (*pro hac vice*)
Neil H. Abramson (*pro hac vice*)
Adam M. Lupion (*pro hac vice*)
Rachel Philion (*pro hac vice*)
Noa M. Baddish (*pro hac vice*)
Joshua S. Fox (*pro hac vice*)
PROSKAUER ROSE LLP
11 Times Square
New York, NY 10036
(212) 969-3000


*/s/ Philippe A. Lebel*
Philippe A. Lebel (Bar No. 274032)
PROSKAUER ROSE LLP
2049 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 557-2900

Samantha R. Manelin (*pro hac vice*)
Mark W. Batten (*pro hac vice*)
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110-2600
(617) 526-9600

*Attorneys for Defendants*

*/s/ Garrett R. Broshuis*

Stephen M. Tillery (*pro hac vice*)
Garrett R. Broshuis (*pro hac vice*)
Jamie L. Boyer (*pro hac vice*)
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 62101
(314) 241-4844

Clifford H. Pearson (Bar No. 108523)
Daniel L. Warshaw (Bar No. 185365)
Bobby Pouya (Bar No. 245527)

Thomas J. Nolan (Bar No. 66992)
PEARSON, SIMON & WARSHAW LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
(818) 788-8300

Benjamin E. Shiftan (Bar No. 265767)
PEARSON, SIMON & WARSHAW LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
(415) 433-9000

*Attorneys for Plaintiffs*

STIPULATION AND [PROPOSED] ORDER CHANGING TIME PER LOCAL RULE 6-2

**[PROPOSED] ORDER**

The Court, having considered the papers and pleadings on file, and cause appearing,

PURSUANT TO STIPULATION:

HEREBY APPROVES the Parties' Stipulation.

IT IS ORDERED that the Designating Parties have until November 9, 2021 to submit

declarations in response to Plaintiffs' Administrative Motions to File Documents Under Seal in

accordance with Civil Local Rule 79-5(e)(1).

DATED: _____

_____

HON. JOSEPH C. SPERO

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **FILER'S ATTESTATION**

I, Elise M. Bloom, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order Changing Time Per Local Rule 6-2.  In compliance with Local Rule 5-1(i)(3), I hereby attest that the counsel listed above concur in this filing.  I will maintain an executed copy of this stipulation in our files that can be made available for inspection upon request.

Dated:  November 1, 2021

*/s/ Elise M. Bloom*
Elise M. Bloom