**PROSKAUER ROSE LLP**
ELISE M. BLOOM (admitted *pro hac vice*)
ebloom@proskauer.com
NEIL H. ABRAMSON (admitted *pro hac vice*)
nabramson@proskauer.com
ADAM M. LUPION (admitted *pro hac vice*)
alupion@proskauer.com
RACHEL S. PHILION (admitted *pro hac vice*)
rphilion@proskauer.com
NOA M. BADDISH (admitted *pro hac vice*)
nbaddish@proskauer.com
JOSHUA S. FOX (admitted *pro hac vice*)
jfox@proskauer.com
Eleven Times Square
New York, NY 10036
Telephone:  (212) 969-3000
Facsimile:  (212) 969-2900

| | |
|---|---|
| **PROSKAUER ROSE LLP**<br>PHILIPPE A. LEBEL (SBN 274032)<br>plebel@proskauer.com<br>2029 Century Park East, 24th Floor<br>Los Angeles, CA  90067-3010<br>Telephone:  (310) 557-2900<br>Facsimile:  (310) 557-2193 | **PROSKAUER ROSE LLP**<br>MARK W. BATTEN (admitted *pro hac vice*)<br>mbatten@proskauer.com<br>SAMANTHA R. MANELIN (admitted *pro hac vice*)<br>smanelin@proskauer.com<br>One International Place<br>Boston, MA 02110-2600<br>Telephone:  (617) 526-9600<br>Facsimile:  (617) 526-9899 |

*Attorneys for Defendants*

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON SENNE, *et al.*,<br><br>                    Plaintiffs,<br><br>vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL, *et al.*,<br><br>                    Defendants. | Case No. CV 14-00608 JCS (consolidated with 3:14-cv-03289-JCS)<br><br>Hon. Joseph C. Spero<br><br>__CLASS ACTION__<br><br>**DECLARATION OF ELISE M. BLOOM IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, Elise M. Bloom, declare as follows:

1.      I am a partner at Proskauer Rose, LLP, counsel for all Defendants in this matter.

2.      I submit this declaration in support of the Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment.

3.      I have personal knowledge of the facts contained in this declaration, and if called to testify, I could and would testify competently thereto.

4.      Prior to the close of fact discovery in June 2016, the Clubs produced gross receipts, on a cash accounting basis, by month, for their spring training facility "establishments" in Florida or Arizona during the relevant time period.  The Clubs produced the information in summary fashion as set forth in verified interrogatory answers or sworn declarations.

5.      After the close of fact discovery in June 2016, Plaintiffs demanded that the Clubs produce underlying source documents relating to the gross receipts.

6.      The parties agreed to defer discovery disputes raised prior to or after the close of fact discovery in June 2016 until after the Court's ruling on Plaintiffs' motion for reconsideration.

7.      On March 7, 2017, the Court issued its Order regarding Plaintiffs' motion for reconsideration, and on April 21, 2017, Defendants agreed to produce the underlying source records Plaintiffs requested related to gross receipts.  On May 5, 2017, the Court stayed discovery pending the parties' cross-appeals to the Ninth Circuit.

8.      Defendants produced the underlying source records related to gross receipts when the discovery stay was lifted without any claim from Plaintiffs that those productions were deficient in any respect.

9.      Plaintiffs had the opportunity to probe the Clubs' responses and verify the gross receipts information during fact discovery, including but not limited to, during the Clubs' Rule 30(b)(6) depositions and during supplemental fact discovery that concluded on July 1, 2021.

10.      Attached hereto as **Exhibit 1** is a true and correct copy of the relevant excerpts of

2

1  Omar Aguilar's Deposition ("Aguilar"), taken on December 15, 2016.

2      11.      Attached hereto as **Exhibit 2** is a true and correct copy of the relevant excerpts of

3  William Alvino's Deposition ("Alvino"), taken on June 24, 2016.

4      12.      Attached hereto as **Exhibit 3** is a true and correct copy of the relevant excerpts of

5  Taylor Jake Anderson's Deposition ("Anderson"), taken on June 14, 2016.

6      13.      Attached hereto as **Exhibit 4** is a true and correct copy of the relevant excerpts of

7  Craig Bennigson's Deposition ("Bennigson"), taken on February 9, 2016.

8      14.      Attached hereto as **Exhibit 5 is** a true and correct copy of the relevant excerpts of

