# EXHIBIT 44

Aaron J. Senne - October 27, 2015

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF COLORADO

 3       _____

 4       AARON SENNE, et al.,            )

 5              Plaintiffs,              )

 6              vs.                      ) Case No.
                                         ) 3:14-cv-00608-JCS
 7       OFFICE OF THE COMMISSIONER OF   ) (consolidated with

 8       BASEBALL, an unincorporated     ) 3:14-cv-03289-JCS)

 9       association doing business as   )
         MAJOR LEAGUE BASEBALL, et al.,  )
10              Defendants.              )

11       _____)

12

13

14

15           VIDEOTAPED DEPOSITION OF AARON J. SENNE

16               Greenwood Village, Colorado

17               Tuesday, October 27, 2015

18

19

20

21

22

23

24                       Reported By:

25               Melanie L. Giamarco
```

Aaron J. Senne - October 27, 2015

1     would adopt would be to feel comfortable at the plate?

2     That was your guiding principle; is that fair to say?

3          A.    I think it played a factor in my batting

4     stance.  You can't just be comfortable.  I couldn't go

5     sit in a lawn chair at the plate and hit as well as I

6     would like to, but I think being comfortable and

7     having a good stance fundamentally go side by side.

8          Q.    Did you ever alter your stance in --

9     because the pitcher you were facing was of a certain

10    kind or had a certain style?

11              MR. BROSHUIS:  Objection; form.

12         A.    From time to time, I might move up in the

13    batter's box if a pitcher is not throwing particularly

14    hard.

15         Q.    (By Mr. Ganz)  And that was a decision that

16    you made; is that right?

17              MR. BROSHUIS:  Objection.

18         A.    That was an adjustment that I made.  A lot

19    of times a coach would encourage players to move up,

20    especially if a batter's hit -- you know, the first

21    couple batters are facing a slow pitcher like that

22    were out in front and rolling overballs, it would be

23    an adjustment they would push onto the rest of the

24    team.

25         Q.    (By Mr. Ganz)  And were there times when

Aaron J. Senne - October 27, 2015

1    game that day -- or didn't have a game against an

2    external opponent, or if they did, and there was a

3    home game, we would do all the workouts with them, be

4    out there on the bench during the game, do any rehab

5    or training-room activities that we needed to do after

6    that, and then leave the ball field at the same time

7    or later than . . .

8         Q.    During those days, what couldn't you do

9    that you would normally have done had you not been

10   injured?

11        A.    Throw a baseball and swing a bat until,

12   like, August I believe I started swinging a bat again.

13        Q.    Did you play in any games during the 2011

14   season?

15        A.    No.

16        Q.    And were you paid by the Marlins during

17   this period?

18        A.    Until the Jupiter -- or until the Jamestown

19   season started in the middle of June, I received the

20   same compensation that the extended spring training

21   players received, which was minimal.  And then once

22   Jamestown season began, which was technically the

23   roster that I was still a part of, having been injured

24   after that season but prior to spring training, I

25   began receiving the monthly salary that the Jamestown

Aaron J. Senne - October 27, 2015

1    players received.

2         Q.    You were on the disabled list for -- on

3    several occasions and for somewhat lengthy periods of

4    time; is that a fair statement?

5         A.    I think it's a fair statement regarding my

6    elbow surgery.

7         Q.    Yes.

8         A.    I was on the disabled list a number of

9    other times.  I don't feel like they were very

10   lengthy.

11        Q.    I'm sorry.  I was referring to the elbow.

12        A.    Okay.  Yes.

13        Q.    So you had been assigned to Jamestown in

14   2010 and at least technically were assigned to

15   Jamestown in 2011, but you spent a good portion of

16   your time or all of your time in Jupiter rehabbing

17   during the 2011 season; is that right?

18        A.    Correct.

19        Q.    And in 2012, were you transferred to

20   Greensboro?

21        A.    Once we broke camp after spring training,

22   yes, I made the Greensboro team.

23        Q.    And Greensboro was in Greensboro, North

24   Carolina, I assume?

25        A.    Correct.

Aaron J. Senne - October 27, 2015

1          Q.     And Bud Selig signed your form, your

2     retirement form?

3          A.     Somebody from his office is required to

4     sign that form, whether it's Bud or somebody else.

5          Q.     Okay.  Well, let's just stick with Bud for

6     the moment.

7                 Did you ever have any communications with

8     Bud Selig, written or oral?

9          A.     I never had direct communications with Bud

10    Selig.

11         Q.     Did you ever have any written

12    communication -- or did you have any communications,

13    written or oral, with anyone employed by Major League

14    Baseball?

15         A.     Again, aside from documents that I received

16    from them, had to fill out and send back for them to

17    authorize and sign, no, I did not.

18         Q.     And those documents had to do with your

19    Uniform Player Contract; is that what you're saying?

20         A.     My Uniform Player Contract, my retirement

21    form, and I am not sure about the Addendum Cs, whether

22    those had to go through Bud Selig's office or not.

23         Q.     Did any employee of Major League Baseball

24    assign or direct your daily activities when you were a

25    Minor League player?

Aaron J. Senne - October 27, 2015

