**PROSKAUER ROSE LLP**
ELISE M. BLOOM (admitted *pro hac vice*)
ebloom@proskauer.com
NEIL H. ABRAMSON (admitted *pro hac vice*)
nabramson@proskauer.com
ADAM M. LUPION (admitted *pro hac vice*)
alupion@proskauer.com
RACHEL S. PHILION (admitted *pro hac vice*)
rphilion@proskauer.com
NOA M. BADDISH (admitted *pro hac vice*)
nbaddish@proskauer.com
JOSHUA S. FOX (admitted *pro hac vice*)
jfox@proskauer.com
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

| **PROSKAUER ROSE LLP** | **PROSKAUER ROSE LLP** |
|---|---|
| PHILIPPE A. LEBEL (SBN 274032) | MARK W. BATTEN (admitted *pro hac vice*) |
| plebel@proskauer.com | mbatten@proskauer.com |
| 2029 Century Park East, 24th Floor | SAMANTHA R. MANELIN (admitted *pro hac vice*) |
| Los Angeles, CA 90067-3010 | smanelin@proskauer.com |
| Telephone: (310) 557-2900 | One International Place |
| Facsimile: (310) 557-2193 | Boston, MA 02110-2600 |
| | Telephone: (617) 526-9600 |
| | Facsimile: (617) 526-9899 |

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AARON SENNE, *et al.*, | Case No. CV 14-00608 JCS (consolidated with 3:14-cv-03289-JCS) |
| Plaintiffs, | |
| | Hon. Joseph C. Spero |
| vs. | |
| OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL, *et al.*, | **CLASS ACTION** |
| | **DECLARATION OF ELISE M. BLOOM IN SUPPORT OF DEFENDANTS' REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' EXPERT DECLARATIONS AND TESTIMONY OF J. MICHAEL DENNIS, PH.D.** |
| Defendants. | |

DECLARATION OF ELISE M. BLOOM IN SUPPORT OF DEFENDANTS' REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' EXPERT DECLARATIONS AND TESTIMONY OF J. MICHAEL DENNIS, PH.D. – CASE No. 14-00608-JCS
(consolidated with 3:14-cv-03289-JCS)

I, Elise M. Bloom, declare as follows:

1. I am a partner at Proskauer Rose, LLP, counsel for all Defendants in this matter.

2. I submit this declaration in support of Defendants' Reply Memorandum Of Law In Further Support Of Defendants' Motion To Exclude Plaintiffs' Expert Declarations And Testimony Of J. Michael Dennis, Ph.D.

3. I have personal knowledge of the facts contained in this declaration, and if called to testify, I could and would testify competently thereto.

4. Attached hereto as **Exhibit 1** is a true and correct copy of relevant excerpts of Dr. J. Michael Dennis's Deposition, taken on September 20, 2021 ("Ex. 1").

5. Attached hereto as **Exhibit 2** is a true and correct copy of relevant excerpts of Dr. Brian Kriegler's Deposition, taken on September 22, 2021 ("Ex. 2").

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 10th day of December, 2021.

                                              */s/ Elise M. Bloom*
                                                  Elise M. Bloom