| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 10 2021 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

AARON SENNE; et al.,

        Plaintiffs-Respondents,

v.

OFFICE OF THE COMMISSIONER OF BASEBALL; et al.,

        Defendants-Petitioners.

No. 21-80091

D.C. Nos.   3:14-cv-00608-JCS
                  3:14-cv-03289-JCS
Northern District of California,
San Francisco

ORDER

Before: O'SCANNLAIN and THOMAS, Circuit Judges.

Petitioners' motion for leave to file a reply in support of the petition (Docket Entry No. 3) is granted. The reply has been filed.

The court, in its discretion, denies the petition for permission to appeal the district court's July 23, 2021 class certification order. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (stating standard).

LCC/MOATT