**PROSKAUER ROSE LLP**
ELISE M. BLOOM (admitted *pro hac vice*)
ebloom@proskauer.com
NEIL H. ABRAMSON (admitted *pro hac vice*)
nabramson@proskauer.com
ADAM M. LUPION (admitted *pro hac vice*)
alupion@proskauer.com
RACHEL S. PHILION (admitted *pro hac vice*)
rphilion@proskauer.com
NOA M. BADDISH (admitted *pro hac vice*)
nbaddish@proskauer.com
JOSHUA S. FOX (admitted *pro hac vice*)
jfox@proskauer.com
Eleven Times Square
New York, NY 10036
Telephone:  (212) 969-3000
Facsimile:  (212) 969-2900

| **PROSKAUER ROSE LLP** | **PROSKAUER ROSE LLP** |
|---|---|
| PHILIPPE A. LEBEL (SBN 274032) | MARK W. BATTEN (admitted *pro hac vice*) |
| plebel@proskauer.com | mbatten@proskauer.com |
| 2029 Century Park East, 24th Floor | SAMANTHA R. MANELIN (admitted *pro hac vice*) |
| Los Angeles, CA  90067-3010 | smanelin@proskauer.com |
| Telephone:  (310) 557-2900 | One International Place |
| Facsimile:  (310) 557-2193 | Boston, MA 02110-2600 |
| | Telephone:  (617) 526-9600 |
| | Facsimile:  (617) 526-9899 |

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AARON SENNE, *et al.*,<br><br>            Plaintiffs,<br><br>vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL, *et al.*,<br><br>            Defendants. | Case No. CV 14-00608 JCS (consolidated with 3:14-cv-03289-JCS)<br><br>Hon. Joseph C. Spero<br><br>**CLASS ACTION**<br><br>**DECLARATION OF ELISE M. BLOOM IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO FILE A MOTION FOR DECERTIFICATION OF THE RULE 23 CLASSES AND FLSA COLLECTIVE** |

I, Elise M. Bloom, declare as follows:

1. I am a partner at Proskauer Rose, LLP, counsel for all Defendants in this matter.

2. I submit this declaration in support of the Defendants' Motion for Leave to File a Motion for Decertification of the Rule 23 Classes and FLSA Collective.

3. I have personal knowledge of the facts contained in this declaration, and if called to testify, I could and would testify competently thereto.

4. Attached hereto as **Exhibit 1** is a true and correct copy of the relevant excerpts of Michael Hart's Deposition ("Hart Tr."), taken on June 28, 2016.

5. Attached hereto as **Exhibit 2** is a true and correct copy of the relevant excerpts of Bryan Henry's Deposition ("Henry Tr."), taken on June 28, 2021.

6. Attached hereto as **Exhibit 3** is a true and correct copy of the relevant excerpts of Mitchell Hilligoss' Deposition ("Hilligoss Tr."), taken on January 20, 2016.

7. Attached hereto as **Exhibit 4** is a true and correct copy of the relevant excerpts of Jake Kahaulelio's Deposition ("Kahaulelio Tr."), taken on October 22, 2015.

8. Attached hereto as **Exhibit 5** is a true and correct copy of the relevant excerpts of Kristopher Watts' Deposition ("Watts Tr."), taken on February 11, 2016.

9. Attached hereto as **Exhibit 6** is a true and correct copy of the relevant excerpts of Dr. J. Michael Dennis' Deposition ("Dennis Tr."), taken on September 20, 2021.

10. Attached hereto as **Exhibit 7** is a true and correct copy of the relevant excerpts of Dr. Brian Kriegler's Deposition ("Kriegler Tr."), taken on September 22, 2021.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of January, 2022.

*/s/ Elise M. Bloom*
Elise M. Bloom

DECLARATION OF ELISE M. BLOOM IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO FILE A MOTION FOR DECERTIFICATION OF THE RULE 23 CLASSES AND FLSA COLLECTIVE – CASE No. 14-00608-JCS (consolidated with 3:14-cv-03289-JCS)