1

**PROSKAUER ROSE LLP**
ELISE M. BLOOM (admitted *pro hac vice*)

2
ebloom@proskauer.com
NEIL H. ABRAMSON (admitted *pro hac vice*)

3
nabramson@proskauer.com
ADAM M. LUPION (admitted *pro hac vice*)

4
alupion@proskauer.com
RACHEL S. PHILION (admitted *pro hac vice*)

5
rphilion@proskauer.com
NOA M. BADDISH (admitted *pro hac vice*)

6
nbaddish@proskauer.com
JOSHUA S. FOX (admitted *pro hac vice*)

7
jfox@proskauer.com
Eleven Times Square

8
New York, NY 10036

9
Telephone:  (212) 969-3000
Facsimile:   (212) 969-2900

10

11
**PROSKAUER ROSE LLP**               **PROSKAUER ROSE LLP**
PHILIPPE A. LEBEL (SBN 274032)    MARK W. BATTEN (admitted *pro hac vice*)

12
plebel@proskauer.com                    mbatten@proskauer.com
2029 Century Park East, 24th Floor     SAMANTHA R. MANELIN (admitted *pro hac vice*)

13
Los Angeles, CA  90067-3010           smanelin@proskauer.com
Telephone:  (310) 557-2900            One International Place

14
Facsimile:  (310) 557-2193            Boston, MA 02110-2600
Telephone:  (617) 526-9600

15
Facsimile:   (617) 526-9899

*Attorneys for Defendants*

16

17
**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

18
AARON SENNE, *et al.*,                          Case No. CV 14-00608 JCS (consolidated
with 3:14-cv-03289-JCS)

19
                         Plaintiffs,
Hon. Joseph C. Spero

20
vs.

21
OFFICE OF THE COMMISSIONER OF       **CLASS ACTION**
BASEBALL, an unincorporated association

22
doing business as MAJOR LEAGUE       **DECLARATION OF ELISE M.**
BASEBALL, *et al.*,                            **BLOOM IN SUPPORT OF**
**DEFENDANTS' REPLY**

23
                         Defendants.          **MEMORANDUM OF POINTS AND**
**AUTHORITIES IN FURTHER**

24
**SUPPORT OF DEFENDANTS'**
**MOTION FOR LEAVE TO FILE A**

25
**MOTION FOR DECERTIFICATION**
**OF THE RULE 23 CLASSES AND**

26
**FLSA COLLECTIVE**

27

28
DECLARATION OF ELISE M. BLOOM IN SUPPORT OF REPLY MEMORANDUM OF POINTS AND
AUTHORITIES IN FURTHER SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO FILE A MOTION
FOR DECERTIFICATION OF THE RULE 23 CLASSES AND FLSA COLLECTIVE – CASE No. 14-00608-JCS
(consolidated with 3:14-cv-03289-JCS)

1  I, Elise M. Bloom, declare as follows:

2      1.      I am a partner at Proskauer Rose, LLP, counsel for all Defendants in this matter.

3      2.      I submit this declaration in support of Defendants' Reply Memorandum of Points

4  and Authorities in Further Support of Defendants' Motion for Leave to File a Motion for

5  Decertification of the Rule 23 Classes and FLSA Collective.

6      3.      I have personal knowledge of the facts contained in this declaration, and if called

7  to testify, I could and would testify competently thereto.

8      4.      Attached hereto as **Exhibit 1** is a true and correct copy of the relevant excerpts of

9  Dr. Brian Kriegler's Deposition ("Kriegler Tr."), taken on September 22, 2021.

10

11  I declare under penalty of perjury that the foregoing is true and correct.  Executed this 25th day

12  of January, 2022.

13                                          */s/ Elise M. Bloom*
                                            Elise M. Bloom
14

15

16

17

18

19

20

21

22

23

24

25

26                                          2

27  DECLARATION OF ELISE M. BLOOM IN SUPPORT OF REPLY MEMORANDUM OF POINTS AND
    AUTHORITIES IN FURTHER SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO FILE A MOTION
28  FOR DECERTIFICATION OF THE RULE 23 CLASSES AND FLSA COLLECTIVE – CASE No. 14-00608-JCS
    (consolidated with 3:14-cv-03289-JCS)