UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON SENNE, et al.,<br><br>        Plaintiffs,<br><br>      v.<br><br>KANSAS CITY ROYALS BASEBALL CORP., et al.,<br><br>        Defendants. | Case No. 14-cv-00608-JCS<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR DECERTIFICATION OF RULE 23 CLASSES AND FLSA COLLECTIVE**<br><br>Re: Dkt. No. 1038 |

The Court DENIES Defendants' Motion for Leave to File Motion for Decertification of Rule 23 Classes and FLSA Collective ("Motion"). In the Motion, Defendants advance a plethora of arguments this Court has already rejected. Nor does the Court find that there is "new evidence" sufficient to justify reopening these questions at this stage of the proceedings. The Court considered two rounds of briefing on certification of the Rule 23 classes and the FLSA collective prior to the Ninth Circuit appeal. The Ninth Circuit weighed in and found that this Court should have certified *broader* classes. The undersigned again addressed class certification in the context of Plaintiffs' Rule (b)(2) motion on remand, and the Ninth Circuit rejected Defendants' request to bring an immediate appeal of the (b)(2) Order. Defendants have not justified their request to revisit the issue at this point, now less than four months before the trial.

The Court also advises the parties that no extensions will be approved with respect to the briefing deadlines on Plaintiffs' Motion to Bifurcate [dkt. no. 1041], regardless of whether or not the parties stipulate to them. Pursuant to the Civil Local Rules, Defendants' Opposition shall be filed no later than **February 10, 2022**; Plaintiffs' Reply will be due on **February 17, 2022**.

**IT IS SO ORDERED.**

Dated: February 6, 2022

JOSEPH C. SPERO
Chief Magistrate Judge