# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### ZOOM CIVIL MINUTE ORDER

| | |
|---|---|
| **Case No.:** 14-cv-00608-JCS | **Case Name:** Senne v. Office of the Commissioner of Baseball |
| **Chief Magistrate Judge: JOSEPH C. SPERO** | **Date**: February 11, 2022    **Time:** 3 H 22 M (9:33-1:16) |

**Attorney for Plaintiff:** Garrett Broshuis, Bobby Pouya, Dan Warshaw, Clifford Pearson, Thomas Nolan, Samuel Kornhauser
**Attorney for Defendant:** Elise Bloom, Adam Lupion, Mark Batten

**Deputy Clerk:** Karen Hom          **Court Reporter:** Lee-Ann Shortridge

## ZOOM WEBINAR PROCEEDINGS

1. Motion to Exclude Expert J. Michael Dennis [dkt 969]
2. Motion to Exclude Expert Brian Kriegler [dkt 971]
3. Motion for Judgment on the Pleadings [dkt 979]
4. Motion for Partial Summary Judgment [dket 980]
5. Motion for Summary Judgment [dkt 986]
6. Motion to Exclude Expert Erica Groshen [dkt 987]
7. Motion to Exclude Certain Expert Testimony Disclosed by Defendants [dkt 988]
8. Motion to Strike Defendants' Daubert Motions and Improper Rebuttal Reports [dkt 1025]
9. Further Case Mgmt Conference – Held (9:35-9:43 = 8 M)
10. Motion to Bifurcate [dkt 1041] - Granted

## ORDERED AFTER HEARING

As to the Administrative Motions to Seal – within thirty (30) days the parties shall meet and confer and file a joint submission that includes: 1) a chart that lists all the documents either side has asked to file under seal by category (e.g., contains private financial information, discloses identity or contact information of survey respondent, lists gross receipts of Club), the declaration(s) that have been filed in support of sealing for each document, and whether the parties agree on whether the document should be sealed; and 2) a brief explanation of each side's position as to the documents upon which the parties could not agree. In addition, as to the documents the parties agree should be filed under seal, the parties should provide a proposed order listing those documents, grouping them together for each pending motion to file under seal.

Each side is limited to ten (10) motions in limine. Each motion in limine and each opposition is limited to five (5) pages.
Oral arguments were heard.

**NOTES:**  As the Motion to Bifurcate has been GRANTED, the March 4, 2022 hearing date is taken off calendar.

**CASE CONTINUED TO:**   02/16/2022 at 9:30 AM for continued motions hearing by Zoom. Zoom Webinar ID 161 926 0804 Password: 050855. Please see Judge Spero's website for additional Zoom information.

**Order to be prepared by:**
 [  ]  Plaintiff          [  ]  Defendant          [X] Court