UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON SENNE, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>KANSAS CITY ROYALS BASEBALL CORP., et al.,<br><br>   Defendants. | Case No. 14-cv-00608-JCS<br><br>**ORDER FOR PARTIES TO PROVIDE LIST OF DISPUTED FACTS RE SEASONAL AMUSEMENT EXEMPTION** |

At the February 16, 2022 motion hearing, the Court requested that the parties provide an additional submission listing undisputed and disputed facts relating to the training facilities in order to determine whether the relevant establishments for those facilities can be decided on summary judgment. In particular, in the minutes, the Court ordered as follows:

> No later than March 3, 2022, subject to any reasonable extensions the Court may grant, the parties shall meet and confer and file a joint submission not to exceed fifty (50) pages, if possible, addressing each of the training facilities, by location, with respect to whether the part of the facility used for minor league training constitutes a separate establishment from the part that is used for major league training. For each location, the parties shall provide a list of all of the relevant facts that are undisputed. **In addition, the submission should include a section identifying the relevant facts for each training facility that are disputed, along with citations to the evidence**.

Dkt. no. 1052. The Court subsequently extended the deadline to March 10, 2022.

On March 10, 2022, the parties submitted a joint statement of undisputed facts, dkt. no. 1062, but the parties did not identify the facts that are in dispute. The Court requests that the parties supplement their previously filed submission with the disputed facts and evidence for each

training facility, as previously ordered, no later than **March 25, 2022**. To the extent that there are no disputed facts as to any of the training facilities, the parties should indicate this in their supplemental submission. Like the undisputed facts, the disputed facts should be limited to those contained in the parties' summary judgment submissions.

**IT IS SO ORDERED.**

Dated: March 14, 2022

_____
JOSEPH C. SPERO
Chief Magistrate Judge

2