# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### ZOOM CIVIL MINUTE ORDER

| Case No.:  14-cv-00608-JCS | Case Name: Senne v. Office of the Commissioner of Baseball | |
|---|---|---|
| Chief Magistrate Judge: JOSEPH C. SPERO | Date:  March 25, 2022 | Time: 50 M (2:02-2:52) |

**Attorney for Plaintiff:** Garret Broshuis, Bobby Pouya, Cliff Pearson, Marc Wallenstein
**Attorney for Defendant:** Elise Bloom, Adam Lupion

| **Deputy Clerk:** Karen Hom | **Digital Recorder:** Zoom Webinar Time 2:02-2:52 |
|---|---|

## ZOOM WEBINAR PROCEEDINGS

1.  Status Conference - Held

## ORDERED AFTER HEARING

Parties shall file a revised joint stipulation to file document under seal by 4/8/2022.
Class Plaintiffs and Defendants shall respond to the Motion for Leave to File Motion for Reconsideration that was filed by the Marti Plaintiffs by 4/8/2022. The Marti Plaintiffs may file a reply by 4/15/2022.

Parties will meet and confer and file a joint trial plan that should include agreements and disagreements as to the evidence to be presented at trial by 4/8/2022.

Motions in Limine shall be filed on 4/11/2022 by Noon.

Proposed pretrial order, jury instructions, and verdict form shall be filed by 4/15/2022.

**CASE CONTINUED TO:**   05/04/2022 at 2:00 PM for a pretrial conference by Zoom.  Zoom Webinar ID 161 926 0804 Password: 050855. Please see Judge Spero's website for additional Zoom information.