STEPHEN M. TILLERY (*pro hac vice*)
 stillery@koreintillery.com
GARRETT R. BROSHUIS (Bar No. 329924) (*pro hac vice*)
 gbroshuis@koreintillery.com
MARC WALLENSTEIN (*pro hac vice*)
 mwallenstein@koreintillery.com
DIANE MOORE (Bar No. 214903)
 dmoore@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

CLIFFORD H. PEARSON (Bar No. 108523)
  cpearson@pswlaw.com
DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pswlaw.com
BOBBY POUYA (Bar No. 245527)
  bpouya@pswlaw.com
THOMAS J. NOLAN (Bar No. 66992)
  tnolan@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
**Sherman Oaks**, CA 94103
Telephone: (818) 788-8300
Facsimile:  (818) 788-8104

JILL M. MANNING (Bar No. 178849)
  jmanning@pswlaw.com
BENJAMIN E. SHIFTAN (Bar No. 265767)
  bshiftan@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
350 Sansome Street, Suite 680
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

*Plaintiffs' Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL, et al.,<br><br>Defendants. | CASE NO. 3:14-cv-00608-JCS<br>(consolidated with No. 3:14-cv-03289-JCS)<br>Assigned to: Hon. Joseph C. Spero<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PROCEDURE FOR DEPOSITION DESIGNATIONS** |

WHEREAS, the parties have met and conferred regarding the procedures for exchanging deposition designations as set forth in Section T of the Court's Superseding Case Management and Pretrial Order (ECF No. 843).

WHEREAS, as a result of those discussions the parties have agreed to modify the procedure for exchanging initial designations as set forth in this stipulation, and believe this modification will make designations clearer and more convenient.

The parties stipulate and agree as follows, subject to court approval:

1. Plaintiffs' initial deposition designations shall be denoted with green highlights;
2. Defendants' initial deposition designations shall be denoted with purple highlights;
3. The parties are not required to line through portions of designated pages that are not designated; and
4. This stipulation does not otherwise modify the timing or procedure for deposition designations.

DATED: April 10, 2022                    Respectfully submitted,

                                                        */s/ Bobby Pouya*
                                        PEARSON, SIMON & WARSHAW LLP

Clifford H. Pearson
Daniel L. Warshaw
Bobby Pouya
Thomas J. Nolan
Benjamin E. Shiftan
Jill M. Manning

KOREIN TILLERY, LLC
Stephen M. Tillery
Garrett R. Broshuis
Marc Wallenstein
Diane Moore

*Plaintiffs Co-Lead Class Counsel*

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

DATED: April 10, 2022

*/s/ Elise M. Bloom*
PROSKAUER ROSE LLP

Neil H. Abramson
Adam M. Lupion
Mark W. Batten
Rachel Philion
Noa M. Baddish
Joshua S. Fox
Philippe A. Lebel

*Attorneys for Defendants*

**FILER'S ATTESTATION**

I, Bobby Pouya, am the ECF user whose identification and password are being used to file this document, hereby attest that the counsel listed above concur in this filing. I will maintain an executed copy of this pleading in our files that can be made available for inspection upon request.

Dated: April 10, 2022                                  */s/ Bobby Pouya*
                                                                    Bobby Pouya

**[PROPOSED] ORDER**

The Court having considered the parties stipulation and for cause appearing, IT IS HEREBY ORDERED that Section T of the Court's Superseding Case Management and Pretrial Order (ECF No. 843) is amended as follows:

1. Plaintiffs' initial deposition designations shall be denoted with green highlights;
2. Defendants' initial deposition designations shall be denoted with purple highlights;
3. The parties are not required to line through portions of designated pages that are not designated; and
4. This order does not otherwise modify the timing or procedure for deposition designations.

**SO ORDERED.**

DATED: _____

HONORABLE JOSEPH C. SPERO