UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AARON SENNE, et al., | Case No. 14-cv-00608-JCS |
|---|---|
| Plaintiffs, | |
| v. | **ORDER OF REFERENCE TO DISTRICT JUDGE JACQUELINE SCOTT CORLEY FOR SETTLEMENT** |
| OFFICE OF THE COMMISSIONER OF BASEBALL, et al., | |
| Defendants. | |

This matter is referred to United States District Judge Jacqueline Scott Corley to conduct a settlement conference at the convenience of her calendar.

The parties will be advised of the date, time and place of the next appearance by notice from Judge Corley.

**IT IS SO ORDERED.**

Dated: May 3, 2022

JOSEPH C. SPERO
United States Chief Magistrate Judge

*Rev. 10-18*