1  STEPHEN M. TILLERY *(pro hac vice)*
     stillery@koreintillery.com
2  GARRETT R. BROSHUIS (Bar No. 329924)
     gbroshuis@koreintillery.com
3  MARC A. WALLENSTEIN (*pro hac vice*)
     mwallenstein@koreintillery.com
4  DIANE MOORE (Bar No. 214903)
     dmoore@koreintillery.com
5  **KOREIN TILLERY, LLC**
   505 North 7th Street, Suite 3600
6  St. Louis, MO 63101
   Telephone:  (314) 241-4844
7  Facsimile: (314) 241-3525

8

   CLIFFORD H. PEARSON (Bar No. 108523)
9    cpearson@pswlaw.com
   DANIEL L. WARSHAW (Bar No. 185365)
10   dwarshaw@pswlaw.com
   BOBBY POUYA (Bar No. 245527)                BENJAMIN E. SHIFTAN (Bar No. 265767)
11   bpouya@pswlaw.com                           bshiftan@pswlaw.com
   THOMAS J. NOLAN (Bar No. 66992)             JILL M. MANNING (Bar No. 178849)
12   tnolan@pswlaw.com                           jmanning@pswlaw.com
   **PEARSON, SIMON & WARSHAW, LLP**           **PEARSON, SIMON & WARSHAW, LLP**
13 15165 Ventura Boulevard, Suite 400          350 Sansome Street, Suite 680
   Sherman Oaks, CA 91403                      San Francisco, CA 94104
14 Telephone: (818) 788-8300                   Telephone: (415) 433-9000
   Facsimile: (818) 788-8104                   Facsimile: (415) 433-9008
15

16 Plaintiffs' Co-Lead Class Counsel

17                **UNITED STATES DISTRICT COURT**

18        **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| 19  AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated, | CASE NO. 3:14-cv-00608-JCS (consolidated with 3:14-cv-03289-JCS) |
| 20              Plaintiffs, | **CLASS ACTION** |
| 21              vs. | **AMENDED JOINT EXHIBIT LIST** |
| 22  OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL, et al., | Courtroom: F, 15th Floor<br>Judge: Honorable Joseph C. Spero |
| 25              Defendants. | |

Pursuant to the Court's Order (ECF No. 843), the parties, after de-duplication and meeting and conferring, submit the following Amended Joint Exhibit List, found at Attachment A.

DATED: May 9, 2022     Respectfully submitted,

 /s/ Garrett R. Broshuis

PEARSON, SIMON & WARSHAW LLP
CLIFFORD H. PEARSON
THOMAS J. NOLAN
DANIEL L. WARSHAW
BOBBY POUYA
BENJAMIN E. SHIFTAN
JILL M. MANNING

KOREIN TILLERY, LLC
STEPHEN M. TILLERY (*pro hac vice*)
GARRETT R. BROSHUIS
MARC WALLENSTEIN (*pro hac vice*)
DIANE MOORE

*Plaintiffs Co-Lead Class Counsel*

/s/ Elise M. Bloom

Elise M. Bloom (*pro hac vice*)
Neil H. Abramson (*pro hac vice*)
Adam M. Lupion (*pro hac vice*)
Rachel Philion (*pro hac vice*)
Noa M. Baddish (*pro hac vice*)
Joshua S. Fox (*pro hac vice*)
PROSKAUER ROSE LLP
11 Times Square
New York, NY 10036
(212) 969-3000

/s/ Philippe A. Lebel

Philippe A. Lebel (Bar No. 274032)
PROSKAUER ROSE LLP
2049 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 557-2900

Mark W. Batten (*pro hac vice*)
Samantha R. Manelin (*pro hac vice*)
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110-2600
(617) 526-9600

*Attorneys for Defendants*

1     NO. 3:14-cv-00608-JCS
**Amended Joint Exhibit List**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered for electronic filing.

/s/ *Garrett R. Broshuis*
Garrett R. Broshuis