

Proskauer Rose LLP  Eleven Times Square  New York, NY 10036-8299

May 10, 2022

Elise M. Bloom
Member of the Firm
d +1.212.969.3410
f 212.969.2900
ebloom@proskauer.com
www.proskauer.com

**VIA ECF**

Hon. Joseph C. Spero
Chief Magistrate Judge
U.S. District Court, Northern District of California
San Francisco Courthouse, Courtroom G – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Senne, et al. v. Office of the Commissioner of Baseball, et al.*
      No. 3:14-cv-00608-JCS

Dear Judge Spero:

We represent Defendants in the above-referenced matter and write jointly with Plaintiffs' counsel.

The parties are pleased to inform the Court that they have reached a settlement of the matter in principle.  The parties have agreed upon a confidential memorandum of understanding.  The settlement is subject to ratification by the respective parties, and we are in the process of preparing the settlement documents.  In light of the parties' settlement in principle:

1. The parties respectfully request that the Court adjourn the initial pre-trial conference scheduled for May 10, 2022, the trial scheduled to begin on June 1, 2022, and all related trial proceedings and submissions.

2. Plaintiffs respectfully request until July 11, 2022 to file their motion for preliminary approval of the settlement.

We thank the Court for its consideration of the parties' request.

**Proskauer»**

Hon. Joseph C. Spero
May 10, 2022
Page 2

Respectfully submitted,

| /s/ Elise M. Bloom | /s/ Clifford H. Pearson |
|---|---|
| Elise M. Bloom | Clifford H. Pearson |
| PROSKAUER ROSE LLP | PEARSON, SIMON & WARSHAW LLP |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

 /s/ Stephen M. Tillery
Stephen M. Tillery
KOREIN TILLERY, LLC
*Attorneys for Plaintiffs*

cc: All Counsel (via ECF)