UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON SENNE, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL., et al.,<br><br>　　　　Defendants. | Case No. 14-cv-00608-JCS<br><br>**ORDER VACATING DATES; SETTING FILING DATE FOR PRELIMINARY APPROVAL**<br><br>Re: Dkt. No. 1122 |

The parties have advised the Court that they have reached a settlement in principle in this case.

IT IS HEREBY ORDERED THAT:

1. All dates in this case are VACATED, including the pretrial conference set for May 10, 2022, at Noon PDT.

2. Plaintiffs shall file their motion for preliminary approval by July 11, 2022.

3. A further case management conference is set for **August 19, 2022, at 2:00 PM** by Zoom videoconference. Zoom Webinar ID: 161 926 0804. Passcode: 050855.

**IT IS SO ORDERED.**

Dated: May 10, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge