UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON SENNE, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, et al.,<br><br>  Defendants. | Case No. 14-cv-00608-JCS<br><br>**ORDER DENYING ALL PENDING MOTIONS IN LIMINE**<br><br>Re: 1083, 1084, 1085, 1086, 1087, 1088, 1089, 1090, 1091, 1093, 1094, 1095, 1096 |

In light of the settlement in principle, all of the motions in limine are DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: May 10, 2022

JOSEPH C. SPERO
Chief Magistrate Judge