STEPHEN M. TILLERY (*pro hac vice*)
  stillery@koreintillery.com
GARRETT R. BROSHUIS (*pro hac vice*)
  gbroshuis@koreintillery.com
MARC WALLENSTEIN (*pro hac vice*)
  mwallenstein@koreintillery.com
DIANE MOORE (Bar No. 214903)
  dmoore@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone:  (314) 241-4844
Facsimile:   (314) 241-3525

CLIFFORD H. PEARSON (Bar No. 108523)
  cpearson@pswlaw.com
DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pswlaw.com
BOBBY POUYA (Bar No. 245527)
  bpouya@pswlaw.com
MICHAEL H. PEARSON (Bar No. 277857)
  mpearson@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone:  (818) 788-8300
Facsimile:   (818) 788-8104

JILL M. MANNING (Bar No. 178849)
  jmanning@pswlaw.com
BENJAMIN J. SHIFTAN (Bar No. 265767)
  bshiftan@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
350 Sansome Street, Suite 680
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008

*Plaintiffs' Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL, et al.,<br><br>Defendants. | CASE NO. 3:14-cv-00608-JCS (consolidated with No. 3:14-cv-03289-JCS)<br><br>Assigned to: Hon. Joseph C. Spero<br><br>**CLASS ACTION**<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY THOMAS J. NOLAN** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Thomas J. Nolan is hereby withdrawing as counsel for Plaintiffs and the Classes in the above-captioned action.

Pearson, Simon & Warshaw, LLP, and Korein Tillery, LLC, through the undersigned counsel of record, continue to represent Plaintiffs and the Classes as Interim Co-Lead Class Counsel.

DATED: June 27, 2022

/s/ Clifford H. Pearson

Clifford H. Pearson (Bar No. 108523)
cpearson@pswlaw.com
Daniel L. Warshaw (Bar No. 185365)
dwarshaw@pswlaw.com
Bobby Pouya (Bar No. 245527)
bpouya@pswlaw.com
Michael H. Pearson (Bar No. 277857)
mpearson@pswlaw.com
**PEARSON, SIMON & WARSHAW LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

Jill M. Manning (Bar No. 178849)
jmanning@pswlaw.com
Benjamin E. Shiftan (Bar No. 265767)
bshiftan@pswlaw.com
**PEARSON, SIMON & WARSHAW LLP**
350 Sansome Street, Suite 680
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

Stephen M. Tillery (*pro hac vice*)
stillery@koreintillery.com
Marc Wallenstein (*pro hac vice*)
mwallenstein@koreintillery.com
Garrett R. Broshuis (*pro hac vice*)
gbroshuis@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 62101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

George A. Zelcs (*pro hac vice*)
gzelcs@koreintillery.com

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (314) 241-3525

*Plaintiffs' Interim Co-Lead Class Counsel*

**CERTIFICATE OF SERVICE**

I hereby that on June 27, 2022, I electronically filed the foregoing **NOTICE OF WITHDRAWAL OF ATTORNEY THOMAS J. NOLAN** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered for electronic filing.

:  */s/ Clifford H. Pearson*
CLIFFORD H. PEARSON