STEPHEN M. TILLERY (*pro hac vice*)
stillery@koreintillery.com
GARRETT R. BROSHUIS (Bar No. 329924) (*pro hac vice*)
gbroshuis@koreintillery.com
MARC WALLENSTEIN (*pro hac vice*)
mwallenstein@koreintillery.com
DIANE MOORE (Bar No. 214903)
dmoore@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

CLIFFORD H. PEARSON (Bar No. 108523)
cpearson@pswlaw.com
DANIEL L. WARSHAW (Bar No. 185365)
dwarshaw@pswlaw.com
BOBBY POUYA (Bar No. 245527)
bpouya@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

JILL M. MANNING (Bar No. 178849)
jmanning@pswlaw.com
BENJAMIN E. SHIFTAN (Bar No. 265767)
bshiftan@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
350 Sansome Street, Suite 680
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-900

Plaintiffs' Co-Lead Class Counsel

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL; et al.;<br><br>Defendants. | Case No. 3:14-cv-00608-JCS<br>(consolidated with No. 3:14-cv-03289-JCS)<br>Assigned to: Hon. Joseph C. Spero<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR FILING MOTION FOR PRELIMINARY APPROVAL** |

WHEREAS the parties previously reached a settlement of the case in principle, *see* ECF No. 1122;

WHEREAS the Court previously set a deadline of July 11, 2022 for Plaintiffs to file their motion for preliminary approval, ECF No. 1123;

WHEREAS the parties have agreed to a confidential memorandum of understanding, which remains confidential, regarding the proposed settlement;

WHEREAS the Court set a case management conference for August 19, 2022 at 2:00 p.m., ECF No. 1123;

WHEREAS the parties have worked diligently towards finalizing the proposed settlement documents and preparing the motion for preliminary approval and supporting papers, but a short four-day extension is needed to finalize and execute these documents;

WHEREAS an extension of time for filing the motion for preliminary approval from July 11, 2022 to July 15, 2022 would still provide 35 days between the filing of the motion and the August 19 case management conference in accordance with local rules;

WHEREAS the signature of Defendants' counsel, Elise M. Bloom, shall be sufficient to bind all of the Defendants to the terms of this stipulation and any court order resulting from it.

THE PARTIES STIPULATE AS FOLLOWS:

The deadline for Plaintiffs to file their motion for preliminary approval shall be continued until July 15, 2022.

DATED: July 7, 2022                                    Respectfully submitted,

                                                    */s/ Garrett R. Broshuis*

PEARSON, SIMON & WARSHAW LLP
Clifford H. Pearson
Daniel L. Warshaw
Bobby Pouya
Benjamin E. Shiftan

|   |   |
|---|---|
|   | KOREIN TILLERY, LLC |
|   | Stephen M. Tillery |
|   | Garrett R. Broshuis |
|   | Marc Wallenstein |
|   | Diane Moore |
|   |   |
|   | *Plaintiffs Co-Lead Class Counsel* |

DATED: July 7, 2022                           /s/ *Elise M. Bloom*

PROSKAUER ROSE LLP
Elise M. Bloom
Neil H. Abramson
Adam M. Lupion
Mark W. Batten
Rachel Philion
Noa M. Baddish
Joshua S. Fox
Philippe A. Lebel
Samantha R. Manelin

*Attorneys for Defendants*

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

2                                           Case No. 3:14-cv-00608-JCS
STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR
FILING MOTION FOR PRELIMINARY APPROVAL

**FILER'S ATTESTATION**

I, Garrett Broshuis, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order Extending the Deadline for Filing Motion for Preliminary Approval. I hereby attest that the counsel listed above concur in this filing. I will maintain an executed copy of this pleading in our files that can be made available for inspection upon request.

Dated:  July 7, 2022                                       */s/ Garrett R. Broshuis*
                                                            Garrett R. Broshuis

**[PROPOSED] ORDER**

The Court, having considered the parties' stipulation, and cause appearing, IT IS HEREBY ORDERED that:

The deadline for Plaintiffs to file their motion for preliminary approval shall be continued until July 15, 2022.

DATED: July 7, 2022

_____
HONORABLE JOSEPH C. SPERO
Chief Magistrate Judge