UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated,<br><br>        Plaintiffs,<br>vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL, et al.,<br><br>        Defendants. | CASE NO. 3:14-cv-00608-JCS<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] **ORDER APPROVING AMENDED SETTLEMENT NOTICE DOCUMENTS** |

The Court having reviewed and considered the parties' joint statement regarding submission of amended settlement notice documents and the amended class action settlement notice documents submitted therewith, hereby amends the notice documents and orders as follows:

1. The Court hereby orders that the settlement notice form previously approved as Exhibit A to the Order Granting Motion for Preliminary Approval of Class Action Settlement (ECF No. 1141) be amended and replaced in the form attached to this order as Exhibit 1.

2. The Court hereby approves the Tax Identification Notice Form attached hereto as Exhibit 2, to be sent to any potential class members for which Defendants were unable to locate tax identification numbers, in the same manner that has been approved by the Court for distribution of the notice form.

3. The parties may make non-substantive edits to these notice documents without further court approval.

**IT IS SO ORDERED.**

DATED:  October 4, 2022

_____
Honorable Joseph C. Spero
Chief Magistrate Judge