STEPHEN M. TILLERY *(pro hac vice)*
  stillery@koreintillery.com
GARRETT R. BROSHUIS (Bar No. 329924)
  gbroshuis@koreintillery.com
MARC WALLENSTEIN *(pro hac vice)*
  mwallenstein@koreintillery.com
DIANE MOORE (Bar No. 214903)
  dmoore@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone:  (314) 241-4844
Facsimile: (314) 241-3525

CLIFFORD H. PEARSON (Bar No. 108523)
  cpearson@pswlaw.com
DANIEL L. WARSHAW (Bar No. 185365)          JILL M. MANNING (Bar No. 178849)
  dwarshaw@pswlaw.com                            jmanning@pswlaw.com
BOBBY POUYA (Bar No. 245527)                 BENJAMIN E. SHIFTAN (Bar No. 265767)
  bpouya@pswlaw.com                              bshiftan@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**            **PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400           555 Montgomery Street, Suite 1205
Sherman Oaks, CA 94103                       San Francisco, CA 94104
Telephone:  (818) 788-8300                   Telephone:  (415) 433-9000
Facsimile:   (818) 788-8104                  Facsimile:  (415) 433-9008

*Plaintiffs' Co-Lead Class Counsel*

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL, et al.,<br><br>Defendants. | CASE NO. 3:14-cv-00608-JCS (consolidated with No. 3:14-cv-03289-JCS)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF DANIEL L. WARSHAW IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS**<br><br>Judge:    Hon. Honorable Joseph C. Spero<br>Date:     February 17, 2023<br>Time:     9:30 A.M.<br>Crtrm.:   F |

984383.4                                                         Case No. 3:14-cv-00608-JCS

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

Daniel L. Warshaw declares:

1. I am an attorney duly admitted to practice before this Court. I am a partner in the firm of Pearson, Simon & Warshaw, LLP ("PSW"), attorneys of record for Plaintiffs and the Class.

2. I am one of the attorneys principally responsible for the handling of this matter. I was responsible for insuring that the case was appropriately staffed and I supervised the work performed by PSW. Further, I was responsible for collecting, maintaining and reporting on the time entries of all PSW timekeepers.

3. I am personally familiar with the facts set forth in this declaration. If called as a witness I could and would competently testify to the matters stated herein. I submit this declaration in support of Plaintiffs' Motion for Attorneys' Fees, Litigation Costs, and Incentive Awards.

4. My firm began working on this matter in the January 2014 with co-class counsel Korein Tillery, LLC, ("KT") (collectively "Class Counsel"). I and other members of PSW have worked on this case since its inception, almost nine years ago. After over 1,100 entries on the Court's docket with thousands of documents filed and challenges seeking appellate review by the Ninth Circuit and Supreme Court, the settlement before the Court provides real and substantial relief to the Class. The settlement is a direct result of the work performed by Class Counsel.

5. The attorneys at PSW have decades of experience handling complex class actions, including cases that involve the types of claims asserted in this case. PSW has represented a wide range of clients in complex litigation and class actions and have obtained approximately **three billion** dollars in settlements and verdicts on behalf of their clients. PSW currently serves, or has served, as lead counsel in some of the most advanced, cutting-edge, class actions in the country.[1]

6. PSW's experience and capabilities in managing complex class action lawsuits have been displayed in their representation of the class members throughout the course of this case. Successfully prosecuting a case of this magnitude not only requires an expenditure of the firm's

---

[1] A complete profile of PSW's attorneys and a summary of the numerous complex litigation matters in which they have obtained successful results is set for in PSW's firm resume, a true and correct copy is attached hereto as **Exhibit 1**.

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

attorney time and capital, but also necessitates a high level of skill. Class Counsel knew that the Defendants had virtually unlimited resources and that they would engage highly qualified counsel to vigorously defend the case as it challenged Defendants' perennial policies relating to the classification of and payment of wages to minor leaguers.

7. PSW has prosecuted this litigation solely on a contingent-fee basis and has been at risk that it would not receive any compensation for its work—or reimbursement for its costs—in prosecuting the claims against Defendants. The time and resources my firm invested in this matter could have been placed in other hourly or contingency matters.

8. As the Co-Lead attorneys assigned by the Court to represent the class members, PSW and KT were involved in all major facets of this litigation. In this declaration, when I refer to the work of Class Counsel, it denotes work that required involvement of attorneys for both firms. However, both firms insured that this case was handled efficiently without unnecessary duplication of efforts on any assignment or task. When Class Counsel initiated work on this case in January of 2014, it was incumbent upon us to build a structure to manage each phase of the litigation. Attorneys were assigned specific tasks and roles that corresponded to their experience, capabilities and role on the team. This structure naturally resulted in litigation efficiencies. Class Counsel's firms are both modestly staffed in comparison to defense oriented firms. Class Counsel worked as a team and insured that our collective resources were optimized for efficiency.

## I. SUMMARY OF WORK PERFORMED

9. As the Court is well aware, this case was quite complex and hard fought and in turn required a significant amount of legal work addressing these complex legal issues. The purpose of this declaration is to highlight the work performed by Class Counsel. During the course of this litigation, Class Counsel has been involved in the below tasks and activities on behalf of the Settlement Class.

## A. Pleadings and Motions to Dismiss

10. Class Counsel conducted extensive research in preparation of the complaint. The research included the wage and hour laws from multiple states, the Fair Labor Standards Act ("FLSA"), conflict of laws and jurisdictional issues. The original complaint was filed on February 7, 2014. ECF No. 1. The initial complaint was brought on behalf of three class representatives against

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

five defendants.  It alleged 20 causes of action.  Defendants moved to dismiss the complaint for lack of personal jurisdiction and to transfer the action to Florida.  In order to oppose this motion, Plaintiffs' requested, and the Court granted leave to conduct, jurisdictional and venue discovery.  ECF No. 144.  While discovery was underway, the Court consolidated a later filed action with the instant case.  On October 24, 2014, Plaintiffs filed a consolidated amended complaint.  ECF No. 243.

11. On February 13, 2015, the Court held a hearing on Defendants' motion to dismiss and at that hearing granted Plaintiffs leave to file a proposed second consolidated amended complaint. On March 16, 2015, Plaintiffs filed their proposed second consolidated amended complaint ("SCAC").  ECF No. 363.  The SCAC named 43 Plaintiffs and 38 Defendants, contained 31 causes of action and was 113 pages. *Id.*

12. Subsequently, the parties filed additional briefing addressing Defendants' challenges to personal jurisdiction.  On May 20, 2015 the Court denied Defendants' request to transfer the action to Florida and granted in part and denied in part the motions to dismiss for lack of personal jurisdiction. The Court dismissed eight of the 30 franchises from the action.  ECF No. 379.  The Court granted Plaintiffs leave to file the SCAC, which was formally filed on the same day.  ECF No. 382.

13. The Franchise Defendants filed several motions to motion to dismiss the SCAC claiming that Plaintiffs did not have standing to assert claims under the laws of states where no plaintiff was alleged to have performed work for that particular Defendant and that the claims also failed under Rule[2] 12(b)(6).  ECF No. 410.  On July 13, 2015, the Court denied the Franchise Defendants' motion in its entirety.  ECF No. 420.

14. In total, Class Counsel filed five complaints.  ECF Nos. 1, 19, 57, 243 and 363. Additional motions have been filed during the course of the litigation in order to add or dismiss named plaintiffs to the action when it was necessary to do so.

**B.    DISCOVERY**

15. The parties engaged in extensive fact discovery.  The sheer number of plaintiffs and

---

[2] "Rule" as used herein refers to the Federal Rules of Civil Procedure.

defendants obviously contributed to the amount of discovery requests and depositions.  The parties took 137 depositions from Florida to California.  When Class Counsel deposed defense witnesses, it required careful preparation and planning.  Our team engaged in targeted searches and review of documents produced by the Defendants.  Further, Class Counsel affirmatively investigated the issues, the witness, and/or the Franchise Defendant to prepare for the deposition.  Class Counsel then compiled this information and passed it on to the attorney assigned to take a given deposition.  Usually the deposition taker and a second chair attorney would further refine the information and documents gathered resulting in a deposition packet.  This approach maximized efficiency and insured that the allocation of attorney time were appropriate.

16.     The parties exchanged over 4,000 production requests.  Class Counsel assisted the Plaintiffs to respond to over 60 production requests each.  Similar to Class Counsel's deposition teams, we established separate teams to work on propounding and responding to written discovery.  At bottom, the parties produced in excess of 230,000 documents totaling over a million pages.

17.     Further, the parties prepared and responded to over 1,000 interrogatories and over 500 requests for admission.

18.     As a result of the massive amount of discovery conducted, the parties had several discovery disputes.  Class Counsel engaged in numerous meet and confer conferences with counsel for the Defendants.  However, on more than a dozen occasions, the parties sought Court intervention relating to discovery issues, which required the preparation of discovery dispute submissions and hearings with the Court regarding the same.

## C.     CLASS CERTIFICATION

19.     From the outset of the case, Class Counsel began planning for class certification.  However, the contours of the prospective classes changed as the case and facts developed.

20.     On June 26, 2015, Class Counsel moved to initially certify the FLSA Collective.  ECF No. 414.  Although this initial motion preceded full discovery, it required extensive briefing and supporting documentation, as well as preparation for oral argument with the Court.  On October 20, 2015 the Court certified the Collective.  ECF No. 445.  Class Counsel prepared a notice to potential members of the collective, and handled motion practice regarding the form and content of the notice.

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

Thousands of minor leaguers opted into the FLSA collective.

21.     On March 4, 2016 Class Counsel filed the class certification motion along with declarations from expert statistician Dr. Brian Kriegler, survey expert Dr. J. Michael Dennis, Class Counsel and the Plaintiffs.  ECF Nos. 496 – 577.  Class Counsel filed approximately 370 exhibits in support of the class certification motion.  The class certification filing was a herculean effort and sought broad relief for the minor leaguers for all work performed during the calendar year.

22.     Also on March 4, 2016, Defendants filed a motion to decertify the FLSA Collective, which Plaintiffs opposed.  ECF Nos. 495 and 613.  On April 4, 2016, Defendants, as part of their fulsome challenge to class certification, brought a motion to exclude the declarations and testimony of Plaintiffs' experts, Dr. Kriegler and Dr. Dennis.  ECF No. 632.  Plaintiffs again opposed.  ECF No. 646.

23.     After extensive briefing by the parties and oral argument, on July 21, 2016, the Court denied Plaintiffs' motion for class certification and granted Defendants' motions to decertify the class and exclude Plaintiffs' experts.  ECF No. 687.  Rather than give up and let the case languish, Class Counsel got back to work.  After careful analysis of the Court's order and the feedback provided by the Court at the hearing, fourteen days later Class Counsel filed a motion for leave to file a motion for reconsideration of the Court's order denying class certification.  ECF No. 694.  Despite Defendants' opposition (ECF No. 706), the Court granted leave for Plaintiffs to file a renewed, albeit narrower, motion for class certification that also addressed the concerns "related to the survey conducted by their expert and the expert opinions that were based on the survey," and for the Defendants to file *Daubert* motions in connection with Plaintiffs' expert reports.  ECF No. 710.

24.     Class Counsel prepared and filed Plaintiffs' motion for reconsideration regarding class and collective certification.  ECF No. 720.  Plaintiffs' motion requested that the Court certify Arizona and Florida classes under Rule 23(b)(3) for work performed in those states during spring training, extended spring training and the instructional leagues.  We also requested the certification of a California Rule 23(b)(3) class that included players who participated in the California League during the championship season.  The proposed FLSA Collective was also redefined and tailored to these aforementioned work periods.  Class Counsel argued that the results of Dr. Dennis's main survey,

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

coupled with documentary evidence such as training schedules, established that the average hours worked during spring training, instructional leagues and the championship season could be quantified on a classwide basis.

25. Plaintiffs also moved for certification of a Rule 23(b)(2) class seeking injunctive relief classes comprised of current players that participate in spring training, extended spring training and instructional leagues in Florida and Arizona. In order to address the Court's concerns about standing for the injunctive class, we brought a motion to intervene four current players into the case.

