STEPHEN M. TILLERY (*pro hac vice*)
  stillery@koreintillery.com
GARRETT R. BROSHUIS (Bar No. 329924)
  gbroshuis@koreintillery.com
MARC A. WALLENSTEIN (*pro hac vice*)
  mwallenstein@koreintillery.com
DIANE MOORE (Bar No. 214903)
  dmoore@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone:  (314) 241-4844
Facsimile: (314) 241-3525

CLIFFORD H. PEARSON (Bar No. 108523)
  cpearson@pswlaw.com
DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pswlaw.com
BOBBY POUYA (Bar No. 245527)
  bpouya@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

JILL M. MANNING (Bar No. 178849)
  jmanning@pswlaw.com
BENJAMIN E. SHIFTAN (Bar No. 265767)
  bshiftan@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
555 Montgomery St., Suite 1205
San Francisco, CA 94111
Telephone: (415) 433-9000
Facsimile: (415) 433-900

Plaintiffs' Co-Lead Class Counsel

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL, et al.,<br><br>Defendants. | CASE NO. 3:14-cv-00608-JCS (consolidated with 3:14-cv-03289-JCS)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF ALEXANDER S. WILLIAMS IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS**<br><br>Hearing Date and Time: Feb. 17, 2023 9:30 a.m.<br>Courtroom: F, 15th Floor<br>Judge: Honorable Joseph C. Spero |

NO. 3:14-cv-00608-JCS

DECLARATION OF ALEXANDER S. WILLIAMS IN SUPPORT OF
MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS

I, Alexander S. Williams, hereby declare as follows:

1. I am personally familiar with the facts set forth in this Declaration. If called as a witness, I could and would competently testify to the matters stated herein.

2. I am a Vice President at JND Legal Administration LLC ("JND"). JND is a legal administration services provider with its headquarters located in Seattle, Washington. JND has extensive experience with all aspects of legal administration and has administered settlements in hundreds of class action cases. This Declaration is based on my personal knowledge, as well as upon information provided to me by experienced JND employees.

3. JND is serving as the Class Administrator in the above-captioned litigation for purposes of administering the Joint Stipulation of Class Settlement and Release preliminarily approved by the Court in its Order Granting Motion for Preliminary Approval of Class Action Settlement ("POA") dated August 26, 2022.

4. I am submitting this declaration to report on the projected increase in fees and expenses for the administration of this Settlement.

### SUMMARY OF SETTLEMENT ADMINISTRATION WORK

5. Settlement Administration work includes all Class Notice and administrative fees, costs and expenses incurred in administering the Settlement. These tasks include data sanitation and standardization, declaration and notice preparation, printing and postage for mailing, re-mailing Class Notices, emailing and re-emailing Class Notices, development of a website with interactive forms (which allows Class Members to dispute work periods, select an electronic payment and provide current contact information), toll-free line development, preparation of status reports, tax reporting, check mailing, Counsel communications, and handling Class Member communications.

### CURRENT ESTIMATE OF FEES AND EXPENSES

6. JND was retained as the Class Administrator in this case through a competitive bidding process. The bid was based on certain assumptions regarding the work that would need to be performed by JND in order to administer the notice and dispute process for the settlement. JND has and will continue to apply the rates for staff and work performed from the estimate to the work performed in this case.

**DECLARATION OF ALEXANDER S. WILLIAMS IN SUPPORT OF
MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS**

7.    The amount of work and expenses necessary to complete the settlement notice process has exceeded the initial bid due to several factors.  The following factors are contributing to the increase in fees and cost:

a.   The volume of Class Member communications, to date, is more than seven times the total volume previously anticipated for the entire Settlement Administration. We now project that this element of the Settlement Administration alone will consume roughly half of the total budget.  These are often complex communications, handled in both English and Spanish, that are intensive in both the time required to address each contact as well as in the security required to safeguard the highly sensitive personal data of this class.  For each contact, a personalized response is required after research to confirm the contact's identity, class membership and relevant class details.

b.   The tax reporting requirements for this Settlement are much more complex and broader than first anticipated.  JND's fees and costs projection also anticipates engaging an external international tax reporting advisor to address the requirements for class member disbursements that are subject to non-US jurisdictions.

c.   The data for this Settlement is complex, highly sensitive, and was transmitted to JND by multiple sources and in multiple iterations.  As a result, JND repeatedly rationalized and consolidated these varying data sources to prepare a singular reliable data set for executing the class mailing.  This is a foundational element of the Settlement Administration and, by necessity, involves a significant investment of time by experienced project and data management professionals.

8.    As a result of the factors outlined above, and the pace of the administration since entry of the PAO, JND projects that Settlement Administration Fees and Expenses, without taking into account the amount that we anticipate will be owed to the expert statistician retained by JND to assist with calculations (Dr. Brian Kriegler), will total $820,000 which is significantly more than previously projected.   Dr. Kriegler originally projected that his anticipated cost would be

3                          NO. 3:14-cv-00608-JCS

**DECLARATION OF ALEXANDER S. WILLIAMS IN SUPPORT OF**
**MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS**

approximately $175,000. While he has already performed significant work calculating estimated class member payouts, he believes that his original estimate will hold. When Dr. Kriegler's estimate is added to JND's revised estimate, it amounts to $995,000.

9.      We make this estimate in good faith, based on the information currently available to JND. We will continue to administer the Settlement as efficiently and economically as possible, and hope that we can find ways to reduce the costs as time progresses.

10.      JND will send bills to Class Counsel for review, and provide additional documentation for the work performed on the case and final billable amounts prior to the Final Fairness Hearing, or any other hearing in which the Court considers approval of JND's fees for the work performed on this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 23, 2022, in Milton, Washington.

Alexander S. Williams

4                    NO. 3:14-cv-00608-JCS

**DECLARATION OF ALEXANDER S. WILLIAMS IN SUPPORT OF**
**MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS**