STEPHEN M. TILLERY (*pro hac vice*)
  stillery@koreintillery.com
GARRETT R. BROSHUIS (Bar No. 329924)
  gbroshuis@koreintillery.com
MARC A. WALLENSTEIN (*pro hac vice*)
  mwallenstein@koreintillery.com
DIANE MOORE (Bar No. 214903)
  dmoore@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone:  (314) 241-4844
Facsimile: (314) 241-3525

CLIFFORD H. PEARSON (Bar No. 108523)
  cpearson@pswlaw.com
DANIEL L. WARSHAW (Bar No. 185365)          JILL M. MANNING (Bar No. 178849)
  dwarshaw@pswlaw.com                         jmanning@pswlaw.com
BOBBY POUYA (Bar No. 245527)                 BENJAMIN E. SHIFTAN (Bar No. 265767)
  bpouya@pswlaw.com                           bshiftan@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**           **PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400           555 Montgomery St., Suite 1205
Sherman Oaks, CA 91403                        San Francisco, CA 94111
Telephone: (818) 788-8300                     Telephone: (415) 433-9000
Facsimile: (818) 788-8104                     Facsimile: (415) 433-9008

Plaintiffs' Co-Lead Class Counsel

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL, et al., <br><br> Defendants. | CASE NO. 3:14-cv-00608-JCS (consolidated with 3:14-cv-03289-JCS) <br><br> **CLASS ACTION** <br><br> **DECLARATION OF BRIAN P. MURRAY IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS** <br><br> Hearing Date and Time: Feb. 17, 2023, 9:30 a.m. <br> Courtroom: F, 15th Floor <br> Judge: Honorable Joseph C. Spero |

NO. 3:14-cv-00608-JCS

**DECLARATION IN SUPPORT OF**
**MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS**

I, Brian P. Murray, hereby declare as follows:

1.     I am an attorney at the firm Glancy Prongay & Murray LLP.  I submit this Declaration in support of Plaintiffs' Motion for Award of Attorneys' Fees, Litigation Costs, and Incentive Awards.

2.     I am personally familiar with the facts set forth in this Declaration. If called as a witness, I could and would competently testify to the matters stated herein.

## SUMMARY OF WORK PERFORMED

3.     During the course of this litigation, our firm assisted Co-Lead Class Counsel Korein Tillery, LLC and Pearson, Simon & Warshaw, LLP ("Class Counsel") by performing work that benefitted the classes. During the course of this litigation, my firm met numerous times with class representative Joel Weeks, to explain the case to him, review the complaint with him and ensure the facts pertaining to him were correct, and preparing him for his deposition.  We also defended his deposition and reviewed it with him for possible corrections.  In addition, my frm researched an issue of law at the direction of lead counsel.

4.     In total, my firm worked 154.4 hours on this case. The chart below summarizes the number of hours worked by each attorney and staff member of the firm, along with the billing rates. The chart reflects contemporaneous computerized time records that the firm maintains in the ordinary course of business.

| NAME | TOTAL HOURS | HOURLY RATE | LODESTAR |
|---|---|---|---|
| Brian Murray (P) | 125.5 | $975 | $122,362.50 |
| Leanne Heine (A) | 20.8 | $700 | $14,560.00 |
| Jared Pitt (A) | 8.1 | $395 | $3,199.50 |
| **TOTAL** | **154.4** | | **$140,122.00** |

5.     The billing rates provided are the usual rates charged by our firm in similar complex litigation and for non-contingent billing matters.  Based on my experience and on my discussions with attorneys at other firms who work in complex litigation, I believe the rates are reasonable and in line with rates charged for similar work by professionals with similar levels of experience and comparable

**DECLARATION IN SUPPORT OF**
**MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS**

reputations. The rates were determined in the ordinary course of business and are a reflection of rates used by the firm in other complex matters.

6.    Using those rates, our firm's current lodestar for the legal services is $140,122.00. Class Counsel has reviewed the work performed (and the resulting lodestar) and found it to be reasonable and helpful to the successful procecution of the action.

## LITIGATION COSTS INCURRED

7.    Our firm incurred litigation costs directly related to this litigation that were all necessary and reasonable to prosecute this litigation. They are of the type that would be charged to clients under a non-contingent-fee relationship. The total ligitation costs amount to $7,677.26. A breakdown by each cost category follows:

    a.  Court fees: $610.00

    b.  Online Legal Research: $382.36

    c.  FedEx/UPS:  $382.36

    d.  Travel, Meals, & Lodging:  $6,611.18

## THE RISK OF LITIGATING ON A CONTINGENT BASIS

8.    Our firm performed this work on a pure contingency basis, and we have not been paid for attorneys' fees or costs in this matter. Based on my experience,  this case involved above-average risks given the number of novel, complex issues, and given the well-resourced defendants. Plaintiffs faced well-funded defendants, who were represented by experienced attorneys with extensive resources at their disposal.

9.    I believe that Plaintiffs obtained a tremendous result in this case despite the risks and obstacles. The Settlement Agreement provides meaningful backpay to class members and results in important changes to Major League Baseball's employment policies regarding minor leaguers. Plaintiffs also won an important appeal that will benefit other class action litigants in the future.

NO. 3:14-cv-00608-JCS

**DECLARATION IN SUPPORT OF**
**MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 10, 2022, in Wilton, CT.

_____
Brian P. Murray

DECLARATION IN SUPPORT OF
MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS