STEPHEN M. TILLERY (*pro hac vice*)
stillery@koreintillery.com
GARRETT R. BROSHUIS (Bar No. 329924)
gbroshuis@koreintillery.com
MARC A. WALLENSTEIN (*pro hac vice*)
mwallenstein@koreintillery.com
DIANE MOORE (Bar No. 214903)
dmoore@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone:  (314) 241-4844
Facsimile: (314) 241-3525

CLIFFORD H. PEARSON (Bar No. 108523)
cpearson@pswlaw.com
DANIEL L. WARSHAW (Bar No. 185365)          JILL M. MANNING (Bar No. 178849)
dwarshaw@pswlaw.com                           jmanning@pswlaw.com
BOBBY POUYA (Bar No. 245527)                 BENJAMIN E. SHIFTAN (Bar No. 265767)
bpouya@pswlaw.com                             bshiftan@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**          **PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400           555 Montgomery Street, Suite 1205
Sherman Oaks, CA 91403                        San Francisco, CA 94111
Telephone: (818) 788-8300                     Telephone: (415) 433-9000
Facsimile: (818) 788-8104                     Facsimile: (415) 433-9008

Plaintiffs' Co-Lead Class Counsel

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL, et al.,<br><br>Defendants. | CASE NO. 3:14-cv-00608-JCS (consolidated with 3:14-cv-03289-JCS)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF RACHEL GEMAN IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS**<br><br>Hearing Date and Time: Feb. 17, 2023, 9:30 a.m.<br>Courtroom: F, 15th Floor<br>Judge: Honorable Joseph C. Spero |

NO. 3:14-cv-00608-JCS

**DECLARATION IN SUPPORT OF**
**MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS**

I, Rachel Geman, hereby declare as follows:

1.      I am a partner at the firm of Lieff Cabraser Heimann & Bernstein, LLP ("Lieff Cabraser").  I submit this Declaration in support of Plaintiffs' Motion for Award of Attorneys' Fees, Litigation Costs, and Incentive Awards.

2.      I am personally familiar with the facts set forth in this Declaration. If called as a witness, I could and would competently testify to the matters stated herein.

3.      Lieff Cabraser is one of the oldest, largest, most-respected, and most-successful law firms in the country representing plaintiffs in class actions, and brings to the table a wealth of class action experience, including in employment matters (such as wage and hour and anti-discrimination cases). A copy of LCHB's firm resume is at www.lieffcabraser.com/pdf/Lieff_Cabraser_Firm_Resume.pdf.

4.      During my tenure at Lieff, Cabraser, I have worked primarily in employment and consumer class actions, and in False Claims Act and whistleblower matters.  I also have served as co-lead class counsel, and/or counsel of record, in numerous class or collective action cases in the Northern Distict of California. *See, e.g.,  In re Plaid Inc. Privacy Litig.*, No. 4:20-cv-03056 (N.D. Cal. July 20, 2022) ($58 million settlement of consumer privacy claims with robust injunctive relief granted final approval; I served as court-appointed co-lead class counsel); *Foreman v. Apple,* No. 3:22-cv-03902 (N.D. Cal.) (pending wage and hour matter).  I am the Co-Chair of the ABA's Workplace and Occupational Safety & Health Committee, the outgoing Chair of the Amicus Committee of National Employment Lawyers' Association ("NELA")/New York, and one of the incoming organizers of the NELA Whistbleblower Committee.

### SUMMARY OF WORK PERFORMED

5.      During the course of this litigation, our firm assisted Co-Lead Class Counsel Korein Tillery, LLC and Pearson, Simon & Warshaw, LLP ("Class Counsel") by performing work that benefitted the classes.  Lieff Cabraser's work included initial client and case work-up, witness interviews, and assistance to Lead Counsel in the form of legal research, expert/survey information,

1                                                        NO. 3:14-cv-00608-JCS

strategy relating to class appeals, and information-gathering for aspects of the prospective trial.  Our work was done under the direction of lead counsel.

6.    In total, excluding timekeepers with less than ten hours of work, our firm worked 198.3 hours on this case. In Exhibit A, I have attached a chart summarizing the number of hours worked by each attorney and staff member of the firm, along with the billing rates. The chart reflects contemporaneous computerized time records that the firm maintains in the ordinary course of business.

