STEPHEN M. TILLERY (*pro hac vice*)
  stillery@koreintillery.com
GARRETT R. BROSHUIS (Bar No. 329924)
  gbroshuis@koreintillery.com
MARC A. WALLENSTEIN (*pro hac vice*)
  mwallenstein@koreintillery.com
DIANE MOORE (Bar No. 214903)
  dmoore@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone:  (314) 241-4844
Facsimile: (314) 241-3525

CLIFFORD H. PEARSON (Bar No. 108523)
  cpearson@pswlaw.com
DANIEL L. WARSHAW (Bar No. 185365)          JILL M. MANNING (Bar No. 178849)
  dwarshaw@pswlaw.com                         jmanning@pswlaw.com
BOBBY POUYA (Bar No. 245527)                BENJAMIN E. SHIFTAN (Bar No. 265767)
  bpouya@pswlaw.com                           bshiftan@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**          **PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400          555 Montgomery Street, Suite 1205
Sherman Oaks, CA 91403                      San Francisco, CA 94111
Telephone: (818) 788-8300                   Telephone: (415) 433-9000
Facsimile: (818) 788-8104                   Facsimile: (415) 433-9008

Plaintiffs' Co-Lead Class Counsel

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL, et al.,<br><br>Defendants. | CASE NO. 3:14-cv-00608-JCS (consolidated with 3:14-cv-03289-JCS)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF RANDALL K. PULLIAM IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS**<br><br>Hearing Date and Time: Feb. 17, 2023, 9:30 a.m.<br>Courtroom: F, 15th Floor<br>Judge: Honorable Joseph C. Spero |

NO. 3:14-cv-00608-JCS

**DECLARATION IN SUPPORT OF**
**MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS**

I, Randall K. Pulliam, hereby declare as follows:

1.    I am an attorney at the firm Carney Bates & Pulliam, PLLC ("CBP"). I submit this Declaration in support of Plaintiffs' Motion for Award of Attorneys' Fees, Litigation Costs, and Incentive Awards.

2.    I am personally familiar with the facts set forth in this Declaration. If called as a witness, I could and would competently testify to the matters stated herein.

3.    CBP has extensive experience in class action and complex litigation, and has served or is serving as co-lead counsel in the following sample of cases: *Ebarle, et al. v. LifeLock, Inc.*, 3:15-cv-00258 (N.D. Cal.) (class action on behalf of customers of the identity theft protection service, resulting in a nationwide settlement of $81 million that was granted final approval in September 2016); *Caldwell, et al. v. Freedom Mortgage Co.*, No. 3:19-cv-02193-N (N.D. Tex.) (Pay-to-Pay class action, settling for $2,250,000 and receiving final approval in December 2021); *Phillips, et al. c. Caliber Home Loans, Inc.*, 19-cv-02711-WMW-LIB (D. Minn.) (Pay-to-Pay class action settling for $5,000,000); *Wilson v. Santander Consumer USA*, No. 4:20-cv-00152-KGB (E.D. Ark.) (Pay-to-Pay class action settling for $800,000); *Williams v. State Farm Mutual Automobile Insurance Company*, 4:11-cv-00749-KGB (E.D. Ark.) (resulting in a settlement of $21.7 million with 7,635 individuals receiving 100% recovery plus six percent prejudgment interest while releasing no claims or rights (other than named plaintiffs)); *Wayne Miner et al. v. Philip Morris USA Inc.*, Case No. 60CV-03-4661 (Pulaski Co. Cir. Ct.) (class action brought on behalf of Arkansas smokers over claims that the defendant misrepresented the safety of its "light" cigarette products, which settled in 2016 for $45 million).

