STEPHEN M. TILLERY (*pro hac vice*)
  stillery@koreintillery.com
GARRETT R. BROSHUIS (Bar No. 329924)
  gbroshuis@koreintillery.com
MARC A. WALLENSTEIN (*pro hac vice*)
  mwallenstein@koreintillery.com
DIANE MOORE (Bar No. 214903)
  dmoore@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone:  (314) 241-4844
Facsimile: (314) 241-3525


CLIFFORD H. PEARSON (Bar No. 108523)
  cpearson@pswlaw.com
DANIEL L. WARSHAW (Bar No. 185365)          JILL M. MANNING (Bar No. 178849)
  dwarshaw@pswlaw.com                          jmanning@pswlaw.com
BOBBY POUYA (Bar No. 245527)                BENJAMIN E. SHIFTAN (Bar No. 265767)
  bpouya@pswlaw.com                            bshiftan@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**           **PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400          555 Montgomery Street, Suite 1205
Sherman Oaks, CA 91403                       San Francisco, CA 94111
Telephone: (818) 788-8300                   Telephone: (415) 433-9000
Facsimile: (818) 788-8104                   Facsimile: (415) 433-9008


Plaintiffs' Co-Lead Class Counsel

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL, et al.,<br><br>Defendants. | CASE NO. 3:14-cv-00608-JCS (consolidated with 3:14-cv-03289-JCS)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF RAYMOND P. BOUCHER IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS**<br><br>Hearing Date and Time: Feb. 17, 2023, 9:30 a.m.<br>Courtroom: F, 15th Floor<br>Judge: Honorable Joseph C. Spero |

I, Raymond P. Boucher, hereby declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am the named partner of Boucher LLP, and Plaintiffs' co-counsel in the above-captioned action. I submit this Declaration in support of Plaintiffs' Motion for Award of Attorneys' Fees, Litigation Costs, and Incentive Awards.

2. I am personally familiar with the facts set forth in this Declaration. If called as a witness, I could and would competently testify to the matters stated herein.

## QUALIFICATIONS, EXPERIENCE, AND ACHIEVEMENTS

3. The law firm of Boucher LLP and its attorneys have significant experience prosecuting complex class action and mass action litigation on behalf of plaintiffs. Attached as **Exhibits 1 and 2** respectively, are true and correct copies of the Boucher LLP firm resume and my curriculum vitae.

4. Both my firm and I have wide-ranging experience leading and managing a variety of complex litigation matters in state and federal courts, including Judicial Council Coordinated Proceedings ("JCCPs") in California state court, multi-district litigation ("MDLs") involving mass tort matters and class actions in federal and state courts, and including state and nationwide class action lawsuits, including wage and hour class actions and representative PAGA actions. A representative sampling of the cases in which attorneys from my firm have held lead, liaison, or co-lead positions in several mass torts, class actions, and complex coordinated actions follows:

   a. *Adlouni v. UCLA Health Systems Auxiliary, et al.*, Lead Case No. BC589243 (Superior Court of California, County of Los Angeles): Court-appointed Plaintiffs' Liaison Counsel in consolidated and related class action cases arising from data breach of medical patient information. Final approval granted.

   b. *Abrica v. Tosco et al.*, Case No. BC239882 (Superior Court of California, County of Los Angeles): Mass tort relating to toxic refinery fire, which resolved successfully.

   c. *Bartley v. Camarillo Miramonte Homeowners Association*, Case No. SC020953 (Superior Court of California, Ventura County). Class action against real estate developers on behalf of individual unit owners of a condominium project for faulty construction and repairs. The units were constructed over a high-water table and on poor soils which expanded and contracted, causing

**DECLARATION OF RAYMOND P. BOUCHER IN SUPPORT OF
MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS**

the units to sink, and causing floor slabs, foundations, and walls to crack. The defendants knew about the defects but did not disclose them. After receiving complaints, developers failed to repair as promised. Homeowners complained the repairs were not performed, or were not performed improperly. Resolved on eve of trial.

d.    *Black v. Blue Cross*, Case No. BC250339 (Superior Court of California, County of Los Angeles): Certified class action against a health insurer for improper mid-year contract modifications which led to a $22.5 million settlement.

e.    *Bustamante v. Southern California Gas Company, et al.*, Case No. BC285598 (Superior Court of California, County of Los Angeles): Class action against energy companies on behalf of California citizens for manipulation of the market for natural gas by reporting false price and volume information to the price indices and industry publications that were used to establish the cost of natural gas to end users, and the value of natural gas in the commodities markets.

f.    *Chavez v. Nestle USA, Inc.*, Case No.: CV09-9192 GW (CWx) (C.D. Cal.): Class action to recover for false advertising in the marketing of a beverage for infants.

g.    *Clergy Cases I & II*, California Judicial Council Coordinated Proceedings ("JCCPs") 4286, 4297, and 4359: Litigated childhood sexual abuse cases against the Archdioceses of Los Angeles, San Diego, and Orange and other Catholic entities with the total settlement exceeding $1.2 billion.

h.    *Colin Higgins Productions, LTD. v. Universal City Studios, LLC*, Case No. BC499180 (Superior Court of California, County of Los Angeles). Class action against movie studio arising from studio's calculation of profit participation from home video distribution of films. Final approval of class action settlement granted. Boucher LLP served as Co-Class Counsel.

i.    *Colin Higgins Productions, LTD. v. Paramount Pictures Corporation*, Case No. BC499179 (Superior Court of California, County of Los Angeles). Class action against movie studio arising from studio's calculation of profit participation from home video distribution of films. Final approval of class action settlement granted. Boucher LLP served as Co-Class Counsel.

**DECLARATION OF RAYMOND P. BOUCHER IN SUPPORT OF
MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS**

j.      *Del Campo v. Hometown Buffet, Inc. et al.*, C.D. Cal. 2:14-cv-04378-RGK-SH. Court-appointed as Class Counsel in "wage and hour" class action against major restaurant chain. Final approval of settlement granted.

k.      *Espinoza, et al. v. Vander-Bend Manufacturing, LLC*, Santa Clara County Superior Court Case No. 1-15-CV-283929. Court-appointed as Class Counsel in wage and hour class and representative action on behalf of employees of Defendant. Final approval of settlement granted.

l.      *In Re Crestor Products Liability Cases*, California JCCP No. 4713. Appointed Plaintiff's Co-Lead and Co-Liaison Counsel in coordinated proceeding involving alleged personal injuries from ingestion and use of prescription drug Crestor. Settled.

m.      *In re Transient Occupancy Tax Cases*, California JCCP 4472: Represented the City of Los Angeles in a class action proceeding on behalf of all cities in the state of California to recover unremitted occupancy taxes from certain online travel companies.

n.      *In re Galvanized Steel Pipe Litigation*, Case No. BC174649 (Superior Court of California, County of Los Angeles): Class action involving construction defects that resolved successfully for $41 million.

o.      *In re Wholesale Electricity Antitrust Cases I & II*, California JCCP 4204-00005 and 4204-00006: Actions in which the plaintiffs sought to recover damages from energy traders for unfair business practices.

p.      *In re Wellpoint, Inc. Out-of-Network "UCR" Rates Litig.*, MDL No. 09-2074 (C.D. Cal.): Served in a leadership role in a consolidated action to recover for anti-competitive price fixing and for artificial deflation of medical payments and reimbursements, leading to underpayments to doctors for medical care that they provided, and to artificially high charges for out-of-pocket costs to insured individuals for medical care that they received.

q.      *In Re: Wright Medical Technology, Inc., Conserve Hip Implant Products Liability Litigation*, MDL No. 2329 and Wright California JCCP. Co-Lead Counsel and Plaintiff's Steering Committees in complex national and state complex litigations involving defective hip system product.

3                    NO. 3:14-cv-00608-JCS
**DECLARATION OF RAYMOND P. BOUCHER IN SUPPORT OF**
**MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS**

r.      *Johnson & Johnson Talcum Powder Cases*, California JCCP No. 4872. Co-Liaison Counsel for Plaintiffs in product liability cases involving talc products. Pending.

s.      *Juarez v. Dignity Health*, Los Angeles Superior Court Case No. BC550950. Class Counsel in certified class action case against hospital chain on behalf of security guards involving donning and doffing and other wage and hour claims. Final approval of settlement granted.

t.      *JUUL Labs Product Cases,* California JCCP No. 5052. Co-Liaison Counsel for Private Plaintiffs in coordinated proceeding involving personal injuries alleged to arise from use of nicotine vaping product. Pending.

u.      *Lopez, et al. v. Citrus Valley Health Partners, Inc.,* Super. Ct., Los Angeles County, Case Nos. BC544139 and BC545110. Court-appointed as Class Counsel in "wage and hour" class actions against large California hospital entity. Final approval of settlement granted.

v.      *Micheli, et al. v. The City of Fresno,* Super. Ct. of Fresno County, Lead Case No. 16CECG02937. Court-appointed Co-Class Counsel in consolidated, certified class action by residential water customers of Northeast Fresno, California against a municipality whose water supply to Northeast Fresno is alleged to have destroyed residents' galvanized plumbing, resulting in the leaching of lead and other heavy metals and receipt of discolored, "rusty" water at their taps.

w.      *Moppin v. Los Robles Regional Medical Center, et al.*, Case No. 5:15-CV-01551-JGB-DTB (C.D. Cal.). Court-appointed as Class Counsel in wage and hour class action against hospital entity and travel nurse staffing agency on behalf of temporary nurse employees. Final approval of settlement granted.

x.      *Olmos v. Teamcare, Case No.* Super. Ct., San Bernardino County, Case No. CIVDS1916969. Court-appointed as Class Counsel in "wage and hour" class action against  California medical provider. Final approval of settlement granted.

y.      *Securitas Wage and Hour Cases*, California JCCP No. 4837. Appointed Lead and Co-Liaison Counsel in coordinated class action proceedings against security company on behalf of security guards. Final settlement approval granted.

4                    NO. 3:14-cv-00608-JCS
**DECLARATION OF RAYMOND P. BOUCHER IN SUPPORT OF**
**MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS**

z.  *Silver v. Del Webb*, Nevada Case No. A437325: A certified class construction defect suit involving the installation of faulty plumbing systems in new homes. The litigation resulted in a $21 million settlement.

aa.  *Skeen, et al. v. BMW of North America LLC*, et al., Case No. 2:13-cv-1531-WHW-CLW (Dist. N.J.) Appointed Co-Lead Class Counsel in nationwide class action involving alleged claims for breach of warranties and violations of state consumer protection statutes for automobile defects in Mini vehicles. Final approval of settlement granted.

bb.  *Southern California Clergy Cases*, California JCCP No. 5101. Court-appointed member of Plaintiffs' Liaison Counsel committee in coordinated proceeding against Archdioceses of Los Angeles and Orange, and other Catholic institutional entities.

cc.  *Southern California Gas Leak Cases*, California JCCP No. 4861. Appointed to Co-Chair of the Plaintiffs' Steering Committee for the Class Action Track, and Co-Lead counsel. Obtained historic $1.84 Billion settlement of claims arising from natural gas leak at Aliso Canyon Facility in California.

dd.  *Zoloft Birth Defects Cases*, JCCP No. 4771. Appointed Plaintiff's Co-Lead Counsel in coordinated proceeding involving alleged birth defect claims arising from mother Plaintiff's use and ingesting of prescription anti-depressant drug

5.  As more fully set forth in my curriculum vitae, a true and correct copy of which is attached hereto as **Exhibit 2**, throughout my career I have also held numerous leadership positions in various legal organizations. I was the 2007 President of Consumer Attorneys of California ("CAOC"), and the 2005 President of Consumer Attorneys Association of Los Angeles ("CAALA"). I am presently a member of the Board of Directors of Public Justice, and was the California State Delegate to the American Association of Justice, a member of the Pepperdine School of Law Board of Advisors; a member of the Diversity in Law Foundation; the Fort Lewis College Foundation Board, and the California State Delegate to the Association of Trial Lawyers of America. I also previously served on the Los Angeles County Bar Association Board of Directors.

**DECLARATION OF RAYMOND P. BOUCHER IN SUPPORT OF
MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS**

6.      I have been honored with numerous awards and distinctions for my work. Notably, I was the recipient of the Los Angeles Daily Journal Trial Lawyer of the Decade, 2001-2010, in particular for my work in California JCCPs entitled Clergy Cases I & II, JCCPs 4286, 4297, and 4359. In 2007, I received both the CAALA and CAOC Trial Lawyer of the Year Awards. I have also received the Trial Lawyer of the Year Award from the Orange County Trial Lawyers Association. I have twice received the CLAY award from California Lawyer Magazine, which recognizes attorneys from across the state whose achievements have made a profound impact on the law. Additionally, the Honorable Chief Justice Ronald George and the California State Bar honored me with an award for my efforts on behalf of court funding and on behalf of the State Courts of California. In 2006, I was presented with the David S. Casey, Jr. Consumer Advocate Award by the Consumer Attorneys of San Diego; and the Justice Armand Arabian Award by the Project Sister organization. The California League of Conservation Voters awarded me with the 2005 Environmental Leadership Award for my longstanding dedication to the environment and public health rights of individuals, and I was the recipient of the Ted Horn Memorial Award, a CAALA honor for the selfless gift of one's talent. Additionally, I have been the recipient of numerous Presidential Awards, Awards of Merit and Commendation from Trial Bars around the country.

7.      I personally have extensive trial experience and have briefed and argued many appeals between the Ninth Circuit Court of Appeals and California Courts of Appeal. I am a frequent speaker at CAOC, CAALA, AAJ, law schools, and National College of Advocacy seminars and various educational conventions throughout the country. I also spend a considerable amount of time performing *pro bono* work and community service. I began my career doing *pro bono* work with Cesar Chavez and the United Farm Workers. More recently, I took a humanitarian trip to Uganda to assist improving the Juvenile Justice system. I have spearheaded fundraisers for various local, state and national organizations.

6                    NO. 3:14-cv-00608-JCS
**DECLARATION OF RAYMOND P. BOUCHER IN SUPPORT OF
MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS**

## SUMMARY OF WORK PERFORMED

8.    During the course of this litigation, our firm assisted Co-Lead Class Counsel Korein Tillery, LLC and Pearson, Simon & Warshaw, LLP ("Class Counsel") by performing work that benefitted the classes.

9.    In late February 2022, our firm was invited to assist Class Counsel in the final stages of trial preparation and to help present the case at trial. Over the course of my career, I have tried more than 80 cases to verdict, and have favorably resolved countless others shortly before and even during trial. Because class actions so rarely go to trial, my specialized skill as a trial attorney was expected to complement Class Counsel's significant expertise by refining jury selection and trial presentation strategy to maximize the likelihood of a verdict in Plaintiffs' favor.

10.    One of the things my firm does is join cases in the late stages of litigation to serve as trial counsel. Because of this, we have developed streamlined case review procedures designed to efficiently bring ourselves up to speed on the active issues. The complex and unprecedented nature of this case, my unique trial-presentation expertise and anticipated role, and the press of time created by the approaching trial date made it necessary for me to personally perform the majority of work rather than assigning tasks to attorneys at lower hourly rates. When reasonable and appropriate, however, I did assign tasks to others at lower billing rates. I also assigned tasks to others that would help me accomplish high-level analysis more efficiently, but the firm did not bill for time spent assisting me.

11.    Here, a detailed review and outline of briefing related to Defendants' motion for summary judgment, along with some additional legal research, allowed me to outline the significant legal and factual issues in the case. From this outline, I had sufficient background to assess the strengths and weaknesses of each side's position and presentation so that I could quickly begin developing themes and advising on case staging and presentation, evidentiary matters, and jury-related issues. I assisted Class Counsel in preparing for a jury focus group presentation, along with partner Maria Weitz. Had the case proceeded to trial, Ms. Weitz would have been my first-line for immediate as-needed assistance going forward. Ms. Weitz's candid feedback, careful analysis, and keen juror observations are often invaluable contributions to a case's overall success.

7    NO. 3:14-cv-00608-JCS

**DECLARATION OF RAYMOND P. BOUCHER IN SUPPORT OF**
**MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS**

12. In addition to consulting on jury matters and attending witness preparation sessions, I reviewed and edited witness outlines, jury instructions, verdict forms, *voir dire* scripts, and jury questionnaire; reviewed and consulted on motions *in limine*; consulted on graphic and visual aids for the liability and damages presentations; refined the Trial Plan strategy; and prepared for expert witness cross-examination before the parties reached a settlement agreement in principle.

13. In total, our firm worked in excess of 225.60 hours on this case. All of the tasks performed, and the time expended, were reasonable and necessary for the prosecution of the class action and I believe this work contributed to the ultimate settlement obtained. The following chart summarizes the hours worked and applicable rate for each member of the firm, as reflected in the contemporaneously maintained time records we keep in the ordinary course of business:

| Name | Title | Rate | Hours | Lodestar |
|---|---|---|---|---|
| Raymond P. Boucher | Name Partner (CA 1984) | $1,190.00 | 207.60 | $247,044.00 |
| Maria L. Weitz | Partner (CA 2009) | $800.00 | 2.90 | $2,320.00 |
| Michael Gorelik | Associate Attorney (CA 2021) | $400.00 | 2.10 | $840.00 |
| Sandra Haro | Paralegal | $185.00 | 12.80 | $2,368.00 |
| Tricia Yue | Paralegal | $185.00 | 0.20 | $37.00 |
| **TOTALS:** | | | **225.60** | **$252,609.00** |

14. Using our firm's current hourly billing rates, as reflected in the above chart, the current lodestar for legal services is $252,609.00. Class Counsel has reviewed the work performed (and the resulting lodestar) and found it to be reasonable and helpful to successful procecution of the action.

15. The qualifications of the attorneys identified above are set forth in the firm's resume, which is attached as **Exhibit 1**. Additionally, as to staff members Haro and Yue:

a. Sandra Haro is a senior supervising paralegal. She is a graduate of Phillips Junior College in Northridge, California, having obtained her Associate's Degree in Paralegal Studies

**DECLARATION OF RAYMOND P. BOUCHER IN SUPPORT OF**
**MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS**

in 1991. Ms. Haro has worked as a paralegal since 1991, including working with me since 2003. She has attended several legal education seminars over the years.

b.    Tricia Yue is a senior paralegal. She is a graduate of Cannons Business College in Honolulu, Hawaii and has taken several continuing education courses, including advanced legal writing, enhanced legal research and technology strategies, internet strategies for legal professionals, and similar courses. Prior to joining our law firm in 2017, Ms. Yue worked for several law firms in Washington State in Southern California as a legal assistant and paralegal. She is a member of the Consumer Attorneys Association of Los Angeles and Consumer Attorneys of California, where she helps teach seminars on legal assistant and paralegal processes.

16.    The billing rates provided in the above chart are the usual rates currently in effect, and the same rates charged by our firm in similar complex litigation. Based on my experience and on my discussions with attorneys at other firms who work in complex litigation, I believe the rates are reasonable and in line with rates charged for similar work by professionals with similar levels of experience and comparable reputations.

17.    From Boucher LLP's inception in December 2014 until June 8, 2022 (nearly 7.5 years), my standard hourly billing rate was $1,100; Ms. Weitz's hourly billing rate was $750; and the associate hourly billing rate applicable to Mr. Gorelik was $395. These prior rates have been approved by several other state and federal courts in California, including: *Southern California Gas Leak Cases* [Class Action Track], Los Angeles County Sup. Ct., JCCP No. 4861, *Coss v. Northgate Gonzalez Markets, et al.*, Lead Case No. 37-2017-00030774-CU-OE-CTL; *Del Campo v. Hometown Buffet, Inc. et al.*, C.D. Cal., Case No. 2:14-cv-04378; *El Pollo Loco Wage and Hour Cases*, JCCP 4957; *Espinoza v. Vander-Bend Manufacturing, LLC*, Santa Clara County Sup. Ct., Lead Case No. 1-15-CV-283929; *Hernandez v. Sunshine Raisin Corporation*, Fresno County Sup. Ct., Case No. 16CECG00865; *Krikorian v. Central Parking System, Inc.*, Los Angeles County Sup. Ct., Case No. BC582088; *Lopez v. Citrus Valley Health Partners, Inc.*, Los Angeles County Sup. Ct., Case No. BC544139; *Moppin v. Los Robles Regional Medical Center*, C.D. Cal. Case No. 5:15-CV-01551-JGB-DTB; *Moppin v. Fastaff, LLC*, Stanislaus County Sup. Ct., Case No. 2020283; *Galeano v. American ETC, Inc.*, San Mateo County Sup. Ct., Case No.

9             NO. 3:14-cv-00608-JCS

**DECLARATION OF RAYMOND P. BOUCHER IN SUPPORT OF**
**MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS**

CIV534888; *Torres v. J Motorcars, Inc. d/b/a Road Bear RV*, Los Angeles County Sup. Ct., Case No. BC655446; *Granciano v. Southwind Foods, LLC*, Los Angeles County Sup. Ct., Case No. BC538900, and *Olmos v. Teamcare, Case No.* Super. Ct., San Bernardino County, Case No. CIVDS1916969.

18. The billing rates provided in the above chart reflect a modest rate increase, set in the ordinary course of our firm's business and effective June 8, 2022. In my capacity as Co-Lead in the *Southern California Gas Leak Cases*, JCCP No. 4861, I was responsible for handling negotiations on behalf of plaintiffs in this year's landmark $1.8 Billion settlement of approximately 36,000 civil lawsuits resulting from the 2015 blowout at the Aliso Canyon Natural Gas Storage Facility, the largest natural gas leak in U.S. history. I was also appointed by the Court to lead the common benefit fee committee. Following this historic result, effective June 8, 2022, Boucher LLP increased the billable rates of its partners and associate attorneys, commensurate with our experience and achievements and consistent with the rates charged by similarly experienced counsel in our geographic region. Our firm's current rates were recently approved in *Zavala, et al. v. PLS Check Cashers of California, Inc.,* Los Angeles Superior Court Case No. 20STCV42586, a wage and hour class and representative action.

## LITIGATION COSTS INCURRED

19. Our firm incurred costs directly related to this litigation that were all necessary and reasonable to prosecute this litigation. The expenses charged are of the type that would be charged to clients under a non-contingent-fee relationship. The total ligitation costs amount to $21,900.10, as reflected in the contemporaneous records kept in the ordinary course of our firm's business, and summarized as follows:

| Expense Category | Amount |
|---|---|
| Out-of-Town Travel | $6,641.31 |
| Printing and Copying | $1,503.40 |
| PACER Fees | $10.70 |
| Experts/Consultant Fees | $13,744.69 |
| **TOTAL** | **$21,900.10** |

**DECLARATION OF RAYMOND P. BOUCHER IN SUPPORT OF
MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS**

## THE RISK OF LITIGATING ON A CONTINGENT BASIS

20.    Whereas Defendants' counsel are likely paid on a monthly or regular basis and promptly reimbursed for costs incurred, Plaintiffs' counsel are only paid if we favorably resolve a case. Our firm performed this work on a pure contingency basis, and we have not been paid for attorneys' fees or costs advanced in this matter. The work performed in this litigation also precluded work on other cases. Based on my experience, this case involved above-average risks given the number of novel and complex issues, the well-funded Defendants with every incentive to vigorously fight Plaintiffs' challenge to an industry-wide business practice, and top-notch defense counsel with extensive resources at their disposal. Plaintiffs' counsel, including Boucher LLP, risked not only a great deal of time, but also a great deal of expense to ensure the successful litigation of this action on behalf of class members.

21.    The reasonableness of the fees and costs requested are also supported by the results obtained for the Settlement Class. Based on my experience in other wage and hour litigation and the totality of circumstances in this case, I believe Plaintiffs obtained a <u>tremendous</u> result here. The Settlement Agreement provides meaningful backpay to class members and requires fundamental changes to Major League Baseball's employment policies regarding minor leaguers—results that favor class members and advance the goals enshrined in our labor laws. Plaintiffs also won an important appeal that will benefit other class action litigants in the future. The settlement is a reflection of the incredible work by Class Counsel, including assembling the team of experienced attorneys, consultants, and experts needed to prepare this case for trial.

I declare under penalty of perjury, under the laws of the State of California and the United States, that the foregoing is true and correct.

Executed on November 18, 2022, at Woodland Hills, California.

_____
Raymond P. Boucher

11                    NO. 3:14-cv-00608-JCS
**DECLARATION OF RAYMOND P. BOUCHER IN SUPPORT OF
MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS**

**EXHIBIT 1**

# BOUCHER LLP

Founded by Raymond P. Boucher—Los Angeles Daily Journal's Trial Lawyer of the Decade (2001-2010)—Boucher LLP focuses on the prosecution of high-impact, complex litigation, including class actions, mass actions, and representative actions on behalf of consumers and employees harmed by major corporations and insurance companies; civil rights and police misconduct cases; cases involving the sexual abuse of minors and disabled; and significant personal injury and wrongful death cases. Boucher and his colleagues are frequently appointed class counsel in major class actions and often serve among plaintiffs' leadership in state and federal coordinated proceedings.

Boucher's successes include a groundbreaking $1 billion settlement on behalf of the victims of childhood sexual abuse by Catholic priests. He has long been a trusted resource for referring attorneys. His skill and tenacity also make him sought after as co-counsel.

Boucher built the firm from the ground up, handpicking dynamic, talented, and experienced attorneys who share his vision and values. Clients can expect meticulous preparation and tenacious, relentless representation, as well as highly individualized and compassionate service.

## EXPERTISE AND RESOURCES

Boucher LLP has the expertise and resources to handle cases against major corporations from intake through trial. The firm is well-equipped to conduct discovery in a variety of cases, including large complex cases. Sophisticated technology and analytical protocols are employed to capture, evaluate, and present information gleaned from documents numbering in the multi-millions. In coordinated proceedings, the firm has the experience and leadership qualities needed to effectively manage resources to ensure efficiency of litigation.

### Consumer Class Actions

The firm has extensive experience with consumer class action litigation and the relevant issues in evaluating and settling class action claims. Boucher LLP's attorneys have litigated and certified consumer class actions in a range of areas—from automotive and other product defects, to privacy and data breach, to antitrust, breach of contract, and other business disputes.

Boucher LLP's attorneys have served as lead class counsel and/or on the plaintiffs' steering committee in numerous consumer class action cases including, *In Re Aetna UCR Litigation*, Dist. N.J., MDL No. 2020 (Class Counsel), *American Medical Association et al. v. Wellpoint, Inc*., C.D. Cal, MDL No. 2074 (Interim Co-Lead Class Counsel), *Black v. Blue Cross of California*, Super. Ct. Los Angeles County, No. BC250339 (Class Counsel), *Chavez v. Nestlé USA, Inc*. C.D. Cal., No. CV09-9192 GW (CWx) (Lead Counsel), *In Re: Facebook, Inc. Internet Tracking Litig*., N.D. Cal., MDL No. 2314 (Interim Liaison Counsel), *In Re Galvanized Steel Pipe Litigation*, Super. Ct. Los Angeles County, No. BC174649 (Lead Class Counsel), *In re: Pellicano Cases*, Super. Ct. Los Angeles County No. BC316318 (Co-Lead Class Counsel), *Sister Sledge et al. v. Warner Music Group Corp*., N.D. Cal., No. 12-CV-0559-RS (Interim Co-Lead Class Counsel), and *Skeen, et al. v. BMW of North America LLC, et al.*, Dist. N.J., No. 2:13-cv-1531-WHW-CLW (Co-Lead Class Counsel).

### Employment Class and Representative Actions

Boucher LLP is currently prosecuting numerous class and representative cases against corporations on behalf of thousands of workers alleging wage-and-hour violations, including claims for violations of meal and rest break laws, illegal rounding of time, and failure to pay all wages. The firm is committed to ensuring employees are properly compensated under state and federal laws, and to holding corporations accountable for failing to abide by the law.

### Mass Tort Litigation

Boucher LLP's attorneys have obtained favorable recoveries for thousands of clients harmed by major pharmaceutical companies. Boucher presently serves in leadership for numerous coordinated proceedings in state and federal court, including *In Re Crestor Products Liability Cases*, Super. Ct. Los Angeles County, JCCP No. 4713 (Plaintiffs' Co-Liaison Counsel), *In Re Diet Drug Litigation*, Super. Ct. Los Angeles County, JCCP 4032 (Plaintiffs' Co-Liaison Counsel), *In re Wright Medical* Technology*, Inc., Conserve Hip Implant Products Liability Litigation,* MDL No. 2329 (Co-Lead Counsel for Plaintiffs and state Liaison Counsel), and *Zoloft Birth Defects Cases*, JCCP No. 4771 (Plaintiffs' Co-Lead Counsel).

Boucher LLP's attorneys have also successfully resolved mass tort cases involving toxic exposure, including, among others, *Bunker Hill Twrs Condo Ass'n, et al. v. W.R. Grace & Co.*, Super. Ct. Los Angeles County, No. B072642, and *Zachary et al. v. ARCO et al.*, Super. Ct. Los Angeles County, No. BC209944.

### Complex, High-Impact Litigation

Boucher LLP is committed to advancing the rights of the people and to holding corporations accountable. Throughout his career, Mr. Boucher has brought worthy cases in furtherance of these goals. For example, in the *California Gubernatorial Recall Election Litigation*, Boucher represented former Governor Gray Davis in a challenge to the qualification of the 2003 California gubernatorial recall election. In *Madrid v. Perot Systems Corporation et al.*, Super. Ct. Sacramento County, No. 03AS04763, Boucher resolved an antitrust and unfair competition action to recover from Perot Systems Corporation for aiding and abetting the manipulation, distortion, and corruption of California's electricity market. More recently, in *Centinela Freeman Emergency Medical Associates, et al. v. Maxwell-Jolly, et al.*, Super. Ct. Los Angeles County, No. BC406372, Boucher and his partners obtained an order compelling California's Department of Health Care Services to comply—for the first time ever—with their obligation to annually review of Medi-Cal physician reimbursement rates to ensure access to quality healthcare in California. These are but a few of the many "impact" cases Boucher and his colleagues have pursued in the interest of positive social change.

## Civil Rights and Police Misconduct Cases

Boucher LLP prosecutes individual, mass, and class actions against public entities for civil rights violations and police misconduct. The firm is committed to helping people obtain justice and to motivating significant policy changes.

Boucher is particularly proud of the published result in *Wallace v. City of Los Angeles* (1993) 12 Cal. App. 4th 1385, a case of first impression he brought against the City on behalf of Demetria Wallace, a teenaged honors student who was shot and killed while waiting for a bus, just five days before she was to testify against a man accused of fatally shooting a taxi driver. After non-suit was granted at trial, the appeals court held the police had a duty to warn the victim. The case affirmed the government's responsibility to protect citizens who place their lives in jeopardy by stepping forward as witnesses to crimes, and prompted changes in police procedures that have saved countless other witnesses' lives since.

## Sexual Abuse Cases

Boucher LLP prosecutes individual and mass action cases against public and private entities that fail to protect minors and the disabled from sexual abuse. The firm's attorneys have extensive experience representing survivors of sexual abuse in such cases.

For example, in *The Clergy Cases,* Super. Ct. California*,* JCCP Nos. 4286, 4297, 4359, Boucher served as Plaintiffs' Liaison Counsel on behalf of almost 1,000 individuals and their families in significant personal injury claims involving molestation at the hands of Catholic priests. In *Jane Doe v. Garden Grove Unified School District,* Boucher prosecuted claims on behalf of a child victim of sexual abuse at school against a public school district. *Elena A. et al. v. Casa de Angeles Cal. Corp., d/b/a Healthy Start, et al*., Super. Ct. Los Angeles County, No. BC457840, was brought on behalf of developmentally disabled adults who were subjected to serious verbal, physical, and sexual abuse and neglect while attending an adult day care center. And Boucher was a leader in *Los Angeles Unified School District Sexual Molestation Cases*, which were brought on behalf of the many children who were molested by a teacher at Miramonte Elementary School.

## Significant Personal Injury and Wrongful Death

Boucher LLP represents individuals who have suffered serious personal injury or the death of loved ones.

The firm is committed to obtaining the justice that its clients deserve. For example, in *Young v. Johnny's Hot Dog Stand, et al*., Super. Ct. Los Angeles County, No. BC102837, Boucher obtained a jury verdict in excess of $1 million in compensatory damages on behalf of 57-year-old indigent person who was shot by a waitress outside of a hot dog stand. The firm is also passionate about seeking justice on behalf of children and adults who have suffered serious injuries from apparel fires.

# BOUCHER LLP

## RAYMOND P. BOUCHER

Raymond P. Boucher, a veteran trial lawyer specializing in complex consumer litigation, class actions, product liability, toxic tort litigation, employment discrimination and bad faith, is the Founder and Senior Partner of Boucher LLP.

During his professional career, which spans three decades, Boucher has tried more than 50 cases, and has helped obtain verdicts and settlements on behalf of clients in excess of $3 billion.  In two of his more notable cases, he served as lead attorney in the landmark $660 million sexual abuse settlement with the Catholic Archdiocese of Los Angeles in which he represented over 250 abuse victims in the July 2007 settlement as well as obtaining nearly $200 million for 144 survivors in a lawsuit against the Roman Catholic Diocese of San Diego.  Boucher has briefed and argued more than 20 appeals before the Ninth Circuit Court of Appeals and California Courts of Appeal.

For his professional achievements, Boucher has received a diverse array of honors and awards, to include recognition as: "Top 100 Attorneys in California" (2002) by the Daily Journal; "Trial Lawyers of the Decade, " (2001-2010) by the Daily Journal;  "California Lawyer Attorney of the Year" (2008) by California Lawyer; "Consumer Attorney of the Year" (2007) by the Consumer Attorneys of California; and "Trial Lawyer of the Year" by the Consumer Attorneys Association of Los Angeles (additional awards listed below).

A noted author and lecturer, Boucher has lectured at numerous law schools (e.g. Stanford, Pepperdine, Loyola) and has delivered hundreds of presentations to bar associations and other legal organizations as well as legal media sponsored events and educational and government forums.

Prior to founding Boucher, LLP, Boucher served several other Los Angeles area law firms, including:  Kiesel, Boucher & Larson LLP (Partner), Law Offices of Raymond P. Boucher (Founder/Senior Partner), Nordstrom, Steele, Nicolette & Jefferson (Of Counsel), Sayre, Moreno, Purcell & Boucher (Managing Partner), and Gould & Sayre.

A native of Massachusetts, Boucher received his undergraduate education at Fort Lewis College in Durango, CO where he received his Bachelor of Arts degree with a double major in Business Administration and Political Science.

He was Student Body President, on the Dean's List and later was honored as its "Alumnus of the Year" (2007). He matriculated to Colorado State University where he received a Master of Science degree in Management. Boucher obtained his Juris Doctor degree from Pepperdine University School of Law While in law school, Boucher ranked in the top 15% of his class, was a member of the Phi Delta Phi honor society and later honored in 2002 with its Distinguished Alumnus Award.  He received an Honorary Doctor of Law by Whittier College School of Law in 2005.

Boucher is admitted to the State Bar of California as well as the United States District Court for the Central, Northern, Southern and Eastern Districts of California.  He is a member of, and has held leadership positions in, numerous legal professional entities, including:

- American Association for Justice, Member
- American Bar Association, Admitted as a Fellow of the American Bar
- Association of Trial Lawyers of America, State of California Delegate Member

# BOUCHER LLP

- Beverly Hills Bar Association, Member

- California Courts, Administrative Office of the Courts (2002 to 2007), Committees: Court Funding, Complex Courts System, Court Integration

- California State Bar Association, Member

- Civil Justice Foundation, Member

- Consumer Attorneys Association of Los Angeles (Formerly the Los Angeles Trial Lawyers Association) President (2005), Board of Governors, Emeritus Member (2005 to present), Board of Governors, Member (1996 to 2006)

- Consumer Attorneys of California (Formerly the California Trial Lawyers Association, President (2007), Board of Governors (1997 to present)

- Consumer Attorneys of San Diego (2001 to present), Consumer Advocate of the Year (2007)

- Diversity in Law Foundation, Board of Directors

- Los Angeles County Bar Association, Board of Trustees (2000 to 2002)

- Los Angeles Superior Court Bench and Bar Committee (2001 to 2008)

- National College of Advocacy, Fellow

- Orange County Trial Lawyers Association, Member

- Pepperdine School of Law, Board of Visitors (1997 to present)

- Public Citizen, Member

- Public Justice (Formerly Trial Lawyers for Public Justice), Board of Directors (1996 to present), Member (1984 to present)

- The Roscoe Pound Foundation, Member

Among the other honors, awards and other forms of recognition Boucher has received for his professional achievements and accomplishments from legal, community, educational, nonprofit and media entities, include:

- American Association for Justice Steven J. Sharp Public Service Award (2008)

- Consumer Attorneys Association of Los Angeles Ted Horn Memorial Award in recognition of service to the California State Bar (2002), Finalist, Trial Lawyer of the Year (1996) , Several Presidential Awards for Outstanding Contribution to the Trial Bar

- Consumer Attorneys of California Legislative Champion Award (2002), Several Presidential Awards of Merit

- Consumer Attorneys of San Diego David S. Casey, Jr. Consumer Advocate Award (2006)

- California League of Conservation Voters Environmental Leadership Award (2005) for dedication to the environment and for fostering the public health rights of individuals

- Fort Lewis College, Durango, Colorado Alumnus of the Year (2007)

# BOUCHER LLP

- Lawdragon Named one of 500 Leading Lawyers in America (2009-2014)

- Los Angeles Daily Journal Law Business Named one of the 100 Most Influential Attorneys in California several times

- Los Angeles Magazine Super Lawyer (2001 to present); named one of the Top 100 Super Lawyers in Southern California (2010 to present)

- Loyola Law School Champion of Justice Award (2008)

- Martindale-Hubbell, Peer Reviewed AV (highest rating)

- Orange County Trial Lawyers Association Top Gun Award (2008)

- Pepperdine University School of Law Distinguished Alumnus Award (2002)

- Project Sister Family Services Justice Armand Arabian Award (2006) for outstanding efforts to secure justice for victims of clergy abuse

- Trial Lawyers for Public Justice Trial Lawyer of the Year (1994)

Additionally, Boucher has been the recipient of presidential awards, awards of merit, recognition and commendation from federal, state and local government entities as well as a variety of bar associations.

Boucher, who resides in Tarzana, CA, is active in numerous business, civic, community and charitable organizations (e.g. Ambassador, Make a Wish Foundation). He is also active in fund raising for various local, state and national organizations for whom he has raised millions of dollars. He spends significant time doing pro bono work and frequently advises California Senate, Assembly and constitutional offices about legal and political issues.

# BOUCHER LLP

## SHEHNAZ M. BHUJWALA

Shehnaz M. Bhujwala, a strong advocate of consumer rights in civil courts and the California Legislature, is a partner of Boucher LLP.

Bhujwala helps consumers harmed by the bad practices of corporations, employers, and governmental entities, obtain justice through the courts. She prosecutes class actions, mass torts, and other complex civil cases in federal and California state courts.

Bhujwala has been recognized for her work as a consumer attorney as a "Southern California Rising Star" (2009-2011) and a "Super Lawyer" (2016-2017, 2019-2021) by both Los Angeles Magazine and Super Lawyers Magazine, as among the LawDragon 500 Leading Plaintiff Consumer Lawyers (2022), and was bestowed with a Martindale-Hubbell "AV Preeminent" rating for her professionalism and ethics. Over the course of her legal career, Bhujwala has helped bring resolution to numerous cases through settlement and trials, including:

- A historic settlement on behalf of hundreds of survivors of childhood sexual abuse against the Los Angeles and San Diego Catholic Archdioceses

- A favorable settlement on behalf of a news reporter who suffered severe electrical burns and related injuries when her transmission truck hit overhead power lines

- A favorable settlement on behalf of survivors of historic mass kidnapping against kidnappers

- A class action settlement against telephone company for privacy violations on behalf of wiretap victims

- A class action settlement against auto manufacturer on behalf of nationwide class of owners of vehicles with defective engine part

- Numerous class action settlements against major movie studio on behalf of nationwide classes of profit participants who challenged how the studios paid them distributions based on home video revenue.

- Numerous class action and representative action settlements on behalf of workers for wage theft

Prior to joining Boucher LLP, Bhujwala worked for top plaintiffs' firms in the Los Angeles area, including Khorrami Boucher, LLP, Kiesel Boucher & Larson, LLP, and Greene, Broillet, Panish & Wheeler, LLP.

An active author and speaker on consumer law subjects, Bhujwala is a member of, and has held leadership positions in, numerous professional organizations, including:

- Consumer Attorneys of California: Board of Governors (2011-2022); Chair, Women's Caucus (2015); and Executive Committee (2016)

- Consumer Attorneys Association of Los Angeles: Board of Governors (2013-2014); Member (2020-Present)

- Los Angeles County Bar Association: Litigation Section, Legislative Chair (2014-2016); Judicial Appointments Committee (2014-2017); Complex Courts Committee, Co-Chair

# BOUCHER LLP

(2016-2018); Programs (2018-2019); Federal Courts Committee (2019-2020); Court Funding (2020-2021); Adequate State Court Funding and Operations Committee (2020-Present); Litigation Section Officer (2020-2024).

- American Association for Justice
- Public Justice

Through her work with the Consumer Attorneys of California and the Los Angeles County Bar Association, Bhujwala also regularly speaks with California legislators regarding the need for sufficient court funding and other issues affecting the courts, consumers, and employees.

A California native and current resident of Los Angeles, Bhujwala received her undergraduate education at the University of California, Los Angeles where she obtained her Bachelor of Arts degree in Psychology in 1997. Thereafter, she attended the University of Southern California's Gould School of Law, where she obtained her Juris Doctor degree in 2002.  During law school, she externed for the Honorable U.S. District Court Judge Robert M. Takasugi of the Central District of California, and counseled victims of domestic violence through the Los Angeles County Bar Association's Barrister's Project.

# BOUCHER LLP

## BRIAN BUSH

Brian Bush, a trial lawyer who concentrates his legal practice in the areas of civil rights, personal injury and mass tort litigation, presently serves as Of Counsel to Boucher LLP.

Bush is admitted to the State Bar of California as well as the United States District Courts for the Central, Eastern and Northern Districts of California.  Among his professional affiliations, he is a member of the American Association for Justice, Los Angeles County Bar Association and the Consumer Attorneys Association of Los Angeles (CAALA).

Bush received his Juris Doctor degree from Loyola Law School in Los Angeles.  Throughout law school, Bush volunteered at the Los Angeles County District Attorney's Office.  In his capacity as a certified law student, he presided over numerous felony preliminary hearings, evidence suppression hearings and also served as second chair for the prosecution in a child molestation trial.

While in law school, Bush competed in trial advocacy tournaments in California and New York as a member of Loyola's nationally-ranked Byrne Trial Advocacy Team and served as speaker, co-chair and vice president of Loyola's student chapter of CAALA.  Additionally, at Loyola, he earned First Honors awards in White Collar Crimes, Cross Examination and Advanced Trial Advocacy.

A native of Seattle, WA, Bush attended Washington State University where he obtained a Bachelor of Arts degree in Communications with an Advertising Emphasis.  At the university, he was on the Dean's Honor Roll (2001-2004), was a graduate of the WSU Honors College, served as President and Vice President of the Ad Club and was a member of the student chapter of the American Advertising Federation.

# BOUCHER LLP

## KELSEY CAMPBELL

Kelsey Campbell is an Associate of Boucher LLP in the firm's San Francisco office. Kelsey's litigation practice is focused on representing individuals in complex civil litigation, including class actions, coordinated proceedings, and mass tort litigation in both state and federal court.

Kelsey represents survivors of child sexual abuse, seeking to hold the responsible institutions accountable. In addition to seeking justice on behalf of sexual assault and sexual abuse survivors, Kelsey represents individuals harmed by defective products and medical devices, including the Philips CPAP machines recalled in June 2021.

Before becoming an attorney, Kelsey served in national security positions in the federal government for over a decade, first on active duty in the U.S. Air Force and later as a civil servant in the Office of the Secretary of Defense.  She served on engagements in the Asia Pacific, Central America, and South America, a deployment to Iraq, and a diplomatic tour at the U.S. Embassy in Islamabad, Pakistan.

Kelsey has a J.D. from the University of California, Hastings College of the Law, where she was a Patiño Fellow and the Editor-in-Chief of Hastings Constitutional Law Quarterly.  During law school, she served as an appointed commissioner on the San Francisco Veterans Affairs Commission and as a refugee advocate with Human Rights First.  Kelsey has a Master's in International Affairs from Columbia University's School of International and Public Affairs.

Kelsey serves on the Board of Directors of the Bay Area Lawyer Chapter of the American Constitution Society.  She enjoys hiking, cycling, road trips, and rock and roll.

# BOUCHER LLP

## ALEXANDER GAMEZ

Alexander Gamez is an Associate of Boucher LLP. He represents survivors of sexual abuse, sexual harassment, and employment discrimination, and prosecutes class and PAGA actions against employers who violate California and federal wage and hour laws. Alex has successfully resolved cases on behalf of the firm's clients through settlements and trial. In 2022, Alex obtained an over $24 million jury verdict in favor of two brothers against an adult cousin who sexually abused them during their childhood.

Alex graduated cum laude from California State University, Fullerton in 2012, earning a Bachelor of Arts degree in Political Science. Thereafter, in 2015, Alex earned his Juris Doctor degree from Southwestern Law School. During law school, Alex clerked for the U.S. Equal Employment Opportunity Commission and the Los Angeles District Attorney's Office, served as a Student Coordinator for the National Lawyers Guild Court Watch Program, and was a member of the Public Interest Law Committee. He also obtained numerous awards and distinctions during law school for his public interest and pro bono efforts.

Alex is a member of the State Bar of California, licensed to practice in all California state courts and the United States District Court for the Central District of California. He is also a member of the Consumer Attorneys Association of Los Angeles and the California Employment Lawyers Association.

# BOUCHER LLP

## MICHAEL GORELIK

Michael Gorelik is an Associate of Boucher LLP. Michael's litigation practice is focused on representing individuals in complex civil litigation, including class actions, coordinated proceedings, and mass tort litigation in both state and federal court.

Michael started his career at a boutique civil litigation firm in Phoenix, Arizona, where he worked on commercial, employment, class action, and other representative matters on behalf of both public and private entities, which included a secondment at one such company.

Michael is admitted to the State Bars of California and Arizona. He obtained his Juris Doctor degree from the Sandra Day O'Connor College of Law at Arizona State University, where he received the Dean's Recruitment and Willard H. Pedrick Awards, served as the Senior Articles Editor for the Arizona State Law Journal for Social Justice, and worked as a certified limited practice student with the College of Law's Post-Conviction Clinic investigating claims of wrongful conviction and manifest injustice for incarcerated individuals in Arizona.

While in law school Michael gained practical experience through externships with the Honorable David K. Duncan in the United States District Court for the District of Arizona and the American Civil Liberties Union. He also volunteered extensively with the Homeless Legal Assistance Project and served as its shelter director.

In his free time you can find Michael getting outside and enjoying nature, whether that be through rock climbing, riding his bike, surfing, or simply reading in his hammock.

# BOUCHER LLP

## CATHY KIM

Cathy Kim is an Associate of Boucher LLP. During her legal career, Cathy has focused her practice on representing individuals in mass tort litigation (e.g. products liability) against major pharmaceutical companies and medical device manufacturers in state and federal proceedings.

Cathy is admitted to the State Bar of California and the United States District Court, Central District of California.  Among her professional affiliations, she is a member of Consumer Attorneys of California and the Korean American Bar Association.

Raised in Torrance, CA, Cathy attended the University of California, Los Angeles where she received a Bachelor of Arts degree in Business Economics with a minor in East Asian Languages and Cultures.  Cathy graduated magna cum laude, was a member of Phi Beta Kappa Honor Society and the Golden Key International Honour Society, as well as being on the Provost's Honors List for six quarters.

Cathy matriculated to Loyola Law School in Los Angeles where she obtained her Juris Doctor degree while receiving numerous academic honors and recognition, including the First Honors Award in Advanced Legal Research.  During law school, she served as a judicial extern to the Honorable Samuel L. Bufford in the United States Bankruptcy Court.  Cathy also served as the Internal and External Vice President of the Asian Pacific American Law Students Association.

An accomplished musician (e.g. piano, violin) who has won many awards in competitions and performed in various orchestras, Cathy is active in community and cultural organizations.  Among her involvements, she has served as a Korean-English translator for the Asian Pacific American Legal Center's Citizenship Workshops and Volunteer Income Tax Assistance.

# BOUCHER LLP

## MEGHAN MCCORMICK

Meghan McCormick is a Senior Associate of Boucher LLP. For nearly two decades, Meghan has passionately advocated for individuals harmed by the wrongful conduct of corporations, defective products, and more recently, institutions such as the Catholic Church.  Her practice encompasses both complex mass tort matters and individual personal injury cases in both federal and state court.

Meghan represents survivors of child sexual abuse and adult victims of sexual assault, seeking to hold the responsible institutions accountable. In addition to seeking justice on behalf of sexual assault and sexual abuse survivors, Meghan represents individuals harmed by defective products and medical devices, including the Philips CPAP machines recalled in June 2021.

Prior to joining Boucher LLP, Meghan represented hundreds of women who were sexually assaulted by an Uber or Lyft driver. She was instrumental in the formation of the California Judicial Council Coordination Proceedings (JCCPs) *In re Lyft Assault Cases* and *In re Uber Sexual Assault Cases*. Meghan has also represented thousands of clients harmed by defective and or dangerous pharmaceutical products, including Zyprexa, Ortho Evra, Bextra, Celebrex, Accutane, Yaz/Yasmin, Byetta, Reglan, SSRI antidepressants, Actonel, Fosamax, Polident and Fixodent Denture Cream, AMS, Bard, Ethicon and Boston Scientific transvaginal mesh products. Meghan actively worked with the plaintiffs' steering committee for several multidistrict litigations (MDLs), including the Zyprexa MDL (E.D.N.Y.), the Ortho Evra MDL (N.D. Ohio), the Yaz/Yasmin MDL (S.D. Ill.), the Fosamax MDL (S.D.N.Y.), and the Bard, Ethicon, Boston Scientific and AMS Transvaginal Mesh MDLs (S.D.W. Va.).

Meghan was on the trial team for several trials against Pharmaceutical giant Merck in relation to its osteoporosis drug Fosamax, including one of the first *Fosamax* MDL trials, the only one of which that resulted in a plaintiff's verdict— *Boles v. Merck*. After a hung jury with the first trial, the second trial resulted in the jury awarding the 72-year-old plaintiff, Shirley Boles, $8 million in compensatory damages.

Over the course of her career, Meghan has spoken at several seminars and conferences regarding the scientific and discovery issues involved in the various pharmaceutical cases she has worked on.

Meghan earned her law degree at the University of Wisconsin and her bachelor's degree from Northwestern University where she graduated cum laude.  While at Northwestern, Ms. McCormick played on the Northwestern Women's Golf Team, earning Academic All Big Ten and Academic All American honors. Upon graduating from law school, Meghan clerked for the Honorable Justice James Gilbert of the Minnesota Supreme Court.  Past law firms include Fredrikson & Byron P.A., Levin Papantonio Rafferty, P.A., The Sizemore Law Firm, and Levin Simes Abrams LLP.

Meghan is licensed to practice in Wisconsin (inactive), Minnesota (inactive), Florida and California.  She is an active member of the American Association for Justice and the San Francisco Trial Lawyers Association.

# BOUCHER LLP

## HERMEZ MORENO

Hermez Moreno, a veteran trial lawyer who specializes in complex police misconduct litigation and catastrophic person injury and trial work, serves as Of Counsel to Boucher LLP.

During his professional career, which spans nearly four decades, Moreno has a diverse array of litigation experience and has attained verdicts and settlements for his clients up to eight figures.  Some of the legal areas he has litigated include:

- Civil Rights
- Medical/Legal Malpractice
- Mass Torts
- Insurance Bad Faith
- Police Misconduct
- Excessive Use of Force
- False Arrest/Imprisonment
- Asbestos Personal Injury
- Mishandling of Human Remains
- Traumatic Brain Injury
- Asbestos Commercial Property   Damage
- Asbestos Personal Injury
- Jail Abuse

Moreno also has extensive experience in transactional work and has been involved in the negotiating and drafting of contracts and other documents for entertainers in the fields of film, music recordings and film and recording financing.  He has also negotiated and drafted contracts for the sale and purchase of businesses and landmark real estate in the Los Angeles area.

Moreno, who began his career handling civil rights cases throughout California, served as Special Counsel to Cesar Chavez (1984-1993) and as Trial Counsel for the United Farm Workers Union (1984-1990) in areas involving labor disputes and cases brought by growers' efforts to break the union.  He also represented indigent clients in pro bono cases and continues to do so.

In addition to his legal practice, Moreno is actively serving as a professor of trial advocacy.  He has served as a Clinical Professor at the UCLA School of Law in its Trial Advocacy Program and has been both a Visiting Associate Professor of Law, Clinical Instructor in the Trial Advocacy Program of Southwestern Law School and currently serves as an Adjunct Professor of Law in the school's Trial Advocacy and Civil Rights Program.

Moreno is admitted to the State Bar of California as well as the United States Supreme Court, United States Court of Appeal Ninth Circuit, United States Court of Appeal, Federal Circuit and the United States District Court for the Central, Northern, and Eastern

Districts of California.  Among his professional affiliations, he is or has been a member of:

# BOUCHER LLP

- Consumer Attorneys of California

- Consumer Attorneys Association of Los Angeles

- Trial Lawyers for Public Justice

- Mexican American Bar Association (Board of Trustees)

- Mexican American Bar Foundation (Board of Directors)

- Santa Monica Third Street Development Corporation (Board of Directors)

A native of Mexico, Moreno attended the University of California, Santa Barbara where he received a Bachelor of Arts degree in Political Science.  He obtained his Juris Doctor degree from the UCLA School of Law.  While in law school, he co-founded Centro Legal de Santa Monica, Inc., a non-profit legal aid office operated by UCLA Chicano law students.  The organization, which subsequently merged with Westside Legal Services, provided legal services to underprivileged residents in Santa Monica and Moreno served as a Board of Trustees member and supervising attorney.

Moreno lives with his wife in Moorpark, CA on a 15-acre horse ranch.  Among his personal interests, he is an art collector, an artist, and has written his first novel.

# BOUCHER LLP

## MARIA L. WEITZ

Maria L. Weitz, an attorney with broad experience in numerous areas of consumer law, is a partner of Boucher LLP.

Throughout her legal career, Weitz has focused her practice on unfair, deceptive, and fraudulent business practices, and seeking legal accountability on behalf of injured plaintiffs. As a result, her diverse range of litigation experience spans a wide array of legal issues, including complex class actions, product liability and other personal injury cases, employment litigation, and appellate practice.

Weitz received her undergraduate education at the University of California, Los Angeles, where she earned a Bachelor of Arts degree in Sociology and Communications. Her interest in civil justice developed while attending the University of California, Davis School of Law, where she earned her Juris Doctor degree. She received a Public Service Law Certificate recognizing her legal work in public interest organizations and government agencies. This work included serving as co-counsel in a federal jury trial on behalf of an inmate alleging civil rights violations, and working within the California Attorney General's Office to prosecute civil cases for violations of California's Air Pollution Control Laws. She also received a Witkin Award for Academic Excellence in Legal Writing and the Sacramento County Bar Association Diversity Fellowship.

Over ten years of practice, Weitz has secured major appellate victories and significant client compensation by leveraging the creative, strategic approach that is Boucher LLP's hallmark. Weitz's work has helped recover millions of dollars for the firm's clients, including a recent 8-figure recovery on behalf of a construction worker who was injured on the job. Her appellate work has led to two published pro-consumer cases on significant issues of first impression: *Quezada v. Herb Thyme Farms, Inc*. (2015) 62 Cal.4th 298 (unanimously vindicating the rights of consumers who paid a premium "organic" price for conventionally grown produce that was deliberately mislabeled), and *Barriga v. 99 Cents Only* (2020) 51 Cal.App.5th 299 (recognizing that employer-employee relationships carry a heightened potential for coercion, and imposing a duty on trial courts to closely scrutinize declarations filed by an employer in opposition to class certification).

In recognition of her career accomplishments, Weitz has been selected as a Southern California Rising Star by Super Lawyers Magazine 2013-2021, and included among the National Trial Lawyers' Top 40 Under 40 Civil Plaintiff Attorneys in California.

Weitz is admitted to the State Bar of California, the United States Court of Appeals for the Ninth Circuit, and the United States District Courts in the Northern, Southern, Central, and Eastern Districts of California.

# BOUCHER LLP

## MALLORY WHITELAW

Mallory Whitelaw, an Associate of Boucher LLP, has focused her litigation practice on the representation of clients in employment, civil rights, and business litigation in both state and federal court proceedings.

Prior to joining Boucher LLP, Whitelaw was an Associate at Los Angeles-based firm, Geragos & Geragos, APC. Whitelaw received her Juris Doctor from Loyola Law School, Los Angeles. During law school, she served as Senior Technical Editor for Loyola of Los Angeles International and Comparative Law Review (ILR). Whitelaw also served as a clerk at Public Counsel as part of Loyola's Civil Rights Litigation Practicum. Additionally, Whitelaw was awarded a Peggy Browning Fellowship to work at National Day Laborer Organizing Network, where she helped to bring a federal case challenging state laws on equal protection grounds.

Prior to law school, Whitelaw worked as an Interaction Designer for creative agencies focused on websites, games and software. Whitelaw attended San Francisco State University where she received her bachelor's degree, and New York University where she received her master's degree. Outside of work, Whitelaw enjoys ambitious baking projects, with varying degrees of success.

Whitelaw is admitted to the State Bar of California and the United States District Court, Central District of California.

# BOUCHER LLP

## AMANDA J. G. WALBRUN

Amanda J. G. Walbrun, a fierce advocate for survivors of abuse and other injuries, serves as Of Counsel to Boucher LLP.

Amanda's trauma-informed practice focuses on representing clients who were harmed by individuals, institutions, and corporations with power over them.  In particular, Amanda advocates for survivors of childhood sexual abuse suffered in religious centers, schools, foster care, and medical facilities.  She also works tirelessly to hold businesses accountable for the sexual exploitation and labor trafficking that occurs on their premises.  She prosecutes complex civil cases, class actions, and coordinated proceedings in both California state and federal court. Amanda is passionate about empowering her clients to reclaim their voice and seek justice in the courtroom.

Amanda received her juris doctorate from the University of Michigan Law School where she served as a legal writing teaching assistant and on the Michigan Journal of Race & Law.  In the Child Advocacy Law Clinic, Amanda also worked as a guardian ad litem and conducted two successful trials prior to graduating.  Amanda went on to become the inaugural Fiza Quraishi Fellow at the National Center for Youth Law in Oakland, California where she litigated class action cases to drive systemic reform in child welfare agencies.  She then clerked for Chief Magistrate Judge Joseph C. Spero of the Northern District of California and represented plaintiffs in sexual abuse, civil rights, and employment actions at Bay Area law firms.

Amanda is a member of the State Bar of California, licensed to practice in all California state courts and the United States District Courts for the Northern, Eastern, and Central Districts of California, as well as North Dakota and the Eastern District of Michigan.

Prior to her legal career, Amanda graduated from the University of California San Diego with a degree in Human Development and dual minors in Human Rights and Public Service. She then served two years with Teach for America as a high school mathematics instructor in Jacksonville, Florida..

**EXHIBIT 2**

**CURRICULUM VITAE**

**RAYMOND PAUL BOUCHER, ESQ.**
**BOUCHER LLP**
21600 Oxnard Street, Suite 600
Woodland Hills, California 91367
Tel. (818) 340-5400 | Fax (818) 340-5401
ray@boucher.la | www.boucher.la

## EDUCATION

**Pepperdine University School of Law, Malibu, California**
Distinguished Alumnus Award (2002). Juris Doctorate (1984).
Ranked in top fifteen percent of class. Moot Court (first place petitioner brief).
Phi Delta Phi honor society.

**Whittier College School of Law, Costa Mesa, California**
Honorary Doctor of Law (2005).

**Colorado State University, Fort Collins, Colorado**
Master of Science in Management (1981). Graduate assistant.
Sigma Iota Epsilon honor society.

**Fort Lewis College, Durango, Colorado**
Alumnus of the Year (2007). Bachelor of Arts (1979). Double Major, Business
Administration and Political Science. Student Body President. Dean's List.

## ADMISSIONS

State Courts of California; United States District Courts for the Central, Northern,
Southern, and Eastern Districts of California

## PROFESSIONAL EXPERIENCE

**Boucher LLP**, Woodland Hills, California
Partner (Present)

**Kiesel, Boucher & Larson LLP**, Beverly Hills, California
Partner (1999 to 2013)

**Law Offices of Raymond P. Boucher**, Tarzana, California
Partner (1990 to present)

**Nordstrom, Steele, Nicolette & Jefferson**, Los Angeles, California
Attorney of Counsel (1993 to 1996)

**Sayre, Moreno, Purcell & Boucher**, Los Angeles, California
Managing Partner (1985 to 1990)

**Gould & Sayre,** Santa Monica, California
Attorney at Law (1984 to 1985)

## AFFILIATIONS AND SELECTED LEGAL INVOLVEMENT

**American Association for Justice**, Member

**American Bar Association**, Admitted as a Fellow of the American Bar

**Association of Trial Lawyers of America**
>    State of California Delegate
>    Member

**Beverly Hills Bar Association**, Member

**California Courts, Administrative Office of the Courts** (2002 to 2007)
>    Committees: Court Funding, Complex Courts System, Court Integration

**California State Bar Association**, Member

**Civil Justice Foundation**, Member

**Consumer Attorneys Association of Los Angeles**
*Formerly the Los Angeles Trial Lawyers Association*
>    President (2005)
>    Board of Governors, Emeritus Member (2005 to present)
>    Board of Governors, Member (1996 to 2006)

**Consumer Attorneys of California**
*Formerly the California Trial Lawyers Association*
>    President (2007)
>    Board of Governors (1997 to present)

**Consumer Attorneys of San Diego** (2001 to present)
>    Consumer Advocate of the Year (2007)

**Diversity in Law Foundation**, Board of Directors

**Los Angeles County Bar Association**
>    Board of Trustees (2000 to 2002)

**Los Angeles Superior Court Bench and Bar Committee** (2001 to 2008)

**Make a Wish Foundation**, Ambassador

**National College of Advocacy**, Fellow

**Orange County Bar Association**, Member

**Orange County Trial Lawyers Association**, Member

**Pepperdine School of Law**
>    Board of Visitors (1997 to present)

**Public Citizen**, Member

**Public Justice**, Board of Directors
*Formerly Trial Lawyers for Public Justice*
>    Board of Directors (1996 to present)
>    Member (1984 to present)

**The Roscoe Pound Foundation**, Member

## SELECTED AWARDS AND HONORS

**Trial Lawyer of the Decade (2001-2010)**
Los Angeles Daily Journal

**American Association for Justice**
Steven J. Sharp Public Service Award (2008)

**California Lawyer Magazine**
California Lawyer Attorney of the Year (CLAY) Award (2008)
California Lawyer Attorney of the Year (CLAY) Award (2022)

**Consumer Attorneys of Los Angeles**
Trial Lawyer of the Year (2007)
Ted Horn Memorial Award in recognition of service to the
    California State Bar (2002)
Finalist, Trial Lawyer of the Year (1996)
Several Presidential Awards for Outstanding Contribution
    to the Trial Bar

**Consumer Attorneys of California**
Consumer Attorney of the Year (2007)
Legislative Champion Award (2002)
Several Presidential Awards of Merit

**Consumer Attorneys of San Diego**
David S. Casey, Jr. Consumer Advocate Award (2006)

**California League of Conservation Voters**
Environmental Leadership Award (2005) for dedication to the environment and
for fostering the public health rights of individuals

**Fort Lewis College, Durango, Colorado**
Alumnus of the Year (2007)

**Lawdragon**
Named one of 500 Leading Lawyers in America (2009-2022)
Named one of 20 Lawdragon Legends (2022)

**Los Angeles Daily Journal Law Business**
Named one of the 100 Most Influential Attorneys in California several times

**Los Angeles Magazine**
Super Lawyer (2001 to present); named one of the Top 100 Super Lawyers in
Southern California (2010 to present)

**Loyola Law School**
Champion of Justice Award (2008)

**Martindale-Hubbell**, Peer Reviewed AV (highest rating)

**Orange County Trial Lawyers Association**
Top Gun Award (2008)

**Pepperdine University School of Law**
> Distinguished Alumnus Award (2002)

**Project Sister Family Services**
> Justice Armand Arabian Award (2006) for outstanding efforts to secure justice for victims of clergy abuse

**Trial Lawyers for Public Justice**
> Finalist, Trial Lawyer of the Year (2000, 2008)
> Trial Lawyer of the Year (1994)

Recipient of presidential awards, awards of merit, recognition, and commendations from federal, state, and local governmental entities and a variety of bar organizations.

## LITIGATION

Tried more than sixty cases to verdict, recovering in excess of three billion dollars in verdicts and settlements for clients.  Briefed and argued more than twenty appeals before the Ninth Circuit Court of Appeals and California Courts of Appeal.

Selected class actions and complex litigation:

***Southern California Gas Leak Cases***
Super. Ct. Los Angeles County, pending, California JCCP No. 4861
> Serving as court-appointed Co-Chair of the Plaintiffs' Steering Committee for the Class Action Track, and Co-Lead counsel in historic $1.84 Billion settlement of claims arising from natural gas leak at Aliso Canyon.

***Southern California Clergy Cases***
Super. Ct. Los Angeles County, pending, California JCCP No. 5101
> Court-appointed member of Plaintiffs' Liaison Counsel committee in coordinated proceeding against Archdioceses of Los Angeles and Orange, and other Catholic institutional entities.

***Adderton v. Nextel Commc'n, Inc., et al. ("Boost Mobile")***
Super. Ct. Los Angeles County, 2006, No. BC344300
> Owners of Pipeline asserted Nextel unlawfully used its power as majority interest holder to force Pipeline's owners to sell shares in Boost Mobile for below market value. Nextel withheld financial and marketing support until the Pipeline owners sold their interests, gave false valuations and withheld financial information so that Pipeline could not know Boost Mobile's true value. Resolved.

***Adlouni v. UCLA Health Systems Auxiliary, et al.***
Super. Ct. Los Angeles County, Lead Case No. BC589243
> Court-appointed Liaison Counsel in consolidated class action cases arising from data breach of medical patient information. Resolved.

### *In Re Aetna UCR Litigation*
Dist. N.J., Pending, MDL No. 2020, No.: 2:07-cv-3541 (FSH)(PS)

Appointed Class Counsel for class of subscribers to Aetna's healthcare insurance plan in class action alleging Aetna knowingly used inherently flawed databases licensed from Ingenix to set usual, customary, and reasonable ("UCR") rates for out-of-network services, resulting in artificially reduced reimbursements to plaintiffs. Plaintiffs allege the existence of a secret and illegal agreement by Aetna, UnitedHealth Group, Ingenix, and most of the country's largest health insurers to systemically under-reimburse consumers for out-of-network services in violation of ERISA, RICO, and the Sherman Act, as well as state law.

### *American Medical Association et al. v. Wellpoint, Inc*.
C.D. Cal, Pending, MDL No. 09-2074 PSG (FFMx).

Appointed Co-Lead Counsel in action on behalf of physicians and physician groups to recover payment from insurers who violated federal antitrust laws by fixing artificially low reimbursement rates for treatment provided to out-of-network patients.

### *Balasubramaniam v. Cty of Los Angeles, et al.*
Super. Ct. Los Angeles County, 2004, Case No. BC158506.

Represented plaintiff medical doctor in case of employment discrimination based upon color. Resolved after trial, on appeal.

### *Bartley v. Camarillo Miramonte Homeowners Ass'n*
Super. Ct. Ventura County, 2002, No. SC020953.

Class action against real estate developers on behalf of individual condominium owners for faulty construction and repairs. The units were constructed over a high water table and on poor soils which expanded and contracted, causing the units to sink, and causing floor slabs, foundations, and walls to crack. The defendants knew about the defects but did not disclose them. After receiving complaints, developers failed to repair as promised. Resolved on eve of trial.

### *Bianchi v. Schneiderman, et al.*
Super. Ct. Los Angeles County, 2003, No. EC033688.

Represented plaintiff in suit for breach of an agreement and for fraud after Schneiderman fraudulently obtained control of L.A. Digital Post and then transferred it to his wife in order to hide assets from creditors. Resolved.

### *Black v. Blue Cross of California*
Super. Ct. Los Angeles County, 2007, No. BC250339.

A certified class action against a health insurer for improper mid-year contract modifications. Settled for an eight-figure amount after a liability trial.

***Berger v. The Berger Foundation, et al.***
Super. Ct. Riverside County, 2011, Case No. INC 10010664.

H. N. and Frances Berger founded a charitable organization to promote and support education and alleviate human suffering. Defendants diverted millions from this foundation to engage in self-dealing transactions and to pay themselves excessive compensation, and to fund ventures to employ their relatives. Represented the Berger Foundation to remedy these wrongs and safeguard a family legacy. Resolved.

***Bunker Hill Twrs Condo Ass'n, et al. v. W.R. Grace & Co.***
Super. Ct. Los Angeles County, No. B072642.

Represented 250 resident unit owners in a 32-story, luxury downtown high-rise in an action against the nation's leading asbestos products manufacturer. The building's steel girders were coated with asbestos, which contaminated the building with hazardous amounts of emitted asbestos fibers in breathable dust. A jury awarded over $6 million to compensate for the cost of the abatement.

***Bustamante v. Southern California Gas Company, et al.***
Super. Ct. Los Angeles County, No. BC285598.

Class action against energy companies on behalf of California citizens for manipulation of natural gas market by reporting false price and volume information to the price indices and industry publications that were used to establish the cost of natural gas to end users, and the value of natural gas in the commodities markets.

***California Gubernatorial Recall Election Litigation***

Represented former Governor Gray Davis in a challenge to the qualification of the 2003 California gubernatorial recall election.

***Castaneda, et al. v. State of California et al.***
Super. Ct. Los Angeles County, 2004, No. BC299062.

The California Legislature passed a bill to allow victims of wrongful deportation or coerced emigration between 1929 and 1944 to bring civil actions. *Castaneda* was a class action on behalf of approximately 400,000 U.S. citizens and resident aliens who were wrongfully expelled from California because of their Mexican heritage. Complaint withdrawn after governor's veto of the bill.

***Catalina Toys v. Forward Winsome***
Super. Ct. Orange County, No. 68-59-34.

Defended Forward Winsome, one of the largest toy manufacturers in the world, and represented it on a cross complaint. Plaintiffs alleged that Forward Winsome intentionally delayed shipments of goods and breached an agreement in order to place the plaintiffs in financial duress and to foreclose upon their assets. After a fifteen-day trial, the jury entered a unanimous verdict awarding Forward Winsome more than $6 million; settled before punitive damages phase.

***Centinela Freeman Emergency Medical Associates, et al. v. Maxwell-Jolly et al.***
Super. Ct. Los Angeles County, No. BC406372.

> Action on behalf of emergency room doctors who received medical reimbursements in amounts that were significantly below the costs that they incurred to treat their patients. Writ of mandate issued; judgment entered.

***Chavez v. Nestlé USA, Inc.***
C.D. Cal., 2013, No. CV09-9192 GW (CWx).

> Appointed lead counsel in class action for false advertising in the marketing of a beverage for infants. Resolved following successful appeal to Ninth Circuit.

***CIGNA Litigation***

> Class action against medical insurers who under-reimbursed hundreds of thousands of medical patients for out-of-network care they received. The plaintiffs allege the health insurers manipulated data to artificially depress reimbursements for medical care.

***The Clergy Cases***
Super. Ct. California, JCCP Nos. 4286, 4297, 4359.

> Served as Plaintiffs' Liaison Counsel representing almost 1,000 individuals and their families in significant personal injury claims involving molestation at the hands of Catholic priests.

>> ***The Clergy Cases I***, California JCCP 4286 (Diocese of Orange). Ninety survivors of Clergy sexual abuse filed lawsuits against the Roman Catholic Diocese of Orange. In December 2004, after nearly two years of intense negotiations, lead negotiations to successfully settle all claims against the Diocese for $100 million on the condition that the secret files of the Diocese of Orange would be made public.

>> ***The Clergy Cases I***, California JCCP 4286 (Archdiocese of Los Angeles). Five-hundred and eight survivors of clergy sexual abuse filed lawsuits against the Roman Catholic Archbishop of Los Angeles. On the eve of the first of more than a dozen scheduled trials, successfully negotiated an agreement with the Archbishop to resolve all remaining cases against it, resulting in the largest resolution with any diocese in the United States.

>> ***The Clergy Cases II***, California JCCP 4297 (Archdiocese of San Diego). One-hundred and forty-four survivors were sexually abused by Clergy members in the Roman Catholic Diocese of San Diego. In the second-largest settlement by a Roman Catholic diocese nationwide since claims of sexual abuse by clergy members came to light in 2002, the Diocese agreed to pay nearly $200 million to these 144 survivors.

***Colin Higgins Productions, LTD. v. Universal City Studios, LLC***
Super. Ct. Los Angeles County, Case No. BC499180.
    Co-Class Counsel in action against movie studio arising from studio's calculation of profit participation from home video distribution of films. Final approval of class action settlement granted.

***Colin Higgins Productions, LTD. v. Paramount Pictures Corporation***
Super. Ct. Los Angeles County, Case No. BC499179.
    Co-Class Counsel in action against movie studio arising from studio's calculation of profit participation from home video distribution of films. Final approval of class action settlement granted.

***In Re Crestor Products Liability Cases***
Super. Ct. Los Angeles County, California JCCP No. 4713.
    Appointed Plaintiffs' Co-Lead and Co-Liaison Counsel in Judicial Council coordinated proceeding pending before the Los Angeles Superior Court involving personal injury claims arising from use of Crestor pharmaceutical drug. Settled.

***Del Campo v. Hometown Buffet, Inc. et al.***
C.D. Cal. Case No. 2:14-cv-04378-RGK-SH.
    Court-appointed as Class Counsel in "wage and hour" class action against major restaurant chain. Final approval of settlement granted.

***DePUY ASR Artificial Hip Implants Litigation***
Super. Ct., San Francisco County, Pending, California JCCP No. 4649.
    Nationwide personal injury actions on behalf of patients who received the recalled, defective, surgically implanted, metal-on-metal ASR XL Acetabular and ASR Hip Resurfacing systems manufactured by DePuy Orthopedics, a unit of Johnson & Johnson. The complaints allege DePuy Orthopedics was aware its ASR hip implants were failing at a high rate, yet continued to manufacture and sell the product to unsuspecting physicians and patients.

***In Re Diet Drug Litigation***
Super. Ct. Los Angeles County, California JCCP 4032.
    Appointed Co-Plaintiffs' Liaison Counsel. Claims arose from injuries resulting from the use of the diet drug Phen-Fen. Resolved.

***Jane Doe v. Garden Grove Unified School District***
    Represented a child victim of sexual abuse at school. Resolved.

***Elena A. et al. v. Casa de Angeles Cal. Corp., d/b/a Healthy Start, et al.***
Super. Ct. Los Angeles County, No. BC457840.
    Case on behalf of developmentally disabled adults who were subjected to serious physical and verbal abuse and neglect while attending an adult day care center. The abuse included sexual molestation which caused rashes, bruises, scratches, abrasions, scarring, and cuts and the contraction of venereal disease.

***Espinoza, et al. v. Vander-Bend Manufacturing, LLC***
Super. Ct. Santa Clara County, Case No. 1-15-CV-283929.
> Court-appointed as Class Counsel in wage and hour class and representative action on behalf of employees of Defendant. Final approval of settlement granted.

***In Re: Facebook, Inc. Internet Tracking Litig.***
N.D. Cal., MDL No. 2314, No. 5:12-md-02314-EJD.
> Appointed Interim Liaison Counsel in this class action lawsuit seeking damages and injunctive relief for the knowing interception of users' Internet communications and activity after logging out of their Facebook accounts, in violation of state and federal laws including the Federal Wiretap Act, the Stored Communications Act, and the Computer Fraud and Abuse Act.

***In Re Galvanized Steel Pipe Litigation***
Super. Ct. Los Angeles County, 2010, No. BC174649.
> Appointed Lead Counsel (2001). Class action involving construction defects. Settled for an amount in the high eight figures.

***Gillis et al. v. Ralph Wyatt Plastering Company, et al.***
Super. Ct. Los Angeles County, 1999, No. SC034918.
> Case to recover for negligent construction leading to water intrusion and an infestation of highly toxigenic mold, resulting in the total loss of the plaintiff's home and all of its contents. Eight-figure settlement.

***Grossman v. Unger Fabrik, LLC***
Super. Ct. Los Angeles County, 2013, No. BC480626.
> Breach of contract action on behalf of an executive who made $55 million in sales for a company that then failed to pay her commissions. Resolved.

***Hablian et al. v. Zurich U.S. et al.***
Cal. Comp. Bd. of Appeals
> Class action to recover workers' compensation benefits that were due to injured employees, but that employers and their insurers instead kept for themselves. The California Workers Compensation Appeals Board has ruled that a class action may be brought. Resolved.

***Juarez v. Dignity Health***
Super. Ct. Los Angeles County, Case No. BC550950.
> Class Counsel in certified class action against hospital chain on behalf of security guards involving donning and doffing and other wage and hour claims. Settled.

*Leslie v. Hochman, Salkin & Deroy*
Super. Ct. Los Angeles County, 1997, No. BC127454.
>In this legal malpractice case, attorneys arranged to provide the plaintiffs with a tax shelter plan under which a commodities broker would reduce their income tax burden through trades in gold futures, and the attorneys would take $20 for each of the broker's transactions in return for legal representation about the tax consequences of the trades. The Ninth Circuit then ruled that the types of deductions the attorneys advised the plaintiffs to take on their tax returns were not based on genuine losses, such that the plaintiffs were now responsible for unpaid taxes, interest, and penalties. Litigation ensued in which the attorneys represented the plaintiffs before the U.S. Tax Court, promising that they would prevail when all the while they had no reasonable possibility of doing so. Resolved.

*Lopez, et al. v. Citrus Valley Health Partners, Inc.*
Super. Ct. of Los Angeles County, Case Nos. BC544139 and BC545110.
>Court-appointed as Class Counsel in "wage and hour" class actions against large California hospital entity. Final approval of settlement granted.

*Los Angeles Unified School District Sexual Molestation Cases*
>Represented numerous children who were molested at Miramonte Elementary School in the Los Angeles Unified School District.

*Madrid v. Perot Systems Corporation et al.*
Super. Ct. Sacramento County, No. 03AS04763.
>Antitrust and unfair competition action to recover from Perot Systems Corporation for aiding and abetting the manipulation, distortion, and corruption of California's electricity market, including the design and sale of derivative securities, in the wake of the deregulation of California's energy sector. Resolved.

*Martinez et al. v. EMI Music Distribution et al.*
("Compact Disc Minimum-Advertised Price Antitrust Litigation")
C.D. Cal, No. CV-00-05730 RAP (RNBx).
>Suit to recover from recorded-music distributors and retailers for price fixing. Resolved.

*Micheli, et al. v. The City of Fresno,*
Super. Ct. of Fresno County, Lead Case No. 16CECG02937.
>Court-appointed Co-Class Counsel in consolidated, certified class action by residential water customers of Northeast Fresno, California against a municipality whose water supply to Northeast Fresno is alleged to have destroyed residents' galvanized plumbing, resulting in the leaching of lead and other heavy metals and receipt of discolored, "rusty" water at their taps. Pending.

***Moppin v. Los Robles Regional Medical Center, et al.,***
U.S. Dist. Ct., Central District of Cal., Case No. 5:15-CV-01551-JGB-DTB.
> Court-appointed Class Counsel in wage and hour class action against hospital entity and travel nurse staffing agency on behalf of temporary nurse employees. Settled.

***Murray v. Belka*** ("*First Pension*")
Super. Ct. Orange County, California JCCP No. 3131.
> Suit against a pension plan administrator, one of the nation's largest law firms, and one of the world's largest accounting firms to recover damages and for restitution to hundreds of investors who had lost their life savings to a Ponzi scheme. Co-tried a four month trial with Michael Aguirre, resulting in a liability and punitive damages verdict. The Orange County, California jury in the case found that Pricewaterhouse Coopers helped defraud the investors by creating fraudulent audits and reviews that First Pension Corporation used in its filings with government agencies over nine years. Resolved on the eve of the punitive damage phase for nearly nine figures.

***In re: National Association of Music Merchants, Musical Instruments and Equipment Antitrust Litigation***, S.D. Cal. MDL No. 2121.
> Class action in antitrust to recover for anticompetitive price fixing.

***Northbridge Homeowners v. The Newhall Land and Farming Co., et al.***
Super. Ct. Los Angeles County, 2010, No. BC174649.
> Recovered $41 million on behalf of 5,000 Santa Clarita Valley residents in a suit against real estate developers for the installation of defective galvanized steel pipes which rusted and leaked inside their new homes.

***In Re Northridge Earthquake Litigation***
> Appointed Plaintiffs' Liaison Counsel (2002). Numerous coverage lawsuits against State Farm Insurance, 21st Century Insurance, Farmers Insurance, and USAA Insurance Company for fraudulent insurance practices arising out of the Northridge Earthquake. Resolved.

***In re: Pellicano Cases***
Super. Ct. Los Angeles County, 2014, No. BC316318.
> Appointed as Co-Lead Counsel in class action against AT&T. Cases involved wiretapping in violation of the California Penal Code. Settled.

***Quesada v. Herb Thyme Farms, Inc.***
Super. Ct. Los Angeles County, No. BC436557.
> Action against California's largest grower and marketer of herbs for falsely labeling conventionally grown food as "fresh organic" so consumers would pay higher organic prices for cheaper non-organic food. On December 3, 2015, the Supreme Court of California issued a landmark decision, unanimously vindicating the rights of consumers who paid a premium "organic" price for conventionally grown produce that was deliberately mislabeled as organic. *Quesada v. Herb Thyme Farms, Inc.* (2015) 62 Cal.4th 298.

*Residents of Tucson, Arizona v. Tucson Airport Authority et al.*,
AZ Court of Appeals, No. 2 CA-CV 93-0204.
> Actions on behalf of over 1,600 residents of the Sunnyside community of Tucson against the Tucson Airport Authority and other defendants for dumping a carcinogen, trichloroethylene (TCE), into disposal pools and allowing it to seep into the city's ground water. After an EPA-sponsored researcher found high levels of TCE and other carcinogens in drinking water, experts discovered that several unusual forms of cancer, particularly among children in the area, were at almost epidemic levels. The actions settled for $84.5 million.

*Securitas Wage and Hour Cases*,
Super. Ct. Los Angeles County, California JCCP No. 4837.
> Appointed Lead and Co-Liaison Counsel in coordinated class action proceedings against security company on behalf of security guards. Resolved.

*Silver et al. v. Aetna Health Inc., PA, et al.*
N.D. Cal., No. C10-00143.
> Class action against medical insurers who under-reimbursed hundreds of thousands of medical patients for out-of-network care they received. The plaintiffs allege the health insurers manipulated data to artificially depress reimbursements for medical care.

*Silver v. Del Webb*
Super. Ct. Nevada. No. A437325.
> Appointed Lead Counsel (2001). Certified class construction defect suit involving installation of faulty plumbing systems in new homes. Resolved.

*Sinskey, et al. v. Ernst & Young et al.*
Super. Ct. Los Angeles County, No. BC247851.
> Represented plaintiffs in action for fraud in the sale of securities. Resolved.

*Sister Sledge et al. v. Warner Music Group Corp.*
N.D. Cal., No. 12-CV-0559-RS.
> Appointed Interim Co-Lead Counsel in this suit to recover for the shortchanging of artists in the licensing of their works to third parties for subsequent retail sale as digital downloads and ringtones. Settled for $11.5 Million.

*Skeen, et al. v. BMW of North America LLC, et al.*
Dist. N.J.,  No. 2:13-cv-1531-WHW-CLW.
> Appointed Co-Lead Class Counsel in nationwide class action on behalf of owners and lessees of MINI Cooper vehicles manufactured with defective "timing chain tensioner" parts that cause premature engine damage and failure. Settled.

*The Temptations et al. v. UMG Recordings, Inc.*
N.D. Cal., No. 12-CV-1289-JCS.
> Suit to recover for shortchanging of artists in the licensing of their works to third parties for subsequent retail sale as digital downloads and ringtones.

### Terry W. et al. v. Kaiser Foundation Health Plan, Inc. et al.
Super. Ct., Los Angeles County, No. BC187451.
> Case against Kaiser for failing to take action to protect patients after receiving complaints that one of their doctors was molesting minors. The doctor was later arrested, convicted, and incarcerated for his crimes. Resolved.

### In re Transient Occupancy Tax Cases
Super. Ct. Los Angeles County, California JCCP 4472.
> Action on behalf of thirty-nine separate California cities to recover unremitted occupancy taxes from online travel companies.

### In re Trasylol Drug Cases
Super. Ct. Los Angeles County, California JCCP 4593.
> Action on behalf of the people of the State of California against a pharmaceutical company that continued to aggressively market a drug after becoming aware that it significantly increased the risk of renal failure, stroke, and death, and which was ultimately removed from the market. Resolved.

### Welch v. Orkin Exterminating Co.
Super. Ct. Los Angeles County, No. 516323.
> Orkin's negligent treatment of the plaintiffs' San Diego home for termites caused plaintiffs to develop chemical sensitivities. Orkin argued the plaintiffs were only imagining their injuries, or that the injuries preexisted. Orkin denied that it misapplied the chemicals, and denied that the chemicals could cause any injury. After an eighteen-day trial, a jury awarded plaintiffs approximately $1 Million.

### In re Wright Medical Technology, Inc., Conserve Hip Implant Products Liability Litigation, MDL No. 2329.
> Appointed Co-Lead Counsel and state Liaison Counsel in this national MDL involving actions against a manufacturer of defective surgically implanted metal-on-metal hip replacement systems.

### Yaz, Yasmin and Ocella Contraceptive Cases
Super. Ct. Los Angeles County, California JCCP 4608.
> Appointed and served as Plaintiffs' Co-Liaison Counsel in cases on behalf of women who were prescribed Yasmin and Yaz oral contraceptives and suffered blood clots, deep vein thrombosis, strokes, or heart attacks. Case involved allegations that Bayer failed to warn.

### Zachary et al. v. ARCO et al.
Super. Ct. Los Angeles County, No. BC209944.
> Appointed Lead Counsel. Mass tort toxic refinery fire resulting in injury to plaintiffs and their property. Resolved.

***Young v. Johnny's Hot Dog Stand et al.***
Super. Ct. Los Angeles County, 1997, No. BC102837.

> Ronald Young, a 57 year-old homeless man who had been a hospital orderly before going on disability, had been frequenting Johnny's Hot Dog Stand for more than twenty years. After Young approached the window of Johnny's with money in his pocket to purchase a cup of coffee, the waitress shouted insults at him. Minutes later, the waitress walked out of the stand, approached Young, and shot him six times, leaving him permanently disfigured and almost $70,000 in debt to the hospital. The police never recovered the gun and the district attorney declined to prosecute. At trial, the jury found the restaurant negligent and ordered Johnny's to pay nearly $1 million in compensatory damages.

Among cases involving published decisions:

***Barriga v. 99 Cents Only*** (2020) 51 Cal. App. 5th 299.

> Reversal of trial court order denying class certification of certain wage and hour claims, holding in a case of first impression for California state courts that the trial court have a duty to closely scrutinize the declarations of employees obtained by the defendant employer for abuse or coercion, and the authority to strike or discount the weight to be given those declarations.

***Bains v. Moores*** (2009) 172 Cal. App. 4th 445.

> Action on behalf of investors to recover for fraud in the sale of certain securities.

***Callahan v. Gibson, Dunn & Crutcher LLP*** (2011) 194 Cal. App. 4th 557.

> Represented family members in suit against law firm that drafted a partnership agreement which damaged the family business. Resolved.

***Harrell v. 20th Century Ins. Co.*** (9th Cir. 1991) 934 F.2d 203.

> Suit to recover for fraud in the sale of a small business.  Resolved.

***Ileto v. Glock, Inc.*** (C.D. Cal. 2006) 421 F. Supp. 2d 127.

> Action against weapons manufacturers Glock and China North, whose firearms were used by a member of the Aryan Nation to shoot several children and kill a postal worker.

***Quesada v. Herb Thyme Farms, Inc.*** (2015) 62 Cal.4th 298.

> The Supreme Court of California issued a landmark decision, unanimously vindicating the rights of consumers who paid a premium "organic" price for conventionally grown produce that was deliberately mislabeled as organic.

***Ramirez v. Fox Television Station*** (9th Cir. 1993) 998 F.2d 743.

> Suit for unconstitutional employment discrimination based on national origin.

***Shirk v. Vista Unified School District*** (2007) 42 Cal. 4th 201.

> Case to recover for sexual molestation by a public school teacher.

***Regents of University of California v. Superior Court*** (2010) 183 Cal. App. 4th 755.
> Represented relatives of decedents who willed their bodies to a medical school for research and teaching purposes, only to learn the remains had been improperly disposed in a grotesque and undignified manner. Human remains were commingled with other remains and incompletely incinerated, leaving hair and flesh intact. Remains were placed in a mixture of incinerated human bodies, laboratory animal carcasses, and medical waste into garbage dumpsters and then transported to a landfill where they were disposed of with common refuse.

***Rippon v. Bowen*** (2008) 160 Cal. App. 4th 1308.
> California citizens challenged the constitutionality of Proposition 140, which imposed lifetime term limits upon state legislators and other state officers.

***Santillan v. Roman Catholic Bishop of Fresno*** (2008) 163 Cal. App. 4th 4.
> Case on behalf of a victim of childhood sexual abuse.

***Wallace v. City of Los Angeles*** (1993) 12 Cal. App. 4th 1385.
> Demetria Wallace, a teenaged honors student, was shot and killed as she sat on a bench waiting for a bus five days before she was to testify against a man accused of fatally shooting a taxi driver. Reversing the trial court's granting of non-suit, the Court held the police had a duty to warn the victim and affirmed the government's responsibility to protect citizens who put their lives at risk by stepping forward to testify as witnesses to crimes. Prompted changes in police procedures that have saved other witnesses' lives since.

***Wholesale Electricity Antitrust Cases I & II*** (2007) 147 Cal. App. 4th 1293.
> Co-lead counsel in suit to recover from energy traders for antitrust and unfair business practices in the wake of the deregulation of California's energy sector. Resolved in conjunction with the Attorney General's office for over $1.1 billion.

## PRESENTATIONS

### Guest Lecturer
> **Stanford Law School**, Stanford, California
> **Pepperdine University School of Law**, Malibu, California
> **Loyola Law School**, Los Angeles, California
> **Colorado State University, College of Business**, Fort Collins, Colorado

### Continuing Legal Education
> Delivered hundreds of CLE presentations, including to the Los Angeles County Bar Association, Consumer Attorneys of California, Consumer Attorneys Association of Los Angeles, Association of Southern California Defense Counsel, American Association for Justice, Orange County Bar Association, California League of Cities, Pepperdine Law School, Mealey's, the Los Angeles Daily Journal, Glasser Legal Works, and National College of Advocacy.