STEPHEN M. TILLERY (*pro hac vice*)
  stillery@koreintillery.com
GARRETT R. BROSHUIS (Bar No. 329924)
  gbroshuis@koreintillery.com
MARC A. WALLENSTEIN (*pro hac vice*)
  mwallenstein@koreintillery.com
DIANE MOORE (Bar No. 214903)
  dmoore@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone:  (314) 241-4844
Facsimile: (314) 241-3525

CLIFFORD H. PEARSON (Bar No. 108523)
  cpearson@pswlaw.com
DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pswlaw.com
BOBBY POUYA (Bar No. 245527)
  bpouya@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

JILL M. MANNING (Bar No. 178849)
  jmanning@pswlaw.com
BENJAMIN E. SHIFTAN (Bar No. 265767)
  bshiftan@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
555 Montgomery Street, Suite 1205
San Francisco, CA 94111
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

Plaintiffs' Co-Lead Class Counsel

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL, et al.,<br><br>Defendants. | CASE NO. 3:14-cv-00608-JCS (consolidated with 3:14-cv-03289-JCS)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF VITO BOCHICCHIO IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS**<br><br>Hearing Date and Time: Feb. 17, 2023, 9:30 a.m.<br>Courtroom: F, 15th Floor<br>Judge: Honorable Joseph C. Spero |

NO. 3:14-cv-00608-JCS

**DECLARATION IN SUPPORT OF**
**MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS**

I, Vito Bochicchio, hereby declare as follows:

1.      I am the principle partner/owner at the law firm Rulis & Bochicchio. LLC. I submit this Declaration in support of Plaintiffs' Motion for Award of Attorneys' Fees, Litigation Costs, and Incentive Awards.

2.      I am personally familiar with the facts set forth in this Declaration. If called as a witness, I could and would competently testify to the matters stated herein.

3.      This Firm has been in business since on or about September, 1994. We are a civil litigation firm and regularly defend worker claims for workers compensation purposes and an array of other general civil litigation matters. This firm has contracted and relied on the expertise and experiences of Frank C. Botta, Esq. who has an extensive understanding of the claims raised on behalf of minor league baseball players and has served as a player agent in baseball for 13 years, and has represented clients in other FLSA actions.

### SUMMARY OF WORK PERFORMED

4.      This firm has served to assist and participate since on or about March, 2014. We have referred clients who served as Named Plaintiffs and also represented members of the classes and FLSA colletive in the case. The firm has assisted Plaintiff's counsel through the entire litigation by regularly discussing strategies involved with discovery, depostions preparation and other player assistance related thoughout the action.

5.      In total, our firm worked approximately 1,274.8 hours on this case. In Exhibit A, I have attached a chart summarizing the estimated number of hours worked by each attorney and staff member, along with the with the billing rates. The chart reflects the estimated time spent on the items listed in the ordinary course of litigation. Due to a loss of information contained within our computer system, we are unable to provide exact information for 2015-2016 but we have relied on other contemporaneous information to reasonably capture as much time spent during this time period.

6.      The billing rates provided in Exhibit A are the usual rates charged by our firm in similar complex litigation matters. Based on each attorney who has practiced in excess of 30 years and on my discussions with attorneys at other firms who work on complex litigation, this firm's rates are

below those rates charged by attorneys with similar experience and years as litigation attorneys. The rates were determined in the ordinary course of business and area reflection of rates used by the firm in other complex matter.

7.    Using those rates, our firm's current lodestar for the legal services is $824,836.00. Class Counsel has reviewed the work performed (and the resulting lodestar) and found it to be reasonable and helpful to the successful procecution of the action.

### LITIGATION COSTS INCURRED

8.    Our firm incurred litigation costs directly related to this litigation that were all necessary and reasonable to prosecute this litigation. They are of the type that would be charged to clients under a non-contingent-fee relationship. The total ligitation costs amount to $11,839.55. A breakdown by each cost category follows: Attached hereto as Exhibit B.

### THE RISK OF LITIGATING ON A CONTINGENT BASIS

9.    Our firm performed this work on a pure contingency basis, and we have not been paid for attorneys' fees or costs in this matter. Based on my experience,  this case involved above-average risks given the number of novel, complex issues, and given the well-resourced defendants. Plaintiffs faced well-funded defendants, who were represented by experienced attorneys with extensive resources at their disposal.

10.    I believe that Plaintiffs obtained a tremendous result in this case despite the risks and obstacles. The Settlement Agreement provides meaningful backpay to class members and results in important changes to Major League Baseball's employment policies regarding minor leaguers. Plaintiffs also won an important appeal that will benefit other class action litigants in the future.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on November **22**, 2022, in Pittsburgh, PA



_Voto S. Bochinelho_
_____


NO. 3:14-cv-00608-JCS
**DECLARATION IN SUPPORT OF**
**MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS, AND INCENTIVE AWARDS**

# EXHIBIT

# A

# SUMMARY OF ATTORNEYS FEES FOR RULIS & BOCHICCHIO, LLC

| Attorney Name | Total Hours | Hourly Rate | Total Fees |
|---|---|---|---|
| Vito Bochicchio - Partner | 344.2 | $650.00 | $223,730.00 |
| Frank Botta - Senior Attorney | 616.6 | $650.00 | $400,790.00 |
| Nicholas Cerimele - Attorney | 3.7 | $650.00 | $2,405.00 |
| Timothy Coffey - Attorney | 0.2 | $650.00 | $130.00 |
| Christopher Rulis - Partner | 301.5 | $650.00 | $195,975.00 |
| Kelly Vinay - Paralegal | 7.6 | $210.00 | $1,596.00 |
| Sara Yates - Paralegal | 1 | $210.00 | $210.00 |
| Grand Total: | 1274.8 | | $824,836.00 |

# EXHIBIT

# B

## SUMMARY OF LITIGATION COSTS FOR RULIS & BOCHICCHIO, LLC

| Item Number | Description of Costs | Amount |
|---|---|---|
| 1. | Court Fees | $40.00 |
| 2. | Fed/Ex/ UPS/Postage/Copies | $1,352.26 |
| 3. | Travel/Meals, & Lodging | $7,914.51 |
| 4. | Translation Services | $1,621.60 |
| 5. | Surveillance/Investigation | $911.18 |
| TOTAL | | $11,839.55 |