UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON SENNE, *et al.*,<br><br>                      Plaintiffs,<br><br>vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL, *et al.*<br><br>                      Defendants. | Case No. CV 14-00608 JCS (consolidated with 3:14-cv-03289-JCS)<br><br>Hon. Joseph C. Spero<br><br>[~~PROPOSED~~] **ORDER REGARDING NOTICE TO ADDITIONAL IDENTIFIED CLASS MEMBERS** |

Having reviewed and considered the parties' Joint Supplemental Submission Concerning Final Approval of Class and Collective Action Settlement dated February 6, 2023, the Court approves the following schedule regarding the distribution of notice to certain newly identified players who were not previously included on the class list sent to the administrator ("Impacted Players"):

| Event | Date |
| --- | --- |
| Deadline for the Settlement Administrator to Send Notice to Impacted Players | February 16, 2023 |
| Deadline for Impacted Players to Dispute Work Periods | March 2, 2023 |
| Deadline to Resolve Disputed Work Periods | March 9, 2023 |
| Deadline for Impacted Players to Opt-Out, Object, or Take Other Actions Relating to the Settlement (the "Response Deadline") | March 23, 2023 |
| Deadline for Plaintiffs to Submit Supplemental Report Concerning Updated Settlement Statistics | March 31, 2023 |

**IT IS SO ORDERED.**

DATED: February 7, 2023

_____
HON. JOSEPH C. SPERO
Chief Magistrate Judge