# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated;<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL; et al.;<br><br>Defendants. | CASE NO. 3:14-cv-00608-JCS (consolidated with 3:14-cv-03289-JCS)<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] **FINAL JUDGMENT AND DISMISSAL WITH PREJUDICE** |

The Court entered its Final Approval Order of Class Action Settlement on March 29, 2023, which has settled this action in its entirety. ECF No. 1190. Having approved of the Settlement Agreement, the Court finds that it is proper to enter final judgment. This Action is hereby dismissed with prejudice and without costs, other than as specified in the Settlement Agreement and the Court's Order approving of the Settlement Agreement and granting attorneys' fees, costs, and incentive awards, ECF No. 1190, and judgment is hereby entered. The terms of the Settlement Agreement and the Court's Final Approval Order are incorporated in this Judgment.

Without affecting the finality of the Court's Judgment, and subject to the Court's continuing jurisdiction with respect to the terms of the Settlement Agreement, which includes the final resolution of any objections, the Court directs the Clerk of the Court to enter this final judgment dismissing the entire action with prejudice.

IT IS SO ORDERED.

DATED: March 31, 2023

_____
HON. JOSEPH C. SPERO
United States Magistrate Judge