UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 20 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AARON SENNE; et al.,<br><br>　　　　Plaintiffs - Appellees,<br><br>　v.<br><br><br>DANIEL CONCEPCION; et al.,<br><br>　　　　Objectors - Appellants,<br><br>　v.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL; ALLAN HUBER SELIG,<br><br>　　　　Defendants - Appellees. | No. 23-15632<br><br>D.C. Nos. 3:14-cv-00608-JCS, 3:14-cv-03289-JCS<br><br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered June 28, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　　CLERK OF COURT