**PROSKAUER ROSE LLP**
ELISE M. BLOOM (admitted *pro hac vice*)
ebloom@proskauer.com
NEIL H. ABRAMSON (admitted *pro hac vice*)
nabramson@proskauer.com
ADAM M. LUPION (admitted *pro hac vice*)
alupion@proskauer.com
RACHEL S. PHILION (admitted *pro hac vice*)
rphilion@proskauer.com
NOA M. BADDISH (admitted *pro hac vice*)
nbaddish@proskauer.com
JOSHUA S. FOX (admitted *pro hac vice*)
jfox@proskauer.com
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

**PROSKAUER ROSE LLP**
PHILIPPE A. LEBEL (SBN 274032)
plebel@proskauer.com
2029 Century Park East, 24th Floor
Los Angeles, CA 90067-3010
Telephone: (310) 557-2900
Facsimile: (310) 557-2193

**PROSKAUER ROSE LLP**
MARK W. BATTEN (admitted *pro hac vice*)
mbatten@proskauer.com
SAMANTHA R. MANELIN (admitted *pro hac vice*)
smanelin@proskauer.com
One International Place
Boston, MA 02110-2600
Telephone: (617) 526-9600
Facsimile: (617) 526-9899

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON SENNE, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL, *et al.* <br><br> Defendants. | Case No. CV 14-00608 JCS (consolidated with 3:14-cv-03289-JCS) <br><br> Hon. Joseph C. Spero <br><br> **DEFENDANT'S NOTICE OF COMPLIANCE WITH PARAGRAPH 21 OF THE JOINT STIPULATION OF CLASS SETTLEMENT AND RELEASE** |

1  Pursuant to paragraph 21 of the Joint Stipulation of Class Settlement and Release, Defendant
2  The Office of the Commissioner of Baseball hereby provides notice to the Court that it sent a copy
3  of the memorandum attached as Exhibit A to the Major League Clubs on July 24, 2023.

Dated: July 28, 2023

PROSKAUER ROSE LLP
ELISE M. BLOOM (*pro hac vice*)
NEIL H. ABRAMSON (*pro hac vice*)
ADAM M. LUPION (*pro hac vice*)
MARK W. BATTEN (*pro hac vice*)
RACHEL S. PHILION (*pro hac vice*)
NOA M. BADDISH (*pro hac vice*)
JOSHUA S. FOX (*pro hac vice*)
PHILIPPE A. LEBEL
SAMANTHA R. MANELIN (*pro hac vice*)

By:  */s/ Elise M. Bloom*
       Elise M. Bloom
       *Attorneys for Defendant*

# EXHIBIT A

**MAJOR LEAGUE BASEBALL**
1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020

| | |
|---|---|
| **TO:** | Club Counsel |
| **FROM:** | Steve Gonzalez |
| **DATE:** | July 24, 2023 |
| **RE:** | *Senne* Settlement – Payments to Players Outside of the Championship Season |

As you know, the settlement agreement reached in the matter of *Senne et al. v. Office of the Commissioner of Baseball et al.* (the "Settlement Agreement") is now effective with all appeals of the Final Approval Order having been withdrawn. Accordingly, per the terms of the Settlement Agreement, this is to inform you that the Office of the Commissioner has rescinded any and all contractual prohibitions against Clubs paying wages to minor league players outside of the championship season, and accordingly, each Club is advised that it must compensate minor league players in compliance with wage-and-hour laws in effect in Arizona and Florida during spring training, extended spring training, instructional leagues, and the championship season in those states, including any minimum wage laws that apply.

Please let me know if you have any questions.