STEPHEN M. TILLERY *(pro hac vice)*
  stillery@koreintillery.com
GARRETT R. BROSHUIS (Bar No. 329924)
  gbroshuis@koreintillery.com
MARC WALLENSTEIN *(pro hac vice)*
  mwallenstein@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

CLIFFORD H. PEARSON (Bar No. 108523)
  cpearson@pwfirm.com
DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pwfirm.com
BOBBY POUYA (Bar No. 245527)
  bpouya@pwfirm.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

JILL M. MANNING (Bar No. 178849)
  jmanning@pwfirm.com
**PEARSON WARSHAW, LLP**
555 Montgomery Street, Suite 1205
San Francisco, CA 94111
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

Plaintiffs' Co-Lead Class Counsel

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON SENNE, et al., Individually and on Behalf of All Those Similarly Situated;<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL; et al.;<br><br>Defendants. | CASE NO. 3:14-cv-00608-JCS (consolidated with 3:14-cv-03289-JCS)<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' STATEMENT IN SUPPORT OF INITIAL REQUEST FOR APPROVAL OF SETTLEMENT ADMINISTRATION FEES BY ADMINISTRATOR**<br><br>Courtroom: F, 15th Floor<br>Judge: Honorable Joseph C. Spero |

997448.2

In its Order Granting Final Approval to the Class Action Settlement Agreement, the Court set aside $995,000 from the settlement fund for settlement administration costs. (ECF No. 1190, at p. 34.) This amount was to be deducted from the settlement fund when calculating the initial settlement payments to the settlement class members. The Court's order stated it would, "make a final determination as to JND's reasonable settlement administration costs after the administration process is complete." *Id.*

The Court set the following two-step process for the payment of settlement administration fees: (1) an Initial Request for Approval of Settlement Administration Fees by Administrator (on August 28, 2023); and (2) a Final Request for Reimbursement of Settlement Administration Fees by Administrator (on November 29, 2023). (*See* ECF No. 1190, at p. 36; *see also* ECF No. 1217.) This submission and the concurrently filed supporting declaration of Alexander S. Williams ("Williams Declaration") are filed in support of the initial request.

As set forth in the Williams Declaration, the settlement administration fees incurred through July 31, 2023 are as follows: (1) $1,125,035.35 for JND Legal Administration LLC, for settlement administration projects; and (2) over $175,000 to Econ One Research, Inc. ("Econ One") for calculation of class members' settlement payments. The Williams Declaration sets forth the reasons that the settlement administration costs have exceeded previous estimates—including the fact that an appeal took place, and that class member activity remains inordinately high.

This amount exceeds the $995,000 previously set aside by the Court for settlement administration costs. In consideration of that, the settlement administrator's request for initial payment of settlement administration fees is $995,000 to be distributed as follows: $820,000 to JND, and $175,000 to Econ One. The settlement administrator's work on this matter is continuing. The settlement administrator intends to seek reimbursement of additional settlement administration expenses when filing their Final Request for Reimbursement of Settlement Administration Fees by Administrator, assuming that unused funds will remain available at that time.

997448.2

1                                                                                  3:14-cv-00608-JCS
PLAINTIFFS' STATEMENT IN SUPPORT OF INITIAL REQUEST FOR APPROVAL OF SETTLEMENT ADMINISTRATION FEES BY ADMINISTRATOR

DATED: August 28, 2023                    Respectfully submitted,

                                                                  */s/ Bobby Pouya*

**PEARSON WARSHAW LLP**
CLIFFORD H. PEARSON
DANIEL L. WARSHAW
BOBBY POUYA
JILL M. MANNING

**KOREIN TILLERY, LLC**
STEPHEN M. TILLERY (pro hac vice)
GARRETT R. BROSHUIS
MARC WALLENSTEIN (pro hac vice)

*Plaintiffs' Co-Lead Class Counsel*

997448.2

2                                    3:14-cv-00608-JCS
PLAINTIFFS' STATEMENT IN SUPPORT OF INITIAL REQUEST FOR APPROVAL OF SETTLEMENT ADMINISTRATION FEES BY ADMINISTRATOR

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered for electronic filing.

/s/ *Bobby Pouya*
Bobby Pouya

997448.2

3                                                     3:14-cv-00608-JCS
PLAINTIFFS' STATEMENT IN SUPPORT OF INITIAL REQUEST FOR APPROVAL OF SETTLEMENT ADMINISTRATION FEES BY ADMINISTRATOR