# EXHIBIT A

Class Action Administration LLC
1100 2nd Ave., Suite #300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/30/2021 | 137895 |

**BILL TO**

Pearson, Simon & Warshaw, LLP
15165 Ventura Blvd, Ste 400
Sherman Oaks, CA 91403

| PROJECT | TERMS |
|---|---|
| MLB - Senne v. Office of the Commissioner | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---:|---|---:|---:|
| | Initial Invoice - Billing Period (Inception - May 31, 2021) | | |
| 15.5 | Case-specific website | 140.00 | 2,170.00 |
| 4 | Monthly website hosting fee | 80.00 | 320.00 |
| 20 | Call center | 100.00 | 2,000.00 |
| 4 | Monthly TFN hosting fee | 70.00 | 280.00 |
| 394.87 | IVR minutes | 0.25 | 98.72 |
| 18 | Database management | 140.00 | 2,520.00 |
| 2.75 | Create class list for notice mailing | 185.00 | 508.75 |
| 5.25 | Publish notice | 325.00 | 1,706.25 |
| 27 | Email communications | 65.00 | 1,755.00 |
| 29.5 | Email notice | 190.00 | 5,605.00 |
| 18 | Print and mail notice packet | 95.00 | 1,710.00 |
| 2,337 | Print and mail notice (undeliverable emails) | 0.57 | 1,332.09 |
| 16 | Format/ quality review notice packet | 75.00 | 1,200.00 |
| 2.5 | Track undeliverables/ process forwards | 70.00 | 175.00 |
| 3 | Research Undeliverables | 155.00 | 465.00 |
| 22 | Mailroom | 45.00 | 990.00 |
| | | **Invoice Total** | |

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

Class Action Administration LLC
1100 2nd Ave., Suite #300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/30/2021 | 137895 |

**BILL TO**

Pearson, Simon & Warshaw, LLP
15165 Ventura Blvd, Ste 400
Sherman Oaks, CA 91403

| | PROJECT | TERMS |
|---|---|---|
| | MLB - Senne v. Office of the Commissioner | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 24 | Project management | 190.00 | 4,560.00 |
|  | Expenses: |  |  |
|  | Domain registration | 550.24 | 550.24 |
|  | Postage | 14,616.20 | 14,616.20 |
|  | Copy charge | 268.85 | 268.85 |
| 4 | PO box | 150.00 | 600.00 |
|  | Translation | 1,239.75 | 1,239.75 |
|  | Supplies | 354.37 | 354.37 |
|  | Address research | 67.83 | 67.83 |
|  | Mail delivery | 7.68 | 7.68 |
|  | **Invoice Total** |  | **$45,100.73** |

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024



| Bill To | | DATE | INVOICE # |
|---|---|---|---|
| *Senne vs Office of the Commissioner of Baseball QSF* | | 5/31/2023 | 149248 |

| | PROJECT | TERMS |
|---|---|---|
| | Senne v. Office of the Commissioner | Settlement Fund |

**PERIOD OF PERFORMANCE:** May 1, 2022 - April 30, 2023

| DESCRIPTION | | HOURS/ QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **FEE** | | | | |
| Task 1 | **Case Specific Website with Online Update Capability** | | | |
| | *Maintain secure case-specific and mobile enabled/optimized website with on-line filing update capability, all settlement documents, FAQ section and other features so that there is a readily-available tool for class members with an abundance of information about the settlement administration process.* | | | |
| | VICE PRESIDENT | 8.25 | $ 325 | $ 2,681.25 |
| | SENIOR DIRECTOR | 1.00 | $ 265 | $ 265.00 |
| | SOFTWARE ENGINEER | 155.75 | $ 200 | $ 31,150.00 |
| | DIRECTOR | 31.75 | $ 200 | $ 6,350.00 |
| | IT MANAGER | 1.25 | $ 175 | $ 218.75 |
| | ASSISTANT DIRECTOR | 1.00 | $ 170 | $ 170.00 |
| | SENIOR PROJECT MANAGER | 103.00 | $ 150 | $ 15,450.00 |
| | PROJECT MANAGER | 37.50 | $ 125 | $ 4,687.50 |
| | QUALITY ASSURANCE ASSISTANT | 56.25 | $ 95 | $ 5,343.75 |
| | MONTHLY WEBSITE HOSTING FEE (12 MONTHS @ $200/MONTH) | | $ 200 | $ 2,400.00 |
| | Task Total | 395.75 | $ 168 | $ 68,716.25 |
| Task 2 | **Call Center** | | | |
| | *Answer and document calls and Call Center management.* | | | |
| | DIRECTOR | 9.00 | $ 200 | $ 1,800.00 |
| | SENIOR PROJECT MANAGER | 33.25 | $ 150 | $ 4,987.50 |
| | CALL CENTER MANAGER | 67.75 | $ 125 | $ 8,468.75 |
| | QUALITY ASSURANCE SUPERVISOR | 3.50 | $ 110 | $ 385.00 |
| | CALL CENTER SUPERVISOR | 119.25 | $ 95 | $ 11,328.75 |
| | CALL CENTER AGENT | 682.50 | $ 60 | $ 40,950.00 |
| | TOLL-FREE HOSTING FEE (12 MONTHS @ $150/MONTH) | | $ 150 | $ 1,800.00 |
| | IVR MINUTES (96,203.45 @ $0.25/MINUTE) | | $ | $ 24,050.86 |
| | Task Total | 915.25 | $ 74 | $ 93,770.86 |

Page 1



| Bill To | | | DATE | INVOICE # |
|---|---|---|---|---|
| *Senne vs Office of the Commissioner of Baseball QSF* | | | 5/31/2023 | 149248 |

| | PROJECT | TERMS |
|---|---|---|
| | Senne v. Office of the Commissioner | Settlement Fund |

**PERIOD OF PERFORMANCE:** May 1, 2022 - April 30, 2023

| | DESCRIPTION | HOURS/ QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | **FEE** | | | |
| Task 3 | **Email Communications** | | | |
| | *Handle all email inquiries from Class Members.* | | | |
| | DIRECTOR | 27.75 | $ 200 | $ 5,550.00 |
| | SENIOR CLAIMS PROCESSING MANAGER | 11.50 | $ 170 | $ 1,955.00 |
| | SENIOR PROJECT MANAGER | 33.00 | $ 150 | $ 4,950.00 |
| | CALL CENTER MANAGER | 117.75 | $ 125 | $ 14,718.75 |
| | CALL CENTER LEAD | 453.00 | $ 95 | $ 43,035.00 |
| | SENIOR CONTACT CENTER AGENT | 1.00 | $ 75 | $ 75.00 |
| | CALL CENTER AGENT | 4,652.75 | $ 60 | $ 279,165.00 |
| | Task Total | 5,296.75 | $ 66 | $ 349,448.75 |
| | | | | |
| Task 4 | **Process Admin Correspondence** | | | |
| | *Process Correspondence received from Class Members* | | | |
| | SENIOR CLAIMS PROCESSING MANAGER | 18.50 | $ 170 | $ 3,145.00 |
| | SENIOR PROJECT MANAGER | 10.25 | $ 150 | $ 1,537.50 |
| | CLAIMS PROCESSING QUALITY CONTROL LEAD | 68.00 | $ 125 | $ 8,500.00 |
| | CLAIMS PROCESSING QUALITY CONTROL SPECIALIST | 453.75 | $ 95 | $ 43,106.25 |
| | CLAIMS PROCESSING AGENT | 133.00 | $ 85 | $ 11,305.00 |
| | Task Total | 683.50 | $ 99 | $ 67,593.75 |
| | | | | |
| Task 5 | **Email Notice** | | | |
| | *Email Notice campaign to class members.* | | | |
| | SENIOR DIRECTOR | 0.25 | $ 265 | $ 66.25 |
| | NETWORK ADMINISTRATOR | 0.75 | $ 200 | $ 150.00 |
| | SENIOR PROJECT MANAGER | 2.00 | $ 150 | $ 300.00 |
| | DATA ANALYST | 0.50 | $ 125 | $ 62.50 |
| | JUNIOR DATA ANALYST | 37.50 | $ 95 | $ 3,562.50 |
| | EMAIL SENT (22,735 @ $.01) | | | $ 227.35 |
| | Task Total | 41.00 | $ 107 | $ 4,368.60 |



| Bill To | | DATE | INVOICE # |
|---|---|---|---|
| Senne vs Office of the Commissioner of Baseball QSF | | 5/31/2023 | 149248 |

| | PROJECT | TERMS |
|---|---|---|
| | Senne v. Office of the Commissioner | Settlement Fund |

**PERIOD OF PERFORMANCE:** May 1, 2022 - April 30, 2023

| | DESCRIPTION | HOURS/ QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | **FEE** | | | |
| Task 6 | **Mail Notice** | | | |
| | *Print and Mail Class Notice.* | | | |
| | SENIOR DIRECTOR | 1.25 | $ 265 | $ 331.25 |
| | DIRECTOR | 5.00 | $ 200 | $ 1,000.00 |
| | SENIOR MANAGER INBOUND AND OUTBOUND | 3.00 | $ 150 | $ 450.00 |
| | OUTBOUND MAIL SUPERVISOR | 13.75 | $ 95 | $ 1,306.25 |
| | SENIOR MAILROOM CLERK | 4.25 | $ 70 | $ 297.50 |
| | OUTBOUND MAIL COORDINATOR | 9.75 | $ 50 | $ 487.50 |
| | MAILROOM CLERK | 5.00 | $ 45 | $ 225.00 |
| | MAIL NOTICE (24,959 @ $0.89) | | | $ 22,222.41 |
| | Task Total | 42.00 | $ 98 | $ 26,319.91 |
| Task 6a | **Track Undeliverables/Process Forwards** | | | |
| | *Receive and process undeliverable notices. Process notices with forwarding address.* | | | |
| | DATA ANALYST | 0.50 | $ 125 | $ 62.50 |
| | JUNIOR DATA ANALYST | 5.00 | $ 95 | $ 475.00 |
| | CLAIMS PROCESSING AGENT | 17.00 | $ 85 | $ 1,445.00 |
| | Task Total | 22.50 | $ 88 | $ 1,982.50 |
| Task 6b | **Research Undeliverables/Remail** | | | |
| | *Research new address for notices returned as undeliverable.* | | | |
| | SENIOR DIRECTOR | 0.25 | $ 265 | $ 66.25 |
| | CLAIMS PROCESSING QUALITY CONTROL SPECIALIST | 2.00 | $ 95 | $ 190.00 |
| | Task Total | 2.25 | $ 114 | $ 256.25 |



| Bill To | | | DATE | INVOICE # |
|---|---|---|---|---|
| *Senne vs Office of the Commissioner of Baseball QSF* | | | 5/31/2023 | 149248 |

| | | PROJECT | | TERMS |
|---|---|---|---|---|
| | | Senne v. Office of the Commissioner | | Settlement Fund |

**PERIOD OF PERFORMANCE:** May 1, 2022 - April 30, 2023

| | DESCRIPTION | | HOURS/ QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | **FEE** | | | | |
| Task 7 | **Opt Out Processing** | | | | |
| | *Receive and process requests to opt out.* | | | | |
| | CLAIMS PROCESSING SUPERVISOR | | 1.25 | $ 125 | $ 156.25 |
| | CLAIMS PROCESSING LEAD | | 4.50 | $ 95 | $ 427.50 |
| | | **Task Total** | 5.75 | $ 102 | $ 583.75 |
| Task 8 | **Mailroom Services** | | | | |
| | *Receive, prep and scan all incoming mail, including opt out forms, correspondence and undeliverable mail. Remail as necessary.* | | | | |
| | SENIOR DIRECTOR | | 12.50 | $ 265 | $ 3,312.50 |
| | SENIOR MANAGER INBOUND AND OUTBOUND | | 34.25 | $ 150 | $ 5,137.50 |
| | ASSISTANT PROJECT MANAGER | | 54.25 | $ 95 | $ 5,153.75 |
| | SENIOR MAILROOM CLERK | | 81.75 | $ 70 | $ 5,722.50 |
| | OUTBOUND MAIL COORDINATOR | | 1.00 | $ 50 | $ 50.00 |
| | MAILROOM CLERK | | 248.25 | $ 45 | $ 11,171.25 |
| | | **Task Total** | 432.00 | $ 71 | $ 30,547.50 |
| Task 9 | **Dispute Processing** | | | | |
| | *Receive and Process Disputes.* | | | | |
| | SENIOR DIRECTOR | | 0.75 | $ 265 | $ 198.75 |
| | ASSISTANT DIRECTOR | | 1.75 | $ 170 | $ 297.50 |
| | SENIOR PROJECT MANAGER | | 55.00 | $ 150 | $ 8,250.00 |
| | DATA ANALYST | | 0.75 | $ 125 | $ 93.75 |
| | JUNIOR DATA ANALYST | | 21.25 | $ 95 | $ 2,018.75 |
| | | **Task Total** | 79.50 | $ 137 | $ 10,858.75 |

Page 4



| Bill To | | DATE | INVOICE # |
|---|---|---|---|
| *Senne vs Office of the Commissioner of Baseball QSF* | | 5/31/2023 | 149248 |

| | PROJECT | TERMS |
|---|---|---|
| | Senne v. Office of the Commissioner | Settlement Fund |

**PERIOD OF PERFORMANCE:** May 1, 2022 - April 30, 2023

| | DESCRIPTION | HOURS/ QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | **FEE** | | | |
| Task 10 | **Tax Reporting** | | | |
| | *Tax work related to W-8 and W-9; W2 calculations; Federal return* | | | |
| | CHIEF FINANCIAL OFFICER | 0.25 | $ 395 | $ 98.75 |
| | VICE PRESIDENT | 0.25 | $ 325 | $ 81.25 |
| | ASSISTANT DIRECTOR | 13.25 | $ 170 | $ 2,252.50 |
| | TAX DEPARTMENT SENIOR MANAGER | 21.00 | $ 150 | $ 3,150.00 |
| | DATA ANALYST | 1.50 | $ 125 | $ 187.50 |
| | ASSISTANT PROJECT MANAGER | 0.50 | $ 95 | $ 47.50 |
| | TAX SPECIALIST | 1.50 | $ 60 | $ 90.00 |
| | Task Total | 38.25 | $ 154 | $ 5,907.50 |
| Task 9 | **Project Management** | | | |
| | *Interaction with counsel, design, implement and manage email notice, mailed notice and disbursements, status reports, supervision of project team, systems support and database management, resolution of issues, drafting affidavits* | | | |
| | SENIOR EXECUTIVE | 12.75 | $ 425 | $ 5,418.75 |
| | CHIEF FINANCIAL OFFICER | 1.50 | $ 395 | $ 592.50 |
| | VICE PRESIDENT | 81.25 | $ 325 | $ 26,406.25 |
| | SENIOR DIRECTOR | 10.00 | $ 265 | $ 2,650.00 |
| | SOFTWARE ENGINEER | 80.25 | $ 200 | $ 16,050.00 |
| | DIRECTOR | 442.25 | $ 200 | $ 88,450.00 |
| | ASSISTANT DIRECTOR | 33.00 | $ 170 | $ 5,610.00 |
| | SENIOR PROJECT MANAGER | 176.00 | $ 150 | $ 26,400.00 |
| | PROJECT MANAGER | 466.25 | $ 125 | $ 58,281.25 |
| | ASSISTANT PROJECT MANAGER | 175.75 | $ 95 | $ 16,696.25 |
| | ADMINISTRATIVE ASSISTANT | 0.25 | $ 70 | $ 17.50 |
| | Task Total | 1,479.25 | $ 167 | $ 246,572.50 |
| | **Fee Total** | 9,433.75 | | $ 906,926.87 |
| | Page 5 | | | |



| **Bill To** | | | **DATE** | **INVOICE #** |
|---|---|---|---|---|
| *Senne vs Office of the Commissioner of Baseball QSF* | | | 5/31/2023 | 149248 |
| | | **PROJECT** | | **TERMS** |
| | | Senne v. Office of the Commissioner | | Settlement Fund |

**PERIOD OF PERFORMANCE:** May 1, 2022 - April 30, 2023

| DESCRIPTION | HOURS/ QTY | RATE | AMOUNT |
|---|---|---|---|
| **EXPENSES** | | | |
| 1   ELECTRONIC DATA STORAGE (432,702 @ $0.006 each) | | | $    2,596.21 |
| 2   DOMAIN RENEWAL | | | $       385.04 |
| 3   OCF HOSTING | | | $    3,335.60 |
| 4   P.O. BOX (11 MONTHS @ $150/MONTH) | | | $    1,650.00 |
| 5   TAX CONSULTING | | | $    2,732.62 |
| 6   QSF TAX RETURN | | | $    2,500.00 |
| 7   BOX STORAGE | | | $         77.50 |
| 8   TRANSLATION | | | $    8,412.23 |
| 9   POSTAGE | | | $  38,779.26 |
| 10  SUPPLIES | | | $       508.11 |
| 11  COPY CHARGES | | | $       503.20 |
| 12  ADDRESS RESEARCH | | | $       298.40 |
| 13  NATIONAL CHANGE OF ADDRESS | | | $         41.50 |
| 14  BANK FEE (8 MONTHS @ $350/MONTH) | | | $    2,800.00 |
| **Expense Total** | | | $  64,619.67 |
| **Invoice Total** | | | $  971,546.54 |

PAYMENT INSTRUCTIONS:
Check: Class Action Administration LLC, 1100 2nd Avenue, Suite 300, Seattle, WA 98101
To pay by ACH or wire please contact us at accounting@classactionadmin.com or at 206-709-6412 to obtain a copy of our ACH/wire instructions

Page 6



| Bill To | | | DATE | INVOICE # |
|---|---|---|---|---|
| *Senne vs Office of the Commissioner of Baseball QSF* | | | 8/14/2023 | 149722 |

| | PROJECT | TERMS |
|---|---|---|
| | Senne v. Office of the Commissioner | Settlement Fund |

**PERIOD OF PERFORMANCE:** May 1, 2023 - June 30, 2023

| | DESCRIPTION | HOURS/ QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | **FEE** | | | |
| Task 1 | **Case Specific Website with Online Update Capability** | | | |
| | *Maintain secure case-specific and mobile enabled/optimized website with on-line filing update capability, all settlement documents, FAQ section and other features so that there is a readily-available tool for class members with an abundance of information about the settlement administration process.* | | | |
| | SOFTWARE ENGINEER | 1.50 | $ 200 | $ 300.00 |
| | DEVELOPMENT OPS ENGINEER | 1.25 | $ 150 | $ 187.50 |
| | SENIOR PROJECT MANAGER | 2.25 | $ 150 | $ 337.50 |
| | MONTHLY WEBSITE HOSTING FEE | | $ 200 | $ 400.00 |
| | (2 MONTHS @ $200/MONTH)             **Task Total** | 5.00 | $ 165 | $ 1,225.00 |
| Task 2 | **Call Center** | | | |
| | *Answer and document calls and Call Center management.* | | | |
| | PROJECT MANAGER | 0.50 | $ 125 | $ 62.50 |
| | CALL CENTER MANAGER | 5.00 | $ 125 | $ 625.00 |
| | CALL CENTER SUPERVISOR | 0.75 | $ 95 | $ 71.25 |
| | SENIOR CONTACT CENTER AGENT | 0.50 | $ 75 | $ 37.50 |
| | CALL CENTER AGENT | 6.50 | $ 60 | $ 390.00 |
| | TOLL-FREE HOSTING FEE (2 MONTHS @ $150/MONTH) | | $ 150 | $ 300.00 |
| | IVR MINUTES (841.68 @ $0.25/MINUTE) | | $ 0.25 | $ 210.42 |
| | **Task Total** | 13.25 | $ 90 | $ 1,696.67 |

Page 1



| Bill To | | | | DATE | INVOICE # |
|---|---|---|---|---|---|
| *Senne vs Office of the Commissioner of Baseball QSF* | | | | 8/14/2023 | 149722 |

| | | | PROJECT | | TERMS |
|---|---|---|---|---|---|
| | | | Senne v. Office of the Commissioner | | Settlement Fund |

**PERIOD OF PERFORMANCE:** May 1, 2023 - June 30, 2023

| DESCRIPTION | | HOURS/ QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **FEE** | | | | |
| **Task 3** | **Email Communications** | | | |
| | *Handle all email inquiries from Class Members.* | | | |
| | DIRECTOR | 2.00 | $ 200 | $ 400.00 |
| | CALL CENTER MANAGER | 17.75 | $ 125 | $ 2,218.75 |
| | CALL CENTER LEAD | 10.75 | $ 95 | $ 1,021.25 |
| | SENIOR CONTACT CENTER AGENT | 5.50 | $ 75 | $ 412.50 |
| | CALL CENTER AGENT | 92.50 | $ 60 | $ 5,550.00 |
| | **Task Total** | 128.50 | $ 75 | $ 9,602.50 |
| **Task 4** | **Process Admin Correspondence** | | | |
| | *Process Correspondence received from Class Members* | | | |
| | CLAIMS PROCESSING QUALITY CONTROL SPECIALIST | 15.50 | $ 95 | $ 1,472.50 |
| | **Task Total** | 15.50 | $ 95 | $ 1,472.50 |
| **Task 5** | **Track Undeliverables/Process Forwards** | | | |
| | *Receive and process undeliverable notices. Process notices with forwarding address.* | | | |
| | CLAIMS PROCESSING LEAD | 1.00 | $ 95 | $ 95.00 |
| | **Task Total** | 1.00 | $ 95 | $ 95.00 |



| Bill To | | | DATE | INVOICE # |
|---|---|---|---|---|
| *Senne vs Office of the Commissioner of Baseball QSF* | | | 8/14/2023 | 149722 |

| | PROJECT | TERMS |
|---|---|---|
| | Senne v. Office of the Commissioner | Settlement Fund |

**PERIOD OF PERFORMANCE:** May 1, 2023 - June 30, 2023

| | DESCRIPTION | HOURS/ QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | **FEE** | | | |
| Task 6 | **Mailroom Services** | | | |
| | *Receive, prep and scan all incoming mail, including opt out forms, correspondence and undeliverable mail. Remail as necessary.* | | | |
| | SENIOR MANAGER INBOUND AND OUTBOUND | 0.50 | $ 150 | $ 75.00 |
| | ASSISTANT PROJECT MANAGER | 3.25 | $ 95 | $ 308.75 |
| | SENIOR MAILROOM CLERK | 1.00 | $ 70 | $ 70.00 |
| | MAILROOM CLERK | 7.50 | $ 45 | $ 337.50 |
| | **Task Total** | 12.25 | $ 65 | $ 791.25 |
| Task 7 | **Manage Settlement Fund** | | | |
| | *Establish QSF/Tax ID; set up bank account; interaction with bank personnel; account reconciliation; bank fees.* | | | |
| | VICE PRESIDENT | 2.75 | $ 325 | $ 893.75 |
| | SENIOR PROJECT MANAGER | 0.25 | $ 150 | $ 37.50 |
| | PROJECT MANAGER | 0.25 | $ 125 | $ 31.25 |
| | ASSISTANT PROJECT MANAGER | 0.50 | $ 95 | $ 47.50 |
| | **Task Total** | 3.75 | $ 269 | $ 1,010.00 |
| Task 8 | **Tax Reporting** | | | |
| | *Tax work related to W-8 and W-9; W2 calculations; Federal return* | | | |
| | CHIEF FINANCIAL OFFICER | 0.50 | $ 395 | $ 197.50 |
| | ASSISTANT DIRECTOR | 2.00 | $ 170 | $ 340.00 |
| | TAX DEPARTMENT SENIOR MANAGER | 4.75 | $ 150 | $ 712.50 |
| | SENIOR DATA ANALYST | 4.00 | $ 150 | $ 600.00 |
| | DATA ANALYST | 0.75 | $ 125 | $ 93.75 |
| | TAX SPECIALIST | 2.00 | $ 60 | $ 120.00 |
| | **Task Total** | 14.00 | $ 147 | $ 2,063.75 |



| Bill To | | | DATE | INVOICE # |
|---|---|---|---|---|
| *Senne vs Office of the Commissioner of Baseball QSF* | | | 8/14/2023 | 149722 |

| | PROJECT | TERMS |
|---|---|---|
| | Senne v. Office of the Commissioner | Settlement Fund |

**PERIOD OF PERFORMANCE:** May 1, 2023 - June 30, 2023

| DESCRIPTION | | HOURS/ QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | **FEE** | | | |
| **Task 9** | **Project Management** | | | |
| | *Interaction with counsel, design, implement and manage email notice, mailed notice and disbursements, status reports,* | | | |
| | *supervision of project team, systems support and database management, resolution of issues, drafting affidavits* | | | |
| | SENIOR EXECUTIVE | 5.00 | $ 425 | $ 2,125.00 |
| | VICE PRESIDENT | 20.50 | $ 325 | $ 6,662.50 |
| | SENIOR DIRECTOR | 0.25 | $ 265 | $ 66.25 |
| | DIRECTOR | 21.75 | $ 200 | $ 4,350.00 |
| | ASSISTANT DIRECTOR | 0.25 | $ 170 | $ 42.50 |
| | SENIOR CLAIMS PROCESSING MANAGER | 0.50 | $ 170 | $ 85.00 |
| | SENIOR PROJECT MANAGER | 33.75 | $ 150 | $ 5,062.50 |
| | CLAIMS PROCESSING QUALITY CONTROL SUPERVISOR | 0.25 | $ 135 | $ 33.75 |
| | PROJECT MANAGER | 35.00 | $ 125 | $ 4,375.00 |
| | DATA ANALYST | 1.50 | $ 125 | $ 187.50 |
| | ASSISTANT PROJECT MANAGER | 14.75 | $ 95 | $ 1,401.25 |
| | JUNIOR DATA ANALYST | 1.00 | $ 95 | $ 95.00 |
| | **Task Total** | 134.50 | $ 182 | $ 24,486.25 |
| | **Fee Total** | 327.75 | | 42,442.92 |



| Bill To | | | DATE | INVOICE # |
|---|---|---|---|---|
| *Senne vs Office of the Commissioner of Baseball QSF* | | | 8/14/2023 | 149722 |

| | PROJECT | TERMS |
|---|---|---|
| | Senne v. Office of the Commissioner | Settlement Fund |

**PERIOD OF PERFORMANCE:** May 1, 2023 - June 30, 2023

| | DESCRIPTION | HOURS/ QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | **EXPENSES** | | | |
| 1 | ELECTRONIC DATA STORAGE (109,039 @ $0.006 each) | | | $ 654.23 |
| 2 | OCF HOSTING | | | $ 43.68 |
| 3 | P.O. BOX (2 MONTHS @ $150/MONTH) | | | $ 300.00 |
| 4 | BOX STORAGE | | | $ 30.00 |
| 5 | COPY CHARGES | | | $ 58.20 |
| 6 | BANK FEE (2 MONTHS @ $350/MONTH) | | | $ 700.00 |
| | **Expense Total** | | | $ **1,786.11** |
| | **Invoice Total** | | | $ **44,229.03** |

PAYMENT INSTRUCTIONS:
Check: Class Action Administration LLC, 1100 2nd Avenue,
Suite 300, Seattle, WA 98101
To pay by ACH or wire please contact us at accounting@classactionadmin.com or at 206-709-6412 to obtain a copy of our ACH/wire instructions

Page 5



Class Action Administration LLC
1100 2nd Ave., Suite #300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/22/2023 | 149859 |

**BILL TO**

Pearson, Simon & Warshaw, LLP
15165 Ventura Blvd, Ste 400
Sherman Oaks, CA 91403

| | PROJECT | TERMS |
|---|---|---|
| | MLB - Senne v. Office of the Commissioner | Settlement Fund |

| HOURS | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (July 1, 2023 - July 31, 2023) | | |
| | Case Specific Website | | |
| 0.5 | Senior Project Manager | 150.00 | 75.00 |
| 1 | Monthly Website hosting fee | 200.00 | 200.00 |
| | Call Center | | |
| 3.75 | Contact Center Manager | 125.00 | 468.75 |
| 1 | Contact Center Agent | 60.00 | 60.00 |
| 1 | Monthly TFN hosting fee | 150.00 | 150.00 |
| 485.25 | IVR minutes | 0.25 | 121.31 |
| | Email Communications | | |
| 2 | Director | 200.00 | 400.00 |
| 5.25 | Senior Project Manager | 150.00 | 787.50 |
| 4 | Contact Center Manager | 125.00 | 500.00 |
| 18.75 | Contact Center Lead | 95.00 | 1,781.25 |
| 1.5 | Assistant Project Manager | 95.00 | 142.50 |
| 165.5 | Call Center Agent | 60.00 | 9,930.00 |
| | Process Admin Correspondence | | |
| 1.5 | Claims Processing Quality Control Specialist | 95.00 | 142.50 |
| 5.75 | Claims Processing Lead | 95.00 | 546.25 |
| | Mailroom Services | | |
| 0.25 | Senior Manager Inbound and Outbound | 150.00 | 37.50 |
| | | **Invoice Total** | |

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1100 2nd Ave., Suite #300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/22/2023 | 149859 |

**BILL TO**

Pearson, Simon & Warshaw, LLP
15165 Ventura Blvd, Ste 400
Sherman Oaks, CA 91403

| PROJECT | TERMS |
|---|---|
| MLB - Senne v. Office of the Commissioner | Settlement Fund |

| HOURS | DESCRIPTION | RATE | AMOUNT |
|---:|---|---:|---:|
| 3.25 | Assistant Project Manager | 95.00 | 308.75 |
| 1.25 | Senior Mail Clerk | 70.00 | 87.50 |
| 0.25 | Outbound Mail Coordinator | 50.00 | 12.50 |
| 7.5 | Mailroom Clerk | 45.00 | 337.50 |
| | Manage Settlement Fund | | |
| 10.25 | Vice President | 325.00 | 3,331.25 |
| 0.5 | Senior Director | 265.00 | 132.50 |
| 3.25 | Assistant Director | 170.00 | 552.50 |
| 9.25 | Senior Project Manager | 150.00 | 1,387.50 |
| 1.75 | Senior Data Analyst | 150.00 | 262.50 |
| 0.5 | Project Manager | 125.00 | 62.50 |
| 2.75 | Data Analyst | 125.00 | 343.75 |
| 5 | Assistant Project Manager | 95.00 | 475.00 |
| 45 | Check Printing | 0.44 | 19.80 |
| | Tax Reporting | | |
| 3.5 | Tax Department Senior Manager | 150.00 | 525.00 |
| 36.75 | Tax Specialist | 60.00 | 2,205.00 |
| | Project Management | | |
| 5.75 | Senior Executive | 425.00 | 2,443.75 |
| 3 | Executive | 395.00 | 1,185.00 |
| 44 | Vice President | 325.00 | 14,300.00 |
| 48.75 | Director | 200.00 | 9,750.00 |
| 0.5 | Senior Claims Processing Manager | 170.00 | 85.00 |

**Invoice Total**

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**



Class Action Administration LLC
1100 2nd Ave., Suite #300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/22/2023 | 149859 |

**BILL TO**

Pearson, Simon & Warshaw, LLP
15165 Ventura Blvd, Ste 400
Sherman Oaks, CA 91403

| | PROJECT | TERMS |
|---|---|---|
| | MLB - Senne v. Office of the Commissioner | Settlement Fund |

| HOURS | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 29.25 | Senior Project Manager | 150.00 | 4,387.50 |
| 2.75 | Senior Data Analyst | 150.00 | 412.50 |
| 20.5 | Data Analyst | 125.00 | 2,562.50 |
| 7.75 | Assistant Project Manager | 95.00 | 736.25 |
| | Expenses: | | |
| 1 | PO box | 150.00 | 150.00 |
| 54,715 | Electronic Data Storage | 0.006 | 328.29 |
| | OCF Hosting | 68.30 | 68.30 |
| 1 | Bank Fee | 350.00 | 350.00 |
| | Copy Charges | 114.25 | 114.25 |
| 6 | Box Charge | 2.50 | 15.00 |
| | Postage | 35.52 | 35.52 |
| | Supplies | 4.05 | 4.05 |

**Invoice Total**   $62,314.02

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**

$1,125,035.35