9  Daniel Britt's Deposition ("Britt"), taken on January 7, 2016.

10     15.      Attached hereto as **Exhibit 6** is a true and correct copy of the relevant excerpts of

11 Steven Caseres's Deposition ("Caseres"), taken on May 6, 2016.

12     16.      Attached hereto as **Exhibit 7** is a true and correct copy of the relevant excerpts of

13 Matt Daly's Deposition ("Daly"), taken on October 29, 2015.

14     17.      Attached hereto as **Exhibit 8** is a true and correct copy of the relevant excerpts of

15 Leonard Davis's Deposition ("L. Davis"), taken on January 13, 2016.

16     18.      Attached hereto as **Exhibit 9** is a true and correct copy of the relevant excerpts of

17 Aaron Dott's Deposition ("Dott"), taken on June 13, 2016.

18     19.      Attached hereto as **Exhibit 10** is a true and correct copy of the relevant excerpts

19 of Grant Duff's Deposition ("Duff"), taken on November 4, 2015.

20     20.      Attached hereto as **Exhibit 11** is a true and correct copy of the relevant excerpts

21 of Lauren Gagnier's Deposition ("Gagnier"), taken on October 20, 2015.

22     21.      Attached hereto as **Exhibit 12** is a true and correct copy of the relevant excerpts

23 of Jonathan Gaston's Deposition ("Gaston"), taken on January 12, 2016.

24     22.      Attached hereto as **Exhibit 13** is a true and correct copy of the relevant excerpts

25 of Nicholas Giarraputo's Deposition ("Giarraputo"), taken on November 5, 2015.

26     23.      Attached hereto as **Exhibit 14** is a true and correct copy of the relevant excerpts

27

28

3

1   of Brandon Henderson's Deposition ("Henderson"), taken on February 3, 2016.

2   24.     Attached hereto as **Exhibit 15** is a true and correct copy of the relevant excerpts

3   of Bryan Henry's Deposition ("Henry"), taken on June 28, 2021.

4   25.     Attached hereto as **Exhibit 16** is a true and correct copy of the relevant excerpts

5   of Mitchell Hilligoss' Deposition ("Hilligoss"), taken on January 20, 2016.

6   26.     Attached hereto as **Exhibit 17** is a true and correct copy of the relevant excerpts

7   of Ryan Hutson's Deposition ("Hutson"), taken on November 10, 2015.

8   27.     Attached hereto as **Exhibit 18** is a true and correct copy of the relevant excerpts

9   of Daniel Jimenez's Deposition ("Jimenez"), taken on June 10, 2016.

10  28.     Attached hereto as **Exhibit 19** is a true and correct copy of the relevant excerpts

11  of Jake Kahaulelio's Deposition ("Kahaulelio"), taken on October 22, 2015.

12  29.     Attached hereto as **Exhibit 20** is a true and correct copy of the relevant excerpts

13  of Ryan Khoury's Deposition ("Khoury"), taken on February 10, 2016.

14  30.     Attached hereto as **Exhibit 21** is a true and correct copy of the relevant excerpts

15  of Ryan Kiel's Deposition ("Kiel"), taken on December 10, 2015.

16  31.     Attached hereto as **Exhibit 22** is a true and correct copy of the relevant excerpts

17  of Christopher Lashmet's Deposition ("Lashmet"), taken on April 5, 2016.

18  32.     Attached hereto as **Exhibit 23** is a true and correct copy of the relevant excerpts

19  of Matthew Lawson's Deposition ("Lawson"), taken on December 2, 2015.

20  33.     Attached hereto as **Exhibit 24** is a true and correct copy of the relevant excerpts

21  of Michael Liberto's Deposition ("Liberto"), taken on November 11, 2015.

22  34.     Attached hereto as **Exhibit 25** is a true and correct copy of the relevant excerpts

23  of Erik Lis's Deposition ("Lis"), taken on May 26, 2016.

24  35.     Attached hereto as **Exhibit 26** is a true and correct copy of the relevant excerpts

25  of Barret Loux's Deposition ("Loux"), taken on April 26, 2016.

26  36.     Attached hereto as **Exhibit 27** is a true and correct copy of the relevant excerpts

27

4

28  DECLARATION OF ELISE M. BLOOM IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT– CASE No. 14-00608-JCS (consolidated with 3:14-cv-
03289-JCS)

of Kyle Mahoney's Deposition ("Mahoney"), taken on April 12, 2016.

37.    Attached hereto as **Exhibit 28** is a true and correct copy of the relevant excerpts of Tanner Mathis' Deposition ("Mathis"), taken on June 9, 2016.

38.    Attached hereto as **Exhibit 29** is a true and correct copy of the relevant excerpts of Bradley McAtee's Deposition ("McAtee"), taken on December 15, 2015.

39.    Attached hereto as **Exhibit 30** is a true and correct copy of the relevant excerpts of Aaron Meade's Deposition ("Meade"), taken on December 3, 2015.

40.    Attached hereto as **Exhibit 31** is a true and correct copy of the relevant excerpts of Jeff Nadeau's Deposition ("Nadeau"), taken on November 24, 2015.

41.    Attached hereto as **Exhibit 32** is a true and correct copy of the relevant excerpts of Philip Negus's Deposition ("Negus"), taken on July 9, 2016.

42.    Attached hereto as **Exhibit 33** is a true and correct copy of relevant excerpts of Brett Newsome's Deposition ("Newsome"), taken on January 21, 2016.

43.    Attached hereto as **Exhibit 34** is a true and correct copy of the relevant excerpts of Kyle Nicholson's Deposition ("Nicholson"), taken on November 18, 2015.

44.    Attached hereto as **Exhibit 35** is a true and correct copy of the relevant excerpts of Oliver Odle's Deposition ("Odle"), taken on December 1, 2015.

45.    Attached hereto as **Exhibit 36** is a true and correct copy of the relevant excerpts of Jacob Opitz's Deposition ("Optiz"), taken on November 23, 2015.

46.    Attached hereto as **Exhibit 37** is a true and correct copy of the relevant excerpts of Roberto Ortiz's Deposition ("Ortiz"), taken on December 9, 2015.

47.    Attached hereto as **Exhibit 38** is a true and correct copy of the relevant excerpts of Tim Pahuta's Deposition ("Pahuta"), taken on December 17, 2015.

48.    Attached hereto as **Exhibit 39** is a true and correct copy of the relevant excerpts of Dustin Pease's Deposition ("Pease"), taken on December 14, 2015.

49.    Attached hereto as **Exhibit 40** is a true and correct copy of the relevant excerpts

5

1    of Steven Proscia's Deposition ("Proscia"), taken on April 26, 2016.

2    50.    Attached hereto as **Exhibit 41** is a true and correct copy of the relevant excerpts

3    of David Quinowski's Deposition ("Quinowski"), taken on January 5, 2016.

4    51.    Attached hereto as **Exhibit 42** is a true and correct copy of the relevant excerpts

5    of Gaspar Santiago's Deposition ("Santiago"), taken on December 8, 2015.

6    52.    Attached hereto as **Exhibit 43** is a true and correct copy of the relevant excerpts

7    of Cody Sedlock's Deposition ("Sedlock"), taken on May 10, 2021.

8    53.    Attached hereto as **Exhibit 44** is a true and correct copy of the relevant excerpts

9    of Aaron Senne's Deposition ("Senne"), taken on October 27, 2015.

10   54.    Attached hereto as **Exhibit 45** is a true and correct copy of the relevant excerpts

11   of James Swift's Deposition ("Swift"), taken on March 30, 2016.

12   55.    Attached hereto as **Exhibit 46** is a true and correct copy of the relevant excerpts

13   of Adam Veres's Deposition ("Veres"), taken on May 17, 2016.

14   56.    Attached hereto as **Exhibit 47** is a true and correct copy of the relevant excerpts

15   of Kyle Von Tungeln's Deposition ("Von Tungeln"), taken on May 23, 2016.

16   57.    Attached hereto as **Exhibit 48** is a true and correct copy of the relevant excerpts

17   of Joel Weeks' Deposition ("Weeks"), taken on January 6, 2016.

18   58.    Attached hereto as **Exhibit 49** is a true and correct copy of the relevant excerpts

19   of Kyle Woodruff's Deposition ("Woodruff"), taken on October 21, 2015.

20   59.    Attached hereto as **Exhibit 50** is a true and correct copy of the relevant excerpts

21   of Nelfi Zapata's Deposition ("Zapata"), taken on June 9, 2016.

22   60.    Attached hereto as **Exhibit 51** is a true and correct copy of the relevant excerpts

23   of Bill Bavasi's Deposition ("Bavasi"), taken on December 15, 2015.

24   61.    Attached hereto as **Exhibit 52** is a true and correct copy of the relevant excerpts

25   of Shedrick Bennett's Deposition ("Bennett"), taken on January 12, 2016.

26   62.    Attached hereto as **Exhibit 53** is a true and correct copy of the relevant excerpts

27

6

28

1   of Larry Broadway's Deposition ("Broadway"), taken on January 20, 2016.

2        63.    Attached hereto as **Exhibit 54** is a true and correct copy of the relevant excerpts

3   of Douglas Davis's Deposition ("D. Davis"), taken on January 21, 2016.

4        64.    Attached hereto as **Exhibit 55** is a true and correct copy of the relevant excerpts

5   of Christopher Gwynn's Deposition ("Gwynn"), taken on October 21, 2015.

6        65.    Attached hereto as **Exhibit 56** is a true and correct copy of the relevant excerpts

7   of Gabe Kapler's Deposition ("Kapler"), taken on February 4, 2016.

8        66.    Attached hereto as **Exhibit 57** is a true and correct copy of the relevant excerpts

9   of Roy Krasik's Deposition ("Krasik"), taken on June 29, 2016.

10       67.    Attached hereto as **Exhibit 58** is a true and correct copy of the relevant excerpts

11  of Keith Lieppman's Deposition ("Lieppman"), taken on January 28, 2016.

12       68.    Attached hereto as **Exhibit 59** is a true and correct copy of the relevant excerpts

13  of Quinton McCracken's Deposition ("McCracken"), taken on February 19, 2016.

14       69.    Attached hereto as **Exhibit 60** is a true and correct copy of the relevant excerpts

15  of James Rantz' Deposition ("Rantz"), taken on December 8, 2015.

16       70.    Attached hereto as **Exhibit 61** is a true and correct copy of the relevant excerpts

17  of Bobby Scales' Deposition ("Scales"), taken on December 16, 2015.

18       71.    Attached hereto as **Exhibit 62** is a true and correct copy of the relevant excerpts

19  of Fred Seymour's Deposition ("Seymour"), taken on June 24, 2016.

20       72.    Attached hereto as **Exhibit 63** is a true and correct copy of the relevant excerpts

21  of Randall Smith's Deposition ("R. Smith"), taken on February 2, 2016.

22       73.    Attached hereto as **Exhibit 64** is a true and correct copy of the relevant excerpts

23  of Frank Viola's Deposition ("Viola"), taken on October 29, 2015.

24       74.    Attached hereto as **Exhibit 65** is a true and correct copy of the relevant excerpts

25  of John Vuch's Deposition ("Vuch"), taken on November 20, 2015.

26       75.    Attached hereto as **Exhibit 66** is a true and correct copy of the relevant excerpts

7

1    of Zachary Wilson's Deposition ("Wilson"), taken on January 21, 2016.

2    76.    Attached hereto as **Exhibit 67** is a true and correct copy of the relevant excerpts

3    of the 30(b)(6) Deposition of the Arizona Diamondbacks ("Diamondbacks"), taken on March 31,

4    2016.

5    77.    Attached hereto as **Exhibit 68** is a true and correct copy of the relevant excerpts

6    of the 30(b)(6) Deposition of the Atlanta Braves ("Braves"), taken on June 18, 2021.

7    78.    Attached hereto as **Exhibit 69** is a true and correct copy of the relevant excerpts

8    of the 30(b)(6) Deposition of the Boston Red Sox ("Red Sox"), taken on June 30, 2021.

9    79.    Attached hereto as **Exhibit 70** is a true and correct copy of the relevant excerpts

10   of the 30(b)(6) Deposition of the Chicago Cubs ("Cubs"), taken on May 11, 2016.

11   80.    Attached hereto as **Exhibit 71** is a true and correct copy of the relevant excerpts

12   of the 30(b)(6) Deposition of the Chicago White Sox ("White Sox"), taken on June 16, 2021.

13   81.    Attached hereto as **Exhibit 72** is a true and correct copy of the relevant excerpts

14   of the 30(b)(6) Deposition of the Cincinnati Reds ("Reds"), taken on April 14, 2016.

15   82.    Attached hereto as **Exhibit 73** is a true and correct copy of the relevant excerpts

16   of the 30(b)(6) Deposition of the Cleveland Indians ("Indians"), taken on June 9, 2021.

17   83.    Attached hereto as **Exhibit 74** is a true and correct copy of the relevant excerpts

18   of the 30(b)(6) Deposition of the Colorado Rockies ("Rockies"), taken on May 18, 2016.

19   84.    Attached hereto as **Exhibit 75** is a true and correct copy of the relevant excerpts

20   of the 30(b)(6) Deposition of the Detroit Tigers ("Tigers"), taken on May 5, 2016.

21   85.    Attached hereto as **Exhibit 76** is a true and correct copy of the relevant excerpts

22   of the 30(b)(6) Deposition of the Houston Astros ("Astros"), taken on April 27, 2016.

23   86.    Attached hereto as **Exhibit 77** is a true and correct copy of the relevant excerpts

24   of the 30(b)(6) Deposition of the Kansas City Royals ("Royals"), taken on May 26, 2016.

25   87.    Attached hereto as **Exhibit 78** is a true and correct copy of the relevant excerpts

26   of the 30(b)(6) Deposition of the Los Angeles Angels ("Angels"), taken on June 3, 2016.

27

8

28

88.     Attached hereto as **Exhibit 79** is a true and correct copy of the relevant excerpts of the 30(b)(6) Deposition of the Los Angeles Dodgers ("Dodgers"), taken on May 24, 2016.

89.     Attached hereto as **Exhibit 80** is a true and correct copy of the relevant excerpts of the 30(b)(6) Deposition of Major League Baseball ("MLB"), taken on June 8, 2016.

90.     Attached hereto as **Exhibit 81** is a true and correct copy of the relevant excerpts of the 30(b)(6) Deposition of the Miami Marlins ("Marlins"), taken on April 14, 2016.

91.     Attached hereto as **Exhibit 82** is a true and correct copy of the relevant excerpts of the 30(b)(6) Deposition of the Milwaukee Brewers ("Brewers"), taken on April 21, 2016.

92.     Attached hereto as **Exhibit 83** is a true and correct copy of the relevant excerpts of the 30(b)(6) Deposition of the Minnesota Twins ("Twins"), taken on May 4, 2016 and May 5, 2016.

93.     Attached hereto as **Exhibit 84** is a true and correct copy of the relevant excerpts of the 30(b)(6) Deposition of the New York Mets ("Mets"), taken on May 11, 2016.

94.     Attached hereto as **Exhibit 85** is a true and correct copy of relevant excerpts of the 30(b)(6) Deposition of the New York Yankees ("Yankees"), taken on June 3, 2016.

95.     Attached hereto as **Exhibit 86** is a true and correct copy of relevant excerpts of the 30(b)(6) Deposition of the Oakland Athletics ("Athletics"), taken on May 17, 2016 and May 19, 2016.

96.     Attached hereto as **Exhibit 87** is a true and correct copy of the relevant excerpts of the 30(b)(6) Deposition of the Pittsburgh Pirates ("Pirates"), taken on May 25, 2016.

97.     Attached hereto as **Exhibit 88** is a true and correct copy of the relevant excerpts of the 30(b)(6) Deposition of the San Diego Padres ("Padres"), taken on June 13, 2016.

98.     Attached hereto as **Exhibit 89** is a true and correct copy of the relevant excerpts of the 30(b)(6) Deposition of the San Francisco Giants ("Giants"), taken on May 19, 2016.

99.     Attached hereto as **Exhibit 90** is a true and correct copy of the relevant excerpts of the 30(b)(6) Deposition of the Seattle Mariners ("Mariners"), taken on May 10, 2016.

9

1   100.    Attached hereto as **Exhibit 91** is a true and correct copy of the relevant excerpts

2   of the 30(b)(6) Deposition of the St. Louis Cardinals ("Cardinals"), taken on May 16, 2016.

3   101.    Attached hereto as **Exhibit 92** is a true and correct copy of the relevant excerpts

4   of the 30(b)(6) Deposition of the Tampa Bay Rays ("Rays"), taken on June 23, 2021.

5   102.    Attached hereto as **Exhibit 93** is a true and correct copy of the relevant excerpts

6   of the 30(b)(6) Deposition of the Texas Rangers ("Rangers"), taken on April 28, 2016.

7   103.    Attached hereto as **Exhibit 94** is a true and correct copy of the relevant excerpts

8   of the 30(b)(6) Deposition of the Toronto Blue Jays ("Blue Jays"), taken on June 2, 2016.

9   104.    Attached hereto as **Exhibit 95** is a true and correct copy of the relevant excerpts

10  of J. Michael Dennis' Deposition ("Dennis"), taken on September 20, 2021.

11  105.    Attached hereto as **Exhibit 96** is a true and correct copy of the relevant excerpts

12  of Brian Kriegler's Deposition ("Kriegler"), taken on September 22, 2021.

13  106.    Attached hereto as **Exhibit 97** is a true and correct copy of the relevant excerpts

14  from the Major League Rules, bearing Bates Numbers MLB0030353-MLB0030356,

15  MLB0030374-MLB0030375, MLB0030464-MLB0030466, and MLB0030554-MLB0030580.

16  107.    Attached hereto as **Exhibit 98** is a true and correct copy of the Major League

17  Constitution, Article II, § 3, bearing Bates Numbers MLB0003926-MLB0003927.

18  108.    Attached hereto as **Exhibit 99** is a true and correct copy of a Chicago Cubs

19  Extended Spring Training schedule, dated May 2017, bearing Bates Number CHC0031519.

20  Because this document has been marked as "Confidential-Restricted" pursuant to the Parties'

21  stipulated protective order (Dkt. No. 233), it has been filed under seal and an administrative

22  motion is being filed along with this motion.

23  109.    Attached hereto as **Exhibit 100** is a true and correct copy of a Kansas City Royals

24  Spring Training schedule, dated March 2019, bearing Bates Number KAN0027769.  Because

25  this document has been marked as "Confidential-Restricted" pursuant to the Parties' stipulated

26  protective order (Dkt. No. 233), it has been filed under seal and an administrative motion is

27

10

28  DECLARATION OF ELISE M. BLOOM IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT– CASE No. 14-00608-JCS (consolidated with 3:14-cv-
03289-JCS)

1   being filed along with this motion.

2        110.    Attached hereto as **Exhibit 101** is a true and correct copy of a Minnesota Twins

3   Spring Training schedule, dated March 2019, bearing Bates Number MIN0017504.  Because this

4   document has been marked as "Confidential-Restricted" pursuant to the Parties' stipulated

5   protective order (Dkt. No. 233), it has been filed under seal and an administrative motion is

6   being filed along with this motion.

7        111.    Attached hereto as **Exhibit 102** is a true and correct copy of a New York Mets

8   Instructional League schedule, dated September 2014, bearing Bates Number NYM0003376.

9   Because this document has been marked as "Confidential-Restricted" pursuant to the Parties'

10   stipulated protective order (Dkt. No. 233), it has been filed under seal and an administrative

11   motion is being filed along with this motion.

12        112.    Attached hereto as **Exhibit 103** is a true and correct copy of a New York Mets

13   Championship Season schedule, dated April 2014, bearing Bates Numbers NYM0004201-

14   NYM0004202.  Because this document has been marked as "Confidential-Restricted" pursuant

15   to the Parties' stipulated protective order (Dkt. No. 233), it has been filed under seal and an

16   administrative motion is being filed along with this motion.

17        113.    Attached hereto as **Exhibit 104** is a true and correct copy of an Oakland Athletics

18   Instructional League schedule, dated September 2019, bearing Bates Number OAK0009829.

19   Because this document has been marked as "Confidential-Restricted" pursuant to the Parties'

20   stipulated protective order (Dkt. No. 233), it has been filed under seal and an administrative

21   motion is being filed along with this motion.

22        114.    Attached hereto as **Exhibit 105** is a true and correct copy of a San Diego Padres

23   Championship Season schedule, bearing Bates Numbers SDP0003749-SDP0003750.  Because

24   this document has been marked as "Confidential-Restricted" pursuant to the Parties' stipulated

25   protective order (Dkt. No. 233), it has been filed under seal and an administrative motion is

26   being filed along with this motion.

27

                                                             11

28

115.    Attached hereto as **Exhibit 106** is a true and correct copy of a San Diego Padres Spring Training schedule, dated March 2014, bearing Bates Number SDP0007443.  Because this document has been marked as "Confidential-Restricted" pursuant to the Parties' stipulated protective order (Dkt. No. 233), it has been filed under seal and an administrative motion is being filed along with this motion.

116.    Attached hereto as **Exhibit 107** is a true and correct copy of a Texas Rangers Extended Spring Training schedule, dated April 2011, bearing Bates Number TEX0031305.  Because this document has been marked as "Confidential-Restricted" pursuant to the Parties' stipulated protective order (Dkt. No. 233), it has been filed under seal and an administrative motion is being filed along with this motion.

117.    Attached hereto as **Exhibit 108** is a true and correct copy of a Texas Rangers Championship Season schedule, bearing Bates Number TEX0031332.  Because this document has been marked as "Confidential-Restricted" pursuant to the Parties' stipulated protective order (Dkt. No. 233), it has been filed under seal and an administrative motion is being filed along with this motion.

118.    Attached hereto as **Exhibit 109** is a true and correct copy of the relevant excerpts of the Arizona Diamondbacks Player Development Manual, bearing Bates Numbers ARI0000178 and ARI0000218-ARI0000222. Because this document has been marked as "Confidential-Restricted" pursuant to the Parties' stipulated protective order (Dkt. No. 233), it has been filed under seal and an administrative motion is being filed along with this motion.

119.    Attached hereto as **Exhibit 110** is a true and correct copy of the relevant excerpts of the Kansas City Royals Minor League Handbook, bearing Bates Number KAN0028011.

120.    Attached hereto as **Exhibit 111** is a true and correct copy of the relevant excerpts of the Cincinnati Reds Player Development Manual, bearing Bates Numbers CIN0000001 and CIN0000105-CIN0000113. Because this document has been marked as "Confidential-Restricted" pursuant to the Parties' stipulated protective order (Dkt. No. 233), it has been filed

1    under seal and an administrative motion is being filed along with this motion.

2            121.    Attached hereto as **Exhibit 112** is a true and correct copy of the Houston Astros

3    Criteria for Advancement and Player Plans, bearing Bates Numbers HOU0000983-

4    HOU0000984. Because this document has been marked as "Confidential-Restricted" pursuant to

5    the Parties' stipulated protective order (Dkt. No. 233), it has been filed under seal and an

6    administrative motion is being filed along with this motion.

7            122.    Attached hereto as **Exhibit 113** is a true and correct copy of the Kansas City

8    Royals Criteria for Advancement, bearing Bates Numbers KAN000647-KAN000649.  Because

9    this document has been marked as "Confidential-Restricted" pursuant to the Parties' stipulated

10   protective order (Dkt. No. 233), it has been filed under seal and an administrative motion is

11   being filed along with this motion.

12           123.    Attached hereto as **Exhibit 114** is a true and correct copy of the Seattle Mariners

13   Criteria for Advancement, bearing Bates Number SEA0001070.  Because this document has

14   been marked as "Confidential-Restricted" pursuant to the Parties' stipulated protective order

15   (Dkt. No. 233), it has been filed under seal and an administrative motion is being filed along with

16   this motion.

17           124.    Attached hereto as **Exhibit 115** is a true and correct copy of the Chicago Cub

18   Standards, bearing Bates Numbers CHC0016530-CHC0016536. Because this document has been

19   marked as "Confidential-Restricted" pursuant to the Parties' stipulated protective order (Dkt. No.

20   233), it has been filed under seal and an administrative motion is being filed along with this

21   motion.

22           125.    Attached hereto as **Exhibit 116** is a true and correct copy of the Los Angeles

23   Angels Level by Level Pitching Development Objectives, bearing Bates Numbers LAA0000179-

24   LAA0000181.  Because this document has been marked as "Confidential-Restricted" pursuant to

25   the Parties' stipulated protective order (Dkt. No. 233), it has been filed under seal and an

26   administrative motion is being filed along with this motion.

27                                                          13

28   DECLARATION OF ELISE M. BLOOM IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS'
     MOTION FOR PARTIAL SUMMARY JUDGMENT– CASE No. 14-00608-JCS (consolidated with 3:14-cv-
     03289-JCS)

1    126.    Attached hereto as **Exhibit 117** is a true and correct copy of the Los Angeles

2    Angels Level by Level Hitting Development Objectives, bearing Bates Numbers LAA0000200-

3    LAA0000202.  Because this document has been marked as "Confidential-Restricted" pursuant to

4    the Parties' stipulated protective order (Dkt. No. 233), it has been filed under seal and an

5    administrative motion is being filed along with this motion.

6    127.    Attached hereto as **Exhibit 118** is a true and correct copy of the Miami Marlins

7    Goals for Levels, bearing Bates Numbers MIA002362-MIA002365.  Because this document has

8    been marked as "Confidential-Restricted" pursuant to the Parties' stipulated protective order

9    (Dkt. No. 233), it has been filed under seal and an administrative motion is being filed along with

10    this motion.

11    128.    Attached hereto as **Exhibit 119** is a true and correct copy of the Texas Rangers

12    Pitchers Level to Level Development, bearing Bates Numbers TEX0028698-TEX0028699.

13    Because this document has been marked as "Confidential-Restricted" pursuant to the Parties'

14    stipulated protective order (Dkt. No. 233), it has been filed under seal and an administrative

15    motion is being filed along with this motion.

16    129.    Attached hereto as **Exhibit 120** is a true and correct copy of a memo dated

17    February 13, 2019, bearing Bates Number CHC0032495.

18    130.    Attached hereto as **Exhibit 121** is a true and correct copy of a memo dated March

19    1, 2021, bearing Bates Numbers SFG0030032-SFG0030033.

20    131.    Attached hereto as **Exhibit 122** is a true and correct copy of a memo dated March

21    19, 2020, bearing Bates Number MLB0030635.

22    132.    Attached hereto as **Exhibit 123** is a true and correct copy of an email dated June

23    12, 2011, bearing Bates Numbers MLBGAGN0000544-MLBGAGN0000545.

24    133.    Attached hereto as **Exhibit 124** is a true and correct copy of Kris Watts' monthly

25    salaries, bearing Bates Number WAS0000629.

26    134.    Attached hereto as **Exhibit 125** is a true and correct copy of Kris Watts' eBIS

27    14

28

Profile History, bearing Bates Numbers MLBPIT000001-MLBPIT000002.

135.   Attached hereto as **Exhibit 126** is a true and correct copy of Mark Wagner's monthly salaries, bearing Bates Number MLB003463.

136.   Attached hereto as **Exhibit 127** is a true and correct copy of Mark Wagner's eBIS Profile History, bearing Bates Numbers MLBSFG000128-MLBSFG000129.

137.   Attached hereto as **Exhibit 128** is a true and correct copy of Matthew Lawson's monthly salaries, bearing Bates Number MLBLAW0000002.

138.   Attached hereto as **Exhibit 129** is a true and correct copy of Matthew Lawson's eBIS Profile History, bearing Bates Numbers MLBTEX000021-MLBTEX000022.

139.   Attached hereto as **Exhibit 130** is a true and correct copy of relevant excerpts from the Cincinnati Reds Minor League Spring Training Information, bearing Bates Numbers CIN0032572 and CIN0032576.

140.   Attached hereto as **Exhibit 131** is a true and correct copy of relevant excerpts from the Colorado Rockies Minor League Spring Training Information, bearing Bates Numbers COL0061064-COL0061067.

141.   Attached hereto as **Exhibit 132** is a true and correct copy of Chicago White Sox per diem payments, bearing Bates Numbers CWS0000823-CWS0000860.

142.   Attached hereto as **Exhibit 133** is a true and correct copy of a Boston Red Sox meal summary, bearing Bates Number BOS0001169.

143.   Attached hereto as **Exhibit 134** is a true and correct copy of the relevant excerpts of Atlanta Braves Minor League Uniform Player Contracts, bearing Bates Numbers MLBATL0003001-MLBATL0003002.

144.   Attached hereto as **Exhibit 135** is a true and correct copy of the relevant excerpts of Kansas City Royals Minor League Uniform Player Contracts, bearing Bates Numbers MLBKAN0002259-MLBKAN0002262, MLBKAN0002275-MLBKAN0002278 and MLBKAN0002291-MLBKAN0002293.

15

1    145.    Attached hereto as **Exhibit 136** is a true and correct copy of the relevant excerpts

2    of Los Angeles Angels Minor League Uniform Player Contracts, bearing Bates Number

3    MLBLAA000049.

4    146.    Attached hereto as **Exhibit 137** is a true and correct copy of the relevant excerpts

5    of San Francisco Giants Minor League Uniform Player Contracts, bearing Bates Numbers

6    MLBSFG000034-MLBSFG000036.

7

8    I declare under penalty of perjury that the foregoing is true and correct.  Executed this 24th day

9    of November, 2021.

10                                          */s/ Elise M. Bloom*
                                            Elise M. Bloom
11

16