```
 1          A.    No.

 2          Q.    Have you ever spoken to any Major League

 3    Baseball employee regarding your Minor League

 4    activities?

 5                MR. BROSHUIS:  Objection, form.

 6          A.    No.

 7          Q.    (By Mr. Ganz)  Do you maintain a LinkedIn

 8    account?

 9          A.    I do.

10          Q.    And do you maintain a Facebook account?

11          A.    I do.

12          Q.    Do you maintain a Twitter account?

13          A.    There's one there.  I never use it.

14          Q.    And do you maintain an Instagram account?

15          A.    No.

16          Q.    What is your e-mail address?

17          A.    I have multiple e-mail addresses, one for

18    work and one for personal.

19          Q.    I'm sorry.  Go ahead.  One for work and one

20    for?

21          A.    One for work and one for personal.

22          Q.    And what are those addresses?

23          A.    My personal address is

24    ajs5zb@mail.missouri.edu.

25          Q.    And your business?
```

Aaron J. Senne - October 27, 2015

```
 1          A.    Yes.
 2          Q.    Extra base hits?
 3          A.    Yes.
 4          Q.    And total bases?
 5          A.    Yes.
 6          Q.    Total bases being the sum of all those
 7     hits?
 8          A.    More or less.
 9          Q.    More or less?  Okay.
10                When you played baseball, and let's limit it
11     to the Minor Leagues for the moment, apart from the
12     times when you were given a signal to take a pitch and
13     not swing at it, and apart from the times when there
14     was a hit-and-run play put on, were you the one who
15     decided whether or not to swing at a pitch?
16          A.    You were trained and taught over the years
17     through, you know, many coaches how to approach each
18     at-bat, what to look for, I mean, how to have your
19     at-bats, yes --
20          Q.    How to what your bats?  I'm sorry.
21          A.    How to approach your at-bats is a better
22     way of looking at that.  Aside from those scenarios,
23     every so often, for whatever reason, a lot of times a
24     coach might tell the entire team to take a first
25     pitch, to see a pitch.  But yes, other than that, you
```

Aaron J. Senne - October 27, 2015

1    are physically taking that swing, yes.

2         Q.    And making the mental decision to make the

3    swing?

4         A.    It's a very split-second decision, so yes.

5         Q.    And that was my next question.

6               Within how much time do you have, and I know

7    it may vary from pitcher to pitcher, but on average,

8    how much time do you have to decide whether you're

9    going to swing?

10        A.    (Snaps finger.)  About that much time.

11        Q.    I think while the videographer may have

12   that, and even the sound --

13        A.    I don't remember the exact amount of time.

14   It's somewhere between, like, 21.3 --

15        Q.    It's tenths of a second?

16        A.    Tenths of a second, yes.

17        Q.    And does it take some -- I know you

18   referred to coaches who advised you over the years

19   about hitting.

20              Does it also take some -- do you think it

21   takes some natural talent to be able to make a

22   split-second decision to swing at a pitch and actually

23   hit it well?

24        A.    I think it takes a whole lot of repetition,

25   which is why the baseball season is as long as it is