26. Class Counsel's perseverance paid off. On March 17, 2017, the Court held that Dr. Dennis' survey was admissible under *Daubert* and denied Defendants' motion to exclude. The Court certified the California Rule 23(b)(3) class and concluded that in combination with the additional evidence proffered by Plaintiffs, they had established Rule 23(b)(3)'s predominance requirement. ECF No. 782. However, the Court declined to certify the Arizona and Florida subclasses because Plaintiffs could not meet the adequacy requirement of Rule 23(a) and the predominance requirement of Rule 23(b)(3) due to choice of law concerns. Further, the Court denied certification of the injunctive relief class under Rule 23(b)(2) because it held that it would have to apply the law of numerous states to Plaintiffs' claims which would, in turn, undermine the cohesiveness of the class. *Id.*

27. Both parties sought appellate review of the class certification order.

## D.   APPEAL OF CLASS CERTIFICATION

28. The Ninth Circuit granted both Defendants' petition to appeal the Court's certification of the California class and Plaintiffs' petition to appeal the denial of certification of the remaining classes. Class Counsel prepared strategic and extensive briefing in support of Plaintiffs' position. We assembled a small team to handle the affirmative and responsive appellate briefing, argument preparation and the oral argument itself.

29. As a result of Class Counsel's work, the Ninth Circuit in a published opinion affirmed certification of the California class and further opined that the Arizona and Florida Rule 23(b)(3) classes should have been certified because choice-of-law issues did not defeat class certification; Arizona and Florida law applied to the work performed during training seasons in Arizona and

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

984383.4

7

Case No. 3:14-cv-00608-JCS

DECLARATION OF DANIEL L. WARSHAW IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS

Florida.  ECF No. 821.  Additionally, the Ninth Circuit held, "the district court erred in imposing a 'cohesiveness' requirement for the proposed Rule 23(b)(2) class." *Id.* at 38.

30.    Thereafter, Defendants, with the help of attorney Paul Clement, a well-known Supreme Court practitioner, sought *en banc* review of the opinion.  When that was denied, they a prepared a *writ of certiorari* that was denied by the Supreme Court.  Class Counsel prepared briefs in opposition to review at both levels.

31.    The work performed by Class Counsel throughout the course of the appeal resulted in Plaintiffs obtaining all of the relief they requested and aligned with the rationale of Plaintiffs' renewed motion for class certification.

## E.    POST-APPELLATE FACT DISCOVERY AND NOTICE TO THE CLASS

32.    Four years and four months after Plaintiffs filed their original class certification motion, the case finally returned to the Court.  Class Counsel devised a class notice plan that was contested by the Defendants but approved by the Court.  ECF No. 869.

33.    Although fact discovery had been substantially completed, a number of tasks required attention, including 30(b)(6) depositions of the dismissed MLB Clubs, and supplementation to the parties' discovery responses and document productions.  It was also necessary to review Defendants' documents in preparation for dispositive motions and trial.  Again Class Counsel oversaw and delegated tasks between firms and among counsel to ensure efficiencies.

## F.    CERTIFICATION OF THE INJUNCTIVE RELIEF CLASS

34.    The Ninth Circuit order regarding class certification remanded to the trial Court for determination of whether to certify the injunctive relief class.  On February 23, 2021, Class Counsel filed a complaint in intervention with a new class representative Cody Sedlock.  ECF No. 882.  The primary purpose of the complaint in intervention was to add a class representative that was a then-current minor league player so that Plaintiffs could move to certify an injunctive relief class under Rule 23(b)(2).  Consistent with the Ninth Circuit's ruling regarding injunctive relief, we then prepared and, on April 23, 2001, filed a motion to certify the injunctive relief class.  ECF No. 923.  Defendants filed an opposition.  The briefing involved complicated and newly presented issues regarding the named Plaintiffs' ability to represent class members in states he did not work in and Defendants for

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

which he was not contracted with. On July 23, 2021 the Court certified the injunctive relief class and appointed PSW and KT as Class Counsel. ECF No. 946. Defendants sought permission to appeal the Court's decision to certify the injunctive relief class pursuant to Rule 23(f), which Class Counsel opposed, and was ultimately denied.

## G.    MERITS EXPERT DISCOVERY AND DAMAGES MODEL

35.    As set forth above, the class certification briefing process included extensive expert work and the submission of multiple expert reports by Plaintiffs' experts Dr. Dennis and Dr. Kriegler. Defendants retained multiple experts in support of their opposition as well. After the Court denied Plaintiffs' initial class certification motion, it did not initially stay the case and Plaintiffs were required to prepare merits expert reports in support of their case on behalf of the named Plaintiffs. Class Counsel worked with the expert team in preparing this discovery.

36.    After the appeal, Class Counsel worked extensively with Dr. Kriegler to complete the damages model and prepare his finalize merits report. This work included regular as well as ad hoc meetings with Dr. Kriegler and his staff to refine and eventually finalize the damages model and the expert report. This was no small task, as we were required to estimate Plaintiffs' hours worked because Defendants did not keep records of hours worked by the class members. This task required attorneys experienced in class action and wage and hour law. There was little doubt that Defendants would move to exclude Dr. Kriegler's report and testimony as well as move for summary judgment and decertification of the classes. The damages model and Dr. Kriegler's report had to be prepared in anticipation of Defendants' upcoming challenges.

37.    Class Counsel also retained a rebuttal expert, Dr. Erica L. Groshen, a labor economist who provided rebuttal testimony regarding: (1) whether minor leaguers should be classified unpaid trainees outside of the championship season, and (2) whether they could be subject to the creative professionals exemption under certain applicable laws.

38.    Class Counsel prepared for and defended the depositions of Dr. Kriegler and Dr. Dennis. Class Counsel also prepared for the deposition of Dr. Groshen, which Defendants' cancelled days before it was set to take place. Class Counsel also prepared for and took the depositions of Defendants' labor economist Dr. Denise Martin, survey expert Dr. Eugene Ericksen, and economist

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

Dr. Jonathon Guryan. Again, Class Counsel assigned attorneys with appropriate skill and expertise to serve on these teams and a single attorney was assigned a lead role for taking or defending a deposition.

## H.   DECERTIFICATION, SUMMARY JUDGMENT AND *DAUBERT*

39.   On January 4, 2022 Defendants sought leave to move to decertify the classes and the FLSA Collective. ECF No. 1038. Class Counsel prepared and filed Plaintiffs' opposition. The Court denied the motion. ECF No. 1044.

40.   Defendants' Summary Judgment and *Daubert* motions were their last challenge to the case before trial. However, Class Counsel viewed summary judgment as a strategic opportunity to favorably adjudicate issues based on the record established to date. Class Counsel either brought or opposed the below voluminous motions as indicated below:

- Defendants' Motion to Exclude Plaintiffs' Expert Declarations and Testimony of J. Michael Dennis, Ph.D. (ECF No. 969)

- Defendants' Motion to Exclude Plaintiffs' Expert Declarations, Reports, and Testimony of Brian Kriegler, Ph.D. (ECF No. 971)

- Plaintiffs' Motion for Partial Judgment on the Pleadings with Respect to "Save America's Pastime Act" Defense (ECF No. 979)

- Defendants' Motion for Partial Summary Judgment (ECF No. 980)

- Plaintiffs' Motion For Partial Summary Judgment (ECF No. 986)

- Defendants' Motion to Exclude the Expert Rebuttal Report and Testimony of Erica L. Groshen, Ph.D. (ECF No. 987)

- Plaintiffs' Daubert Motion to Exclude Certain Expert Testimony Disclosed by Defendants (ECF No. 988)

- Plaintiffs' Motion to Strike Defendants' Daubert Motions and Improper Rebuttal Report (ECF No. 1025)

41.   Class Counsel assigned specific attorneys to lead the briefing on each motion or portion thereof, who would present briefs to a limited team of attorneys for review and approval. Additional attorneys for Class Counsel were assigned supporting roles, which focused primarily on the review and presentation of evidence relating to these motions. The Court held hearings on the above referenced motions on February 11 and 16, 2022 and entertained argument for almost six hours. On March 15, 2022, the Court entered an order, 181 pages in length, denying Defendants' motions, save

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

DECLARATION OF DANIEL L. WARSHAW IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

the claims against dismissed Defendant Bud Selig and the claims under the FLSA that were barred after the Save America's Pastime Act ("SAPA") was enacted.  ECF No. 1071.

42.     The Court granted Plaintiffs' motion for judgment on the pleadings finding that SAPA did not apply to state law claims under Florida law.

43.     The Court also granted, in part, Plaintiffs' partial summary judgment motion.  The Court issued significant rulings in Plaintiffs' favor including: *first*, Plaintiffs are employees under the FLSA and the relevant state statutes throughout the calendar year; *second*, Defendant MLB is a joint employer; *third*, Plaintiffs performed work during Arizona and Florida training; *fourth*, travel time to away games during the training season is compensable under the FLSA, Florida, and Arizona law; *fifth*, all travel time by the California League players to away games is compensable under California law; *sixth*, Defendants' creative professional exemption defense fails; *seventh*, disputed issues of facts exist as to Defendants' amusement exemption defense; *eighth*, Defendants are liable concerning Plaintiffs' California wage statement claim and are entitled to $1,882,650 in penalties; *ninth*, Defendants are liable concerning Plaintiffs' Arizona recordkeeping claim; and *tenth*, Defendants' method of allocating signing bonuses and tuition payments to offset minimum wage liability is incorrect as a matter of law.

44.     The Court granted in part Plaintiffs' motion to exclude certain opinions presented by Defendants' expert Dr. Martin, that were outside the scope of her expertise.  The Court also denied Defendants' motions to exclude Plaintiffs' three experts, Drs. Dennis, Kriegler and Groshen.  ECF Nos. 969, 971 and 987, respectively.

45.     The summary judgment order was an epic win for minor league players whose claims were filed over eight years prior.  The affirmation that minor leaguers were employees and that they had legally protected rights as such was a major step toward a change in policy.  Plaintiffs now had a clear path to trial, which increased the settlement value of the case.

## I.     TRIAL PREPARATION

46.     Trial was set to commence on June 1, 2022, approximately three months from the summary judgment order.  Preparation for this anticipated seven week trial, required Class Counsel to perform a tremendous amount of work to prepare for the deadlines in advance of the pre-trial conference and trial.  This work included, preparing witnesses, deposition designations, witness lists,

exhibit lists, jury instructions, verdict forms, trial briefs, motions in limine, jury questionnaire, voir dire question and preparing a trial plan.

47. Class Counsel oversaw the trial preparation work performed by the team of attorneys. A small group of lawyers from both firms comprising the trial team met regularly in preparation for trial and oversaw the work performed by additional attorneys. Plaintiffs engaged another attorney with significant trial experience in California courts, Raymond Boucher, to assist with the preparation of the case for trial. He joined the trial team. A larger team of attorneys supported the trial team and were assigned specific tasks, including preparation of trial exhibits and the designation of deposition transcripts. The trial team oversaw the preparation of all of the aforementioned pretrial filings, which specific attorneys being assigned the lead for preparing specific pleadings.

48. In addition to the submissions to the Court, Class Counsel had to prepare for and plan for the trial, including opening statements and the examination and presentation of witnesses. Given the number of claims involved, and Defendants' competing trial proposal, this process required planning for several contingent scenarios. Class Counsel retained consultants to assist with a mock jury exercise. This exercise provided valuable feedback and testing of trial themes. The analysis and conclusions of the mock jury was incorporated into Class Counsel's overall trial strategy.

## J. SETTLEMENT

49. Settlement discussions did not begin in earnest until after the summary judgment order was issued. As with trial, Class Counsel assigned a small team of attorneys from the firms who were responsible for handling the settlement discussions.

50. The parties attended three full day mediation sessions with an experienced mediator at JAMS, David Geronemus. The first mediation occurred on April 13, 2022. In fact, one session lasted more than 15 hours. In addition to the mediation sessions, counsel for the parties engaged in several calls with Mr. Geronemus to assist the parties resolve settlement issues. Additionally, on May 4, 2022, the parties attended a settlement conference before United States District Court Judge Jacqueline Scott Corley. The parties filed a notice of settlement on May 10, 2022. ECF No. 1122.

51. Class Counsel filed Plaintiffs' motion for preliminary approval on July 15, 2022 (ECF No. 1128) and on August 26, 2022 the Court granted the motion (ECF No. 1141).

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

52.     Since that time Class Counsel has worked with the Claims Administrator to effectuate the notice program and process claims.

53.     PSW is currently and has committed to continue working on the administration of the settlement and intends to expend additional attorney time.

## II.  RESULT ACHIEVED

54.     I have been practicing since 1996.  My practice is almost exclusively limited to class action litigation.  PSW and I have litigated hundreds of class actions.  Class Counsel committed to this litigation knowing that it would be extremely risky, challenging, time consuming and expensive.  In my opinion, the result achieved in this case is not only fair, adequate and reasonable, but it is also historic.  The resulting $185 million settlement provides real relief to the class members and also provides forward looking positive business and policy changes that will benefit the class directly.

## III.  PSW'S TIME AND COSTS

### A.     Time Expended

55.     During the pendency of this case, PSW kept contemporaneous time and expense records which I reviewed on a monthly basis.  All of the time and expenses performed by my firm were done so for the benefit of the Class.  In preparing this declaration, I also reviewed every line item expense billed by my firm to ensure that it was reasonable and incurred for the benefit of the Class.

56.     Attached hereto as **Exhibit 2** is a chart setting forth, from inception through October 31, 2022: (i) the individuals from this firm who have worked on this case; (ii) the billable rates charged by each individual using current rates, for work performed on this case; (iii) the total number of hours that each individual has worked on this case, and (iv) the total hours and total lodestar for the firm.  Moreover, the time submissions do not include any time devoted to preparing this declaration.

57.     The attorneys of PSW billed this case at their usual and customary current billing rates, which have been approved by courts presiding over similar complex class action lawsuits, and which are commensurate with the prevailing market rates attorneys of comparable experience and skill handling complex litigation, including:

     a.     *In re Pork Antitrust Litig.*, Case No. 18-cv-01776 (JRT-HB) (D. Minn.).  In 2022,

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

DECLARATION OF DANIEL L. WARSHAW IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

Judge John R. Tunheim granted class counsel's for interim payment of attorneys' fees finding that the following PSW rates were reasonable: $1,190 for Clifford H. Pearson and Daniel L. Warshaw, $950 for Bobby Pouya, $800 for Michael H. Pearson, and $400 for Naveed Abaie.

b. *In Re Broiler Chicken Antitrust Litig.*, Case No. 16 C 8637 (N.D. Ill.). In 2021, Judge Thomas M. Durkin issued an attorneys' fees award finding that the following PSW rates were reasonable: $1,190 for Clifford H. Pearson and Daniel L. Warshaw, $950 for Bobby Pouya, $625 for Michael H. Pearson, and $400 for Naveed Abaie.

c. *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, Case No. 1:14-cv-04391-VSB (S.D.N.Y.). In 2021, Judge Vernon S. Broderick issued an attorneys' fees award finding that the following PSW rates were reasonable: $1,190 for Clifford H. Pearson and Daniel L. Warshaw, and $560 for Matthew A. Pearson.

d. *In re National Collegiate Athletic Association Athletic Grant-in-Aid Cap Antitrust Litig.*, Case No. 4:14-md-2541-CW (N.D. Cal.). In 2019, Magistrate Judge Cousins issued an attorneys' fees award finding that the following PSW rates were reasonable: $985 (2016) and $1,035 (2017) for Clifford H. Pearson and Bruce L. Simon; $1,050 (2018) and $1,150 (2019) for Clifford H. Pearson, Bruce L. Simon and Daniel L. Warshaw; $520 (2017), $720 (2015) and $825 (2016) for Aaron M. Sheanin; $650 (2018) and $900 (2019) for Benjamin E. Shiftan; $350 (2017), $400 (2018) and $450 (2019) for Alexander L. Simon and Matthew A. Pearson; $225 (2017) for Amanda C. Lunzer; and $225 (2019) for Ellowene J. Grant. This award was adopted in whole by Judge Claudia Wilken.

e. *In re Credit Default Swaps Antitrust Litig.*, Case No. 1:13-md-02476-DLC (S.D.N.Y). In 2016, the court issued an attorneys' fee award which included

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

PSW at weighted average rates of $958.07 for Clifford H. Pearson, $935 Bruce L. Simon, and $827 for Daniel L. Warshaw.

    f.    *In re: Cathode Ray Tube (CRT) Antitrust Litig.*, Case No. 3:07-cv-05944-JST (N.D. Cal.). In 2016, the court issued an attorneys' feed award which included PSW at rates of $985 (2016) for Clifford H. Pearson, Bruce L. Simon and Daniel L. Warshaw.

    g.    *James Eashoo v. Iovate Health Sciences U.S.A.*, Inc., Case No. 2:15-cv-01726-BRO-PJW (C.D. Cal.). In 2016, the court issued an attorneys' feed award which included PSW at rates of $985 (2016) for Clifford H. Pearson and Daniel L. Warshaw, and $385 (2016) for Matthew A. Pearson.

    h.    *Patricia Weckwerth et al. v. Nissan North America, Inc.*, Case No. 3:18-cv-00588 (M.D. Tenn.). In 2020, the court issued an attorneys' feed award which included PSW at the rate of $1,150 (2020) for Daniel L. Warshaw, $750 for Melissa S. Weiner (2020), and $670 (2020) for a senior level associate.

58. As of October 31, 2022, PSW expended a total of **13,821.4** hours on this case and incurred a lodestar of **$11,994,437.50**. The lodestar calculation is based on my firm's current billing rates.

**B.    <u>Costs Incurred by PSW</u>**

59. PSW has expended a total of $1,540,350.15 unreimbursed costs and expenses in connection with the prosecution of this litigation. PSW has an outstanding invoice payable to trial consulting company, Empirical Creative in the amount of $203,740.26, which has not been processed for payment as of the date of the declaration but is an expense that is owed and should be included as an unreimbursed cost. Therefore PSW's total deferred and current costs and expenses are **$1,744,090.41**. These costs and expenses are broken down in the chart attached hereto as **Exhibit 3**. They were incurred on behalf of the Class by my firm on a contingent basis and have not been reimbursed. The expenses incurred in this action are reflected on the books and records of my firm.

DECLARATION OF DANIEL L. WARSHAW IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 23rd day of November, 2022, at Sherman Oaks, California.

_____
Daniel L. Warshaw

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

DECLARATION OF DANIEL L. WARSHAW IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS

# EXHIBIT 1



# PEARSON | SIMON · WARSHAW LLP

s

| **LOS ANGELES** | **SAN FRANCISCO** | **MINNEAPOLIS** |
|---|---|---|
| 15165 Ventura Boulevard | 555 Montgomery Street | 328 Barry Avenue S. |
| Suite 400 | Suite 1205 | Suite 200 |
| Sherman Oaks, CA 91403 | San Francisco, CA 94104 | Wayzata, MN 55391 |
| Tel (818) 788-8300 | Tel (415) 433-9000 | Tel (612) 389-0600 |
| Fax (818) 788-8104 | Fax (415) 433-9008 | Fax (612) 389-0610 |

WWW.PSWLAW.COM

Pearson, Simon & Warshaw, LLP ("PSW") is an AV-rated civil litigation firm with offices in Los Angeles, San Francisco and Minneapolis. The firm specializes in complex litigation, including state coordination cases and federal multi-district litigation. Its attorneys have extensive experience in antitrust, securities, consumer protection, and unlawful employment practices. The firm handles national and multi-national class actions that present cutting-edge issues in both substantive and procedural areas. PSW attorneys understand how to litigate difficult and large cases in an efficient and cost-effective manner, and they have used these skills to obtain outstanding results for their clients, both through trial and negotiated settlement. They are recognized in their field for excellence and integrity, and are committed to seeking justice for their clients.

## CASE PROFILES

PSW attorneys currently hold, or have held, a leadership role in the following representative cases:

- *In re National Collegiate Athletic Association Athletic Grant-in-Aid Cap Antitrust Litigation*, Northern District of California, MDL No. 2451. PSW attorneys currently serve as co-lead counsel in this multidistrict litigation that alleges the NCAA and its member conferences violate the antitrust laws by restricting the value of grant-in-aid athletic scholarships and other benefits that college students who are football and basketball players can receive. PSW settled the damages case, recently obtaining final approval of a $208 million dollar settlement. PSW attorneys with co-counsel have completed a bench trial for the injunctive portion of the case. A verdict for Plaintiffs was awarded, and the United States Supreme Court recently issued an Opinion affirming the verdict 9-0. *See NCAA v. Alston*, 141 S.Ct. 2141 (2021).

- *In re Credit Default Swaps Antitrust Litigation*, Southern District of New York, MDL No. 2476. PSW attorneys served as co-lead counsel and represented the Los Angeles County Employees Retirement Association ("LACERA") in a class action on behalf of all purchasers and sellers of Credit Default Swaps ("CDS") against twelve of the world's largest banks. The lawsuit alleged that the banks, along with other defendants who controlled the market infrastructure for CDS trading, conspired for years to restrain the efficient trading of CDS, thereby inflating the cost to trade CDS. The alleged antitrust

977459.4

PEARSON, SIMON & WARSHAW, LLP

conspiracy resulted in billions of dollars in economic harm to institutional investors such as pension funds, mutual funds, and insurance companies who used CDS to hedge credit risks on their fixed income portfolios. After nearly three years of litigation and many months of intensive settlement negotiations, PSW helped reach a settlement with the defendants totaling $1.86 *billion* plus injunctive relief. On April 15, 2016, the Honorable Denise L. Cote granted final approval to the settlement, which is one of the largest civil antitrust settlements in history.

- *In re TFT-LCD (Flat Panel) Antitrust Litigation*, Northern District of California, MDL No. 1827. PSW served as co-lead counsel for the direct purchaser plaintiffs in this multidistrict litigation arising from the price-fixing of thin film transistor liquid crystal display ("TFT-LCD") panels. Worldwide, the TFT-LCD industry is a multi-billion dollar industry, and many believe that this was one of the largest price-fixing cases in the United States. PSW helped collect over $405 million in settlements before the case proceeded to trial against the last remaining defendant, Toshiba Corporation and its related entities. PSW partner Bruce L. Simon served as co-lead trial counsel, successfully marshaled numerous witnesses, and presented the opening argument. On July 3, 2012, PSW obtained a jury verdict of $87 million (before trebling) against Toshiba. PSW later settled with Toshiba and AU Optronics to bring the total to $473 million in settlements. In 2013, California Lawyer Magazine awarded Mr. Simon a California Lawyer of the Year Award for his work in the *TFT-LCD* case.

- *In re Potash Antitrust Litigation (No. II)*, Northern District of Illinois, MDL No. 1996. PSW partner Bruce L. Simon served as co-lead counsel for the direct purchaser plaintiffs in this multidistrict litigation arising from the price-fixing of potash sold in the United States. After the plaintiffs defeated a motion to dismiss, the defendants appealed, and the Seventh Circuit Court of Appeals agreed to hear the case *en banc*. Mr. Simon presented oral argument to the *en banc* panel and achieved a unanimous 8-0 decision in his favor. The case resulted in $90 million in settlements for the direct purchaser plaintiffs, and the Court's opinion is one of the most significant regarding the scope of international antitrust conspiracies. *See Minn-Chem, Inc. v. Agrium Inc.*, 683 F. 3d 845 (7th Cir. 2012).

- *Vakilzadeh v. The Trustees of The California State University*, Los Angeles County Superior Court, Case No. 20STCV23134. PSW partner Daniel L. Warshaw serves as co-lead counsel for a putative class of California State University students who were not provided refunds of tuition and fees from the closing all campuses and ending in-person learning and activities.

- *North American Soccer League, LLC v. United States Soccer Federation, Inc., and Major League Soccer, L.L.C.*, Eastern District of New York, Case No. 1:17-cv-05495-MKB-ST. PSW, along with co-counsel, represents the North American Soccer League in a matter against the United States Soccer Federation and Major League Soccer alleging antitrust violations. The complaint alleges that U.S. Soccer and MLS have driven NASL out of business and have prevented NASL from competing against MLS (the sole Division I

977459.4                                                    2

PEARSON, SIMON & WARSHAW, LLP

league) and the United Soccer League (the sole Division II league), which is affiliated with MLS.

- *In re Broiler Chicken Antitrust Litigation*, Northern District of Illinois, Case No. 1:16-cv-08637. PSW attorneys currently serve as interim co-lead counsel on behalf of direct purchaser plaintiffs. The complaint alleges that the nation's largest broiler chicken producers violated antitrust laws by limiting production and manipulating the price indices. Thus far, PSW and co-counsel have secured final approval of over $169 million in settlements for the direct purchaser plaintiffs with numerous defendants remaining in the litigation.

- *In re Pork Antitrust Litigation*, District of Minnesota, Case No. 0:18-cv-01776. PSW attorneys currently serve as interim co-lead counsel on behalf of direct purchaser plaintiffs. The complaint alleges that the nation's largest pork producers violated antitrust laws by limiting production and manipulating the price indices. Thus far, PSW and co-counsel have secured over $100 million in settlements for the direct purchaser plaintiffs with numerous defendants remaining in the litigation.

- *Grace v. Apple, Inc.*, Northern District of California, 5:17-CV-00551. PSW partners Daniel L. Warshaw and Jill M. Manning currently serve as class counsel in this California certified class action on behalf of consumers who allege Apple intentionally broke its "FaceTime" video conferencing feature for Apple iPhone 4 or iPhone 4S users operating on iOS 6 or earlier.

- *In re Santa Fe Natural Tobacco Company Marketing, Sales Practices, and Products Liability Litigation*, District of New Mexico, Case No. 1:16-md-02695-JB-LF. PSW partner Melissa S. Weiner chairs the Executive Committee and PSW partner Daniel L. Warshaw serves on the executive committee. This class action alleges that defendants' "natural" and "additive free" claims on their tobacco products were false and misleading to consumers.

- *In re Keurig Green Mountain Single-Serving Coffee Antitrust Litigation*, Southern District of New York, MDL No. 2542. In June 2014, Judge Vernon S. Broderick appointed PSW to serve as interim co-lead counsel on behalf of indirect purchaser plaintiffs in this multidistrict class action litigation. The case arises from the alleged unlawful monopolization of the United States market for single-serve coffee packs by Keurig Green Mountain, Inc. Keurig's alleged anticompetitive conduct includes acquiring competitors, entering into exclusionary agreements with suppliers and distributors to prevent competitors from entering the market, engaging in sham patent infringement litigation, and redesigning the single-serve coffee pack products in the next version of its brewing system to lock out competitors' products. PSW and co-counsel recently obtained final approval of a $31 million settlement.

977459.4          3

PEARSON, SIMON & WARSHAW, LLP

- *Senne, et al. v. Office of the Commissioner of Baseball, et al.*, Northern District of California, Case No. 14-cv-0608. PSW attorneys currently serve as co-lead counsel in this certified class action and FLSA collective action on behalf of minor league baseball players who allege that Major League Baseball and its member franchises violate the FLSA and state wage and hour laws by failing to pay minor league baseball players minimum wage and overtime.

- *In re KIND LLC "Healthy and All Natural" Litigation*, Southern District of New York, MDL No. 2645. PSW partner Daniel L. Warshaw currently serves as interim co-lead counsel in this multistate certified class action on behalf of consumers who allege that they purchased KIND snack bars that were falsely advertised as "all natural," "non-GMO," and/or "healthy."

- *Trepte v. Bionaire, Inc.*, Los Angeles County Superior Court, Case No. BC540110. PSW attorneys served as Class Counsel in this certified class action alleging that the defendant sold defective space heaters. The complaint alleged that defendant breached the warranty and falsely advertised the safety of the heaters due to design defects that cause the heaters to fail – and, as a result of the failure, the heaters could spark, smoke and catch fire. Final approval of the class settlement was recently granted.

- *In re Carrier IQ Consumer Privacy Litigation*, Northern District of California, MDL No. 2330. PSW attorneys served as interim co-lead counsel in this putative nationwide class action on behalf of consumers who alleged privacy violations arising from software installed on their mobile devices that was logging text messages and other sensitive information.

- *Sciortino, et al. v. PepsiCo, Inc.*, Northern District of California, Case No. 14-cv-0478. PSW attorneys served as interim co-lead counsel in this putative California class action on behalf of consumers who alleged that PepsiCo failed to warn them that certain of its sodas contain excess levels of a chemical called 4-Methylimidazole in violation of Proposition 65 and California consumer protection statutes.

- *James v. UMG Recordings, Inc.*, Northern District of California, Case No. 11-cv-01613. PSW partner Daniel L. Warshaw served as interim co-lead counsel in this putative nationwide class action on behalf of recording artists and music producers who alleged that they had been systematically underpaid royalties by the record company UMG.

- *In re Warner Music Group Corp. Digital Downloads Litigation*, Northern District of California, Case No. 12-cv-00559. PSW attorneys served as interim co-lead counsel, with partner Bruce L. Simon serving as chairman of a five-firm executive committee, in this putative nationwide class action on behalf of recording artists and music producers who alleged that they had been systematically underpaid royalties by the record company Warner Music Group.

977459.4                                                    4

PEARSON, SIMON & WARSHAW, LLP

- *In re Dynamic Random Access Memory (DRAM) Antitrust Litigation,* Northern District of California, MDL No. 1486. PSW partner Bruce L. Simon served as co-chair of discovery and as a member of the trial preparation team in this multidistrict litigation arising from the price-fixing of DRAM, a form of computer memory. Mr. Simon was responsible for supervising and coordinating the review of almost a terabyte of electronic documents, setting and taking depositions, establishing and implementing protocols for cooperation between the direct and indirect plaintiffs as well as the Department of Justice, presenting oral arguments on discovery matters, working with defendants on evidentiary issues in preparation for trial, and preparation of a comprehensive pretrial statement. Shortly before the scheduled trial, class counsel reached settlements with the last remaining defendants, bringing the total value of the class settlements to over $325 million.

- *In re Methionine Antitrust Litigation*, Northern District of California, MDL No. 1311. PSW partner Bruce L. Simon served as co-lead counsel in this nationwide antitrust class action involving a conspiracy to fix prices of, and allocate the markets for, methionine. Mr. Simon was personally responsible for many of the discovery aspects of the case including electronic document productions, coordination of document review teams, and depositions. Mr. Simon argued pretrial motions, prepared experts, and assisted in the preparation of most pleadings presented to the Court. This action resulted in over $100 million in settlement recovery for the Class.

- *In re Sodium Gluconate Antitrust Litigation*, Northern District of California, MDL No. 1226. PSW partner Bruce L. Simon served as class counsel in this consolidated antitrust class action arising from the price-fixing of sodium gluconate. Mr. Simon was selected by Judge Claudia Wilken to serve as lead counsel amongst many other candidates for that position, and successfully led the case to class certification and settlement.

- *In re Citric Acid Antitrust Litigation*, Northern District of California, MDL No. 1092. PSW partner Bruce L. Simon served as class counsel in antitrust class actions against Archer-Daniels Midland Co. and others for their conspiracy to fix the prices of citric acid, a food additive product. Mr. Simon was one of the principal attorneys involved in discovery in this matter. This proceeding resulted in over $80 million settlements for the direct purchasers.

- *Olson v. Volkswagen of America, Inc.*, Central District of California, Case No. CV07-05334. PSW attorneys brought this class action lawsuit against Volkswagen alleging that the service manual incorrectly stated the inspection and replacement intervals for timing belts on Audi and Volkswagen branded vehicles equipped with a 1.8 liter turbo-charged engine. This case resulted in a nationwide class settlement.

- *Swain et al. v. Eel River Sawmills, Inc. et al.*, California Superior Court, DR-01-0216. Bruce L. Simon served as lead trial counsel for a class of former employees of a timber company whose retirement plan was lost through management's investment of plan assets in an Employee Stock Ownership Plan. Mr. Simon negotiated a substantial settlement on

977459.4

PEARSON, SIMON & WARSHAW, LLP

the eve of trial resulting in a recovery of approximately 40% to 50% of plaintiffs' damages after attorneys' fees and costs.

- *In re Homestore Litigation*, Central District of California, Master File No. 01-11115. PSW attorneys served as liaison counsel and class counsel for plaintiff CalSTRS in this securities class action. The case resulted in over $100 million in settlements to the Class.

- *In re MP3.Com, Inc., Securities Litigation*, Southern District of California, Master File No. 00-CV-1873. PSW attorneys served as defense counsel in this class action involving alleged securities violations under Rule 10b-5.

- *In re Automotive Refinishing Paint Cases*, Alameda County Superior Court, Judicial Council Coordination Proceeding No. 4199. PSW attorneys served as class counsel with other law firms in this coordinated antitrust class action alleging a conspiracy by defendants to fix the price of automotive refinishing products.

- *In re Beer Antitrust Litigation*, Northern District of California, Case No. 97-20644 SW. PSW partner Bruce L. Simon served as primary counsel in this antitrust class action brought on behalf of independent micro-breweries against Anheuser-Busch, Inc., for its attempt to monopolize the beer industry in the United States by denying access to distribution channels.

- *In re Commercial Tissue Products Public Entity Indirect Purchaser Antitrust Litigation*, San Francisco Superior Court, Judicial Counsel Coordination Proceeding No. 4027. PSW partner Bruce L. Simon served as co-lead counsel for the public entity purchaser class in this antitrust action arising from the price-fixing of commercial sanitary paper products.

- *Hart v. Central Sprinkler Corporation*, Los Angeles County Superior Court, Case No. BC176727. PSW attorneys served as class counsel in this consumer class action arising from the sale of nine million defective fire sprinkler heads. This case resulted in a nationwide class settlement valued at approximately $37.5 million.

- *Rueda v. Schlumberger Resources Management Services, Inc.*, Los Angeles County Superior Court, Case No. BC235471. PSW attorneys served as class counsel with other law firms representing customers of the Los Angeles Department of Water & Power ("LADWP") who had lead-leaching water meters installed on their properties. The Court granted final approval of the settlement whereby defendant would pay $1.5 million to a *cy pres* fund to benefit the Class and to make grants to LADWP to assist in implementing a replacement program to the effected water meters.

- *In re Louisiana-Pacific Corp. Inner-Seal OSB Trade Practices Litigation,* Northern District of California, MDL No. 1114. PSW partner Bruce L. Simon worked on this nationwide product defect class action brought under the Lanham Act. The proposed class was certified, and a class settlement was finally approved by Chief Judge Vaughn Walker.

977459.4

6

PEARSON, SIMON & WARSHAW, LLP

- *In re iPod nano Cases*, Los Angeles County Superior Court, Judicial Counsel Coordination Proceeding No. 4469.  PSW attorneys were appointed co-lead counsel for this class action brought on behalf of California consumers who own defective iPod nanos.  The case resulted in a favorable settlement.

- *Unity Entertainment Corp. v. MP3.Com*, Central District of California, Case No. 00-11868.  PSW attorneys served as defense counsel in this class action alleging copyright infringement.

- *Vallier v. Jet Propulsion Laboratory*, Central District of California, Case No. CV97-1171.  PSW attorneys served as lead counsel in this toxic tort action involving 50 cancer victims and their families.

- *Nguyen v. First USA N.A.,* Los Angeles County Superior Court, Case No. BC222846.  PSW attorneys served as class counsel on behalf of approximately four million First USA credit card holders whose information was sold to third party vendors without their consent.  This case ultimately settled for an extremely valuable permanent injunction plus disgorgement of profits to worthy charities.

- *Morales v. Associates First Financial Capital Corporation*, San Francisco Superior Court, Judicial Council Coordination Proceeding No. 4197.  PSW attorneys served as class counsel in this case arising from the wrongful sale of credit insurance in connection with personal and real estate-secured loans.  This case resulted in an extraordinary $240 million recovery for the Class.

- *In re AEFA Overtime Cases*, Los Angeles County Superior Court, Judicial Council Coordination Proceeding No. 4321.  PSW attorneys served as class counsel in this overtime class action on behalf of American Express Financial Advisors, which resulted in an outstanding class-wide settlement.

- *Khan v. Denny's Holdings, Inc.*, Los Angeles County Superior Court, Case No. BC177254.  PSW attorneys settled a class action lawsuit against Denny's for non-payment of overtime wages to its managers and general managers.

- *Kosnik v. Carrows Restaurants, Inc.*, Los Angeles County Superior Court, Case No. BC219809.  PSW attorneys settled a class action lawsuit against Carrows Restaurants for non-payment of overtime wages to its assistant managers and managers.

- *Castillo v. Pizza Hut, Inc.,* Los Angeles County Superior Court, Case No. BC318765.  PSW attorneys served as lead class counsel in this California class action brought by delivery drivers who claimed they were not adequately compensated for use of their personally owned vehicles.  This case resulted in a statewide class settlement.

977459.4                                    7

PEARSON, SIMON & WARSHAW, LLP

- *Baker v. Charles Schwab & Co., Inc.,* Los Angeles County Superior Court, Case No. BC286131.  PSW attorneys served as class counsel for investors who were charged a fee for transferring out assets between June 1, 2002 and May 31, 2003.  This case resulted in a nationwide class settlement.

- *Eallonardo v. Metro-Goldwyn-Mayer, Inc.,* Los Angeles County Superior Court, Case No. BC286950.  PSW attorneys served as class counsel on behalf a nationwide class of consumers who purchased DVDs manufactured by defendants.  Plaintiffs alleged that defendants engaged in false and misleading advertising relating to the sale of its DVDs. This case resulted in a nationwide class settlement.

- *Gaeta v. Centinela Feed, Inc.,* Los Angeles County Superior Court, Case No. BC342524. PSW attorneys served as defense counsel in this class action involving alleged failures to pay wages, overtime, employee expenses, waiting time penalties, and failure to provide meal and rest periods and to furnish timely and accurate wage statements.

- *Leiber v. Consumer Empowerment Bv A/K/A Fasttrack,* Central District of California, Case No. CV 01-09923.  PSW attorneys served as defense counsel in this class action involving copyrighted music that was made available through a computer file sharing service without the publishers' permission.

- *Higgs v. SUSA California, Inc.,* Los Angeles County Superior Court Case No. BC372745. PSW attorneys served as co-lead class counsel representing California consumers who entered into rental agreements for the use of self-storage facilities owned by defendants. In this certified class action, plaintiffs allege that defendants wrongfully denied access to the self-storage facility and/or charged excessive pre-foreclosure fees.

- *Fournier v. Lockheed Litigation*, Los Angeles County Superior Court.  PSW attorneys served as counsel for 1,350 residents living at or near the Skunks-Works Facility in Burbank.  The case resolved with a substantial confidential settlement for plaintiffs.

- *Nasseri v. CytoSport, Inc.,* Los Angeles County Superior Court, Case No. 439181.  PSW attorneys served as class counsel on behalf of a nationwide class of consumers who purchased CytoSport's popular protein powders, ready to drink protein beverages, and other "supplement" products.  Plaintiffs alleged that these supplements contain excessive amounts of lead, cadmium and arsenic in amounts that exceed Proposition 65 and negate CytoSport's health claims regarding the products.  The case resulted in a nationwide class action settlement which provided monetary relief to the class members and required the reformulation of CytoSport supplement products.

- *In re Samsung Top-Load Washing Machine Marketing, Sales Practice and Products Liability Litigation*, Western District of Oklahoma, Case No. 5:17-ml-02792-D. Plaintiffs allege that the top-load washing machines contain defects that cause them to leak and

977459.4                                                          8

PEARSON, SIMON & WARSHAW, LLP

explode. PSW Partner Melissa S. Weiner was appointed to the Plaintiffs' Steering Committee in this multi-district class action.

## ATTORNEY PROFILES

## FOUNDING PARTNERS

### CLIFFORD H. PEARSON

Clifford H. Pearson is a civil litigator, business lawyer and mediator focusing on complex litigation, class actions, and business law.  In 2013, 2016, 2021 and 2022 Mr. Pearson was named by the *Daily Journal* as one of the Top 100 Lawyers in California.  Additionally, Mr. Pearson was named as one of the Daily Journal's 2019 Top Plaintiff Lawyers and in 2022 he was named one of the Top Antitrust Lawyers.  He was instrumental in negotiating a landmark settlement totaling $1.86 billion in *In re Credit Default Swaps Antitrust Litigation*, a case alleging a conspiracy among the world's largest banks to maintain opacity of the credit default swaps market.  Mr. Pearson also negotiated $473 million in combined settlements in *In re TFT-LCD (Flat Panel) Antitrust Litigation*, an antitrust case in the Northern District of California that alleged a decade-long conspiracy to fix the prices of TFT-LCD panels and over $90 million in *In re Potash Antitrust Litigation*, an antitrust case in the Northern District of Illinois that alleged price fixing by Russian, Belarusian and North American producers of potash, a main ingredient used in fertilizer.  Mr. Pearson currently serves as co-lead counsel in both the *In re Broiler Chicken Antitrust Litigation* and *In re Pork Antitrust Litigation* antitrust class action cases alleging price fixing in the broiler and pork industries.

Before creating the firm in 2006, Mr. Pearson was a partner at one of the largest firms in the San Fernando Valley, where he worked for 22 years.  There, he represented aggrieved individuals, investors and employees in a wide variety of contexts, including toxic torts, consumer protection and wage and hour cases.  Over his career that spans nearly 40 years, Mr. Pearson has successfully negotiated substantial settlements on behalf of consumers, small businesses and companies.  In recognition of his outstanding work on behalf of clients, Mr. Pearson has been regularly selected by his peers as a Super Lawyer (representing the top 5% of practicing lawyers in Southern California).  He has also attained Martindale-Hubbell's highest rating (AV) for legal ability and ethical standards.

Mr. Pearson is an active member of the American Bar Association, Los Angeles County Bar Association, Consumer Attorneys of California, Consumer Attorneys Association of Los Angeles, and Association of Business Trial Lawyers.

**Current Cases:**
- *In re Broiler Chicken Antitrust Litigation* (N.D. Ill.)
- *In re Pork Antitrust Litigation* (D. Minn.)
- *North American Soccer League, LLC v. United States Soccer Federation, Inc., and Major League Soccer, L.L.C.* (E.D.N.Y.)

977459.4

PEARSON, SIMON & WARSHAW, LLP

- *Senne, et al. v. Office of the Commissioner of Baseball, et al.* (N.D. Cal.)

**Education:**
- Whittier Law School, Los Angeles, California – J.D. – 1981
- University of Miami, Miami, Florida – M.B.A. – 1978
- Carleton University, Ontario, Canada – B.A. – 1976

**Bar Admissions:**
- California
- Ninth Circuit Court of Appeals
- U.S. District Court, Central District of California
- U.S. District Court, Eastern District of California
- U.S. District Court, Northern District of California
- U.S. District Court, Southern District of California

**Professional Associations and Memberships:**
- American Bar Association
- Association of Business Trial Lawyers
- Consumer Attorneys Association of Los Angeles
- Consumer Attorneys of California
- Los Angeles County Bar Association

### BRUCE L. SIMON

Bruce L. Simon is a partner emeritus at Pearson, Simon & Warshaw, LLP and has lead the firm to national prominence. Mr. Simon specializes in complex cases involving antitrust, consumer fraud and securities. He has served as lead counsel in many business cases with national and global impact.

In 2019, Mr. Simon was named as one of the Daily Journal's Top Plaintiff Lawyers.  In 2018, Mr. Simon was awarded "Antitrust Lawyer of the Year" by the California Lawyers Association.  In 2013 and 2016, Mr. Simon was chosen by the Daily Journal as one of the Top 100 attorneys in California.  In 2013, he received the California Lawyer of the Year award from California Lawyer Magazine and was selected as one of seven finalists for Consumer Attorney of the Year by Consumer Attorneys of California for his work in In re TFT-LCD (Flat Panel) Antitrust Litigation, MDL No. 1827 (N.D. Cal.).  That year, Mr. Simon was included in the Top 100 of California's "Super Lawyers" and has been named a "Super Lawyer" every year since 2003.  He has attained Martindale-Hubbell's highest rating (AV) for legal ability and ethical standards.

Mr. Simon was co-lead class counsel in In re TFT-LCD (Flat Panel) Antitrust Litigation, a case that lasted over five years and resulted in $473 million recovered for the direct purchaser plaintiffs. Mr. Simon served as co-lead trial counsel and was instrumental in obtaining an $87 million jury verdict (before trebling).  He presented the opening argument and marshalled numerous witnesses during the six-week trial.

977459.4                                        10

PEARSON, SIMON & WARSHAW, LLP

Also, Mr. Simon was co-lead class counsel in In re Credit Default Swaps Antitrust Litigation, a case alleging a conspiracy among the world's largest banks to maintain opacity of the credit default swaps market as a means of maintaining supracompetitive prices of bid/ask spreads.  After three years of litigation and many months of intensive settlement negotiations, the parties in CDS reached a landmark settlement amounting to $1.86 billion.  It is one of the largest civil antitrust settlements in history.

Mr. Simon was also co-lead class counsel in In re Potash Antitrust Litigation (II), MDL No. 1996 (N.D. Ill.), where he successfully argued an appeal of the district court's order denying the defendants' motions to dismiss to the United States Court of Appeals for the Seventh Circuit.  Mr. Simon presented oral argument during an en banc hearing before the Court and achieved a unanimous 8-0 decision in his favor.  The case resulted in $90 million in settlements for the direct purchaser plaintiffs, and the Court's opinion is one of the most significant regarding the scope of international antirust conspiracies.

More recently, Mr. Simon completed the trial seeking injunctive relief in the In re National Collegiate Athletic Association Athletic Grant-in-Aid Cap Antitrust Litigation.  The plaintiffs allege that the NCAA and its member conferences violate the antitrust laws by restricting the value of grant-in-aid athletic scholarships and other benefits that college football and basketball players can receive.

**Current Cases**:
- *In re Broiler Chicken Antitrust Litigation* (N.D. Ill.)
- *In re Pork Antitrust Litigation* (D. Minn.)
- *North American Soccer League, LLC v. United States Soccer Federation, Inc., and Major League Soccer, L.L.C.* (E.D.N.Y.)

**Reported Cases**:
- *Minn-Chem, Inc. et al. v. Agrium Inc., et al.*, 683 F.3d 845 (7th Cir. 2012)
- *In re National Collegiate Athletic Association Athletic Grant-in-Aid Cap Antitrust Litigation*, 594 U.S. ___ (2021).

**Education:**
- University of California, Hastings College of the Law, San Francisco, California – J.D. – 1980
- University of California, Berkeley, California – A.B. – 1977

**Bar Admissions:**
- California
- Supreme Court of the United States
- Ninth Circuit Court of Appeals
- Seventh Circuit Court of Appeals
- U.S. District Court, Central District of California
- U.S. District Court, Eastern District of California

PEARSON, SIMON & WARSHAW, LLP

- U.S. District Court, Northern District of California
- U.S. District Court, Southern District of California

**Recent Publications:**
- Class Certification Procedure, Ch. V, ABA Antitrust Class Actions Handbook (3d ed.), (forthcoming)
- Reverse Engineering Your Antitrust Case: Plan for Trial Even Before You File Your Case, Antitrust, Vol. 28, No. 2, Spring 2014
- *The Ownership/Control Exception to Illinois Brick in Hi-Tech Component Cases: A Rule That Recognizes the Realities of Corporate Price Fixing*, ABA International Cartel Workshop February 2014
- *Matthew Bender Practice Guide: California Unfair Competition and Business Torts*, LexisNexis, with Justice Conrad L. Rushing and Judge Elia Weinbach (Updated 2013)
- *The Questionable Use of Rule 11 Motions to Limit Discovery and Eliminate Allegations in Civil Antitrust Complaints in the United States*, ABA International Cartel Workshop February 2012

**Professional Associations and Memberships:**
- California State Bar Antitrust and Unfair Competition Section, Advisor and Past Chair
- ABA Global Private Litigation Committee, Co-Chair
- ABA International Cartel Workshop, Steering Committee
- American Association for Justice, Business Torts Section, Past Chair
- Business Torts Section of the American Trial Lawyers Association, Past Chair
- Hastings College of the Law, Board of Directors (2003-2015), Past Chair (2009-2011)

## DANIEL L. WARSHAW

Daniel L. Warshaw is a civil litigator and trial lawyer who focuses on antitrust, complex litigation, class actions, and consumer protection. Mr. Warshaw has held leadership roles in numerous state, federal and multidistrict class actions, and obtained significant recoveries for class members in many cases. These cases have included, among other things, antitrust violations, high-technology products, automotive parts, entertainment royalties, intellectual property and false and misleading advertising. Mr. Warshaw has also represented employees in a variety of class actions, including wage and hour, misclassification and other Labor Code violations.

Mr. Warshaw played an integral role in several of the firm's groundbreaking cases. In the *In re TFT-LCD (Flat Panel) Antitrust Litigation*, he assisted in leading this multidistrict to trial and securing $473 million in recoveries to the direct purchaser plaintiff class. After the firm was appointed as interim co-lead counsel in *In re Credit Default Swaps Antitrust Litigation*, Mr. Warshaw along with his partners and co-counsel successfully secured a $1.86 *billion* settlement on behalf of the class.

Currently he serves in a lead or co-lead position in the following cases: *Vakilzadeh v. The Trustees of The California State University*, Los Angeles County Superior Court, Case No. 20STCV23134,

PEARSON, SIMON & WARSHAW, LLP

a putative class action alleging the students were not refunded for tuition and fees when the California State University System closed its campuses and provided remote learning in lieu of in person education; *Grace v. Apple, Inc.*, 5:17-CV-00551-YGR (N.D. Cal.), a certified class action on behalf of consumers who allege that Apple intentionally broke its "FaceTime" video conferencing feature for iPhones with older operating systems that recently settled for $18 million on behalf of a California class; *In re KIND LLC "Healthy and All Natural" Litigation*, MDL No. 2645, (S.D.N.Y.), a multistate certified class action on behalf of consumers who allege that they purchased KIND snack bars that were falsely advertised as "all natural," and/or "non-GMO"; *Senne v. The Office of the Commissioner of Baseball*, 3:14-cv-00608-JCS (N.D. Cal.), a certified multistate class action alleging that Major League Baseball and its teams violate state and federal wage and hour laws relating to minor league players.

Mr. Warshaw's cases have received significant attention in the press, and Mr. Warshaw has been profiled by the *Daily Journal* for his work in the digital download music cases.  In 2022 Mr. Warshaw was named by the *Daily Journal* as one of the Top 100 Lawyers in California.  In 2019 and 2020, Mr. Warshaw was named as one of the Daily Journal's Top Plaintiff Lawyers.  And in 2020 and 2022 he was also named one of the Daily Journal's Top Antitrust Lawyers.  Additionally, Mr. Warshaw has been selected by his peers as a Super Lawyer (representing the top 5% of practicing lawyers in Southern California) every year since 2005.  He has also attained Martindale-Hubbell's highest rating (AV) for legal ability and ethical standards.

Mr. Warshaw has assisted in the preparation of two Rutter Group practice guides: *Federal Civil Trials & Evidence* and *Civil Claims and Defenses*.  Mr. Warshaw is the founder and Chair of the Class Action Roundtable.  The purpose of the Roundtable is to facilitate a high-level exchange of ideas and in-depth dialogue on class action litigation.

**Current Cases:**
- *Vakilzadeh v. The Trustees of The California State University*, (Cal. Super. Ct.)
- *Grace v. Apple, Inc.* (N.D. Cal.)
- *In re KIND LLC "Healthy and All Natural" Litigation* (S.D.N.Y.)
- *In re Pork Antitrust Litigation* (D. Minn.)
- *In re. Santa Fe Natural Tobacco Company Marketing, Sales Practices, and Products Liability Litigation* (D. N.M.)
- *Senne, et al. v. Office of the Commissioner of Baseball, et al.* (N.D. Cal.)

**Education:**
- Whittier Law School, Los Angeles, California – J.D. – 1996
- University of Southern California – B.S. – 1992

**Bar Admissions:**
- California
- Ninth Circuit Court of Appeals
- U.S. District Court, Central District of California

977459.4                                                13

PEARSON, SIMON & WARSHAW, LLP

- U.S. District Court, Eastern District of California
- U.S. District Court, Northern District of California
- U.S. District Court, Southern District of California
- U.S. District Court, District of Colorado
- U.S. District Court, Western District of Texas

**Professional Associations and Memberships:**
- American Bar Association
- Association of Business Trial Lawyers, Board Member
- Consumer Attorneys of California
- Los Angeles County Bar Association, Complex Court Committee, Member
- Plaintiffs' Class Action Roundtable, Chair

## PARTNERS

### MELISSA S. WEINER

Melissa S. Weiner is a partner and civil litigator whose work is squarely focused on combating consumer deception. Her experience is expansive, including class actions related to consumer protection, product defect, intellectual property, automotive, false advertising and the Fair Credit Reporting Act. Ms. Weiner has taken a leadership role in numerous large class actions and MDLs in cases across the country.

A contributor to her professional community, Ms. Weiner serves as Chair of the Development Committee for Public Justice and serves on the Minnesota Bar Association Food & Drug Law Council. Additionally, she teaches Food Law as an adjunct professor at Mitchell Hamline School of Law and sits on the Food Law Center Advisory Board for Mitchell Hamline School of Law. In recognition of her outstanding efforts in the legal community, each year since 2012, Ms. Weiner has been named a Super Lawyers *Rising Star* by Minnesota Law & Politics.

Ms. Weiner has been appointed to leadership positions in the following MDLs and consolidated cases:

- *In Re: Luxottica of America, Inc. Data Security Breach Litigation* (S.D. Ohio) (Appointed Interim Executive Committee Member);
- *Culbertson v. Deloitte Consulting LLP* (S.D.N.Y.) (Appointed to Plaintiffs' Executive Committee), a nationwide data breach class action
- *In Re: Fairlife Milk Products Marketing and Sales Practices Litigation* (N.D. Ill.) (Appointed Interim Co-Lead Counsel);
- *In Re Santa Fe Natural Tobacco Company Marketing & Sales Practices and Products Liability Litigation* (D.N.M.) (chair of the Plaintiffs' Steering Committee and member of the Plaintiffs' Oversight Committee);
- *In Re Samsung Top-Load Washing Machine Marketing, Sales Practices & Product Liability Litigation* (W.D. Okla.), (appointed to Plaintiffs' Executive Committee), a

977459.4                                        14

PEARSON, SIMON & WARSHAW, LLP

nationwide class action regarding a design defect in 2.8 million top loading washing machines, which resulted in a nationwide settlement;

- *In Re Windsor Wood Clad Window Product Liability Litigation* (E.D. Wis.), a nationwide class action regarding allegedly defective windows, which resulted in a nationwide settlement.
- *In Re: Blackbaud, Inc. Customer Data Security Breach Litigation* (D.S.C.), nationwide data breach class action, (appointed to Plaintiffs' Steering Committee).
- *Dusko v. Delta Airlines, Inc.* (N.D. Ga.), a nationwide breach of contract class action (appointed as Co-Lead Class Counsel).
- *In re Apple Inc. App Store Simulated Casino Style Games Litigation* (N.D. Cal.), a multi-state statutory class action (appointed to Plaintiffs' Steering Committee).

**Current Cases:**
- *Anurag Gupta v. Aeries Software, Inc.* (C.D. CA) (data breach)
- *Ashour v. Arizona Beverages USA LLC et al.* (S.D. NY) (false advertising/mislabeling)
- *Benson et al v. Newell Brands Inc., et al.* (N.D. IL) (false advertising/mislabeling)
- *Connor Burns v. Mammoth Media, Inc.* (C.D. CA) (data breach)
- *Daniels v. Delta Air Lines, Inc.* (N.D. Ga.). (COVID-19 pandemic relief)
- *In re Fairlife Milk Products Marketing and Sales Practices Litigation* (N.D. IL) (false advertising)
- *In Re Pork Antitrust Litigation* (D. Minn.)
- *In Re Samsung Top-Load Washing Machine Marketing, Sales Practices, and Products Liability Litigation* (W.D. Okla.)
- *In Re Santa Fe Natural Tobacco Company Marketing, Sales Practices, and Products Liability Litigation* (D. N.M.) (false advertising/mislabeling)
- *Dusko v. Delta Airlines, Inc.*, (N.D. Ga.) (breach of contract)
- *Bombin v. Southwest Airlines Co.*, (E.D. Pa.) (breach of contract)
- *Freeman v. MAM USA Corp.* (N.D. Ill.) (false advertising/mislabeling)
- *In re: Apple Inc. App Store Simulated Casino-Style Games Litig.; In re: Facebook, Inc. App Center Simulated Casino-Style Games Litig.; and In re: Google Play Store Simulated Casino-Style Games Litig. (N.D. Cal).*

**Education:**
- William Mitchell College of Law - J.D. – 2007
- University of Michigan – Ann Arbor - B.A. – 2004

**Bar Admissions:**
- New York
- Minnesota
- Ninth Circuit Court of Appeals
- U.S. District Court, District of Minnesota
- U.S. District Court, Colorado
- U.S. District Court, Northern District of Illinois

977459.4                                   15

PEARSON, SIMON & WARSHAW, LLP

- U.S. District Court, Southern District of New York
- U.S. District Court, Eastern District of New York

**Professional Associations and Memberships:**
- Minnesota State Bar Association
- Federal Bar Association
- Public Justice

## BOBBY POUYA

Bobby Pouya is a partner in the firm's Los Angeles office, focusing on complex litigation, class actions, and consumer protection.  Mr. Pouya has been an attorney with Pearson, Simon & Warshaw, LLP since 2007, and has extensive experience in representing clients in a variety of contexts.  He has served as a primary member of the litigation team in multiple cases that resulted in class certification or a class-wide settlement, including cases that involved high-technology products, price fixing, consumer safety and false and misleading advertising.  The cases that Mr. Pouya has worked on have resulted in hundreds of millions of dollars in judgments and settlements on behalf of effected plaintiffs and class members.

Mr. Pouya has served as one of the attorneys representing direct purchaser plaintiffs in several complex antitrust cases, including *In re Polyurethane Foam Antitrust Litigation* (N.D. Ohio) and *In re* Fresh *and Processed Potatoes Antitrust Litigation* (D. Idaho).  Mr. Pouya is currently actively involved in the prosecution of *In re Broiler Chicken Antitrust Litigation* (N.D. Ill), *In re Pork Antitrust Litigation* (D. Minn.), *Senne, et al. v. Office of the Commissioner of Baseball, et al.* (N.D. Cal.), as well as several prominent consumer class action lawsuits.

Mr. Pouya's success has earned him recognition by his peers as a Super Lawyers Rising Star (representing the top 2.5% of lawyers in Southern California age 40 or younger or in practice for 10 years or less) every year since 2008.  Mr. Pouya earned his Juris Doctorate from Pepperdine University School of Law in 2006, where he received a certificate in dispute resolution from the prestigious Straus Institute for Dispute Resolution and participated on the interschool trial and mediation advocacy teams, the Dispute Resolution Law Journal and the Moot Court Board.

**Current Cases:**
- *In re Broiler Chicken Antitrust Litigation* (N.D. Ill)
- *In re Pork Antitrust Litigation* (D. Minn.)
- *In re Cattle Antitrust Litigation* (D. Minn.)
- *Senne, et al. v. Office of the Commissioner of Baseball, et al.* (N.D. Cal.)

**Education:**
- Pepperdine University School of Law, Malibu, California – J.D. – 2006
- University of California, Santa Barbara, California – B.A., with honors – 2003

977459.4                                    16

PEARSON, SIMON & WARSHAW, LLP

**Publications:**
- *Should Offers Moot Claims?*, Daily Journal, Oct. 10, 2014
- *Central District Local Rules Hinder Class Certification*, Daily Journal, April 9, 2013

**Bar Admissions:**
- California
- Ninth Circuit Court of Appeals
- U.S. District Court, Central District of California
- U.S. District Court, Eastern District of California
- U.S. District Court, Northern District of California
- U.S. District Court, Southern District of California

**Professional Associations and Memberships:**
- American Bar Association
- Consumer Attorneys Association of Los Angeles
- Consumer Attorneys of California
- Los Angeles County Bar Association

**Professional Associations and Memberships:**
- California State Bar Antitrust and Unfair Competition Section, Advisor and Past Chair
- ABA Global Private Litigation Committee, Co-Chair
- ABA International Cartel Workshop, Steering Committee
- American Association for Justice, Business Torts Section, Past Chair
- Business Torts Section of the American Trial Lawyers Association, Past Chair
- Hastings College of the Law, Board of Directors (2003-2015), Past Chair (2009-2011)

## MICHAEL H. PEARSON

Michael H. Pearson is a Partner and civil litigator in the firm's Los Angeles office, focusing on complex litigation, class actions, and consumer protection. Mr. Pearson has extensive experience in representing clients in a variety of contexts. He has served as a member of the litigation team in multiple cases that resulted in class certification or a class-wide settlement, including cases that involved antitrust, business litigation, complex financial products, high-technology products, consumer safety, and false and misleading advertising. Specifically, he was instrumental in managing the review of tens of millions of documents and drafting pleadings in *In Re Credit Default Swaps Antitrust Litigation*, which was settled for $1.86 billion, plus injunctive relief.

Mr. Pearson received his Bachelor of Science degree from Tulane University in 2008, majoring in Finance with an Energy Specialization. He received his Juris Doctorate from Loyola Law School Los Angeles in 2011. Mr. Pearson is an active member in a number of legal organizations, including the American, Los Angeles County and San Fernando Valley Bar Associations, Consumer Attorneys of California, the Consumer Attorneys Association of Los Angeles and the Association of Business Trial Lawyers.

PEARSON, SIMON & WARSHAW, LLP

Mr. Pearson's success has earned him recognition by his peers as a Super Lawyers Rising Star (representing the top 2.5% of lawyers in Southern California age 40 or younger or in practice for 10 years or less) in 2017, 2018, 2019, 2020, 2021, and 2022.

**Current Cases**:
- *In re Broiler Chicken Antitrust Litigation* (N.D. Ill.)
- *In re Pork Antitrust Litigation* (D. Minn.)
- *Senne, et al. v. Office of the Commissioner of Baseball, et al.* (N.D. Cal.)

**Education**:
- Loyola Law School Los Angeles, Los Angeles, California – J.D. – 2011
- Tulane University, New Orleans, Louisiana – B.S., *magna cum laude* – 2008

**Bar Admissions**:
- California
- Ninth Circuit Court of Appeals
- U.S. District Court, Central District of California
- U.S. District Court, Eastern District of California
- U.S. District Court, Northern District of California
- U.S. District Court, Southern District of California

**Professional Associations and Memberships:**
- American Bar Association
- Association of Business Trial Lawyers
- Consumer Attorneys Association of Los Angeles
- Consumer Attorneys of California
- Los Angeles County Bar Association
- San Fernando Valley Bar Association

**BENJAMIN E. SHIFTAN**

Benjamin E. Shiftan is a Partner in the firm's San Francisco office. Since joining the firm in 2014, Mr. Shiftan has focused on complex class action litigation, including antitrust, insurance, wage and hour, product defect, and consumer protection cases. In 2019, Mr. Shiftan received an award from the American Antitrust Institute for "Outstanding Antitrust Litigation Achievement in Private Law Practice" in connection with his and PSW's work on the groundbreaking *In re: NCAA Athletic Grant-in-Aid Cap Antitrust Litigation* (N.D. Cal. Case No. 14-md-2541-CW). The damages portion of the case settled for $208 million dollars, while the injunctive relief phase of the case ended with a 9-0 victory in front of the Supreme Court of the United States.

Prior to joining the firm, Mr. Shiftan litigated complex bad faith insurance cases for a national law firm. Before that, Mr. Shiftan served as a law clerk to the Honorable Peter G. Sheridan, United States District Court for the District of New Jersey, and worked for a mid-sized firm in San Diego.

PEARSON, SIMON & WARSHAW, LLP

Mr. Shiftan graduated from the University of San Diego School of Law in 2009. While in law school, he served as Lead Articles Editor of the San Diego International Law Journal and competed as a National Team Member on the Moot Court Board. Mr. Shiftan won the school's Paul A. McLennon, Sr. Honors Moot Court Competition. At graduation, he was one of ten students inducted into the Order of the Barristers. Mr. Shiftan graduated from the University of Virginia in 2006.

**Current Cases**:
- *In re Pork Antitrust Litigation* (D. Minn.)
- *Senne, et al. v. Office of the Commissioner of Baseball, et al.* (N.D. Cal.)
- *North American Soccer League, LLC v. United States Soccer Federation, Inc., and Major League Soccer, L.L.C.* (E.D.N.Y.)

**Education**:
- University of San Diego School of Law, San Diego, CA – J.D. – 2009
- University of Virginia, Charlottesville, VA – B.A. – 2006

**Bar Admissions**:
- California
- Ninth Circuit Court of Appeals
- U.S. District Court, Central District of California
- U.S. District Court, Eastern District of California
- U.S. District Court, Northern District of California
- U.S. District Court, Southern District of California

**Professional Associations and Memberships:**
- San Francisco County Bar Association
- American Bar Association

**JILL M. MANNING**

Jill M. Manning is a Partner in the firm's San Francisco Office. Ms. Manning has over twenty years of experience representing businesses and consumers in complex and class action litigation, with a focus on antitrust, unfair competition and consumer protection cases. She has successfully represented plaintiffs in some of the leading cases brought under federal and state antitrust and consumer protection. She has sued price-fixing cartels, high tech companies, electronics manufacturers, agribusinesses, healthcare companies and the NCAA, and achieved recoveries exceeding $1.5 billion.

In the antitrust area, Ms. Manning is Co-Counsel for direct purchaser plaintiffs in an antitrust case against the leading suppliers of broiler chickens sold in the United States. *In re: Broiler Chicken Antitrust Litig.* (N.D. Ill). She represented direct purchasers in an antitrust class action involving a conspiracy to raise the price of potatoes and secured an $18.5 million settlement and injunctive relief valued at over $1 billion. *In re: Fresh and Process Potatoes Antitrust Litig.* (D. Idaho). She

977459.4                                         19

PEARSON, SIMON & WARSHAW, LLP

played an integral role in prosecuting one of the nation's largest indirect purchaser antitrust class actions and was recognized by Special Master Martin Quinn as "one of the leaders in structuring and managing the overall document retrieval effort." *In re TFT-LCD (Flat Panel) Antitrust Litig.* (N.D. Cal) ($1.082 billion all-cash settlement).

In the consumer protection field, Ms. Manning was appointed by Judge Koh as Co-Lead Counsel for the certified class in *Grace v. Apple Inc.* (N.D. Cal.), a case alleging that Apple caused the popular FaceTime feature to stop working on certain iPhone devices. Ms. Manning was appointed by Judge Lee on Plaintiffs' Steering Committee in cases against the NCAA on behalf of Division I football players who suffered concussion-related personal injuries. *In re: NCAA Student/Athlete Concussion Injury Litig.* (N.D. Ill.). She was appointed by Judge Davila to Plaintiffs' Steering Committee in cases challenging the conduct of Apple, Google, and Facebook in supporting and profiting from illegal social casinos on their platforms. *In re: Apple Inc. App Store Simulated Casino-Style Games Litig.; In re Facebook Inc. App Center Simulated Casino-Style Games Litig.; In re Google Play Store Simulated Casino-Style Games Litig.* (N.D. Cal).

Ms. Manning represented Eduardo Saverin in *Facebook v. Saverin* (Santa Clara Sup. Ct.), one of the cases featured in the Academy Award-winning movie, *The Social Network*, and achieved a confidential settlement.

In additional to her legal practice, Ms. Manning has demonstrated leadership in her professional life and community. She served as Chair of the Executive Committee of the Antitrust and Unfair Competition Law Section of the California Bar Association during the 2017-2018 term and presently serves as an Advisor. During her tenure, she implemented numerous live and on-line educational opportunities for section members and created "Celebrating Women in Competition Law in California," an annual panel presentation and networking event now in its fifth year. She is a court-appointed neutral for the Northern District of California's Early Neutral Evaluation Program and a trained private mediator. She is an elected official, serving on the Board of Trustees of Shoreline Unified School District since 2010, and as President of the Board since 2016.

**Current Cases:**
- *Grace v. Apple Inc.* (N.D. Cal.)
- *In re: Apple Inc. App Store Simulated Casino-Style Games Litig.; In re: Facebook, Inc. App Center Simulated Casino-Style Games Litig.; and In re: Google Play Store Simulated Casino-Style Games Litig. (N.D. Cal).*
- *In re: Broiler Chicken Antitrust Litig.* (N.D. Ill)
- *In re: NCAA Student/Athlete Concussion Injury Litig.* (N.D. Ill)
- *In re: Pork Antitrust Litig.* (D. Minn)
- *Senne, et al. v. Office of the Commissioner of Baseball, et al.* (N.D. Cal.)

**Education:**
- Cambridge University, Pembroke College (summer 1990)
- B.A., University of California at Davis (1991)
- J.D., University of San Francisco School of Law (1995)

PEARSON, SIMON & WARSHAW, LLP

**Bar Admissions:**
- United States Supreme Court
- United States Court of Appeals for the Second Circuit
- United States Court of Appeals for the Ninth Circuit
- United States District Court for the Northern District of California
- United States District Court for the Central District of California
- United States District Court for the Southern District of California
- State of California

**Professional Associations and Memberships:**
- American Bar Association, Antitrust Section\
- Bar Association of San Francisco, Antitrust Section
- California Lawyers Association, Antitrust and Unfair Competition Law Section
- Marin County Bar Association

**Recent Events / Speaking Engagements:**
- Panelist, Teatime with Angeion: Work-Life Balance in the COVID Era, March 4, 2021
- Creator and Co-Chair, Fourth Annual "Celebrating Women in Competition Law in California," moderated by the Honorable Yvonne Gonzalez Rogers, March 5, 2020
- Moderator, "Big Stakes Antitrust Trial: *In re Korean Ramen Antitrust Litigation,*" 29th Annual Golden State Antitrust Law Institute, Panel Presentation, November 14, 2019
- Moderator, "Managing Antitrust and Complex Business Trials," featuring the Honorable William Alsup, Laurel Beeler, and Edward Chen, 28th Annual Golden State Antitrust, UCL and Privacy Law Institute, Panel Presentation, November 8, 2018

977459.4                                    21

PEARSON, SIMON & WARSHAW, LLP

## OF COUNSEL

### NEIL SWARTZBERG

Neil Swartzberg, Of Counsel to Pearson, Simon & Warshaw, LLP, has significant litigation and counseling experience, with a track record of providing advice and representation to individuals and companies. He has expertise in complex and commercial litigation, focusing on consumer protection, antitrust and securities laws, primarily in the class action context. Practicing in both federal and state courts, he has litigated price-fixing class actions, securities fraud suits and other consumer protection cases, as well as patent infringement, trade secret misappropriation and related intellectual property matters.

Mr. Swartzberg was a leading attorney in the direct purchaser plaintiff class action *In re Static Random Access Memory (SRAM) Antitrust Litigation* (N.D. Cal.). He was also actively involved in several other antitrust class actions, such as *In re International Air Transportation Surcharge Antitrust Litigation* (N.D. Cal.), *Air Cargo Shipping Services Antitrust Litigation* (E.D.N.Y.), *In re Cathode Ray Tube (CRT) Antitrust Litigation* (N.D. Cal.), and *In re Optical Disk Drive (ODD) Antitrust Litigation* (N.D. Cal.). In addition, he has represented patent owners and companies in infringement cases for patents covering video game controllers, Internet search functionality, secure mobile banking transactions and telecommunications switches.

His current cases include: direct purchaser antitrust class actions against the leading domestic producers of poultry (broiler chickens) and pork; several class actions on behalf students against colleges and universities seeking partial refunds of tuition and fees because of the schools closing their campuses and transitioning to online-only classes in the wake of COVID-19; an antitrust suit challenging the conduct of Major League Soccer and the United States Soccer Federation to exclude competition in men's professional soccer; and, two consumer class actions against airlines who failed to provide proper refunds when they canceled passengers' flights following COVID-19.

**Current Cases:**
- *In re Broiler Chicken Antitrust Litigation* (N.D. Ill.)
- *In re Pork Antitrust Litigation* (D. Minn.)
- *Vakilzadeh v. The Trustees of California State University* (Cal. Sup. Ct., Los Angeles)
- *North American Soccer League, LLC v. United States Soccer Federation, Inc.* (E.D.N.Y)
- *Bombin v. Southwest Airlines Co.* (E.D. Pa.)
- *Dusko v. Delta Air Lines, Inc.* (N.D. Ga.)

**Education:**
- University of California, Davis, School of Law– J.D. – 2001
- State University of New York, Buffalo – M.A. – 1994
- Duke University – A.B. – 1991

PEARSON, SIMON & WARSHAW, LLP

**Bar Admissions:**
- California
- Ninth Circuit Court of Appeals
- Federal Circuit Court of Appeals
- U.S. District Court, Central District of California
- U.S. District Court, Eastern District of California
- U.S. District Court, Eastern District of Missouri
- U.S. District Court, Western District of Pennsylvania

**Publications and Presentations:**
- *The Hard Cell, Mobile banking and the Federal Circuit's "divided infringement" decisions,* Feb. 2013, Intellectual Property magazine, with Robert D. Becker.

**Professional Associations and Memberships:**
- American Bar Association

**Languages:**
- German (proficient)

PEARSON, SIMON & WARSHAW, LLP

## ASSOCIATES

### NAVEED ABAIE

Naveed Abaie is an associate in the firm's Los Angeles office focusing on consumer protection, antitrust, and business litigation.

He graduated from the University of San Diego, School of Law in 2017. While at the University of San Diego, Mr. Abaie earned his J.D. with a concentration in Business and Corporate Law. Mr. Abaie received his Bachelor's degree from the University of California, Berkeley Haas School of Business in 2012.

**Current Cases:**
- *In re Broiler Chicken Antitrust Litigation* (N.D. Ill)
- *In re Pork Antitrust Litigation* (D. Minn.)

**Education:**
- University of San Diego, California – J.D. – 2017
- University of California, Berkeley, California – B.A.– 2012

**Bar Admissions:**
- California

**Professional Associations and Memberships:**
- Iranian American Bar Association

### MATTHEW A. PEARSON

Matthew A. Pearson is an associate in the firm's Los Angeles office focusing on antitrust, consumer protection, copyright, and business litigation.  Mr. Pearson has represented clients in a variety of different matters and works closely with clients, co-counsel, and opposing counsel on all aspects of litigation.

In 2019, Mr. Pearson received the award for Outstanding Antitrust Litigation Achievement in Private Law Practice by the American Antitrust Institute for his work in the *In re National Collegiate Athletic Association Athletic Grant-in-Aid Cap Antitrust Litigation* (N.D. Cal.) trial, which took place in September of 2018 and resulted in a verdict in Plaintiffs' favor. Additionally, in 2019, Mr. Pearson was selected by his peers as a Super Lawyer (representing the top 5% of practicing lawyers in Southern California).

PEARSON, SIMON & WARSHAW, LLP

Mr. Pearson received his Bachelor of Science degree from the University of Arizona in 2010, majoring in Business Management.  He received his Juris Doctorate from Whittier Law School in 2013.  Mr. Pearson is an active member in a number of legal organizations, including the American Bar Association, American Association for Justice, Association of Business Trial Lawyers, Consumer Attorneys Association of Los Angeles, Consumer Attorneys of California, and the Los Angeles County Bar Association.

**Current Cases:**
- *In re Pork Antitrust Litigation* (D. Minn.)
- *Greg Kihn, et al. v. Bill Graham Archives, LLC, et al.* (N.D. Cal.)
- *In re KIND LLC "Healthy and All Natural" Litigation* (S.D.N.Y.)
- *In re National Collegiate Athletic Association Athletic Grant-in-Aid Cap Antitrust Litigation* (N.D. Cal.)
- *North* American *Soccer League, LLC v. United States Soccer Federation, Inc., and Major League Soccer, L.L.C.* (E.D.N.Y.)
- *In Re Cattle Antitrust Litigation* (D. Minn.)

**Education:**
- Whittier Law School, California – J.D. – 2013
- University of Arizona: Eller College of Management – B.S.– 2010

**Bar Admissions:**
- California

- Ninth Circuit Court of Appeals
- U.S. District Court, Central District of California
- U.S. District Court, Eastern District of California
- U.S. District Court, Northern District of California
- U.S. District Court, Southern District of California

**Professional Associations and Memberships:**
- American Bar Association
- American Association for Justice
- Association of Business Trial Lawyers
- Consumer Attorneys Association of Los Angeles
- Consumer Attorneys of California
- Los Angeles County Bar Association

977459.4                                          25

PEARSON, SIMON & WARSHAW, LLP

### BRIAN S. PAFUNDI

Brian S. Pafundi is an associate in the firm's Minneapolis office focusing on antitrust and consumer class actions.

Mr. Pafundi graduated from University of Florida Levin College of Law in 2010.  After law school he worked as an Assistant Public Defender for the State of Minnesota where he handled a full and diverse caseload including felony trials.

Mr. Pafundi received his B.A. in Political Science in 2005 and a Master of Arts degree in Mass Communications in 2009, both from the University of Florida.

**Current Case:**
- *In re Pork Antitrust Litigation* (D. Minn.)

**Education:**
- University of Florida Levin College of Law – J.D. – 2010
- University of Florida College of Journalism and Communications – M.A. – 2009
- University of Florida College of Liberal Arts and Science – B.A. – 2005

**Bar Admission:**
- Minnesota

### KYLE R. COSTELLO

Kyle R. Costello is an associate in the firm's Minneapolis office focusing on class actions, consumer protection, and complex litigation.

Mr. Costello, born and raised in New Jersey and graduated from Rutgers Law in 2010. He then began a career in contracts management for large corporations. In 2018, Kyle moved to Minnesota to transition into litigation. There he clerked for The Honorable Assistant Chief Judge Sarah Hennesy of the Seventh Judicial District of Minnesota.  Subsequently he advocated for indigent clients as a Public Defender in Olmsted County, Minnesota. Kyle brings a wealth of corporate knowledge and trial experience to Pearson, Simon & Warshaw, LLP.

**Current Case:**
- *In re Pork Antitrust Litigation* (D. Minn.)

**Education:**
- Rutgers School of Law, New Jersey – 2010
- Manhattan College – 2007

**Bar Admission:**
- Minnesota

PEARSON, SIMON & WARSHAW, LLP

### ADRIAN J. BUONANOCE

Adrian J. Buonanoce is an associate in the firm's Los Angeles office, focusing on antitrust litigation.

Mr. Buonanoce received a Bachelor's degree in Political Economy from the University of California, Berkeley in 2012. He earned his Juris Doctorate from the University of San Diego School of Law with a concentration in International Law in 2018.

**Current Case:**
- *In re Pork Antitrust Litigation* (D. Minn.)

**Education:**
- University of San Diego, California – J.D. – 2018
- University of California, Berkeley, California – B.A.– 2012

**Bar Admissions:**
- California

### ERIC J. MONT

Eric J. Mont is an associate in the firm's Los Angeles office focusing on antitrust, consumer protection, and business litigation. Mr. Mont has represented clients in a variety of different matters and works closely with clients, co-counsel, and opposing counsel on all aspects of litigation.

Mr. Mont received his Bachelor of Science degree from Loyola Marymount University in 2012, majoring in Natural Science. He received his Juris Doctorate from UCLA in 2017.

**Current Cases:**
- *In re Broiler Chicken Antitrust* Litigation (N.D. Ill)
- *In re Pork Antitrust Litigation* (D. Minn.)

**Education:**
- University of California, Los Angeles, Los Angeles, CA– J.D. – 2017
- Loyola Marymount University, Los Angeles, CA– B.S.– 2012

**Bar Admissions:**
- California

**Professional Associations and Memberships:**
- American Bar Association

977459.4                          27

PEARSON, SIMON & WARSHAW, LLP

### JACOB T. SCHUTZ

Jacob T. Schutz is an associate in the firm's Minneapolis office, focusing on consumer protection litigation.

Previously, Mr. Schutz litigated class-action cases against retirement fiduciaries, corporations, and employers at a national class action firm, recovering tens of millions of dollars for 401(k) plan participants.

Mr. Schutz received a Bachelor's degree in International Relations from the University of Pennsylvania in 2010. He earned his Juris Doctorate from the University of Minnesota in 2013.

**Current cases:**
- *In re: Blackbaud Inc., Customer Data Security Breach Litigation* (D.S.C.)
- *Ashour v. Arizona Beverages USA LLC* (S.D.N.Y.)
- *Benson v. NUK USA, LLC* (N.D. Ill.)
- *Davis v. Walmart, Inc.* (N.D. Cal.)
- *Freeman v. MAM USA Corporation* (N.D. Ill.)

**Education:**
- University of Minnesota Law School, Minneapolis, MN – J.D. – 2013
- University of Pennsylvania, Philadelphia, PA – B.A.– 2010

**Bar Admissions:**
- Minnesota

**Professional Associations and Memberships:**
- Minnesota State Bar Association
- Hennepin County Bar Association
- Hennepin County Bar Foundation Fellow
- National Employment Lawyers Association

# EXHIBIT 2

| | SENNE v. OFFICE OF THE COMMISIONER<br>TIME REPORT | | | |
|---|---|---|---|---|
| FIRM NAME: PEARSON, SIMON & WARSHAW, LLP<br>REPORTING PERIOD: INCEPTION THRU 10/31/2022 | Status:<br>(P) Partner<br>(A) Associate<br>(PL) Paralegal | | (OC) Of Counsel | |
| NAME | STATUS | HOURLY RATE | CUMULATIVE HOURS | CUMULATIVE LODESTAR |
| Naveed Abaie | A | $ 500.00 | 11.6 | $ 5,800.00 |
| Thomas K. Boardman | A | $ 750.00 | 34.3 | $ 25,725.00 |
| Meredith C. Doyle | A | $ 350.00 | 217.5 | $ 76,125.00 |
| Veronica W. Glaze | A | $ 700.00 | 9.9 | $ 6,930.00 |
| Jill M. Manning | P | $ 1,000.00 | 192.5 | $ 192,500.00 |
| Harrison C. Margolin | A | $ 350.00 | 167.3 | $ 58,555.00 |
| Eric J. Mont | A | $ 350.00 | 10.0 | $ 3,500.00 |
| Ryan E. Mowry | A | $ 350.00 | 223.4 | $ 78,190.00 |
| William J. Newsom | A | $ 700.00 | 0.4 | $ 280.00 |
| Thomas J. Nolan | OC | $ 1,190.00 | 419.2 | $ 498,848.00 |
| Clifford H. Pearson | P | $ 1,250.00 | 442.0 | $ 552,500.00 |
| Matthew A. Pearson | A | $ 700.00 | 4.5 | $ 3,150.00 |
| Michael H. Pearson* | A | $ 625.00 | 1,136.2 | $ 710,125.00 |
| Michael H. Pearson* | P | $ 800.00 | 7.6 | $ 6,080.00 |
| Bobby Pouya* | A | $ 800.00 | 3,356.6 | $ 2,685,280.00 |
| Bobby Pouya* | P | $ 990.00 | 1,342.8 | $ 1,329,372.00 |
| Leslie A. Razo | A | $ 350.00 | 10.2 | $ 3,570.00 |
| Robert G. Retana | A | $ 825.00 | 1.2 | $ 990.00 |
| Alexander R. Safyan | A | $ 700.00 | 164.4 | $ 115,080.00 |
| Sophie R. Sedaghat | A | $ 350.00 | 97.6 | $ 34,160.00 |
| Aaron M. Sheanin | OC | $ 900.00 | 6.2 | $ 5,580.00 |
| Benjamin E. Shiftan* | A | $ 900.00 | 738.8 | $ 664,920.00 |
| Benjamin E. Shiftan* | P | $ 940.00 | 587.5 | $ 552,250.00 |
| Bruce L. Simon | P | $ 1,250.00 | 933.5 | $ 1,166,875.00 |
| Alexander L. Simon | A | $ 725.00 | 942.5 | $ 683,312.50 |
| Richard C. Stockton | A | $ 675.00 | 118.2 | $ 79,785.00 |
| Jessop M. Stroman | A | $ 350.00 | 160.2 | $ 56,070.00 |
| Daniel L. Warshaw | P | $ 1,250.00 | 1,763.2 | $ 2,204,000.00 |
| Alex P. Winding | A | $ 350.00 | 259.3 | $ 90,755.00 |
| **ATTORNEY TOTAL** | | | **13,358.6** | **$ 11,890,307.50** |

*These attorneys were elevated to partner during the pendency of the litigation and therefore have two different hourly rates.

| NAME | STATUS | HOURLY RATE | CUMULATIVE HOURS | CUMULATIVE LODESTAR |
|---|---|---|---|---|
| Ellowene Grant | PL | $ 225.00 | 278.5 | $ 62,662.50 |
| Amanda Lunzer | PL | $ 225.00 | 177.1 | $ 39,847.50 |
| Gregory Sonstein | LC | $ 225.00 | 7.2 | $ 1,620.00 |
| **NON-ATTORNEY TOTAL** | | | **462.8** | **$ 104,130.00** |
| | | | | |
| **TOTAL** | | | **13,821.4** | **$ 11,994,437.50** |

# EXHIBIT 3

## SENNE v. OFFICE OF THE COMMISIONER
## COST REPORT

**FIRM NAME:  PEARSON, SIMON & WARSHAW, LLP**

| CATEGORY | AMOUNT |
|---|---|
| Record Duplication | $4,128.19 |
| Conference Calls | $1,065.17 |
| Research | $14,494.60 |
| Postage/Shipping | $5,564.62 |
| Travel/Meals | $65,298.29 |
| Court Fees | $529.00 |
| Subpoena fees | $187.48 |
| Witness fees | $1,030.49 |
| Deposition/Transcripts | $17,690.61 |
| Expert and Consulting Services* | $542,173.84 |
| Assesments Paid to Korein Tillery | $1,091,928.12 |
| **TOTAL** | **$1,744,090.41** |

*Includes an unpaid $203,740.26 invoice from Empirical Creative.