7.    The billing rates provided in Exhibit A are the usual rates charged by our firm in similar complex litigation. *See, e.g.*, *Diaz et al. v. Google LLC*,  No. 5:21-cv-03080-NC (N.D. Cal. Oct. 31, 2022) (approving rates set in May, 2022) (most recent case); *see also In re Plaid Inc. Privacy Litig.*, No. 4:20-cv-03056 (N.D. Cal. July 20, 2022) (approving hourly rates of $610 to $1,025 for partners, $465 to $535 for associates, and $370 to $395 for paralegals and other support staff set forth by declaration at Dkts. 157-1, 182-3), Dkt. 184; *Roberts v. AT&T Mobility LLC*, No. 3:15-cv-03418 (N.D. Cal. Aug. 20, 2021) (approving rates of $510 to $1,000 for partners, $485 for associates, and $375 to $415 for paralegals and other support staff set forth by declaration at Dkt. 209-1), Dkt. 215; *McDonald v. Kiloo A/S*, No. 3:17-cv-04344 (N.D. Cal. Apr. 21, 2021) (approving hourly rates of $615 to $975 for partners, $420 to $485 for associates, and $360 to $415 for paralegals and other support staff set forth by declaration at Dkt. 372-1), Dkts. 408, 408-1, 408-2, 408-3; *In re Lithium Ion Batts. Antitrust Litig.*, No. 4:13-md-02420-YGR-DMR, 2020 WL 7264559, at *20 (N.D. Cal. Dec. 10, 2020) (approving hourly rates of $550 to $1,075 for partners, $480 to $535 for associates, and $355 to $495 for paralegals and other support staff set forth by declaration at Dkt. 2487-5); *In re Wells Fargo & Co. S'holder Deriv. Litig.*, 445 F. Supp. 3d 508, 527 (N.D. Cal. 2020) (approving hourly rates of $560 to $1,075 for partners, $395 to $510 for associates, and $345 to $495 for paralegals and other support staff set forth by declaration at Dkt. 278-7).

8.    Based on my experience, I believe the rates are reasonable and in line with rates charged for similar work by professionals with similar levels of experience and comparable reputations. The rates were determined in the ordinary course of business and are a reflection of rates used by the firm in other complex matters.

2      NO. 3:14-cv-00608-JCS

**DECLARATION IN SUPPORT OF**
**MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS**

9.    Using those rates, our firm's current lodestar for the legal services is $129,023.50. I am informed that Class Counsel has reviewed the work performed (and the resulting lodestar) and found it to be reasonable and helpful to the successful procecution of the action.

## LITIGATION COSTS INCURRED

10.    Our firm incurred litigation costs directly related to this litigation that were all necessary and reasonable to prosecute this litigation. They are of the type that would be charged to clients under a non-contingent-fee relationship. The total ligitation costs amount to $3009.64. A breakdown follows:

a.    Hard Costs (filing feels (the vast majority), and modest expenses for federal express, computer research, transportation): $788.27

b.    Soft Costs (primarily printing ($2,211.80); but also modest postage, telephone, copying): $2,221.37

## THE RISK OF LITIGATING ON A CONTINGENT BASIS

11.    Our firm performed this work on a pure contingency basis, and we have not been paid for attorneys' fees or costs in this matter. Based on my experience,  this case involved above-average risks given the number of novel and complex issues, and the entrenched quality of the extant challenged practices. Plaintiffs faced well-funded defendants, who were represented by experienced attorneys with extensive resources at their disposal.

12.    I believe that Plaintiffs obtained a tremendous result in this case despite the risks and obstacles. The Settlement Agreement provides meaningful backpay to class members and results in important changes to Major League Baseball's employment policies regarding minor leaguers. Plaintiffs also won an important appeal that will benefit other class action litigants in the future.

I declare under penalty of perjury that the foregoing is true and correct.

**DECLARATION IN SUPPORT OF**
**MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS**

Executed on November 11, 2022, in New York, NY

Rachel Geman
LIEFF CABRASER HEIMANN
 & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone:  (212) 355-9500
Email:  rgeman@lchb.com

4                    NO. 3:14-cv-00608-JCS
**DECLARATION IN SUPPORT OF**
**MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS**

# EXHIBIT A

| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
|---|

Report created on    11/08/2022 11:31:05 AM

| | From | Inception |
|---|---|---|
| | To | Present |

**Matter Number: 3662-0001**      SENNE V. COMMISSIONER OF MAJOR LEAGUE BASEBALL ET AL. -

### PARTNER

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| KELLY DERMODY | 13.70 | 1,120.00 | 15,344.00 |
| RACHEL GEMAN | 63.10 | 980.00 | 61,838.00 |
| ANNE SHAVER | 12.90 | 765.00 | 9,868.50 |
| | **89.70** | | **87,050.50** |

### ASSOCIATE

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| ANNE SHAVER | 29.60 | 465.00 | 13,764.00 |
| | **29.60** | | **13,764.00** |

### PARALEGAL/CLERK

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| NIKKI BELUSHKO BARROWS | 37.00 | 360.00 | 13,320.00 |
| RACHEL TERRELL-PERICA | 12.60 | 260.00 | 3,276.00 |
| MADELYNE TRIONE | 29.40 | 395.00 | 11,613.00 |
| | **79.00** | | **28,209.00** |

| | MATTER TOTALS | 198.30 | | 129,023.50 |
|---|---|---|---|---|