4.    Additionally, CBP served as lead counsel in *Econo-Med Pharmacy, Inc. v. Roche Diagnostics Corporation*, 1:16-cv-00789-TWP-MPB (S.D. Ind.), representing a class of pharmacies in a Telephone Consumer Protection Act ("TCPA") litigation resulting in a $17 million settlement, which was granted final approval on September 21, 2017. CBP also served as lead counsel in *ARcare, Inc. v. Qiagen North America Holdings, Inc., et al.*, Case No. 43CV-17-46 (Judge Sandy Huckabee, Lonoke Co. Cir. Ct.), representing a class of pharmacies in a TCPA litigation resulting in a $15.5 million settlement, which was granted final approval on December 3, 2018. CBP has also been involved in such notable data breach cases as *In re: The Home Depot, Inc., Customer Data Security Breach Litigation*, 1:14-md-02583-TWT

**DECLARATION IN SUPPORT OF
MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS**

(N.D. Ga.) (serving on Plaintiffs' Steering Committee), and *In re: Target Corporation Customer Data Security Breach Litigation*, 0:14-cmd-02522-PAM-JJK (D. Minn.) (serving as counsel for lead plaintiff Umpqua Bank).

## SUMMARY OF WORK PERFORMED

5.    During the course of this litigation, our firm assisted Co-Lead Class Counsel Korein Tillery, LLC and Pearson, Simon & Warshaw, LLP ("Class Counsel") by performing work that benefitted the classes. To this end and among other tasks, CBP drafted pleadings including a class action complaint, performed legal research and assisted with legal strategy, maintained client relationships including document production and review, and reviewed documents produced in discovery.

6.    In total, our firm worked 231.35 hours on this case. Below is a chart summarizing the number of hours worked by each attorney and staff member of the firm, along with the billing rates. The chart reflects contemporaneous computerized time records that the firm maintains in the ordinary course of business.

| BILLER | HOURS | RATE |
|---|---|---|
| Hank Bates | 18.8 | $880.00 |
| C. Williams | 6.85 | $350.00 |
| Allen Carney | 11 | $880.00 |
| Randall K. Pulliam | 111.05 | $880.00 |
| Tiffany Oldham | 79.15 | $725.00 |
| David Slade | 4.5 | $485.00 |

7.    The billing rates provided in above are the usual rates charged by our firm in similar complex litigation. These rates have been approved by numerous federal courts, including in the Northern District of California. Based on my experience and on my discussions with attorneys at other firms who work in complex litigation, I believe the rates are reasonable and in line with rates charged for similar work by professionals with similar levels of experience and comparable

**DECLARATION IN SUPPORT OF
MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS**

reputations. The rates were determined in the ordinary course of business and are a reflection of rates used by the firm in other complex matters.

8.    Using those rates, our firm's current lodestar for the legal services is $186,061.75. Class Counsel has reviewed the work performed (and the resulting lodestar) and found it to be reasonable and helpful to the successful procecution of the action.

## LITIGATION COSTS INCURRED

9.    Our firm incurred litigation costs directly related to this litigation that were all necessary and reasonable to prosecute this litigation. They are of the type that would be charged to clients under a non-contingent-fee relationship. The total ligitation costs amount to $537.72.  A breakdown by each cost category follows:

a.  Filing Fees -                                    $317.00

b.  Pacer Fees and Legal Research -    $220.72

## THE RISK OF LITIGATING ON A CONTINGENT BASIS

10.    Our firm performed this work on a pure contingency basis, and we have not been paid for attorneys' fees or costs in this matter. Based on my experience,  this case involved above-average risks given the number of novel, complex issues, and given the well-resourced defendants. Plaintiffs faced well-funded defendants, who were represented by experienced attorneys with extensive resources at their disposal.

11.    I believe that Plaintiffs obtained a ttremendous result in this case despite the risks and obstacles. The Settlement Agreement provides meaningful backpay to class members and results in important changes to Major League Baseball's employment policies regarding minor leaguers. Plaintiffs also won an important appeal that will benefit other class action litigants in the future.

I declare under penalty of perjury that the foregoing is true and correct.

3                                    NO. 3:14-cv-00608-JCS

**DECLARATION IN SUPPORT OF**
**MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS**

Executed on November 21, 2022, in Little Rock, Arkansas

_____
Randall K. Pulliam

4    NO. 3:14-cv-00608-JCS

**DECLARATION IN SUPPORT OF**
**MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS**